```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J04-0008--CV (RRB)
             "MYRNA I. JOHNSON V FRED MEYER STORES INC ET A"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/17/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    28 USC 1331, 42 USC 2000E5(F)(3)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 03/17/04 receipt # 10096772
          Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1  JOHNSON, MYRNA I. | Mark C. Choate<br>Choate Law Firm LLC<br>424 N. Franklin Street<br>Juneau, AK 99801<br>907-586-4490<br>FAX 907-586-6633 |
| DEF 1.1  FRED MEYER STORES INC | Peter E. Gruenstein<br>Gruenstein Hickey et al<br>500 L Street, Suite 401<br>Anchorage, AK 99501<br>907-258-4338<br><br>James R. Dickens<br>Miller Nash<br>4400 Two Union Square<br>601 Union Street<br>Seattle, WA 98101-2352<br>206-622-8484 |
| DEF 2.1  SAN MIGUEL, JAIME | Peter E. Gruenstein<br>(see above)<br><br>James R. Dickens<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J04-0008--CV (RRB)
                     "MYRNA I. JOHNSON V FRED MEYER STORES INC ET A"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/17/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    28 USC 1331, 42 USC 2000E5(F)(3)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 03/17/04 receipt # 10096772
          Trial by: Jury


 Document #   Filed      Docket text
 ──────────────────────────────────────────────────────────────────────────────
      1 -  1  03/17/04   Complaint filed.

      2 -  1  05/20/04   JWS Minute Order that plf file proofs of svc on defs served and proceed
                         to serve others in compliance w/FRCvP 4(m). cc: cnsl

      3 -  1  06/16/04   JWS Minute Order that if proof of svc of cmplt on all named defs isn't
                         on file by 120 days from filing of cmplt defs will be dism. cc: cnsl

  NOTE -  1  06/30/04   Issued: Summons to D-2.

      4 -  1  07/07/04   PLF 1 Return of Service Executed on D-2 on 7/1/04.

      5 -  1  07/08/04   PLF 1 Waiver of Service by D-1.

      6 -  1  07/12/04   DEF 1 Attorney Appearance by P. Gruenstein.

      7 -  1  07/12/04   DEF 1 Application re: non-resident attorney James R. Dickens.

      7 -  2  07/29/04   JWS Order granting appl of J. Dickens to appear & participate as cnsl
                         for DEF 1. cc: cnsl, J. Dickens

      8 -  1  08/05/04   JWS Minute Order that plf require ans or apply for dft re: DEF 2 w/i 20
                         days. cc: cnsl

      9 -  1  08/11/04   DEF 2 Attorney Appearance of Peter Gruenstein and James Dickens.

     10 -  1  08/11/04   DEF 1-2 Answer to Complaint.

     11 -  1  08/12/04   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     12 -  1  09/10/04   PLF 1; DEF 1-2 Unopposed motion to extend to 9/20/04 filing of joint
                         scheduling and planning conf report.

     13 -  1  09/17/04   JWS Order granting unoppo mot to extend to 9/20/04 filing of joint S&P
                         conf rpt (12-1). cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J04-0008--CV (RRB)
"MYRNA I. JOHNSON V FRED MEYER STORES INC ET A"

For all filing dates

```
Document #   Filed      Docket text

   14 -  1   09/20/04   PLF 1 Report re: 26(f) mtg: plf proposed discovery close by 3/15/04; def
                        proposes discovery close 5/20/04.

   15 -  1   09/24/04   PLF 1 Amended 26(f) report w/discovery to close by 5/11/05.

   16 -  1   10/13/04   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/09/05; Dispositive motions deadline 06/08/04; Estimate of
                        trial 5 days; TBJ.  cc: cnsl

   17 -  1   11/16/04   PLF 1 motion [Application] to appear pro hac vice by Kimberly March
                        w/att decl and exh.

   17 -  2   12/03/04   JWS Order granting mot (appl) to appear pro hac vice by Kimberly March
                        (17-1).  cc: cnsl, K. Marsh

   18 -  1   01/03/05   PLF 1 motion to withdraw for cause.

   19 -  1   01/03/05   PLF 1 motion to file declaration (in support of 18-1) under seal w/att
                        chamber cy of decl.

   20 -  1   01/03/05   DEF 1-2 Notice of unavailability January 17, 2005 through January 31,
                        2005.

   21 -  1   01/04/05   PLF 1 motion for leave to withdraw by K.S. Marsh.

   22 -  1   01/05/05   JWS Minute Order recusing himself; case is reassigned to Judge
                        Beistline; use case number J04-0008 CV (RRB) on future filings. cc:
                        cnsl, Judge Beistline

   18 -  2   01/11/05   RRB Order granting motion to withdraw for cause (18-1).   cc: cnsl

   19 -  2   01/11/05   RRB Order granting motion to file declaration (in support of 18-1) under
                        seal (19-1).   cc: cnsl

   21 -  2   01/11/05   RRB Order granting motion for leave to withdraw by K.S. Marsh (21-1).
                        cc: cnsl

   23 -  1   01/11/05   {SEALED}

   24 -  1   01/11/05   DEF 1-2 Fed.R.Civ.P.7.1(a) Statement.

   25 -  1   04/04/05   PLF 1 motion for status conference

   26 -  1   04/22/05   RRB Minute Order granting motion for status conference (25-1).   Status
                        hrg is set for 5/10/05 at 9:30 a.m. in Courtroom #2 in Anchorage.
                        Parties may participate telephonically.   cc: cnsl

   27 -  1   05/09/05   RRB Minute Order the stat conference set for 5/10/05 is reset for
                        5/11/05 at 9:00 a.m. in Courtroom #2 at Anchorage, Ak.   cc: cnsl

   28 -  1   05/11/05   RRB Court Minutes [ECR: Elisa Singleton] re Status Hearing (held
                        5/11/05); Mr. Choate to file an EOA; parties to meet the week of 5/23/05
                        and file a Scheduling and Planning report.   cc: cnsl

   29 -  1   05/20/05   PLF 1 Attorney Appearance by M. Choate.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0008--CV (RRB)
                    "MYRNA I. JOHNSON V FRED MEYER STORES INC ET A"

                                   For all filing dates


Document #     Filed        Docket text

    30 -   1   07/12/05     PLF 1 [Second] Report re: 26(f) mtg w/disc to close 3/31/06.

    31 -   1   07/22/05     PLF 1 [Preliminary] Witness List.

    32 -   1   07/25/05     DEF 1-2 Notice of unavailability 7/25/05 through 8/31/05.

    33 -   1   07/26/05     RRB Scheduling and Planning Order setting pretrial deadlines: Discovery
                            to close 04/28/06; Dispositive motions deadline 05/31/06; Estimate of
                            trial 10 days. cc: cnsl
```