James R. Dickens
MILLER, NASH, WIENER,
HAGER & CARLSEN
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
Telephone: (907)622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907)258-4338

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON, | Case No. J04-0008 CV (RRB) |
| Plaintiff, | |
| v. | |
| FRED MEYER STORES, INC., a Delaware Corporation, and Jaime San Miguel, | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | |

**PLEASE TAKE NOTICE** that the address for the law offices of Gruenstein & Hickey has changed. All pleadings, orders and other writings may be made upon the undersigned at:

> Gruenstein & Hickey
> Resolution Plaza
> 1029 W. 3rd Avenue, Suite 510
> Anchorage, AK 99501

The firm's phone number, fax number and e-mail addresses remain unchanged.

DATED this 24TH day of January, 2006 at Anchorage, Alaska.

> GRUENSTEIN & HICKEY
> Attorneys for Defendants
>
> By:_____
> Peter Gruenstein #7910079

CERTIFICATION
This is to certify that a copy of the foregoing document was delivered by U.S. Mail on this 24th day of January, 2006 to:

Mark Clayton Choate
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801

*[signature]*

LAW OFFICE OF
GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3RD AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350