James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK 99501
Telephone: (907) 258-4338

Attorneys for Defendant

Hon. Timothy M. Burgess

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JAMES BRELAND,

    Plaintiff,

v.

FRED MEYER STORES, INC.,

    Defendant.

Case No. A05-169 - CIV

## DEFENDANT'S FINAL WITNESS LIST

In accordance with the October 20, 2005, Scheduling and Planning Order, defendant Fred Meyer Stores, Inc. ("Fred Meyer") submits its final witness list.

    Mike Blewett

    James Breland

    Jennifer Carlson

    Mike Johnson

    Paul Kodiak

    Ryan Krieger

    Kevin Ruoff

    Bryan Stewart

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

SEADOCS:220974.1

Defendant reserves the right to call at trial any witnesses identified by plaintiff in plaintiff's final witness list. As discovery is still continuing, defendant reserves the right to supplement its final witness disclosure.

DATED this 31st day of March, 2006.

MILLER NASH LLP

By _____
James R. Dickens
WSBA No. 4610
Admitted *pro hac vice*

GRUENSTEIN & HICKEY

By _____
Peter Gruenstein
ABA No. 7910079

Attorneys for Defendant

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

## CERTIFICATE OF SERVICE

I certify that on March 31, 2006, a copy of the foregoing was sent via U.S. Mail to:

Darryl D. Walker
c/o Hoppner Law Office
330 Wendell Street, Suite F
Fairbanks, AK 99707
FAX: (907) 452-4020

*[signature]*

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

SEADOCS:220974.1