Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #042105
Choate Law Firm LLC
424 No. Franklin Street
Juneau, AK  99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRED MEYER SOTRES, INC.; )<br>JAIME SAN MIGUEL, )<br>)<br>Defendants. )<br>) | **CASE NO.** J 04-0008 CV (JWS) |

### STIPULATION FOR 60 DAY EXTENSION OF DISCOVERY

COME NOW the parties, through their respective counsel or record, and pursuant to AK R USDCT LR 16.1(c)(3)[A], agree and stipulate to extend discovery in this matter for sixty (60) days, from its original closure date of May 1, 2006 to July 1, 2006.

The following discovery remains to be accomplished in this time period:

- Management and 30(b)(6) depositions are scheduled to occur of defendants' witnesses in Portland, Oregon on May 24 and May 25, 2006;

- Plaintiff will file a Final Witness List by May 31, 2006;

- Defendants may elect to take the depositions of newly identified witnesses in that Final Witness List during the month of June.

1

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)

| | | |
|---|---|---|
| 1 | Dated: May 22, 2006 | CHOATE LAW FIRM LLC |
| 2 | | |
| 3 | | *s/ Mark Choate* |
| 4 | | _____ |
| | | MARK CHOATE |
| 5 | | 424 N. Franklin Street |
| | | Juneau, AK  99801 |
| 6 | | Telephone: (907) 586-4490 |
| | | Facsimile:  (907)586-6633 |
| 7 | | EM: lawyers@choatelawfirm.com |
| | | AK Bar:  8011070 |
| 8 | | |
| 9 | | Attorneys for Plaintiff |
| 10 | | |
| 11 | Dated: May 22, 2006 | MILLER & NASH LLP |
| 12 | | |
| 13 | | *s/ James R. Dickens* |
| | | _____ |
| 14 | | JAMES R. DICKENS |
| | | 4400 Two Union Square |
| 15 | | 601 Union Street |
| | | Seattle, WA  98101-2352 |
| 16 | | Telephone: (206) 622-8184 |
| 17 | | Facsimile:  (206) 622-7485 |
| | | EM: jim.dickens@millernash.com |
| 18 | | WSBA:  4610 |
| 19 | | |
| | | Attorneys for Defendants |

# PROOF OF SERVICE

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On May 22, 2006, I served the foregoing document described as **STIPULATION FOR 60 DAY EXTENSION ON DISCOVERY**, on the interested parties in this action by serving the original true copies, addressed as follows:

    James Dickens
    Miller Nash LLP
    4400 Two Union Square
    601 Union Street
    Seattle, WA 98101-2352
    Telephone: (206) 622-8484
    Facsimile: (206) 622-7485

    Peter Gruenstein
    Gruenstein & Hickey
    500 L. Street, Suite 401
    Anchorage, AK 99501
    Telephone: (907) 258-4338
    Facsimile: (907) 258-4350

X    By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

\_\_\_    By personal service, I delivered such envelope(s) by hand to the \_\_ office(s); \_\_\_\_ court box of the addressee(s).

\_\_\_    By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

\_\_\_    By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

\_\_\_    By electronic service through the court of record's electronic service system.

3

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)

X    I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 22, 2006 at Juneau, Alaska.

*s/ Mark Choate*

_____
MARK CHOATE