UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  JOHNSON  </u>  v.  <u> FRED MEYER STORES </u>

DATE:  <u> May 22, 2006 </u>   CASE NO.  <u> 1:04-CV-0008-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
GRANTING STIPULATION**

---

The parties' Stipulation for 60 Day Extension of Discovery (Docket 38) is **granted**. The closure of discovery is extended from May 1, 2006, to **July 1, 2006.**

M.O. GRANTING EXTENSION