```
02/18/03   07:54          User F115938                    Printer AAUM
                   NOTE 02/09/03 16:44:51 F677062
         To: Mary Lucas                              F115938  - FMHOST
             Ken Haverkost                           F096642  - FMHOST
       From: Johnna Havard                           F677062  - FMHOST
       Date: 02/09/03
    Subject: Old Ways.....
```
--------------------------------------------------------------------------------

Once again, Jaime is up to his old ways again. I have 2 incindents for you.
On Saturday, Jaime was supposed to come in at 7:00am and be the opening PIC
because Tonia and I were scheduled at 8:00. When I drove through the main
entrance of the parking lot, his Durango was the only vehicle parked by the
HOM entrance. Then my employees came and said that he had snuck his way through
the HOM side then to the back. If he was going to be late, he could have
called one of us to come in and open but he didn't. Also for someone that
harps on tardiness to his fellow employees, then he needs to lead by example,
especially if he is the Manager. The other incident was Sunday(today), I
recieved a call about 7:30 from Jaime, that his son had went to a party and
had got sick and he was staying home to take care of him. He was scheduled at
6:00am. Then about 3:00pm, his son was seen with his girlfriends kids
prouncing around like he was okay. Then shortly after that I saw him
shopping with his son. I say these incidents to you because I feel that he
thinks he can get away with this and nothing will be done to him. I also feel
that he should lead by example, instead of showing to our employees that what
he is doing is "okay". This in my eyes and everyone that I work with, is
unexceptable. It also screws up the way we try to run our democracy throughout
our ALE department. I hope something is done about this excessive tardiness of
his because it is showing everyone else in the store that this is okay. I
don't think it is because what kind of leader is that, if he isn't going to be
punctual and keep his word?

Johnna Havard    JN/158

ATTACHMENT A      Page 001 of 32

202414

01/28/0 3  06:28        User F115938                    Printer AAUG
                 REPLY 01/27/03 14:41:33 F677062
        To: Mary Lucas                          F115938  - FMHOST
        From: Johnna Havard                     F677062  - FMHOST
        Date: 01/27/03
     Subject: Just Checking in...
   Reference: Your note of 01/23/03 13:57 attached below
--------------------------------------------------------------------------
Good to here from you and thank you to the both of you for listening.  It has
been a bumpy ride here but if anything I have learned what not to do in my next
position.  I just got back from my trip back home(Fairbanks) and was able to
release myself and get back to where I needed to be mentally and physically. It
was nice, especially what we have been going through here. I really appreciate
everything that Ken and you did.  Thank you.  Now with Mr. San Miguel, I hope
that he has changed but since I was gone for five days, I have been hearing
complaints since I got back and that he has gone back to his old ways.   I had
Tonia(relief asst.) come up to me and stating that she felt like he was putting
all of the blame on her for something that wasn't totally her fault. Also
Rhonda and him had got into it again and I had only heard a little on that
situation. So far with Jaime and myself, we haven't had any "problems" or
arguments since our talk and compromises.  It has been alright so far but I
will definitely let you know if I have any other problems, but thank again for
being there to listen.
Thank you for your time,
Johnna C. Havard, ALE asst. mgr  JN/158
------------------------------ ATTACHED NOTE ----------------------------------

        To: Johnna Havard                       F677062  - FMHOST
        From: Mary Lucas                        F115938  - FMHOST
        Date: 01/23/03
     Subject: Just Checking in...
--------------------------------------------------------------------------
Just wanted to see how things went this week and if Mr. San Miguel is staying
true to his promises?

Ken and I looked for you to say goodbye but you had already left. We wanted
to thank you for bringing these issues forward.

Please keep me posted on the progress at JN.

Thanks.

01/23/03   14:04          User F115938                    Printer AAUM
                    REPLY 01/15/03 08:24:48 F677062
          To: Mary Lucas                              F115938  - FMHOST
        From: Johnna Havard                           F677062  - FMHOST
        Date: 01/15/03
     Subject: Your complaints
   Reference: Your note of 01/13/03 13:56 attached below
--------------------------------------------------------------------------
Mary, I did talk with Dennis when he came and I still feel like my voice is not
heard.   I don't want to "burn my bridges" with Dennis but I still feel like
there will be no justice brought upon Mr. San Miguel.  When I was explaining
to Dennis that Jaime no shows and is always late, he said that I was keeping
tabs on my Manager.  In a way I am but I also feel that he is not leading by
example of an apparel manager.  His employees see this and this is how they
get away with it.  For example(and this did happen), our relief assistant(Tonia
Avila)called in on Jan. 1.  Now from working with some other managers in the
past, if you call-in on the 1st of January, you are automatically termed.  Also
from talking with Dennis, I also feel by him not caring about the situations
that I have come across, that he doesn't care to lose another dedicated
employee.  Mr. San Miguel may be a good manager in some other aspects but from
what I have observed and the situations I have been in with him, I feel like
he knows that he can and will get away with anything his heart desires, even if
it is against policy.
------------------------------ ATTACHED NOTE -----------------------------

          To: Johnna Havard                           F677062  - FMHOST
        From: Mary Lucas                              F115938  - FMHOST
        Date: 01/13/03
     Subject: Your complaints
--------------------------------------------------------------------------
I will investigate your allegations. I am planning a visit to Juneau in the
near future. In the meantime, did you address any of your issues with
Dennis Affleck during his recent visit?


