# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON,)
)
        Plaintiff, )
)
        vs. )
)
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL, )
)
        Defendants. )    Case No. J-04-008 CV (JWS)
)

### [PROPOSED] ORDER GRANTING MOTION TO REOPEN DISCOVERY

    Plaintiff requests the court to reopen discovery for the limited purpose of inquiring as to Defendants' Late Responses to Plaintiff's Third Requests for Production.

    Because Plaintiff has diligently pursued discovery and Defendants' responses were provided after the close of discovery, Plaintiff's motion is granted. Discovery in this case is reopened for the limited purpose of allowing Plaintiff to inquire into the documents provided by Defendants after the close of discovery and to depose and re-depose witnesses as necessary in regards to the subject matter and content of these documents.

    DATED this _____ day of _____, 2006.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
[PROPOSED] ORDER GRANTING MOTION TO REOPEN DISCOVERY
J-04-008 CV (JWS)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490