James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle WA  98101-2352
Telephone:  (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK  99501
Telephone:  (907) 258-4338

    Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

## DECLARATION OF JAMES R. DICKENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    I, James R. Dickens, declare under oath as follows:

    1.    I am an attorney with Miller Nash LLP, one of the attorneys for the defendants in the above-referenced matter. I make this declaration based on my personal knowledge and the records and files herein.

    2.    I deposed plaintiff Myrna Johnson on January 23, 2006. Attached as Exhibit A are true and correct copies of selected deposition transcript pages from Ms. Johnson's deposition, numbered Ex. A, p. 1, through Ex. A, p. 105, for convenience in referencing.

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 1 of 6

SEADOCS:239825.1

3. I attended the deposition of individual defendant Jaime San Miguel on January 24, 2006. Attached as Exhibit B are true and correct copies of selected deposition transcript pages from Mr. San Miguel's deposition, Ex. B, p. 1, through Ex. B, p. 22.

4. I attended the deposition of Fred Sayre on January 27, 2006. Attached as Exhibit C are true and correct copies of selected deposition transcript pages from Mr. Sayre's deposition, Ex. C, p. 1, through Ex. C, p. 11.

5. I attended the deposition of Johnna Havard on January 25, 2006. Attached as Exhibit D are true and correct copies of selected deposition transcript pages from Ms. Havard's deposition, Ex. D, p. 1, through Ex. D, p. 19.

6. Attached as Exhibit E is a true and correct copy of Myrna Johnson's deposition exhibit No. 2, from January 23, 2006.

7. Attached as Exhibit F is a true and correct copy of Myrna Johnson's deposition exhibit No. 4, from January 23, 2006.

8. Attached as Exhibit G is a true and correct copy of Myrna Johnson's deposition exhibit No. 5, from January 23, 2006.

9. Attached as Exhibit H is a true and correct copy of Myrna Johnson's deposition exhibit No. 6, from January 23, 2006.

10. Attached as Exhibit I is a true and correct copy of Myrna Johnson's deposition exhibit No. 7, from January 23, 2006.

11. Attached as Exhibit J is a true and correct copy of Myrna Johnson's deposition exhibit No. 8, from January 23, 2006.

12. Attached as Exhibit K is a true and correct copy of Myrna Johnson's deposition exhibit No. 9, from January 23, 2006.

13. Attached as Exhibit L is a true and correct copy of Myrna Johnson's deposition exhibit No. 11, from January 23, 2006.

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 6

SEADOCS:239825.1

14. Attached as Exhibit M is a true and correct copy of Myrna Johnson's deposition exhibit No. 12, from January 23, 2006.

15. Attached as Exhibit N is a true and correct copy of Myrna Johnson's deposition exhibit No. 13, from January 23, 2006.

16. Attached as Exhibit O is a true and correct copy of Myrna Johnson's deposition exhibit No. 14, from January 23, 2006.

17. Attached as Exhibit P is a true and correct copy of Myrna Johnson's deposition exhibit No. 15, from January 23, 2006.

18. Attached as Exhibit Q is a true and correct copy of Myrna Johnson's deposition exhibit No. 18, from January 23, 2006.

19. Attached as Exhibit R is a true and correct copy of Myrna Johnson's deposition exhibit No. 21, from January 23, 2006.

20. Attached as Exhibit S is a true and correct copy of Myrna Johnson's deposition exhibit No. 25, from January 23, 2006.

21. Attached as Exhibit T is a true and correct copy of Myrna Johnson's deposition exhibit No. 37, from January 23, 2006.

22. Attached as Exhibit U is a true and correct copy of Myrna Johnson's deposition exhibit No. 42, from January 23, 2006.

23. Attached as Exhibit V is a true and correct copy of a June 28, 2002 letter from the Alaska State Commission for Human Rights to which was attached a copy of plaintiff's First Amended Complaint with ASCHR.

///

///

///

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 3 of 6

SEADOCS:239825.1

24. Attached as Exhibit W is a true and correct copy of Myrna Johnson's First Amended Complaint (signed by her on June 25, 2002) filed with ASCHR.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED at Seattle, Washington, on July 31, 2006.

s/ James R. Dickens

Certificate of Service

I hereby certify that on July 31, 2006, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 4 of 6

SEADOCS:239825.1

TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---|---|---|
| Exhibit A | Myrna Johnson deposition transcript pages | 1-105 |
| Exhibit B | Jaime San Miguel deposition transcript pages | 1-22 |
| Exhibit C | Fred Sayre deposition transcript pages | 1-11 |
| Exhibit D | Johnna Havard deposition transcript pages | 1-19 |
| Exhibit E | Myrna Johnson deposition exhibit No. 2 | 1 |
| Exhibit F | Myrna Johnson deposition exhibit No. 4 | 1 |
| Exhibit G | Myrna Johnson deposition exhibit No. 5 | 1-4 |
| Exhibit H | Myrna Johnson deposition exhibit No. 6 | 1-4 |
| Exhibit I | Myrna Johnson deposition exhibit No. 7 | 1-4 |
| Exhibit J | Myrna Johnson deposition exhibit No. 8 | 1-4 |
| Exhibit K | Myrna Johnson deposition exhibit No. 9 | 1-5 |
| Exhibit L | Myrna Johnson deposition exhibit No. 11 | 1-3 |
| Exhibit M | Myrna Johnson deposition exhibit No. 12 | 1 |
| Exhibit N | Myrna Johnson deposition exhibit No. 13 | 1 |
| Exhibit O | Myrna Johnson deposition exhibit No. 14 | 1 |
| Exhibit P | Myrna Johnson deposition exhibit No. 15 | 1 |
| Exhibit Q | Myrna Johnson deposition exhibit No. 18 | 1 |
| Exhibit R | Myrna Johnson deposition exhibit No. 21 | 1-3 |
| Exhibit S | Myrna Johnson deposition exhibit No. 25 | 1 |
| Exhibit T | Myrna Johnson deposition exhibit No. 37 | 1-10 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 5 of 6

SEADOCS:239825.1

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---|---|---|
| Exhibit U | Myrna Johnson deposition exhibit No. 42 | 1-3 |
| Exhibit V | June 28, 2002 letter from the State of Alaska Human Rights Commission | 1 |
| Exhibit W | Myrna Johnson's First Amended Complaint filed with the State of Alaska Human Rights Commission | 1 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DECLARATION OF JAMES R. DICKENS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 6 of 6

SEADOCS:239825.1