# DECLARATION OF JAMES R. DICKENS
# EXHIBIT D
# (PAGES 1-19)

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MYRNA I. JOHNSON, )
)
    Plaintiff, )
)
v. )
)
FRED MEYER STORES, INC., )
a Delaware corporation; )
and JAIME SAN MIGUEL, )
)
    Defendants. )
_____)

Case No. J04-008 CV (JKS)

VIDEOTAPED DEPOSITION OF JOHNNA HAVARD
Pages 1 through 115, Inclusive
Taken: Wednesday, January 25, 2006
Place: Juneau, Alaska

Ex. D, p. 1

Page 11

1  relief assistant?
2  A.  Yeah. It's like a -- because the way
3  it goes, like fourth, third, second, and first. So
4  fourth in charge; and then relief, which is also
5  being third; and then second, which is apparel
6  assistant; and then, of course, first, which is
7  like the ALE manager.
8  Q.  Okay. So you were effectively the
9  third in line at the Wasilla store?
10  A.  Uh-huh.
11  Q.  Okay.
12  A.  I was. I did a lot of closings and all
13  that, but I still was able to do a lot of my
14  training with Mark. And then -- and then I got a
15  call from Dennis saying they needed help in Juneau.
16  And he said, "They need your managerial experience
17  there because they have some issues within the
18  store." And he said Jaime was going to be short
19  managers. I said, "Okay. Sure. I'll go down
20  there and help out."
21           I was there about two, three
22  weeks, and then went down there, helped out, and
23  then -- do you guys want me to go on?
24  Q.  Well, let me ask some questions now.
25  A.  Okay.

Page 12

1   Q.   So when you came -- what was the
2   reason -- did you have any understanding as to why
3   Juneau was shorthanded at that time?
4   A.   He just told me that the assistant
5   manager had to go on emergency leave, not really
6   explaining fully why. But he just said they were
7   going on emergency leave. And I said "Okay."
8   Q.   And did he identify who the assistant
9   manager was?
10  A.   No. At the time I didn't know who she
11  was.
12  Q.   Okay.
13  A.   I had no idea who anybody was down
14  there.
15  Q.   So when you got down to Juneau, what
16  did you start doing and approximately when would
17  this have been?
18  A.   Sorry. I have to go back. Gosh. I
19  moved there in 2002, April. February -- it might
20  have been in March. I'm guessing.
21  Q.   Okay. Of 2002?
22  A.   Yeah. Because then I moved there in
23  April.
24  Q.   All right.
25  A.   It was April. Yeah. I'm guessing

Page 13

1  March. I was there for a few weeks. And then I
2  performed the -- the assistant manager -- what they
3  were supposed to do, their job.
4      Q.    What shifts were you working during
5  that time period; do you recall?
6      A.    I had really good shifts,
7  seven-to-fives. I can't remember if I worked
8  weekends or not. It was a way back.
9      Q.    Were you doing any recovery during that
10 time?
11     A.    I don't recall working any closings.
12     Q.    Okay.
13     A.    But I did work a lot of overtime while
14 I was at that store to try and get the jobs done
15 that they asked me to do, which they asked me to do
16 seasonal resets for the departments. So I did a
17 lot of overtime while I was there to get the job
18 done.
19     Q.    Now, during the time that you were
20 working during that couple weeks at the Fairbanks
21 store, were there problems with recoveries at night
22 in terms of the quality of recovery or concerns
23 regarding recoveries?
24          MR. DICKENS: Counsel, did you
25 mean the Fairbanks store? As you said --

Case 1:04-cv-00008-RRB   Document 46-9   Filed 07/31/2006   Page 6 of 20
Johnna Havard * 1/25/2006
Johnson v. Fred Meyer * J04-008 CV (JWS)

Page 16

1    Q.    Okay.
2    A.    I mean, if -- it wasn't like Myrna --
3  it wasn't just her that, you know he complained
4  about recoveries. It was other -- other people.
5  Like even myself. He complained about my
6  recoveries too.
7    Q.    Okay. Mr. San Miguel did?
8    A.    Uh-huh.
9    Q.    Okay. Now, during -- were you supposed
10 to fly back to Fairbanks, like, on the weekend of
11 March 16?
12   A.    I was.
13   Q.    Okay.
14   A.    And then they couldn't -- because we
15 were stuck in, like, Cordova or Yakutat. And they
16 said, "Well, we are either going to sit here and
17 wait it out, or you guys can fly back to Juneau."
18         So I was like, well, I'll just fly
19 back to Juneau and then work some more hours. And
20 I did. So I just got back and said, "What do you
21 want me to do?"
22   Q.    Okay.
23   A.    And then continued to do the same
24 project that I had done before.
25   Q.    Okay. And what was that, if you

