# DECLARATION OF JAMES R. DICKENS
# EXHIBITS E-K

# FRED MEYER EMPLOYEE RESPONSIBILITIES

*The majority of the firm's employees are successful in their jobs. They realize that following company policies and procedures are essential to their own best interest and to the success of the firm. In fairness to all concerned, you need to know and understand the principal reasons for the action outlined below:*

**I  Employee Conduct Which Will Result In Immediate Termination Without Prior Warning:**

1. Dishonesty of any kind—ON OR OFF THE JOB. Some examples:
   a. Unauthorized conversion to personal use or removal of company money, merchandise, or other property from company premises; committed alone or in conjunction with another person(s).
   b. Giving or receiving unauthorized credit or price discounts on merchandise sold or purchased in our stores. Unauthorized price discounts would include "AD" prices when such are NOT available to the public.
   c. "Grazing" or consuming merchandise without prior payment. This also includes distressed and salvage merchandise regardless of condition.
   d. Placing unpaid for merchandise in pocketbooks, pockets, or any other place of possible concealment.
   e. Falsification of company records—this includes time cards and time sheets.
   f. Making or accepting any unauthorized long distance telephone calls.

2. Failure to Record Sales on the Cash Register. Clarification:
   a. All customers' purchases must be recorded on the cash register at the correct selling price. Individual customer sales must be recorded as separate transactions. Do not combine or "bunch" sales.
   b. If a customer leaves the correct amount of money for his/her purchase while you are waiting on another customer, you are to record the departed customer's money (purchase) immediately after completing transaction of present customer.
   c. Each customer is to be offered a cash register or change receipt for the exact amount of his/her purchase.

3. Reporting for work under the influence of alcoholic beverages or unlawful narcotics or drugs; or consuming or possessing alcoholic beverages or unlawful narcotics or drugs during your work shift or on company premises.

4. Negligence in handling of cash and/or negotiable instruments which results in a loss to the company.

5. Deliberate destruction of company or employee's property; or any reckless act which results in a loss to the company or injury to an employee or customer.

6. Insubordination, such as willfully disobeying the instructions of an authorized person-in-charge, or disrespectful conduct toward a supervisor or person-in-charge.

7. Gross discourtesy to a customer.

8. Conviction of a crime directly or indirectly related to the company, its employees, or its property, or one which affects the employee's ability to perform his or her duty.

   Ringing up your own or your immediate family's purchases. Processing your own or your immediate family's check(s), any negotiable instrument(s) (or any transaction involving a purchase, refund or layaway). Immediate family also includes non-relatives living in the same household.

10. Failure to sign the Sales Data Card and failure to record your employee identification number on registers where I.D. is required.

11. Other employment-related misconduct which is determined by the company to be of an equally serious nature.

**II  Employee Conduct Which Will Result In Disciplinary Action But Which Usually Results In Termination After Prior Warning:**

1. Failure to perform work as required.

2. Customer complaints.

3. Failure to comply with written company policies and procedures. Some examples:
   a. Working "free time" or working overtime without specific approval of the person-in-charge.
   b. Violation of company safety policies and procedures.

4. Any conduct which otherwise interferes with or obstructs the normal operation of business. Some examples:
   a. Excessive tardiness or absenteeism.
   b. Giving out of confidential business information.
   c. Upon notice from the company, failure of an employee to immediately make good a bad check(s) or charge(s) drawn on the employee's account.

5. Negligence in handling cash and/or negotiable instruments even though such negligence does not result in a loss.

**III  The Following Conduct Is Regarded And Accepted As An Employee's Voluntary Resignation (Quit) Of His/Her Employment:**

1. Walking off of the job.

2. Refusal to work a scheduled shift.

3. Failure to personally notify the P.I.C. of an absence prior to the scheduled work shift. (First incident—3 day suspension)

4. Failure to return to work from an approved leave of absence as scheduled.

5. Failure to return to work when called back from lay-off.

## EMPLOYEE ACKNOWLEDGEMENT

I acknowledge that I have read and understand the above principal causes for discharge, disciplinary action and resignation. I have clarified any questions with my immediate supervisor, Trainer or the Personnel Department and understand this summary does not constitute an employment contract.

Employee _Myrna J. Johnson_     Date _12-02-92_
PLEASE PRINT NAME

Employee Signature _Myrna Johnson_

**200010**

Location _Juneau, Alaska_     Department _Deli_

M-1398 . 12/88   19     Distribution: WHITE ORIGINAL—Personnel; CANARY COPY—Store/plant File; PINK COPY—Employee

Ex. E, p. 1

Exhibit _3_  Witness _Myrna Johnson_  Date _4/23/06_  1 Page
Lynda Batchelol Barker, RDR

# FRED MEYER EMPLOYEE RESPONSIBILITIES

*The majority of the firm's employees are successful in their jobs. They realize that following company policies and procedures are essential to their own best interest and to the success of the firm. In fairness to all concerned, you need to know and understand the principal reasons for the action outlined below:*

**I    Employee Conduct Which Will Result In Immediate Termination Without Prior Warning:**

1. Dishonesty of any kind—ON OR OFF THE JOB. Some examples:
   a. Unauthorized conversion to personal use or removal of company money, merchandise, or other property from company premises; committed alone or in conjunction with another person(s).
   b. Giving or receiving unauthorized credit or price discounts on merchandise sold or purchased in our stores. Unauthorized price discounts would include "AD" prices when such are NOT available to the public.
   c. "Grazing" or consuming merchandise without prior payment. This also includes distressed and salvage merchandise regardless of condition.
   d. Placing unpaid for merchandise in pocketbooks, pockets, or any other place of possible concealment.
   e. Falsification of company records—this includes time cards and time sheets.
   f. Making or accepting any unauthorized long distance telephone calls.
2. Failure to Record Sales on the Cash Register. Clarification:
   a. All customers' purchases must be recorded on the cash register at the correct selling price. Individual customer sales must be recorded as separate transactions. Do not combine or "bunch" sales.
   b. If a customer leaves the correct amount of money for his/her purchase while you are waiting on another customer, you are to record the departed customer's money (purchase) immediately after completing transaction of present customer.
   c. Each customer is to be offered a cash register or change receipt for the exact amount of his/her purchase.
3. Reporting for work under the influence of alcoholic beverages or unlawful narcotics or drugs; or consuming or possessing alcoholic beverages or unlawful narcotics or drugs during your work shift or on company premises.
4. Negligence in handling of cash and/or negotiable instruments which results in a loss to the company.
5. Deliberate destruction of company or employee's property; or any reckless act which results in a loss to the company or injury to an employee or customer.
6. Insubordination, such as willfully disobeying the instructions of an authorized person-in-charge, or disrespectful conduct toward a supervisor or person-in-charge.
7. Gross discourtesy to a customer.
8. Conviction of a crime directly or indirectly related to the company, its employees, or its property, or one which affects the employee's ability to perform his or her duty.
9. Ringing up your own or your immediate family's purchases. Processing your own or your immediate family's check(s), any negotiable instrument(s) (or any transaction involving a purchase, refund or layaway). Immediate family also includes non-relatives living in the same household.
10. Failure to sign the Sales Data Card and failure to record your employee identification number on registers where I.D. is required.
11. Other employment-related misconduct which is determined by the company to be of an equally serious nature.

