Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #042105
Choate Law Firm LLC
424 No. Franklin Street
Juneau, AK  99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON,                         )
                                          )
              Plaintiff,                   )
                                          )
                                          )
vs.                                       )
                                          )
FRED MEYER SOTRES, INC.;                  )
JAIME SAN MIGUEL,                         )
                                          )
              Defendants.                  )    **CASE NO.** J 04-0008 CV (JWS)
_____          )
                                          )

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITIONS TO DEFENDANTS' OMNIBUS MOTIONS IN LIMINIE AND MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING EXTENSION FOR DEFENDANTS' REPLIES

COME NOW the parties, through their respective counsel of record, and agree and stipulate to extend plaintifff's time to file her Oppositions to Defendants' Omnibus Motions in Limine and Motion for Summary Judgment until September 5, 2006.  Counsel further stipulate that Defendants' respective Replies will be due on or before September 22, 2006.

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)

Dated:   August 3, 2006                          CHOATE LAW FIRM LLC


                                                 s/ Mark Choate
                                                 _____
                                                 MARK CHOATE
                                                 424 N. Franklin Street
                                                 Juneau, AK  99801
                                                 Telephone: (907) 586-4490
                                                 Facsimile:  (907)586-6633
                                                 EM:  lawyers@choatelawfirm.com
                                                 AK Bar:  8011070

                                                 Attorneys for Plaintiff


Dated:  August 3, 2006                           MILLER & NASH LLP


                                                 s/ James R. Dickens
                                                 _____
                                                 JAMES R. DICKENS
                                                 4400 Two Union Square
                                                 601 Union Street
                                                 Seattle, WA  98101-2352
                                                 Telephone: (206) 622-8184
                                                 Facsimile:  (206) 622-7485
                                                 EM:  jim.dickens@millernash.com
                                                 WSBA:  4610

                                                 Attorneys for Defendants

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)

**PROOF OF SERVICE**

I am employed in the City and Borough of Juneau, State of Alaska.  I am over the age of 18 and not a party to the within action.  My business address is 424 N. Franklin Street, Juneau, AK  99801.

On May 22, 2006, I served the foregoing document described as **STIPULATION FOR EXTENSION TO OPPOSE DEFENDANTS' OMNIBUS MOTIONS IN LIMINE AND MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING EXTENSION FOR REPLIES**, on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
Telephone: (206) 622-8484
Facsimile:  (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
500 L. Street, Suite 401
Anchorage, AK  99501
Telephone: (907) 258-4338
Facsimile:  (907) 258-4350

_____   By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_____   By personal service, I delivered such envelope(s) by hand to the __ office(s); _____ court box of the addressee(s).

_____   By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

_____   By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)

__X__    By electronic service through the court of record's electronic service system.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 3, 2006 at Juneau, Alaska.

*s/ Mark Choate*

_____

MARK CHOATE

*Johnson v. Fred Myers Stores, Inc.*
Case No. J 04-008 CV (JWS)