```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


        JOHNSON    v.   FRED MEYER STORES and MIGUEL
DATE:    August 4, 2006        CASE NO.    1:04-CV-0008-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING EXTENSION
```

The Stipulation for Extension of Time filed at Docket 49 is hereby **GRANTED**. Plaintiff's oppositions to the motions filed at Dockets 42, 43, 44, 45, and 47 are due by the close of business on **September 5, 2006.** Defendants' replies are due by the close of business on **September 22, 2006.**

M.O. GRANTING EXTENSION