# FRED MEYER EMPLOYEE RESPONSIBILITIES

The majority of the firm's employees are successful in their jobs. They realize that following company policies and procedures are essential to their own best interest and to the success of the firm. In fairness to all concerned, you need to know and understand the principal reasons for the action outlined below:

**I  Employee Conduct Which Will Result In Immediate Termination Without Prior Warning:**

1. Dishonesty of any kind—ON OR OFF THE JOB. Some examples:
   a. Unauthorized conversion to personal use or removal of company money, merchandise, or other property from company premises; committed alone or in conjunction with another person(s).
   b. Giving or receiving unauthorized credit or price discounts on merchandise sold or purchased in our stores. Unauthorized price discounts would include "AD" prices when such are NOT available to the public.
   c. "Grazing" or consuming merchandise without prior payment. This also includes distressed and salvage merchandise regardless of condition.
   d. Placing unpaid for merchandise in pocketbooks, pockets, or any other place of possible concealment.
   e. Falsification of company records—this includes time cards and time sheets.
   f. Making or accepting any unauthorized long distance telephone calls.
2. Failure to Record Sales on the Cash Register. Clarification:
   a. All customers' purchases must be recorded on the cash register at the correct selling price. Individual customer sales must be recorded as separate transactions. Do not combine or "bunch" sales.
   b. If a customer leaves the correct amount of money for his/her purchase while you are waiting on another customer, you are to record the departed customer's money (purchase) immediately after completing transaction of present customer.
   c. Each customer is to be offered a cash register or change receipt for the exact amount of his/her purchase.
3. Reporting for work under the influence of alcoholic beverages or unlawful narcotics or drugs; or consuming or possessing alcoholic beverages or unlawful narcotics or drugs during your work shift or on company premises.
4. Negligence in handling of cash and/or negotiable instruments which results in a loss to the company.
5. Deliberate destruction of company or employee's property; or any reckless act which results in a loss to the company or injury to an employee or customer.
6. Insubordination, such as willfully disobeying the instructions of an authorized person-in-charge, or disrespectful conduct toward a supervisor or person-in-charge.
7. Gross discourtesy to a customer.
8. Conviction of a crime directly or indirectly related to the company, its employees, or its property, or one which affects the employee's ability to perform his or her duty.
9. Ringing up your own or your immediate family's purchases. Processing your own or your immediate family's check(s), any negotiable instrument(s) (or any transaction involving a purchase, refund or layaway). Immediate family also includes non-relatives living in the same household.
10. Failure to sign the Sales Data Card and failure to record your employee identification number on registers where I.D. is required.
11. Other employment-related misconduct which is determined by the company to be of an equally serious nature.

**II  Employee Conduct Which Will Result In Disciplinary Action But Which Usually Results In Termination After Prior Warning:**

1. Failure to perform work as required.
2. Customer complaints.
3. Failure to comply with written company policies and procedures. Some examples:
   a. Working "free time" or working overtime without specific approval of the person-in-charge.
   b. Violation of company safety policies and procedures.
4. Any conduct which otherwise interferes with or obstructs the normal operation of business. Some examples:
   a. Excessive tardiness or absenteeism.
   b. Giving out of confidential business information.
   c. Upon notice from the company, failure of an employee to immediately make good a bad check(s) or charge(s) drawn on the employee's account.
5. Negligence in handling cash and/or negotiable instruments even though such negligence does not result in a loss.

**III  The Following Conduct Is Regarded And Accepted As An Employee's Voluntary Resignation (Quit) Of His/Her Employment:**

1. Walking off of the job.
2. Refusal to work a scheduled shift.
3. Failure to personally notify the P.I.C. of an absence prior to the scheduled work shift. (First incident—3 day suspension)
4. Failure to return to work from an approved leave of absence as scheduled.
5. Failure to return to work when called back from lay-off.

## EMPLOYEE ACKNOWLEDGEMENT

I acknowledge that I have read and understand the above principal causes for discharge, disciplinary action and resignation. I have clarified any questions with my immediate supervisor, Trainer or the Personnel Department and understand this summary does not constitute an employment contract.

Employee: _Myrna Johnson_   Date: _4/1/97_   Ex. 1

Employee Signature: _Myrna John__

Location: _JN/ALO_   Department: _ALE_

M-1398  12/88    Distribution: WHITE ORIGINAL—Personnel; CANARY COPY—Store/plant File; PINK COPY—Employee

Exhibit _1_ Page _1_ of _1_

200023