

**CHOATE LAW FIRM** LLC
TRIAL LAWYERS

ALASKA • CALIFORNIA • HAWAII

424 North Franklin Street
Juneau, Alaska 99801
Telephone (907) 586-4490
Facsimile (907) 586-6633
lawyers@choatelawfirm.com

May 5, 2006

James Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501

   Re:  Confirmation of Management and 30(b)(6) Depositions
   Case: *Johnson, Myrna v Fred Meyers [23003]*
   Client: Myrna Johnson
   CLF: 23003
   D/O: March 18, 2002

Dear Jim:

I'll send out new notices for Thursday and Friday, May 25 and 26, for the management and 30(b)(6) depositions. I need to include any discovery you anticipate or need in order to complete the Stipulation for Extension of Discovery. Could you get that to me by Monday? Thanks.

Sincerely,

Mark Choate
CHOATE LAW FIRM, LLC

cc: Client

Exhibit P
page 1 of 1

Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON,

    Plaintiff,

vs.

FRED MEYER STORES, INC., and
JAIME SAN MIGUEL,

    Defendants

Case No. J-04-008 CV (JWS)

**SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS**

TO:  DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 30.1, plaintiff will take the depositions of the following named individuals on May 25 and May 26, 2006 (times to be selected by defense counsel) at the office of Miller Nash LLP, located at 3400 U.S. Bancorp Tower, 111 S.W. Fifth Ave., Portland, OR 97204:

<u>Deponent</u>

Mary Lucas

Dennis Afflect

Jim Hill

1 of 4

*Johnson, Myrna v Fred Meyers [23003].*
SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS
J-04-008 CV (JWS)

Attachment Q
page 1 of 4

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1  Ken Haverkost

2  30(b)(6) Deponent(s)

3  These depositions will be taken before Bevoich, Walter & Friend (Court Reporters) or

4  other person(s) lawfully authorized to administer oaths and take deposition testimony for the

5  purposes of discovery and may be videotaped for use as evidence in this action, at trial, or for

6

7  such other purposes as are permitted. If for any reason said deposition is not completed, the

8  same shall continue from day to day, exclude Sundays and holidays, until completed.

9  You are invited to attend and cross-examine if you so desire.

10

11

12  Respectfully submitted,
    CHOATE LAW FIRM LLC

13

14

15

16  _____
    MARK CHOATE

17  424 N. Franklin Street
    Juneau, AK 99801

18  Phone: (907) 586-4490
    Fax: (907) 586-6633

19  EM: lawyers@choatelawfirm.com
    AK Bar: 8011070

20

21  Attorneys for Plaintiff

22

23

24

25

26

27                                    2 of 4
   *Johnson, Myrna v Fred Meyers [23003].*
28  SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS
    J-04-008 CV (JWS)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490


Attachment Q
page 2 of 4

## PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On May 5, 2006, I served the foregoing document described as Second Amended Notice of Taking Videotaped Depositions, on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☒ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☐ By electronic service through the court of record's electronic service system,.

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

3 of 4

*Johnson, Myrna v Fred Meyers [23003].*
SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS
J-04-008 CV (JWS)

Attachment Q
page 3 of 4

1  ☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

2  ☒ (Federal) I declare that I am employed in the office of a member of the Bar of
3  this Court, at whose direction the service was made.

4  Executed on May 5, 2006 at Juneau, Alaska..

6  _____
   CHOATE LAW FIRM, LLC

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

Johnson, Myrna v Fred Meyers [23003].
SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS
J-04-008 CV (JWS)

4 of 4

Attachment Q
page 4 of 4

**MILLER | NASH** LLP
ATTORNEYS AT LAW

MAY 21 2006

Miller Nash LLP
www.millernash.com
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
(206) 622-8484
(206) 622-7485 fax

3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
(503) 224-5858
(503) 224-0155 fax

500 E. Broadway, Suite 400
Post Office Box 694
Vancouver, WA 98666-0694
(360) 699-4771
(360) 694-6413 fax

**James R. Dickens**
jim.dickens@millernash.com

May 17, 2006

**VIA FACSIMILE (907) 586-6633 & U.S. MAIL**

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, AK 99801

Subject:   *Johnson v. Fred Meyer*

Dear Mark:

I believe we are set for the depositions you want to take in Portland next week. Mr. Haverkost and Mr. Affleck will be available on Thursday, May 25, 2006, at 10:00 a.m. and 2:00 p.m., respectively. Ms. Lucas will be available at 9:00 a.m. on Friday, May 26, 2006, and Mr. Hill at 11:00 a.m. on Friday, May 26, 2006. I believe we will be set also for the Rule 30(b)(6) deposition at 2:00 p.m. on Friday, May 26. Is this consistent with your understanding and schedule? If not, let me know as soon as you can.

