Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., and<br>JAIME SAN MIGUEL,<br><br>          Defendants | <br><br><br><br><br><br><br><br><br><br>Case No. J-04-008 CV (RRB) |

## DECLARATION OF MARK CHOATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Mark Choate, declare under oath as follows:

1. I am an attorney with the Choate Law Firm LLC, and am the principal attorney for the plaintiff in the above-captioned matter. I make this declaration based on my personal knowledge and the records and files herein.

2. I attended the deposition of Myrna Johnson on January 23, 2006 and took the depositions of Jaime San Miguel on January 24, 2006, Johnna Havard on January 25, 2006 and Fred Sayre on January 27, 2006. Attached as Exhibits 4 (San Miguel), Exhibit 33 (Johnson), Exhibit 47 (Sayre) and Exhibit 51 (Havard) are true and correct copies of selected deposition transcript pages. I have included mini-transcripts as well for ease of reading.

1 of 2

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
DECLARATION OF MARK CHOATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
J-04-008 CV (RRB)

1  3. The remaining exhibits 1 through 3, 5 through 32, 34 through 46, 48 through 50 and 52 are true and correct copies of documents either obtained from the Alaska State Human Rights Commission, provided by the defendants in the course of discovery (marked with Bates Numbers), or were produced by our office in support of this Opposition – Affidavit of Myrna Johnson (Ex. 1), Affidavit of Mary Droddy (Ex. 45) and Affidavit of Rhonda Cox (Ex. 46).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Juneau, Alaska on September 5, 2006.

s/Mark Choate

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
DECLARATION OF MARK CHOATE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
J-04-008 CV (RRB)

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490