Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

MYRNA I. JOHNSON, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
　　　vs. )
　　　　　　　　　　　　　　　　　　)
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL, )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants ) Case No. J-04-008 CV (RRB)
　　　　　　　　　　　　　　　　　　)

**TABLE OF CONTENTS FOR EXHIBITS**

| 1 | Myrna Johnson Affidavit |
|---|---|
| 2 | Kroger Description of Frey Meyer Store off the World Wide Web |
| 3 | Work Force Description in Portland |
| 4 | Excerpts Jamie San Miguel Deposition |
| 5 | Sallie Tenwolde Affidavit |
| 6 | Sarah Dexter Affidavit |
| 7 | M. Johnson's Employment Application |
| 8 | Employee Set Up [200135] |
| 9 | 1997 Performance Appraisal [200179-84] |
| 10 | 1998 Performance Appraisal [200033] |

1 of 4

*Johnson, Myrna  v Fred Meyers (03/18/2002) [23003].*
TABLE OF CONTENTS FOR EXHIBITS
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

| | | |
|---|---|---|
| | 11 | 1999 Performance Appraisal [201190] |
| | 12 | 2000 Performance Appraisal [200046-49] |
| | 13 | 2001 Performance Appraisal [200054-59; 200393] |
| | 14 | Store Management Career Paths [200315] |
| | 15 | PSI Test [201262-70] |
| | 16 | Fred Meyer Employee Handbook |
| | 17 | Fred Meyer Corporate Policy Manual [200315] |
| | 18 | ALE (Apparel) Relief Assistant Training Program, [201576-77] |
| | 19 | ALE (Apparel) Assistant Manager Training Program [201736; 201680-201825] |
| | 20 | ALE Assistant Manager Job Description [200089-94] |
| | 21 | Kronos Timekeeper for Myrna Johnson [201176-77] |
| | 22 | M. Johnson Chronological Summary [300514] |
| | 23 | Tour 03/13/02) [200421-25] |
| | 23A | Tour (3/14/02) |
| | 24 | Office Vision [300513] |
| | 25 | Office Vision [201174] |
| | 26 | Office Vision [201248] |
| | 27 | Office Vision [201252] |
| | 28 | Paz Carrillo Affidavit for ASHRC |
| | 29 | Office Vision [201216] |
| | 30 | Office Vision [201309] |
| | 31 | Office Vision [201310] |
| | 32 | Rhonda Cox ASHRC interview 1/15/03 p1 pp8 |
| | 33 | Myrna Johnson Deposition Excerpts |
| | 34 | Affidavit of Matthew Laney |

2 of 4

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
TABLE OF CONTENTS FOR EXHIBITS
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

| 35 | Affidavit of Maranda Wilburn |
|---|---|
| 36 | Johnna Havard Deposition Excerpts |
| 37 | Office Vision [202438] |
| 38 | Office Vision [202435] |
| 39 | Office Vision [202437] |
| 40 | Office Vision [202438F&G] |
| 41 | Office Vision [202438B] |
| 42 | Office Vision [202438C] |
| 43 | Office Vision [202416] |
| 44 | Office Vision [202414-15] |
| 45 | Affidavit of Mary Droddy w/letter |
| 46 | Affidavit of Rhonda Cox |
| 47 | Fred Sayre Deposition Excerpts |
| 48 | Positive Discipline [202640] |
| 49 | Employee Warning Notice [201217] |
| 50 | Visual Merchandising Standards Manual – Ch. 8 [202351-68] |
| 51 | Johnna Havard Affidavit |
| 52 | Charina Fontenot Affidavit to ASCHR |

DATED this 5th day of September, 2006 at Juneau, Alaska.

        Respectfully submitted,
        CHOATE LAW FIRM LLC

        s/*Mark Choate*
        _____
        MARK CHOATE
        424 N. Franklin Street
        Juneau, AK 99801

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
TABLE OF CONTENTS FOR EXHIBITS
J-04-008 CV (RRB)

Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

4 of 4

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
TABLE OF CONTENTS FOR EXHIBITS
J-04-008 CV (RRB)