Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON,            )
                             )
             Plaintiff,      )
                             )
       vs.                   )
                             )
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL,            )
                             )
             Defendants      )  Case No. J-04-008 CV (RRB)
                             )

### NOTICE OF SUBMISSION OF EXHIBIT IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the accompanying exhibit in support of her Opposition to Motion for Summary Judgment.

DATED this 6th day of September, 2006 at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC


s/*Mark Choate*
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

1 of 1

*Johnson, Myrna v Fred Meyer (03/18/2002) [23003].*
NOTICE OF SUBMISSION OF EXHIBIT IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
J-04-008 CV (RRB)



CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490