## Multi-Department Stores

| Banners | |
|---|---|
| ▪ Fred Meyer | ▪ Smith's Marketplace |
| ▪ Fry's Marketplace | ▪ Kroger Marketplace |

### Fred Meyer Stores

Our multi-department stores are significantly larger in size than the combo stores. Most operate under the "Fred Meyer" banner. The prototype Fred Meyer store averages 150,000 square feet and offers more than 225,000 food and non-food products. In addition to combo store departments, Fred Meyer multi-department stores sell a wide selection of general merchandise items such as apparel, home fashion and furnishings, outdoor living, electronics, automotive, toys, fine jewelry, and fuel. They require an average investment of $24.5 million, including real estate.



### Marketplace Stores

Ranging in size from 85,000 – 125,000 square feet, most of our "Marketplace" multi-department stores are smaller than our Fred Meyer banner stores and do not include apparel departments. They do offer full-service grocery and pharmacy departments as well as an expanded general merchandise area that includes outdoor living products, electronics, home goods and toys. Marketplace stores require an average investment of $14.0 million, including real estate.