# OREGON

## Department of Community Colleges and Workforce Development - Workforce Partners



### Available Curriculum

**Business:** Fred Meyer - MHCC
**Address:** 26000 SE Stark Street
**City:** Gresham **State:** OR **Zip Code:** 97030

Curriculum Related To This Grant

**Industry Information:** Retail Trade
**LWIA Region:** 2
**County:** City of Portland, Multnomah, Tillamook, and Washington counties

**Project Summary:**
One of the greatest workforce challenges for Fred Meyer Inc. is to recruit and retain Buyers and Merchandisers. Another challenge for Fred Meyer is to move entry-level staff in the stores into positions that will keep them within Fred Meyer. The purpose of this project is to develop skill standards, training curriculum and performance assessments at Fred Meyer Inc. to create a Merchandise Training Program for employees.
This program will provide career pathways for the existing workforce to become Buyers and Merchandisers, increase their wages and enhance retention. At the present time there is no internal training program for Buyer Support, Assistant Buyer, Buyer and Merchandiser. This training program will create a career path from the Buyer Support position to Merchandiser. This initiative will create new opportunities for retail sales staff in the stores that do not presently exist, to move into training positions in the buyer career path. At the present time, it is difficult for retail sales staff in the stores to access any career path to other positions in the company.
The purpose of the project is to identify the skills needed to do the four jobs in the career path, develop the training curriculum for them, train the workers and evaluate the training. Once the curriculum is developed, Fred Meyer estimates it will enroll about 200 employees in the pilot training in all levels of the program. However, Fred Meyer Inc. has 30,000 employees in the Portland metro area and it is estimated that approximately 10,000 of them will be eligible to participate at some point in the training.
The first class is scheduled to be offered in May 2001 and the last class in May 2002. Employees will be offered the training during their regular work hours, demonstrating total employee support for the training offered.
The training program includes 31 classes, from 2 hours to 30 hours in length. The classes are taught in modules, so that the same class with different areas at Fred Meyer - Home, Food and Soft Goods. The training will be modular in nature, which will render it quite flexible, portable and adaptable to other industries. The project will also develop the materials for the instructors, including training guides, student workbooks, job aides, on-line Intranet classes, quick reference guides for computer systems, Computer Based Training etc.
The training will utilize a variety of instructional modalities including classroom instruction, group discussion, mentoring, work-related projects, portfolios, mentoring and work based experience. Moving through the career path will increase salaries, sometimes substantially. For example, the move from store employee to buyer support would be a 30% increase in pay. Completing the entire program to Merchandiser would be an additional 125% increase in pay. The program will be piloted with employees in the Portland metro area and will be open to all the positions in the career path so employees in each of the positions can move to the next level.
Match is $1,897,990.

MJ Exhibit 3    Page 1 of 1