# MYRNA L. JOHNSON v. FRED MEYER STORES, INC.
## ASCHR No. C-O2-132

### AFFIDAVIT OF SARAH DEXTER

I, Sarah Dexter, being first duly sworn upon oath, depose and state as follows:

1. I am more than 19 years of age, and competent to testify regarding these matters, based on personal knowledge and belief.

2. My mailing address is P.O. Box 33004, Juneau, AK 99803.

3. I first joined the Juneau store of Fred Meyer, Inc. ("Juneau Store") in July of 1995 as a shoe clerk, which was a part-time (twenty-four hour a week) position.

4. Since commencing my employment with the Juneau Store, I have served as the Children's Section Head and the Accessories Section Head.

5. Ms. Johnson became my supervisor when she was promoted to the Third Assistant at the Juneau Store.

6. I interacted with Ms. Johnson on almost a daily basis until she was terminated from the Juneau Store.

7. Ms. Johnson was an excellent manager. She was pleasant, dressed professionally, was hardworking and had very good people skills – in fact, she was excellent at motivating the employees that she supervised.

8. Ms. Johnson was loyal to the Juneau Store, her supervisors, and was a valued employee.

9. When Mr. San Miguel, her supervisor, was going through a divorce a year or two ago, he would cry at work and sometimes be absent from work. Myrna was very helpful to him during this time and picked up his duties when he was too distraught to work.

10. After San Miguel went through his divorce, he started asking employees to find him dates. He asked me to get him dates and I know Julita Lim, another employee,


Exhibit H
page 14 of 16

1    fixed him up on some dates.

2        11.    On one occasion, San Miguel saw a good-looking girl outside the stockroom

3    talking to an employee and I heard him say that "if she wants a job, I will give it to her

4    now."

5        12.    San Miguel also hired a good-looking young Hispanic woman -- named

6    Angela or Angelica -- and I observed him flirting with her on a number of occasions.

7        13.    San Miguel cut the hours of other employees so he could give

8    Angela/Angelica a job. In fact, Angela/Angelica was given forty hours a week to work

9    but he did not put her on the schedule as a full-time employee, probably since she was

10    working hours that had been taken away from other employees.

11        14.    In January of 2002, Myrna had some problems with her daughter. I did not

12    notice any change in the quality of her work, her loyalty to the Juneau Store, or her

13    interactions with others during this time. In fact, I did not even know Myrna was having

14    serious problems with her daughter until I learned she was taking family medical leave to

15    deal with those issues, because she really managed to keep her personal problems out of

16    the workplace.

17        15.    When Ms. Johnson went on leave in January, I was there when San Miguel learned

18    that Fred Meyer, Inc. was sending an employee from another store to fill-in during

19    Myrna's absence. San Miguel said, "if it is a woman, send somebody young and

20    beautiful" and "not a hag."

21        16.    Johnna Havard, a young and attractive female who is about twenty-two

22    years old, was sent from another Fred Meyer store in Alaska to the Juneau Store while

23    Myrna was on leave to assist San Miguel.

24        17.    Shortly before Ms. Johnson returned from leave, Johnna Havard remarked to

25    me that she thought she would take the Assistant's job and I was under the impression

26    that San Miguel had offered her that job.

27        18.    I had heard from others that Johnna and San Miguel were socializing outside

28    of the office, although I have no personal knowledge of this.

Exhibit
Page 15 of 18

2

BAXTER  BRUCE  BRAND & DOUG
P.O. BOX 32010
JUNEAU, ALASKA 00000-2010
Telephone (007) 700-2100
Facsimile (007) 700-2100

1    19.    On March 12, 2002, Myrna returned from her leave of absence, and I was
2  present when San Miguel first saw her. He was with Johnna Havard; he spoke to Myrna
3  but did not introduce her to Johnna.    In fact, I thought it very odd that he was so
4  unfriendly towards Myrna.

