# Fred Meyer Employment Application

Location: Juneau

Fred Meyer is an Equal Opportunity Employer. It is company policy to comply with all laws concerning discrimination.

**Notification of the need for Reasonable Accommodation in the application process:**
If you will need an accommodation to complete the application and/or the interview process, please notify us in advance so we can make appropriate arrangements.

PLEASE PRINT — USE INK

Date: 11/30/92   Job you are applying for: Sales   ☒ Full Time  ☒ Part Time

— APPLICANT INFORMATION —

| Last Name | First | Middle Initial | Social Security Number |
|---|---|---|---|
| Myrna Johnson | Myrna | Inductivo | 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 |

Street Address: 3082 Mountain Wood Cr   City: Juneau   State: Alaska   Zip Code: 99801   How Long: ___

Area Code Home Phone: (907) 789-9502   Area Code Work Phone: ( )

Emergency Contact: Melinda Pascual   Address: 3082 Mountain Wd Cr Juneau Alaska   Phone: 789-9502

Have you worked for Fred Meyer before? ☐ Yes ☒ No  From: ___ To: ___ What Location? ___

Your name at that time: n/a   Position when you left: ___

Do you have any relatives who work for Fred Meyer? ☐ Yes ☐ No   If yes, their name(s): ___

What location? ___   Relationship: ___

If you are under 18, give your birthdate: ___/___/___ and work permit number: ___

— SCHEDULING PREFERENCES —

Date available for work: anytime

Please list any hours or days which you are NOT available to work:
can work anytime

PART TIME ONLY:
What is the minimum/maximum amount of hours desired each week?
___ number of hours to ___ number of hours

APPLICANT: Please complete information on reverse side.

— TO BE COMPLETED BY MANAGER —

Hired by: Mike Maxwell   Location/Section: TAJ/ACE

Employee Status: ☐ Full Time  ☒ Part Time  ☐ Full Time Seasonal  ☐ Part Time Seasonal

Contract Code: 2500   Job Type/Step: 301830/040   Rate of Pay: 8.50

Experience Hours Credit: 4120   Indicate why credit hours are to be given:
Has 2 years experience

Store Director approval if hiring at rate higher than beginning rate: Keith ___

Date of Hire: 12/7/92   Gender: ☐ M ☒ F   Date of Birth: 9/2/50

EEOC: ☐ Caucasian ☐ Black ☐ Hispanic ☒ Asian ☐ American Indian

Security Clearance (Initials and Date): ___

**TARGETED JOBS TAX CREDIT (Renewable Program)**

Have NEW HIRE AND REHIRES call 1-800-255-9242 at the time employment forms are being completed. The phone call must be made on or before first day of work.

1. First Day Worked: ___/___/___
2. Date of Call: ___/___/___
3. Qualified: ☐ Yes ☐ No

Schedule for the Week Ending: 12/12/92

| | SUN | | MON | | TUE | | WED | | THU | | FRI | | SAT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| AM | | | 8 | | 8 | | | | | | | | | |
| PM | | | | 5 | | 5 | | | | | | | | |

76  7/92  M14

Exhibit ___  Date 1/23/06
Witness Myrna Johnson
Lynda Batchelor Barker, RDR  2 pages

200001

| | SCHOOL | | FROM | TO |
|---|---|---|---|---|
| HIGH SCHOOL | St. Augustine College | | 19 | 19 |
| | ADDRESS | Baliuag, Bulacan, Phil | | |
| COLLEGE/ OTHER ☐ Full Time ☐ Part Time | SCHOOL | Manuel Luiz Quezon University | FROM 19 70 | TO 19 76 |
| | ADDRESS | Manila, Phil. | | |

MAJOR AND MINOR COURSES or DESCRIBE STUDIES
Liberal Arts major in English

### START WITH CURRENT OR LAST EMPLOYER — INCLUDE MONTH AND YEAR IN DATES

| FROM Mo. 1 Yr. 90 | COMPANY Famous Footwear | | POSITION HELD Store Sales Manager | BEGINNING PAY 18,000 |
|---|---|---|---|---|
| TO Mo. 11 Yr. 92 | STREET and NUMBER Charlotte NC 28204 | CITY and STATE | | ENDING PAY 23,000 |
| SUPERVISOR'S NAME Greg Ward | TITLE District Sales Mng. | | REASON FOR LEAVING Move to Alaska | |
| FROM Mo. 2 Yr. 88 | COMPANY Great American Video | | POSITION HELD Store Sales Mgr | BEGINNING PAY 15,000 |
| TO Mo. 1 Yr. 90 | STREET and NUMBER Fort Mill SC 29715 | CITY and STATE | | ENDING PAY 18,000 |
| SUPERVISOR'S NAME Greg Taylor | TITLE Sales Manager | | REASON FOR LEAVING Work for Famous Footwear | |
| FROM Mo. 1 Yr. 80 | COMPANY Cristobal manufacturing | | POSITION HELD Production Mgr | BEGINNING PAY 10,000 |
| TO Mo. 7 Yr. 86 | STREET and NUMBER Manila, Phil. | CITY and STATE | | ENDING PAY 12,000 |
| SUPERVISOR'S NAME Amado Cristobal | TITLE Co. President | | REASON FOR LEAVING Move to USA | |

MAY WE CONTACT YOUR PRESENT EMPLOYER?   ☐ Yes   ☐ No

### READ THE FOLLOWING STATEMENT CAREFULLY — ANSWER THE LAST QUESTION AND SIGN YOUR NAME

**Disclaimer:**
This application is intended to provide information for evaluating your suitability for employment. It is not intended to be, nor may it be construed to be, a contract of employment of any type whatsoever.

**Notification of Physical/Drug Testing:**
The Company is committed to providing a safe and productive work environment. All employees must be able to perform the essential job functions of their position, with or without accommodation. Some positions may require a pre-employment drug/alcohol screen and/or an entrance physical examination before commencement of employment.

**Notification of Physical Lifting Requirements:**
Many of our jobs may require lifting from 0 to 50 lbs. routinely and up to 80 lbs. occasionally. Some jobs may require lifting up to 100 lbs. on a rare to occasional basis. Such requirements will be listed on the respective job description.

**Affidavitt**
I certify that the answers given by me in the foregoing questions and statements are true and correct without omissions of any kind whatsoever. I authorize the U.S. Government, companies, schools or persons named above to give any information they may have regarding my employment, separation or discharge together with any information they may have regarding me whether or not it is in their records. I hereby release the U.S. Government, companies, schools or persons from all liability for any damage for issuing this information. I further understand and agree that a false statement herein is grounds for denial of employment, or basis for dismissal if already employed. It is further understood that my employer will not be responsible for any of my property lost, stolen or damaged.

Have you been convicted of a crime within the last seven years?   ☐ Yes   ☐ No
(A conviction will not necessarily disqualify you from employment.)
If yes, please give details.

*I authorize Fred Meyer, Inc. and Roundup Co. to make a complete investigation of all statements contained on my application.*

_____ SIGN HERE    _____ DATE