```
Action Code.... I              Employee Setup                        060101
Employee Search    276177    Terminated= 03/18/2002    Addr No.    276177
Name (L,FM).... JOHNSON, MYRNA I_____    SSNo.... 247770662
Address........ P O BOX 33933_____    Other #..
C_ ...........  JUNEAU_____ St AK    Zip.... 99803_____
Hm Tel..( 907 ) 3643950              Chk Rte. 0100158JNL JN Store Manageme
CP/GL Co 01 / 00010  FRED MEYER OF ALASKA Sec CC..    1  Security Cost Center
Loc/Sec. 00158 / ALX 00158-  Apparel & Le
Emp Sts. 0          Full-time Permanent  C Grp... 037800  Southern Region Sal
080421     JOHNSON, MYRNA I              276177
 History - Job Type . . . . . .Ma Eff. Date  User ID      Change Reason .yee
 301736  Assistant Manager, ALE 02/25/01 03/30/01 TEAM01    003 Promotion
 301733  Relief Asst. Manager,  09/22/96 10/25/96 TEAM04    003 Promotion
 302080  Management Trainee Hou 09/08/96 10/18/96 TEAM04    003 Promotion
 301830  Clerk                  04/10/94 04/15/94 TEAM02    067 Section Trans
 302050  Shoe Lead Person       08/29/93 09/01/93 TEAM04
 301830  Clerk                  07/29/93 07/29/93 CA_CONVER097 WOTC Rehire
 301830  Clerk                  12/09/92 12/09/92 TEAM04


           Enter=Exit    F5=Date in Ascending/Descending
 _  _____  __ _  __ __ _____  _
  Changes only valid for Active Employees
```