Case 1:04-cv-00008-RRB   Document 57-10   Filed 09/06/2006   Page 1 of 8

# Fred Meyer Performance Appraisal Form — salaried employees

Employee Name: **MYRNA JOHNSON**     SS# **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**    Loc/Dept **JN-ALE**
Position: **JN-ALE ASST. MGR, SECOND (RELIEF)**    No. Months/Years in Present Position: **4 MONTHS**
Date of This Appraisal: (5-5/12-1997)   **5-8-97**    Supervisor's Name: **M.C. LANEY**

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.
This is a (check one)  ☑ Scheduled Review   ☐ Other

**Briefly describe the primary duties and responsibilities of this position.**

MAINTAIN STANDARDS SET BY CORPORATE POLICY AND REGIONAL/STORE SUPERVISORS. SET THE EXAMPLE IN PROFORMANCE AND TRAIN IN ALL ASSIGNED DUTIES REQUIRED TO OPERATE THE APPAREL DEPARTMENT. TO ASSIST IN MAINTAINING THE HUMAN AND FINANCIAL ASSETS OF THE COMPANY.

**How did the employee perform in achieving the budget and/or operating goals that were expected?**

MYRNA HAS SHOWN ACCEPTABLE PERFORMANCE IN THOSE AREAS ASSIGNED TO HER. MORE EXPOSER TO BUDGET AND OPERATION GOALS IS NEEDED.

**Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?**

MYRNA HAS TAKEN THE STEPS NECESSARY TO ASSUME THE DUTIES OF A SECOND ASST.

**Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.**

MYRNA SHOWS EXCELLENT POTENTIAL IN LEADERSHIP. HER ABILITY TO TRAIN AND DEVELOPE PEOPLE IS EXCEPTIONAL.

**What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.**

MYRNA EXHIBITS A STRONG DESIRE TO LEARN AND PERFORM WELL, SHE HANDLES SHORT-COMINGS IN A NON-DEFEATING, SELF-IMPROVING MANNER.

MJ Exhibit 9 · Page 1 of 8

M-2822 5/96

Page 1

201179

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

### 1. Customer Service (external & internal)
a) **Follows the PACE guidelines:** smiles, acknowledges, and makes eye contact (SAM); offers assistance; escorts Customers to the product
b) **Exhibits Q-behaviors:** initiates hospitality; follows through completely; responds with noticeable urgency; turns a negative into a positive; goes out of his or her way for a Customer; is courteous

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 2. Commitment to Employees
a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 3. Commitment to Excellence
a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 4. Planning
a) Looks ahead
b) Sets standards of performance for self and direct reports
c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

*FOCUS ON ORGANIZING YOUR ASSIGNED TASKS*

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 5. Organizing
a) Develops work systematically and effectively to take best advantages of skills available
b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and make decisions appropriately

*CONSIDER WHAT'S MOST IMPORTANT TODAY, THIS WEEK, THIS MONTH/ ETC. WHEN PLANNING.*

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 6. Controlling
a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 7. Communication
a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly
c) Is prompt in replying to requests/inquiries

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

*MJ Exhibit 9      Page 2 of 8*

## 8. Leadership

a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

☐ Outstanding  ☑ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 9. Accomplishments

a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle more than one major assignment at a time
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 10. Creativity and Imagination

a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 11. Technical Competence

a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 12. Analytical Ability

a) Analyzes the available facts
b) Makes sound decisions based on the available information and anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 13. Teamwork

a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 14. Employee/Management Development

*ALWAYS SEEK TO TRAIN*

a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels

☐ Outstanding  ☐ Very Good  ☑ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

## 15. Hiring and Promotion Practices

a) Demonstrates interest in the company's equal employment opportunity policy
b) Hires and promotes diverse employees without regard to race, religion, color, sex, sexual orientation, disability, age, or national origin

☐ Outstanding  ☐ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☑ New & Learning  ☐ Unsatisfactory

**16. Overall Performance** (note any comments in the space provided)

| ☐ Above Expectations | ☑ Meets Expectations | ☐ Below Expectations |
|---|---|---|
| Performance has exceeded expectations. Results are clearly above standard. | Performance is at standard. Results are as expected. | Performance requires improvement. Results are below standard. |

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).

ATTACHED FORM

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).

