*Fred Meyer* — Performance Appraisal Form                                  salaried employees

Employee Name __MYRNA JOHNSON__  SS# __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__ Loc/Dept __JN-ALE__

Position __RELIEF ASST. MANAGER__  No. Months/Years in Present Position __16 months__

Date of This Appraisal __6/2/98__  Supervisor's Name __M.C. CAREY__

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.

This is a (check one) ☒ Scheduled Review  ☐ Other

Briefly describe the primary duties and responsibilities of this position.
The primary purpose of this position is to assist with the management of the ALE Dpt., maximize all financial opportunities. Provide customer service, to ensure compliance with Divisional Signing, Recovery, merchandising standards.

How did the employee perform in achieving the budget and/or operating goals that were expected?
Of those assigned, Myrna has showed acceptable performance.

Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?
Operational skills - worked on. More training will be possible this year.
② PEP were completed 100%.
Better Planning/organizing. Need to continue focusing in this area.

Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.
Myrna showed good skills in training and developing employees. She has the ability to recognize the "differences" between employees and work around them to get the performance expected.

What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.
Myrna has a strong desire to learn, grow, and get promoted. Myrna has improved in meeting the needs of the ALE Dpt and providing support.

M-2822 5/96

MJ Exhibit 10   Page 1 of 4
Page 1
200033

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

### 1. Customer Service (external & internal)

Does the employee follow the PACE guidelines:
a) Smiles, Acknowledges, and Makes Eye Contact (SAM)
b) Offers assistance
c) Escorts Customers to the product

Does the employee exhibit Q-behaviors:
a) Initiates hospitality
b) Follows through completely
c) Responds with noticeable urgency
d) Turns a negative into a positive
e) Goes out of his or her way for a Customer
f) Is courteous

☐ Outstanding    ☑ Very Good    ☐ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 2. Commitment to Employees

a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

☐ Outstanding    ☐ Very Good    ☑ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 3. Commitment to Excellence

a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work

☐ Outstanding    ☐ Very Good    ☑ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 4. Planning

a) Looks ahead
b) Sets standards of performance for self and direct reports
c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

*Need to improve on how to F/U better on employees*
*Be aware of what's going on in other areas.*

☐ Outstanding    ☐ Very Good    ☑ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 5. Organizing

a) Develops work systematically and effectively to take best advantages of skills available
→ b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and makes decisions appropriately

*Organize your work for the day. Prioritize the task. Hard time getting work done. Establish lines of responsibilities.*

☐ Outstanding    ☐ Very Good    ☐ Meets Expectations    ☑ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 6. Controlling

a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

*Focus on F/UP's*

☐ Outstanding    ☐ Very Good    ☑ Meets Expectations    ☐ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

### 7. Communication

a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly
c) Is prompt in replying to requests/inquiries

*Focus on accepting feedback from supervisor in a positive manner. Use it as learning tool.*

☐ Outstanding    ☐ Very Good    ☑ Meets Expectations    ☑ Needs Improvement    ☐ New & Learning    ☐ Unsatisfactory

SAFFFC002

### 8. Leadership
a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers ← Excellent!

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 9. Accomplishments
a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle more than one major assignment at a time
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 10. Creativity and Imagination
a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 11. Technical Competence
a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 12. Analytical Ability
a) Analyzes the available facts
b) Makes sound decisions based on the available information and anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 13. Teamwork
a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 14. Employee/Management Development
*Always seem to train, and develop employees.*

a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels

☐ Outstanding   ☐ Very Good   ☒ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 15. Hiring and Promotion Practices
a) Demonstrates interest in the company's equal employment opportunity policy
b) Hires and promotes diverse employees without regard to race, religion, color, sex, sexual orientation, disability, age, or national origin

☐ Outstanding   ☐ Very Good   ☐ Meets Expectations   ☐ Needs Improvement   ☒ New & Learning   ☐ Unsatisfactory

### 16. Overall Performance

☐ Above Expectations            ☒ Meets Expectations            ☐ Below Expectations

Performance has exceeded expectations. Results are clearly above standard.   Performance is at standard. Results are as expected.   Performance requires improvement. Results are below standard.

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
*Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).*

1) Complete New Asst Manager training Program.
2) Focus on organization and productivity skills.
3) Focus on RTW, FnT, ACS - P&L's
4) Review & update CBT's

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
*Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).*

1) Schedule training class if offered.
2) FPP if offered.
3) First Aid & CPR training

_____ 6/5/98         _____ 06-12-98
Appraiser's Signature        Date        Appraiser's Supervisor's Signature        Date
M. C. Laney    6/5/98

**Employee being appraised complete the items below this line**

- What are your career goals and aspirations?

My career goals are to stay & be promoted on my job. To learn 100% and be very effective in the execution of all the job responsibilities required.

- Comments, if any, on this appraisal.

Will try very hard this year to meet more than expectations next year

Myran Johnson        06/05/98
Employee's Signature        Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*