# Fred Meyer — Performance Appraisal Form
**salaried employees**

Employee Name: **MYRNA JOHNSON**   SS# **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**   Loc/Dept **JN-ALE**

Position: **REF. ASST. MANAGER (HOURLY)**   No. Months/Years in Present Position **2 YR 8 MW**

Date of This Appraisal: **MAY**   Supervisor's Name **M. LANEY / M. VINSON**

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.
This is a (check one) ☑ Scheduled Review   ☐ Other

---

**Briefly describe the primary duties and responsibilities of this position.**

TO ASSIST IN THE MANAGEMENT OF THE DEPARTMENT, MAXIMIZE ALL FINANCIAL OPPORTUNITIES, ASSUME MANAGEMENT RESPONSIBILITIES IN ABSENCE OF ASST MANAGER AND MANAGER

**How did the employee perform in achieving the budget and/or operating goals that were expected?**

MYRNA CONTRIBUTED TO THE 'TEAM EFFORT' TO MEET THE EXPECTATIONS AS REQUIRED AND ASSIGNED.

**Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?**

MYRNA SHOWED IMPROVEMENT AND MET THE EXPECTATION OF THE GOALS ASSIGNED HER.

**Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.**

MYRNA SHOWS GOOD SKILLS IN HIRING AND TRAINING BASED OFF OF THE TRAINING SHE COMPLETED IN THESE AREAS.

**What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.**

MYRNA IS LEARNING BETTER TO 'SORT' THE DAYS WORK LOAD TO ACCOMPLISH WHAT IS MOST IMPORTANT TODAY'. SHE NEEDS TO ALLOW HERSELF TO BE MORE OPEN TO CONTINUED TRAINING AND NOT LOSE INFORMATION ALREADY LEARNT.

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

### 1. Customer Service (external & internal)

a) **Follows the PACE expectations:** a) Greets the Customer: smiles, acknowledges, and makes eye contact (SAM); b) Offers assistance; c) Offers to escort the Customers to the product; d) Stays with or helps the Customer until (s)he is satisfied; e) Thanks the Customer

b) **Exhibits Q-behaviors:** a) initiates hospitality; b) follows through completely; c) responds with noticeable urgency; d) turns a negative into a positive; e) goes out of his or her way for a Customer; f) is courteous

*Comment: AN EXAMPLE TO THE STORE.*

☐ Outstanding   ☑ Very Good   ☐ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 2. Commitment to Employees

a) Treats all employees the way we want our Customers treated
b) Accepts feedback positively
c) Offers feedback positively; keeps criticism constructive
d) Helps others willingly when a cooperative effort is required
e) Recognizes and gives Q-cards to others for quality service
f) Avoids and discourages gossiping and negative comments

*Comment: SHOWS GOOD PEOPLE SKILLS*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 3. Commitment to Excellence

a) Behaves in alignment with corporate policies
b) Addresses problems by seeking positive solutions
c) Is open to change and views change as positive
d) Actively seeks out information needed to do the job
e) Takes responsibility for quality of his or her work
f) Exhibits a high degree of personal integrity, honesty and fairness at all times.

*Comment: MUST IMPROVE PROMPTNESS*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☑ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 4. Planning

a) Looks ahead; b) Sets standards of performance for self and direct reports
c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

*Comment: CONTINUE TO 'LOOK INTO' AN ISSUE AND SEE THE WHY OF WHAT MAKES AN IDEA A SUCCESS OR FAILURE*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 5. Organizing

a) Develops work systematically and effectively to take best advantages of skills available
b) Establishes clear lines of responsibility and authority for self and direct reports
c) Delegates authority to act and make decisions appropriately

*Comment: HAS IMPROVED GREATLY*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 6. Controlling

a) Has up-to-date knowledge of all activities under his or her supervision
b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

*Comment: MUST SEEK OUT MORE INFORMATION TO BE MORE 'INDEPENDENT' IN AREAS OF OPERATIONAL UNDERSTANDING.*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☑ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

### 7. Communication

a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly
c) Is prompt in replying to requests/inquiries

*Comment: BE OPEN MINDED.*

☐ Outstanding   ☐ Very Good   ☑ Meets Expectations   ☐ Needs Improvement   ☐ New & Learning   ☐ Unsatisfactory

## 8. Leadership

a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

*Handwritten note:* MUST DEVELOP A BETTER [illegible] OF DIFFERENT PERSONALITIES. — HAS RESPECT OF CO WORKERS

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☑ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 9. Accomplishments

a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle more than one major assignment at a time
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 10. Creativity and Imagination

a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

*Handwritten note:* NEEDS TO LEARN STRONGER MERCHANDISING SKILLS

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 11. Technical Competence

a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

*Handwritten note:* MORE EXPOSURE TO OPERATION STANDARDS AND REPORTS NEEDED

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☑ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 12. Analytical Ability

a) Analyzes the available facts
b) Makes sound decisions based on the available information and anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

*Handwritten note:* GENERALLY MAKES SOUND DECISIONS

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 13. Teamwork

a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 14. Employee/Management Development

a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels

*Handwritten note:* POSITIVE ATTITUDE TOWARDS ALL EMPLOYEES NEEDED — LEARN TO WORK BETTER W/ CHALLENGING PERSONALITIES

☐ Outstanding ☐ Very Good ☑ Meets Expectations ☑ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

## 15. Hiring and Promotion Practices

a) Demonstrates interest in the company's equal employment opportunity policy
b) Hires and promotes diverse employees without regard to race, religion, color, sex, sexual orientation, disability, age, or national origin

*Handwritten note:* HAS SHOWN GOOD HIRING SKILLS

☐ Outstanding ☑ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

*MJ Exhibit 11   Page 3 of 6*

## 16. Overall Performance

❏ **Above Expectations**

Performance has exceeded expectations.
Results are clearly above standard.

