# Fred Meyer — Performance Appraisal Form

*salaried employees*

Employee Name: MYRNA JOHNSON   SS# 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   Loc/Dept: 00058/ALE

Position: ALE RELIEF ASSISTANT   No. Months/Years in Present Position: 3yr/8mo

Date of This Appraisal: MAY 10, 2000   Supervisor's Name: M. LANEY

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.

This is a (check one) ☒ Scheduled Review   ☐ Other

**Briefly describe the primary duties and responsibilities of this position.**

ASSIST THE MANAGER OF THE DEPT. TO MAXIMIZE FINANCIAL OPPORTUNITIES AND TO ASSUME THE MANAGERS RESPONSIBILITIES IN THEIR ABSENCE.

**How did the employee perform in achieving the budget and/or operating goals that were expected?**

MYRNA SUPPORTED THE TEAM EFFORTS ON THE DAY TO DAY WORKING END OF THE GOALS AND EXPECTATIONS, HER CONSISTANT PERFORMANCE WAS KEY IN ACHIEVING THESE GOALS.

**Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?**

MYRNA EXPANDED AND INCREASED HER UNDERSTANDING OF HIRING AND TRAINING SKILLS FOR NEW EMPLOYEES.

**Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.**

MYRNA HAS AN EXCEPTIONAL TALENT IN DEVELOPING A TEAM EFFORT AND WORK LEVEL AMOUNGST THE EMPLOYEES SHE DIRECTS.

**What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.**

MYRNA ATTENDED ADDITION TRAINING CLASSES AS AVAILABLE.

MJ Exhibit 12   Page 1 of 4

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

1. **Customer Service (external & internal)**
   a) Follows the PACE expectations: a) Greets the Customer: smiles, acknowledges, and makes eye contact (SAM); b) Offers assistance; c) Offers to escort the Customers to the product; d) Stays with or helps the Customer until (s)he is satisfied; e) Thanks the Customer
   b) Exhibits Q-behaviors: a) initiates hospitality; b) follows through completely; c) responds with noticeable urgency; d) turns a negative into a positive; e) goes out of his or her way for a Customer; f) is courteous

   ☐ Outstanding ☑ Very Good ☐ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

   *TRAIN OTHERS IN THIS EXCELLENCE.*

2. **Commitment to Employees**
   a) Treats all employees the way we want our Customers treated
   b) Accepts feedback positively
   c) Offers feedback positively; keeps criticism constructive
   d) Helps others willingly when a cooperative effort is required
   e) Recognizes and gives Q-cards to others for quality service
   f) Avoids and discourages gossiping and negative comments

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

   *AVOID NEGATIVE REACTIONS OR COMMENTS*

3. **Commitment to Excellence**
   a) Behaves in alignment with corporate policies
   b) Addresses problems by seeking positive solutions
   c) Is open to change and views change as positive
   d) Actively seeks out information needed to do the job
   e) Takes responsibility for quality of his or her work
   f) Exhibits a high degree of personal integrity, honesty and fairness at all times.

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

4. **Planning**
   a) Looks ahead; b) Sets standards of performance for self and direct reports
   c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

   *BECOME MORE INVOLVED IN DEPT. PLANNING*

5. **Organizing**
   a) Develops work systematically and effectively to take best advantages of skills available
   b) Establishes clear lines of responsibility and authority for self and direct reports
   c) Delegates authority to act and make decisions appropriately

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

6. **Controlling**
   a) Has up-to-date knowledge of all activities under his or her supervision
   b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☐ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

7. **Communication**
   a) Sets example by expressing self concisely and effectively up and down the organization
   b) Is open-minded and listens willingly
   c) Is prompt in replying to requests/inquiries

   ☐ Outstanding ☐ Very Good ☑ Meets Expectations ☑ Needs Improvement ☐ New & Learning ☐ Unsatisfactory

   *IMPROVE YOUR RELATIONS W/ CO-WORKERS BY BEING A BETTER COMMUNICATOR*

247770662

**8. Leadership**
a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**9. Accomplishments**
a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle more than one major assignment at a time
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**10. Creativity and Imagination**
a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

CONTINUE TO BUILD THIS SKILL

☐ Outstanding  ☒ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**11. Technical Competence**
a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**12. Analytical Ability**
a) Analyzes the available facts
b) Makes sound decisions based on the available information and anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**13. Teamwork**
a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

BETTER INPUT AND PARTICIPATION IN EMPLOYEE MEETINGS.

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☒ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**14. Employee/Management Development**
a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

**15. Hiring and Promotion Practices**
a) Demonstrates commitment toward increasing diverse applicant pool to reflect community served and for management development purposes
b) Hires and promotes diverse employees in conformance with equal opportunity policy and accepts responsibility for upward mobility in area of responsibility for women and minorities

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

Salaried Employee Performance Appraisal Form

MJ Exhibit 12    Page 3 of 4

Page 3

200048

## 16. Overall Performance

☐ Above Expectations  
Performance has exceeded expectations. Results are clearly above standard.

☑ Meets Expectations  
Performance is at standard. Results are as expected.

☐ Below Expectations  
Performance requires improvement. Results are below standard.

What are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions?
Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 5/96).

*See Form*

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives.
Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 5/96).

*See Form*

_____  _____    _____  _____
Appraiser's Signature    Date       Appraiser's Supervisor's Signature    Date
M. Clancy  5/10/2000                                              06-14-00

**Employee being appraised completes the items below this line**

- What are your career goals and aspirations?

*I want to stay focused in this job - be promoted someday and gain more respect from co-employees & achieve more goals & responsibilities.*

- Comments, if any, on this appraisal.

*Thank you for all your patience.*

_____  _____
Employee's Signature    Date
Myrna John    05/10/00

(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)

Page 4                                           Salaried Employee Performance Appraisal Form

MJ Exhibit 12    Page 4 of 4

200049