# Fred Meyer — Performance Appraisal Form
*salaried and hourly mgmt. employees*

Employee Name **Myrna Johnson**   SS# **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**   Loc/Dept **158/ACE**
Position **ACE Asst-mgr.**   No. Months/Years in Present Position **4 months**
Date of This Appraisal **6/12/01**   Supervisor's Name **Jaime San Miguel**

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.

This is a (check one)  ☑ Scheduled Review   ☐ Other

---

**Briefly describe the primary duties and responsibilities of this position.**

As outlined in Corporate Job Guidlines.

Primary purpose is to assist the mgr in managing the ACE Dpt. to maximize all financial opportunities.

**How did the employee perform in achieving the budget and/or operating goals that were expected?**

Myrna took on more responsibility since being promoted to Asst mgr. On those task assigned, Myrna has showed acceptable performance.

**Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?**

Myrna has become the new ACE Asst Mgr. Myrna will have new objectives set forth on this Appraisal.

**Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.**

Myrna is Assisting the new mgr. with the training of new Employees. Myrna is a good "mentor" to new Section Head.

**What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.**

Myrna continues to develop her management style, with the Influence of her mgr. Myrna needs to spend more one on one with sector heads; to Implement Fred Meyer standards.

M2822  1/01

MJ Exhibit 13 Page 1 of 7
Exhibit __8__ Date 1/23/06
Witness Myrna Johnson
Lynda Batchelor Barker, RDR
4 pages
Page 1
200056

SS# _____

Listed below are basic employee competencies. Consider the employee's performance in each of these areas, and note strengths and opportunities for improvement. Cite as many examples as possible.

**1. Customer Service (external & internal)**
  a) Follows the PACE expectations:
     - Greets the customer: smiles, acknowledges, and makes eye contact (SAM)
     - Offers assistance
     - Offers to escort the Customers to the product
     - Stays with or helps the Customer until (s)he is satisfied
     - Thanks the Customer
  b) Exhibits Q-behaviors:
     - Initiates hospitality
     - Follows through completely
     - Responds with noticeable urgency
     - Turns a negative into a positive
     - Goes out of his or her way for a Customer
     - Is courteous
  c) Has developed the Q- and PACE behaviors of direct reports

  ☐ Outstanding  ☒ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

  *Myrna always leads by example.*

**2. Commitment to Employees**
  a) Treats all employees the way we want our Customers treated
  b) Accepts feedback positively
  c) Offers feedback positively; keeps criticism constructive
  d) Helps others willingly when a cooperative effort is required
  e) Recognizes and gives Q-cards to others for quality service
  f) Avoids and discourages gossiping and negative comments

  ☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

  *Keep feedback positive. Give more Q-cards.*

**3. Commitment to Excellence**
  a) Behaves in alignment with corporate policies
  b) Addresses problems by seeking positive solutions
  c) Is open to change and views change as positive
  d) Actively seeks out information needed to do the job
  e) Takes responsibility for quality of his or her work
  f) Exhibits a high degree of personal integrity, honesty and fairness at all times

  ☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

  *Myrna is learning her new job. Mgr is confident of her skills. Seek info if needed.*

**4. Planning**
  a) Looks ahead
  b) Sets standards of performance for self and direct reports
  c) Makes and follows plans throughout long-range programs and day-to-day activities/operations

  ☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

  *Be a "mentor" in standards.*

**5. Organizing**
  a) Develops work systematically and effectively to take best advantages of skills available
  b) Establishes clear lines of responsibility and authority for self and direct reports
  c) Delegates authority to act and make decisions appropriately

  ☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

  *Complete one task at a time.*

**6. Controlling**
  a) Has up-to-date knowledge of all activities under his or her supervision
  b) Initiates and maintains the systems and procedures required to control departmental activities so as to achieve desired results

  ☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 7. Communication
a) Sets example by expressing self concisely and effectively up and down the organization
b) Is open-minded and listens willingly → Be more open minded / think out of the Box.
c) Is prompt in replying to requests/inquiries → Be on top of OVS, callbacks, etc.

☐ Outstanding  ☐ Very Good  ☐ Meets Expectations  ☒ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 8. Leadership
Myra is a effective leader, has the crew cooperation.
a) Demonstrates leadership and ability to understand individual differences in getting work done through people
b) Obtains cooperation and total effort from co-workers

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 9. Accomplishments
a) Completes useful work in comparison to others in similar positions
b) Demonstrates the ability to handle and prioritize multiple assignments → Manage is not chaotic.
c) Produces work, including that of direct reports, that reflects conviction for quality and accuracy → good quality of work.

