# FredMeyer
## Store Management Career Paths

- **Store Sales Director**
  - **Assistant Store Sales Director**
    - Apparel Manager
      - Assistant Manager
        - Relief Assistant Manager
          - Fourth-in-Charge
    - Food Manager
      - Assistant Manager
        - Relief Assistant Manager
          - Fourth-in-Charge
    - Home Manager
      - Assistant Manager
        - Relief Assistant Manager
          - Fourth-in-Charge
    - Photo/Electronics Manager
      - Assistant Manager
        - Relief Assistant Manager
  - Customer Service Manager
    - Assistant Manager
      - Relief Assistant Manager

**Non-Management Positions**

| Apparel | Food | Home | Photo/Electronics |

Store Operations

MJ Exhibit 14    Page 1 of 1

200315