# FREDDY FAX

**Date** _____

This FAX transmission contains _____ pages (not including this cover sheet)

To: Name _My seq. Action_

Department _Employee Relation_

Company _____

FAX ( ___ ) _____

From: Name _Trina Sue Miyasoto_  _1SY/ME_

Telephone ( ___ ) _____

Notes: _____

The information contained in this facsimile message may be privileged and confidential information intended only for the use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any copying of this communication or dissemination or distribution of it to anyone other than the intended recipient is strictly prohibited.

If there is a problem with this transmission, or if you have received this communication in error, please immediately notify the sender at the phone number listed above.

**Disclaimer of Liability:** Neither Fred Meyer Stores, Inc. nor any of its affiliates, agents or employees ("Fred Meyer") shall be liable to you for any damages, including any general, special, incidental or consequential damages, arising out of your use or inability to use Freddy Fax, including, but not limited to, loss of data or data being rendered inaccurate or losses sustained by you or third parties or a failure of this service.

M3587 9/99

201262

Print Last Name: Johnson
First Name: Myrna
SS #: 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
Booklet Number: 330...

## Instructions for PSI Administrator

### Read Carefully

**Before Administering the PSI**

1. Ensure that applicant's name is recorded in boxes provided above.
2. Arrange for satisfactory conditions. Ensure that seating, lighting, ventilation, temperature and other physical conditions are satisfactory. The assessment area should be relatively free from noise and other distractions.
3. Familiarize yourself with the PSI Administrator's Guide. Examine the PSI before administering in order to answer any questions.
4. Ensure that the applicant has the proper writing instruments.
5. The PSI is to be completed on company premises only.

**During Administration**

1. Do not permit the applicant to discuss Inventory questions and answers with any other people.
2. Answer the applicant's questions concerning Inventory instructions and procedures. **Do not discuss** the questions themselves or the applicant's answers to these questions.

**After Administering the PSI**

1. Look over the PSI to see if the applicant failed to answer any questions. Circle any questions not answered and return to applicant for completion.
2. For proper scoring method, refer to the PSI Administrator's Guide.

Your Company Stamp

**Attention Inventory Administrator**

Use space provided to record PSI-3 analysis scores.

HO _____
NV _____
DA _____
VA _____
AC _____

Please Print

Your Name (Inventory Administrator)   Position   Area Code   Telephone Number

Comments:

201263
53-033000

MJ Exhibit 15    Page 2 of 10

## Survey Items

Most people have tried drugs sometime in their lives. An employer is basically interested in knowing if a job applicant falls into one of two categories.

**Category A** is an applicant who is addicted to drugs and is currently a heavy user. He or she is not dependable and may need some money to buy drugs.

**Category B** is the average applicant who will try some popular drugs out of curiosity or will use them socially. The majority of applicants fall into this category.

Currently, what kind of person are you? What are your current feelings about drugs?

*I never drink or try drugs in my life. Our parents raised us in the belief not not try anything that is not good to us no matter how exciting it was.*

In today's world we often work with people who behave and think in different ways. We are interested in your opinion and acceptance of these differences. How acceptable would a person be, if he or she currently:

| | (1) Very Acceptable | (2) Acceptable | (3) Not Sure | (4) Unacceptable | (5) Very Unacceptable |
|---|---|---|---|---|---|
| 103. Drinks alcohol | ☐ | ☐ | ☐ | ☑ | ☐ |
| 104. Uses uppers (amphetamines) | ☐ | ☐ | ☐ | ☐ | ☑ |
| 105. Uses cocaine | ☐ | ☐ | ☐ | ☐ | ☑ |
| 106. Uses marijuana | ☐ | ☐ | ☐ | ☐ | ☑ |
| 107. Shares marijuana with others | ☐ | ☐ | ☐ | ☐ | ☑ |

| | (1) Heavy But Controlled Use | (2) Regular Social Use | (3) Light Use Only | (4) Do Not Use |
|---|---|---|---|---|
| 108. Please check the one category that best describes your current use of drugs (marijuana, heroin, cocaine, etc.). | ☐ | ☐ | ☐ | ☑ |

R | 103 | 104 | 105 | 106 | 107 | 108 |

## Comments

Please use this section to record any comments you may have about this survey or about any of your answers. We would appreciate any thoughts you may have on this matter.

