**FredMeyer**

## Policy Duplication

**Policies contained in this handbook must not be printed and/or photocopied for distribution to employees.** Corporate policy information is distributed to employees via the Employee Handbook. When it is necessary to give employees additional policy information, an all employee policy is published. These policies can be identified by the "Corporate Policy" heading at the top of the policy page. For questions about distribution of corporate policy information, contact Human Resources.

## Table of Contents

The Table of Contents lists all policies and is hyper linked to each one in order to help you quickly find specific policy information.

## Forms Referenced in Policies

Most forms referenced in this handbook have an "M" number and can be ordered from Corporate Supply. Contact the policy owner for information regarding forms without "M" numbers.

## Policy Development Process

The following table outlines the policy development process:

| Stage | What Happens |
|---|---|
| 1 | A request for a policy is sent to the Policies and Procedures Analyst in Human Resources. |
| 2 | The request is reviewed, and if the request is determined to be a:<br>✦ Divisional/departmental policy, the request is forwarded to the appropriate divisional/department individual.<br>✦ Corporate policy, the Policies and Procedures Analyst performs research, drafts the policy, and sends the draft back to the policy owner for review. |
| 3 | The policy owner reviews the policy and sends it back to the Policies and Procedures Analyst. Final modifications are made and a draft is sent to management committee for review. |
| 4 | Management committee reviews the policy and returns it to the Policies and Procedures Analyst with suggestions/changes and/or approval to publish. |
| 5 | Any changes made by the management committee are reviewed with the policy owner and the policy is published. |



**FredMeyer**

## Policy Review and Update

After the initial publication, policies are reviewed annually, or as needed. When updates are made, all individuals that received a policy handbook are notified so that they may print the update policy from FMinfo. However, all individuals who do not have access to FMinfo are sent an update packet.

Policy owners should promptly notify the Policies and Procedures Analyst of any policy change so the revision can be made and the policy can be re-issued in the next update packet.

**FredMeyer**

**FredMeyer**

# 1  Hiring

1.1   Job Posting Program . . . . . . . . . . . . . . . . . . . . . . . 1 - 3

1.2   Job Descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 9

1.3   Interviewing and Selecting Job Applicants . . . . . . . 1 - 13

1.4   Employment Eligibility Verification . . . . . . . . . . . . 1 - 23

1.5   Employment of Relatives . . . . . . . . . . . . . . . . . . . . 1 - 27

1.6   Hiring People with Disabilities. . . . . . . . . . . . . . . . 1 - 29

1.7   Employment of Minors . . . . . . . . . . . . . . . . . . . . . 1 - 33

1.8   Using Independent Contractors . . . . . . . . . . . . . . . 1 - 43

1.9   School-to-Work . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 55

1.10  Equal Employment Opportunity . . . . . . . . . . . . . . 1 - 59

1.11  Rehiring Former Employees . . . . . . . . . . . . . . . . . 1 - 63

1.12  Transfer, Interview, Selection Process . . . . . . . . . . 1 - 65

**FredMeyer**

**FredMeyer**

# 1.1 Job Posting Program

(06/03)

## Statement

Fred Meyer believes in promoting employees from within the Company, and therefore, has established a Job Posting Program to give all employees an opportunity to apply for positions in which they are both interested and qualified.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective Date

This policy is effective immediately and supersedes any previous policies.

## Policy Owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

## Posting Guidelines

Positions are posted:

- Electronically on a Company-wide communication system (see your supervisor, HRA or KSP for the current system being used)
- In paper form on designated bulletin boards at all Company locations

Postings generally include the position title and location; an indication of full-time or part-time status; a brief description of the job, including duties and required qualifications; the closing date for expressing interest; and information on how to apply.

**FredMeyer**

## Posting Timeline

Positions are posted internally for one week. During this time, those positions requiring specialized skills may also be posted externally. If the initial posting does not produce a qualified candidate, the position may be re-posted for a specific period of time for all additional applicants to apply.

