**FredMeyer**

# 1.3 Interviewing and Selecting Job Applicants
## (04/01)

### Statement

Fred Meyer strives to select the most qualified and best matched applicants possible for open positions within the Company and ensures that all applicants receive fair and equitable treatment in accordance with Equal Employment Opportunity (EEO) laws. This policy provides guidelines to help employees stay within these laws when interviewing and selecting job applicants.

### Scope

This policy applies to all Fred Meyer Stores employees who interview and hire job applicants.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Hiring process

For the purposes of this policy, the hiring process is defined as—

- Completing proper paperwork prior to submitting posting requests
- Posting/advertising an open position
- Screening applicants
- Completing the security clearance process
- Interviewing and selecting
- Processing hiring paperwork

**FredMeyer**

## Additional information

- *1.1 Job Posting Program*
- *1.2 Job Descriptions*
- *1.6 Hiring People with Disabilities*
- *1.10 Equal Employment Opportunity*
- *1.12 Transfer, Interview, Selection Process*

## Guidelines for screening applicants

The following guidelines should be used when screening applicants:

- Review the resumes/applications and notify each applicant's current supervisor that (s)he applied if the applicant is an employee of Fred Meyer.

- Review the resumes/applications and compare to the job qualifications listed on the corporate job description. Select the applicants that are most qualified for interviews.

**Note:** Depending on the location and job type, pre-employment surveys, drug tests, and/or physicals may be required. Pre-employment surveys must be administered to all hourly store employees. These surveys and any other tests should be administered at the appropriate time during the selection process.

**FredMeyer**

## Providing a declination

Provide either oral or written notification to applicants not selected for an interview.

*When providing a verbal declination:*

- Avoid lengthy conversations
- Do not discuss the hiring decision
- Assure the applicant that the person chosen is the best match for the position

When providing a written declination, follow a format similar to the following:

> **Dear <applicant's name>:**
>
> **Thank you for your resume/application. We appreciate your interest in the position <title>.**
>
> **Your resume has been reviewed and we cannot offer you an interview at this time.**
>
> **Again, thank you for your interest in Fred Meyer.**
>
> **Sincerely, <your name>**

If the unsuccessful applicant is someone who should be considered for another position in the future, suggest that the applicant stay in touch and check back at a later date.

**FredMeyer**

## Guidelines for interviewing

Under the federal and state EEO laws, it is unlawful to discriminate on the basis of race or ethnic group, national origin or citizenship, religion, sex, age, disability, or marital status. Raising a topic or asking questions pertaining to any of these protected subjects could be considered discriminatory if the effect is to put the applicant at an employment disadvantage and the employer cannot show that the inquiry is related to a job requirement. Interviewers should limit inquiries to those that are **strictly job related** to avoid possible liability.

Have a copy of the current corporate job description available for the applicant to review during the interview. Discuss topics related to the position, for example:

✦ Describe the position and its essential duties and responsibilities.

✦ Discuss the applicant's application, work experience, and other qualifications.

✦ Ask about past employment experiences as they relate to the essential functions of the job.

✦ Provide an opportunity for the applicant to ask questions.

✦ Discuss and arrange subsequent interviews, if desired.

## Examples

The following are examples of employee interviewing inquiries and statements generally recognized as acceptable and unacceptable in most jurisdictions:

| Subject | Acceptable | Unacceptable |
|---------|------------|--------------|
| Name | ✦ "State your name." <br> ✦ "Have you ever worked for this company under another name?" <br> ✦ "Is any additional information relative to change of name, use of an assumed name, or nickname necessary to enable a check on your work records?" | ✦ "State your maiden name." <br> ✦ "Have you ever used another name?" <br> ✦ Inquiries about the name that would indicate the applicant's lineage, ancestry, national origin, or descent <br> ✦ "Do you prefer to be addressed as Mr., Mrs., Miss, or Ms.?" |

