**FredMeyer**

# 1.6 Hiring People with Disabilities
(7/00)

## Statement

It is the policy of Fred Meyer to offer employment to qualified individuals based solely on their ability to do the job. Fred Meyer will reasonably accommodate a qualified individual's disability as long as it does not—

- Cause undue hardship to the Company
- Pose a direct threat to the health and safety of the employee or others.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective date

This policy is effective immediately and supersedes any previous policies.

## Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Definitions

An *individual with a disability* is defined as a person with any one or more or the following conditions:

- Has a physical or mental impairment which substantially limits one or more of his or her major life activities
- Has a record of such an impairment
- Is regarded as having such an impairment
- Is associated with persons who fit into one of the previous three categories

A *qualified individual* is defined as a person with a disability who meets the skill, experience, and educational requirements of the position and, with or without reasonable accommodation, can perform the essential functions of the position.

*Reasonable accommodation* tends to vary depending on the individual and will be determined on a case-by-case basis.

*Undue hardship* is defined as a significant difficulty or expense in making an accommodation.

**FredMeyer**

## Americans with Disabilities Act (ADA) guidelines

The Americans with Disabilities Act of 1990 (ADA) is a comprehensive antidiscrimination statute that prohibits discrimination against disabled individuals in, among other things, employment. This law affects employers with 25 or more employees.

The ADA prohibits discrimination against any qualified individual with a disability because of the individual's disability in regard to job application procedures, hiring, promotion, transfers, discharge, layoffs, training, compensation, and fringe benefits.

*Employees interviewing job applicants may not ask about the applicant's disabilities before making a job offer. The interviewer may ask, however, whether a job applicant can perform job-related functions and may ask the applicant to describe or demonstrate how (s)he would perform job-related functions.*

The following table lists examples of both acceptable and unacceptable questions:

| Acceptable Questions | Unacceptable Questions |
|---|---|
| ✦ Review job description with applicant, emphasizing the essential duties. | ✦ "Do you have any physical or mental disabilities or handicaps?" |
| ✦ "Are you able to perform the essential duties of the position that you have applied for in a reasonable and safe manner?" (Duties as defined in the job description.) | ✦ "Do you have now, or have you ever had, a drug or alcohol problem?" |
| ✦ "Would you describe or demonstrate how you would perform these duties?" | ✦ Questions regarding the applicant's general medical condition, state of health, or illnesses (medical inquiries are permissible after an offer of employment has been extended) |
| | ✦ Questions regarding receipt of workers' compensation |

**FredMeyer**

## Pre-employment testing

**Skill** - A skill test (such as a math test for a job requiring calculation skills) may be done before offering a job to an individual.

**Medical/physical** - A medical or physical exam may be given only after a job has been offered to an individual, and the offer may be conditioned on the result, providing all entering employees in the same job category are given the same exam. If an applicant is excluded on the basis of a medical exam, the Company must be able to show the following:

- There is no reasonable accommodation that would enable the individual to perform the essential functions of the job.
- Any reasonable accommodation would impose an undue hardship on the Company.
- The individual would pose a direct threat to the health and safety of him/herself or others.

**Drug** - A drug test may be given before offering a job to an individual as long as all applicants in the same job category are given pre-employment drug tests.

## Substance abusers

Discrimination is prohibited against former users of illegal drugs who have been rehabilitated successfully or individuals who are participating in a supervised rehabilitation program.

## For questions about

**ADA** - Contact the Group Vice President of Human Resources.

**Reasonable Accommodation** - Contact the Group Vice President of Human Resources.

**Interviewing** - Refer to the corporate policy *1.3 Interviewing and Selecting Job Applicants* or contact Strategic Recruiting and Organizational Development in the Human Resources Department for training materials.

**FredMeyer**

# 1.7 Employment of Minors
(7/00)

## Statement

The following guidelines have been developed to ensure consistent hiring practices, and to comply with state and federal wage and hour laws.

