**FredMeyer**

# General Store Attire

## Overview

Fred Meyer is concerned with associates' personal appearance, both from the standpoint of public image and the standpoint of job safety and health. In addition, Fred Meyer recognizes the importance of associates' comfort when working. Therefore, Fred Meyer encourages associates to be well-groomed and professional in their appearance and offers associates two attire options:

- Standard Business Attire

- Casual Attire

Since appropriate attire is often subjective and a matter of individual taste, this policy provides guidelines for acceptable dress and appearance during working hours.

## Name Badges

Name badges must be worn by associates at all times, regardless of the department in which they work. The name badge identifies associates by their first names.

## Exceptions to the Guidelines

***The guidelines listed on the following pages apply to all Fred Meyer store associates, with the exception of Pharmacy and Jewelry associates.*** Refer to "Department Exceptions" for specific information and Pharmacy and Jewelry guidelines. Other departments may allow specific exceptions to the dress guidelines due to the nature of the work. Again, refer to "Department Exceptions" for specific exception information.

Occasionally, stores will have specific themes (usually due to special promotions, holidays, etc.) and associates may be encouraged to dress in accordance with the theme.

# *FredMeyer*

## Definitions

The following terms are used in this policy and the definitions are provided for clarification:

*Aprons* - in the instances when aprons are worn, they must be up around the neck and tied appropriately

*Dress-shirts* - cut and sewn shirts made from a woven cloth with a collar.

*Dress-slacks* - tailored trousers, flat front or pleated, made from a woven cloth.

*Split-skirts* - skirts with sewn legs with either front and back pleats and/or panels to give the appearance of a full-skirt.

*Skorts* - shorts that may or may not have the appearance of a skirt in the front. Skorts are shorter in length than split-skirts, therefore, do not meet the hemline requirements defined in this dress code policy.

*City suits* - knee-length, tailored short trousers with matching blazer/ coat.

*Cropped pants* (also known as floods, pedal pushers) - calf-length slacks.

*Capri pants* - tight fitting, calf-length pants, often having a slit on the outside of the leg bottoms.

*Leggings* - women's pants or footless tights made of elastic material that fit very closely to the legs and hips.

*Fred Meyer approved polo shirts* - black and khaki herringbone polo shirts.

*Fred Meyer approved mock turtle-neck shirts* - black mock turtle-neck with Fred Meyer logo on the collar (to be worn under a Fred Meyer approved polo shirt)

**FredMeyer**

## Male Store Management Associates

The following guidelines define the dress standard for male store management associates. Also provided is a list of unacceptable attire.

| | Standard Business Attire Only |
|---|---|
| **Store Director, Department Managers, Assistant Managers and PIC's (Home, Apparel, Food, Home Electronics and Customer Service)** | ❖ Dress shirt (white for Assistant Managers) (*tucked in*), business suit or sport coat, dark colored tie, with black, dark brown, gray or navy dress slacks, **OR**<br><br>❖ Solid color sweater, dress shirt (*tucked in*) and dark colored tie worn underneath, with black, dark brown, gray or navy dress slacks, **OR**<br><br>❖ Dress shirt (white for Assistant Managers) (*tucked in*) and dark colored tie with black, dark brown, gray or navy dress slacks<br><br>❖ Business-like shoes (*in good condition*) with appropriate socks<br><br>❖ Additional attire may include-<br><br>   • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br><br>   • Jewelry that doesn't interfere with work or equipment<br><br>   • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons)<br><br>***Note: Department PIC's must wear buttoned red company vests (except in Apparel and Home Electronics)*** |

