**FredMeyer**

## Male Office Associates

The following guidelines define the dress standard for male office associates. Also provided is a list of unacceptable attire.

| Option 1: Standard Businesswear |
|---|
| ❖ Business suit with dress-shirt (*tucked in*) and tie, **OR** |
| ❖ Sport coat, dress-slacks with dress-shirt (*tucked in*) and tie, **OR** |
| ❖ Sweater, with dress-shirt (*tucked in*) and tie worn underneath, and dress-slacks |
| ❖ Business-like shoes *(in good condition)* with appropriate socks |
| ❖ Jewelry that doesn't interfere with work or equipment |
| **Option 2: Casual Businesswear** |
| ❖ Casual slacks (i.e., Docker-style, khakis, etc.) with sweater, dress-shirt (worn without a tie), or casual shirt, such as a polo/golf, oxford, woven casual dress, knit henley, long-sleeved knit collarless, (blazers, sport coats/jackets, and sweater vests may be worn over shirts) |
| ❖ Business-like shoes, such as boating/deck shoes or loafers, or athletic shoes (*in good condition*) with appropriate socks |
| ❖ Jewelry that doesn't interfere with work or equipment |
| **Option 3: Casual Attire** |
| ❖ Black, navy or khaki cotton slacks with *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*) |
| ❖ Business-like or athletic shoes *(in good condition)* with appropriate socks |
| ❖ Jewelry that doesn't interfere with work or equipment |
| * Fred Meyer-approved polo shirts and mock turtle-necks must be ordered through Fred Meyer. |
| **Unacceptable Attire** |
| ❖ T-shirts, sweatshirts, muscle shirts, and unapproved Fred Meyer logo/promotional shirts |
| ❖ Jeans (*except on casual Friday or unless listed under "Department Exceptions"*) |
| ❖ Shorts |
| ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing or too tight |
| ❖ Casual open-toed sandals (including Birkenstock-style), thongs/flip-flops, and hiking boots |
| ❖ Facial/exotic piercing with visible body jewelry, including earrings |
| ❖ Visible exotic tattoos |

**FredMeyer**

## Female Office Associates

The following guidelines define the dress standard for female office associates. Also provided is a list of unacceptable attire..

| Option 1: Standard Businesswear |
|---|
| ❖ Dresses/suits, **OR** |
| ❖ Blouses, knits and/or sweaters with skirts or dress slacks |
|    • Dress or skirt hemlines should be appropriate in length and not exceed two inches above the knee |
|    • Bras must be worn at all times |
| ❖ Business-like shoes |
| ❖ Jewelry that doesn't interfere with work or equipment |
| **Option 2: Casual Businesswear** |
| ❖ Casual dresses, **OR** |
| ❖ Casual slacks/skirts with long or short sleeved knits, blouses/shirts, tailored sleeveless shirts, sweaters and jackets |
|    • Dress or skirt hemlines should be appropriate in length and not exceed two inches above the knee |
|    • Bras must be worn at all times |
| ❖ Casual or low-heeled shoes, "dressy" open-toed sandals |
| ❖ Jewelry that doesn't interfere with work or equipment |
| **Option 3: Casual Attire** |
| ❖ Black, navy, or khaki cotton slacks with *polo shirt or *mock turtle-neck (*worn under polo shirt, preferably tucked in*), **OR** |
| ❖ Casual knit or woven shirt. Cropped pants, capris, or casual pants (***office only***) |
|    • Bras must be worn at all times |
| ❖ Business-like or athletic shoes (*in good condition*), **OR** |
| ❖ Casual or low-heeled shoes or sandals (***office only***) |
| ❖ Jewelry that doesn't interfere with work or equipment |
| *Fred Meyer approved polo shirts and mock turtle necks must be ordered through Fred Meyer |
| *Continued on the next page…* |

