**FredMeyer**

## Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

# 4.11 Smoking and Tobacco Use
(1/02)

## Statement

Fred Meyer is committed to providing a safe, healthy, and comfortable workplace. It is Fred Meyer policy to prohibit smoking in all locations, including stores, plants, offices, retail service centers, and distributions centers, except for designated smoking areas. Employees working in a facility without a designated smoking area may smoke outside the building during scheduled breaks provided this does not bother or interfere with Customers, visitors, or employees entering or exiting the facility.

Smoking is defined as the act of lighting, smoking, or carrying a lighted or smoldering cigar, cigarette, or pipe of any kind. A designated smoking area is a fully enclosed, ventilated room or a signed-area outdoors.

Employees must extinguish and properly dispose of smoking materials and keep designated smoking areas and/or areas outside the building used for smoking clean and free of smoking debris.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective date

This policy is effective immediately and supersedes any previous policies.

## Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

### Chewing tobacco.

The use of chewing tobacco is prohibited on the sales floor of all retail locations and work areas of all offices, warehouses, plants, and service centers. Use of these products is restricted to designated rest areas, such as lunch/break rooms. To ensure the safety and cleanliness of the workplace, employees using these products are required to appropriately dispose of any residual waste.

### Management responsibilities

Managers are responsible for the following:

- Posting smoking and no-smoking areas (Store Directors are responsible for selecting a smoking area outside the store)
- Ensuring all entrances used by Customers and visitors are **NOT** designated smoking areas and are clean and free of smoking debris
- Adhering to state laws related to smoking in the workplace

### Questions

Contact Human Resources with questions related to individual state laws that govern smoking in the workplace.

**FredMeyer**

---

# 4.12 Personal Weapons
## (10/01)

### Statement

Fred Meyer, in the interest of its employees, Customers, business affiliates, and the public, is committed to ensure a safe, healthful, and productive work environment. Management will intervene when there is reasonable cause to believe an employee is in possession of weapons while on Company premises, or outside Company premises on Company business.

Employees are prohibited from carrying or possessing personal weapons on company premises or while performing job-related duties off company premises.

### Definition

For the purposes of this policy, the term weapon applies to all: weapons is defined as:

- Firearms (loaded or unloaded)
- Explosives
- Knives (except pocket knives with folding blades of less than 4 inches)
- Martial arts weaponry
- Other weapons

### Scope

This policy applies to all Fred Meyer Stores employees and all those working as independent contractors.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

**FredMeyer**

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**Note:** Holding a state or local license to carry a weapon does not entitle an employee to violate this policy.

**FredMeyer**

# 4.13 Reference, Recommendation, and Service Letters
(11/96)

## Statement

It is Fred Meyer's policy not to provide either former or current employees with professional reference, recommendation or service letters, with the exception of Fred Meyer employees in Montana. Montana state laws requires an employer, after discharging any employee from service, upon demand by the discharged employee, to furnish him/her in writing a full, succinct, and complete statement of the reason for the discharge. Montana managers must contact Human Resources for assistance with any such statements.

Any exception to this policy must have prior approval by the Group Vice President, Human Resources.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective Date

This policy is effective immediately and supersedes any previous policies.

## Policy Owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

## Abuse of This Policy

Employees who willfully or deliberately abuse this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**
▼

**FredMeyer**

# 4.14 Employee Returned Checks
(2/02)

### Statement

Fred Meyer Stores expects that any employee having checks drawn on the employee's account that are returned to Fred Meyer Stores for non-payment will reimburse Fred Meyer Stores promptly.

### Scope

This policy applies to all Fred Meyer Stores employees.

### Effective Date

This policy is effective immediately and supersedes any previous policies.

### Policy Owner

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

### Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Management Responsibility

Managers/supervisors are responsible for ensuring that all employees are counseled and/or disciplined, following the guidelines outlined in this policy.

### What is an Employee Returned Check?

An employee returned check occurs when a check, drawn on the employee's account, is returned to the company unpaid.

### Employee Notification Process

The collections department notifies the employee of any returned check(s) and instructs the employee to make immediate payment.

