**FredMeyer**

| Employee Takeout Tag | 000001 |
|---|---|
| Products or samples (excluding Food Group consumable products) leaving the office must be pre-authorized by the respective VP, Merchandiser who will set an appropriate price for the item. For sample items, write "Sample" on the "price" line.<br><br>For department "sample sales", complete the employee name, number of items and total purchase information.<br><br>Employee packages can be inspected at any time by a supervisor or Loss Prevention employee. | _____ Price: _____<br>(VP, Merchandiser)<br><br>Item:_____<br><br>Employee:_____<br><br>Empl. #: _____ Ext. _____<br><br># of Items: _____ Total: _____ |
| M-3816 5/02 | White: Attach to product or sample   Yellow: Send to LPM, 04002-31A |
| | **LPM  04002-31A** |

4.16 Corporate Office Samples and Purchases
*Corporate Policy Handbook*
4-87

MJ Exhibit 17   Page 256 of 415

200813

**FredMeyer**

**FredMeyer**

# 5 Health and Safety

5.1  Workplace Safety. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 3

5.2  Injured Employee Return-to-Work Program . . . . . . . . 5 - 9

5.3  Violence in the Workplace . . . . . . . . . . . . . . . . . . . . . . 5 - 13

5.4  Driving Requirements . . . . . . . . . . . . . . . . . . . . . . . . . 5 - 19

5.5  Reporting Employee Incidents and Accidents . . . . . 5 - 23

5.6  Reporting Customer Incidents . . . . . . . . . . . . . . . . . . 5 - 29

5.7  Use of Wireless Comm. Devices While Driving . . . . 5 - 33



**FredMeyer**

# 5.1 Workplace Safety

(11/97)

## Statement

To create a safe working environment for all employees, the following guidelines have been developed to explain management's role in preventing incidents. For the purposes of this policy, an *incident* is an occurrence of unsafe behavior, regardless of whether or not that behavior results in injury.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective date

This policy is effective immediately but is not retroactive for previous accidents or injuries incurred by employees.

## Policy owner

Route all policy questions and suggested updates to the Assistant Vice President, Risk Manager.

## Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Management responsibilities

*The Store Director must clearly define safety rules. This includes:*

- Establishing and communicating clearly defined safety rules to staff
- Covering safety rules with each new employee and with the entire staff periodically throughout the year for reinforcement
- Encouraging employees to read the safety bulletin boards provided in each location, and sharing monthly safety bulletins with staff

*Managers and PICs must encourage employees to report incidents.* Even if an employee does not require medical attention as a result of an injury, the employee must report it immediately to his/her supervisor. (See corporate policy *5.5 Reporting Employee Incidents and Accidents.*)

*All management personnel should know the potential physical limitations of an employee.* When assigning tasks, keep in mind any known physical limitations an employee might have. This will help prevent accidents and injuries.

## Recognize potential safety hazards and unsafe acts

It is management's responsibility to observe an employee's behavior and talk to him/her about the incident(s) before moving on to the corrective action procedure. However, if an employee continues acting in an unsafe manner and has been advised of the proper procedures, see "Store Director four-stage corrective action process" on page 5 - 6.

The following table lists a few unsafe acts or safety hazards, the recommended action, and an example:

| Observation | Action | Example |
|---|---|---|
| An employee using unsafe methods | Explain to the employee the proper procedure/technique to follow to get the job done safely. | An employee who is seen lifting a heavy box with his/her back arched should be shown how to bend and lift with the legs—keeping the box close to the body. |
| An employee not using appropriate safety equipment | Tell the employe what safety equipment is required and, if necessary, show the employee how to use it. | An employee who is stacking lumber without covering his/her hands should be told to wear protective gloves while doing that task. |

*Continued on the next page...*

**FredMeyer**

| Observation | Action | Example |
|---|---|---|
| An unsafe condition in the workplace | Correct any situation that might jeopardize the safety of an employee. | A stock room that has boxes stacked high on the top shelf with no means of support should be rearranged and shrink wrapped so the boxes are accessible and unlikely to fall. |

# Corrective action for repeated safety violations or unsafe acts

The following are considerations for Store Directors prior to taking corrective action:

*Does the employee consistently follow safety rules and safe work practices?*

Think about why the incident occurred. Was it the result of an unsafe act or the violation of a safety rule? If so, find out if safety rules have been established and communicated to the employee before taking disciplinary action.

*What is the time frame between incidents?*

Obviously, the employee who experiences four accidents or injuries within a two-month period is given different consideration than the employee who experiences four injuries within a ten-year period.

*Examine each case separately.*

Carefully weigh the circumstances surrounding an employee's accident. Each case should be studied separately, taking into consideration a variety of factors such as training, safety rules, physical limitations, and work environment.

Check the employee's attendance. An employee who is frequently out is more likely to have accidents than an employee with low absenteeism. Studies show that if a manager follows up with an employee who misses a lot of time, it usually results in fewer accidents and claims.

Look at the *number* of incidents, regardless of expense to the Company. The focus is not necessarily on employees who file workers' compensation claims, but on those employees who have frequent accidents, even if relatively minor.

