**FredMeyer**

- ***Ensure employees understand and comply with the personal weapons policy.*** Employees are prohibited from carrying or possessing personal weapons on Company premises or while performing job-related duties off Company premises. For more information on this topic, refer to corporate policy *4.10 Personal Weapons*.

***Inspect employee parcels when there is a concern.*** Fred Meyer management reserves the right to inspect employee parcels, including the following:

- Packages
- Backpacks
- Lunch pails
- Briefcases
- Purses
- Empty boxes

***Confiscate all Company security items*** (for example, Company identification, keys, and electronic access cards), when an employee terminates employment with the Company.

## Warning Signs

There are many signs that can indicate when employees are troubled and possibly at risk for committing violence. Research indicates that most violent employees are males between the ages of 35 to 55, however, this does not exclude males of other ages or females. Although no single act can identify a violent or potentially violent person, experts say that employees who exhibit some of the behaviors listed below are more likely to commit an act of violence. Managers and supervisors should be alert for employees who exhibit several of the following more common signs. According to the experts, employees likely to engage in violent conduct are those who may:

- Overreact to a new company policy
- Complain frequently
- Threaten co-workers
- Have frequent mood swings
- Show signs of increased alcohol or substance abuse
- Become accident prone
- Have poor workplace relationships including conflicts with co-workers
- Discuss and/or brag about weapons they own or are proficient with

**FredMeyer**

▸ Develop a pattern of absenteeism and/or tardiness
▸ Demonstrate inconsistent work performance, for example, high and low productivity
▸ Have poor health and/or poor hygiene
▸ Display an "everyone is against me" attitude
▸ Have difficulty with authority or taking direction from supervisors
▸ Have difficulty concentrating
▸ Talk about past violent incidents
▸ Close an account or withdraw large sums of money
▸ Refer to "personality conflicts" to explain leaving previous jobs

Managers presented with or recognizing a potential violent employee or victim should discuss the situation with another manager. If additional guidance is necessary, the managers should contact the Regional Loss Prevention Manager, Regional Director of Sales, or Human Resources. Taking a partner to determine the best course of action is always the best option.

## Domestic Violence in the Workplace

Domestic violence has become more prevalent in the workplace in the past several years and is one of the leading causes of death in the workplace.

For the company to help and support a victim of domestic violence, the victim must report the abuse to a supervisor.

▸ Notify your supervisor and human relations manager about the situation.
▸ Discuss scheduling options and safety precautions
▸ Offer the Employee Assistance Program (EAP.) Call 1-800-547-1442Inform the employee of applicable assistance:
  • Non-union employees that participate in a Kroger Company medical plan should contact the Employee Assistance Program at 1-800-547-1442.
  • Union employees should contact their union representative or their Health and Welfare administrative office for information about available assistance.
▸ Provide the Loss Prevention Manager with a recent photograph of the individual involved.



## Managing an Incident Involving Employees

*If an employee has been threatened,* the manager should immediately contact the Store Director or Loss Prevention Manager to begin an investigation. In addition, long-term actions, such as counseling the offending employee and/or immediate disciplinary action should take place.

Encourage the employee to contact the police department to report the incident; problems of this nature rarely disappear without outside intervention. Reporting the act begins the documentation and legal intervention. In addition, if the act was a criminal offense, the act is against the victim, not the employer.

Discuss the practical steps that can be taken to minimize the enactment of the threat while at work—emphasizing that we will help in any reasonable way, but cannot be a guarantor of the employee's safety. Steps managers can take to safeguard an employee include the following:

- Temporarily reassigning the employee
- Escorting the employee to his or her car
- Providing close supervision in the employee's work area

## Confronting and Diffusing a Potentially Violent Person

When confronting a potentially violent person, try to understand what has triggered the employee's behavior. In that way, managers can react accordingly to reduce the anxiety or anger of the employee. Emotional states to watch for and approaches to diffuse dangerous situations are described in the table below:

| Emotional State | Manager's Action |
|---|---|
| Fearful | This person feels the need to escape from or eliminate a perceived threat and should be reassured and calmed. Maintain distance from the person, yet be relaxed and open. Avoid physical contact, and let the person choose whether to initiate eye contact. |
| Frustrated | This person should be confronted using non-verbal signals that show confidence, such as direct eye contact, assured posture, and a quiet but firm speaking voice. As with fearful employees, physical contact should be avoided and distance maintained. Listen to the person and assure him/her that you understand his/her frustration. |

