**FredMeyer**

# 5.6 Reporting Customer Incidents
(8/00)

### Statement

Customers should be encouraged to report all incidents and concerns to a management employee. It is Fred Meyer's policy to resolve any incident to the Customer's satisfaction as quickly as possible.

When a Customer incident occurs, managers should respond with urgency and sensitivity and follow the guidelines outlined in this policy. If possible and appropriate, the manager should attempt to resolve the incident before the Customer leaves the store.

### Scope

This policy applies to all Fred Meyer employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Assistant Vice President, Risk Manager.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Definition

*Customer incidents* are Customer reports of injuries, damage to personal property or vehicles, contaminated food, prescription errors, unsafe conditions, etc.

### Management responsibilities

The manager contacted by a Customer involved in an incident is responsible for completing an Incident report on OfficeVision as soon as possible and within 24 hours and a Customer Incident Report Packet (located at the Customer Information Desk or other designated location).

**FredMeyer**

## Non-injury Customer incidents

Managers are encouraged to resolve Customer incidents at store level. Often refunding the Customer's purchase price, replacing an item, or offering an apology will resolve the incident. In other cases, the Store Director can authorize a settlement up to $200 to resolve a Customer incident. For settlements over $200, call 503/797-3300 to obtain authorization and a control number for the expenditure.

**Note:** Even if the incident is resolved at store level, all Customer incidents must be reported on OfficeVision within 24 hours and a Customer Incident Report Packet must be completed.

## Customer incidents involving injury

Reporting Customer incidents involving injury to the Customer is done in two stages: the first stage (responding to an incident) is completed when the incident occurs and the second stage (investigating an incident) is completed when the Customer has left the location.

### Stage 1: Responding to an incident

Guidelines for responding to an incident:

| Step | Action |
|---|---|
| 1 | Attend to the physical comfort of the Customer; call for assistance, if necessary. |
| 2 | Ensure the area is safe to prevent further injuries, but maintain the condition of the incident scene as much as possible for the investigation that follows after the Customer has left the location (block the area, if needed). |
| 3 | Obtain a Customer Incident Report Packet from the Customer Information Desk (or other designated location). |
| 4 | Ask the Customer to complete the Customer's Incident Report (M181B), then give the yellow copy of this form to the Customer. |
| 5 | Review the questions listed on the Report of Customer Incident form (M181A), then ask the injured Customer questions about the incident.<br><br>**Note:** Do not read from or complete the M181A form in the presence of the Customer. Take written notes and use the Customer's exact words whenever possible -- use this information later when completing the Report of Customer Incident form M181A. |

**FredMeyer**

| Step | Action |
|---|---|
| 6 | Note visible injuries as well as injuries expressed by the Customer.<br><br>**Note:** Do not authorize medical treatment, admit any fault, or tell the Customer about any prior similar incidents. Do not take any photographs of the Customer or the Customer's injury. |
| 7 | Ask any non-employee witnesses to complete the Customer Incident Witness Report (M181C). |
| 8 | Tell the Customer that the documents are being submitted to Fred Meyer's claims management company, and (s)he will be contacted by a Fred Meyer representative within a few days. |
| 9 | Give the Customer the Claims department Customer Assistance telephone number to use if the Customer has questions: 503/797-3300 or 800/352-4210. |
| 10 | Have any employee witnesses complete a Customer Incident Witness Report (M181C) before finishing their scheduled shift. |

## Stage 2: Investigating an incident

Guidelines for investigating an incident after the Customer has left the location:

| Step | Action |
|---|---|
| 1 | Take photos of the incident scene.<br><br>✦ **Minor incidents** require only one or two photos. Use a Polaroid camera to take the pictures. Ensure the photos are dated and marked with the Customer's name, and complete the Customer Incident Photograph Form (M181D).<br><br>✦ **Severe incidents** require several photos. Use a 35mm camera (standard or disposable) to take several pictures. Send the undeveloped roll of film or the disposable camera with the incident report.<br><br>**Note:** Photos should include the incident scene, the cause of the incident, if possible, aisle numbers, and anything else relevant to the incident. (Put item(s) in the photo that indicate scale, for example, put a name badge or pen next to a spill.) |
| 2 | Use the notes taken during the conversation with the Customer to complete the confidential Report of Customer Incident (M181A). |
| 3 | Send the completed forms to MO/RMG (04002/35B) via intersection mail. |
| 4 | Complete an electronic Incident form on OfficeVision as soon as possible and within 24 hours.<br><br>**Note:** The OfficeVision fast path is <Incident>. |

**FredMeyer**

**FredMeyer**

# 5.7 Use of Wireless Comm. Devices While Driving
(7/01)

### Statement

In order to maintain employee productivity, Fred Meyer issues certain employees in key positions a cell phone so they can stay in contact with clients and co-workers while they are out of the office on business.

