**FredMeyer**

## Is other Palm software supported?

No; due to the relatively low cost of PDA and high maintenance requirements (depending on how much software is installed) it is not cost justified to have staff trained to provide support for applications other than Palm Desktop. Individuals can choose to purchase, install and use other software applications but do so at their own risk.

## Liability

Fred Meyer assumes no liability for personal data or applications loaded on the Palm devices. Please use discretion when storing and syncing personal and company data.

**FredMeyer**

**FredMeyer**

# 7.11 Terminating Computer Systems Access
(1/02)

### Statement

This policy outlines the procedures for terminating computer systems access to Fred Meyer Stores computer systems. These procedures must be followed upon an employee's termination of employment (whether voluntary or involuntary) or a termination of contractor's services.

### Scope

This policy applies to all Fred Meyer Stores, QFC, Smith's, Fry's, and Ralphs employees, and contractors.

### Effective Date

This policy is effective immediately and supersedes any previous policies.

### Policy Owner

Route all policy questions and suggested updates to the Director of Fred Meyer Stores KTM Systems.

### Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Issues of Confidentiality and Security

It is important that those employees and contractors provided with access to the Company's communication network understand it is their responsibility to comply with corporate policies *4.1 Business Ethics* and *7.1 Information Security*. Managers should review both policies with all employees granted access.

Security is a shared responsibility. As such, It is important that management and all other employees, contractors, and vendors understand and comply with the guidelines regarding termination of user accounts outlined in this policy.

It is the responsibility of Kroger West management (Fred Meyer, QFC, Smith's, Fry's, and Ralph's) to notify the Fred Meyer Office Systems Administration Group of any changes in status of employees, contractors, and vendors that use Fred Meyer Systems by submitting a SYS912 Security Request form. The form is available on the Office Systems Administration (OSA) site on FMinfo.

**Note:** If you are currently using electronic forms on OfficeVision for submitting requests, please continue to use that method.

## Management responsibility

When an employee or contractor who has computer systems access terminates employment with the Company, his or her manager must immediately contact the IS Security Administrator to disconnect the terminated employee or contractor from the system.

**Note:** If an employee is unable to contact management, orIn extreme cases where an emergency (short notice) termination is required, contact Office Systems Administration at (503) 797-7458 (SPD 100, ext. 7458) immediately, and provide the Administrator with the name and user ID of the account that is to be disabled. You should leave a voice mail message and mark it urgent if you do not speak with an Administrator.

**FredMeyer**

## Terminating Access

The following table outlines the process to terminate remote computer systems access.

| Stage | Who Does It | Action |
|---|---|---|
| 1 | Employee | Contacts manager or department head if they know or think an employee and/or contractor has terminated employment with Fred Meyer. |
| 2 | Manager | Retrieves any Fred Meyer-supplied hardware and software from the terminated employee within three working days. |
| 3 | Manager | Submits a completed SYS912 Security Request form to Office Systems Administration at 04002/51N. |
| 4 | OSA | Responds within 3 days by sending back an acknowledgment that the account has been disabled.<br><br>**Note:** Keep this record for your files! |
| 5 | Manager | Ensures acknowledgment is obtained from OSA, via e-mail, indicating that the account has been disabled.<br><br>**Note:** The manager may be required to *produce proof that a request exists* to disable the account and that the request has been completed. If the manager cannot provide this proof, (s)he will be held responsible for any breaches in security that occur as a result of not performing these required steps. |

**FredMeyer**

▼

▲

**FredMeyer**

**FredMeyer**

# 8  Public Affairs

8.1   Corporate Giving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 - 3

8.2   Fred Bear. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 - 9

8.3   ECO - Employee Commute Options . . . . . . . . . . . . . 8 - 13

8.4   Community Events . . . . . . . . . . . . . . . . . . . . . . . . . 8 - 19

8.5   Petitioners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8 - 23

8.6   Media Relations. . . . . . . . . . . . . . . . . . . . . . . . . . . 8 - 27

**FredMeyer**

**FredMeyer**

## 8.1 Corporate Giving

(09/05)

### Statement

Fred Meyer donates cash, gift cards, merchandise, and/or volunteer services to eligible non-profit organizations for fund-raising events and other community-related activities/causes.

An eligible organization (criteria for eligibility listed under "Evaluating and processing a donation request") may receive a donation *once* per calendar year.

Authorized managers are responsible for carefully reviewing all donation requests and making decisions to approve or decline requests (see "Scope" for a list of authorized managers).

Written donation documentation must be maintained to enable the Company to take advantage of tax benefits, protect itself from claims, provide accurate reporting, and properly charge or credit appropriate accounts. This policy provides guidelines for reviewing donation requests and procedures for completing the required forms.

### Scope

This policy applies to all Fred Meyer Stores management personnel authorized to make donations at the main office, salvage center, distribution centers, retail service centers, plants, and stores:

| Location | Authorized Personnel |
| --- | --- |
| Stores | Store Director |
| Plants and Distribution Centers | Managers and above |
| Salvage Center | Salvage Manager |
| Main Office | Director of Public Affairs<br>Philanthropy Coordinator |

### Effective date

This policy is effective immediately and supersedes any previous policies.

**FredMeyer**

## Policy owner

Route all policy questions and suggested updates to the Philanthropy Coordinator.

## Violation of this policy

Associates who violate this policy will be subject to disciplinary action up to and including termination.

## Eligibility

### Required

Donation requests will only be considered when submitted on organization letterhead accompanied by a Donation Request Form and a copy of the organization's 501(c) (3) certificate.

