**FredMeyer**

**FredMeyer**

# 8.3 ECO - Employee Commute Options
## (1/05)

### Statement

The Oregon State Department of Environmental Quality (ODEQ) has instituted a program aimed at keeping Portland's air in compliance with standards set by the Federal Clean Air Act. The program is Employee Commute Options, or ECO. ***The program requires businesses with more than 50 employees at a location to encourage drive-alone-commuters to use an alternative mode of transportation to and from work.*** Alternative modes include:

- Carpooling or vanpooling
- Walking
- Bicycling
- Using mass transit

Fred Meyer, in keeping with its commitment to better serve our communities, has developed and implemented an ECO Program that encompasses all of these transportation alternatives. Elements of this program are described fully in this policy. The Fred Meyer ECO Program was designed to be flexible and may undergo modifications to accommodate changing needs of employees or the company, as well as ODEQ regulation changes.

### Scope

This policy applies to all Fred Meyer employees working in the Portland metro area.

### Effective Date

This policy is effective immediately and supersedes any previous policies.

### Policy Owner

Route all policy questions and suggested updates to the Vice President, Store Services, Supplies, and Maintenance.

### Violation of this Policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

### Eligibility

To be eligible for the Fred Meyer ECO Program, employees must be registered in the program. For registration information, contact the Environmental Programs staff at the main office.

### Carpooling

All carpoolers are encouraged to register. Registered carpool participants enjoy many advantages, such as:

- Door-to-door service
- Reduced transportation costs
- Designated carpool parking spaces close to the building (at non-store locations)
- Registration in monthly prize drawings

### Vanpooling

Fred Meyer offers a vanpool program for Main Office employees. Some benefits riders may enjoy are:

- Reduced transportation expenses, such as:
  - Less fuel
  - Less maintenance and repairs
  - Lower insurance premiums
- Reduced mileage accumulation
- By riding, instead of driving, participants are free to relax and enjoy visiting, reading, preparing for the day, or getting some extra minutes of sleep.
- Registration in monthly prize drawings

Fred Meyer employees can lease vans from the provider of their choice. All costs for the van are the responsibility of the driver and other participants. To be eligible for the vanpool program, a group of 5 or more employees must make vanpool commutes 3 or more days per week. The van leases are arranged through Tri-Met, who pays a portion of the monthly lease costs. The remainder of the lease fee, plus cleaning and fuel, is paid by the employees. Employees riding in the van will determine the process for paying operating costs. The process should be handled outside of the Company. Fred Meyer subsidizes the program by provising a gift card to each rider for each month the employee participates in the vanpool.

All participants must sign an agreement that holds Fred Meyer Stores harmless from any liability. Verification of insurance must be provided to Fred Meyer.

**FredMeyer**

---

A list of participants must be provided to the Fred Meyer Transit Coordinator each month. Riders will receive a $30.00 gift card for each month they use the vanpool for a minimum of 50% of their monthly commute. Drivers will receive an additional $25.00 gift card.

### Transit

Registered ECO participants are eligible to purchase one monthly Tri-Met transit pass (valid for bus and/or light-rail) at 50 percent off the regular price. Transit passes are available at Portland-area Fred Meyer stores. Participants in this program also enjoy many of the benefits described in the van/carpool programs.

### Bicycling and Walking

Covered bicycle racks are available at most Fred Meyer facilities, and every effort is made to ensure the area is secure, although it is strongly advised that riders lock their bicycles.

Bicycling or walking to work provides the following benefits:

- Better health can be gained from the exercise of bicycling or walking to work
- Reduced transportation expenses in gas, maintenance, repair, and insurance premium; plus lower mileage accumulation
- Registration in monthly prize drawings

**FredMeyer**

## Emergency Ride Plan

An emergency ride plan exists to help all *registered* ECO Program participants (carpool, vanpool, transit, bicycling or walking) in the event an emergency requires them to leave work.

