**FredMeyer**

# 9.5 Vendor Allowance Agreements
(1/03)

### Statement

Vendor allowance agreements must be evidenced in writing and signed by both the Fred Meyer and vendor representative. An e-mail, letter, or authorization code from the vendor indicating knowledge and approval of the agreement may substitute for an actual signature on the contract. These supporting documents must be attached to the participation contract.

Upon receipt of the participation contract, a copy of the contract and supporting documentation must immediately be forwarded to the controllers department for the accounting related activities to be performed. This activity should occur throughout the period and should not be treated as a period end event. This will ensure that contracts are properly reviewed and income booked in the proper period.

Income from vendor funds will be recognized in accordance with the Kroger Vendor Funds Policy.

### Scope

This policy applies to all Fred Meyer Category Managers and Replenishment Analysts.

### Effective date

This policy is effective immediately and supersedes any previous policies.

### Policy owner

Route all policy questions and suggested updates to the Chief Financial Officer.

### Violation of this policy

Participation agreements not completed or improperly completed will result in income not booked in the proper period.

Employees who violate this policy will be subject to disciplinary action up to and including termination.

**FredMeyer**

**FredMeyer**

# Index

## a

Absences, paid and unpaid, **3-3**
Access
  main office, **6-4**
  remote, **7-15, 7-43**
Accidents
  customer, **5-29**
  employee, **5-23**
  vehicle, **5-21**
  workplace safety, **5-3**
Accommodation, reasonable, **1-30, 1-32**
ADA, see *Americans with Disabilities Act*
Advances
  travel, **3-18**
  vacation pay, **3-50**
Alcohol and drugs
  employee responsibility, **4-17**
  employee statements, **4-23**
  management responsibilities, **4-21**
  management training, **4-22**
  pre-employment testing, **1-32**
  signs of use, **4-23**
  testing, reasons for, **4-18**
Americans with Disabilities Act, **1-31**
Appearance
  casual dress Friday, **4-53**
  dress code, **4-39**
  office dress code, **4-53**
  office dress code exceptions, **4-53, 4-57**
  store dress code, **4-40**
  store dress code exceptions, **4-40, 4-51**
Awards, Length of Service, **1-64**

## b

Backups, personal computers, see *Computers*
Badges
  name, **4-40**
  visitor, **6-4**
Bear, Fred, see *Fred Bear*
Benefits
  continuation of, **3-6**
  employee discount, **3-41**
  family and medical leave, **3-3**
  funeral leave, **3-63**
  jury duty, **3-65**
  personal leave of absence, **3-67**
  purchasing products not stocked at Fred Meyer, **3-61**
  vacations, **3-47**
Breaks and lunches, **4-63**
Bulletin boards, main office, **6-9**

## c

Callbacks, see *Products, recall*
Canvassing, **4-73**
Card keys and photo ID
  access to main office, **6-5**
  lost or missing, **6-5**
Cellular phones, submitting a request, **3-11**
Charitable contributions, see *Corporate giving*
Chewing tobacco, **4-75**
Clearance merchandise, purchasing, **4-70**
Communications, electronic mail, **7-19, 7-25**
Company property
  company information, **7-3**
  security of, **6-3**
Complaint resolution
  employee procedure, **4-35**
  supervisor/manager procedure, **4-32**
Computers
  backups and off-site storage, **7-25**
  hardware inventory, **7-13**
  information security,
    responsibility for, **7-4, 7-5**
  moves and/or changes, **7-13**
  purchasing hardware, **7-11**
  remote access, **7-15, 7-43**
  remote access eligibility, **7-16, 7-33**
  requesting remote access, **7-17**
  software copyright laws, **7-9**
  software installation and original disks, **7-12**
  See also Electronic mail
  See also Information security
  See also Passwords

