





# ALE
# Relief Assistant
# Training Program

*Fred Meyer, Inc.*
*January 1998*

ALE3a

201459

## Acknowledgments

This training program was designed and developed
by the following team of individuals:

Dennis Affleck, Mary Beth Baker, Christa Brackenbush, Kathy Collier, Colleen Coyne,
Don Friend, Sandie Gardner, Valerie Hansen, Kevin Hart, Becky Jones, Tim Koontz,
Susan Lewis, Evelyn Mallari, Yvonne Sletmoe Wilson

Contributions were made by the following individuals:

Ann Cavanaugh, Robin Mendoza, Kathy O'Day, Alan Wells

**Prepared by**
Retail Education & Training Department
January 1998

Copyright © 1998 - Fred Meyer, Inc.
3800 S.E. 22nd Avenue
Portland, OR 97202

Third Edition (1998)

All rights reserved. For internal use only. No part of this document may be distributed or

**(continued)**

reproduced to anyone outside Fred Meyer, Inc. without prior written consent of Fred Meyer, Incorporated.

Copyright © 1996 - Fred Meyer

201462

# Introduction

**General Statement**

This training program is designed as a flexible, activity-based training program. Based on your previous experience, you and your training manager will select the activities you need to complete. You will perform these self-directed activities on your own, under the guidance of your training manager.

---

**Purpose**

This training program will provide you with the opportunity to experience the duties and responsibilities of a Relief Assistant. As a result, you will gain the knowledge and skills necessary to become a successful Relief Assistant.

---

**Objective**

Upon completion of this training manual, you will be able to meet all Relief Assistant performance requirements.

---

**About this training manual**

❑ Chapters

This manual is divided into twelve chapters. Each chapter reflects either:
— a topic (*example*: Employee Development)
— an area in ALE (*example*: Ready-to-Wear)

❑ Goals

Each chapter contains goals. Each goal is a performance requirement of a trained Relief Assistant.

❑ Assignments

Each assignment is based on one or more goals. The assignments are designed to provide the necessary experiences for you to become fully-trained. In addition, notes in the margin contain information that is important to the assignment.

❑ Activities

Each assignment is connected to an activity(s). Each activity is indicated by a (❑) and can be checked off as soon as the activity is completed. Below each activity is a list of topics to cover while completing the activity. Topics are indicated by an (•).

---

201463



# Getting Started

| | |
|---|---|
| **Chapter Contents** | This chapter contains four assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❏ Complete program requirements. .page 3
- ❏ Complete the assessment chart. .page 4
- ❏ Review Performance Requirements. .page 7
- ❏ Create a training schedule. .page 11

2 ✦ ALE Relief Assistant Training

MJ Exhibit 18   Page 7 of 221

201465



# Assignment 1

**Complete program requirements.**

**Goal:**   Successfully complete the Relief Assistant Training program.

- ❑ Working with your training manager, use the assessment chart to plan your training program. .page 4

- ❑ Read through the performance requirements for the Relief Assistant. You will be evaluated against these at the end of this training program. .page 7

- ❑ Create a training schedule. Meet regularly with your training manager to discuss your progress and plan your next steps in the training program. Use this time to make sure that you understand your training manager's expectations. (A calendar has been provided for you to use as a planning tool.) .page 11

- ❑ Complete all assignments and activities you and your training manager agreed upon. .page 15

- ❑ Complete the self-evaluation form. .page 97

- ❑ Have your training manager complete the Performance Evaluation. .page 97



# Assignment 2

Complete the assessment chart.

**Goal:** Allows you and your training manager to individualize the training to fit your needs and previous experiences.
Allows you to successfully perform all of the Relief Assistant's performance requirements.

❑ Meet with your training manager and Regional Sales and Merchandising Supervisor to plan your training program.

❑ Using the following list, identify the assignments you need to complete to become a fully-trained Relief Assistant. (For additional details about the assignments, refer to the activities which comprise the assignment.)

