

# Assignment 4

## Create a training schedule.

**Goal:** Plan your training program.

- ☐ Plan your training program. Based on the needs of the business, your training manager's suggestions, and your interest, determine when you will complete each assignment. (A calendar has been provided for you to use as a planning tool.)

  **Note:** **You may need to repeat some activities more than once in order to become proficient in performing the task.**

- ☐ Schedule times to meet with your training manager to discuss your progress and plan your next steps in the training program. Using this time to make sure that you understand your training manager's expectations.

- ☐ Topics to cover:
  - Vacation Time: yours/your training manager
  - Work Schedule: yours/your training manager
  - Holidays
  - Special events/promotions/sales
  - Meetings with your training manager
  - Scheduled assignments

✎ notes

# Assignment 4 (continued)

Month of ________________

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# Assignment 4 (continued)

Month of ____________

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# Assignment 4 (continued)

Month of ____________

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

201478



# Employee Development

**Chapter Contents**

This chapter contains six assignments with activities to complete within each assignment.

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

- ❑ Introduce yourself to your divisional management team. . . . page 17
- ❑ Schedule all required classes. . . . page 18
- ❑ Complete an Employee Performance Appraisal. . . . page 19
- ❑ Prepare for an interview. . . . page 20
- ❑ Complete Optima paperwork. . . . page 21
- ❑ Collect information regarding profit sharing and the employee stock purchase plan. . . . page 22

MJ Exhibit 18 Page 23 of 221

16 ✦ ALE Relief Assistant Training

201481

 # Assignment 1

**Introduce yourself to your divisional management team.**

**Goal:** Communicate an understanding of corporate organizational charts.

❑ If you have not met the corporate Merchandisers and Merchandising Specialists, introduce yourself to them. If you cannot meet in person, give them a call or send them a note via OfficeVision.

- Men's
- Ready-to-Wear
- Children's
- Shoes
- Accessories & Cosmetics

✎ notes

# Assignment 2

## Schedule all required classes.

**Goal:** Demonstrate your knowledge and skills learned in the required classes. Complete the department's required CBT modules.

- ❑ Sign up for and complete the following classes:
  - Fundamentals of Management

✎ notes

______________________________

______________________________

______________________________

______________________________

- ❑ Locate a current list of required CBT modules for the ALE department.
- ❑ Check off each CBT you complete during the course of this training program.
- ❑ Schedule time to take all other CBTs not required in this training manual.

✎ notes

______________________________

______________________________

______________________________

______________________________

 # Assignment 3

## Complete an Employee Performance Appraisal.

**Goal:** Communicate an understanding of the employee performance appraisal process.

- ❑ Using the standard Employee Performance Appraisal form, complete a performance appraisal on yourself. Review your performance appraisal with your training manager, discussing the performance appraisal process with your training manager.

- ❑ Topics to cover:
  - performance appraisal forms
  - employee performance
  - feedback/clarify expectations
  - appraisal conference/process
  - goals/objectives

✎ notes

___

___

___

___

The objectives of the performance appraisal process are:

- Assist employees in self-development by discussing their—
  - › performance as compared to the position requirements,
  - › strength and growth areas,
  - › goals/objectives for the upcoming year,
  - › job challenges, and
  - › career plans (interests and aspirations).
- Provide supervisors with a consistent, comprehensive tool to use in merit salary determinations.
- Provide supervisors with a systematic guide for planning a training program for each employee.
- Provide a record of employee progress.

*MJ Exhibit 18 Page 26 of 221*

201484

# Assignment 4

Fred Meyer provides equal opportunity and established guidelines for interviewing and hiring that meet all state and federal laws.

## Prepare for an interview.

**Goal:** Communicate an understanding of the interviewing/hiring process.

- ❑ Help your training manager plan the questions for an interview, reviewing the job description and the qualifications needed by the job candidate.
- ❑ Sit in on the interview, if possible.
- ❑ Topics to cover:
  - position descriptions (ADA)
  - diversity
  - appropriate/inappropriate questions
  - security clearance
  - TJTC
  - role of HR Supervisor

✎ notes

________________________________________

________________________________________

________________________________________

________________________________________

 # Assignment 5

## Complete Optima paperwork.

**Goal:** Communicate an understanding of the hourly and salaried employee benefit package.

**Note:** **This assignment is not applicable in all stores. Check with your training manager to see if you are eligible for health benefits.**

- ❑ Review the Optima CBT and then complete all applicable paperwork.
- ❑ Topics to cover:
  - minimum hours required
  - Optima: dental, medical, vision
  - claim forms

✎ notes

________________________________________

________________________________________

________________________________________

________________________________________



# Assignment 6

Fred Meyer provides a comprehensive benefit package for its hourly and salaried employees, including medical, dental, optical, disability, life insurance, profit sharing, and employee stock purchase plan.

**Collect information regarding profit sharing and the employee stock purchase plan.**

**Goal:** Communicate an understanding of the profit sharing program and the employee stock purchase plan, if applicable.

> **Note:** **This assignment is not applicable in all stores. Check with your training manager to see if you are eligible to participate in the 401(k) retirement plan.**

- ❑ Contact the Human Resources Department for information on the employee stock purchase plan and profit sharing 401(K) retirement plan.
- ❑ Topics to cover:
  - employee stock purchase plan
  - profit sharing (401K) retirement plan

✎ notes

________________________________________

________________________________________

________________________________________

________________________________________



# Operations

**Chapter Contents**

This chapter contains nine assignments with activities to complete within each assignment.

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

- ❑ Utilize MAGIC. . . . page 25
- ❑ Work an Opening Shift with your training manager. . . . page 26
- ❑ Take responsibility for one week to ensure that your store stays in compliance with housekeeping, maintenance, and safety standards. . . . page 29
- ❑ Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. . . . page 30
- ❑ Audit Cashier Proficiency reports. . . . page 31
- ❑ Order supplies. . . . page 32
- ❑ Assess your department's price integrity, communicating any price discrepancies to your training manager. . . . page 33
- ❑ Take appropriate markdowns for your Customers. . . . page 35
- ❑ Assist in the inventory process. . . . page 36

*MJ Exhibit 18 Page 30 of 221*