

# Assignment 1

**Utilize MAGIC.**

**Goal:** Demonstrate an understanding of the MAGIC system.
Communicate an understanding of the shipping/receiving procedures.

MAGIC stands for Merchandise Analysis for Growth & Inventory Control. The MAGIC system supports buying, merchandising, and allocation decisions as well as store operations functions. MAGIC is divided into modules that perform various functions throughout the company at stores, offices, and distribution centers.

- ❑ Meet with your training manager, or RMA Coordinator, to discuss transferring or returning merchandise to vendors.

- ❑ Topics to cover:
  - MI: Merchandise Inquiry
  - IAS: Inventory Adjustment System
  - RS: Receiving and Shipping

✎ notes

_____
_____
_____
_____

- ❑ Transfer merchandise to another store, completing the transaction in MAGIC.

✎ notes

_____
_____
_____
_____

MJ Exhibit 18     Page 32 of 221

201490



# Assignment 2

**Work an Opening Shift with your training manager.**

**Goal:** Audit, correct, and file daily and weekly time and attendance reports.
Record daily sales.
Communicate an understanding of CSR, Wage & Hour, Weekly Sales and Scan Sales reports.
Complete Sales Commitment Cards.
Process and file mail.
Complete a daily tour.

❑ Audit daily and weekly T&A reports.

❑ Review and correct a Daily Exception report

❑ Topics to cover:
  - Weekly Hour & Wage reports
  - Labor Summaries
  - manual punches
  - special pay requests
  - Time & Attendance reports
  - 1-31 file
  - department hour charges

✎ notes

_____

_____

_____

_____

❑ Record the daily sales for a week and review all financial reports, to include:
  - CSR
  - Wage & Hour
  - Weekly Sales
  - Scan Sales

MJ Exhibit 18      Page 33 of 221

201491



## Assignment 2 (continued)

- ❑ If applicable in your store, complete Sales Commitment Cards and communicate them to appropriate ALE employees.

- ❑ Topics to cover:
    - last year's sales
    - budgeted sales
    - Sales Commitment cards
    - item of the week

- ✎ notes

  _____
  _____
  _____
  _____

- ❑ Sort, distribute and file all the mail for your department for one week.

- ❑ Topics to cover:
    - priority sorting
    - 31-day file
    - OfficeVision
    - OV bulletin boards
    - OV delegate mail

- ✎ notes

  _____
  _____
  _____
  _____

MJ Exhibit 18    Page 34 of 221

201492



## Assignment 2 (continued)

The importance of the 31-day file is to organize and ensure today's work is done today.

❑ Write a daily tour.

❑ Topics to cover:
- recurring job list
- 31-day file
- follow-up on tour
- prioritize work
- adjustments
- ALE top 10
- Merchandise Bulletins
- orders due
- freight/basics filled
- seasonal issues

✎ notes

_____

_____

_____

_____



# Assignment 3

Take responsibility for one week to ensure that your store stays in compliance with housekeeping, maintenance, and safety standards.

**Goal:** Ensure compliance with the housekeeping standards.
Identify and take appropriate action on maintenance/repair needs.
Ensure compliance with all safety guidelines and standards.

A clean and well-maintained facility not only reduces the risk of accidents and injuries, but also promotes a pleasant work environment for employees and a pleasant place for Customers to shop.

❑ Based on your knowledge of standards and guidelines, audit your store for compliance with:
- housekeeping standards
- maintenance/repair needs
- safety guidelines and standards

❑ Take appropriate action to correct any discrepancies.

❑ Topics to cover:
- how to audit for compliance
- how to coach employees
- how to document discrepancies

✎ notes

_____
_____
_____
_____



# Assignment 4

**Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor.**

**Goal:** Demonstrate an understanding and ensure compliance with the stockroom standards.
Ensure compliance with freight receiving and freight stocking standards.

- ☐ Spend at least eight hours processing freight with an experienced sales person.

- ☐ Monitor the ALE stockroom for compliance to stockroom standards.

- ☐ Prepare freight for a specific department to move it onto the sales floor.

- ☐ Topics to cover:
    - safety standards
    - equipment
    - overstock
    - invoices/pick labels
    - damaged merchandise
    - establishing locations for products and supplies
    - stock rotation
    - delivery hours
    - scheduling for freight days
    - scanning
    - Electronic Article Surveillance tagging
    - hanging standards
    - receiving merchandise in MAGIC

✎ notes

_____
_____
_____

*Stockroom standards are defined to ensure that stockrooms are maintained in an orderly fashion, to—*
› *facilitate the ordering and inventory process,*
› *ensure a safe workplace, and*
› *assist in locating overstock merchandise.*



# Assignment 5

**Audit Cashier Proficiency reports.**

**Goal:** Audit cashier proficiency (including the CDR and ECR reports).

- ❑ If you have not attended Point of Sale training, sign up and complete the training before continuing through the rest of this assignment.

