

# Junior's/Young Men's/Elements

| | |
|---|---|
| **Chapter Contents** | This chapter contains three assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❑ <u>Determine the level to which the department reflects current market trends in your area.</u> <u>. . . page 57</u>
- ❑ <u>Set a display.</u> <u>. . . page 58</u>
- ❑ <u>Coordinate implementation of the weekly Merchandise Specialist Notes in Junior's.</u> <u>. . . page 59</u>



## Assignment 1

Determine the level to which the department reflects current market trends in your area.

**Goal:** Identify the current market trends.

❑ Write a brief report for your training manager and regional ALE supervisor, highlighting:
- current trends Fred Meyer is participating in
- ideas for maximizing trends
- any trends Fred Meyer is not participating in
- information gathered in a competition survey

❑ Topics to cover:
- how to determine current market trends
- how to merchandise new styles
- how often features should be changed
- your competitors (criteria used to identify)
- price competition
- product competition

✎ notes

_____

_____

_____

_____

Trends are initially created in fashion design houses. As a trend works its way across the globe, it is adapted by different cultures and ages. This adaptation is picked up by manufacturing houses and produced for distribution. Magazines, television, movies, and competition help by informing the Customer of fashion trends.

Customers expect Fred Meyer to have the items which they have seen, read, or heard about. This demand can at times begin a trend as the store personnel contact the buying office to inform them of what the Customer is asking for. The buyer will purchase additional product and advertise it, thereby informing more Customers of the trend.



# Assignment 2

**Set a display.**

**Goal:** Communicate an understanding of the visual display person's role.

Effective displays enable us to show the Customer current trends and how to coordinate items, and, in turn, it encourages additional sales.

❏ Working with the visual display person, set a display for Junior's.

❏ Topics to cover:
- key display areas
- theme plan display materials
- installation time
- using seasonal trend merchandise
- display maintenance
- display trends
- ad items
- mannequin/display fixture repair

✎ notes

_____
_____
_____
_____

*MJ Exhibit 18*   *Page 65 of 221*



# Assignment 3

**Coordinate implementation of the weekly Merchandise Specialist Notes in Junior's.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
- buyer information
- sales opportunities
- general/product information
- follow-up activities

❑ *then*, take responsibility to see that the strategy is carried out in your store.

❑ Topics to cover:
- featured items
- mandatory displays
- item of the week
- Sales Commitment cards
- holiday items
- new items
- adjusting orders
- layouts
- merchandising tips
- floor flow

✎ notes

_____
_____
_____
_____



# Intimate Apparel

**Chapter Contents**  This chapter contains four assignments with activities to complete within each assignment.

**Assignment Checklist**  Check off each assignment once all activities for that assignment are completed.

- ❑ Review on-line sales. ...page 63
- ❑ Monitor compliance with the current planogram. ...page 64
- ❑ Monitor all intimate apparel returns for one week. ...page 65
- ❑ Coordinate implementation of the weekly Merchandise Specialist Notes in Intimate Apparel. ...page 66



# Assignment 1

**Review on-line sales.**

**Goal:** Review on-line sales information and take appropriate action.

❏ Locate two intimate apparel items in an on-line system and determine:
- stock-to-sales ratio.
- stock-on-hand at your location.
- stock-on-hand at the DC.
- last four weeks' sales.
- date of the last split.

❏ Take any necessary action needed to correct any in-balance in inventory.

❏ Topics to cover:
- MAGIC
- OfficeVision system
- stock-to-sales ratios
- stock counts
- RMS

✎ notes

_____
_____
_____
_____



# Assignment 2

**Monitor compliance with the current planogram.**

**Goal:** Ensure compliance with planograms.

Planograms provide information necessary to remain in-stock on all basic products.

❑ Tour Foundations with your training manager to determine that the current flow/planogram is being used. Work with the sectionhead to make any necessary changes.

❑ Topics to cover:
- proper implementation
- auditing for compliance
- timeframes
- products affected
- distribution/filing
- signing standards
- banners
- name brand signs
- signing standards
- banners
- name brand signs

✎ notes

_____
_____
_____
_____



# Assignment 3

**Monitor all intimate apparel returns for one week.**

**Goal:** Complete, audit and follow-up on written distribution center returns, weekly WDCR recap, and Returns to Supplier.

Both Returns to Supplier and Written Distribution Center Returns can improve the store's profitability by reducing unnecessary products from inventory.

❑ Working with the Intimate Apparel sectionhead, review all returns to vendor and returns to Distribution Center to ensure they meet the guidelines. Make any changes necessary.

❑ Topics to cover:
- MAGIC
- returns-to-supplier
- returns-to-DC
- who authorizes
- over/shorts
- credits
- auditing returns
- impact on profitability

✎ notes

_____

_____

_____

_____

MJ Exhibit 18   Page 72 of 221



# Assignment 4

**Coordinate implementation of the weekly Merchandise Specialist Notes in Intimate Apparel.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
- buyer information
- sales opportunities
- general/product information
- follow-up activities

❑ *then*, take responsibility to see that the strategy is carried out in your store.

❑ Topics to cover:
- featured items
- mandatory displays
- item of the week
- Sales Commitment cards
- holiday items
- new items
- layouts
- merchandising tips
- floor flow
- RMS
- special orders on bras

✎ notes

_____

_____

_____

_____



# Accessories

| | |
|---|---|
| **Chapter Contents** | This chapter contains two assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❑ <u>Merchandise Accessories for one week.</u>   <u>. . . page 69</u>
- ❑ <u>Coordinate implementation of the weekly Merchandise Specialist Notes in Accessories.</u>   <u>. . . page 70</u>

MJ Exhibit 18   Page 74 of 221

201532