ATTACHMENT A      Page 003 of 32

Johnna

1. tardiness
   a) communication of tardies / schedule changes.

2. no daily tours
   a) inconsistency
   b) communication of process when he
      is absent / tardy
3. Employee Discipline
   a) ee failing to punch
   b) ee no call/no show 3 times in
      1 week - no discipline

Disciplinary process is not what she was taught
it should be.

ATTACHMENT A    Page 004 of 32

**202417**

Jaime

1. lack of Knowledge of the job.

2. Support
   a) sat down & instructed Johnna to perform a task; felt end result she was working against his plan.

3. Impulsive behavior
   a) Johnna brings alot of energy; different perspective to the store. However, sometimes she reacts impulsively without investigating or considering her response.

202418

~~Ronda~~                    Julitta Lim (call her)
Monica                       ask her about ad incident.

Jaime's attendance - does not come
to work as scheduled. Double standard.

Jaime's communication -
        tours - when do you receive? how often?
        training
        Jaime's phone / pic phone
Treatment of employees -
        re: Throwing merchandise / fixture?
Jaime's direction to ee's re: Johnna.

ATTACHMENT A        Page 006 of 32

1/15/03

1:40 PM Met w/ Johnna Havard

b/99 - ACX Assistant CSN since March '02.
1st in ALK
8 WF.
Biggest complaint is Jaime is not
"managing" the department.

'02 — moved
to BK as Came in March '02 — to fill in for Myrna.
relief. Back @ BK for couple — during
this time position posted — Jaime
Doing well called her — did not interview her.
4A sent to She asked why — Jaime sd. didn't
N - to fill need to — had seen her work.
for Myrna. 2 weeks later back in Juneau
as Asst. ACX Manager in 4/02.

Things very rocky at first. Lots
rumors going around. SC's resentful
of her taking Myrna's position.

Summer? Jaime told her from beginning she
time? was not following thru on things.
Specifically, an ad audit — "lying
on paper to dir about ad audit."
Sunday — she gave copy ACX
hot topics, said was done. Jaime sd.
walked it 2-3 pm w/Julitta Lim (Clorine

202420

- 2 -

P(C) sd. RTW missing - Johnna
π Julitta — Julitta sd. Jaime
was lying.
Mon — Jaime told her ad not set
properly. Jaime told her she lied
to director.

1. No communication to the Assistant —
   never knows when he will be
   there & when he wont. *attendance sporatic?*

2. Rhonda Cox leaving because she
   cannot work w/ Jaime any more.

3. Some ee's come in at 4:00 —
   Jaime does not give her tour till
   8 - 9:00 — say they need to get done
   by end of day — or no tour at all.

4. Sez double standard for Jaime —
   comes & goes as he pleases. No
   communication. He comes
   late — she thinks he's not coming
   — she writes tour — then he comes in
   and gets mad & rips up tour.

5. Johnna went from 11/01 to 3/02 as relief
   then ATTACHMENT A Page 008 of 32
   as of today — have not completed
   relief training. Brand new asst - Juneau.

*(left margin)* Attendance 12/26 - no show's

202421

-3-

Jaime has spent small amount of time on magic.

Johnna worked graveyards alone for 2-3 weeks. She got sick-ended up in ER. — wsk hurt. Excessive lifting. "Made her feel incompetent for calling in sick." Led up to "lote" issue.

*in Nov. '02*

Jaime lost temper — slammed fixture into merchandise.

Just signed policy to not take stuff off shelves. She was expected to take totes off shelf for sale.

Never made floor map for 5-hour sale. She kept v'ing with him — is this how it goes?

Dec.   Deana Judin sd. quitting - has since changed her mind. Gave her notice to Jaime. Sd. cant work w/ him anymore. — changed her mind.

ATTACHMENT A       Page 009 of 32

202422

- 4 -

Day After Thanksgiving. —
11 - 9 am - thought she was
scheduled at that time.

Schedule, id. she was scheduled
day shift.

Jaime worked that day- ? was there
at 9:00.

12/6 - Jaime told Tonia he would
be in to WORK. Jaime no showed.

Sara Dexter - says that lots of times
Jaime is scheduled at certain times -
just plainly doesn't come in.

scheduled
intimates/

When another dir tire - he addressed it.

Julitta Kim also works for STATE - sometimes
comes late due to other JOB - no one minds?
Jaime won't answer his phone - "heard his
dog ate his phone" (Rotweiler).

**202423**

Wrote "no show" on 15 minute chart.
Sara has worked for Jaime six years.
Jaime has Never been a morning person?

-5-

Sundays - whether he shows is anybody's guess.