Page 23

1   A.   Sorry. The question again?
2   Q.   Okay. My question was, you continued
3   working for the -- at the Juneau store, Fred Meyer
4   store, for some period of time --
5   A.   Oh, a positive manner.
6   Q.   -- in which it was a positive, sort of
7   successful relationship. How long did that last?
8   A.   For the Juneau store, about a year.
9   And then I moved over to jewelry because of
10  everything that was going on.
11  Q.   Okay.
12  A.   So -- well, actually -- I'm sorry. Let
13  me rephrase that. Because I quoted how long I
14  worked for apparel was about a year. I'd give it
15  about six months in apparel that I was actually
16  content with my job and everything that was going
17  on.
18  Q.   Okay.
19  A.   And then it just kind of went downhill
20  from there (indicating).
21  Q.   Okay. What happened?
22         MR. DICKENS: Same objection.
23  I'll object to the line of questioning.
24         MR. CHOATE: You can have a
25  continuing objection. Sure.

Page 24

1   MR. DICKENS: That's fine. Go
2   ahead.
3   A.   Let's see. I didn't feel -- anything I
4   was doing wasn't -- wasn't correct. Like my
5   recoveries weren't good either.
6   BY MR. CHOATE:
7   Q.   Who said that?
8   A.   Jaime. He wanted me to stay later to
9   get the job done. I refused to stay later.
10  Q.   By "later," meaning -- what do you
11  mean?
12  A.   Till 2:00 in the morning if it had to
13  be that. I refused because of where I lived and
14  the conditions, and I wasn't going to stay that
15  late. And especially with the crew that I had.
16  Like people are sick, or -- and then they got to do
17  the cash register. You are down to so many people,
18  and then you still have to do your job, do the
19  manager job and do their job.
20       So, you know, you do what you can
21  in the time you are given and do the best job you
22  can do. And then when it is time to go home, you
23  go home.
24  Q.   Okay. Before this time period you are
25  talking about, when you couldn't do anything right

Page 27

1   expectations, I guess, of what an apparel assistant
2   manager should do, when I thought I was
3   performing -- or getting better in the position I
4   was in.
5           There was, I mean, just e-mails
6   back and forth, either that or, you know, he'd
7   either argue about maybe something that was going
8   on on the floor. You know, he wanted it done this
9   way. I thought it maybe should have been this way.
10      Q.   Did --
11      A.   You know, stuff like that, or . . .
12      Q.   Was there a difference in the quality
13  of your work?
14      A.   From when?
15      Q.   Was there anything happening in the
16  quality of your work which would cause Mr. -- to
17  your knowledge, cause Mr. San Miguel to suddenly
18  become much more critical of you?
19      A.   No, I don't think there was a
20  difference at all.
21      Q.   When you were trying to assess --
22      A.   I was trying to do better.
23      Q.   Okay. When you were trying to assess
24  what was going on, what was happening, did you have
25  any -- did you sort of reach an internal opinion as

Page 34

```
 1   took credit for all of that.
 2       Q.    And he didn't indicate that you had
 3   been responsible or participated in that?
 4       A.    No.
 5       Q.    Did that upset you?
 6       A.    Oh, very much.  It was -- I was very
 7   upset about it.
 8       Q.    Now, when did you switch from apparel
 9   to another department at Fred Meyer?
10       A.    About a year.  I guess when I could get
11   over there, but the manager over there, he actually
12   he came and got me.
13       Q.    And who was that?
14       A.    Bill Ledoux.
15       Q.    And when you made the switch, it
16   actually cost you money?
17       A.    It did.  It hurt me.  I took a $5 pay
18   cut.  And then, of course, I couldn't do all my
19   bills, so I became in debt.  I had to tell my
20   parents I became in debt and moved back home.  And
21   that was about a year after being in jewelry.  I
22   just couldn't afford it anymore.
23       Q.    Now, you have previously signed an
24   affidavit dated February 12, 2004.  It is marked as
25   Exhibit 31 to our depositions.
```

Page 47

```
 1      A.      Yeah.
 2      Q.      Okay.  Now it also says in that
    paragraph, "I could not help but notice that
    San Miguel would eye attractive women who walked by
    him in the Juneau store."  Is that part of what
    you've already talked about?
 7      A.      Yeah, what I talked about previously.
 8      Q.      Okay.  You say, 21, "It also became
    obvious to me that San Miguel preferred Hispanic
    employees over Asian employees.  For example" --
11      A.      I thought so.  Like I said, there was,
    you know, people who -- that didn't get
    reprimanded, that I maybe thought should have
    either gotten spoken to or the issue resolved.
    Like Minerva Cortez, for example.  She'd either
    done a lot of things, or she didn't do her job when
    she was closing.  I mean, I had people come and
    talk to me and say, "Well, she's not showing up.
    How come she doesn't get reprimanded for it?"  And
    I said, "Well, I have talked to Jaime about it,
    but, I mean, I have done what I could do."
22      Q.      Did Ms. Minerva Cortez have a pattern
    of not showing up for work?
24      A.      In the short time I was there?
25      Q.      Yes.
```