**II    Employee Conduct Which Will Result In Disciplinary Action But Which Usually Results In Termination After Prior Warning:**

1. Failure to perform work as required.
2. Customer complaints.
3. Failure to comply with written company policies and procedures. Some examples:
   a. Working "free time" or working overtime without specific approval of the person-in-charge.
   b. Violation of company safety policies and procedures.
4. Any conduct which otherwise interferes with or obstructs the normal operation of business. Some examples:
   a. Excessive tardiness or absenteeism.
   b. Giving out of confidential business information.
   c. Upon notice from the company, failure of an employee to immediately make good a bad check(s) or charge(s) drawn on the employee's account.
5. Negligence in handling cash and/or negotiable instruments even though such negligence does not result in a loss.

**III    The Following Conduct Is Regarded And Accepted As An Employee's Voluntary Resignation (Quit) Of His/Her Employment:**

1. Walking off the job.
2. Refusal to work a scheduled shift.
3. Failure to personally notify the P.I.C. of an absence prior to the scheduled work shift. (First incident—3 day suspension)
4. Failure to return to work from an approved leave of absence as scheduled.
5. Failure to return to work when called back from lay-off.

---

## EMPLOYEE ACKNOWLEDGEMENT

I acknowledge that I have read and understand the above principal causes for discharge, disciplinary action and resignation. I have clarified any questions with my immediate supervisor, Trainer or the Personnel Department and understand this summary does not constitute an employment contract.

Employee  *Myrna Johnson*                     Date  *8/1/97*
                    PLEASE PRINT NAME

Employee Signature  *Myrna John*

Location  *JN/ALE*            Department  *ALE*

M-1398  12/88      Distribution: WHITE ORIGINAL—Personnel, CANARY COPY—Store/plant File; PINK COPY—Employee

Exhibit  4    Date  1/23/06              *Ex. F. p. 1*
Witness  *Myrna Johnson*
        Lynda Batchelor Barker, RDR     *1 page*   200023

**Fred Meyer — Performance Appraisal Form**   salaried employees

'oyee Name  MYRNA JOHNSON          SS# [REDACTED]   Loc/Dept JN-ALE

Position  Relief Asst. Manager          No. Months/Years in Present Position 16 months.

Date of This Appraisal  6/2/98          Supervisor's Name MC LANEY.

**Directions (to be completed by the supervisor):** Review previous notes and complete appropriate sections.

This is a (check one) ☑ Scheduled Review  ❏ Other

Briefly describe the primary duties and responsibilities of this position.
The Primary Purpose of this position Is to Assist with the management of the ALE Dpt. maximize all financial opportunities. Provide customer Service. To Ensure compliance with Divisional Signing, recovery, merchandising standards.

How did the employee perform in achieving the budget and/or operating goals that were expected?
Of those Assigned, Myrna Has showed Acceptable Performance

Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?
Operational Skills- worked on. More training will be possible this year.
② PEP were completed 100%.
③ Better Planning/organizing. need to continue focusing in this Area.

Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.
Myrna showed good Skills in training And developing Employees. She has the ability to recognize the "differences" Between Employees and work around them to get the performance Expected.

What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.
Myrna Has a strong Desire to learn, grow, and get Promoted. Myrna Has Improved in meeting the needs of the ALE Dpt and providing Support.

Ex. B, p.1

M-2822 5/96                          Page 1

Exhibit 5   Date 1/23/06
Witness Myrna Johnson
Lynda Batchelor Barker, RDR   200033
4 pages

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

## 1 Customer Service (external & internal)
Does the employee follow the PACE guidelines:
a) Smiles, Acknowledges, and Makes Eye Contact (SAM)
b) Offers assistance
c) Escorts Customers to the product
Does the employee exhibit Q-behaviors:
a) Initiates hospitality
b) Follows through completely
c) Responds with noticeable urgency
d) Turns a negative into a positive
e) Goes out of his or her way for a Customer
f) Is courteous

❑ Outstanding   ☑ Very Good   ❑ Meets Expectations   ❑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

## 2. Commitment to Employees
a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

❑ Outstanding   ❑ Very Good   ☑ Meets Expectations   ❑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

## 3. Commitment to Excellence
a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work

❑ Outstanding   ❑ Very Good   ☑ Meets Expectations   ❑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

## 4. Planning
a) Looks ahead
b) Sets standards of performance for self and direct reports
c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

*Need to improve on how to F/U better on employees*
*Be aware of what's going on in other areas.*

❑ Outstanding   ❑ Very Good   ☑ Meets Expectations   ❑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

## 5. Organizing
a) Develops work systematically and effectively to take best advantages of skills available
→ b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and makes decisions appropriately

*Organize your work for the day. Prioritize the task. Hard time getting work done. Establish lines of responsibilities.*

❑ Outstanding   ❑ Very Good   ❑ Meets Expectations   ☑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

*Focus on F/UP's*

## 6. Controlling
a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

❑ Outstanding   ❑ Very Good   ☑ Meets Expectations   ❑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

## 7. Communication
*Focus on accepting feedback from supervisor*
a) Sets example by expressing self concisely and effectively up and down the organization *in a positive manner,*
b) Is open-minded and listens willingly *use it as learning tool.*
c) Is prompt in replying to requests/inquiries