Very truly yours,

*[signature: Jim]*

James R. Dickens

cc:   Fred Meyer

DICKENS:gsf
File No.: 502470-0074
Doc ID: SEADOCS:197137.20

Exhibit R
page 1 of 1

 **CHOATE LAW FIRM** LLC
TRIAL LAWYERS

ALASKA • CALIFORNIA • HAWAII

424 North Franklin Street
Juneau, Alaska 99801
Telephone (907) 586-4490
Facsimile (907) 586-6633
lawyers@choatelawfirm.com

May 18, 2006

James Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501

      Re:    Response to May 17, 2006 Letter - Depositions Confirmed
      Case:  *Johnson, Myrna v Fred Meyers [23003]*
      Client:  Myrna Johnson
      CLF:   23003
      D/O:   March 18, 2002

Dear Jim and Peter:

This letter responds to Jim's letter of May 17, 2006 identifying deponents and dates and times next week for their depositions. The schedule is fine with me and I will forward to our court reporter.

Sincerely,

CHOATE LAW FIRM, LLC

cc: Client

Exhibit S
page 1 of 1

Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., and<br>JAIME SAN MIGUEL,<br><br>    Defendants | Case No. J-04-008 CV (JWS) |

**PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS DATED MAY 26, 2006**

TO:   Jaime San Miguel &
      Fred Meyer Stores, Inc.
      c/o James Dickens, Esq.
      Miller & Nash, LLP
      4400 Two Union Square
      601 Union Street
      Seattle, WA 98101-2352

   Plaintiff MYRNA I. JOHNSON, hereby requests that defendants response to this Request for Production within thirty (30) days of service and produce the documents requested herein at the Choate Law Firm LLC, 424 N. Franklin Street, Juneau, Alaska 99801 as required by FRCP 34.

   Plaintiff incorporates by reference the "Definitions and Instructions" contained within her First Requests for Production of Documents dated January 3, 2005.

1 of 6

*Johnson, Myrna v Fred Meyers [23003].*
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED MAY 26, 2006
J-04-008 CV (JWS)

Exhibit __T__
page __1__ of __6__

1  Request for Production No 25: Please produce copies of all materials in the defendants'
2  possession regarding the investigation of complaints that defendant Jaime San Miguel was
3  arriving late to work and any actions taken as a result of that investigation.
4
5  Response No. 25:
6
7
8  Request for Production No 26: Please produce copies of all materials (including workbooks,
9  handouts, training materials, videos and computerized power point or similar presentations)
10 that were utilized by Mary Lucas in teaching the following training courses to managers in
11 Juneau:
12      a)    Sexual Harassment
13      b)    Diversity
14      c)    Recruiting and Hiring
15      d)    Progressive Discipline
16 Response No. 26:
17
18
19 Request for Production No 27: Please produce copies of all attendance rosters identifying the
20 participants at the courses identified in RFP No. 26 taught by Mary Lucas to managers in
21 Juneau:
22
23 Response No. 27:
24
25
26
27                                    2 of 6
   *Johnson, Myrna v Fred Meyers [23003].*
28 PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED MAY 26, 2006
   J-04-008 CV (JWS)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

Exhibit **T**
page **2** of **6**

**Request for Production No 28**: Please produce copies of all materials (including workbooks, handouts, training materials, videos and computerized power point or similar presentations) that were utilized by James Hill in teaching the EIS (Excellence in Supervision) course to managers in Juneau:

**Response No. 28**:

**Request for Production No 29**: Please produce copies of all attendance rosters identifying the participants at the courses identified in RFP No. 26 taught by Mary Lucas to managers in Juneau:

**Response No. 29**:

**Request for Production No 30**: Please produce copies of any records in the defendants' possession showing the dates and times of attendance of Fred Sayre, Jaime San Miguel and Myrna Johnson at any of the following management courses, whether in Juneau or elsewhere:
  a) Sexual Harassment
  b) Diversity
  c) Recruiting and Hiring
  d) Progressive Discipline
  e) EIS (Excellence in Supervision)

**Response No. 30**:

3 of 6

*Johnson, Myrna v Fred Meyers [23003].*
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED MAY 26, 2006
J-04-008 CV (JWS)

Exhibit T
page 3 of 6

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

DATED this 26th day of May, 2006 at Juneau, Alaska.

                                        Respectfully submitted,
                                        CHOATE LAW FIRM LLC

                                        *s/Mark Choate*
                                        MARK CHOATE
                                        424 N. Franklin Street
                                        Juneau, AK 99801
                                        Phone: (907) 586-4490
                                        Fax: (907) 586-6633
                                        EM: lawyers@choatelawfirm.com
                                        AK Bar: 8011070

                                        Attorneys for Plaintiff

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

4 of 6

*Johnson, Myrna v Fred Meyers [23003].*
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED MAY 26, 2006
J-04-008 CV (JWS)

Exhibit __T__
page __4__ of __6__

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On May 26, 2006, I served the foregoing document described as PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED MAY 26, 2006, on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☒ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☐ By electronic service through the court of record's electronic service system,.