5    20.    When I learned that Myrna had been given the night schedule on her return,
6  I also found that unusual.  Myrna previously had the daytime shift and normally, the
7  Second Assistant (Myrna's job) would not have been given the closing shift.  Instead,
8  Ms. Havard would have been assigned to that shift

9    21.    I also found it unusual that San Miguel gave Johnna the PIC phone
10  ("person-in-charge" phone) rather than Myrna, as normally the second in command
11  would be given the PIC phone.

12    22.    Each of these actions contributed to my impression that San Miguel was
13  trying to replace Myrna with Ms. Havard.

14    23.    Shortly after Ms. Johnson returned to work from her leave of absence, I told
15  her that Johnna was after her job, based upon what I had heard from Johnna and had
16  observed.

17    24.    On Sunday, March 17, 2002, Minerva Cortez – another employee – informed
18  me that I was to write up anything wrong I had noticed about the previous evening's
19  "recovery." The term "recovery" at the Juneau Store means that the store merchandise
20  was in order when the store closed.

21    25.    Ms. Cortez gave me a different Office Vision address (like an e-mail address)
22  for San Miguel that only he could view in connection with this instruction.  This was not
23  the normal procedure, as typically a message would be sent to San Miguel and all other
24  managers.  I learned from other employees that they too had received a similar message.

25    26.    I had never received a similar instruction emanating from San Miguel,
26  although recovery is frequently an issue at the Juneau Store.

27    27.    I responded to San Miguel's instruction by telling him that I felt the
28  department I was responsible for in the Juneau Store had looked good when I had arrived

Exhibit H
page 16 of 18

3

BAYER BRAND & DOUG
P.O. BOX 32819
JUNEAU, ALASKA 99803-2819
Telephone (907) 789-3518
Facsimile (907) 789-3619

1  for the daytime shift.

2       28.   After Myrna was terminated, a co-worker of mine sent several e-mails to San
3  Miguel complaining about recovery at the Juneau Store after Myrna's departure but San
4  Miguel never did anything about the recovery issues despite those e-mails.

5       29.   I am aware that there were recovery issues concerning an employee named
6  Julita Lim, but she told me that she was never written up or reprimanded for doing an
7  inadequate "recovery."

8       30.   I was present when Ms. Johnson returned from the meeting on March 18,
9  2002 with Fred Sayre and San Miguel in which she was written up; Ms. Johnson was
10  crying and finally went home because she was so upset.

11      31.   When a co-worker learned that Myrna had been written up, she remarked
12  that San Miguel "got what he wanted" – a veiled reference to replacing Myrna with
13  Johnna.

14      32.   Johnna was offered Myrna's job that same day (March 18, 2002) or the very
15  next day.

16      33.   In a meeting San Miguel held with Sixta Catli and myself shortly after Myrna
17  was terminated, I questioned San Miguel about his treatment of Myrna.  He claimed she
18  had "quit" and he "had no control over this" and "it was not his fault".

19      34.   During my employment at the Juneau Store, I have observed that it is useless
20  to complain to Fred Sayre, the Juneau Store manager, since nothing ever happens.  An
21  employee will go to Fred Sayre with a complaint, and then never hear anything more.

22      35.   Since San Miguel has been the Apparel Manager, the individuals he has



Exhibit
page ___ of ___

4

1  hired to work for him have, in all but one instance, been young women considerably

2  younger than forty (40) years of age.

3      FURTHER your affiant sayeth naught.

4      DATED this _24_ day of October, 2002.

5

6                            Sarah Dexter

7      SUBSCRIBED and SWORN TO before me this _24th_ day of _Oct_, 2002.

8

9                      Notary Public, State of Alaska
                    My commission expires: _May 9, 2002_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAXTER BRUCE BRAND & DOUG
P.O. BOX 32819
JUNEAU, ALASKA 99803-2819
Telephone (907) 789-3110
Facsimile (907) 789-3115

Exhibit
page 18 of 8

5