ATTACHED FORM

_____  5/8/97     Keith Flynn  5/19/97
Appraiser's Signature      Date       Appraiser's Supervisor's Signature   Date

_____
**Employee being appraised complete the items below this line**

What are your career goals and aspirations?

To stay on top of my job, and be ready for promotion & future challenges

• Comments, if any, on this appraisal.

I agree & will work on towards my improvements on my weaknesses.

Myrna Jahow   5/8/97
Employee's Signature   Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

## Fred Meyer - Performance Self-Appraisal Form

salaried employees

| | |
|---|---|
| Employee Name: Myrna I. Johnson | SS # 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   Loc/Dept JN/ALE |
| Position: Assistant Manager | No. Months/Years in Present Position: 8 Mos. |
| Date of This Appraisal: May 8, 1997 | Supervisor's Name: Mathew Laney |

**Directions** (to be completed by the employee): Review the following categories, fill in the appropriate information, and submit to your immediate supervisor. (Attach additional sheet of paper if necessary.)

1. **Indicate the objectives of your job and where you have met or exceeded them during this past year.**
   a. Excellent customer service- met and exceeded by putting the customer always on top of my priority list.
   b. Support to the manager in accomplishing paper works, giving tours, merchandising, auditing ads and make proper correction if needed.- Met the objectives by doing the paper works, have to work more on giving more tours and follow ups, audit the ad and scan merchandise every week.
   c. Communicate and support the manager with regards to financial reports, including P&L, margins, wage forecast, and period sales report.- Met the objectives by discussing the reports with the manager, making plans and doing the plans for the CHL department every period.
   d. Working with department heads merchandise, work on freight and orders, mark downs and price changes and making sure that the department is up to date with regards to planograms and bulletins.- Met the objectives by making sure that freights are out on timely manner, helping the department heads merchandise their department. Following up that their planograms are finished on timely manner.

   **Indicate any additional accomplishments not included in your objectives.**
   a. Motivated co-employees to be proud of their job and if possible to be dedicated and give more than 100% to their jobs. Make sure they stay on top of their jobs.

3. **Which objectives were not completed or performed this year?**
   a. All the objectives had been performed this year although there are still some weaknesses. Plan to work more on paperworks and familiarize myself more on communicating with the buyer and DM for more information.

4. **What do you consider to be the five most important functions of your job?**
   a. Customer Service
   b. Merchandising the floor (identifying the market and update the store as to needs)
   c. Paper works (includes following up ordering, mark downs or price changes, audits and making proper corrections, merchandise movement and inventory control, etc.)
   d. Operations (learning the operations, closing and openings, things that have to be done while store is in business)
   e. Training (make sure that all the employees are train to the standards and follow up their job performance and completion of their tours, maintaining a good team work.)

5. **What did you accomplish this year in your own self-development? (If you are a supervisor, include your accomplishements in developing others.)**
   a. Have learn more about the company, the policies, and product knowledge by doing the PEP as much as I can.
   b. Have learn to do the paper works and communicate with the right person if needed.
   c. Have motivated most of the employees, trained and explain the proper ways and standards to recover to new hire.

6. **What do you feel are your greatest strengths in your current position?**
   a. Customer Service.
   b. Employee Relations
   c. Hard Work

7. **In what areas do you need assistance?**
   a. Still needs assistance in some paper works (P&L, Inventory Control, Sales and Wage Forecast, and scheduling)

MJ Exhibit 9    Page 5 of 8

M-2823 5/96

201183

8. **How can your supervisor help you perform your job more effectively?**
   a. Have a sit down meeting at least once a period to discuss the ff:
      1. The accomplishments and failure for the last periods and things that we could have done..
      2. The plans and projections for the current periods.
      3. Things that are priority for the current periods and changes that have to occur.

9. **Indicates those plans, if any, you have to improve your overall performance.**
   a. I plan to learn more in prioritizing my job.
   b. Plan to take more steps to learn and be more comfortable in doing paper works.
   c. Plan to give more tours to employees and make sure that they are followed up and done.
   d. Plan to learn more about our customers, they needs and communicate more with the buyer with regards to needed merchandise.