☑ **Meets Expectations**

Performance is at standard.
Results are as expected.

❏ **Below Expectations**

Performance requires improvement. Results are below standard.

---

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
*Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).*

— COMPETE CBT's AND PROMOTE 100% CBT's SKILLS IN COWORKERS.
— BUILD HUMAN RESOURCE SKILLS

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
*Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).*

— ANY FURTHER TRAINING CLASSES THAT HAPPEN IN THE UPCOMING YEAR.

Appraiser's Signature    5/31/99    Date

Appraiser's Supervisor's Signature    6-09-99    Date

---

**Employee being appraised completes the items below this line**

- What are your career goals and aspirations?

I want to prepare myself to more responsibilities. I want to gain more training & experience to be very confident on my job.

- Comments, if any, on this appraisal.

I am committing myself to meet all the expectations.

Myrna Johnson    05/31/99
Employee's Signature    Date

MJ Exhibit 11

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

*Fred Meyer* – Performance Self-Appraisal Form                                      salaried employees

| | | | |
|---|---|---|---|
| Employee Name | Myrna I. Johnson | SS# 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 | Loc/Dept Juneau/ALE |
| Position | Assistant Manager | No. Months/Years in Present Position | 2years/8 months |
| Date of the Appraisal | 05/26/99 | Supervisor's Name | Mathew Laney |

Directions (to be completed by the employee): Review the following categories, fill in the appropriate information, and submit to your immediate supervisor. (Attach additional sheet of paper, if necessary.)

1. Indicate the objective of your job and where you have met or exceeded them during this past year.

This year I met all of the following objectives:
To ensure that the assigned tasks by supervisors are done in a timely manner.
To ensure all the business done during the absence of my supervisor
To motivate my employees to meet set standards and give excellent customer service at all times.

2. Indicate any additional accomplishments not included in your objectives.

I communicate with all of the employees to make them feel that they are a part of the team, and whatever accomplishments the department has accomplished they are part of it.

3. Which objectives were not completed or performed this year?

All my objectives where completed

What do you consider to be the five most important functions of your job?

1. Customer Service
2. Supervising, training, and motivating employees
3. Meeting the sales goals
4. Ensure that the store meets/exceeds the standard and is presentable at all times
5. Ensure that All employees recognizes the priorities of the day

5. What did you accomplish this year in your own self-development? (If you are a supervisor, include your accomplishements in developing others).

I gained more self-confidence in performing my job. When I was very new in this position I found it very hard to make decisions without hesitation, or worrying what will be consequences of those decisions.

6. What do you feel are your greatest strengths in your current position?

My willingness and ability to finish the job no matter what it takes. My ability to stay focused and perform multiple tasks at limited period of time. My ability to make quick decisions if needed.

7. In what areas do you need assistance?

I need additional training to prepare myself for additional duties and more responsibilities.

8. How can your supervisor help you perform your job more effectively?

Allowing more time for training, and reading all the reports.

9. Indicate those plans, if any, you have to improve your overall performance.

Will make sure that I will have at least one hour a day to spend reading all the reports received everyday.

201191

**10. List any overall comments you have regarding your current position, career path, and future accomplishments.**

I am very happy with how my career is heading. I thank god everyday that I have this job. I am always very happy and cheerful everytime I come to work. As a normal person there could be bad days sometimes and I can be very tired because of a very busy life that I have. But whenever I report to work I am very happy and always ready to do what has to be than for the day.

**11. What major problem(s) do you feel exists for the company and your department during the coming year?**

I do not foresee any problem(s) that exist for the company the department.

**12. If you could do something to help solve the problem, what would you do? What steps would you take?**

I do not see any problem

**13. Are you willing to relocate for promotion opportunities and for increased duties and responsibilities?**

Yes, But not this time. Maybe 4 years from now.

**14. Are you satisfied with the direction you see your career taking with the company?**

Yes

**15. Describe how you perceive your Customer service to external and /or internal Customers.**

I have an excellent customer service record. I could not see my self doing anything other that providin customer service. I get along with my co-employee and that is also a part of customer service.

**16. Comments.**

Everyday is a very challenging day. Working in retail is one of the hardest job that a person could do. The challenges in this job is it make us all stay. When a happy husband leave the store because I was sure that he had a right gift to his wife I think that my day of hard work has paid off.

Thank you!!!

_Myrna Johnson_          05/26/99
Employee's Signature          Date
(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)

_____          6/16/99          _____
Appraiser's Signature          Date          Appraiser-Supervisor's Signature          Date

MJ Exhibit 11   Page 6 of 6

201192