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 10. Creativity and Imagination
a) Demonstrates creativity and resourcefulness
b) Grasps new situations and demonstrates flexibility to adapt to them
c) Sees the consequence of new methods

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 11. Technical Competence
a) Demonstrates the technical skills and knowledge necessary to meet responsibilities
b) Takes steps to maintain and improve professional and technical competence

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 12. Analytical Ability
a) Analyzes the available facts
b) Makes sound decisions based on available information; anticipates the effect of those decisions on others and the organization
c) Shows practical judgement in his or her decisions

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 13. Teamwork
Great team player! Asset to my team.
a) Participates actively at team meetings
b) Demonstrates support for the team vision
c) Demonstrates inter-department teamwork
d) Exhibits behavior that supports the shared values and qualities of the team

☐ Outstanding  ☒ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 14. Employee/Management Development
Help mgr. with training of Direct reports
a) Demonstrates interest in the progress of direct reports
b) Effectively selects, trains, and develops employees at management and non-management levels
c) Demonstrates the ability to retain employees at all levels

☐ Outstanding  ☒ Very Good  ☐ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

### 15. Hiring and Promotion Practices
a) Demonstrates commitment toward increasing diverse applicant pool to reflect community served and for management development purposes
b) Hires and promotes diverse employees in conformance with equal opportunity policy and accepts responsibility for upward mobility in area of responsibility for women and minorities

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

SS# ____ - __ - ____

## 16. Overall Performance

☐ Outstanding  ☐ Very Good  ☒ Meets Expectations  ☐ Needs Improvement  ☐ New & Learning  ☐ Unsatisfactory

...it are the key objectives that the employee and the appraiser agree should be accomplished in the next year and will serve as the basis for future performance appraisal discussions? *Note: If a more detailed form is required, a key objectives addendum form is available (M-2822 C 1/01).*

- Complete all assigned classes.
- Review standards with all section heads.
- Learn all paperwork.

What training, if any, do you recommend for the employee to aid in current performance? Be specific. What training, if any, do you recommend to prepare the employee for promotion? Be specific in defining the position and training objectives. *Note: If a more detailed form is required, a training plan addendum form is available (M-2322 D 1/01.)*

- All Mgr Training Book.
- Visual Display Standard Book.

_____  6/2/01        Fred Sayre by _____  6/22/01
Appraiser's Signature           Date          Appraiser's Supervisor's Signature   Date

**Employee being appraised completes the items below this line**

- What are your career goals and aspirations?

I want to learn more & trained more for future promotions.

- Comments, if any, on this appraisal.

I am very happy with how my career is heading

_____  06/22/01
Employee's Signature    Date

*(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)*

ge 4         Salaried and Hourly Management Employee Performance Appraisal Form

*MJ Exhibit 13*     *Page 4 of 7*

200059

Received: 6/22/2001 12:47PM; ->Fred Meyer PG Regional Office ; #701; Page 1

FILE No.953 06/22 '01 10:00    ID:JN/CID    0    FAX:907 789 6518    PAGE 1

## Fred Meyer – Performance Self-Appraisal Form                   salaried employees

| | | | | |
|---|---|---|---|---|
| Employee Name | Myrna I. Johnson | SSN 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 | Loc/Dept | Juneau/ALE |
| Position | Assistant Manager | No. Months/Years in Present Position | | 4years/6 months |
| Date of the Appraisal | 05/20/01 | Supervisor's Name | | Jaime San Miguel |

**Directions (to be completed by the employee):** Review the following categories, fill in the appropriate information, and submit to your immediate supervisor. (Attach additional sheet of paper, if necessary.)

1. Indicate the objective of your job and where you have met or exceeded them during this past year.

These are the objectives of my job that I exceeded during this past year:
To take charge and achieve goals at the absence of my supervisor.
To ensure that assigned tasks and goals are done in a timely manner.
To train and motivate the employees to recognize and finish daily priorities.
To motivate my employees to give excellent customer service at all times.

2. Indicate any additional accomplishments not included in your objectives.

Under my supervision all employees work hard to reach our goals because we all feel we are a team.

3. Which objectives were not completed or performed this year?

All my objectives where completed

4. What do you consider to be the five most important functions of your job?

1. Excellent customer service at all times.
2. Perform manager's duties and responsibilities in his absence
3. Supervise employees to finish daily priorities
4. Ensure that the store meets/exceeds the company standard at all times
5. Motivate, supervise and train employees for future promotions

5. What did you accomplish this year in your own self-development? (If you are a supervisor, include your accomplishments in developing others).