*The questions are very interesting, made the applicant really show her beliefs on looks in life. Thank you for giving me the chance to fill this up. I appreciate your time whether you hire me or not.*

**Time**

MJ Exhibit 15A   Page 3 of 10

Please indicate the exact time  2:00   ☐ AM   ☑ PM

8                                                                 201264

# Survey Items

Answer all questions.

| For each question check the one answer which best reflects your own opinion. | (1) Never | (2) Seldom | (3) Occasionally | (4) Often | (5) Very Often |
|---|---|---|---|---|---|
| 91. Have criminals ever impressed you so much that you hoped they would get away with it? | ☑ | ☐ | ☐ | ☐ | ☐ |
| 92. Have you ever put things off when you shouldn't have? | ☑ | ☐ | ☐ | ☐ | ☐ |
| 93. How often would you trick someone out of his or her money if you knew you could definitely get away with it? | ☑ | ☐ | ☐ | ☐ | ☐ |
| 94. Without actually doing anything really wrong yourself, have you ever shown anyone how to cheat a company out of money or merchandise? | ☑ | ☐ | ☐ | ☐ | ☐ |
| 95. Do you do things you consider to be bad? | ☑ | ☐ | ☐ | ☐ | ☐ |
| 96. How often have you recently been involved in really serious crimes? | ☑ | ☐ | ☐ | ☐ | ☐ |
|  | (1) | (2) | (3) | (4) | (5) |

091 092 093 094 095 096

**P** [ ][ ][ ][ ][ ][ ]

Nearly everyone at some time in their lives has taken money, merchandise or other property which did not belong to them. Be certain that your answers are truthful and accurate.

97. Within the last 3 years, check the nearest **total** dollar value of all **merchandise and property** you have taken without proper authorization **from jobs**. Include all employers in the last 3 years.

| ☐ $5,000 or more (1) | ☐ $2,500 (1) | ☐ $1,000 (1) | ☐ $750 (1) | ☐ $500 (2) | ☐ $250 (3) | ☐ $150 (4) | ☐ $100 (5) | ☐ $50 (6) | ☐ $25 (7) | ☑ $0 (8) | ☐ Can't Remember (9) |

98. Within the last 3 years, check the nearest **total** dollar value of all **money** you have taken without proper authorization **from jobs**. Include all money from all employers in the last 3 years.

| ☐ $5,000 or more (1) | ☐ $2,500 (1) | ☐ $1,000 (1) | ☐ $750 (1) | ☐ $500 (2) | ☐ $250 (3) | ☐ $150 (4) | ☐ $100 (5) | ☐ $50 (6) | ☐ $25 (7) | ☑ $0 (8) | ☐ Can't Remember (9) |

99. Within the last 3 years, check the nearest **total** dollar value of all **merchandise and property** you have taken without proper authorization **from places other than jobs**. Include all places such as stores, neighbors, autos, etc., other than your employer in the last 3 years.

| ☐ $5,000 or more (1) | ☐ $2,500 (1) | ☐ $1,000 (1) | ☐ $750 (1) | ☐ $500 (2) | ☐ $250 (3) | ☐ $150 (4) | ☐ $100 (5) | ☐ $50 (6) | ☐ $25 (7) | ☑ $0 (8) | ☐ Can't Remember (9) |

100. Within the last 3 years, check the nearest **total** dollar value of all **money** you have taken without proper authorization **from places other than jobs**. Include all places such as stores, neighbors, friends, etc., other than your employer in the last 3 years.

| ☐ $5,000 or more (1) | ☐ $2,500 (1) | ☐ $1,000 (1) | ☐ $750 (1) | ☐ $500 (2) | ☐ $250 (3) | ☐ $150 (4) | ☐ $100 (5) | ☐ $50 (6) | ☐ $25 (7) | ☑ $0 (8) | ☐ Can't Remember (9) |