All positions posted internally have a closing date by which interested applicants must apply. Due to legal considerations, hiring decisions will be communicated only after the closing date on a posted position. Once a position closes, Fred Meyer is not required to consider any other applicants.

## Which Positions are Posted?

The Job Posting Program applies to the following positions:

- All Main Office and Regional office positions (management and non-management)
- Distribution Center and Retail Service Center positions
- All store management positions
- Management trainees and Merchandise trainees
- In-store instructors, including Fred Bear
- Tellers
- New store positions
- On occasion, Kroger subsidiary positions may be posted

**Note:** Some positions within the Company might not be posted internally. These include: Assistant Vice President positions and above, and positions that require targeted recruiting; for example, internships and technical positions, such as a systems programmer.

## Who Posts Positions?

With the exception of open positions at store locations, posting for open positions must be coordinated with Fred Meyer's recruiting department. This includes:

- *Internal* postings via the Company-wide communication system
- *External* postings via newspaper or other publications resources, the Internet, and/or fredmeyer.com



**FredMeyer**

## What Information is Required to Post Positions?

The following information is required to request a job posting:

- Position title
- Job description number from a corporate-approved job description
- Qualifications (required and helpful/preferred)
- Location / Department / Region information
- Number of hours (full-time or part-time)
- Hourly / Salaried
- Contact person(s)
- MO Replacement/New Position form (M3171), if applicable
- Hiring Request Form (M3077), if applicable

## Posting Non-Management Store Location Positions

Except for management positions, use the following guidelines to post for an open position at a store location:

| Step | Action |
| --- | --- |
| 1 | Obtain a copy of the corporate-approved job description. <br><br>**Note:** All positions to be posted either internally or externally must have a corporate-approved job description before the job can be posted. For further information, refer to Corporate Policy *1.2 Job Descriptions*. |
| 2 | Ensure the job description accurately describes the current essential duties and responsibilities of the job. <br><br>**Note:** If modifications are needed or a job description does not exist for the position, refer to Corporate Policy *1.2 Job Descriptions*. |
| 3 | Coordinate the job posting with the Store Director, Key Screening Person, Human Resource Administrator or Regional Human Resource Supervisor. |



*MJ Exhibit 17    Page 23 of 415*

**FredMeyer**

## Posting Management-Level, Store Location Positions

Use the following guidelines to post for an open position considered as management-level:

| Step | Action |
|---|---|
| 1 | Obtain a copy of the **corporate-approved** job description. **Note:** Positions to be posted internally must have a corporate-approved job description before the job can be posted. Refer to Corporate Policy *1.2 Job Descriptions* for further information. |
| 2 | Ensure the job description accurately describes the current essential duties and responsibilities of the job. **Note:** If modifications are needed or a job description does not exist for the position, refer to Corporate Policy *1.2 Job Descriptions*. |
| 3 | Communicate job posting information to the Regional HR Supervisor. |
| 4 | Regional HR Supervisors will contact the recruiting department with the job posting information. |

## Non-Store Location Position Posting Guidelines

Use the following guidelines to post for an open position at the Main Office, DC, Regional Office, or other non-store location:

| Step | Action |
|---|---|
| 1 | Obtain a copy of the **corporate-approved** job description. **Note:** All positions to be posted either internally or externally must have a corporate-approved job description before the job can be posted. For further information, refer to corporate policy *1.2 Job Descriptions*. |
| 2 | Ensure the job description accurately describes the current essential duties and responsibilities of the job. **Note:** If modifications are needed or a job description does not exist for the position, refer to corporate policy *1.2 Job Descriptions*. |
| 3 | Complete a *Replacement/New Position Approval Form (M3171)* and obtain the required signatures. **Note:** DCs and retail service centers must complete this form for management positions (hourly or salaried)—not for non-management positions. Main Office and Regional Offices must complete this form for **all** positions. |



**FredMeyer**

| Step | Action |
|---|---|
| 4 | ✦ Submit a copy of the job description with a copy of the completed *Replacement/New Position Approval Form (M3171)* and the contact information to the recruiting department.<br>✦ The recruiting department will assign the position a requisition number. |

## Position Posting Time Frames

Internal job openings will be posted on Monday, Wednesday, and Friday. Internal posting requests must be received by 3:00 PM the business day prior to posting days. (For example, by 3:00 PM Friday to post Monday or by 3:00 PM Tuesday to post Wednesday.)