*Continued on the next page...*

**FredMeyer**

| Subject | Acceptable | Unacceptable |
|---|---|---|
| Residence | ✦ Asking for applicant's place of residence<br>✦ Inquiries about the length of residence at current and previous addresses | ✦ "Do you own or rent your own home?"<br>✦ Specific inquiries into foreign residence |
| Age | ✦ Always state the age requirement, if applicable to the position.<br>✦ Statement that employment is subject to verification that applicant meets legal age requirements | ✦ "State your age."<br>✦ "State your date of birth."<br>✦ Requesting dates of attendance at or completion of elementary or high school |
| Marital status and family responsibilities | ✦ No acceptable questions | ✦ "Are you married, single, divorced, or separated?"<br>✦ Asking for name or other information about applicant's spouse (after hire, this is permissible, to obtain a contact in case of an emergency)<br>✦ "What are the names and ages of your children?"<br>✦ "What provisions will you make for your child care?" |
| Relatives | ✦ Statement of Company policy about work assignments of employees who are related<br>✦ Asking for names of applicant's relatives already employed by the Company | ✦ Asking for name or address of any relative of applicant |
| Sex | ✦ Inquiries based only on a bona fide occupation qualification | ✦ Asking the sex of applicant<br>✦ "Are you expecting?" or "Are you pregnant?"<br>✦ Asking the applicant about future child bearing plans |

*Continued on the next page...*

**FredMeyer**

| Subject | Acceptable | Unacceptable |
|---|---|---|
| Religion | ✦ Statement of regular days, hours, or shifts to be worked and/or required | ✦ Questions about applicant's religion, for example, "Does your religion prevent you from working weekends and holidays?" |
| Race or color, physical discrimination | ✦ Statement that a photograph may be required after hire | ✦ Requiring applicant to submit a photograph at any time prior to hire, or requesting that applicant, at his or her option, submit a photograph<br>✦ Asking the race<br>✦ Inquiries about applicant's complexion<br>✦ Questions about applicant's height or weight |
| Birthplace, national origin, ancestry | ✦ "Are you authorized to work and remain in the United States?"<br>✦ Asking applicant about foreign language applicant reads, speaks, or writes if job related | ✦ Asking for birthplace of applicant<br>✦ Asking for the birthplace of applicant's parents, spouse, or other close relatives<br>✦ "What is your native tongue?"<br>✦ Inquiries into how applicant acquired ability to read, write, or speak a foreign language |
| Organizations | ✦ Inquiries into membership in organizations that applicant considers relevant to his or her ability to perform the job applied for | ✦ "List all clubs, societies, and organizations to which you belong." |
| Prior military service | ✦ Questions about service in the U.S. Armed Forces, a state militia, or a particular branch of the U.S. Army, Navy, etc. | ✦ "Did you receive other than an honorable discharge from the military?" (Questions about discharge are problematic in many jurisdictions.) |

*Continued on the next page...*

**FredMeyer**

| Subject | Acceptable | Unacceptable |
|---|---|---|
| Physical/mental condition, i.e., disabilities | ✦ "Are you able to perform the essential duties of the position that you have applied for in a reasonable and safe manner?" (Duties as defined in the job description.)<br>✦ "Would you describe or demonstrate how you would perform these duties?" | ✦ "Do you have any physical or mental disabilities or handicaps?"<br>✦ "Do you have now, or have you ever had, a drug or alcohol problem?"<br>✦ Questions regarding the applicant's general medical condition, state of health, or illnesses (medical inquiries are permissible after an offer of employment has been extended)<br>✦ Questions regarding receipt of workers' compensation |
| Personal finances | ✦ Asking whether applicant has use of a reliable transportation (if car travel is required by the job) | ✦ Questions about wage garnishments, personal bankruptcy<br>✦ Questions about home or car ownership |
| Education | ✦ Inquiries about applicant's academic, vocational, or professional education and the public and private schools attended | ✦ Asking for dates of attendance at or completion of elementary or high school |

*Continued on the next page...*

**FredMeyer**

| Subject | Acceptable | Unacceptable |
|---|---|---|
| Citizenship | ✦ "Do you have the legal right to work and remain in the United States?"<br>✦ "Are you currently authorized to work for all employers in the United Sates on a full-time basis or only for a current employer?"<br>✦ Statement that applicant will be required to submit proof regarding his or her identity and employment eligibility upon hire, in accordance with applicable immigration requirements | ✦ "Of what country are you a citizen?"<br>✦ Asking for date when applicant, parent, or spouse acquired U.S. citizenship |
| References | ✦ Asking for names of persons willing to provide professional and/or character references for applicant<br>✦ "Who referred you for a position here?" | ✦ Questions of applicant's former employers or acquaintances which elicit information specifying the applicant's race, color, religious creed, national origin, ancestry, physical handicap, medical condition, marital status, age, or sex. |
| Notice in case of emergency | ✦ Name and address of person to be notified in case of accident or emergency. | ✦ Name, address and relationship of relative to be notified in case of accident or emergency |
| Arrest, criminal record | ✦ "Have you ever been convicted of a crime?" (In most jurisdictions, this question must be accompanied by a statement of the employment application that a conviction will not necessarily disqualify applicant from the job applied for) | ✦ "Have you ever been arrested?" |