Minors employed in Fred Meyer **offices or store locations**, except jewelry locations, must:

- Be at least 16 years of age,
- Sign a *Minor Employee Acknowledgment Form* (M3169), and
- Comply with the state and federal guidelines listed on the following pages.

Employees in Fred Meyer **plants, warehouses, retail service centers, and jewelry locations** must be at least 18 years of age.

## Scope

This policy applies to all Fred Meyer Stores employees who interview and hire job applicants.

## Effective date

This policy is effective immediately and supersedes any previous policies.

## Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Alaska Federal and State laws

| Law | State | Federal |
|---|---|---|
| **Alaska**<br>**Federal and State Laws Covering Minors Under 18**<br>Observe federal law except when state law is listed. State law indicates a stricter standard. |
| Requirements | Minors under 17 (except emancipated minors) must obtain a *Minor Work Permit* prior to beginning work. | n/a |
| Necessary Forms | *Minor Work Permit* - Available at the State of Alaska Department of Labor and the Fred Meyer Stores Customer Service Desk. | n/a |
| Hours of Work | Minors under 18 may not work more than six days per week | n/a |
| Spread of Hours | Minors scheduled to work six consecutive hours or more are entitled to a break of at least 30 minutes after the first hour and a half of work and before the last hour of work. | n/a |
| Restricted Jobs | n/a | Minors cannot work in hazardous jobs such as handling, operating, or disassembling:<br>✦ Meat processing machines (including cleaning)<br>✦ Bakery machines (including cleaning)<br>✦ Cutting/slicing machines (e.g, keys, mini-blinds)<br>✦ Cardboard and/or paper balers (cannot put items in balers even when baler is off)<br>✦ Forklifts<br>✦ Motor vehicles<br>✦ Power-driven woodworking machines<br>✦ Saws and shears (for example, circular saws, band saws, or guillotine shears)<br>✦ Motorized pallet jack |

*Continued on the next page...*

**FredMeyer**

| **Alaska** |
| **Federal and State Laws Covering Minors Under 18** |
| Observe federal law except when state law is listed. State law indicates a stricter standard. |

| Law | State | Federal |
|---|---|---|
| Employer Requirements | ✦ A copy of the *Minor Work Permit* must be kept on file.<br>✦ Proof of age for minors 17-18 must be kept on file. Acceptable proof of age includes any of the acceptable documents listed on the I-9 form. | ✦ Must pay at least minimum wage and overtime after 40 hours per week.<br>✦ Must keep legal proof of age on record for 3 years if minor is under 19 at the time of hire. |

**FredMeyer**

## Other states' Federal and State laws

| Arizona, Idaho, Montana, Nevada, New Mexico, Texas, Utah and Wyoming<br>Federal and State Laws Covering Minors Under 18<br>Observe federal law except when state law is listed. State law indicates a stricter standard. |||
|---|---|---|
| Law | State | Federal |
| Requirements | n/a | n/a |
| Necessary Forms | n/a | n/a |
| Hours of Work | n/a | n/a |
| Spread of Hours | n/a | n/a |
| Restricted Jobs | n/a | Minors cannot work in hazardous jobs such as handling, operating, or disassembling:<br>✦ Meat processing machines (including cleaning)<br>✦ Bakery machines (including cleaning)<br>✦ Cutting/slicing machines (e.g, keys, mini-blinds)<br>✦ Cardboard and/or paper balers (cannot put items in balers even when baler is off)<br>✦ Forklifts<br>✦ Motor vehicles<br>✦ Power-driven woodworking machines<br>✦ Saws and shears (for example, circular saws, band saws, or guillotine shears)<br>✦ Motorized pallet jack |
| Employer Requirements | n/a | ✦ Must pay at least minimum wage and overtime after 40 hours per week.<br>✦ Must keep legal proof of age on record for three years if minor is under 19 at the time of hire. |