*MJ Exhibit 17    Page 213 of 415*

**200770**

## FredMeyer

▼

• Assistant Manager's and PIC's, when not performing the PIC job and scheduled to do other work, may wear "Casual Attire"

| | **Option 1: Standard Business Attire** |
|---|---|
| **Section Managers (MSD, BYR, MEA, PRO, NCR, HFD, GCR, SHO)** | ❖ Sport coat, dress shirt (*tucked in*) and dark colored tie, with black, dark brown, gray or navy dress slacks, **OR**<br><br>❖ Solid color sweater, dress shirt (*tucked in*) and tie worn underneath with black, dark brown, gray or navy dress slacks, **OR**<br><br>❖ White dress shirt (*tucked in*) and tie worn underneath with black, dark brown, gray or navy dress slacks<br><br>❖ Business-like shoes (*in good condition*) with appropriate socks<br><br>❖ Additional attire may include-<br>   • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>   • Jewelry that doesn't interfere with work or equipment<br>   • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons) |
| | **Option 2: Casual Attire** |
| | ❖ Black, navy or khaki cotton slacks with Fred Meyer approved *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*)<br><br>❖ Business-like or athletic shoes (*in good condition*) with appropriate socks<br><br>❖ Additional attire may include-<br>   • Fred Meyer designated/supplied apron - if an associate chooses to wear an apron, it must be up around the neck and tied appropriately<br>   • Fred Meyer designated/supplied hats or hair nets (see "Department Exceptions")<br>   • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>   • Jewelry that doesn't interfere with work or equipment<br>   • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons)<br><br>*Fred Meyer approved polo shirts and mock turtle-necks must be ordered through Fred Meyer |

**FredMeyer**

## Male Store Non-Management Associates

The following guidelines define the dress standard for male store non-management associates. Also provided is a list of unacceptable attire.

| Option 1: Standard Business Attire |
| --- |
| ❖ White long- or short-sleeved dress-shirt (*tucked in*) and dark-colored tie with black, dark brown, gray, or navy dress-slacks (*some areas listed under "Department Exceptions" might allow jean/denim pants*), **OR** |
| ❖ Sweater, with white dress-shirt (*tucked in*) and tie worn underneath, with dress-slacks |
| ❖ Fred Meyer designated/supplied apron - aprons must be worn around the neck and tied appropriately (*some "Department Exceptions" may provide an alternative uniform to aprons*) |
| ❖ Business-like shoes *(in good condition)* with appropriate socks |
| ❖ Additional attire may include— <br> • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions") <br> • Jewelry that doesn't interfere with work or equipment <br> • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons) |
| **Option 2: Casual Attire** |
| ❖ Black, navy or khaki cotton slacks with Fred Meyer approved *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*), **OR** |
| ❖ Fred Meyer-approved *shorts with Fred Meyer approved *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*) |
| ❖ Business-like or athletic shoes *(in good condition)* with appropriate socks |
| ❖ Additional attire may include— <br> • Fred Meyer designated/supplied apron - if an associate chooses to wear an apron, it must be up around the neck and tied appropriately <br> • Fred Meyer designated/supplied hats or hair nets (see "Department Exceptions") <br> • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions") <br> • Jewelry that doesn't interfere with work or equipment <br> • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons) |
| * Fred Meyer approved polo shirts, mock turtle-necks, and shorts must be ordered through Fred Meyer. Shorts may be worn May through September. Safety is a primary concern, therefore, shorts may not be worn in areas with potential risk of injury to exposed legs, for example: exposure to hot oil in the service deli. |
| *Continued on the next page…* |

*MJ Exhibit 17    Page 215 of 415*

200772

## FredMeyer

| Unacceptable Attire |
| --- |
| ❖ Sporty/casual outfits, such as athletic wear and/or "sweats" |
| ❖ Colored shirts, T-shirts, tank tops, tops that are sheer, see-through or expose the midriff or back, sweatshirts, sleeveless shirts, muscle shirts, brightly colored ties, novelty ties, and unapproved polo shirts and shirts with logos, includes unapproved Fred Meyer logo/promotional shirts |
| ❖ Jeans (any type unless listed under "Department Exceptions"), denim, track, cargo, excessively baggie, and bleached or light-colored slacks (with the exception of approved khaki slacks) and unapproved shorts |
| ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing or too tight |
| ❖ Untied aprons |
| ❖ Hats, unless approved |
| ❖ Open-toed sandals, thongs, hiking boots, and slick-soled shoes |
| ❖ Shoes worn without socks |
| ❖ Facial/exotic piercing with visible body jewelry, including earrings |
| ❖ Visible exotic tattoos |
| ❖ Unauthorized badges and buttons of personal belief |