**FredMeyer**

| Unacceptable Attire |
|---|
| ❖ Sporty/casual outfits, such as athletic wear and/or sweats |
| ❖ T-shirts, tank tops, tops that are sheer, see-through, or expose the midriff or back, low-cut necklines, and unapproved Fred Meyer logo/promotional shirts |
| ❖ Jeans (*except on casual Friday or unless listed under "Department Exceptions"*), leggings, and shorts/skorts |
| ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing, or too tight |
| ❖ Dress or skirt hemlines more than two inches above the knee |
| ❖ Sheer dresses, sun dresses, or clothes worn without undergarments |
| ❖ Rubber flip-flops, hiking boots |
| ❖ Facial/exotic piercing with visible body jewelry, with the exception of earrings |
| ❖ Visible exotic tattoos |

## Print Shop and BSM Associates

The following guidelines define the dress standard for associates who work in the Print Shop or BSM departments.

| Standard Attire |
|---|
| ❖ Clean jeans or casual slacks with long- or short-sleeved shirts, such as T-shirts, polo shirts, and sweatshirts |
| ❖ Comfortable shoes with non-slip soles *(in good condition)* with appropriate hosiery/socks |
| ❖ Jewelry that doesn't interfere with work or equipment |
| **Unacceptable Attire** |
| ❖ Tank tops, muscle shirts, and sheer or see-through shirts |
| ❖ Faded, ragged jeans, sweat pants, and shorts |
| ❖ Any item of clothing that is torn, frayed, stained, wrinkled, mismatched, revealing, or too tight |
| ❖ Open-toed sandals, thongs/flip-flops, hiking boots, and cowboy/western boots |
| ❖ Facial/exotic piercing with visible body jewelry, including earrings |
| ❖ Visible exotic tattoos |

## Department Exceptions

***Mail Center and Network Services Warehouse*** - Associates scheduled to work on the shipping/receiving dock or in other areas that involve tasks that could soil their clothing may wear jeans, but must otherwise comply with the general guidelines outlined in this policy.

**FredMeyer**

## Personal Grooming

The following table provides personal grooming standards for **all** Main Office associates:

| Male | |
|---|---|
| **Clothing** | Clothing must be neat, clean, and pressed |
| **Hair** | ❖ Hairstyles must be conventional and appropriate for a business setting<br>❖ Hair may not be longer than the bottom of the collar in the back and the bottom of the ear on the sides<br>❖ No *extreme* hairstyles such as punk, spiked, or unnatural coloring<br>❖ No tails<br>❖ No head scarves or bandanas |
| **Face** | ❖ Sideburns may not be longer than the bottom of the ear<br>❖ Must be clean-shaven, or—<br>  • Moustaches must be neatly trimmed and may not be lower than the corners of the mouth<br><br>*Only those Main Office associates who do **not** have regular contact with merchandise vendors or do **not** visit the stores as a regular part of their duties may wear goatees and beards as follows:*<br>  • Goatees must be full goatees, not just chin coverage. Partial goatees or fashion facial hair, such as the small triangular-shaped area grown below the lower-lip, are not permitted<br>  • Beards must cover the entire face. New growth is only allowed for the time that is needed to grow the beard. Beards must be neatly trimmed, must not interfere with work or equipment, and must not be more than two (2) inches below the chin |
| **Glasses** | No sunglasses—may wear only prescription tinted glasses |

| Female | |
|---|---|
| **Clothing** | Clothing must be neat, clean, and pressed |
| **Hair** | ❖ Hairstyles must be conventional and appropriate for a business setting<br>❖ No *extreme* hairstyles such as punk, spiked, or unnatural coloring<br>❖ No head scarves or bandanas |
| **Face** | No extreme makeup such as white opaque foundation |
| **Glasses** | No sunglasses—may wear only prescription tinted glasses |

**FredMeyer**

# 4.7 Time and Attendance
(10/04)

### Statement

The following time and attendance guidelines have been developed to help ensure that employee time reporting at Fred Meyer is consistent and accurate for all employees.