**FredMeyer**

## Step 1

The following steps will be taken to attain reimbursement for an employee returned check.

| Has immediate payment been made? | |
|---|---|
| YES | Returned check fee is waived and no further action is taken<br>**Note:** If more than one check is returned within a 3-month period, the returned check fees are NOT waived. |
| NO | 1 Check Collections contacts employee's supervisor<br>2 Supervisor issues Employee Warning Notice (M1650)<br>3 Supervisor advises employee that full payment, including check fees, must be made within 7 days. |

## Step 2

This step is taken if the employee did NOT make immediate payment in the first step.

| Has payment been made within 7 days of receiving the Employee Warning Notice? | |
|---|---|
| YES | No further action is taken |
| NO | The supervisor suspends the employee until payment is made, or for a maximum of 7 days |

## Step 3

This step is taken if the employee did NOT make payment within 7 days of the Employee Warning Notice.

| Has the full payment been made within 7 days of the suspension? | |
|---|---|
| YES | No further action is taken |
| NO | The supervisor terminates the employee |

## Payment Results in Another Employee Returned Check

If payment is made with a personal check that is returned unpaid, the supervisor:

1. Suspends the employee until payment is made, or for a maximum of 7 days

2. Terminates the employee if payment is not made within the 7 days of suspension



**FredMeyer**

## Exceptions

At times, there may be extenuating circumstances which allow exceptions to the procedures outlined in this policy. These exceptions must be reviewed and approved, *in writing*, by the:

- ✦ Regional Operations Vice President (store personnel)
- ✦ Division Vice President (non-store personnel)

**FredMeyer**

**FredMeyer**

## 4.15 Personal Items in Work Areas
### (01/05)

**Statement**

Store employees are prohibited from storing personal items in their work area. Lockers are provided to all employees for the safe storage of their personal items.

**Scope**

This policy applies to all Fred Meyer Stores store employees and all those working as independent contractors.

**Effective date**

This policy is effective immediately and supersedes any previous policies.

**Policy owner**

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

**Violation of this policy**

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**Work areas defined**

Work areas include, but are not limited to the following:

- Checkstands
- Stockrooms
- Sales floor
- Teller rooms
- Fitting rooms
- Customer service desks

**Note:** Outerwear may be worn in areas exposed to the elements or areas of extreme temperatures, but should not be stored in these work areas

*Private, securable offices are excluded from this policy.*

**FredMeyer**
▼

**FredMeyer**

# 4.16 Corporate Office Samples and Purchases
## (08/05)

### Statement

Frequently, the vendors and suppliers who do (or are seeking to do) business with Fred Meyer, leave behind or send samples to be reviewed or tried. These samples are the property of Fred Meyer unless the vendor has requested the sample be returned to them.

### Scope

This policy applies to all Fred Meyer associates, temporary help, and contractors working at the main office.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

### Violation of this policy

Associates who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Removal of Product, Samples, or Purchases

It is the responsibility of the Buyer to determine if the product/sample should be returned to the manufacturer or vendor and to return the product if it is required.

It is the responsibility of the Vice President, Merchandiser (or higher) of the respective area to determine which items can be released for associates to sample or purchase and to set an appropriate price.

An associate wishing to purchase a product/sample must receive an "Employee Takeout Tag" (M-3816) from the Vice President, Merchandiser (or higher) with an assigned price.

The associate can then proceed to the security desk in MO3 to make payment. Once payment is received and noted on the "Employee Takeout Tag", the associate may remove the merchandise from the building. The "Employee Takeout Tag" must remain with the product until it removed from the campus. **All payments will be made at the security desk.**

All "Employee Takeout Tag" books will be supplied by the Main Office Loss Prevention Manager, (telephone extension 7735). Once a book has been completely used, it will be returned to the Main Office Loss Prevention Manager for balancing.

Fred Meyer management reserves the right to inspect any associate packages being taken out of the Main Office. Any Fred Meyer management associate, supervisor or loss prevention associate may conduct inspections of associate packages. Packages include (but are not limited to) the following:

- Packages or sacks
- Briefcases
- Backpacks
- Purses
- Lunch pails
- Empty boxes

Cash deposits will be made on a weekly basis by the Main Office Loss Prevention Manager.