**FredMeyer**

## Store Director four-stage corrective action process

The following process provides a guide for a Store Director to take corrective action. Before proceeding with this process, the employee should have been spoken to in a more informal manner and advised of the proper procedure or rule. Documenting this conversation is recommended.

| Stage | | What Happens |
|---|---|---|
| First Incident | Step | Action |
| | 1 | Investigate the incident. |
| | 2 | Discuss the incident with the employee. Take this time to point out the actual number of previous incidents. |
| | 3 | Retrain the employee by reviewing the safety rules and/or procedures or by explaining the job instructions, if necessary. |
| Second Incident | 1 | Investigate the incident. |
| | 2 | Discuss the incident with the employee. Take this time to point out the actual number of previous incidents. |
| | 3 | Retrain the employee, if necessary, and document your actions. |
| Third Incident | 1 | Investigate the incident. |
| | 2 | Contact Human Resources at the main office for advice about the situation. |
| | 3 | Meet with the employee and issue a final warning or suspension. |
| Fourth Incident | 1 | Investigate the incident |
| | 2 | Contact Human Resources at the main office for advice about the situation. |
| | 3 | Meet with the employee and issue a final warning or suspension. |
| | 4 | Document the transaction, and send a copy (along with all previous documentation) to the individual in personnel who assisted in administering the decision. |

**FredMeyer**

It is important to remember that before any action is taken on either the third or fourth incident, the incident must be reviewed with one of the following employees from Human Resources at the main office:

- Vice President of Compensation and Benefits
- Vice President of Employee Relations
- Group Vice President of Human Resources

**Note:** If the accident or injury is the result of willful misconduct or a blatant disregard for safe work practices, suspension or termination may occur at any stage.

**FredMeyer**

**FredMeyer**

# 5.2 Injured Employee Return-to-Work Program
## (1/02)

### Statement

Fred Meyer believes it is in the best interest of employees who have been injured on the job to return to temporary, transitional work as soon as medically possible. The Company will work with the injured employees and medical providers toward that end.

This policy includes:

- The qualifications for temporary, transitional employment (sometimes referred to as light duty)
- An explanation of the "Return-to-Work Program"
- Guidelines for reinstatement/reemployment

### Scope

This policy applies to all Fred Meyer employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President, Risk Manager.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Transitional employment qualifications

Temporary transitional work, will be provided to employees who meet *all* of the following qualifications:

- Have a current workers' compensation claim with Fred Meyer in deferred or accepted status
- Restricted from doing their regular position
- Released by their attending physician to perform temporary transitional work.

## Program explanation

Wages paid while performing temporary transitional work are offset against time loss payments. These positions are designed to be only *temporary* and *transitional*.

Temporary transitional work will no longer be offered if employees either:

- Fail to meet the qualifying factors listed on the previous page under "Qualifications"
- Exceed 90 days of temporary transitional placement

Employees who have their hours reduced while performing temporary transitional work or are being paid at a different hourly rate will qualify for adjustment checks through claims services. Although the combination of these two checks may be less than their regular pay, it will be more than they would receive if they were on total time loss.

Should employees miss time for reasons not related to their injuries, their time loss payments will be adjusted. Employees injured on the job might be eligible for benefits covered by the Family and Medical Leave Act. For more information, refer to corporate policy *3.1 Family and Medical Leave*. Changes in private insurance coverage might occur. Employees should contact their benefits administrator or their Union Trust representative for specific information.

**FredMeyer**

## Reinstatement/reemployment guidelines

An employee who has sustained a compensable on-the-job injury with Fred Meyer shall be reinstated to his/her former position if the employee is released by his/her attending physician to perform the essential functions of the position within one year from the date of his/her original injury or employers date of knowledge in the case of an occupational illness. This applies to any state in which Fred Meyer operates unless otherwise stipulated by individual State law requirements extending the period for reinstatement.

It is the employer/insurers responsibility to notify the employee by mail of his/her release for regular work and/or eligibility for reemployment/reinstatement. This requirement to notify the employee by mail only applies in certain states of operation.

It is the employee's responsibility to notify Fred Meyer of his/her interest to be reinstated to his/her former position within seven days from the date the employee is notified by certified mail that his/her attending physician has released them to return to their former position.

An employee who has been injured on-the-job and is disabled from performing the essential duties of his/her former position or is released for regular employment one year after the original date of injury shall be given every consideration for alternative employment which is available and suitable. Again, some states will allow a longer period of reinstatement eligibility.

It is the employee's responsibility to notify Fred Meyer, in writing, of his/her interest in *continued employment* with Fred Meyer within seven days from the date that the employee is notified by certified mail that his/her attending physician has released him/her from modified employment.

Employees that are not reemployed within 60 days of medical release to permanent alternative work are required to notify Risk Management by certified mail at that time and every 30 calendar days thereafter to express their continued interest in employment with Fred Meyer. Employees not participating in this program have not necessarily extinguished their vocational benefits.

If the employee is subject to a collective bargaining agreement, then he/she is bound by the provisions which may modify his/her reemployment and reinstatement rights. There are also conditions under which reinstatement/reemployment rights terminate. These conditions include, but are not limited to, accepting suitable employment outside Fred Meyer or refusing a bona fide offer of temporary transitional work which is suitable.

**FredMeyer**

**FredMeyer**

# 5.3 Violence in the Workplace
### (1/02)

## Statement

For the safety and well-being of its employees, Fred Meyer does not tolerate harassment, threats, or intimidation involving worker against worker, worker against supervisor, or supervisor against subordinates. Even threats made in jest are not tolerated. Any employee who is being harassed, threatened, or intimidated should report the situation immediately to his or her supervisor, next level management, Store Director, or Loss Prevention Manager.

## Scope

This policy applies to all Fred Meyer Stores employees.

## Effective Date

This policy is effective immediately and supersedes any previous policies.

## Policy Owner

Route all policy questions and suggested updates to the Vice President, Director of Loss Prevention.

## Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.