*Continued on the next page...*

**FredMeyer**

| Emotional State | Manager's Action |
|---|---|
| Angry or Explosive | This person should be told the consequences to their employment for committing violent or harassing acts. Despite the potential danger of the situation, do not give the impression of fear. Avoid letting the situation escalate to a verbal outburst or physical violence. Make no gestures of physical contact and limit voice inflection—dropping to a monotone, if possible. |

In any potentially violent situation, there should be at least two management employees to defuse the employee/person. Early intervention by the police as a preventive measure should always be considered.

## Safe Disciplinary or Termination Guidelines

If a manager believes that disciplinary action against an employee may trigger a violent or threatening outburst, that manager should consult with the Store Director and/or Loss Prevention Manager before taking action.

In most cases of workplace violence, extremely disgruntled employees want revenge for having been terminated from the job. In these situations, the employee feels persecuted and perceives, whether true or not, that (s)he has been treated unfairly. When an employee is being terminated for any reason, the manager should demonstrate a caring and sincere interest in the future welfare of the individual.

Terminations should be done at the soonest possible opportunity after the decision to terminate has been made. This will most often mean that the termination will take place at the beginning of a shift. There should be more than one manager present and together they should use the following guidelines:

- Set the tone of the meeting and maintain focus
- Show concern while remaining professional
- Make eye contact and face the employee
- Listen to what the employee has to say
- Help the employee overcome loss of ego and self esteem
- Focus on the positive aspects of the terminated individual's future
- Avoid arguments over the merits of the action

**FredMeyer**

**FredMeyer**

# 5.4 Driving Requirements
(5/96)

### Statement

Before an employee can drive a vehicle on Company business, certain requirements must be met by the employee. This policy outlines those requirements and also provides information on accident reporting and reimbursement for damages.

Travel-related questions, such as mileage reimbursement and obtaining rental cars for business trips, are answered in corporate policy *3.3 Travel, Expenses, and Advances*.

### Scope

This policy applies to all Fred Meyer Stores employees driving rented, personal, or corporate private passenger cars, pickups, or vans while on Company business.

This policy *does not* apply to the DTC truck driving employees, who have separate requirements.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Assistant Vice President, Risk Manager.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Management responsibility

Before employees operate personal or rented vehicles while on Company business, their managers must make them aware of the requirements outlined in this policy to ensure that they are in compliance.

**FredMeyer**

## Using personal or rented vehicles for company business

All employees operating motor vehicles while on Company business are expected to follow the rules of the road at all times. Motor vehicle reports reflecting driving records can be reviewed at management's discretion. Accidents may result in disciplinary action or suspension of the right to drive while on Company business.

## Employee driving records

Before using a personal or rental car for Company business, the employee must have had an acceptable driving record for the past three years. For the purpose of this policy, an *acceptable driving record* is one that has had no more than three minor violations within the past 3 years. Examples of minor violations include the following:

- ✦ Having an expired license
- ✦ Violating the basic rule
- ✦ Making an improper lane change
- ✦ Failing to signal
- ✦ Being involved in a non-fault accident

Unless approved to drive by a Senior Vice President or Chief Executive Officer employees with unacceptable driving records are not permitted to operate a car on Company business—under any circumstances—until their records clear. An *unacceptable driving record* is one that has had one or more serious violations within the past three years. Examples of serious violations include the following:

- ✦ Driving under the influence
- ✦ Negligent or reckless driving
- ✦ Eluding a police officer
- ✦ Carrying an open alcohol container
- ✦ Leaving the scene of an accident
- ✦ Driving with a suspended license

**FredMeyer**

## Use of personal cars

***Requirements*** - Before using a personal car for Company business, employees must meet the following requirements. They must:

- Be at least 19 years of age
- Have a current, valid driver's license
- Carry the minimum acceptable amount of personal liability insurance required by the state the vehicle is being operated in
- Have had an acceptable driving record for the past three years
- Ensure that the vehicle being used meets all applicable state, county, and city safety standards

***Personal Liability Insurance*** - Employees are expressly forbidden to drive any privately owned or leased car on Company business unless covered by the minimum acceptable amount of personal automobile liability insurance. Fred Meyer recommends a minimum amount of $250,000 for bodily injury, comprehensive, and collision coverages. Liability limits must meet the minimum requirements of the state in which the employee resides.