Fred Meyer encourages its employees to remember safety when using their cell phones and/or other wireless communications devices for business purposes. Employees may engage in brief conversations while driving. If a call is going to be intense or if traffic conditions are poor, employees must park their vehicles before using their phones.

### Scope

This policy applies to all Fred Meyer Stores employees driving rented, personal, or corporate private passenger cars, pickups, or vans while on Company business.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Group VP Human Resources.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Definition

Wireless communications devices include, but are not limited to, advanced, in-vehicle technologies that allow drivers to phone, fax, e-mail, obtain route guidance, view infrared images on head-up displays, operate multimedia entertainment systems, or use the Internet.

### Your personal responsibility

It is the employee's responsibility to become familiar with any local regulations concerning the use of a wireless telephone or other communications device.



**FredMeyer**

## Safe driving tips

Fred Meyer encourages employees to follow these safety tips while driving:

1. Safe driving is your first priority.
2. Position your cell phone within easy reach.
3. Get to know your cell phone and its features such as speed dial and redial.
4. Use the speed dialing feature to program in frequently called numbers.
5. When dialing manually, dial sensibly and assess the traffic; if possible, place calls when you are not moving or before pulling into traffic.
6. Let the person you are speaking with know you are driving; if necessary, suspend the call in heavy traffic or hazardous weather conditions.
7. Do not engage in stressful or emotional conversations that may divert your attention from the road.
8. Do not take notes or look up phone numbers while driving.
9. Let your wireless network's voice mail pick up your calls when it's inconvenient or unsafe to answer the car phone.
10. Be a cellular Samaritan
    - Dial 9-1-1 or other local emergency numbers to report serious emergencies--it's free from your wireless phone!
    - Call roadside assistance or a special non-emergency wireless number when necessary.

5 - 34

Corporate Policy Handbook    5.7 Use of Wireless Comm. Devices While Driving

MJ Exhibit 17   Page 291 of 415

200847

**FredMeyer**

# 6 Facilities

6.1   Main Office Guidelines . . . . . . . . . . . . . . . . . . . . . . . . 6 - 3

6.2   Employee Entrance and Exit . . . . . . . . . . . . . . . . . . . . 6 - 11

**FredMeyer**

**FredMeyer**

# 6.1 Main Office Guidelines

(3/02)

### Statement

The guidelines presented in this policy will help Fred Meyer maintain a safe and comfortable environment for those employees working at the Main Office and employees visiting the Main Office.

### Scope

This policy applies to all Kroger Western Region and Fred Meyer Stores employees.

### Effective Date

This policy is effective immediately and supersedes any previous policies.

### Policy Owner

Route all policy questions and suggested updates to either the Senior Vice President of Store Operations or the Vice President, Director of Loss Prevention.

### Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Main Office Access

The security of the Main Office is the responsibility of Loss Prevention. To better monitor both the Company and employee property, camera systems have been installed in parking areas and main hallways of the building.

*Employees* are required to use card identification to gain access to the restricted areas and must wear photo IDs while in the office.

*Visitors*, defined as anyone who is not a Main Office employee (including Fred Meyer employees not working at the Main Office), are required to enter the Main Office lobby door, Door 1. See "Door and Gate Access Diagram" on page 6 - 6.

All visitors are required to check in at the front desk where they will be issued visitor badges. The front desk then notifies the employee that (s)he has a visitor in the lobby.

## Employees and their Visitors

To assist front desk employees and as a courtesy to visitors, the following applies to all Main Office employees:

    **a**  *Employees should not put their phones on phone mail if they are expecting a visitor.* In addition, employees should ensure their phones are programmed to a must-answer group. If the phone is not programmed to a must-answer group, the employee should ask the designated assistant in his/her area to complete a Technical Service Request (TSR) to have the phone reprogrammed.

    **b**  *Employees must escort visitors from the lobby to their meeting areas and then back to the lobby when they are ready to leave.* Visitors should not be left waiting in the lobby for more than a few minutes. If an employee is unable to go to the lobby when notified that (s)he has a visitor, (s)he should send a co-employee or assistant to escort the visitor to the meeting area.

**FredMeyer**

## Photo IDs and Card Keys

All Main Office employees are required to wear an access key/ID card. These cards can be obtained through Loss Prevention.