### Giving Areas

- Hunger Reduction Programs - Food banks and pantries, soup kitchens, meals-on-wheels, etc.
- K-12 Education - Programs that focus on building and enriching self-esteem to help youth in making positive choices.
- Neighbor-to-Neighbor (Store Level Only) - Programs that help define, strengthen, or promote a sense of community in the areas in which we have stores.

### Restrictions

- Individuals
- Organizations not exempt under section 501 (c)(3) of the Internal Revenue Service
- Programs that discriminate on the basis of race, sex, age, religion, or sexual orientation
- Capital Campaigns
- Travel Expenses
- Third Party Giving
- Projects of sectarian or religious organizations whose principal benefit is for their own members or adherents
- Golf Fund-raisers/Programs/Tournaments or professional sports
- Operating expenses of agencies/organizations supported by the United Way
- Any for-profit organization
- More than one donation per year


*MJ Exhibit 17 — Page 355 of 415*

200911

**FredMeyer**

## Evaluating and processing a donation request

Use the following procedure to evaluate and process a donation request:

| Step | Action |
|---|---|
| 1 | Provide *Donation Request* forms at the Customer Service Desk. |
| 2 | Evaluate the request by considering the following questions:<br>❖ Is the request written on the organization's letterhead?<br>❖ Is the request accompanied by a *Donation Request* form?<br>❖ Did the organization include a copy of the 501(C)3 IRS certificate?<br>❖ Is the request from an eligible organization?<br>❖ Will Fred Meyer receive community recognition; will the Company benefit from the exposure?<br>❖ Will the donation increase sales?<br>❖ Will the donation increase in-store Customer traffic?<br>❖ Is there enough time to process the request?<br>❖ Can the existing budget support the donation?<br>**Note:** *If a worthwhile request is declined due to budget constraints, forward the donation request form to Public Affairs.* |
| 3 | If the answers to the questions in Step 2 are yes, then proceed to Step 4; if not, decline the request. |
| 4 | Fill out the required form(s) for the appropriate location and donation type (see list below). |
| 5 | Record and track the donation on the *Community Relations Budget Record* (M3154) by period. Send yellow copy of *Community Relations Budget Record* to 04002/22N at the end of each period. |
| 6 | File all letters of request in an A-Z file by organization name. This will facilitate audits as well as your ability to review previous donation or requests. At the end of the fiscal year, the Public Affairs Department will request all approved donations, with all approved documentation, be sent to the Public Affairs office. |

**FredMeyer**

### Required forms

The following table lists the forms that are required:

| Location | Merchandise | Gift Certificate | Cash |
|---|---|---|---|
| Store | • Intersection Transfer/E40<br>• Donation Receipt<br>• Release Donation of Goods Community Relations Budget Record | Cash Refund Slip (#12) | n/a |
| DCs or Plants | • Invoice<br>• Donation Receipt<br>• Release of Donation Goods<br>• Out of Stock Adjustments | *Gift Certificate Roster* (M3745) | n/a |
| Salvage Center | • Donation Receipt<br>• Release of Donation Goods | *Gift Certificate Roster* (M3745) | n/a |
| Main Office | • Donation Receipt<br>• Release of Donation Goods | *Gift Certificate Roster* (M3745) | Check Request |

**FredMeyer**

# 8.2 Fred Bear
(05/97)

### Statement

The Fred Bear character is Fred Meyer's ambassador of goodwill and serves as a link between Fred Meyer and the communities we serve. Fred Bear's mission is to make Fred Meyer Customers feel welcome, important, and appreciated and to project a positive Fred Meyer image.

### Scope

This policy applies to all Fred Meyer Stores employees who organize and schedule events that include Fred Bear.

### Policy owner

Route all policy questions and suggested updates to the Group Vice President, Human Resources.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Appropriate events

Any event that involves the use of Fred Bear must be associated with Fred Meyer business. Fred Bear can be used for community events in addition to in-store promotions.

Events that take Fred Bear into the community are the most beneficial due to the high visibility. The Fred Bear character can be used at any of the following events:

- Parades
- Hospital visits
- School assemblies and carnivals
- Nursing home visits
- County fairs
- Fred Meyer volunteer activities
- Fred Meyer-sponsored events
- In-store activities to help local community groups
- Birthday parties only when approved by the main office and used in conjunction with a sanctioned fund-raiser

Liberal use of Fred Bear for in-store promotions is encouraged. When using Fred Bear for in-store promotions, remember Fred Bear's mission is to make Customers feel welcome, important, and appreciated and to project a positive Fred Meyer image—not to promote products or give away items. Examples include:

- Grand openings
- Special guest appearances
- Photo sessions
- Company-wide promotions, such as baby races, anniversary sale, etc.

**FredMeyer**

## Inappropriate Events

Careful consideration should be given before requesting Fred Bear for an event. Fred Bear should not be requested for:

- Product Promotions
- Political or religious events
- Sporting events
- Personal events, e.g., unapproved parties (not affiliated with fund-raisers)
- Events for any community organization that discriminates on the basis of race, sex, age, religion, or sexual orientation.

Use common sense when determining if an event is appropriate. If there is any question, contact Community Relations at the main office.

## Requesting Fred Bear

To request Fred Bear for an event, complete the electronic form in OfficeVision. The electronic form is sent to the Fred Bear coordinator. The requestor will be contacted either by telephone or OfficeVision. Please note the following requirements:

- Requests must be received at least two weeks prior to the event.
- At least one employee must be available to escort the bear for all in-store events.