Requests for emergency rides are evaluated by a designated contact at each location on a case-by-case basis. If approved, a voucher is issued to the employee to use in the billing process. The table below describes acceptable and unacceptable reasons for an emergency ride:

| Acceptable reasons for an emergency ride: the employee... | Unacceptable reasons for an emergency ride: the employee... |
|---|---|
| becomes ill or injured and must leave before the scheduled departure of the van/carpool. | wants to run personal errands or attend a pre-scheduled medical/ dental appointment. |
| is informed that an immediate family member is seriously ill, injured, or has died. | needs to travel for business reasons. |
| receives crucial information, i.e., damage to personal property, problems at a school or day-care. | is required to work *scheduled* overtime. |
| is required to work *unscheduled* overtime. | stops work due to labor contract dispute. |
| is stranded due to the van/carpool driver's absence. | is suspended and/or voluntary or involuntary termination occurs. |

After the employee has obtained approval from his/her supervisor for an emergency ride home, the employee contacts the ECO Transportation Coordinator, or other designee, at his/her location. The coordinator will.

| Step | Action |
|---|---|
| 1 | Complete Section 1 of the Tri-Met Emergency Ride Home (ERH) Voucher |
| 2 | Follow the instructions printed on voucher and contact a cab company. |
| 3 | Review the instructions on the voucher with the employee and ensure the employee knows to return the yellow copy to the ECO Transportation Coordinator when the employee returns to work. |

**FredMeyer**

### Rewards

Participation has its rewards! In addition to the peace of mind that comes from doing something good for the environment and the community, employees participating in the ECO Program are automatically entered in the monthly drawings. To be eligible for the drawing, employees must be registered as ECO participants.

### Questions

Contact the Environmental Affairs Administrator with questions related to this program.

**FredMeyer**

**FredMeyer**

# 8.4 Community Events
(1/05)

### Statement

Hosting community events on our property builds store traffic and goodwill towards Fred Meyer as a good neighbor. Therefore, all stores are encouraged to support their community while capitalizing on bettering our position within the community.

The stores are often asked for assistance by many good causes and we want to make this easy for you. However, as a major retailer, we do need consistency in what we agree to. In fairness to everyone who requests a specific activity at our stores, it is very important that we remain consistent in our policy of such authorizations. Hence, it is imperative to refer all such inquiries to our Public Affairs group.

### Scope

This policy applies to all Fred Meyer Stores employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Vice President of Public Affairs.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

## Event guidelines

The event should accomplish most, and preferably all, of the following objectives and include none of the prohibited activities:

| Objectives |
|---|
| • Increase store sales |
| • Increase in-store Customer traffic (not just parking lot traffic) |
| • Involve a legitimate sponsoring group with a good reputation |
| • Benefit the community at large |
| • Benefit a worthy cause |
| • Be family oriented |
| • Build Fred Meyer's image in the community |
| • Pose no risks to Customers and employees |
| • Pose no legal liabilities for the company |
| • Offer opportunities for: <br>  Selling <br>  Advertising <br>  Public relations <br>  Volunteering by employees |
| **Prohibited activities** |
| • Religious activities |
| • Political activities |
| • Petitioning (refer to Corporate Policy 8.5, Petitioners) |
| • Surveying |
| • Handout or windshield flyers |
| • Car washes |
| • Bake sales |
| • Ticket sales |
| • Carnivals and dunk tanks |
| • Raffles |
| • Parking lot sales / garage sales / swap meets |

**FredMeyer**

## Request to be made in writing

Authorization for *any store activity* by outside individuals or groups may be made *only* by the approved department. All requests must be made in writing. Letters should be submitted to the Community Relations Coordinator in the Public Affairs department for approval and scheduling.

## Use of entrances

Fred Meyer supports nonprofit organizations by granting them permission to conduct fund raising activities outside our store entrances on Friday, Saturday and Sunday, from September through May.

Requests for all store entrance activities must be submitted in writing four (4) weeks in advance of the requested date. Requests received with less than four weeks notice will be honored on a case-by-case basis.

Please submit all requests to:

> Community Relations Coordinator
> Mailstop 04002-33N
> Fred Meyer Stores
> P.O. Box 42121
> Portland, OR 97242

Requests may be faxed to:

> Fred Meyer Stores
> Public Affairs
> (503) 797-5609

Examples of permissible store entrance activities include:

- Candy and cookie sales
- Service organization fund-raisers
- Food or collection boxes
- Bell ringers

**Note:** During extreme cold weather conditions a Store Director may approve a Public Affairs authorized organization to conduct their fund raiser just inside the doors of the store, out of the elements. Approval will be given on a case-by-case basis.