**FredMeyer**

Conduct, employee
   alcohol and drug use, **4-17**
   dress and appearance, **4-39**
   ethical behavior, **4-3**
   Internet use, **7-32**
   personal weapons, **4-77**
   potential violence, **5-13**
   smoking and tobacco use, **4-75**
   solicitations, **4-73**
   time and attendance, **4-63**
Confidentiality
   computer information, **7-3**
   customer information, **7-28**
   employee information, **7-28**
   Internet use, **7-33**
Conflict
   employee resolution procedure, **4-35**
   of interest, **4-4**
Contractors
   definition, **1-43**
   IRS guidelines, **1-44**
   paying, **1-45**
   sample contract agreements, **1-47**
Contracts
   using independent contractors, **1-43**
Copyright
   Fred Meyer, **9-18**
   infringement, **9-17, 9-19**
   questions, **9-18**
   software laws, **7-9**
Corporate, **3-36**
Corporate giving
   contributions, **8-3, 8-19**
   eligible organizations, **8-5**
   evaluating and processing a donation request, **8-6**
   general information, **8-3**
   required forms, **8-7**
Corporate VISA card, **3-16, 3-36**
   reporting expenses, **3-37**
Customer
   direct marketing, **7-28**
   incidents, **5-29**
   purchasing information, **7-28**

**d**

Direct and relationship marketing, **7-27**
Disability
   definition of, **1-29**
   interviewing guidelines, **1-31**
   pre-employment testing, **1-31**
   reasonable accommodation, **1-30**
Disclosure, of information, **7-27, 8-13**
Discounts, see *Employee discount*
Discrimination, **1-61**
Disposal of printed information, **7-8**
Double discounts, see *Employee discount*, **3-46**
Dress and appearance code
   exceptions for office employees, **4-53, 4-57**
   exceptions for store employees, **4-40, 4-51**
   for office employees, **4-53**
   for store employees, **4-40**
Driving
   mileage reimbursement, **3-22**
   requirements, **5-19**
Drug use, signs of, **4-23**

**e**

Education
   EEO training, **1-60**
   tuition assistance, **2-3**
      eligibility, **2-4**
      reimbursement rates, **2-6**
EEO, see *Equal Employment Opportunity*
Electronic mail
   company rights, **7-19**
   external use (IBM Mail Exchange), **7-21**
   information security, **7-4, 7-5**
   internal use and access, **7-20**
   privacy, **7-19**
   prohibited uses, **7-22**
   remote access, **7-15, 7-43**
   remote access eligibility, **7-16, 7-33**
   requesting remote access, **7-17**
E-mail, see *Electronic mail*
Employee
   assistance, **4-22**
   complaint resolution procedure, **4-35**
   dress and appearance, **4-39**
   ethical behavior, **4-3**
   incidents and accidents, **5-23**
   office dress and appearance, **4-53,**

4-57
  parcel tags, **4-71**, **4-79**
  purchases, **4-69**, **4-71**, **4-79**
  relocation, **3-53**
  solicitations, **4-73**
  store dress and appearance, **4-40**, **4-51**
Employee conduct, see *Conduct, employee*
Employee discount
  cards, **3-42**
  eligibility, **3-41**
  eligible merchandise, **3-45**
  guidelines for using, **3-43**
  returns, **3-45**
  special discount days, **3-46**
Employee relocation
  authorized moving services, **3-55**
  home sale assistance, **3-58**
  house-hunting trips, **3-57**
  personal residence expenses, **3-57**
  reimbursements, **3-56**
  requests, **3-58**
  return trips home, **3-57**
  temporary living expenses, **3-57**
  truck rental or moving company, **3-55**
Employment
  eligibility verification, **1-23**
  of minors, **1-33**
    Alaska, **1-34**
    Arizona, **1-36**
    California, **1-37**
    Idaho, **1-36**
    Montana, **1-36**
    Nevada, **1-36**
    New Mexico, **1-36**
    Oregon, **1-39**
    Texas, **1-36**
    Utah, **1-36**
    Washington, **1-40**
    Wyoming, **1-36**
  of relatives, **1-27**
  *See also* Hiring
Entrance and exit, employee usage, **6-11**
Equal Employment Opportunity
  discrimination, **1-61**
  guidelines, **1-59**
  recruiting job candidates, **1-59**
  training and education, **1-60**
Ethics
  business practices, **7-28**
  employee behavior, **4-3**
Exits and entrances, employee usage, **6-11**
Expense reporting
  corporate VISA card, **3-36**
  guidelines, **3-35**, **3-36**
  manager's responsibility, **3-38**
Expenses
  incidentals, **3-30**
  meals, **3-27**