**Note:** You do not need to do an assignment if you are already performing at the level of a Relief Assistant in that particular area.

❑ Questions for the trainee (and trainer):
- Why should you complete/not complete this assignment?
- Have you previously completed this task?
- Have you shown competence in doing the task?
- Do you need to refresh your learning on this task?
- What can you learn from this assignment?
- Can you perform this task under pressure?

| Already Proficient | Training Required | Assignment | Page |
|---|---|---|---|
| ❑ | ❑ | Introduce yourself to your divisional management team. | page 17 |
| ❑ | ❑ | Schedule all required classes. | page 18 |
| ❑ | ❑ | Complete an Employee Performance Appraisal. | page 19 |
| ❑ | ❑ | Prepare for an interview. | page 20 |
| ❑ | ❑ | Complete Optima paperwork. | page 21 |
| ❑ | ❑ | Collect information regarding profit sharing and the employee stock purchase plan. | page 22 |
| ❑ | ❑ | Utilize MAGIC. | page 25 |
| ❑ | ❑ | Work an Opening Shift with your training manager. | page 26 |

MJ Exhibit 18   Page 9 of 221



## Assignment 2 (continued)

| Already Proficient | Training Required | Assignment | Page |
|---|---|---|---|
| ☐ | ☐ | Take responsibility for one week to ensure that your store stays in compliance with housekeeping, maintenance, and safety standards. | page 29 |
| ☐ | ☐ | Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. | page 30 |
| ☐ | ☐ | Audit Cashier Proficiency reports. | page 31 |
| ☐ | ☐ | Order supplies. | page 32 |
| ☐ | ☐ | Assess your department's price integrity, communicating any price discrepancies to your training manager. | page 33 |
| ☐ | ☐ | Take appropriate markdowns for your Customers. | page 35 |
| ☐ | ☐ | Assist in the inventory process. | page 36 |
| ☐ | ☐ | Work one shift in Shoes. | page 39 |
| ☐ | ☐ | Audit the Out-of-Stock Adjustment Control Log. | page 40 |
| ☐ | ☐ | Follow-up and take appropriate action on Customer requests. | page 41 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Shoes. | page 42 |
| ☐ | ☐ | Set and audit an ad. | page 45 |
| ☐ | ☐ | Monitor compliance with the current planogram. | page 46 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Ready-to-Wear. | page 47 |
| ☐ | ☐ | Determine the level to which the department reflects current market trends in your area. | page 51 |
| ☐ | ☐ | Monitor a scan audit in Men's. | page 52 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Men's. | page 53 |
| ☐ | ☐ | Determine the level to which the department reflects current market trends in your area. | page 57 |
| ☐ | ☐ | Set a display. | page 58 |

MJ Exhibit 18    Page 10 of 221



## Assignment 2 (continued)

| Already Proficient | Training Required | Assignment | Page |
|---|---|---|---|
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Junior's. | page 59 |
| ☐ | ☐ | Review on-line sales. | page 63 |
| ☐ | ☐ | Monitor compliance with the current planogram. | page 64 |
| ☐ | ☐ | Monitor all intimate apparel returns for one week. | page 65 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Intimate Apparel. | page 66 |
| ☐ | ☐ | Merchandise Accessories for one week. | page 69 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Accessories. | page 70 |
| ☐ | ☐ | Review all Cosmetics' orders. | page 73 |
| ☐ | ☐ | Process Cosmetics' salvage. | page 74 |
| ☐ | ☐ | Ensure vendor sign-in on the vendor logs. | page 75 |
| ☐ | ☐ | Set a display. | page 76 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Cosmetics. | page 77 |
| ☐ | ☐ | Monitor compliance with the current planogram. | page 81 |
| ☐ | ☐ | Implement either a seasonal merchandising plan or a sales event. | page 82 |
| ☐ | ☐ | Coordinate implementation of the weekly Merchandise Specialist Notes in Children's. | page 84 |
| ☐ | ☐ | Work an Opening shift. | page 87 |
| ☐ | ☐ | Work a Closing shift. | page 88 |
| ☐ | ☐ | Evaluate the training process. | page 89 |



# Assignment 3

**Review Performance Requirements**

**Goal:** Demonstrate an understanding of all performance requirements for Relief Assistant.

❑ Upon completion of this training program, you will be evaluated on your ability to successfully meet all the performance requirements for the Relief Assistant. You will be expected to—

**Successfully perform the following Employee Development tasks**

✔ Communicate an understanding of corporate organizational charts.