- ❑ Have your training manager observe you cashiering and controlling lines. Have him/her critique you on how you could improve:
    - bagging techniques
    - scanning

- ❑ Audit all ALE Cashier Proficiency reports for one week.

- ❑ Follow-up on all exceptions you find.

- ❑ Topics to cover:
    - productivity charts
    - sign-on time
    - tender time
    - goals for your store/area
    - Customer service skills

✎ notes

_____

_____

_____

_____



# Assignment 6

Order supplies.

**Goal:** Develop your ability to order supplies.

Fred Meyer's commitment: To be in-stock on all basic merchandise at all times. While the objective is to remain in-stock, this must be done without becoming overstocked, which has a negative effect on the department's profits. Effective management includes maintaining an awareness of current supplies.

❑ Working with an experienced ordering clerk, order all supplies for your department for one week.

❑ Topics to cover:
  - Supply log
  - supplies ordered by MSI
  - supplies ordered through corporate
  - supplies ordered from outside vendors
  - FFE form on OV

✎ notes

_____
_____
_____
_____



## Assignment 7

**Assess your department's price integrity, communicating any price discrepancies to your training manager.**

**Goal:**  Audit and take appropriate action on Report Code 12 and Report Code 22
Audit and take appropriate action on file maintenance exceptions.
Audit and take appropriate action on missing markdown and markdown exception reports.
Authorize any manager discretion markdowns.

Price integrity is important to our Customers and has a substantial impact on our profitability. Price changes can be generated for different reasons and from different sources. In addition to the price changes that originate from the main office, managers may authorize markdowns on products for a variety of reasons, including slow moving items, damaged, soiled or end of season products.

❑ Audit and make any necessary changes to the following exception reports:
   - Report code 12
   - Report code 22

❑ Topics to cover:
   - how to audit reports
   - key causes for exceptions
   - reducing exceptions
   - How often should Report code 12s and 22s be captured?

✎ notes

_____
_____
_____
_____



## Assignment 7 (continued)

- ❏ Review File Maintenance Exception reports, identifying and correcting errors. Follow-up with employees where necessary.

- ❏ Topics to cover:
  - identifying errors
  - causes of errors
  - correcting errors
  - how to follow-up with employees
  - Invalid Item report

- notes

  _____
  _____
  _____
  _____

- ❏ During an alpha code week, monitor all missing markdown and markdown exception reports. Take appropriate action. Communicate any discrepancies with your training manager.

- ❏ Topics to cover:
  - reasons for markdowns\markups
  - store markdown price chart
  - alpha code procedures
  - markup cancellation
  - clearance markdowns
  - discontinued items

- notes

  _____
  _____
  _____
  _____



# Assignment 8

**Take appropriate markdowns for your Customers.**

**Goal:** Develop your ability to authorize any manager discretion markdowns.

❑ Discuss the guidelines and how to authorize manager discretion markdowns with your training manager and take any appropriate markdowns for Customers during a one week period with your trainer's supervision.

❑ Topics to cover:
- In-store Markdown Chart
- markdown criteria/guidelines
- out-of-package/re-packaging
- product cost versus retail
- discontinued items
- dirty items
- sales price adjustments

✎ notes

_____

_____

_____

_____



# Assignment 9

Physical inventories are necessary to determine the overall profitability and assess the success of the department's operation.

**Assist in the inventory process.**

**Goal:** Develop your ability to assist in the inventory process.

☐ Follow an ALE inventory through the entire process, beginning by establishing a countdown calendar.

   **Note:** If an inventory is not scheduled while you are working through this training program, walk through the steps with your training manager.

☐ Topics to cover:
   - developing an inventory plan: map & supplies
   - countdown calendar
   - prep work
   - scheduling an inventory
   - inventory service
   - processing inventory paperwork
   - miscounts
   - how to handle receiving/transfers
   - file maintenance's role
   - paperwork errors
   - merchandise not accounted for

✎ notes

_____
_____
_____
_____



# Shoes

| | |
|---|---|
| **Chapter Contents** | This chapter contains four assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❑ Work one shift in Shoes. ...page 39
- ❑ Audit the Out-of-Stock Adjustment Control Log. ...page 40
- ❑ Follow-up and take appropriate action on Customer requests. ...page 41
- ❑ Coordinate implementation of the weekly Merchandise Specialist Notes in Shoes. ...page 42

MJ Exhibit 18    Page 44 of 221

201502