3 wks. ago - had meeting - Jaime said 1st thing you do is P/u your phone - second get your tour. Sara sd - there was a tour for a couple days - then back to normal - no tours. Today - Johnna wrote tour - 1st thing on tour was finished Jaime's tour but is no where to be found.

Meetings are hit & miss - more miss than hit. He communicates via OV to them. Don't get planograms - never on tour. She thinks they get lost?

He/Has a temper - throws fits - kick boxes - yells. Treats ee's very badly. Threatens ee's in memos when he's mad. Rules by intimidation. ~~~~ he will not go very far because ~~~~ no one wants to follow him

ATTACHMENT A

**202424**

— 6

Sara TT Craig [Douglas] in ALX — he thought
Johnna was section head — because
whenever call comes for PIC — Tonia answers.
Tonia is the relief.
Jaime gives the phone to Tonia.

**Jaime had Johnna throwing freight.**

Jaime does not train.
Myrna knew that and compensated
for it & helped others.

Charinna was acting ~~XXXXX~~ relief —
on the chart as relief —
Jaime never did PIA. She
was very pregnant so did not
pursue it.

According to Sara — when Johnna here
filling in for Myrna — she was
working very long hours & got sick.
Was at ER and Jaime told her
to come to work. She came in —
fainted — Fred & Sara saw her
go out — Fred appalled. Sd. would
T Jaime. According Sara — when
Jaime <span>ATTACHMENT A at Page 012 of 32</span>
roommate (Tom?) tried to get her to
stay home — Jaime was going to call

202425

-7-

him & tell him to stop doing that.

Sara sd. when <u>Sita</u> broke her
leg at work — Jaime's response
was "There goes my bonus."

Visual
Display
Person/
+RIS sez.
RTW
sectionhead.
Worked
at JN
since '98-
ALX.

<u>Miranda Wilburn</u> — was RTW section head.
Quit — b a@c year later — rehired
as P/T⁽ᴴᴼ⁾ V.D. Person — he rehired her
as RTW Section head.
Rehired June, 2001.

Scheduled at 7:00 — wanders in at
8 - 8:30.    50% of time — she
observes him to be late.
She sez she gets a tour from
Jaime — not very often.
I& she gets a tour at all — which
is rarely — Johnna writes tour.
Most direction verbal from Jaime or
Johnna.
Asked her if she understood attendance
policy. She said yes. Sd. policy not
adhered to.    A number of people
violate

202426

8 —

Asked her about Johnna's ability —
sd. she sees her as new — still
learning

Miranda said Matthew trained
her. Jaime does not train
anymore. She said he's very
capable — he helped her when
she was a section head.

She said he doesn't wear his phone —
he's in the office alot.
Sometimes hard to find him.
Hands phone off when he has it.
Not sure when he's on location.

She said he does a good job as a
manager — when he's here.
Jaime worked very hard when
Matthew was the mgr. Now he
has an assistant — he doesn't have to
manage. She does not see him
train Johnna on how to handle
things —
Sd. he very poor communicator.

202427

-9-

PIC

~~Relief Assistant~~ Charinna Fontenote (?)
(english very broken)

We work to hard during holidays-
he not here. Sits in the office alot

If we get memo from Dennis-
things wrong. Jaime will then
write a tour for couple days-
then he will stop. Johnna writes.

Jaime has not been training
her.
Sd. Johnna has been helping
her.

Does not know what ~~happens~~ attendance
policy is?

When she opens she comes in a 6:45.
Jaime usually comes in @ 8:00.

Sd. worked as relief for almost a
year. No PH done.

Said there two other ee's work at
nite ATTACHMENT A  Page 015 of 32
are unhappy about working
condetions at Apparel.

**202428**

— 10 —

1/17/03 Rhonda Cox — men's section head, since last Feb.

Jaime, does not answer his pages.
Doesn't carry phone. No way to get to him

Told her do not follow Johnna's
direction — Follow me.
Then will say — follow Johnna
when I'm not here.

Tours — if written — are for 1 week.
Rhonda will address issues as she
sees fit — then Jaime will see
and take her off task to do
what he wants. She afraid to take
iniative cuz he will shoot her down.
Told Rhonda — you never finish anything.

She is still trying to transfer out
of ALX. Fred knows. Keeps telling her can't
move you now.

6 hr. sale — rammed cart into
fixtures — threw tote. Very angry.

Had mtg. 1 month in advance — of 6 hr. sale (Rhonda)
she has
never _____ before told her that
she & Ann Marie had work graveyard
to work freight — not able to work

202429

— 11 —

their own depts. Freight people
putting their stuff away!
Their depts looked terrible
Tuesday before 6-hr sale — he (Jaime
just got back from vacation.
Called everyone in backroom —
yelled at them — said get out
on floor and fix it. Rhonda
still didn't know how to fix.
Went to Fred — Fred said he
would handle. Rhonda tried to
talk to Jaime — he said "no" just
take care of it. Still mad.

Their dept. was a mess. Jaime
went home — they had everyone
able to help — helping set dept.
Jaime exploded cuz not merchandising
properly. Why wasn't he there
overseeing it himself?