Page 48

1   A.   She did.
2   Q.   Okay. And was she ever reprimanded for
3   that?
4   A.   No. She still came to work. And, to
5   me, that meant she wasn't reprimanded. Because the
6   way that Fred Meyer is set up is, if you don't
7   show -- if you do a no-show, no-call, then you are
8   terminated.
9   Q.   Was she terminated for that?
10  A.   No.
11  Q.   Okay. Is Ms. Cortez, to your
12  knowledge, Hispanic?
13  A.   Yeah.
14  Q.   Okay. It says at 22, "On Myrna's last
15  day in the Juneau store, I saw her crying in the
16  stockroom and observed that she was very upset."
17  Is that correct?
18  A.   Yes.
19  Q.   Okay. And, again, you don't know what
20  she was upset about at that time, did you?
21  A.   No.
22  Q.   Okay. At 23, you say, "After Myrna's
23  last day at work, San Miguel remarked that Myrna
24  was not doing her job, but he didn't elaborate on
25  that." Is that correct?

Page 50

1  vendor --

2  A.  Uh-huh.

3  Q.  -- at the store, that Mr. San Miguel
4  informed you to tell her -- or instructed you to
5  tell her that she was not to service the account
6  unless he was present in the Juneau store?

7  A.  That is correct.

8  Q.  Okay. And do you recall exactly how
9  that went about or how it happened?

10  A.  She was -- she would do a reset or
11  something on the sunglasses, or fill them up, or --
12  but she also did, I think, the furniture. She also
13  was the vendor for that as well.

14       And I don't know if it was because
15  of the thing they had there, that it was just out
16  of anger. He said that she was not to come in
17  the -- because he said that -- "Just let her know
18  she's not supposed to come here unless I'm here."

19       And I have been a vendor before,
20  and all you have to do is get a manager to sign off
21  on it, that you were there, and then you send your
22  time sheet in.

23  Q.  Did you have any reason or any
24  knowledge as to why Mr. San Miguel would have
25  placed that restriction on Myrna Johnson's access

Page 53

1  to train because he didn't hire anybody.
2      Q.   So what did that mean in terms of your
3  work?
4      A.   My work load became more because either
5  I didn't have a crew to support me -- sometimes I
6  might have had one person on graveyard to get the
7  job done, and it was a new employee. And when you
8  have a new employee, well, you have to train them.
9  You got to walk them through everything, and you
10 still got to do the job that you're supposed to do
11 and still try and, you know, do the other people's
12 job that weren't there.
13     Q.   Did you ever state or tell
14 Mr. San Miguel that you thought you were being
15 punished in some fashion for being given that
16 shift?
17     A.   I did. I thought I was.
18     Q.   And what was his response?
19     A.   He, basically, was like "Tough." You
20 know, that's what -- "I'm the manager. I make the
21 schedule." I mean, he used that the term a lot.
22 "I'm the manager. I'm the manager." It's like,
23 well, I already know you are the manager. You
24 don't have to tell me that.
25          So I did feel like I was being

Page 54

1  punished. I don't -- I didn't really understand
2  why because I thought either the issue of -- you
3  know, yes, I did date an employee. I felt that was
4  pushed behind us, and he said it too. But I still
5  felt like I was being punished the whole time.
6       Q.    Now, graveyards would be what -- what
7  time period?
8       A.    About ten-to-eights, or
9       Q.    10:00 p.m. --
10      A.    10:00 p.m. to, like, 8:00 a.m. or even
11 7:30, because you just take a half hour lunch.
12 Managers, of course, have to work, like, an extra
13 hour, usually. That's just how they do it at Fred
14 Meyer's. And sometimes I would work longer than
15 that.
16      Q.    It says that when he put you on the
17 less favorable evening shift, he would give you a
18 long list of things that needed to be done which
19 could not possibly be completed during the shift.
20 Do you recall that?
21      A.    I do. He would always say, you know,
22 "Here's the tour. You need to get these done."
23 And in the course of it, I didn't have time to get
24 them done, or just -- it's like he wouldn't
25 understand why I didn't get them done.