❑ Outstanding   ❑ Very Good   ☑ Meets Expectations   ☑ Needs Improvement   ❑ New & Learning   ❑ Unsatisfactory

Salaried Employee Performance Appraisal Form

*Ex. G, p. 2*

**200034**

## 8. Leadership
a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers ← *Excellent!*

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 9. Accomplishments
a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle more than one major assignment at a time
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 10. Creativity and Imagination
a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 11. Technical Competence
a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 12. Analytical Ability
a) Analyzes the available facts
b) Makes sound decisions based on the available information and anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## Teamwork
a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 14. Employee/Management Development
*Always seem to train, and develop Employees.*
a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels

❏ Outstanding   ❏ Very Good   ☑ Meets Expectations   ❏ Needs Improvement   ❏ New & Learning   ❏ Unsatisfactory

## 15. Hiring and Promotion Practices
a) Demonstrates interest in the company's equal employment opportunity policy
b) Hires and promotes diverse employees without regard to race, religion, color, sex, sexual orientation, disability, age, or national origin

❏ Outstanding   ❏ Very Good   ❏ Meets Expectations   ❏ Needs Improvement   ☑ New & Learning   ❏ Unsatisfactory

## 16. Overall Performance
❏ Above Expectations

Performance has exceeded expectations. Results are clearly above standard.

☑ Meets Expectations

Performance is at standard. Results are as expected.

❏ Below Expectations

Performance requires improvement. Results are below standard.

Salaried Employee Performance Appraisal Form

*Ex. G, p. 3*   Page 3

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
*Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).*

1) Complete New Asst Manager Training Program.
2) Focus on Organization and productivity Skills.
3) Focus on R+W, Fat, Acs -P+L's
4) Review & Update CBT's

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
*Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).*

1) Schedule training class if offered.
2) FPP if offered.
3) First Aid & CPR training

Appraiser's Signature _____ 6/5/98
Date
M. C. Carey 6/5/96

Appraiser's Supervisor's Signature _____ 06-12-98
Date

**Employee being appraised complete the items below this line**

- What are your career goals and aspirations?

My career goals are to stay + be promoted on my job. To learn 100% and be very effective in the execution of all the job responsibilities required.

- Comments, if any, on this appraisal.

Will Try very hard this year to meet more than expectations next year

Myra Johnson          06/05/98

Employee's Signature          Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

Page 4

Salaried Employee Performance Appraisal Form

Ex. G, P. 4    200036

## Fred Meyer — Performance Appraisal Form                    salaried employees

Employee Name  MYRNA JOHNSON          SS# [REDACTED]      Loc/Dept JN-ALE

.tion  REF. ASST. MANAGER (HOURLY)    No. Months/Years in Present Position  2 Yr 8 mo

Date of This Appraisal  MAY 29-99     Supervisor's Name M. LANEY / M. VINSON

**Directions (to be completed by the supervisor):** Review previous notes and complete appropriate sections.
**This is a (check one)** ☑ Scheduled Review ❑ Other

Briefly describe the primary duties and responsibilities of this position.

TO ASSIST IN THE MANAGEMENT OF THE DEPARTMENT, MAXIMIZE ALL FINANCIAL OPPORTUNITIES, ASSUME MANAGEMENT RESPONSIBILITIES IN ABSENCE OF ASST MANAGER AND MANAGER

How did the employee perform in achieving the budget and/or operating goals that were expected?

MYRNA CONTRIBUTED TO THE 'TEAM EFFORT' TO MEET THE EXPECTATIONS AS REQUIRED AND ASSIGNED.

Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?

MYRNA SHOWED IMPROVEMENT AND MET THE EXPECTATION OF THE GOALS ASSIGNED HER.

Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.

MYRNA SHOWS GOOD SKILLS IN HIRING AND TRAINING BASED OFF OF THE TRAINING SHE COMPLETED IN THESE AREAS.

What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.

MYRNA IS LEARNING BETTER TO 'SORT' THE DAYS WORK LOAD TO ACCOMPLISH WHAT IS MOST IMPORTANT 'TODAY'. SHE NEEDS TO ALLOW HERSELF TO BE MORE OPEN TO CONTINUED TRAINING AND NOT LOSE INFORMATION ALREADY LEARNT.

M-2822 3/99          Ex. H, p.1

Exhibit  6        Date 1/23/06
Witness  Myrna Johnson
Lynda Batchelor Barker, RDR

Page 1

200037          Ex.H,p.1

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

## Customer Service (external & internal)

*AN EXAMPLE TO THE STORE.*

a) Follows the PACE expectations: a) Greets the Customer: smiles, acknowledges, and makes eye contact (SAM); b) Offers assistance; c) Offers to escort the Customers to the product; d) Stays with or helps the Customer until (s)he is satisfied; e) Thanks the Customer

b) Exhibits Q-behaviors: a) initiates hospitality; b) follows through completely; c) responds with noticeable urgency; d) turns a negative into a positive; e) goes out of his or her way for a Customer; f) is courteous

☐ Outstanding   ☑ Very Good   ☐ Meets Expectations   ☑ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 2. Commitment to Employees

*SHOWS GOOD PEOPLE SKILLS*

a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 3. Commitment to Excellence

*MUST IMPROVE PROMTNESS*

a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work
f) Exhibits a high degree of personal integrity, honesty and fairness at all times.