5 of 6

*Johnson, Myrna v Fred Meyers [23003].*
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS
J-04-008 CV (JWS)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

Exhibit T
page 5 of 6

1   ☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

2   ☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 26, 2006 at Juneau, Alaska..

_____
CHOATE LAW FIRM, LLC

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

6 of 6

*Johnson, Myrna v Fred Meyers [23003].*
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS
J-04-008 CV (JWS)

Exhibit T
page 6 of 6



**CHOATE LAW FIRM LLC**
TRIAL LAWYERS

ALASKA • CALIFORNIA • HAWAII

424 North Franklin Street
Juneau, Alaska 99801
Telephone (907) 586-4490
Facsimile (907) 586-6633
lawyers@choatelawfirm.com

July 6, 2006                                     Faxed Only to: (206) 622-7485

James Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501

   Re: Request for Status of Discovery Responses
   Case: *Johnson, Myrna v Fred Meyers [23003]*
   Client: Myrna Johnson
   CLF: 23003
   D/O: March 18, 2002

Dear Counsel:

We propounded PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENT DATED MAY 26, 2006 more than a month ago. Would you please advise us immediately as to when we will receive the requested discovery?

Sincerely,

Mark Choate
CHOATE LAW FIRM, LLC

cc: Client

Exhibit U
page 1 of 1

James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK 99501
Telephone: (907) 258-4338

    Attorneys for Defendants

Judge Ralph R. Beistline

JUL 1 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. J-04-008-CV (JWS) |

### PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS DATED MAY 26, 2006, AND DEFENDANTS' RESPONSES THERETO

<u>Request for Production No. 25</u>: Please produce copies of all materials in the defendants' possession regarding the investigation of complaints that defendant Jaime San Miguel was arriving late to work and any actions taken as a result of that investigation.

<u>Response No. 25</u>: <u>See</u> document nos. 202414 – 202438G produced herewith.

PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS DATED MAY 26, 2006,
**AND DEFENDANTS' RESPONSES THERETO**
Johnson v. Fred Meyer
Case No. J-04-008-CV
Page 1 of 4

**ORIGINAL**

SEADOCS:237030.1

Exhibit V
page 1 of 4

Request for Production No. 26: Please produce copies of all materials (including workbooks, handouts, training materials, videos and computerized power point or similar presentations) that were utilized by Mary Lucas in teaching the following training courses to managers in Juneau:

    a)     Sexual Harassment

    b)     Diversity

    c)     Recruiting and Hiring

    d)     Progressive Discipline

Response No. 26: Objection. This request is overly broad and burdensome and is not limited by time. Without waiving this objections,

    a)     Sexual Harassment – see document nos. 202439 – 202460 produced herewith;

    b)     Diversity – see document nos. 202461 – 202477 produced herewith;

    c)     Recruiting and Hiring – see document nos. 202478 – 202565 produced herewith; and

    d)     Progressive Discipline – previous training materials are no longer available.

Request for Production No. 27: Please produce copies of all attendance rosters identifying the participants at the courses identified in RFP No. 26 taught by Mary Lucas to managers in Juneau.

Response No. 27: None. Attendance rosters are only kept for one year and are no longer available.

Request for Production No. 28: Please produce copies of all materials (including workbooks, handouts, training materials, videos and computerized power point or similar presentations) that were utilized by James Hill in teaching the EIS (Excellence in Supervision) course to managers in Juneau.

Response No. 28: See document nos. 202566 - 202720 produced herewith.

PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS DATED MAY 26, 2006,
AND DEFENDANTS' RESPONSES THERETO
Johnson v. Fred Meyer
Case No. J-04-008-CV
Page 2 of 4

SEADOCS:237030.1

Exhibit V
page 2 of 4

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

Request for Production No. 29: Please produce copies of all attendance rosters identifying the participants at the courses identified in RFP No. 26 taught by Mary Lucas to managers in Juneau.

Response No. 29: None. Attendance rosters are only kept for one year and are no longer available.

Request for Production No. 30: Please produce copies of any records in the defendants' possession showing the dates and times of attendance of Fred Sayre, Jaime San Miguel and Myrna Johnson at any of the following management courses, whether in Juneau or elsewhere:

a) Sexual Harassment
b) Diversity
c) Recruiting and Hiring
d) Progressive Discipline
e) EIS (Excellence in Supervision)

Response No. 30: See document nos. 202721 – 202725 (Fred Sayre); 202726 – 202736 (Jaime San Miguel); and 202737 – 202741 (Myrna Johnson) produced herewith.