10. **List any overall comments you have regarding your current position, career path and future accomplishments.**
    I am very happy with my current position, and I am looking for promotion someday and I will work on it. I believed that promotion is something that I have to work for. Ii is a reward for dedication and good job performance. I am willing to wait until I feel that I am ready and deserve one. While waiting for the right time I will continue to enrich my self professionally by learning more about the job, and working more on customer service and being more comfortable on all aspects of the job.

11. **What major problem(s) do you feel exists for the company and your department during the coming year?**

    For my department finding more dedicated employee who are willing and capable to work. Staying on top of the job so that everything would be done right and in timely manner. One wrong turn could result on loss of sales and filed work.

    Corporately, to communicate properly with the buyer and DM about the market. Juneau is a very different market and should not be treated just like all the other stores. We are ending up with so much merchandise that could or will sell only in a very short period of time, thus ending us with so many mark downs and clearance and reducing our margins. On the other side we are also ending up with a very little merchandise that sale for a long time if not through out the year. The products that we could have sold more on regular price and help our margin a lot.

12. **If you could do something to help solve the problem, what would you do? What steps would you take?**
    Always make sure to send the buyer a seasonal critique, and read the billings or make sure that the department heads are on top of their billing. Always check with the department heads about their input if they feel that they are getting too much merchandise that they can not sell and will result to a lot of mark downs call the buyer right away for a transfer or if possible for cancelllation of shipment.

13. **Are you willing to relocate for promotion opportunities and for increased duties and responsibilities?**
    Yes, I am willing to relocate for promotions and increased duties and responsibilities. I am always is ready to learn more and I always look at it as a challenge.

14. **Are you satisfied with the direction you see your career taking with the company?**
    Yes, I am satisfied and is planning on staying with the company as long as I can, maybe retiring with the company, although I do not foresee myself working on the same position until I retired, I see myself working with the company for a long period of time.

15. **Describe how you perceive your Customer service to external and/or internal Customers.**
    Our customer is the most important to us. We are here for them, they are not here for us. They should be our top priority because that is how our business is made for. Weather they are inside the store they are as important when they are outside the store. We have to always continue to work on their satisfaction. I think I have a good customer service to both because I always make sure that they are on top of my priority where ever they are. I consider them as my guest when they are at the store. And a friend when they are outside calling for an order. I always listen to their needs.

16. **Comments.**
    If there are some more improvements I need to know which I am sure there are because we always have to learn everyday. I would like to let everybody know that I am is always ready and willing to improve. Thanks to my manager for all his patience to train me. I hope I reach the standards and thanks to all my co-employees for all their support and help to make my job a lot easier and fun.

_Myrna Johnson_    5/8/97
Employee's Signature                               Date
(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)

_[signature]_    5/8/97          MJ Exhibit 9         Page 6 of 8
Appraiser's Signature    Date

Appraiser's Supervisor's Signature          Date

201184          Salaried Employee Performance Self appraisal Form

## Performance Appraisal - Key Objectives Addendum Form

Employee Name  MYRNA JOHNSON                SS# 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  Loc/Dept JN-ALE

Position JN-ALE SECOND ASST. MGR             No. Months/Years in Present Position  4 MONS

Date of This Appraisal  5-8-97                Supervisor's Name  M.C. LANEY

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions? Objectives are submitted at the annual review; however, they can be modified, added, or deleted throughout the year.

| Type Date | Objective Description | Est. Completion Date |
|---|---|---|
| 1. | OPERATIONS SKILLS | Summer 1997 |
| 2. | PEP COURSES COMPLETED | " " |
| 3. | BETTER PLANNING/ORGANIZING | FALL 1997 |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

201185

M-2822 C 5/96

# Performance Appraisal - Training Plan Addendum Form

Employee Name __MYRNA JOHNSON__    SS# __247 . 77 . 0662__ Loc/Dept __JN-ALE__

Position __SECOND ASST. MGR__    No. Months/Years in Present Position __4 MONTHS__

Date of This Appraisal __5-8-97__    Supervisor's Name __M.C. LANEY__

Between now and the appraisal period, what training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.

| Technical Skill Training | | Approximate Date Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Professional Skill Training | | Approximate Date Needed |
|---|---|---|
| HUMAN RESOURCES CLASS | | 1997 |
| FRANKLIN TIME MANAGEMENT | | JUNE |
| | | |
| | | |
| | | |
| | | |

MJ Exhibit 9    Page 8 of 8

M-2822 D 5/96

201186