I gained more self-confidence in performing my job. I feel that my employees respect my decisions more and willing to share responsibilities to accomplish our objectives. I am in the process of training employees for promotions.

6. What do you feel are your greatest strengths in your current position?

My dedication to do the job no matter what it takes. My ability perform multiple tasks at limited period of time. My ability to make quick decisions if needed. The friendship that I gained from the employees that they are willing to help at all times.

7. In what areas do you need assistance?

I need more training to prepare myself for future promotion.

8. How can your supervisor help you perform your job more effectively?

Give me the chance to make schedules, help me understand more how to read P&L and other paper works

9. Indicate those plans, if any, you have to improve your overall performance.

Will make more effort to read notes and will discuss with the manager anything that is not clear to me.

Received: 6/22/2001 12:47PM; ->Fred Meyer PG Regional Office ; #701; Page 2

FILE No.953 06/22 '01 10:00   ID:JN/CID   0   FAX:907 789 6518   PAGE 2

297770662

## Fred Meyer — Performance Appraisal Form      salaried and hourly mgmt. employees

10. List any overall comments you have regarding your current position, career path, and future accomplishments.

I am very happy with current position that I got. I am committing to my manager that everyday that I work my 110% dedication is there to accomplish our goals. I want him to succeed because I can see that whatever success we will have he will share them with the team.

11. What major problem(s) do you feel exists for the company and your department during the coming year?

Finding competent employees at the right time.

12. If you could do something to help solve the problem, what would you do? What steps would you take?

Try to give good employees enough hours to make them stay and work for us

13. Are you willing to relocate for promotion opportunities and for increased duties and responsibilities?

No

14. Are you satisfied with the direction you see your career taking with the company?

Yes

15. Describe how you perceive your Customer service to external and /or internal Customers.

I have an excellent customer service record. I always make sure that employees feel very comfortable and welcome to our team.

16. Comments.

Everyday that I work I always make sure to spend at least 15 minutes to plan what will I do for the day. I make sure that I talk to my employees and ask how they feel. I believe that making them feel that we care they will also care. I am planning to stay at the company for a while until I am ready for more promotion. Thank you!!!

_____   05/20/01
Employee's Signature         Date

(Note: Signature does not indicate agreement, merely that the content has been reviewed with you.)

_____   6/12/01   Fred Sayre by ___   6/22/01
Appraiser's Signature   Date   Appraiser' Supervisor's Signature   Date

MJ Exhibit 13   Page 6 of 7

```
FILE No.954  06/22 '01 10:07   ID:JN/CID  0           FAX:907 789 6518          PAGE  1
```

## Fred Meyer — Performance Appraisal Form    salaried and hourly mgmt. employees

Employee Name **Myrna Johnson**    SS# **247 - 77 - 0662**   Loc/Dept **158/ACE**

Position **ACE Asst. mgr.**    No. Months/Years in Present Position **4 months**

Date of This Appraisal **6/12/01**    Supervisor's Name **Jaime San Miguel**

Directions (to be completed by the supervisor): Review previous notes and complete appropriate sections.

This is a (check one)  ☒ Scheduled Review   ☐ Other

**Briefly describe the primary duties and responsibilities of this position.**

As outlined in corporate job guidelines.

Primary purpose is to assist the mgr. in managing the ACE Dpt. to maximize all financial opportunities.

**How did the employee perform in achieving the budget and/or operating goals that were expected?**

Myrna took on more responsibility since being promoted to Asst mgr. On those tasks assigned, Myrna has showed acceptable performance.

**Overall, how well did the employee perform on the objectives that were outlined and agreed upon as a result of the previous performance appraisal?**

Myrna has become the new ACE Asst MGR. Myrna will have new objectives set forth on this Appraisal.

**Overall, how well did the employee fulfill responsibilities for the development of people (defined by either the position description or objectives set)? Give examples.**

Myrna is assisting the new mgr. with the training of new Employees. Myrna is a good "mentor" to new Section Head.

**What progress has been made toward the employee's continuing self-development? What plans were carried out and which ones were not? Explain.**

Myrna continues to develop her management style, with the influence of her mgr. Myrna needs to spend more one on one with section heads, to implement Fred Meyer standards.

M2822  1/01                                                                              Page 1

MJ Exhibit 13   200395   Page 7 of 7