101. Within the last 3 years, check the nearest number of times you have bought merchandise you believe to be "hot" or stolen.

| ☐ Over 75 (1) | ☐ 50-75 (1) | ☐ 30-49 (1) | ☐ 20-29 (1) | ☐ 15-19 (2) | ☐ 11-14 (3) | ☐ 9-10 (4) | ☐ 6-8 (5) | ☐ 3-5 (6) | ☐ 1-2 (7) | ☑ 0 (8) | ☐ Can't Remember (9) |

102. Within the last 3 years, check the nearest **total** dollar value of all "**hot**" **merchandise and property** you have bought. Include all merchandise you thought to be "hot."

| ☐ $5,000 or more (1) | ☐ $2,500 (1) | ☐ $1,000 (1) | ☐ $750 (1) | ☐ $500 (2) | ☐ $250 (3) | ☐ $150 (4) | ☐ $100 (5) | ☐ $50 (6) | ☐ $25 (7) | ☑ $0 (8) | ☐ Can't Remember (9) |

097 098 099 100 101 102

**Q** [ ][ ][ ][ ][ ][ ]

MJ Exhibit 15    Page 4 of 10

201265

7

# Survey Items

Answer all questions.

For each question check the one answer which best reflects your own opinion.

| | (1) Never | (2) Seldom | (3) Occasionally | (4) Often | (5) Very Often |
|---|---|---|---|---|---|
| 73. Today, merchandise is displayed to attract and tempt the shopper. How often, in recent years, have you been tempted to take some item without paying for it? | ✓ | | | | |
| 74. Have you ever thought that you had good reason to cheat a company out of some merchandise? | ✓ | | | | |
| 75. Do you ever just think of doing things which, strictly speaking, are dishonest? | ✓ | | | | |
| 76. As an average good employee, how often do you think you will take something of value from your future jobs without permission? | ✓ | | | | |
| 77. How often, in recent years, have you simply thought about taking money without actually doing it? | ✓ | | | | |
| 78. In recent years, have you been able to figure out ways that a person, like yourself, could take money without getting caught? | ✓ | | | | |

073 074 075 076 077 078

M

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 79. Have you entered a stranger's house or garage, without permission, within the last three years? | ✓ | | | | |
| 80. Do you sometimes enjoy listening to gossip? | ✓ | | | | |
| 81. How often have you thought about using some force against someone in order to get some money? | ✓ | | | | |
| 82. Have you ever thought about trying to enter a business establishment, without permission, in order to take something? | ✓ | | | | |
| 83. Have you ever bought or accepted merchandise which had been taken, without permission or authorization, from a store or some other company? | ✓ | | | | |
| 84. Have you often taken, without permission, company merchandise or property from your jobs? | ✓ | | | | |

079 080 081 082 083 084

N

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 85. How often have you personally known people who have taken money from their company without getting caught? | ✓ | | | | |
| 86. Have you ever needed something so badly that you seriously thought about taking company money to get it? | ✓ | | | | |
| 87. In your recent jobs, were you able to figure out ways a dishonest person could take merchandise without paying for it? | ✓ | | | | |
| 88. How often, in the last several years, have you tried to get around the law on the basis of a legal technicality? | ✓ | | | | |
| 89. Frankly speaking, how often have you deliberately overcharged someone for your own personal gain? | ✓ | | | | |
| 90. How often have you granted unauthorized discounts to friends and relatives, within the last three years? | ✓ | | | | |

085 086 087 088 089 090

O

| (1) | (2) | (3) | (4) | (5) |

*MJ Exhibit 15*     *Page 5 of 10*

201266

# Survey Items

Read choices carefully.

| | |
|---|---|
| Ignore | —do nothing for the moment |
| Warn | —the person should be given a severe warning |
| Suspend | —the person should be temporarily suspended |
| Fire | —the person should be fired from the job |
| Arrest | —the person should be arrested |

In the following 6 questions you are presented with a variety of situations and asked what you think should be done. For each question give the one answer that you think is the best choice available.