External posting requests require more lead time, as follows:

✦ Newspaper display ad requests must be submitted by 12:00 PM Tuesday to be included in the following Sunday's paper.

✦ Newspaper line ad requests must be submitted by 3:00 PM Wednesday to be included in the following Sunday's paper.

✦ All newspaper ads and internet posting requests must be approved by the Corporate Recruiting and Diversity Manager.

## Eligibility

Employees must meet a position's required qualifications, and their overall work record must be in good standing, in order to be eligible to apply for a posted position (refer to the Advancement Guidelines section of corporate policy 1.12, Transfer, Interview, and Selection Process for details).

## How to Apply for a Posted Position

Employees are responsible for monitoring job postings and for following application procedures as noted in the posting. Some positions may require the applicant to provide a resume and/or letter of interest. In addition, employees are encouraged to work with and notify their supervisors when applying for another position within the Company.

## All Supervisors are Responsible for the Following:

✦ **Not retaliating against an employee who applies for another position within the Company. Fred Meyer encourages employees to develop their skills and abilities and to share their ideas to further the success of the business** (refer to corporate policy 4.1, Business Ethics).



**FredMeyer**

## Hiring Supervisors are Responsible for the Following:

- **Communicating with all candidates who apply for a posted position, either orally or in writing** (refer to corporate policy 1.3, Interviewing and Selecting Job Applicants).

- **Notifying the applicant's current supervisor that (s)he applied if the applicant is an employee of Fred Meyer** (refer to corporate policy 1.12, Transfer, Interview, and Selection Process).

- **Notifying the successful candidate's supervisor before completing the selection process** (refer to corporate policy 1.12, Transfer, Interview, and Selection Process).

**FredMeyer**

# 1.2 Job Descriptions
(4/03)

**Statement**

As with all aspects of the hiring process, Fred Meyer makes every effort to ensure equal employment opportunity for all individuals and complies with federal, state, and local laws. Job descriptions are an integral part of the hiring process and provide three major benefits to the Company:

- Clearly define the essential functions, qualifications, physical demands, and other skills and/or abilities that are required or helpful.
- Provide a foundation for performance evaluations and salary administration surveys.
- Document job information that ensures the job is non-discriminatory and complies with federal, state, and local laws.

**Scope**

This policy applies to all Fred Meyer Stores employees who interview and hire job applicants.

**Effective date**

This policy is effective immediately and supersedes any previous policies.

**Policy owner**

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

**Violation of this policy**

Employees who violate this policy will be subject to disciplinary action up to and including termination.

MJ Exhibit 17   Page 27 of 415

200583

**Fred Meyer**

## Hiring process

For the purposes of this policy, the hiring process is defined as:

- Completing proper paperwork prior to submitting posting requests
- Posting/advertising an open position
- Screening applicants
- Completing the security clearance process
- Interviewing and selecting
- Processing hiring paperwork

Fred Meyer job descriptions must be finalized by the Strategic Recruiting and Organizational Development (SRD) department.

## Hiring manager responsibilities

Whenever a job vacancy occurs, either existing or new, the hiring manager should thoroughly review and revise or take steps to prepare a new job description.

A current, written job description outlining the essential functions of a job must be obtained prior to the hiring process and is required to post for an open position within the Company.