**FredMeyer**

## Guidelines for applicant selection

Select the most qualified applicant that best matches the job, taking into consideration the skills, knowledge, and experience needed to successfully perform the job. *If the selected applicant is an employee of Fred Meyer, the employee's immediate supervisor must be notified prior to a job offer being made to the employee.*

After a candidate has been selected and his/her immediate supervisor notified, inform the other job applicants as quickly as possible. If you choose to inform the applicants with a written declination, you may use a format similar to the following:

> **Dear <applicant's name>:**
>
> Thank you for taking the time to apply for the position of <title>. We appreciate your interest, and it was a pleasure to meet and speak with you.
>
> Your background and skills are impressive; however, after careful evaluation of all factors, we have selected another candidate whose qualifications match our requirements.
>
> Again, thank you for your time and for considering Fred Meyer in your employment search.
>
> Sincerely, <your name>

## Offer letters

Depending on the position and the department within the Company, an interviewer may extend an offer letter to the applicant selected for the position. Offer letters foster positive feelings about the Company, help create a general impression of professionalism, and help prevent misunderstandings.

One word of warning—the letter should not express the employee's salary in annual terms, which could be interpreted as a one-year contract of employment. Instead, express the salary in terms of the weekly, biweekly, or monthly agreement.

The following sample letter may be used to offer employment:

> **Dear <name>:**
>
> We are pleased to confirm our offer of employment as position of <title> in the <department> of Fred Meyer at the starting salary of <amount> per <week, biweekly, or month>. As discussed, you will begin work on <starting date>. At that time, please report to <appropriate name>.
>
> If you have any questions, please call me at <your extension>.
>
> We look forward to having you join our team.
>
> Sincerely, <your name>



MJ Exhibit 17   Page 39 of 415

**FredMeyer**

# 1.4 Employment Eligibility Verification
## (7/00)

### Statement

The Immigration Reform and Control Act of 1986:

+ Requires employers to verify the identity and work eligibility of all employees within three business days of hire. Temporary employees, not including those hired from a temporary agency, who work for three days or less must be verified on the first day of employment.

+ Requires employees to affirm that they are citizens or nationals of the U.S., aliens admitted for permanent residence, or aliens authorized by the U.S. Attorney General or the Immigration Act to be employed in the U.S.

+ Prohibits discrimination in recruiting, hiring, or discharging on the basis of national origin or citizenship status.

All new hires must complete the *Form I-9 Employment Eligibility Verification* and provide proof that they are eligible to work in the U.S. Employees who cannot provide the necessary documents to prove they are eligible to work in the U.S. will not be hired by the Company. Forms I-9 can be ordered from Corporate Supply.

### Scope

This policy applies to all Fred Meyer Stores employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Group Vice President of Human Resources.

**FredMeyer**

## When to complete the Form I-9

The Form I-9 must be completed for all new hires except independent contractors and persons employed by a contractor providing contract services (for example, temporary agencies).

If an employee is hired for less than three business days, Sections 1 and 2 must be fully completed at the time of hire. (See sample form on the following pages.)

## Completing the Form I-9

**Section 1 - Completed by the Employee.** Have the employee complete Section 1 at the time of hire (or when (s)he begins work) by filling in the correct information, signing, and dating the form. (See sample form on the following pages.)

---

**Note:** If the employee cannot complete Section 1 or if the form needs to be translated, have someone assist. The preparer or translator must read the form to the employee, assist in completion of Section 1, and have the employee sign or mark the form in the appropriate place. The preparer/translator must then complete the Preparer/Translator Certification block.

---

**Section 2 - Completed by the Employer.** Review the form to ensure the employee fully and properly completed Section 1.

Have the employee present original documents for verification and fully complete Section 2 of the form.

Do not specify which document(s) an employee must present.