MJ Exhibit 17   Page 53 of 415

**FredMeyer**

## California Federal and State laws

| | California<br>Federal and State Laws Covering Minors Under 18<br>Observe federal law except when state law is listed. State law indicates a stricter standard. | | |
|---|---|---|---|
| **Law** | **State** | **Federal** | |
| Requirements | Minors under 18 must have a *Permit to Work* (except high school graduates and those minors who have been awarded a certificate of proficiency). | n/a | |
| Necessary Forms | *Permit to Work* - Issued by school authorities in school district where minor resides or attends school.<br><br>*Permit to Employ* - Issued by school authorities in relevant district. | n/a | |
| Hours of Work | ✦ Four hours per day when school is in session and no more than eight hours per day or 48 hours per week when school is out.<br>✦ School authorities may issue a Permit to Work up to eight hours on any day immediately prior to a non-school day.<br>✦ A day of rest during the work week is required if the total hours employed per week exceed 30 hours or if more than six hours are worked on any one day during the week. | n/a | |
| Spread of Hours | ✦ Work must be performed between 5:00 AM and 10:00 PM.<br>✦ May work until 12:30 AM on any day preceding a non-school day.<br>✦ If enrolled in a work experience program, may work until 12:30 AM on any night.<br>✦ May not work more than five hours without a meal break of at least 30 minutes.<br>✦ Must take at least a 10 minute rest period every four hours. | n/a | |

*Continued on the next page...*

**FredMeyer**

| | California<br>Federal and State Laws Covering Minors Under 18<br>Observe federal law except when state law is listed. State law indicates a stricter standard. ||
|---|---|---|
| Restricted Jobs | ✦ Cannot sell alcoholic beverages.<br>✦ Cannot be employed for the purpose of driving a motor vehicle on the highways or streets.<br>✦ Restricted from workplaces that are picketed during the course of a labor dispute. | Minors cannot work in hazardous jobs such as handling, operating, or disassembling:<br>✦ Meat processing machines (including cleaning)<br>✦ Bakery machines (including cleaning)<br>✦ Cutting/slicing machines (e.g, keys, mini-blinds)<br>✦ Cardboard and/or paper balers (cannot put items in balers even when baler is off)<br>✦ Forklifts<br>✦ Motor vehicles<br>✦ Power-driven woodworking machines<br>✦ Saws and shears (for example, circular saws, band saws, or guillotine shears)<br>✦ Motorized pallet jack |
| Employer Requirements | ✦ Must obtain and keep *Permits to Employ* and *Permits to Work*.<br>✦ Must keep record (for three years) showing names, ages, and addresses of all minors.<br>✦ Must keep on file rates of pay, actual hours worked each day/week, and amount paid each pay period. | ✦ Must pay at least minimum wage and overtime after 40 hours per week.<br>✦ Must keep legal proof of age on record for three years if minor is under 19 at the time of hire. |
| Requirements | Minors under 18 must have a *Permit to Work* (except high school graduates and those minors who have been awarded a certificate of proficiency). | n/a |

MJ Exhibit 17   Page 55 of 415

**FredMeyer**

## Oregon Federal and State laws

| | Oregon<br>Federal and State Laws Covering Minors Under 18<br>Observe federal law except when state law is listed. State law indicates a stricter standard. | |
|---|---|---|
| Law | State | Federal |
| Requirements | n/a | n/a |
| Necessary Forms | *Annual Employment Certificate Application* - Available at the Bureau of Labor and Industries. | n/a |
| Hours of Work | May work up to 44 hours per week; longer hours may be approved by the Commission if the employer applies for an emergency overtime permit. | n/a |
| Spread of Hours | May work any time of the day or night. | n/a |
| Restricted Jobs | A minor may not be required to lift excessive weights. | Minors cannot work in hazardous jobs such as handling, operating, or disassembling:<br>✦ Meat processing machines (including cleaning)<br>✦ Bakery machines (including cleaning)<br>✦ Cutting/slicing machines (e.g, keys, mini-blinds)<br>✦ Cardboard and/or paper balers (cannot put items in balers even when baler is off)<br>✦ Forklifts<br>✦ Motor vehicles<br>✦ Power-driven woodworking machines<br>✦ Saws and shears (for example, circular saws, band saws, or guillotine shears)<br>✦ Motorized pallet jack |
| Employer Requirements | ✦ Must complete an *Annual Employment Certificate Application* and submit to the Bureau of Labor and Industries.<br>✦ Must post a validated Employment Certificate in a conspicuous place where all employees can readily read it. | ✦ Must pay at least minimum wage and overtime after 40 hours per week.<br>✦ Must keep legal proof of age on record for three years if minor is under 19 at the time of hire. |