## FredMeyer

## Female Store Management Associates

The following guidelines define the dress standard for female store management associates. Also provided is a list of unacceptable attire .

| | Standard Business Attire Only |
|---|---|
| **Store Director, Department Managers, Assistant Managers and PIC's (Home, Apparel, Food, Home Electronics and Customer Service)** | ❖ Dress/suit, *OR*.<br><br>❖ Blouse (white for Assistant Manager) and/or sweater with dress-slacks, skirt, split-skirt, or city pants<br><br>    • Dress or skirt hemlines should be appropriate in length and not exceed four inches above the knee<br><br>    • Bras must be worn at all times<br><br>❖ Business-like shoes *(in good condition)* with appropriate hosiery/socks<br><br>❖ Additional attire may include—<br><br>    • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br><br>    • Jewelry that doesn't interfere with work or equipment<br><br>    • Authorized pins /buttons (Service Plus pins, United Way pins, promotional buttons)<br><br>*Note: Department PIC's must wear buttoned red company vests (except in Apparel and Home Electronics)* |

MJ Exhibit 17    Page 217 of 415

200774

## FredMeyer

- Assistant Managers and PIC's, when not performing the PIC job and scheduled to do other work may wear "Casual Attire"

| | Option 1: Standard Business Attire |
|---|---|
| **Section Managers (MSD, BYR, MEA, PRO, NCR, HFD, GCR, SHO))** | ❖ Dress/suit, *OR*<br><br>❖ Blouse and/or sweater with dress-slacks, skirt, split-skirt, or city pants<br>   • Dress or skirt hemlines should be appropriate in length and not exceed four inches above the knee<br>   • Bras must be worn at all times<br><br>❖ Business-like shoes *(in good condition)* with appropriate hosiery/socks<br><br>❖ Additional attire may include—<br>   • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>   • Jewelry that doesn't interfere with work or equipment<br>   • Authorized pins /buttons (Service Plus pins, United Way pins, promotional buttons) |
| | **Option 2: Casual Attire** |
| | ❖ Black, navy or khaki cotton slacks with Fred Meyer approved *polo shirt or *mock turtle-neck *(worn under polo shirt, preferably tucked in)*<br><br>❖ Business-like or athletic shoes *(in good condition)* with appropriate hosiery/socks<br><br>❖ Additional attire may include—<br>   • Fred Meyer designated/supplied apron - if an associate chooses to wear an apron, it must be up around the neck and tied appropriately<br>   • Fred Meyer designated or supplied hats or hair nets (see "Department Exceptions")<br>   • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>   • Jewelry that doesn't interfere with work or equipment<br>   • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons)<br><br>*Fred Meyer approved polo shirts and mock turtle-necks must be ordered through Fred Meyer |
| | *Continued on the next page…* |