### Scope

This policy applies to all Fred Meyer Stores employees, regardless of whether the employee is on a manual or automated system of time reporting.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Time tracking and reporting

Employees are responsible for keeping track of their own time and are not to clock other employees in or out or fill out time sheets for anyone other than themselves. Doing so is considered a violation of payroll procedures and is cause for disciplinary action, up to and including termination.

### Reporting lunches and breaks

Management in each area is held responsible for knowing and communicating to employees state regulation and union contract work rules for breaks and lunches.

Hourly employees must clock in and out as instructed by area management. Hourly employees not yet on the automated time and attendance system are also responsible for reporting time as instructed by their manager.

**FredMeyer**

## Special pay requests

Employees are responsible for filling out requests and obtaining the proper authorization for the following special pay types:

| Pay Type | Hourly Employees | Salaried Employees |
|---|---|---|
| Sick | Yes | Yes |
| Jury Duty | Yes | Yes |
| Funeral | Yes | Yes |
| Vacation | Yes | Yes |
| Anniversary | Yes | n/a |
| Birthday | Yes | n/a |
| Personal Holiday | Yes | n/a |
| Floating Holiday | Yes | n/a |

Refer to the appropriate union contract or salary rate schedule for more detailed information about special pay types.

The authorized request must be turned in on time—that is before the payroll cut-off—to receive special pay. If the request is not received before the cutoff, the employee will receive the special pay in the following paycheck.

**Note:** Questions regarding cut-off dates should be directed to the Time and Attendance Operator (for employees on time and attendance systems) or Human Resources (for employees not yet on the time and attendance system).

## Unauthorized work hours

Federal law requires that hourly employees be paid for all time worked, even if worked without management authorization. Time worked is defined as "an employee performing any service for an employer."

Managers may not take away from employees any time worked, even if it results in unauthorized overtime. Employees must be made aware that they may only work the hours that have been authorized and are not permitted to work *free-time* (time off the clock).

Employees who work unauthorized hours or time off the clock and managers who authorize or permit time off the clock will be subject to appropriate disciplinary action, up to and including termination.

**FredMeyer**

## Adjustments and corrections

In cases where both the employee and the manager agree that a portion of the recorded time was not actually worked, the employee and manager must submit a written and signed agreement before the reported time can be adjusted.

Managers must be able to justify any situation where adjustments have been made to reduce recorded time.

In cases where both the employee and the manager agree that a portion of time was worked but not recorded, the manager must make the adjustment on the appropriate form.

## Travel time for hourly employees

Ordinary home-to-work travel by employees—such as reporting to work at the start of the day and returning home at the end of the day—is not considered hours worked under the Fair Labor Standards Act (FLSA). However, after the employee starts the workday, any time spent traveling as part of their work activities must be counted as hours worked. For the purpose of this policy, public transportation is defined as a train, plane, or bus. The following table is intended to explain when travel time is considered hours worked.

**Note:** Overtime pay is subject to the requirements of individual state laws or collective bargaining agreement(s). For example, in some states overtime is paid after eight hours, in other states it is paid after 10 or 12 hours.

| One-Day Assignments (no overnight stay required) An employee is required to travel to another location | | |
|---|---|---|
| Policy | Example | Exceptions/Exclusions |
| If an employee drives his/her own vehicle, all travel time is considered hours worked. | An employee spends 3 hours traveling to a 6-hour meeting, then spends 3 hours traveling home (all time is paid). The employee would be paid for 12 hours— regular pay plus any applicable overtime pay (see note regarding overtime). | Bona fide meal periods are not considered hours worked. |