## Accident reporting

If an employee is involved in an accident while driving on Company-related business (regardless of who is at fault), (s)he must immediately report the accident to—

- The local authorities,
- His/her insurance Company,
- His/her supervisor, and
- Risk Management at the main office.

The names, addresses, driver's license numbers, and insurance information of all individuals involved must be obtained by the employee at the time of the accident.

***Accident Reimbursement*** - The employee's insurance applies if an accident occurs involving a personal car being operated on Company business. Because the cost of insurance is reimbursed in the mileage allowance, Fred Meyer does not cover the cost of repairs to an employee-owned vehicle resulting from an accident where the employee is found to be at fault.

If the employee is not at fault, reimbursement for damages is considered on a case-by-case basis, although Fred Meyer will not reimburse the employee in excess of the deductible (up to $500) on the employee's collision insurance.

**FredMeyer**

## Rental cars

***Requirements*** - Only drivers listed on the rental car agreement as permitted drivers may operate a rental car. To rent a car for Company business, employees must—

- be at least 21 years of age,
- have maintained a current, valid driver's license for at least three years, and
- carry the minimum acceptable amount of personal liability insurance

Have an acceptable driving record for the past three years

***Optional Additional Coverages*** - Travelers should refuse the collision damage waiver (CDW) and personal accident insurance (PAI) when traveling in the continental USA. When traveling in a foreign country, the traveler should accept both CDW and PAI.

***Accidents*** - Fred Meyer employees operating a rental vehicle for business purposes are required to report any accident or incident involving a rental vehicle to their supervisors and Risk Management immediately. The names, addresses, driver's license numbers, and insurance information of all individuals involved must be obtained by the employee at the time of the accident.

Fred Meyer pays collision damages on vehicles rented for business purposes as follows:

- If the accident is not the fault of the employee, recovery of related expenses is managed by Risk Management.
- If the accident is the fault of the employee, the expenses are charged to the department in which the employee works.

**FredMeyer**

# 5.5 Reporting Employee Incidents and Accidents
## (8/00)

### Statement

When an employee is injured at a Fred Meyer facility, a quick, calm, courteous response is essential. This policy provides guidelines for management employees to follow when an incident or accident occurs. *Employees must understand that all accidents and incidents must be reported to a manager or PIC immediately.*

### Scope

This policy applies to all Fred Meyer employees.

### Effective date

This policy is effective immediately but is not retroactive for previous accidents or injuries incurred by employees.

### Policy owner

Route all policy questions and suggested updates to the Assistant Vice President, Risk Manager.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Definitions

*Employee incidents are accidents that do not require professional medical attention* or incur time loss, for example, minor cuts or scrapes and minor muscle soreness. Injuries that require first aid are considered incidents.

*Employee accidents are accidents that require professional medical attention* and may incur time loss due, for example, any injury that requires the employee to be seen by the paramedics and/or an off-site medical professional.

**Note:** The Alcohol and Drug Use Policy states that Fred Meyer shall have the right to require any employee involved in an on-the-job accident that results in time loss, personal injury, damage to Company property and/or involves a violation of a safety policy or procedure to submit him or herself to a urinalysis or other generally-accepted test for drug, controlled substance and/or alcohol use. For purposes of the Alcohol and Drug Use Policy, "accident" includes both circumstances in which professional medical treatment is or is not required, as well as circumstances that do not result in personal injury, but result in damage to Company property or involves a violation of a safety policy or procedure.

## Management responsibilities

The manager or person in charge contacted by the employee involved in an incident or accident is responsible for completing the required forms (in the Worker's Compensation Claims Packet) and an incident report on OfficeVision as soon as possible and prior to the end of the work shift.