Main Office doors and gates are controlled by card key/IDs. Card key/IDs are issued to all Main Office employees, enabling them to enter and exit the office before, during, and after normal business hours. Employees should be careful not to let anyone follow them into the building unless that person has a Fred Meyer card key/IDs or is recognized as a current Fred Meyer employee. Card key/IDs can be obtained by completing an *Card Key Access Request* form (contact Loss Prevention to obtain a form).

**Note:** Loss Prevention should be notified of any lost or missing card key/IDs *within 24 hours*. Employees are responsible for the replacement cost of lost or missing cards.

**FredMeyer**

## Door and Gate Access Diagram

The following diagram and table describe the location of Main Office doors and access gates and the days/hours a card key is required:



**FredMeyer**

| For... | a card key is required... | and it is... |
|---|---|---|
| Door 1 | Not required | Accessible from 7am to 6 pm Monday through Friday; Locked during non-business hours |
| Doors 2,3,4, and 11 | 24 hours a day | Always accessible. |
| Doors 5,6,7,8,9, and 10 | Sunday through Saturday from 5am to 7pm | Inaccessible at all other times |
| Door 12 and 13 | 24 hours a day | Accessible only with authority, when approved |
| Door 14 | Not required | Accessible when events are scheduled |
| Gate A | Weekdays and Weekends 7 pm to 7:30 am<br><br>All Office Holidays | Accessible at all other times |
| Gates B, C, D and E | No card access | Locked during non-business hours and office holidays |
| *Turnstiles | 24 hours a day | Always accessible |
| MO3 office area access points | 24 hours a day | Always accessible |

**FredMeyer**

## Parking

*Employees may park in any of the lots during normal business hours.* Gates B and C are open during normal business hours (Monday-Friday 5:00 AM to 7:00 PM). Employees include; contractors, maintenance personnel, temporary employees, employees from stores and other locations, interns, and full and part-time employees.

*Employees working before or after normal business hours* are encouraged to park in the secured employee parking lot. This area is completely fenced and monitored by security cameras to help reduce vandalism and other problems. Employees should enter this lot through Gate A using their card key/IDs for access. Gates B and C are inaccessible during off-hours.

Parking outside of lines, in yellow areas, or in visitor spaces is not permitted. Cars that are improperly parked will be ticketed. Employees with recurring parking violations may lose their parking privileges or have their vehicle towed.

Designated parking areas include:

**15-Minute Parking:**
Located along the South wall of the Corporate Meeting Facility. Extended parking in this area is not permitted.

**Handicap parking:**
Handicap spaces are available for employee or visitors that have a qualifying parking permit.

**Visitor Parking:**
Visitor parking is reserved for people visiting the office. Employees are not permitted to use these spaces.

**Car Pool Parking:**
Car pool spaces are provided for employees that qualify. Car pool tags are issued and must be present for employees to park in these spaces. Car pool spaces become general parking after 2:00 PM.

## Meetings

Employees conducting meetings with Fred Meyer employees that do not work at the Main Office may provide Loss Prevention with a list of participants and the location of the meeting. If a list is provided, the meeting participants will be permitted to go to the meeting room unescorted after signing in and being issued visitor badges.

**FredMeyer**

## Package Drop Off

Visitors can drop off packages at the front desk. The front desk personnel will then notify the appropriate employee of the package delivery. Employees must pick up packages as quickly as possible.

## Atrium

The atrium's main function is a reception area for vendors and guests. *For any other use of this space, advance approval from the President's office must be obtained.* All requests will be reviewed on a case-by-case basis.

## Atrium Meeting Rooms

There are a number of small rooms on the first floor in MO2 and MO3 designed to allow vendors a place to display their products. Employees may schedule a room ahead of time by calling the front desk.

## Cubicles

All items (except for plants) that are placed inside a cubicle should not be higher than the cubicle wall. This includes pictures, files cabinets, white boards, and shelves.

## Bulletin Boards

Public bulletin boards are available on each floor of the Main Office for posting notices and other information. Other than on the public bulletin boards or the walls inside cubes or offices, employees may not post signs, notices, posters, or flyers on any doors, walls, furniture, partitions, or windows.

## Workspace Changes

All proposed workspace changes (including moves) must be pre-approved by the President.

## Climate Control

Thermostats within the office are preset at a comfortable temperature, however, if an area of the building is uncomfortable the department manager should call the Senior Vice President of Store Operations or MO Complex Office Manager, so the appropriate changes can be made.