MJ Exhibit 17   Page 370 of 415

200926



## Use of parking lot

In general, activities in store parking lots can often present many problems while doing very little to generate customer traffic inside the stores. Therefore, parking lot activities are rarely allowed. When considering a community activity that involves the store parking lot, contact the Public Affairs group before making a commitment.

Short term leases/events: Contact Operations Support at

(503) 797-5385

Long term leases/events: Contact Property Management at

(503) 797-3121

**FredMeyer**

# 8.5 Petitioners
## (10/04)

### Statement

Fred Meyer's policy is that no petitioning of any kind is permitted on Fred Meyer property. Our stores are private property, not public forums. Many recent court cases support our policy.

### Scope

This policy applies to all Fred Meyer employees.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the VP, Public Affairs.

### Violation of this policy

Employees who violate this policy will be subject to disciplinary action up to and including termination.

### Procedure Steps

The following procedures apply to all petitioning - both initiative and non-initiative issues. Persons who wish to circulate petitions for any reason, or who wish to engage in any other kind of political activity, are prohibited from doing so at Fred Meyer stores.

1. The Store Director or PIC should tell the petitioners that they are on Fred Meyer property without our permission and ask them to leave. Recent court decisions do not allow petitioners outside or inside our stores.

2. If they refuse to leave, the Store Director or PIC should ask for each petitioner's name, the title of the petition, the petition sponsor or organization name and the contact telephone number as it appears on the petition. All of this is public information and should be printed on the cover sheet of the petition.

**FredMeyer**

---

Immediately enter the information onto the Store Petition Form found on the Store Operations page of FMinfo under 'Forms'. Include a description of any unruly or disruptive behavior or any interference with Customers or store employees.

In addition, Fred Meyer store personnel should encourage Customers to write comments in response to the petitioners by offering them Petitioning Comment Cards (D1233). Please forward these comment cards to the Fred Meyer Corporate Law Department (04002/23C). In some instances, Fred Meyer may want to apply to the court for an injunction against specific petitioners, especially if they are disruptive. The Store Petition Report and Petitioning Comment Cards will be very important in those cases.

You are also encouraged to photograph or film disruptive behavior and send the film or prints immediately with a copy of the Store Petition Form to the Fred Meyer Corporate Law Department.

3. Petitioners who refuse to leave when asked are trespassing. Call the police and if they refuse to leave when asked by police, you may ask for them to be arrested after receiving approval from the VP, Director of Loss Prevention for the citizen's arrest. If the police refuse to arrest, tell the petitioners that the Company may seek a restraining order in court.

   Under no circumstances should any initiative petitioner be placed under a citizen's arrest without approval from Scott Bringhurst, VP, Director of Loss Prevention. If it is observed that the petitioner's behavior and actions have escalated from disruptive behavior to aggressive harassment, or illegal activity is observed, contact your Regional Loss Prevention Supervisor for council.

   - PIC's must notify their Store Director and Loss Prevention Manager as soon as possible if they are not already involved.
   - Also notify the Scott Bringhurst, VP, Director of Loss Prevention at 503-797-5401.

   After normal business hours, you will receive a message giving you the option to be connected to the "Must Answer Line"; please enter # and 0 (zero) and you will be transferred. Request that the Loss Prevention Supervisor on duty contact you and leave your name and telephone number. If you do not receive a response within 5 minutes, call back.

4. If reporters are on the scene, contact Mary Loftin, VP, Public Affairs, at 503-797-7901.

**FredMeyer**

5   Whenever petitioners refuse to leave, the Store Director or PIC must place the following full card sign (D1072) nearby. Please remove the sign when petitioners are gone.

> **To our Customers:**
>
> **Petitioners are on
> Fred Meyer property
> without our permission.**
>
> **Fred Meyer is
> not associated with
> this petitioning activity.**
>
> **We apologize to you for
> any inconvenience this
> activity may cause.**
>
> **If you wish to comment,
> you'll find a Petitioning Comment Card
> at the Customer Service/Information Desk.**
>
> *D1072*

6   If you have any questions regarding this policy, please contact Nona Soltero, Senior Counsel, Western Region at 503-797-3977 or Scott Bringhurst, VP, Director of Loss Prevention at 503-797-5401.

**FredMeyer**

8 - 24

*Corporate Policy Handbook*

MJ Exhibit 17

Page 375 of 415
8.5 Petitioners

200931