**f**

Family and medical leave
  applying for, **3-7**
  continuation of benefits, **3-6**
  duration of leave, **3-5**
  eligibility, **3-3**
  employee notice and scheduling requirements, **3-4**
  intermittent or reduced leave, **3-5**
  leave type summary chart, **3-7**
  long-term leaves, **3-9**
  medical certification and reporting, **3-5**
  other employment during leave, **3-6**
  paid or unpaid leave, **3-6**
  return to position, **3-6**
  short-term leaves, **3-8**
  state and federal allowances, **3-4**
Fastixx, purchasing tickets, **4-70**
Firearms, employees carrying, **4-77**
FMLA, see *Family and medical leave*
Fred Bear
  appropriate events, **8-9**
  inappropriate events, **8-11**
  requesting Fred Bear, **8-11**
Funeral leave, **3-63**

**g,h**

Gifts and gratuities, **4-5**
Guns, employees carrying, **4-77**
Harassment
  EEO policy, **1-61**
  sexual, **4-13**
Hardware
  inventory, **7-13**
  purchasing, **7-11**
Hazardous materials, intersection

transfers, **9-5**
Health, hazardous products, **9-9**
Hiring
    acceptable questions, **1-31**
    independent contractors, **1-43**
    interviewing, **1-31**
    offer letters, **1-21**
    people with disabilities, **1-29, 1-32**
    pre-employment testing, **1-32**
    reasonable accommodation, **1-32**
    rehiring former employees, **1-63, 1-65, 2-11**
    See also Interviewing
Holidays, within vacation period, **3-49**
Hotel accommodations, **3-25**

### i

I-9 Form
    completing the form, **1-24**
    when to complete, **1-24**
IBM Mail Exchange
    eligible employees, **7-21**
    prohibited uses, **7-22**
IDs
    photo, **6-5**
    user, **7-7**
Illness
    definitions
        continuing treatment, **3-4**
        in-patient card, **3-4**
        serious health condition, **3-4**
    during vacation, **3-49**
    long-term leaves, **3-9**
    medical certification, **3-5**
    short-term leaves, **3-8**
Immigration Reform and Control Act, **1-23**
Information
    confidentiality, **7-27, 8-13**
    customer, see *Direct and relationship marketing*
    definition, **7-3**
Information security
    backups and off-site storage, **7-25**
    choosing a password, **7-7**
    distribution or disposal of printed information, **7-8**
    electronic mail, **7-19, 7-25**
    internet access, **7-33**
    logging on and off the system, **7-7**
    remote access, **7-16, 7-44**
    safeguarding user IDs and passwords, **7-7**
Injuries and accidents, see *Accidents*, **5-9**
Internet
    acceptable use, **7-31**
    requesting access, **7-34**
    supported and unsupported services, **7-32**
internet
    prohibited uses, **7-32**
Intersection transfers
    guidelines for shipping, **9-6**
    process overview, **9-4**
    processing guidelines, **9-5**
Interviewing
    acceptable questions, **1-16**
    declination letters, **1-15**
    guidelines, **1-16**
    notifying applicants, **1-15**
    people with disabilities, **1-31**
    unacceptable questions, **1-16**
    See also Hiring
ITs, see *Intersection transfers*

### j

Job
    applicant selection, **1-21**
    applying for a posted job, **1-8**
    descriptions
        changing an existing job description, **1-11**
        obtaining a new job description, **Intro-1, 1-9, 1-11, 7-39**
    hotline, **1-5, 1-6**
    interviewing, see *Interviewing*
    posting
        EEO requirements, **1-60**
        guidelines, **1-5, 1-6**
        supervisor's responsibilities, **1-8**
    recruiting candidates, **1-59**
Jury and witness duty, **3-65**