✔ Communicate an understanding of the hourly and salaried employee benefit package.

✔ Communicate an understanding of the profit sharing program and the employee stock purchase plan, if applicable.

✔ Communicate an understanding of the interviewing/hiring process.

✔ Communicate an understanding of the employee performance appraisal process.

✔ Complete the department's required CBT modules.

✔ Complete all additional mandatory training.

✔ Sharpen your selling skills.



## Assignment 3 (continued)

Successfully perform the following Operations tasks

- ✔ Process and file mail.
- ✔ Audit cashier proficiency (including the CDR and ECR reports).
- ✔ <u>Ensure compliance to the quality ordering standards (including RMS, basic, ad, and special orders).</u>
- ✔ Ensure compliance with freight receiving and freight stocking standards.
- ✔ Complete a daily tour.
- ✔ Perform the PIC job functions.
- ✔ Record daily sales.
- ✔ Develop your ability to order supplies.
- ✔ Ensure compliance with the housekeeping standards.
- ✔ Identify and take appropriate action on maintenance/repair needs.
- ✔ Communicate an understanding of CSR, Wage & Hour, Weekly Sales and Scan Sales reports.
- ✔ Complete Sales Commitment Cards.
- ✔ Follow-up and take appropriate action on Customer requests.
- ✔ Audit, correct, and file daily and weekly time and attendance reports.
- ✔ Demonstrate an understanding of the MAGIC system.
- ✔ Ensure compliance with all safety guidelines and standards.



## Assignment 3 (continued)

**Successfully perform the following Price Control tasks**

- ✔ Ensure accuracy and follow-up on price changes.
- ✔ Ensure compliance with ticketing standards.
- ✔ Develop your ability to authorize any manager discretion markdowns.
- ✔ Audit and take appropriate action on scan audits.
- ✔ Audit and take appropriate action on Report Code 12 and Report Code 22.
- ✔ Audit and take appropriate action on missing markdown and markdown exception reports.
- ✔ Audit and take appropriate action on file maintenance exceptions.

**Successfully perform the following Merchandise Movement tasks**

- ✔ <u>Process salvage and audit salvage procedures.</u>
- ✔ <u>Complete, audit and follow-up on written distribution center returns, weekly WDCR recap, and Returns to Supplier.</u>
- ✔ <u>Review on-line sales information and take appropriate action.</u>
- ✔ Develop your ability to assist in the inventory process.
- ✔ <u>Ensure vendor sign-in on the vendor logs.</u>
- ✔ Communicate an understanding of the shipping/receiving procedures.

 ## Assignment 3 (continued)

Successfully perform the following Merchandising tasks

- ✔ Ensure compliance with divisional signing standards (including the operation of signing devices).
- ✔ Ensure compliance with merchandising standards.
- ✔ <u>Implement and audit ads.</u>
- ✔ <u>Ensure compliance with planograms.</u>
- ✔ Assist with preparing seasonal critiques for the Regional Sales and Merchandising Supervisor.
- ✔ Identify the current market trends.
- ✔ Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.
- ✔ Coordinate implementation of the seasonal merchandising plans and the sales event bulletins.
- ✔ <u>Communicate an understanding of the visual display person's role.</u>
- ✔ Ensure compliance with divisional hanging/folding standards.
- ✔ Ensure compliance with fixture usage/maintenance standards.
- ✔ Demonstrate an understanding and ensure compliance with the stockroom standards.
- ✔ Maintain and audit the Out-of-Stock Adjustment Control Log.