1/17/03  Tonia — Relief since June '02.
So when — come to work tour from
Jaime on tour Johnna.

Training from both.

**202430**

- 12 -

Been hard lately — so much tension
between Johnna & Jaime.

Tonia & Johnna have been butting
heads.

6-hour sale — Johnna left w/o telling
Jaime.

Tonia TT Jaime about doesn't want
to come in to WORK.

Johnna has snapped at her. Having
problems w/ her boyfriend.

Rumor mill running rampant.

202431

```
01/13/03   07:11          User F115938                  Printer AAUM
                    FORWARD 01/11/03 18:50:29 F677062
            To: Mary Lucas                              F115938  - FMHOST
          From: Johnna Havard                           F677062  - FMHOST
          Date: 01/11/03
       Subject: Tours...(JSM)
     Reference: Note attached below
```
--------------------------------------------------------------------------
Here is something else that I have that I documented.

Thanks,
Johnna   JN/158




--------------------------- ATTACHED NOTE ---------------------------------

```
            To: Johnna Havard                           F677062  - FMHOST
          From: Johnna Havard                           F677062  - FMHOST
          Date: 12/12/02
       Subject: Tours...(JSM)
```
--------------------------------------------------------------------------
When I first came to this location in April 2002, I proceeded to do as I was
taught, to write a tour when the ALE manager is not present. He is late
everyday and I usually open. So it is my duty to ensure that everyone is on
task when they first get here. Sometimes there isn't even a daily tour at all
and witnesses to this are: Rhonda Cox, Monica Batsch, Annmarie Stout, &
Sara Dexter, & Sixta Catli(on emer. medical leave, workman's comp.)(also
Colleen Clark, quit Fred Meyer)
***He has told me to not write a tour unless he is absent or off for the whole
day but when he is late and I receive no phone call or message from Fred, then
how am I in the wrong by making sure that everyone is on task and by writing a
tour. Also when he does write a tour, it isn't handed to everyone until half
their shift is over and he says "this has to be done today" and he writes tours
that are anywhere 3-5pages long and expects them to be done that day.

***In his meetings he has when I am not present, he has quoted to the employees
"starting now...you are no longer to listen to Johnna. You are to listen to
me. I am the manager." I am there to run the floor and be there for questions
of our employees at all times. Sometimes for questions directed at him, you
can't even get ahold of him and he doesn't even have his phone on or even on
him. Witnesses to this are: Rhonda Cox, Sara Dexter, Monica Batsch, Deanna
Judin, & Tammy Damien(CCK PIC)(Plus how does he expect to execute the plan like
he asked, if he isn't here or off and he told them not to listen to me. How
am I supposed to do my job?

ATTACHMENT A      Page 019 of 32

202432

01/13/03    07:10

```
                          User F115938
                 FORWARD 01/11/03 18:52:13 F677062
      To: Mary Lucas
      From: Johnna Havard
      Date: 01/11/03                                    Printer AAUM
      Subject:
      Reference: Note attached below                    F115938  -  FMH
------------------------------------------------         F677062  -  FMH
Here is another one!!
```

Johnna    JN/158

```
-------------------------- ATTACHED NOTE --------------------------
      To: Johnna Havard
      From: Johnna Havard
      Date: 12/12/02
      Subject:
      Reference: Note attached below                    F677062  -  FMHOST
------------------------------------------------         F677062  -  FMHOST
```

Another incident where he had thrown merchandise 11/27, I had approached him
in the shoe department with Annmarie Stout about the blue tote incident and
how and why the message wasn't relayed to me. I asked him this and he said,
"well if you were here you would know!!" I then responded, "my health is
important to me! So it is my fault that I went to the ER?" Jaime replied, "well
if you were here..." then I stormed off the other direction towards the
checkstands and he proceeded towards the fitting room. As he stormed his
direction, he had a cart, with his tour clip board(because he was writting a
tour) and he then slammed it into a fixture. This was a 7:30am while the
store was open.    What if this would have hit a customer??
***Please note, the same week he had gone to the ER as well on 11/25 and then
lidn't come to work 11/26.

```
-------------------------- ATTACHED NOTE --------------------------
      To: Johnna Havard
      From: Johnna Havard
      Date: 12/12/02
      Subject:
      Reference: Note attached below                    F677062  -  FMHOST
------------------------------------------------         F677062  -  FMHOST
```

tnesses to throwing merchandise:  Rhonda Cox, Sara Dexter, Annmarie Stout,
ika Chan, Miranda Wilburn, Monica Batsch, & Donald Williams.

```
-------------------------- ATTACHED NOTE --------------------------
      To: Johnna Havard
      From: Johnna Havard
      Date: 11/28/02
      Subject: Last night(J issues)         202433       F677062  -  FMHOST
------------------------------------------------         F677062  -  FMHOST
```