Page 55

1  Well, he either didn't take into
2  consideration that I might have had an employee
3  call in sick, or the employee then had to go do the
4  cashier, or another employee went home because of
5  something, or -- like no kids, no babysitters.
6  It's like you always have -- you
7  always have issues that resolve in the store, and
8  then you have to, then, do their job to still meet
9  the expectations of how it should look in the
10 morning, when customers come in.
11    Q.   Okay. And given the time you had --
12    A.   Uh-huh.
13    Q.   -- did you do the very best job you
14 could?
15    A.   I did.
16    Q.   Okay. And had that job, before you got
17 engaged, always been acceptable?
18    A.   It was acceptable before, yes.
19    Q.   Okay. And now it wasn't?
20    A.   No.
21    Q.   Okay. At 31 in your affidavit, it
22 says, "San Miguel would then criticize me for not
23 completing all the items on his long list. On one
24 occasion, he told me I needed to work until 2 a.m.
25 to finish the tasks assigned to me." Is that

Page 78

1   A.   And then I did turn a position down
2   once they just told me I had it. And then they had
3   other applicants that they were going to put in the
4   job anyway.
5   Q.   When you came to the Juneau store as a
6   temporary in early March 2002, did you tell people
7   you had a boyfriend up in Wasilla?
8   A.   I did have a boyfriend, yes.
9   Q.   When you came to Juneau and became
10  engaged to Jeff Smith, was that your first
11  engagement?
12  A.   No, I had been engaged before.
13  Q.   And did you and Mr. Smith get married?
14  A.   No.
15  Q.   All right. Have you been engaged
16  since?
17  A.   No.
18  Q.   How long did you expect to stay when
19  you came down on that temporary situation?
20  A.   Just a few weeks. About -- probably,
21  what, three to four weeks.
22  Q.   And as I understand your earlier
23  testimony, you enjoyed the position as a first
24  assistant in the Juneau store?
25  A.   Uh-huh. I did. Very much.

Page 79

1   Q.   And so did you initiate the discussion
2   with Mr. San Miguel that you would like to come to
3   Juneau if there was an opening as a first
4   assistant?
5   A.   If it came open, then, yes, I would.
6   Q.   So how did you initiate that
7   discussion?
8   A.   I said -- I can't remember. Upon
9   leaving, you know, I said if it did come open, then
10  I would be willing to come down here.
11  Q.   Okay. And did Mr. San Miguel -- how
12  did he respond?
13  A.   Him and Fred Sayre were both happy, and
14  they were like, "Yeah, I'd love to have you down
15  here. We saw how you worked. You were good."
16  Q.   The way I interpret that -- tell me if
17  it's correct -- they were complimenting you on the
18  work you had done, and basically were telling you
19  if an opening occurred, they'd be happy to consider
20  you for it. Is that what you concluded too?
21  A.   Uh-huh.
22  Q.   That's a yes?
23  A.   Yes.
24  Q.   Okay. One of the things, in this
25  situation, you have to answer yes or no.

Page 88

1   best.
2   Q.   I understand, and we appreciate that.
3   It's sometimes hard to remember things four years
4   earlier.
5   A.   That is correct. It was posted.
6   Q.   And you saw that?
7   A.   Yes.
8   Q.   Okay. Look at page 2, which is the job
9   posting for the position available. If you look in
10  the upper right-hand corner, it says "Position
11  available 3-20-2002 through 3-27-2002."
12  A.   Oh, this one here. Yes.
13  Q.   All right. And did you formally apply
14  during that week time frame of March 20, 2002, and
15  March 27, 2002?
16  A.   I can't remember.
17  Q.   What is the normal procedure, in your
18  experience at Fred Meyer, when an applicant wants
19  to apply for an opening which has been posted?
20  A.   The normal procedure -- I mean, all I
21  can tell you was, you do -- like I do a verbal and
22  I also put it in writing. And then you send it,
23  and then either put it on -- I always put a copy on
24  the manager's desk of, like, my resumé and, you
25  know, basically, a cover letter, all that stuff.

Page 89

1           In this -- in this case, though,
2  that -- that was not done.
3      Q.   What was not done?
4      A.   The -- the resumé and all that, the
5  resumé and cover letter.
6      Q.   Did you have an interview with
7  Mr. San Miguel in Juneau --
8      A.   Not a --
9      Q.   -- at the Juneau store?
10     A.   It wasn't like a normal interview, like
11 I would go for, to -- let's say if I applied here
12 or with you or anybody.
13     Q.   Well, in fact, you had sort of had an
14 interview, because you'd had about 18 days of
15 experience, hadn't you?
16     A.   Yeah. So . . .
17     Q.   All right. And you were told there
18 were other applicants?
19     A.   I was told there was one other, but no
20 names, of course, so -- I don't really need to know
21 that.
22     Q.   Have you ever hired people or did you
23 hire people while you were at Fred Meyer?
24     A.   I did.
25     Q.   At what level?