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☑ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## Planning

*CONTINUE TO 'LOOK INTO' AN ISSUE AND SEE THE WHY OF WHAT MAKES AN IDEA A SUCCESS OR FAILUR.*

a) Looks ahead; b)Sets standards of performance for self and direct reports
c) Makes and plans throughout long-range programs and day-to-day activities/operations

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 5. Organizing

*HAS IMPROVED GREATLY*

a) Develops work systematically and effectively to take best advantages of skills available
b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and make decisions appropriately

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 6. Controlling

*MUST SEEK OUT MORE INTORMATION TO BE MORE 'INDEPENDENT' IN AREAS OF OPERATIONAL UNDERSTANDING.*

a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☑ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 7. Communication

*BE OPEN MINDED.*

a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly
c) Is prompt in replying to requests/inquiries

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

*Ex. H, p. 2*   Salaried Employee Performance Appraisal Form

*Ex. H, p. 2*

## 8. Leadership

*— MUST DEVELOPE A BETTER ACCEPTANCE OF DIFFERENT PERSONALITIES.*
*— HAS RESPECT OF CO WORKERS*

a) Demonstrates leadership and ability to understand
   individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ☑ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 9. Accomplishments

a) Completes useful work in comparison
   to others in similar positions
b) Demonstrates the ability to handle more
   than one major assignment at a time
c) Produces work, including that of direct reports,
   that reflects conviction for quality and accuracy

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 10. Creativity and Imagination

*NEEDS TO LEARN STRONGER MERCHANDISING SKILLS*

a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates
   flexibility to adapt to them
c) Sees the consequence of new methods

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 11. Technical Competence

*MORE EXPOSER TO OPERATION STANDARDS AND REPORTS NEEDED*

a) Demonstrates the technical skills and
   knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve
   professional and technical competence

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ☑ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 12. Analytical Ability

*GENERALLY MAKES SOUND DECISIONS*

a) Analyzes the available facts
b) Makes sound decisions based on the available
   information and anticipates the effect of those
   decisions on others and the organization
c) Shows practical judgement in his or her decisions

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 13. Teamwork

a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared
   values and qualities of the team

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 14. Employee/Management Development

*POSITIVE ATTITUDE TOWARDS ALL EMPLOYEES NEEDED — LEARN TO WORK BETTER W/ CHALLENGING PERSONALITIES*

a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees
   at management and non-management levels

❏ Outstanding  ❏ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

## 15. Hiring and Promotion Practices

*HAS SHOWN GOOD HIRING SKILLS.*

a) Demonstrates interest in the company's
   equal employment opportunity policy
b) Hires and promotes diverse employees without
   regard to race, religion, color, sex, sexual orientation,
   disability, age, or national origin

❏ Outstanding  ☑ Very Good  ☑ Meets Expectations  ❏ Needs Improvement  ❏ New & Learning  ❏ Unsatisfactory

Salaried Employee Performance Appraisal Form

*Ex. H, p. 3*

*Ex. H, p. 3*

## 16. Overall Performance

☐ **Above Expectations**

Performance has exceeded expectations.
Results are clearly above standard.

☑ **Meets Expectations**

Performance is at standard.
Results are as expected.

☐ **Below Expectations**

Performance requires
improvement. Results are
below standard.

---

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will
serve as the basis for future performance appraisal discussions?
*Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).*

— COMPETE CBTS AND PROMOTE 100% CBTS SKILLS IN
CONORKERS.
— BUILD HUMAN RESOURCE SKILLS

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any,
do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
*Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).*

— ANY FURTHER TRAINING CLASSES THAT HAPPEN
IN THE UPCOMING YEAR.

Appraiser's Signature                     5/31/99
                                          Date

Appraiser's Supervisor's Signature        6-09-99
                                          Date

**Employee being appraised completes the items below this line**

---

• What are your career goals and aspirations?

I want to prefer myself to more responsibilities
I want to gain more training & experience to be very
confident on my job.

• Comments, if any, on this appraisal.

I am committing myself to meet all
the expectations.

Myrna Johnson         05/31/99
Employee's Signature           Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

Ex. H, p. 4               Salaried Employee Performance Appraisal Form

                                                                    200040      Ex H p 4

**Fred Meyer** — **Performance Appraisal Form**                    salaried employees

Employee Name _MYRNA JOHNSON_    SS# _[REDACTED]_    Loc/Dept _0058/ALE_

Position _ALE RELIEF ASSISTANT_    No. Months/Years in Present Position _3YR/8MO_

Date of This Appraisal _MAY 10, 2000_    Supervisor's Name _M. LANEY_

**Directions (to be completed by the supervisor):** Review previous notes and complete appropriate sections.
**This is a (check one)** ☑ Scheduled Review ☐ Other

Briefly describe the primary duties and responsibilities of this position.

ASSIST THE MANAGER OF THE DEPT. TO MAXIMIZE FINANCIAL OPPORTUNITYS AND TO RESUME THE MANAGERS RESPONSIBILITIES IN THEIR ABSENCE.

How did the employee perform in achieving the budget and/or operating goals that were expected?

MYRNA SUPPORTED THE TEAM EFFORTS ON THE DAY TO DAY WORKING END OF THE GOALS AND EXPECTATIONS, HER CONSISTANT PERFORMANCE WAS KEY IN ACHIEVING THESE GOALS.

Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?

MYRNA EXPANDED AND INCREASED HER UNDERSTANDING OF HIRING AND TRAINING SKILLS FOR NEW EMPLOYEES.

Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.

MYRNA HAS AN EXCEPTIONAL TALENT IN DEVELOPING A TEAM EFFORT AND WORK LEVEL AMOUNGST THE EMPLOYEES SHE DIRECTS.

What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.

MYRNA ATTENDED ADDITION TRAINING CLASSES AS AVAILABLE.

Ex. I, p.1

M 2822 02/00

Exhibit _7_    Date _1/23/06_
Witness _Myrna Johnson_
— Lynda Batchelor Barker, RDR
_4 pages_

Page 1

200046

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

## Customer Service (external & internal)

a) **Follows the PACE expectations:** a) Greets the Customer: smiles, acknowledges, and makes eye contact (SAM); b) Offers assistance; c) Offers to escort the Customer to the product; d) Stays with or helps the Customer until (s)he is satisfied; e) Thanks the Customer

b) **Exhibits Q-behaviors:** a) initiates hospitality; b) follows through completely; c) responds with noticeable urgency; d) turns a negative into a positive; e) goes out of his or her way for a Customer; f) is courteous

*TRAIN OTHERS IN THIS EXCELLENCE.*

☐ Outstanding  ☑ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 2. Commitment to Employees

a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

*AVOID NEGATIVE REACTIONS OR COMMENTS*

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 3. Commitment to Excellence

a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work
f) Exhibits a high degree of personal integrity, honesty and fairness at all times.