DATED this 26th day of May, 2006 at Juneau, Alaska.

Respectfully submitted,

CHOATE LAW FIRM LLC

MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS DATED MAY 26, 2006,
AND DEFENDANTS' RESPONSES THERETO
Johnson v. Fred Meyer
Case No. J-04-008-CV
Page 3 of 4

SEADOCS:237030.1



Exhibit V
page 3 of 4

RESPONSES DATED this 10TH day of July, 2006.

MILLER NASH LLP

*/s/ James R. Dickens*
James R. Dickens
Admitted *pro hac vice*

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, a true and correct copy of the foregoing document was sent via Express Mail to:

Mark Clayton Choate
Choate Law Firm LLC
424 North Franklin Street
Juneau, AK 99801

*/s/ James R. Dickens*
James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS DATED MAY 26, 2006,
**AND DEFENDANTS' RESPONSES THERETO**
Johnson v. Fred Meyer
Case No. J-04-008-CV
Page 4 of 4

SEADOCS:237030.1

Exhibit V
page 4 of 4



**CHOATE LAW FIRM LLC**
TRIAL LAWYERS

ALASKA • CALIFORNIA • HAWAII

424 North Franklin Street
Juneau, Alaska 99801
Telephone (907) 586-4490
Facsimile (907) 586-6633
lawyers@choatelawfirm.com

July 14, 2006                                    Faxed Only to: (206) 622-7485

James Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

      Re:    Defendants' Responses to Plaintiff's Third Requests for Production of Documents Dated May 26, 2006
      Case:   *Johnson, Myrna v Fred Meyers [23003]*
      Client:  Myrna Johnson
      CLF:   23003
      D/O:   March 18, 2002

Dear Jim:

On July 11, 2006 we received Defendants' Responses to Plaintiff's Third Requests for Production of Documents Dated May 26, 2006. In response to our RFP No. 25, you provided document nos. 202414 – 202438G. The documents fall within two categories: (1) "Office Vision" emails relating to complaints regarding Jaime San Miguel's management, and (2) hand-written notes which appear to both memorialize and perhaps comment upon those same complaints. Neither the author nor the creation dates of the hand-written notes are identified.

Succinctly, these documents should have been produced much earlier in this litigation. On January 5, 2005, Plaintiff's First Requests for Production of Documents was served on your office by Ms. Johnson's prior counsel. I asked in early January of 2006 that you respond to that production request and you did so on March 22, 2006. In RFP No. 5, Fred Meyer was asked to: *"Please produce all statements…referring, relating to or pertaining to any fact or issue in this matter or the conduct that is the subject of this litigation."* You stated that any statement had been or would be provided with those responses.

Similarly, in RFP No. 19, Fred Meyer was requested to: *"Produce any document referring, relating or pertaining to verbal or written complaints or expressions of concern from any employee of the Juneau Store regarding San Miguel from 2000 to present."* Your answer was "there are none."

Exhibit __W__
page __1__ of __2__

James Dickens – Page 2
July 14, 2006

Finally, in 30(b)(6) depositions, when I was attempting to obtain copies of prior Office Vision emails from this time period, I was specifically told under oath that there were no other Office Vision emails related to this matter or available as they had been destroyed in the migration to a Lotus Notes system.

For these reasons, document nos. 202414 – 202438G, received on July 11, 2006 are a surprise. They deal with complaints about Jaime San Miguel's management style, absenteeism, discipline, treatment of female subordinates, store "tours", recovery and other issues directly related to the disciplinary event which we allege was a constructive discharge of our client.

In the same vein, the extensive hand-written notes by an unknown author describing complaints about San Miguel are clearly responsive to both our earlier discovery and the facts at issue in this case. They should have been produced earlier, in time for us to address their content with the defendants and other Fred Meyer management personnel who have been deposed.

While I'm sure their earlier omission was unintentional, I don't think their late production is justified by the argument that we didn't ask specifically for them earlier. We have sought exactly this type of information since I began discovery in this matter. These documents raise a number of questions which I'm certain will require the reopening of discovery, at least for the limited purposes of inquiring into their content, the events which form the basis for these complaints, the author and approximate creation dates of the hand-written notes and any action taken in regards to these. We'll of course also need to authenticate them in some fashion.

I know you're going into trial and I will be out the next three weeks. Nonetheless, we're going to need to either agree to extend discovery for a reasonable amount of time to address these late-produced documents or I'll have to ask the Court for relief. Please let me know your thoughts on this. I'll be in Seattle from Monday to Wednesday, July 17-19 at the ATLA Convention. If you'll have your legal secretary give my office a call, they can set up a time for us to talk.

Sincerely,

Mark Choate
CHOATE LAW FIRM, LLC

cc: Client

Exhibit W
page 2 of 2