| | (1) Ignore | (2) Warn | (3) Suspend | (4) Fire | (5) Arrest |
|---|---|---|---|---|---|
| 49. A company finds out that a good employee had lied about his past job experience. What should be done? | ☐ | ☐ | ☐ | ☑ | ☐ |
| 50. A young person was caught stealing $50.00 in cash from an employer. If you were his employer, what would you do? | ☐ | ☐ | ☐ | ☐ | ☑ |
| 51. What should be done to an employee who helps other employees get paid for work which was never done? | ☐ | ☐ | ☐ | ☑ | ☐ |
| 52. What should be done if an employee occasionally smokes marijuana on the job? | ☐ | ☐ | ☐ | ☑ | ☐ |
| 53. What should be done if an otherwise good employee loses his or her temper and threatens to hit an obnoxious customer? | ☐ | ☐ | ☐ | ☑ | ☐ |
| 54. What should be done if a valued and trusted employee is found to have been selling marijuana to his friends at work? | ☐ | ☐ | ☐ | ☑ | ☐ |

049  050  051  052  053  054

For each of the following questions give the percentage (%) which you think is the best answer.

| | (1) Nearly 100% | (2) 80% | (3) 60% | (4) 40% | (5) 20% | (6) Nearly 0% |
|---|---|---|---|---|---|---|
| 55. How many of the people that you know are really honest? | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 56. How many people regularly get into fist-fights and brawls? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 57. How many people try drugs like heroin sometime in their lives? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 58. How many executives steal from their company? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 59. How many people do you like? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 60. How many people would refuse to buy "hot" merchandise? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

055  056  057  058  059  060

| | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|
| 61. How many low paid workers will steal from their employers? | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 62. How many people have **never** used marijuana? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 63. How many people cheat on their income tax returns? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 64. How often do you get angry when someone treats you badly? | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 65. How many people drink some alcohol almost every day? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 66. How many people are too honest to steal? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

061  062  063  064  065  066

| | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|
| 67. How many judges can be bribed? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 68. How many people who try heroin actually become addicted? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 69. How often are you wrong about things? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 70. How often are you able to accomplish your goals in life? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 71. How many people use marijuana socially? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 72. How many people dislike watching public fist-fighting or brawling? | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

067  068  069  070  071  072

201267

MJ Exhibit 15   Page 6 of 10

5

# Survey Items

Answer all questions.

For each question check the one answer which best reflects your own opinion.

| | (1) Definitely Yes | (2) Probably Yes | (3) Uncertain (?) | (4) Probably No | (5) Definitely No |
|---|---|---|---|---|---|
| 25. Do you always tell the truth regardless of the circumstances? | ✓ | | | | |
| 26. Do you believe that an employee who has taken company merchandise just a few times without permission can be trusted in a responsible position having access to money? | | | | | ✓ |
| 27. Do you think that once a thief always a thief? | ✓ | | | | |
| 28. Have you occasionally had ideas and thoughts that you would not like other people to know about? | ✓ | | | | |
| 29. Does everyone steal a little? | | | | | ✓ |
| 30. Have you ever taken any money (even if only $1.00) from a present or past employer? | | | | | ✓ |

E | 025 | 026 | 027 | 028 | 029 | 030 |

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 31. Do you try at all costs to keep out of trouble? | | | | | ✓ |
| 32. Do you believe that a person caught stealing should tell on his friends who helped? | ✓ | | | | |
| 33. Have you ever been at least a little tempted to steal something? | | | | | ✓ |
| 34. Would you return $100 to its owner if you knew that you would not get a reward? | ✓ | | | | |
| 35. Do you always tell the truth? | ✓ | | | | |
| 36. Should a person caught taking small merchandise from his company still be given a promotion which was earned and deserved? | | | | | ✓ |

F | 031 | 032 | 033 | 034 | 035 | 036 |

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 37. Do you agree that honest people are honest because they were raised that way? | ✓ | | | | |
| 38. A person regularly borrows money from his company without permission but always repays it at a later date. Do you think that this person is honest? | | | | | ✓ |
| 39. Would you say that you are too honest to steal? | ✓ | | | | |
| 40. Do you agree that low wages will force honest employees to take money from their employers without authorization? | | | | | ✓ |
| 41. Do you believe that good guys come out second best? | | | | | ✓ |
| 42. Have you ever felt like swearing? | | ✓ | | | |