---

**Note:** For all Main Office and Regional Office job openings, hiring managers must complete a Replacement/New Position Approval Form (M3171) and *obtain approval prior to proceeding with the hiring process.* Plants, DCs, and retail service centers must complete this form for management positions (hourly and salaried) - not for non-management positions.

---

## Accessing online job descriptions

Job descriptions are available on the FMinfo. Managers, supervisors, members of the Strategic Recruiting and Organizational Development department, executive assistants, Key Screening Persons, and Human Resource Administrators are authorized to view and print online job descriptions when required.

## Questions

Instructions for obtaining a new job description and reviewing and revising an existing job description are listed on the following pages. Contact the Strategic Recruiting and Organizational Development department with questions.

**FredMeyer**

## Reviewing and revising an existing job description

If revisions to an *existing* job description are required, follow the procedures below (store locations should coordinate with the Regional Human Resource Supervisor):

| Step | Action | What Happens |
|---|---|---|
| 1 | Contact the Strategic Recruiting and Organizational Development department to receive a Word version of the job description via e-mail (if possible) or intersection mail. | Make any necessary changes to the document. |
| 2 | Submit your changes to the Word document via e-mail (if possible) or intersection mail to the Strategic Recruiting and Organizational Development department. | Your changes will be made. A final copy of the job description and an approval memo requiring Senior management sign-off will be delivered to you. (Allow 5-7 working days for the final draft.) |
| 3 | Upon receipt of the approval memo, obtain the signatures and return the approval memo and job description to the Strategic Recruiting and Organizational Development department. | After receipt of the management approved job description, the Strategic Recruiting and Organizational Development department will send the job description for legal approval. This is the last step in the approval process. (Allow 5-7 working days for legal approval.) |
| 4 | If the position requires posting, go to step 5. | |
| 5 | Upon receipt of the legally-approved job description, complete a *Replacement/New Position Approval Form* (M3171), attach a copy of the job description, and obtain the required signatures. | |
| 6 | Submit the original signed *Replacement/New Position Approval Form* (M3171) and a copy of the legally-approved job description to the Strategic Recruiting and Organizational Development department to post the job, if required (refer to Corporate Policy *1.1 Job Posting Program*). Keep a photocopy of all documents for your records. | |

MJ Exhibit 17    Page 29 of 415



**FredMeyer**

## Obtaining a *new* job description

If a *new* job description is required, follow the procedure below (store locations should coordinate with the Regional Human Resource Supervisor):

| Step | Action | What Happens |
|---|---|---|
| 1 | Contact the Strategic Recruiting and Organizational Development department to obtain a *Job Analysis Form*. | A *Job Analysis Form* will be delivered to you via e-mail or intersection mail. |
| 2 | Complete the *Job Analysis Form* and return it to the Strategic Recruiting and Organizational Development department via e-mail or intersection mail. | A job description will be drafted from the *Job Analysis Form*. (Allow 5-7 working days for the draft.) |
| 3 | Review the draft job description noting any changes and return the draft to the Strategic Recruiting and Organizational Development department as quickly as possible. | Your changes will be made, then a final copy of the job description and an approval memo requiring management sign-off will be sent to you. (Allow 3-5 working days for the final draft.) |
| 4 | Upon receipt of the approval memo, obtain the signatures and return the approval memo and job description, in hard copy, to the Strategic Recruiting and Organizational Development department. | After receipt of the management approved job description, the Strategic Recruiting and Organizational Development department will send the job description for legal approval. This is the last step in the approval process. (Allow 5-7 working days for legal approval.) |
| 5 | If the position requires posting, go to step 6. | |
| 6 | Upon receipt of the legally-approved job description, complete a *Replacement/New Position Approval Form* (M3171), attach a copy of the job description, and obtain the required signatures. | |
| 7 | Submit the original signed *Replacement/New Position Approval Form* (M3171) and a copy of the legally-approved job description to the Strategic Recruiting and Organizational Development department to post the job (refer to corporate policy *1.1 Job Posting Program*). Keep a photocopy of all documents for your records. | |