Examine one document from List A, *or* one from List B *and* one from List C. (See sample form on the following pages.) *Accept any document or combination of documents presented by the employee which reasonably appear on their face to be genuine and to relate to the person presenting them.*

✦ Record the title, issuing authority, number, and expiration date (if any) of the document(s).

✦ Fill in the date of hire and correct information in the certification block.

✦ Sign and date the form.

Send the Form I-9 to Human Resources with all other new-hire paperwork.

**FredMeyer**

## Sample Form Employment Eligibility Verification (Form I-9: front)

---

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

Print Name: Last _____ First _____ Middle Initial _____ Maiden Name _____
Address (Street Name and Number) _____ Apt. # _____ Date of Birth (month/day/year) _____
City _____ State _____ Zip Code _____ Social Security # _____

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A_____)
☐ An alien authorized to work until ___/___/___
    (Alien # or Admission #_____)

Employee's Signature _____ Date (month/day/year) _____

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature _____ Print Name _____
Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): ___/___/___ | | ___/___/___ | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative _____ Print Name _____ Title _____
Business or Organization Name _____ Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

**Section 3. Updating and Reverification.** To be completed and signed by employer

A. New Name (if applicable) _____    B. Date of rehire (month/day/year) (if applicable) _____

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.
    Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.
Signature of Employer or Authorized Representative _____ Date (month/day/year) _____

Form I-9 (Rev. 11-21-91) N

MJ Exhibit 17    Page 42 of 415

200599

**FredMeyer**

## Sample Form Employment Eligibility Verification (Form I-9: back)

### LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | LIST B | LIST C |
|---|---|---|
| Documents that Establish Both Identity and Employment Eligibility | Documents that Establish Identity | Documents that Establish Employment Eligibility |
| 1. U.S. Passport (unexpired or expired) | 1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address | 1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment) |
| 2. Certificate of U.S. Citizenship (INS Form N-560 or N-561) | | |
| 3. Certificate of Naturalization (INS Form N-550 or N-570) | 2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address | 2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350) |
| 4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization | | 3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal |
| 5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551) | 3. School ID card with a photograph | |
| | 4. Voter's registration card | |
| 6. Unexpired Temporary Resident Card (INS Form I-688) | 5. U.S. Military card or draft record | |
| | 6. Military dependent's ID card | 4. Native American tribal document |
| 7. Unexpired Employment Authorization Card (INS Form I-688A) | 7. U.S. Coast Guard Merchant Mariner Card | 5. U.S. Citizen ID Card (INS Form I-197) |
| | 8. Native American tribal document | |
| 8. Unexpired Reentry Permit (INS Form I-327) | 9. Driver's license issued by a Canadian government authority | 6. ID Card for use of Resident Citizen in the United States (INS Form I-179) |
| 9. Unexpired Refugee Travel Document (INS Form I-571) | For persons under age 18 who are unable to present a document listed above: | 7. Unexpired employment authorization document issued by the INS (other than those listed under List A) |
| 10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B) | 10. School record or report card | |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 11-21-91) N

**FredMeyer**

# 1.5 Employment of Relatives
### (7/00)

### Statement

Fred Meyer permits the employment of qualified relatives of employees as long as the employment does not create actual or perceived conflicts of interest.

For the purposes of this policy, *relative* is defined as a spouse, child, parent, sibling, or corresponding in-law or step relation.

### Scope

This policy applies to all Fred Meyer Stores employees, including regular, temporary, and part-time classifications.

Existing situations that are not in compliance with this policy must be discussed with and approved by the Group Vice President of Human Resources.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

MJ Exhibit 17    Page 44 of 415

**FredMeyer**

## Guidelines

Exercise good business judgement when placing related employees. Use the following guidelines:

- ✦ Individuals who are related by blood or marriage are permitted to work in the same facility, provided no direct reporting or supervisor/management relationship exists. No employee shall work within the "chain of command" of a relative. This is so one relative's work responsibilities, salary, or career progress cannot be influenced by the other relative.

- ✦ No relatives shall work in the same department or in any other position in which a conflict of interest may exist.

- ✦ Employees who marry while employed are treated in accordance with these guidelines. If a conflict or an apparent conflict arises as a result of the marriage, transfer one of the employees to another location or department at the earliest practicable time (Discuss the transfer with the employees involved in order to find out whether one would prefer or would be more appropriate to transfer instead of the other).