MJ Exhibit 17     Page 56 of 415

**FredMeyer**

## Washington Federal and State laws

| Law | State | Federal |
|---|---|---|
| **Washington Federal and State Laws Covering Minors Under 18**  Observe federal law except when state law is listed. State law indicates a stricter standard. | | |
| Requirements | Minors must complete and return *Parent/School Authorization for Employment* form. | n/a |
| Necessary Forms | *Parent/School Authorization for Employment* form | n/a |
| Hours of Work | During school sessions:<br>✦ Mon-Thur maximum four hours per day, Fri-Sun maximum 8 hours per day up to 20 hours per week (up to 28 hours per week with special variance)<br>✦ Mon-Fri 7:00 AM earliest start time, 10:00 PM latest finish time (with adult supervision after 8:00 PM); Fri-Sat midnight latest finish time<br>During school vacation periods—<br>✦ Maximum eight hours per day up to 48 hours per week<br>✦ Maximum six days per week<br>✦ 5:00 AM earliest start time, midnight latest finish time<br>**Note:** Minors who have graduated, have a GED, have a minor child, are married or are emancipated can work hours listed for school vacation periods. Employer must have proof of status in the employee's personnel file. | n/a |
| Spread of Hours | May not work on consecutive nights, both of which precede a school day, unless working no later than 9:00 PM. | n/a |

*Continued on the next page...*

| Washington<br>Federal and State Laws Covering Minors Under 18<br>Observe federal law except when state law is listed. State law indicates a stricter standard. |||
|---|---|---|
| Restricted Jobs | May not work at locations being picketed during the course of a labor dispute. | Minors cannot work in hazardous jobs such as handling, operating, or disassembling:<br>✦ Meat processing machines (including cleaning)<br>✦ Bakery machines (including cleaning)<br>✦ Cutting/slicing machines (e.g, keys, mini-blinds)<br>✦ Cardboard and/or paper balers (cannot put items in balers even when baler is off)<br>✦ Forklifts<br>✦ Motor vehicles<br>✦ Power-driven woodworking machines<br>✦ Saws and shears (for example, circular saws, band saws, or guillotine shears)<br>✦ Motorized pallet jack |
| Employer Requirements | ✦ Must file an application for a *Permit to Employ Minors Endorsement*.<br>✦ Must post valid *Master Business License with a Permit to Employ Minors Endorsement* in plain view of all employees.<br>✦ Must keep a copy of the *Parent/School Authorization for Employment* form in the minor's employee file. | ✦ Must pay at least minimum wage and overtime after 40 hours per week.<br>✦ Must keep legal proof of age on record for three years if minor is under 19 at the time of hire. |

MJ Exhibit 17   Page 58 of 415

**FredMeyer**

**FredMeyer**

# 1.8 Using Independent Contractors
(8/00)

### Statement

As an employer, Fred Meyer is responsible for withholding the proper amount of employment taxes from the wages of covered employees and for making the required contributions for social security and unemployment compensation.

It is important for managers to identify when a worker is considered an employee and when (s)he is considered an independent contractor; the incorrect classification of an employee as an independent contractor can result in penalties against the Company. If the worker is identified as an independent contractor, use a contract agreement (see page 1 - 48) and obtain approval from the appropriate divisional manager before signing any written contract. For contracts involving more than 12 months to complete or an expenditure of over $75,000, approval by the Company's Senior counsel is required.

Upon execution, a complete copy of all agreements must be forwarded to the Company's Senior counsel.

### Scope

This policy applies to all Fred Meyer Stores employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President, Senior Counsel.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.