MJ Exhibit 17    Page 218 of 415

200775

## FredMeyer

| | Unacceptable Attire |
|---|---|
| | ❖ Shorts |
| | ❖ Sporty/casual outfits, such as athletic wear and/or "sweats" |
| | ❖ Clingy or skin-tight clothing, includes leggings |
| | ❖ T-shirts, tank tops, tops that are sheer, see-through or expose the midriff or back, low-cut necklines, and unapproved polo shirts and shirts with logos, includes unapproved Fred Meyer logo/promotional shirts |
| | ❖ Jeans (any type unless listed under "Department Exceptions"), denim, track, cargo, excessively baggie, and bleached or light-colored slacks (with the exception of approved khaki slacks), tight-fitting stretch, or cropped pants, capri pants, leggings and skorts |
| | ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing or too tight |
| | ❖ Dress or skirt hemlines more than four inches above the knee |
| | ❖ Sheer dresses or skirts worn without slips |
| | ❖ Unbuttoned company vests |
| | ❖ Hats, unless approved |
| | ❖ Open-toed sandals, thongs, and hiking boots |
| | ❖ Clothes worn without undergarments, includes bras |
| | ❖ Shoes worn without hosiery/socks |
| | ❖ Facial/exotic piercing with visible body jewelry, with the exception of earrings |
| | ❖ Visible exotic tattoos |
| | ❖ Unauthorized badges and buttons of personal belief |

MJ Exhibit 17     Page 219 of 415

200776

**FredMeyer**

## Female Store Non-Management Associates

The following guidelines define the dress standard for female store non-management associates. Also provided is a list of unacceptable attire.

| Option 1: Standard Business Attire |
| --- |
| ❖ Dresses, **OR** |
| ❖ White long- or short-sleeved dress-shirt with black, dark brown, gray, or navy dress-slacks, skirts, split-skirts, or city pants<br>  • Some "Department Exceptions" might allow jean/denim pants<br>  • During cold weather, solid color sweaters may be worn<br>  • Dress or skirt hemlines should be appropriate in length and not exceed four inches above the knee<br>  • Bras must be worn at all times |
| ❖ Fred Meyer designated/supplied apron - aprons must be worn around the neck and tied appropriately (*some "Department Exceptions" may provide an alternative uniform to aprons*) |
| ❖ Business-like shoes *(in good condition)* with appropriate hosiery/socks |
| ❖ Additional attire may include—<br>  • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>  • Jewelry that doesn't interfere with work or equipment<br>  • Authorized pins /buttons (Service Plus pins, United Way pins, promotional buttons) |
| **Option 2: Casual Attire** |
| ❖ Black, navy or khaki cotton slacks with Fred Meyer approved *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*), **OR** |
| ❖ Fred Meyer-approved *shorts with Fred Meyer approved *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*) |
| ❖ Business-like or athletic shoes *(in good condition)* with appropriate hosiery/ socks |
| ❖ Additional attire may include—<br>  • Fred Meyer designated/supplied apron - if an associate chooses to wear an apron, it must be up around the neck and tied appropriately<br>  • Fred Meyer designated or supplied hats or hair nets (see "Department Exceptions")<br>  • Fred Meyer designated/supplied slip resistant footwear (see "Department Exceptions")<br>  • Jewelry that doesn't interfere with work or equipment<br>  • Authorized pins/buttons (Service Plus pins, United Way pins, promotional buttons) |
| *Fred Meyer approved polo shirts, mock turtle-necks and shorts must be ordered through Fred Meyer. Shorts may be worn May through September. Safety is a primary concern; therefore, shorts may not be worn in areas with potential risk of injury to exposed legs (for example, exposure to hot oil in the service deli) |

200777

**FredMeyer**
▼

| Unacceptable Attire |
|---|
| ❖ Sporty/casual outfits, such as athletic wear and/or "sweats" |
| ❖ Clingy or skin-tight clothing, includes leggings |
| ❖ T-shirts, tank tops, tops that are sheer, see-through or expose the midriff or back, low-cut necklines, and unapproved polo shirts and shirts with logos, includes unapproved Fred Meyer logo/promotional shirts |
| ❖ Jeans (any type unless listed under "Department Exceptions"), denim, track, cargo, excessively baggie, and bleached or light-colored slacks (with the exception of approved khaki slacks), tight-fitting stretch, or cropped pants, capri pants, leggings, unapproved shorts, and skorts |
| ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing or too tight |
| ❖ Dress and skirt hemlines more than four inches above the knee |
| ❖ Untied aprons |
| ❖ Sheer dresses or skirts worn without slips |
| ❖ Hats, unless approved |
| ❖ Open-toed sandals, thongs, and hiking boots |
| ❖ Shoes worn without hosiery/socks |
| ❖ Clothes worn without undergarments, include bras |
| ❖ Facial/exotic piercing with visible body jewelry, with the exception of ear-rings |
| ❖ Visible exotic tattoos |
| ❖ Unauthorized badges and buttons of personal belief |