**FredMeyer**

| One-Day Assignments (no overnight stay required) An employee is required to travel to another location |||
|---|---|---|
| Policy | Example | Exceptions/Exclusions |
| If an employee takes a form of public transportation, all travel time spent on public transportation is considered hours worked. | An employee drives his/her vehicle ½ hour to the airport and waits 1 hour for the flight (time is not paid). The flight takes 1 hour, the meeting lasts 6 hours, the return flight is 1 hour, and the employee travels ½ hour home (all time except the ½ hour drive home is paid). The employee is paid for 8 hours. | ❖ Time spent traveling to and waiting at a depot or airport is not considered hours worked.<br>❖ Bona fide meal periods are not considered hours worked. |

| Assignments (overnight stay required) An employee is required to take a trip by car or public transportation that requires an overnight stay. |||
|---|---|---|
| Policy | Example | Exceptions/Exclusions |
| All the time spent traveling during the hours corresponding to the employee's normal working hours must be counted as hours worked, including travel on the employee's normal days off and holidays. | An employee who normally works 8 a.m. to 5 p.m. would be paid as follows:<br><br>The employee travels from 7 a.m. to 9 a.m. (7 a.m. to 8 a.m. is not paid) to attend a meeting from 10 a.m. to 5 p.m. (all hours paid), then returns the next day traveling from 8 a.m. to 10 a.m. (all hours paid) The employee would be paid for 8 hours the meeting day and 2 hours for the travel the next day. | ❖ Bona fide *meal periods* and time spent as a *passenger* on an airplane, train, boat, bus, or automobile are not considered hours worked.<br>❖ If the employee is required to drive a vehicle containing passengers, all driving hours must be paid. |

**FredMeyer**

It is difficult to address all travel item situations that could occur; therefore, managers and supervisors should use good judgment when making compensation decisions and treat employees fairly. The list below addresses a few special situations:

| Situation | Policy |
|---|---|
| Emergency call-back situations, that is, the employee is called back after completing the day's work. | All travel time must be considered hours worked. |
| Travel time plus meeting time is less than eight hours. For example, the employee travels 2 hours to a 2-hour meeting, then travels 2 hours home. | Pay the employee for 8 hours. |
| Travel time plus meeting time is more than eight hours. For example, the employee travels 2 hours to a 6-hour meeting, then travels 2 hours home. | Pay the employee regular pay plus any applicable overtime pay (see note regarding overtime). |
| The employee is offered plane transportation, but opts to drive his/her own car. For example, a flight from Portland to Seattle takes less than an hour, but it takes 3 hours to drive. | [The employer has the choice to pay the employee for the lesser travel time, that is, 2 travel hours instead of 6 travel hours or just pay for the travel time either way. What is our position?] |

**Note:** Employees are asked to travel for business reasons that benefit the company. Overnight travel can be an inconvenience to hourly employees who rarely travel. When employees are required to travel the day before an all-day meeting, every effort should be made to ensure that the travel time causes the employee minimal hardship. For example, unless the employee consents, it would be unfair to schedule a 10 p.m. flight for an employee who worked a 6 a.m. to 2 p.m. shift the same day.

## Questions

Additional information time and attendance procedures can be found in the *Time and Attendance System Operator's User Guide*.

Questions about union contracts/state and federal regulations should be directed to Human Resources.

**FredMeyer**

**FredMeyer**

# 4.8 Employee Purchases
## (4/04)

### Statement

Fred Meyer encourages employees to shop at company stores to help them become better acquainted with the merchandise, and to allow them to enjoy the quality, value, selection, and service offered. Employee shopping also increases business for the company, which means greater job security and opportunities for all employees.

The guidelines in this policy have been developed to ensure that employees and Customers are treated fairly and receive the same opportunities when purchasing merchandise.

### Scope

This policy applies to all Fred Meyer Stores retail location employees and all other Fred Meyer employees while working at a retail location (for example special events, resets, sales, etc.).

### Effective Date

This policy is effective immediately and supersedes any previous policies.

### Policy Owner

Route all policy questions and suggested updates to the Senior Vice President, Director of Store Operations.

### Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Making Purchases While on Duty

When scheduled to work, employees may shop during lunch hours or breaks, but they must have another employee ring up their purchases.

**Note:** Employees must never ring up their own purchases.

Purchases (and other valuables) should be stored in the designated employee storage/locker area. Purchases should not be stored in the stockroom or checkstand area.