Managers must provide Worker's Compensation Claim forms to any employee or former employee who requests forms, provided (s)he is seeking medical treatment. Never refuse to provide claim forms even if the injury is suspected to be non-work related. Managers cannot prevent an employee from filing a claim.

Managers must inform the injured worker that (s)he will be required to submit to a urinalysis or other generally-accepted test for drug, controlled substance and/or alcohol use in accordance with the Alcohol and Drug Use Policy. The alcohol and drug screen shall be taken within 24 hours of receiving the accident packet.

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Reporting incidents and accidents

Employee *incident* guidelines:

| Step | Action |
|---|---|
| 1 | Attend to the physical comfort of the employee and assess the need for first aid or professional medical attention.<br>**Note:** If professional medical attention is required, follow the guidelines below. |
| 2 | Provide first aid, as needed. First aid kits are located throughout the store and at the Customer Information Desk. |
| 3 | Ask the employee for specific details related to the incident. |
| 4 | Complete the electronic Incident form on OfficeVision as soon as possible and prior to the end of the work shift.<br>**Note:** The OfficeVision fast path is <Incident>. If you have any questions, call 503/797-5425 or 800/352-4210. |

Employee guidelines when medical attention is required:

| Step | Action |
|---|---|
| 1 | Take care of the employee; administer first aid, if required or obtain professional medical attention.<br>**Note:** If the injury requires the employee to leave the premises in an ambulance or overnight hospitalization is required, call 800-352-4210 immediately. OSHA requires immediate notification in some states. A member of Risk Management will notify OSHA. |
| 2 | Complete a Workers' Compensation Claim Packet before the employee leaves the location, if possible.<br>✦ Explain the claim documents to the employee.<br>✦ Show the employee the yellow light duty form. If light duty is recommended, the doctor must sign this form.<br>✦ Instruct the employee that (s)he is required to submit to a urinalysis or other generally-accepted test for drug, controlled substance and/or alcohol use in accordance with the Alcohol and Drug Use Policy.<br>✦ Ensure the employee understands the waiting period for time loss benefits.<br>✦ Remove the "Employer's Copy" of the claim form and file in the Safety Documentation Drawer as required by OSHA. |

*Continued on the next page...*

**FredMeyer**

| Step | Action |
|---|---|
| 3 | Complete the electronic Incident form on OfficeVision as soon as possible and prior to the end of the work shift.<br>**Note:** The OfficeVision fast path is **&lt;Incident&gt;**. |
| 4 | Send the Workers' Compensation Claim Packet to the Risk Management Department (04002/35B) via intersection mail *or* Send the claim packet to the carrier indicated on the claim form.<br>**Note:** If you have any questions, call 503/797-5425 or 800/352-4210. |

## Light duty

A doctor may determine that an employee cannot perform the essential functions of his/her job and recommend light duty. If a doctor authorizes light duty for an injured employee, use the following guidelines:

| Step | Action |
|---|---|
| 1 | Obtain the yellow light duty release form that has been signed by the doctor, from the employee.<br>**Note:** This form is included in the claim packet given to the employee. |
| 2 | Complete the Light Duty placement form on OfficeVision.<br>**Note:** The OfficeVision fast path is **&lt;Ltduty&gt;**.<br>You should receive an acknowledgment and further instructions within 48 hours. |
| 3 | Give all doctors' notes to the Time and Attendance Operator who will keep a copy and send the originals to the Risk Management Department (04002/35B) or the insurance carrier.<br>**Note:** If you have questions, call 503/797-5409 or 503/797-5423. |

For more information on light duty, see policy *5.2 Injured Employee Return-to-Work Program.*

**FredMeyer**

## Claim form supplies and ordering

At store locations, a supply of claim form packets should be kept at the Customer Information Desk or other location designated by the Store Director. For plants, distribution/retail service centers, and offices, management should designate a storage area(s) for the claim packets and ensure all managers are aware of the location(s).

The following table provides information on ordering additional packets:

| State | Where to call for claim packets |
|---|---|
| Oregon, Washington, California, Idaho, Nevada, New Mexico, Texas, Utah, and Jewelry locations in other states | (04002/35B)<br>503/797-3300 |
| Alaska | DA/WWC 907/267-6735 |

**FredMeyer**