### k,l

Knives, employees carrying, **4-77**
Leasing, hardware and software, **7-12**
Leave of absence

Family and medical leave, **3-3**
funeral, **3-63**
jury and witness duty, **3-65**
personal leave of absence, **3-67**
Length of Service Awards, **1-64**
Letters, reference, recommendation, or service, **4-79**
Light duty, **5-9**
Logging on and off the system, **7-7**
Lunches and breaks, **4-63**

### m

Mail, electronic, see *Electronic mail*
Main office
    access to, **6-4**
    bulletin boards, **6-9**
    card keys and photo IDs, **6-5**
    climate control, **6-9**
    cubicles, **6-9**
    door and gate access diagram, **6-6**
    electrical appliances, **6-10**
    link-area meeting rooms, **6-9**
    meetings, **6-8**
    package drop off, **6-9**
    parking, **6-8**
    smoking, **6-10**
    visitors, **6-4**
    window blinds, **6-10**
    workspace changes, **6-9**
Marketing information, see *Direct and relationship marketing*
Meal guidelines, see *Travel, meal guidelines*
Medical leave
    certification for, **3-5**
    *See also* Family and medical leave
Meetings, main office guidelines, **6-8**
Merchandise
    employee discount, **3-41**
    employee parcel tags, **4-71**, **4-79**
    employee purchases, **4-69**
    sale and clearance, **4-70**
    transferring, **Acknowledgment-1, 9-3**
Microcomputers, hardware and software
    hardware inventory, **7-13**
    leasing or purchasing, **7-12**
    moves or changes, **7-13**
    software installation, **7-12**
    *See also* Computers

Mileage reimbursement, **3-22**
Minors, see *Employment, of minors*

### n,o

Name badges, **4-40**
Offer letters, **1-21**
OfficeVision, see *Electronic mail*
Our, **3-17**

### p,q

Parcel tags, **4-71**, **4-79**
Parking, main office, **6-8**
Passwords
    guidelines for choosing, **7-7**
    safeguarding, **7-7**
Pay
    in lieu of vacation, **3-49**
    severance, **3-51**
    vacation advance, **3-50**
Personal cars, use of, **5-21**
Personal leave of absence, **3-67**
Personal weapons, **4-77**
Phones, cellular, **3-11**
Photo IDs and card keys
    access to main office, **6-5**
    lost or missing, **6-5**
Position descriptions, see *Job descriptions*
Posting, see *Job posting*
Pre-employment testing
    alcohol and drugs, **1-32**
    people with disabilities, **1-32**
Privacy
    company rights, **7-32**
Products
    callback, **Acknowledgment-1, 9-3**
    intersection transfers, **Acknowledgment-1, 9-3**
    purchasing products not stocked at Fred Meyer, **3-61**
    recall, **9-9**
    Y2K compliance, **7-35**
Purchases
    employee, **4-69**
    Fastixx, **4-70**
    sale and clearance, **4-70**
Purchasing, microcomputer hardware and software, **7-11**

**FredMeyer**

**r**

Reasonable accommodation, **1-30, 1-32**
Recall
    definition, **9-9**
Recommendations, **4-79**
References, **4-79**
Rehiring former employees, **1-63, 1-65, 2-11**
Reimbursement
    incidentals, **3-30**
    meals, **3-27**
    mileage, **3-22**
    tuition, **2-3, 2-6**
Relationship marketing, see *Direct and relationship marketing*
Relatives, employment guidelines, **1-28**
Relocation
    authorized moving services, **3-55**
    home sale assistance, **3-58**
    house-hunting trips, **3-57**
    personal residence expenses, **3-57**
    reimbursements, **3-56**
    requests, **3-58**
    return trips home, **3-57**
    temporary living expense, **3-57**
    truck rental or moving company, **3-55**
Remote access
    confidentiality and security, **7-16, 7-44**
    eligibility, **7-16, 7-33**
    requesting, **7-17**
Rental cars
    accidents, **5-22**
    liability insurance, **3-22**
    optional additional coverages, **5-22**
    requirements, **5-22**
    reservations, **3-22**
    when to use, **3-22**
Return-to-work
    program explanation, **5-10**
    qualifications, **5-9**
    reinstatement/reemployment, **5-10**