y, I had come back from b      ng into the Emergency room because I have found
that I have condrodritis(where the joints in your rib cage cave in causeing
to the heart. This is cause from alot of strenuous lifting.) Rhonda, Sara
irie and Donald had told me that Jaime had a meeting in the stock

```
12/05/02  08:23          User F115938            Printer AAUM
                  FORWARD 11/29/02 15:44:33 F251403
          To: Fred Sayre                           F111910  - FMHOST
        From: Jaime San Miguel                     F251403  - FMHOST
        Date: 11/29/02
     Subject: Thanksgiving....
   Reference: Note from Tonia Avila (FTMA001 - FMHOST) attached below
-------------------------------------------------------------------------




-------------------------------- ATTACHED NOTE --------------------------------

          To: Jaime San Miguel                     F251403  - FMHOST
        From: Tonia Avila                           FTMA001  - FMHOST
        Date: 11/28/02
     Subject: Thanksgiving....
   Reference: Note from Johnna Havard (F677062 - FMHOST) attached below
-------------------------------------------------------------------------
-------------------------------- ATTACHED NOTE --------------------------------

          To: Tonia Avila                           FTMA001  - FMHOST
        From: Johnna Havard                         F677062  - FMHOST
        Date: 11/28/02
     Subject: Thanksgiving....
-------------------------------------------------------------------------
```

Hey girl, I am sorry you had to go through yesterday after I had left.  Tonight
we worked some of the hangfreight to make some room into the stockroom.  I also
tried to find as many ladies sweaters as I could to fill the womens table and
the ladies table.  I also put the fleece vests onto the bottom columbia table
just for the sale.  I think there might be more in the hangfreight but I did
not want to dig through it tonight.  I have doctor's orders not to lift alot
of heavy freight for a week or two because when Hector took me to the ER on
Tuesday night, I found out I have Condrodritis(which happens when your joints
get weak and cave in).  My ribs are doing this, causing a sharp pain to the
heart.  Jaime did not want to understand this yesterday morning and still made
me stay here until 1:00pm to get the luggage done.  I have had enough, well
that is all I can say for that right now(you know what I mean).  Well hang
in there until I come back to days or if I am ever coming back to days.  I
think this is his way of not having to deal with me, ya know??  I hope you
have a happy Thanksgiving!!  See you on Friday!  We are going home early so
we can spend some Thanksgiving with our loved ones, instead of sleeping all
day!!

Happy Thanksgiving,
Johnna


## ATTACHMENT A      Page 021 of 32

202434

```
        cc: Mary Lucas                                   F115938
            Dennis Affleck                               F028040
      From: Jim Hill                                     F010239
      Date: 10/09/02
   Subject: Issues at JN....
 Reference: Your note of 10/06/02 11:36 attached below
```
-------------------------------------------------------------------

Johnna,

I think the first place you need to start is with Fred Sayre. If he is
aware of this he needs to be, as this gives him a chance to resolve it
store level. If it isn't resolved you and Fred should contact Regional
Mary Lucas and Dennis Affleck for their involvement.

If I can be of further assistance please contact me.

Thank you,
Jim

------------------------------- ATTACHED NOTE ----------------------

```
        To: Mary Lucas                                   F115938
        cc: Jim Hill                                     F010239
      From: Johnna Havard                                F677062
      Date: 10/06/02
   Subject: Issues at JN....
```
-------------------------------------------------------------------

I would like to know what the guildlines for salary managers.  I am ha
some issues here at Juneau that I have never dealt with before and I w
to know how to handle them, it has to deal with someone that is highe:
and treating me unfairly.  Currently I am working a 6-4 shift then tu:
around to do a graveyard at 11pm.  I do realize that salary does work
shifts but I would like to know if this is even okay to do to an emplo
this healthy?  For example today, I am scheduled the 6-4 opening shift
Sunday, then I have to turn around and do a graveyard at 11pm.  Then a
10:00am I was given a 5 page tour that I had to complete the majority
my own by the end of today.  Then tonight I am pulling the graveyard l
to catch up on freight because we have 10 boards in the HOM stockroom
we have 10 more boards in our own stockroom, and I was told that I had
complete it all on my own. I am the only one schedule to do the gravey
complete all of these.  If I don't I feel like I am being set up to fa
is not the first time that this has happened to me at this store.  I p
alot of hours and o.t. here and I do my best with no training for my p
This manager hasn't even began my training since I stepped foot into t
store.  Now before I had come to this store, I was at BK for only 3mor
recieved more training there in that small amount of time then I am g:
I also get harped on, if I change the schedule to fit the needs of bu:
the time and the manager isn't here.  What am I supposed to do?  Leave
floor a mess with minimal help and the rest of the crew stressed out :
day because they have (as I have been told) to "just deal with it".  :
the best I can with the resources given to me and the training that I
previously in another location.
    While I was at WF & BK, I was taught how to use my resources given
and to also try and cover a shift, depending on the issue with the emp
(sick call, emergency leave..).  I was taught the best ways to do this
managers at the time and to also make sure it wouldn't hurt us in hou:
This is the worst I have ever been treated, here at Meyer.  I would li
it to stop.  I also feel that I am a good asset to this company with n
knowledge for my job, my ability to learn quickly, and my eagerness to

ATTACHMENT A   Page 022 of 32

things done.  All I am here to do is my job to the best that I can, to
my goals for the day, and to move on in this company.