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 4. Planning

a) Looks ahead; b) Sets standards of performance for self and direct reports
c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

*BECOME MORE INVOLVED IN DEPT. PLANNING*

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 5. Organizing

a) Develops work systematically and effectively to take best advantages of skills available
b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and make decisions appropriately

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 6. Controlling

a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 7. Communication

a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly
c) Is prompt in replying to requests/inquiries

*IMPROVE YOUR RELATIONS W/ CO-WORKERS BY BEING A BETTER COMMUNICATOR*

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☑ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

Salaried Employee Performance Appraisal Form

*Ex. I, p. 2*

200047

## 8. Leadership
  a) Demonstrates leadership and ability to understand
    individual differences in getting work done through people
  b) Obtains cooperation and total effort from co-workers

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 9. Accomplishments
  a) Completes useful work in comparison to others in similar positions
  b) Demonstrates the ability to handle more
    than one major assignment at a time
  c) Produces work, including that of direct reports,
    that reflects conviction for quality and accuracy

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 10. Creativity and Imagination
*CONTINUE TO BUILD THIS SKILL*

  a) Demonstrates creativity and resourcefulness
  b) Grasps new situations and demonstrates flexibility
    to adapt to them
  c) Sees the consequence of new methods

❑ Outstanding　　☑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 11. Technical Competence
  a) Demonstrates the technical skills and
    knowledge necessary to meet responsibilities
  b) Takes steps to maintain and improve
    professional and technical competence

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 12. Analytical Ability
  a) Analyzes the available facts
  b) Makes sound decisions based on the available
    information and anticipates the effect of those
    decisions on others and the organization
  c) Shows practical judgement in his or her decisions

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 13. Teamwork
*BETTER INPUT AND PARTICIPATION IN EMPLOYEE MEETINGS.*

  a) Participates actively at team meetings
  b) Demonstrates support for the team vision
  c) Demonstrates inter-department teamwork
  d) Exhibits behavior that supports the shared
    values and qualities of the team

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　☑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 14. Employee/Management Development
  a) Demonstrates interest in the progress of direct reports
  b) Effectively selects, trains, and develops employees
    at management and non-management levels

❑ Outstanding　　❑ Very Good　　☑ Meets Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

## 15. Hiring and Promotion Practices
  a) Demonstrates commitment toward increasing diverse applicant pool
    to reflect community served and for management development purposes
  b) Hires and promotes diverse employees in conformance with equal
    opportunity policy and accepts responsibility for upward mobility in
    area of responsibility for women and minorities

❑ Outstanding　　❑ Very Good　　☑ Expectations　　❑ Needs Improvement　　❑ New & Learning　　❑ Unsatisfactory

*Ex. I, p. 3*

# 16. Overall Performance

☐ Above Expectations                    ☑ Meets Expectations                    ☐ Below Expectations

Performance has exceeded expectations.        Performance is at standard.        Performance requires
Results are clearly above standard.           Results are as expected.           improvement. Results are
                                                                                 below standard.

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
*Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).*

See Form

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
*Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).*

See Form

_____  5/10/2000        _____  06-14-00
Appraiser's Signature        Date           Appraiser's Supervisor's Signature        Date

## Employee being appraised completes the items below this line

- What are your career goals and aspirations?

I want to stay focused in this job - be promoted someday and gain more respect from colleagues & achieve more goals & responsibility

- Comments, if any, on this appraisal.

Thank you for all your patience.

_____  05/10/00
Employee's Signature        Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

Salaried Employee Performance Appraisal Form

Ex. I, p. 4

200049

**Fred Meyer — Performance Appraisal Form**        salaried and hourly mgmt. employees

Employee Name  *Myrna Johnson*  SS# [REDACTED]  Loc/Dept *158/ACE*

Position *ACE Asst. Mgr.*        No. Months/Years in Present Position *4 months*

Date of This Appraisal *6/12/01*    Supervisor's Name *Jaime San Miguel*

**Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.**
**This is a (check one) ☑ Scheduled Review   ☐ Other**

Briefly describe the primary duties and responsibilities of this position.
As outlined in corporate Job Guidlines.

Primary purpose is to assist the mgr. in managing the ACE Dpt. To maximie all financial opportunities.

How did the employee perform in achieving the budget and/or operating goals that were expected?
Myrna took on more responsibility since been promoted to Asst mgr. On those task assigned, myrna has showed acceptable performance.

Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?
Myrna has become the new ACE Asst MGR. Myrna will have new objectives set forth on this Appraisl.

Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.
Myrna is Assisting the new mgr. with the training of new Employees. myrna is a good "mentor" to new Section Head.

What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.
Myrna continues to Develop her management style, with the Influece of her mgr. Myrna needs to spend more one on one with section heads; to implement Fred Meyer standards.

*Ex. J, p. 1*

Exhibit **8**  Date *1/23/06*
Witness *Myrna Johnson*   Page 1
Lynda Batchelor Barker, RDR
*4 pages*

200056

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

## 1. stomer Service (external & internal)

**a)** Follows the PACE expectations:
- Greets the customer: smiles, acknowledges, and makes eye contact (SAM)
- Offers assistance
- Offers to escort the Customers to the product
- Stays with or helps the Customer until (s)he is satisfied
- Thanks the Customer

**b)** Exhibits Q-behaviors:
- Initiates hospitality
- Follows through completely
- Responds with noticeable urgency
- Turns a negative into a positive
- Goes out of his or her way for a Customer
- Is courteous

**c)** Has developed the Q- and PACE behaviors of direct reports

*Myrna always leads by example.*

☐ Outstanding   ☑ Very Good   ☐ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 2. Commitment to Employees

**a)** Treats all employees the way we want our Customers treated
**b)** Accepts feedback positively
**c)** Offers feedback positively; keeps criticism constructive
**d)** Helps others willingly when a cooperative effort is required
**e)** Recognizes and gives Q-cards to others for quality service
**f)** Avoids and discourages gossiping and negative comments

*Keep feedback positive.*
*Give more q-cards*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 3. Commitment to Excellence

- Behaves in alignment with corporate policies
- Addresses problems by seeking positive solutions
**c)** Is open to change and views change as positive
**d)** Actively seeks out information needed to do the job
**e)** Takes responsibility for quality of his or her work
**f)** Exhibits a high degree of personal integrity, honesty and fairness at all times.