G | 037 | 038 | 039 | 040 | 041 | 042 |

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 43. Will everyone steal if the conditions are right? | | | | | ✓ |
| 44. Is it true that to be human is to be dishonest? | | | | | ✓ |
| 45. Do you think that it is humanly possible for the average person to be completely honest on the job? | ✓ | | | | |
| 46. If you were caught stealing, would you tell on the people who helped you? | | ✓ | | | |
| 47. Do you often buy magazines or books which tell stories of successful crimes and swindles? | | | | | ✓ |
| 48. If you found a wallet with money, do you honestly think you would return the wallet and money to the owner? | ✓ | | | | |

H | 043 | 044 | 045 | 046 | 047 | 048 |

201268

*MJ Exhibit 15    Page 7 of 10*

# Survey Items

Answer all questions. (Check the appropriate box.)

How do you think you compare to other people?

| | (1) Far More Than Average | (2) More Than Average | (3) Slightly More Than Average | (4) Average | (5) Slightly Less Than Average | (6) Less Than Average | (7) Far Less Than Average |
|---|---|---|---|---|---|---|---|
| 1. How restless are you? | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ |
| 2. How often are you unhappy? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 3. How honest are you? | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. How prompt are you? | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5. How often have you thought of hitting someone who really deserved it? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 6. How often do you take chances in life? | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |

**A** | 001 | 002 | 003 | 004 | 005 | 006 |

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| 7. How timid are you? | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ |
| 8. How jealous of others are you? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 9. How often do you daydream? | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ |
| 10. How strong is your conscience? | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11. How often has it been necessary for you to threaten someone with force? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 12. How often would you ignore company policies and procedures? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |

**B** | 007 | 008 | 009 | 010 | 011 | 012 |

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| 13. How trustworthy are you? | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 14. How often are you forced to defend yourself physically? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 15. How much do you like to fight? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 16. How often do you blush? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 17. How often do you lose your temper? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 18. How often do you show your fear? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**C** | 013 | 014 | 015 | 016 | 017 | 018 |

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| 19. How often have you been provoked into a fist fight? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 20. How often are you dissatisfied with yourself? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| 21. How optimistic are you? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 22. How often are you embarrassed? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 23. How often do you feel guilty? | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 24. How often do you let people take advantage of you? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |

**D** | 019 | 020 | 021 | 022 | 023 | 024 |

(1) (2) (3) (4) (5) (6) (7)

# Agreement

I understand the instructions and authorize London House to review and evaluate my answers and make these evaluations known to my prospective employer. I authorize London House to check my answers for accuracy and completeness.

Signature: *Myrna Johnson*
Date: 11-30-92

Name (print): Myrna Inductivo Johnson
Time: 2:00 P.M.

Address: 3082 Mountain Wd. Cr.
City/State: Juneau Alaska 99801
Phone: 907-789-9563

# Company Information

Name of this company (where you are now applying): **Fred Meyer**

Location: **Juneau**, **Alaska**
          City                State

1. Are you applying for a specific position? ☒ Yes ☐ No   If yes, give title or duties: **Sales**

2. Are you aware of the job salary? ☒ Yes ☐ No   If no, give expected salary: _____

3. Is the job ☒ part-time, or ☐ full-time? (Check one.)

4. Are you currently employed by this company? ☐ Yes ☒ No   If yes, how long? _____

5. Were you employed by this company in the past? ☐ Yes ☒ No   If yes, explain: _____

6. Give names and positions of any friends or relatives who work for this company: **n/a**

7. How were you referred to this company? **Job services**

8. Why are you presently seeking employment with this company? **I want to work in a company that has room for promotion and has job security**

201270

2



# PSI-3™



## London House
Macmillan/McGraw-Hill

*Leaders in
Human Resource
Assessment*