## Personal Grooming

The following table provides personal grooming standards for **all** store associates:

| Male | |
|---|---|
| **Clothing** | Clothing (including aprons) must be neat, clean, and pressed |
| **Hair** | ❖ Hairstyles must be conventional and appropriate for a business setting<br>❖ Hair may not be longer than the bottom of the collar in the back and the bottom of the ear on the sides<br>❖ No *extreme* hairstyles such as punk, spiked, or unnatural coloring<br>❖ No tails<br>❖ No head scarves or bandanas |
| | *Continued on the next page…* |

▲ *MJ Exhibit 17*    *Page 221 of 415*

*Corporate Policy Handbook*    4.6 Dress and Appearance

200778

**FredMeyer**

| Male | |
|---|---|
| **Face** | ❖ Sideburns may not be longer than the bottom of the ear<br><br>❖ Must be clean-shaven, or—<br><ul><li>Moustaches must be neatly trimmed and may not be lower than the corners of the mouth</li></ul>❖ Goatees, partial goatees or fashion facial hair, such as the small triangular-shaped area grown below the lower-lip, are not permitted except in Alaska<br><br>❖ Beards are not permitted except in Alaska. Beards must cover the entire face. New growth is only allowed for the time that is needed to grow the beard. In addition, beards—<br><ul><li>Must be neatly trimmed and must not interfere with work or equipment</li><li>Must not be more than two inches below the chin</li></ul> |
| **Glasses** | ❖ No sunglasses—may wear only prescription tinted glasses<br><br>❖ Fashion/fad contact lenses which give the optical illusion of flames, 8-balls, spiral eyes, etc. are not allowed |

| Female | |
|---|---|
| **Clothing** | Clothing (including aprons) must be neat, clean, and pressed. |
| **Hair** | ❖ Hairstyles must be conventional and appropriate for a business setting<br><br>❖ Long hair must be pulled back so it does not cover the name badge or impede job performance<br><br>❖ No *extreme* hairstyles such as punk, spiked, or unnatural coloring<br><br>❖ No head scarves or bandanas |
| **Face** | No extreme makeup such as white opaque foundation |
| **Glasses** | ❖ No sunglasses—may wear only prescription tinted glasses<br><br>❖ Fashion/fad contact lenses which give the optical illusion of flames, 8-balls, spiral eyes, etc. are not allowed |

MJ Exhibit 17     Page 222 of 415

200779

# FredMeyer

## Department Exceptions

The following table provides a description of department exceptions. Aprons are provided for associates involved in tasks that might soil their clothing.

| Department | Exception |
|---|---|
| **BSM** | BSM associates must wear shoes with non-slip soles. BSM associates working when the store is closed do not have to adhere to either the "Standard Business Attire" or the "Casual Attire." Associates working when the store is open may choose either the "Standard Business Attire" or the "Casual Attire" |
| **Home Fashion** | Associates scheduled to work in the checkstands or on the sales floor must dress according to the guidelines outlined in this policy<br><br>Associates scheduled to work in the load-out area may wear jeans but must otherwise comply with the guidelines outlined in this policy |
| **Garden Center Fuel Center** | Associates scheduled to sell merchandise either inside or outside the store must dress according to the guidelines outlined in this policy<br><br>Associates scheduled to do tasks in which their clothing could become soiled (such as watering or moving plants or fueling vehicles) may wear jeans, but must otherwise comply with the general guidelines outlined in this policy<br><br>Associates scheduled to work their entire shifts unloading trucks and/or building displays in the outside garden area or fuel center may wear clothing suitable for the required tasks (such as jeans, sweatshirts, boots, flannel shirts, etc.) |
| **Jewelry** | Jewelry associates may dress in skirts, dresses, dress-slacks, or suits with tailored dress-shirts and blouses |
| **Pharmacy** | Pharmacists may wear white pharmacist coats over "Standard Business Attire" and must wear white pharmacist coats over "Casual Attire" and must otherwise comply with the general guidelines outlined in this policy<br><br>Pharmacy Technicians must wear blue smocks over their clothing and must otherwise comply with the general guidelines outlined in this policy<br><br>In addition, certain states require associates to put their technical designations on their name badges |
| | *Continued on the next page…* |