A store employee who makes purchases and plans to store that purchase on the premises must keep the sales receipt with the merchandise. The merchandise may be inspected by store management or loss prevention upon leaving the building.

For additional information on employee parcel inspection, see corporate policy 4.9 *Employee Parcel Inspection*.

## Purchasing Sale and Clearance Merchandise

Sale and clearance merchandise must be available to Customers when a sale begins. Sale and clearance merchandise may not be reserved or held by employees; in other words, employees may not:

+ Purchase the merchandise before the store opens.
+ Call to ask store employees to have specific merchandise held.
+ Remove the merchandise from the sales floor to hold before the store opens.
+ Purchase merchandise before the ad comes out and then return the merchandise on the ad date for a price adjustment.

## Purchasing Ticketmaster Tickets

Fred Meyer employees wishing to purchase tickets to a **Ticketmaster** event may not be treated differently than other Fred Meyer Customers. Employees may purchase tickets from **Ticketmaster** only if they are off-duty and wait their turn in line.

**Note:** The Fred Meyer employee discount is not applied to ticket sales.

Tickets may be sold from 9:00 am to 9:00 pm PT (Pacific Time) Monday - Saturday and 9:00 am to 6:00 pm on Sunday. There is no **Ticketmaster** support for ticket sales at any other times.

During an On-Sale event, employees may not take telephone orders, set tickets aside, or sell tickets to themselves at any time.

**FredMeyer**

# 4.9 Employee Parcel Inspection
## (2/04)

### Statement

While we encourage our employee's to "spend it where they earn it", a Fred Meyer employee who makes purchases and plans to store that purchase on the premises must expect that package to be inspected upon their leaving the building. Inspections of employee packages may be conducted by any Fred Meyer management employee, person-in-charge (PIC), or loss prevention employee. Packages include, but are not limited to, the following:

- Packages or sacks
- Backpacks
- Lunch pails
- Briefcases
- Purses
- Empty boxes
- Any other container which could conceal merchandise

### Scope

This policy applies to all Fred Meyer Stores retail location employees and all other Fred Meyer employees while working at a retail location (for example special events, resets, sales, etc.).

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Parcel inspection procedure

PICs and loss prevention employees should follow these steps when conducting parcel inspections

1. Parcel inspections should be conducted on a routine basis and at different times of the day.
2. Employee's should be greeted and it should be explained to them that their parcels are being inspected. If they request, a copy of the policy can be provided by their manager.
3. All merchandise must be compared to the receipt.
4. If any merchandise is found that there is no receipt for, and it is clearly not the employee's personal property, then this merchandise needs to be held at the store. The employee should provide a written statement as to when they purchased it, and which register. (Forms are available from loss prevention). The employee can leave while the purchase is researched.
5. Thank the employee's for their time and patience.
6. Complete the parcel check log (Loss Prevention Manager) and retain for 13 periods.

**FredMeyer**

# 4.10 Employee Solicitations
(8/94)

### Purpose

The limitations on the use of company resources outlined below are not intended to infringe on the rights of employees as individuals to freely express and exchange views and to associate with others. Instead, they are intended to preserve Fred Meyer's impartiality and to avoid the misuse of company facilities or resources.

Employees are always free to express their views and to solicit support for such views or for community or other programs in which they are personally interested. Generally, such expressions and canvassing should be done privately; they should not disrupt company activities or infringe on the rights of others.

### Statement

Fred Meyer does not permit:

- Solicitation of any kind in selling areas of any company premises or during working time.
- Distribution of literature or printed matter in selling and other working areas or during working time.
- The use of company facilities, equipment, letterhead, communications media (including intersection mail and bulletin boards), or other resources for the purposes of political, religious, or other canvassing, or for purposes that are not accepted parts of the company's programs and functions.

### Exceptions

Exceptions to this policy are the annual United Way Campaign, the periodic Red Cross Blood Drives, or other charity campaigns approved by the management committee.

### Scope

This policy applies to all Fred Meyer Stores employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.