**s**

Safety
    corrective action for repeated safety violations, **5-5**
    four-stage corrective action process, **5-6**
    product recalls, **9-9**
    recognizing potential hazards, **5-4**
    violence in the workplace, **5-13**
School-to-Work
    program safeguards, **1-57**
    programs, **1-55**
    questions, **1-57**
Security
    choosing a password, **7-7**
    distribution or disposal of printed information, **7-8**
    electronic mail, **7-19, 7-25**
    information, **7-3**
    Internet access, **7-33**
    logging on and off the system, **7-7**
    main office access, **6-4**
    remote access, **7-16, 7-44**
    safeguarding user IDs and passwords, **7-7**
Selecting job applicants, **1-13**
Service letters, **4-79**
Severance pay
    allowances, **3-52**
    and stock options, **3-52**
    and vacation pay, **3-52**
    eligibility, **3-52**
Sexual harassment
    definition, **4-13**
    receiving a complaint, **4-15**
Sick leave, during vacation, **3-49**
Smoking and tobacco use, **4-75, 6-10**
Software
    copyright laws, **7-9**
    installation and original disks, **7-12**
    purchasing, **7-11**
Solicitations, employee, **4-73**
Special discount days, see *Employee discount*, **3-46**
Special pay requests, **4-64**
STW, see *School-to-Work*
Substance abuse, **4-17**

**t**

Telephones, cellular, **3-11**
Termination
    severance pay, **3-52**
    stock options, **3-52**

vacation pay, **3-52**
Tickets, Fastixx, **4-70**
Time and attendance
    adjustments and corrections, **4-65**
    unauthorized work hours, **4-64**
Tobacco and smoking, **4-75**
Trademark
    avoiding infringements, **9-19**
    copyright and trademark
        questions, **9-18**
    Fred Meyer, **9-18**
Training
    EEO policy, **1-60**
Transfers, see *Intersection transfers*
Travel
    advances, **3-18**
    air travel, **3-20**
    air, commercial, **3-20**
    air, corporate, **3-20**
    arrangements, **3-17**
    corporate VISA card, **3-16**
    driving and mileage, **3-22**
    expense reporting, **3-18, 3-35**
    hotel accommodations, **3-25**
    incidental expenses, **3-30**
    meal
        allowances, **3-27**
        guidelines, **3-27**
        reimbursable, **3-27**
    rental cars, **3-22**
    time paid, **4-65**
    trip approval, **3-15**
Tuition assistance, **2-3**
    procedure for requesting, **2-6**

**u,v**

Undue hardship, **1-29**
User IDs, **7-3**
Vacations
    carry-over, **3-49**
    eligibility, **3-48**
    holiday during, **3-49**
    hourly, full-time employees, **3-47**
    hourly, part-time employees, **3-47**
    illness during, **3-49**
    pay advances, **3-50**
    pay in lieu of, **3-49**
    salaried employees, **3-48**
    scheduling, **3-49**
    terminations, **3-50**
Vehicles
    driving requirements, **5-19**
    rental cars, **5-22**
    using personal or rented vehicles,
        **5-20, 5-21**
Violence in the workplace
    disciplinary or termination
        guidelines, **5-17**
    managing an incident, **5-16**
    warning signs, **5-14**
Visitors, main office access, **6-4**
Volunteer services
    eligible organizations, **8-5**
    general information, **8-3**
    required forms, **8-7**

**w**

Weapons, personal, **4-77**
Witness duty, **3-65**
Workplace violence
    disciplinary or termination
        guidelines, **5-17**
    managing an incident, **5-16**
    warning signs, **5-14**
Work-related accidents and injuries,
see *Accidents*, **5-3**

**y**

Y2K, see *Year 2000*
Year 2000
    products at risk, **7-35**
    purchasing guidelines and
        compliance, **7-35**
    standard vendor agreement, **7-38**

**FredMeyer**