If you have any other questions concerning my issues, feel free to cal
cell#907-209-2517 because I will be working graveyards this whole weel
do go back to days next Sunday.

Thank you for your time,
Johnna Havard,
ALE asst. mgr   JN/158

ATTACHMENT A    Page 023 of 32

202436

```
10/13/02  11:41          User F115938                    Printer A
                 REPLY 10/10/02 13:21:45 F010239
          To: Johnna Havard                              F677062
          cc: Mary Lucas                                 F115938
              Dennis Affleck                             F028040
        From: Jim Hill                                   F010239
        Date: 10/10/02
     Subject: Issues at JN....
   Reference: Your note of 10/10/02 06:16 attached below
```
------------------------------------------------------------------

Johanna,

If I understand you correctly, you have already gone to Fred twice and
has been done? Did he say he would address the issues you have stated
note? Have you talked with Dennis concerning your problems with your I

You next step is to contact both Dennis and Mary Lucas. I am CC'ing b
them on your notes as this is something that needs to be addressed by
well.

Let me know if I can be of further assistance.

Thank you,
Jim

------------------------------- ATTACHED NOTE -----------------------

```
          To: Jim Hill                                   F010239
        From: Johnna Havard                              F677062
        Date: 10/10/02
     Subject: Issues at JN....
   Reference: Your note of 10/09/02 13:41 attached below
```
------------------------------------------------------------------

Thank you for responding. I just don't know what to do at this point
what if I have already gone to the store director twice and nothing ha
changed at this point? I don't know what to do and I feel that the wo
doing isn't good enough for this store. I usually pull in 10-12 hour
and I do the best job I can with no training for my position. Current
using all of the knowledge that I have been given and applying the be
Alot of the time I have to find all of my answers to my own questions
own because the person I am supposed to go to doesn't know what to do
get yelled at if I come in to open and write a tour for the day, then
manager shows up about 8:00 sometimes 9:00 then ask me why I wrote a
(some witnesses say he has torn it up) then re-plans the day, when the
heads have been here since 5:00 or 7:00am and has them stop what they
to do something else. How am I supposed to know what he wants, if he
communicate with me, via an o.v. when I am opening. I was trained to
tour if he isn't here(when he is scheduled at 7:00). I am just doing
and in return I feel that everything I have been taught is thrown bacl
face. I will admit that I don't know everything and I do learn thing
everyday and I would love to learn things for my next position but it
yet happened. I just wish this would be resolved. I also know how t
resources whether it is people or objects like merchandising notes, h
display plans for the periods and I have also been told from some buy
I have great communication skills with them at the office. So for kno
doing my job the best that I can and always willing to move on and pu
farther. Thank you for you time, Johnna Havard, ALE Department JN/756

ATTACHMENT A    Page 024 of 32
------------------------------- ATTACHED NOTE -----------------------

**202437**

```
10/13/02  12:20        User F115938                  Printer A:
                NOTE 10/06/02 11:36:48 F677062
          To: Mary Lucas                             F115938
          cc: Jim Hill                               F010239
        From: Johnna Havard                          F677062
        Date: 10/06/02
     Subject: Issues at JN....
```
--------------------------------------------------------------------

I would like to know what the guildlines for salary managers.  I am ha
some issues here at Juneau that I have never dealt with before and I w
to know how to handle them, it has to deal with someone that is highe:
and treating me unfairly.  Currently I am working a 6-4 shift then tu:
around to do a graveyard at 11pm.  I do realize that salary does work
shifts but I would like to know if this is even okay to do to an emplo
this healthy?  For example today, I am scheduled the 6-4 opening shif
Sunday, then I have to turn around and do a graveyard at 11pm.  Then a
10:00am I was given a 5 page tour that I had to complete the majority
my own by the end of today.  Then tonight I am pulling the graveyard l
to catch up on freight because we have 10 boards in the HOM stockroom
we have 10 more boards in our own stockroom, and I was told that I had
complete it all on my own. I am the only one schedule to do the gravey
complete all of these.  If I don't I feel like I am being set up to fa
is not the first time that this has happened to me at this store.  I p
alot of hours and o.t. here and I do my best with no training for my p
This manager hasn't even began my training since I stepped foot into f
store.   Now before I had come to this store, I was at BK for only 3mon
recieved more training there in that small amount of time then I am gi
I also get harped on, if I change the schedule to fit the needs of bus
the time and the manager isn't here.  What am I supposed to do?  Leave
floor a mess with minimal help and the rest of the crew stressed out :
day because they have (as I have been told) to "just deal with it".  :
the best I can with the resources given to me and the training that I
previously in another location.
     While I was at WF & BK, I was taught how to use my resources given
and to also try and cover a shift, depending on the issue with the emp
(sick call, emergency leave..).  I was taught the best ways to do thi:
managers at the time and to also make sure it wouldn't hurt us in hou:
This is the worst I have ever been treated, here at Fred Meyer.  I wou
it to stop.  I also feel that I am a good asset to this company with m
knowledge for my job, my ability to learn quickly, and my eagerness to
things done.  All I am here to do is my job to the best that I can, to
my goals for the day, and to move on in this company.