*Myrna is learning her new job. Mgr is confident of her skills & – seek info if needed.*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 4. Planning

**a)** Looks ahead
**b)** Sets standards of performance for self and direct reports
**c)** Makes and follows plans throughout long-range programs and day-to-day activities/operations

*Be a "mentor" in standards*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 5. Organizing

**a)** Develops work systematically and effectively to take best advantages of skills available
**b)** Establishes clear lines of responsibility and authority for self and direct reports
**c)** Delegates authority to act and make decisions appropriately

*Complete one task at a time.*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 6. Controlling

**a)** Has up-to-date knowledge of all activities under his or her supervision
**b)** Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

P.

Salaried and Hourly Management Employee Performance Appraisal Form

Ex. J, p. 2

SS#: _[REDACTED]_

## 7.Communication

a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly → *to be more open minded/think out of the Box.*
c) Is prompt in replying to requests/inquiries → *Be on top of M'S, callbacks, etc.*

☐ Outstanding    ☐ Very Good    ☐ Meets Expectations    ☒ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 8. Leadership
*Myra is a effective leader*
*by the corp. cooperation.*
a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 9. Accomplishments

a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle and prioritize multiple assignments → *manage 15 mnt chants.*
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy → *good quality, of work.*

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 10.Creativity and Imagination

a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 11.Technical Competence

a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 12.Analytical Ability

a) Analyzes the available facts
b) Makes sound decisions based on available information; anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 13.Teamwork
*Great team player! Asset to my team.*
a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

☐ Outstanding    ☒ Very Good    ☐ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 14.Employee/Management Development
*Help mgr. with training of Direct reports*
a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels
c) Demonstrates the ability to retain employees at all levels

☐ Outstanding    ☒ Very Good    ☐ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

## 15.Hiring and Promotion Practices

a) Demonstrates commitment toward increasing diverse applicant pool to reflect community served and for management development purposes
b) Hires and promotes diverse employees in conformance with equal opportunity policy and accepts responsibility for upward mobility in area of responsibility for women and minorities

☐ Outstanding    ☐ Very Good    ☒ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

*Ex. J, p.3*

**200058**

SS# ___ ___ ___

## 16. Overall Performance

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

\ are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions? *Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 1/01).*

— Complete all assigned classes. —

— Review standards with all section leads.

— Learn all paperwork.

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives. *Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 1/01).*

— All Mgn Training Pool.

— Visual Disney Standard Book.

_____  6/2/01          Fred Sayre by _____  6/22/01
Appraiser's Signature        Date          Appraiser's Supervisor's Signature        Date

### Employee being appraised completes the items below this line

• What are your career goals and aspirations?

I want to learn more & trained move for future promotions.

• Comments, if any, on this appraisal.

I am very happy with how my career is heading.

Myron John ... 04/22/01
Employee's Signature        Date
*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

Salaried and Hourly Management Employee Performance Appraisal Form

Ex. J, p. 4

200059

1

# Request for Personal Leave of Absence

*Leave of absence form must be completed for request in excess of 2 weeks' absence from work.*

*Please type or print with ballpoint pin.*

Name: _Myrna Johnson_          Date: _02/12/02_

Address: _1662 2nd St_          Location/PR Section: _09 15 & A2E_
                                                    Numerics Required

_Douglas, Alaska 99824_     Hire Date: _12/02/92_

Soc. Sec. #: _[REDACTED]_

I hereby request an approved leave of absence:

Begin Date: _02/13/02_  End Date: _03/13/02_  Reason: _To take care of_
_my daughters_ ~~REC'D FRED MEYER~~
_dependency_
FEB 2 2 2002
MOPER

Approved <u>unpaid</u> leave does not provide for continuation of benefits.

Failure to return from the leave or request an extension prior to the leave expiration will be considered a voluntary resignation.

The information provided herein is true and I agree to notify Fred Meyer, Inc. if any circumstances change.
I understand that falsification of this application may result in my immediate termination.

Employee Signature: _Myrna John_

Date: _02/13/02_

..................................................................................

**APPROVAL GUARANTEES THE EMPLOYEE'S RETURN TO EMPLOYMENT AT THE END OF THE LEAVE.**

Store Management Authorization:

Store Director/Store Manager Recommends Approval?  ☒ Yes  ☐ No   Date: _2/20/02_

Store Director/Store Manager Signature: _____

..................................................................................

**HUMAN RESOURCES AUTHORIZATION:**

Leave Approved?  ☒ Yes  ☐ No      Begin Date: _2-13-02_      End Date: _3-13-02_

Reason: _YOU QUALIFY FOR A FMLA LOA, AS SOON AS I RECEIVE_
_A COMPLETED CERTIFICATION OF HEALTH CARE PROVIDER I_
Date: _WILL BE ABLE TO PUT_  Signed: _YOU ON A FMLA LOA_

_2-27-02_                        _K Keeler_          Date _1/23/06_

**SUPERVISOR NOTE:** Return all copies of this form to Fred Meyer, Inc.

Exhibit ____
Witness _Myrna Johnson_
Lynda Batchelor Barker, RDR
_5 pages_

(1 3/99        ORIGINAL COPY - Personnel (MO HRD) • YELLOW COPY - Employee • PINK COPY - Store File

Exhibit _Q_
page _84 of 64_      Ex. K, p. 1

200137

# Application for Family Medical Leave of Absence

Page 1

se use an ink pen.

**Myrna Johnson**
Name

**[REDACTED]**
Social Security Number

**12 02**
~~02/07/93~~
Date of Hire

**11062 2nd St**
Mailing Address

**158 / ALE**
Location/PR Section

**Douglas        AK      99824**
City                State      Zip

**(907) 364-3950**
Home Phone Number

I am requesting a **Leave of Absence** because of:

REC'D FRED MEYER
FEB 2 2 2002
MOPER

- [X] A. Medical Leave Due to Health Condition of (if checked, also check one of the numbers listed below and fill out Medical Leave box on the next page):
  - [ ] 1. Myself/Pregnancy
  - [ ] 2. Myself/Nonpregnancy
  - [ ] 3. My Spouse
  - [ ] 4. Myself/Work-Related Injury
  - [X] 5. My Son or Daughter
  - [ ] 6. My Mother or Father

- [ ] B. Parental Leave to be with Newborn, Newly Adopted or Newly-Arrived Foster Child (if checked, fill out Parental Leave box on the next page)

Leave to begin: **02/13/02** (date)   Last Day Worked: **02/07/02** (date)   Expected Return: **03/13/02** (date)

I am aware that for any family medical leave, except for my own serious health condition, the company will apply accrued but unused personal holidays and vacation time to this period. Any additional leave will be unpaid or I may choose to use accrued sick leave.