*MJ Exhibit 17    Page 223 of 415*

**200780**

**FredMeyer**

| Department | Exception |
|---|---|
| **Service Departments** | Service Department associates (those working in MSD, MEA, SFC, BYR, PRO, and NCR who handle or prepare ready-to-eat food) must restrain their hair. Hair nets, hats, uniforms, or smocks will be supplied<br><br>❖ Fred Meyer supplied slip resistant footwear (*Crew-Guard*) or any *Shoes for Crews* products that are purchasable via payroll reduction, must be worn by everyone working in service food departments (with the exception of NCR)<br><br>❖ Hats must be worn by everyone working in the departments that prepare and/or handle food<br><br>❖ Females with hair that is long enough to reach the collar of the work shirt, must have their hair pulled up and restrained in some manner whether it is tucked fully under the hat or some other device is used such as a barrette, clip, hair net, chignon, or snood<br><br>❖ Service Bakery associates may wear white pants<br><br>Associates must otherwise comply with the general guidelines stated in this policy |
| **Starbucks Kiosk** | Associates scheduled to work in the Starbucks Kiosk must adhere to the dress code outlined by Starbucks Coffee Company. Refer to your supervisor for details |
| **Apparel, Shoes** | Associates scheduled to work in one of these departments may choose to wear any attire as long as it is not listed as unacceptable, and they must adhere to the personal grooming guidelines stated in this policy |
| **Tellers** | Tellers that are not in contact with the public may wear jeans, colored shirts, and athletic shoes but must otherwise comply with the guidelines outlined in this policy |

*MJ Exhibit 17      Page 224 of 415*

**200781**

## FredMeyer

# Main Office Attire

## Overview

Fred Meyer is concerned with associates' personal appearance, both from the standpoint of public image and the standpoint of job safety and health. In addition, Fred Meyer recognizes the importance of associates' comfort when working. Therefore, Fred Meyer encourages associates to be well-groomed and professional in their appearance and offers associates three attire options:

- ❖ Standard Businesswear

- ❖ Casual Businesswear

- ❖ Casual Attire

Since appropriate attire is often subjective and a matter of individual taste, this policy provides guidelines for acceptable dress and appearance during working hours. Use the following guidelines when choosing appropriate attire:

| If the business day includes... | then wear... |
|---|---|
| Contact with the public, vendors, clients, Customers, etc. | Standard Businesswear |
| Store visits | Standard Businesswear (Option 1) **OR** Casual Attire (Option 3). Hosiery/socks must accompany footwear during store visits. |
| Office work only with no outside contacts or store visits | Any of the attire options listed |

## Policy Exceptions

*Casual Dress Friday* - On all Fridays, Main Office associates may choose the option of dressing in casual attire of their choice, for example, denim jeans. For this privilege, $1 may be donated to charity on the Friday that casual attire is worn (on the first Friday of every month a donation is not necessary). The $1 donation should be paid to the department's designated collector/collection site.

Even with the relaxed dress code on Fridays, clothing must still be in good taste. Associates may not wear items listed as "unacceptable attire" and must otherwise comply with the guidelines outlined in this policy.

*Corporate Policy Handbook*

*MJ Exhibit 17    Page 225 of 415*
4.6 Dress and Appearance

**200782**