If you have any other questions concerning my issues, feel free to ca
cell#907-209-2517 because I will be working graveyards this whole weel
do go back to days next Sunday.

Thank you for your time,
Johnna Havard,
ALE asst. mgr  JN/158

ATTACHMENT A      Page 025 of 32

202438

01/13/O{   07:09          User F115938                    Printer AAUM
                  FORWARD 01/11/03 18:53:50 F677062
            To: Mary Lucas                               F115938  - FMHOST
          From: Johnna Havard                            F677062  - FMHOST
          Date: 01/11/03
       Subject: Deanna's Quitting
     Reference: Note attached below
--------------------------------------------------------------------------
Here is another incident that I documented!!

Thanks,
Johnna Havard,
ALE asst. mgr   JN/158




-------------------------------- ATTACHED NOTE --------------------------------

            To: Johnna Havard                            F677062  - FMHOST
          From: Johnna Havard                            F677062  - FMHOST
          Date: 12/29/02
       Subject: Deanna's Quitting
--------------------------------------------------------------------------
I was called up to the office on 12/16 about Deanna Judin's quitting.  He
asked me why she quoted schedule problems and communication in her 2week
notice and I said"I don't know".  He then said, "well then how would she know
about these problems?" I felt like he was trying to put the blame on me for
telling her to quit.

ATTACHMENT A      Page 026 of 32

**202438A**

01/13/03  07:09          User F115938                    Printer AAUM
                 FORWARD 01/11/03 18:55:19 F677062

         To: Mary Lucas                              F115938  - FMHOST
       From: Johnna Havard                           F677062  - FMHOST
       Date: 01/11/03
    Subject: JSM No-Show/No-call
  Reference: Note attached below
-----------------------------------------------------------------------------
Here is another incident that wasn't followed up with.


Johnna




------------------------------- ATTACHED NOTE ------------------------------


         To: Johnna Havard                           F677062  - FMHOST
       From: Johnna Havard                           F677062  - FMHOST
       Date: 12/29/02
    Subject: JSM No-Show/No-call
-----------------------------------------------------------------------------
Thursday 12/26, Jaime was scheduled at 7-5.  I had come in at 9:00am.  When I
had came in, I asked Tonia if Jaime was here.  She then quoted" I spoke to him
the day before christmas and he said he was coming in but I haven't seen him
yet."  Steve and Drew had both asked me where he was also and he was no where
to be found.  He hadn't even called us to let us know that he wasn't coming in.
Tonia even said that she didn't get a phone call, either.  Fred was off and
Steve was M.O.D. and he didn't receive a phone call either.  Nothing was done
about this incident.


ATTACHMENT A      Page 027 of 32

202438B

01/13/03   07:08          User F115938                    Printer AAUM
                    FORWARD 01/11/03 19:33:05 F677062
        To: Mary Lucas                                F115938  - FMHOST
      From: Johnna Havard                             F677062  - FMHOST
      Date: 01/11/03
   Subject: Tonia Avila(Jan. 1)
  Reference: Note attached below
------------------------------------------------------------------------
Here is something else that I documented and it wasn't followed up with the
employee from the manager but the manager was told of the incident from
myself.

Thank you,
Johnna    JN/158




--------------------------- ATTACHED NOTE ------------------------------

        To: Johnna Havard                             F677062  - FMHOST
      From: Johnna Havard                             F677062  - FMHOST
      Date: 01/11/03
   Subject: Tonia Avila(Jan. 1) 4th in Mtg./mgmt / know
------------------------------------------------------------------------
On the morning of January 1. around 8:00am, I received a phone call from our
relief assistant, Tonia Avila.  She said that she wasn't feeling well.  I then
asked if she had went out the previous night, she had then said that she did
and didn't come home until 4:00am and was still feeling it from the night. I
then told her to call me back and maybe thinking of coming in later.  She never
called back and never came into to work that day.

***From what I know from some other locations or under some other management,
that if you call-in on the 1st of the year, you are automatically terminated.
I had then told Jaime San Miguel about this when he had come in to work on the
schedule the same day.  Nothing was done to this employee about this incident.







ATTACHMENT A      Page 028 of 32

202438C

Johnna Havard — 14/3/02.     no training?
                             since March by Jaime

Friday → brought drs. note — cant read —
asked for explanation? Jaime asked
for clarification.
Friday scheduled — scheduled.          no training
WORKed Saturday/Sunday.               Relief for Janie

⬛                    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    x-clock

Ron Sieverson — BSM
        suspended 3 days — (10/24/02)

▓▓▓▓▓▓▓▓▓   Dissention — in DEPT.   ⬛      alleging to

11/5/02 — Conference Call — Jaime gave Johnna
            written warning for leaving
            WORK w/o authorization
                  several hours early.