If it becomes necessary for me to repay the Company for premiums it paid to maintain my insurance coverage, I acknowledge that I will be asked to sign a promissory note to secure my repayment of those sums.

(Form continued on next page ...)

---

**FOR HUMAN RESOURCES USE ONLY:**

- [ ] APPROVED   From: _____   To: _____

This leave [ ] will [ ] will not be counted against your annual FMLA Leave entitlement.

- [X] NOT APPROVED   Explain: **NEVER RECEIVED A CERTIFICATION OF HEALTH CARE PROVIDER**

## RETURN ALL COPIES INTACT TO HUMAN RESOURCES/MO HRD.

HR110  2/99  (1 of 2)

Exhibit **G** page **84** of **65**

Ex. K, p. 2

200138

276177

3

# Application for Family Medical Leave of Absence

Page 2

## HEALTH CARE PROVIDER FORM MUST ACCOMPANY MEDICAL LEAVE.

**MEDICAL LEAVE ONLY (answer all items)**

1. What is the purpose of the leave? *To take care of my daughter's Medical Problem*
2. Date condition began: *02/07/02*
3. Date condition expected to end: *03/13/02*
4. Has condition prevented (or will condition prevent) regular activities such as school or work?
   ☒ Yes ☐ No
   a. If Yes, for how many days? *not known yet*
5. Is inpatient hospitalization for the condition required? ☒ Yes ☐ No
6. Name of doctor/health care provider: *Bartlett Medical Center*
7. Number of visits to health care provider for this condition: *one*
8. Has health care provider prescribed further treatment? ☐ Yes ☐ No
9. Date you learned of need for the leave: *02/09/02*
10. If the Medical Leave is for yourself, are you unable to work or to perform essential functions of your job? ☐ Yes ☐ No
11. If the Medical Leave is due to a son's or daughter's medical condition, what is his/her age? *17 years old*
12. If the Medical Leave is due to a medical condition, is the son or daughter capable of self-care? ☐ Yes ☒ No
    a. If No, why not? *Chemical Dependency, Tends to runaway + Suicidal*

**PARENTAL LEAVE ONLY (answer all items)**

1. Care of a newborn son or daughter? ☐ Yes ☒ No
   a. If Yes, date of birth: _____
2. Taking custody of an adopted child? ☐ Yes ☒ No
   a. If Yes, date of birth: _____
   b. Date of physical custody: _____
3. Taking custody of a foster child? ☐ Yes ☒ No
   a. If Yes, date of birth: _____
   b. Date of physical custody: _____
4. If taking custody of an adopted/foster child who is 18 or older, does he/she have a disability which prevents self-care?
   ☐ Yes ☒ No
5. Will your spouse take any leave time for care of the same child? ☐ Yes ☐ No
   If Yes, answer the questions below.
6. Name of Spouse: _____
7. Spouse's Employer: _____
8. Dates of Spouse's requested leave time: From: _____ (date) to _____ (date)

REC'D FRED MEYER

FEB 2 2 2002

MOPER

The information provided herein is true and I agree to notify Fred Meyer, Inc., HR Dept. if any of the circumstances change.
I understand that falsification of this application can result in my immediate termination.

Employee Signature: *Myrna Johnson*          Date: *02/12/02*

## RETURN ALL COPIES INTACT TO HUMAN RESOURCES/MO HRD.

Exhibit *G*
page *84* of *66*

*Ex. K, p. 3*

200139

4

**BARTLETT REGIONAL HOSPITAL**
(907) 586-2611

3260 Hospital Drive
Jumeau, Alaska 99801

Patient: _____     Age: _____

Address: _____     Date: _____

**Rx**  To Whom it may concern: Johnson  2/6/77

Please excuse Ms. _____ from work

2/14/02 . Her daughter was hospitalized.

☐ Dispense as written     _____ M.D.
Physician: _____

Physician Address: _____     DEA#: _____
BRH 317
Rev. 3/01

Printing Trade Company

Exhibit _G_
page _84_ of _67_

Ex. K, p. 4

200140

5

BARTLETT REGIONAL HOSPITAL 3260 HOSPITAL DRIVE JUNEAU, ALASKA 99801

EMERGENCY DEPT RECORD

E.D. 76    46254

**AFTER CARE PATIENT INSTRUCTIONS**

NOTE: The examination and treatment you have received in the Emergency Services Department has been rendered on an emergency basis only and is not intended to be a substitute for or an effort to provide complete medical care. Your follow-up doctor (named below) will receive a copy of your records and all tests results. It is important that you check with him and immediately report any new or remaining problems, as it is impossible to recognize and treat all elements of injury or illness in a single Emergency Services Department visit. He has agreed to see you regarding today's problem; any subsequent visits will be at his discretion. If your symptoms do not improve or you cannot reach your follow-up doctor, you may return to the Emergency Services Department. Meanwhile, follow the instructions below as indicated for you.