Jaime sd. not necessary to communicate his
whereabouts when out of store.

202438D

in & out board?        Threw merchandise around?

```
02/12/01  14:11         User F115938              Printer AAUM
              FORWARD 02/12/01 13:50:28 F028040
          To: Mary Lucas                          F115938  - FMHOST
          cc: John Santos                         F429463  - FMHOST
        From: Dennis Affleck                       F028040  - FMHOST
        Date: 02/12/01
     Subject: About Jim Duffy
   Reference: Note from Jaime San Miguel (F251403 - FMHOST) attached below
```
--------------------------------------------------------------------------
Fyi on Jim Duffey at JN/SHO.

Walked off the job this morning...




------------------------- ATTACHED NOTE ---------------------------------

```
          To: Dennis Affleck                       F028040  - FMHOST
        From: Jaime San Miguel                      F251403  - FMHOST
        Date: 02/12/01
     Subject: About Jim Duffy
   Reference: Note from Myrna Johnson (F276177 - FMHOST) attached below
```
--------------------------------------------------------------------------
Dennis,

We need to replace Jim Duffy in the sho dpt.Do you want to post for sho mgr or
for sho section head? Please advise.


                              THANKS
                         JAIME SAN MIGUEL
------------------------- ATTACHED NOTE ---------------------------------

```
          To: Jaime San Miguel                     F251403  - FMHOST
          cc: Fred Sayre                           F111910  - FMHOST
        From: Myrna Johnson                         F276177  - FMHOST
        Date: 02/11/01
     Subject: About Jim Duffy
```
--------------------------------------------------------------------------

Just to let you know that Jim Duffy walk off this morning.  He came in around
5:00 am and left around 7:00.  He left his key with a note "See Ya" on his
desk.

Thanks,
Myrna




## ATTACHMENT A      Page 030 of 32

202438E

```
01/13/03   07:12           User F115938               Printer AAUM
                  FORWARD 01/11/03 18:48:44 F677062
         To: Mary Lucas                                F115938  - FMHOST
       From: Johnna Havard                             F677062  - FMHOST
       Date: 01/11/03
    Subject: Tardiness for JSM....
  Reference: Note attached below
```
--------------------------------------------------------------------------

Just something that I thought you might want to see.  They are some times of
documentation of tardiness.

Johnna Havard
ALE asst. mgr  JN/158

*(handwritten: ask Fred about these)*

------------------------------ ATTACHED NOTE ------------------------------

```
         To: Johnna Havard                             F677062  - FMHOST
       From: Johnna Havard                             F677062  - FMHOST
       Date: 12/12/02
    Subject: Tardiness for JSM....
```
--------------------------------------------------------------------------
Inventory day, 9/30/02: scheduled at 7:00am, didn't show up until 8-8:15am,
                        (witnesses: Sara Dexter and Fred Sayre, I was doing
                        missing tickets on the misses casual pad and Fred
                        Sayre had asked me if Jaime was here and I said no
                        and that was at 7:00am.  I wasn't given a phone call
                        or anything.  Then Fred left me and tried paging him
                        twice but no response.)

***That same week we had the RTW visit with CDB and I noted to Jaime that I
was going to work an extra shift to get ready for the visit and re-merchandise.
He said okay.  I worked on Wednesday night.  I was the only one in mgt. to put
in an extra day for the visit and this was my idea.

***He is late everyday and arrives around 8:00-8:30am when he is usually
scheduled at 7:00am.

Witnesses to his tardiness:  Monica Batsch, Annmarie Stout, Rhonda Cox,
Tonia Avila, Miranda Wilburn, Fred Sayre.

W/E 11/16/02:
He went on vacation 11/14-11/18.  Told every year that this is a black out
period and while he was gone, Tonia Avila and I were to continue to work our
4day work week.

W/E 11/23/02:
Friday, 11/22 day of corporate visit of the new president along with PLT,
DXA, Mens, & INT, didn't show up until 7:30 scheduled at 7:00.  Didn't
receive a phone call or any o.v's about the visit and or last minute fixes
for the visit.  As soon as I got here at 4:00, I re-merchandised with Rhonda
Cox in YM.  I saw the note sitting on his desk that DXA had sent him on what
they were looking at in the visit and to make sure the YM
flow was current.  It wasn't, so I jumped on it even though I wasn't told to
do so.  When he finally showed up, he didn't say any problems with us re-
working it to make sure it was ready for the visit.

**202438F**

W/E 11/30:
Sunday he was scheduled at 6:00am and didn't show up until 8:00-8:30. I was scheduled 7-5.

W/E 12/07:
Sunday he was scheduled at 6:00am but showed up around 9:00am in jeans and casual clothing.  He asked how the ad was going and then didn't tell us whether he was going to be here or not but was scheduled to work.  I was scheduled 7-5 and did the mens ad.

****If he is late, I am never given a phone call or relayed a message.

ATTACHMENT A      Page 032 of 32

202438G