276177

1.  **SPRAINS, FRACTURES, SEVERE-BRUISES**
    - ☐ Elevate the injured part to decrease swelling, especially for the first 72 hours.
    - ☐ Ice packs for the first 48 hours, every 2 hours. Do not put the ice pack directly on your skin.
    - ☐ Heat after 48 hours.
    - ☐ Ace bandage: Rewrap the ace bandage if it becomes too tight or too loose.
    - ☐ Wear Splint -
    - ☐ No weight bearing
    - ☐ Crutches
2.  **LACERATIONS, WOUNDS**
    - ☐ Keep the dressing clean and dry.
    - ☐ Change the dressing _____ with _____
    - ☐ Call or revisit the Emergency Room or your Local Medical Doctor immediately if the wound shows any signs of infection listed below:
      - a. Redness
      - b. Swelling
      - c. Drainage (foul smelling)
      - d. Fever
      - e. Red streaks from the wound
      - f. Increased pain
3.  **TETANUS PREVENTION**
    A booster injection of:
    - ☐ Tetanus toxoid only
    - ☐ Diptheria - Tetanus
    - ☐ Diptheria - Pertussis - Tetanus
      was given.
    - ☐ Tetanus antitoxin was given since there had been no previous immunization or inadequate immunization given in the past.
    - ☐ You should receive another booster in 4-6 weeks at the Juneau Health Center or your Local Medical Doctor.
    - ☐ You may expect to have some pain at the injection site. Notify the Emergency Department or your Local Medical Doctor if the site becomes reddened or the pain increases at the site of infection.
4.  **UPPER RESPIRATORY INFECTIONS**
    - ☐ Use a cool mist vaporizer.
    - ☐ Increase your fluid intake.
    - ☐ For a sore throat try gargling with warm salt water (1 tsp of salt in one glass of water.)
5.  **FEVER**
    - ☐ Check the temperature at least every 4 hours.
    - ☐ Fever can be reduced by undressing the child in a 70 degrees room. Do not bundle up a child who has a fever, shivers or feels a chill. This will raise the body temperature.
      AVOID giving children ASPIRIN
    - ☐ You may give your child Tylenol elixir every 4 hours for a fever. Dose _____
    - ☐ Give your child a lukewarm tub bath for a temperature above _____. Don't use ice water or rubbing alcohol to bathe your child.
    - ☐ A child with a history of fever seizures should be treated vigorously with the above measures.
    - ☐ Increase fluid intake.
6.  **CORNEAL ABRASIONS / FOREIGN BODY OF THE EYE**
    - ☐ Keep eye patch on for 24 hours.
    - ☐ Return to the Emergency Room or your Local Medical Doctor for recheck after 24 hours.
7.  **URINARY TRACT INFECTIONS**
    - ☐ Increase your fluid intake. Cranberry juice may be helpful.
    - ☐ Pyridium will turn your urine orange.
    - ☐ Re-examination (including a repeat urinalysis should be done by your Local Medical Doctor in _____ weeks.)
    - ☐ A urine culture and sensitivity was done to determine the bacteria causing your infection. We will try to notify you if the antibiotic we have given you needs to be changed. If we do not contact you and you continue to have symptoms see your Local Medical Doctor or return to the Emergency Room as soon as possible.

8.  **HEAD INJURIES**
    ☐ It is most important in the treatment of head injury that a RESPONSIBLE PERSON stay with the patient and watch carefully for the appearance of possibly serious symptoms. After the examination by a doctor the injured person will be sent home with you. You are responsible for watching the patient and reporting to the doctor if any of the following symptoms appear:
    - a. Inability to awake or arouse the patient.
    - b. Vomiting (forceful, frequent)
    - c. Convulsions
    - d. Noticeable restlessness.
    - e. Inability to move arms and or legs equally well on both sides.
    - f. Temperature above 100 degrees Fahrenheit.
    - g. Stiff neck
    - h. Severe Headache that does not go away 4 hours after the injury.
    - i. Mental confusion
    - j. Unequal Pupils
    - k. Double vision or vision impairment.
    ☐ Waken the patient every _____ hours for the first 24 hours to check for these signs.
    ☐ AVOID all sedatives and narcotics (including alcohol)
    ☐ Diet - Patients should eat lightly for a day or two.
    ☐ Place ice over injured area for _____. Do not apply directly to the skin.
9.  **BACK PAIN**
    - ☐ Bedrest for _____
    - ☐ Use a firm mattress with your knees elevated on a pillow.
    - ☐ Ice massage (handout given)
    - ☐ Heating pad.
    - ☐ Back exercises - consult with physical therapy for extension vs flexion exercise program.
10. **VOMITING AND DIARRHEA**
    - ☐ A vomiting infant should rest on his stomach or on his side, NOT ON HIS BACK, to avoid vomitus aspiration into his lungs.
    - ☐ For infants * (1) Nothing by mouth for one hour (2) Then give your child 1 ounce of clear fluids every hour x2. (3) If no vomiting increase his fluid intake by 1-2 ounces every hour.
      If the child vomits (restart the cycle listed above. These 3 steps may have to be repeated several times.
    - ☐ Clear Liquids include. Sugar water (1 tablespoon of sugar in one quart of water), Pedialyte (available in local stores), Jello water, ½ strength clear juices (ie: apple juice, grape juice, cranberry juice), Kool Aid.
      FOR OLDER CHILDREN you may include: Popsicles, Jello, Flattened carbonated beverages, clear chicken or beef broth.
    - ☐ If vomiting or diarrhea persists contact your physician
    - ☐ Signs of dehydration include:
      - a. Decreased urinary output
      - b. Dry mucus membranes
      - c. Dry lips
      - d. No tears when crying
      - e. Doughy skin
      - f. Sunken eyes with dark circles
      * If any of the above signs develop you need to call a physician immediately.
11. **WORK EXCUSE**

    _____ was seen by an emergency doctor at

    Bartlett Regional Hospital on _____

    _____ He/She may return to work

    _____ Signed _____ MD

    REC'D FRED MEYER

    FEB 2 2 2002

---

X DIAGNOSIS _Tobn  Moderyer uldy  pseture_

X PHYSICIANS SIGNATURE _____

| INSTRUCTIONS TO PATIENT | FOLLOW UP BY | WHEN | PHONE |
|---|---|---|---|
| | | | |

1  2  3  4  5  6  7  8  9  10  11

— Follow Plan Outlined by
  Mental Hea for worker
— Refer of care problems

**PLEASE READ BEFORE SIGNING PROPER**
I authorize payment of medical benefits to Bartlett Regional Hospital. I hereby authorize and direct the Emergency Department Physician to render emergency care to:

_____

and in doing so, to perform such operative procedures and administer medical care necessary for (my, his, her) condition. I also authorize Bartlett Regional Hospital to release necessary information for insurance purposes only. I understand I am financially responsible for charges or Emergency Department Services.

Patient (or relationship to patient) _____

Witness _____  Witness _____

Parent or Guardian's name (Printed) _____

I acknowledge receiving instructions from the physician who attended me.

PATIENT SIGNATURE _____

WITNESS _____

Ex. K. p. 5    200141