

# Assignment 1

**Merchandise Accessories for one week.**

**Goal:** Ensure compliance with ticketing standards.
Ensure compliance with divisional signing standards (including the operation of signing devices).
Ensure compliance with merchandising standards.
Ensure compliance with divisional hanging/folding standards.
Ensure compliance with fixture usage/maintenance standards.

*Customers expect products to be in-stock, and, depending on the product, rotated, faced, tagged/priced, and adequately organized and presented.*

❏ Based on information found in the Visual Merchandise Manual, assume the responsibility for ensuring that accessories stays in compliance with:
- ticketing standards
- divisional signing standards
- merchandising standards
- divisional hanging/folding standards
- divisional fixture usage/maintenance standards

❏ Take the appropriate action to correct any discrepancies.

❏ Topics to cover:
- how to audit for compliance
- how to coach employees

✎ notes

_____

_____

_____

_____



## Assignment 2

Coordinate implementation of the weekly Merchandise Specialist Notes in Accessories.

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

- ❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
  - buyer information
  - sales opportunities
  - general/product information
  - follow-up activities

- ❑ *then*, take responsibility to see that the strategy is carried out in your store.

- ❑ Topics to cover:
  - featured items
  - mandatory displays
  - item of the week
  - Sales Commitment cards
  - holiday items
  - new items
  - layouts
  - merchandising tips
  - floor flow
  - RMS

✎ notes

_____
_____
_____
_____



# Cosmetics

**Chapter Contents**

This chapter contains five assignments with activities to complete within each assignment.

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

- ❏ Review all Cosmetics' orders. . . . page 73
- ❏ Process Cosmetics' salvage. . . . page 74
- ❏ Ensure vendor sign-in on the vendor logs. . . . page 75
- ❏ Set a display. . . . page 76
- ❏ Coordinate implementation of the weekly Merchandise Specialist Notes in Cosmetics. . . . page 77

MJ Exhibit 18    Page 78 of 221

201536



# Assignment 1

**Fred Meyer's commitment:** To be in-stock on all basic merchandise at all times.

While the objective is to remain in-stock, this must be done without becoming overstocked, which has a negative effect on the department's profits.

Effective management includes maintaining an awareness of current inventory.

**Review all Cosmetics' orders.**

**Goal:** Ensure compliance to the quality ordering standards (including RMS, basic, ad, and special orders).

❑ Working with the Cosmetics sectionhead, review all orders to ensure they meet quality ordering standards. Make suggestions and changes where necessary.

**Note:** For further reference, read How to Train an Order Clerk.

❑ Topics to cover:
- RMS
- basic
- ad
- special orders
- minimum point order
- overstocks
- out-of-stocks
- adjusting orders
- LOAMs
- MAGIC
- LR orders
- reasonable presentation

✎ notes

_____
_____
_____
_____



# Assignment 2

Proper and timely processing of salvage helps reduce shrink and allows for better inventory control resulting in higher profitability.

**Process Cosmetics' salvage.**

**Goal:** Process salvage and audit salvage procedures.

❑ Process cosmetics salvage and then review the appropriate documents to verify your salvage credits.

❑ Topics to cover:
- location of salvage area
- hardlines procedures
- softgoods procedures
- transmission logs
- credits
- tagging/ticketing
- non-salvage merchandise
- vendor returns
- callbacks/recalls
- donations
- CI desk procedures
- effects of salvage on profits
- shipping salvage

✎ notes

_____
_____
_____
_____



# Assignment 3

---

**Ensure vendor sign-in on the vendor logs.**

**Goal:** Ensure vendor sign-in on the vendor logs.

Vendors are accountable to the store management while they are performing duties inside a store and are expected to adhere to conduct standards.

- ❑ Take responsibility for one period to monitor the Vendor log.

- ❑ Topics to cover:
  - Vendor log
  - vendor conduct

✎ notes

_____
_____
_____
_____



# Assignment 4

### Set a display.

**Goal:** Communicate an understanding of the visual display person's role.

❑ Working with the visual display person, set a display for Cosmetics.

❑ Topics to cover:
- commodities vs. fashion presentation
- installation time
- using seasonal trend merchandise
- display maintenance
- display trends
- ad items

✎ notes

_____

_____

_____

_____

Effective display enables us to show the Customer current trends and how to coordinate items, and, in turn, it encourages additional sales.



# Assignment 5

**Coordinate implementation of the weekly Merchandise Specialist Notes in Cosmetics.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

- ❏ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
    - buyer information
    - sales opportunities
    - general/product information
    - follow-up activities

- ❏ *then*, take responsibility to see that the strategy is carried out in your store.

- ❏ Topics to cover:
    - featured items
    - mandatory displays
    - item of the week
    - Sales Commitment cards
    - holiday items
    - new items
    - adjusting orders
    - layouts
    - merchandising tips
    - floor flow

✎ notes

_____
_____
_____
_____



# Children's

| | |
|---|---|
| **Chapter Contents** | This chapter contains three assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed.<br><br>❏ <u>Monitor compliance with the current planogram.</u>  <u>...page 81</u><br><br>❏ <u>Implement either a seasonal merchandising plan or a sales event.</u>  <u>...page 82</u><br><br>❏ <u>Coordinate implementation of the weekly Merchandise Specialist Notes in Children's.</u>  <u>...page 84</u> |

 **Assignment 1**

**Monitor compliance with the current planogram.**

**Goal:** Ensure compliance with planograms.

Planograms provide information necessary to remain in-stock on all basic products.

☐ Tour Children's with your training manager to determine that the current planogram is being used. Work with the sectionhead to make any necessary changes.

☐ Topics to cover:
- department break outs
- sizing standards
- proper implementation
- auditing for compliance
- timeframes
- products affected
- distribution/filing
- signing standards
- banners
- name brand signs

✎ notes

_____

_____

_____

_____

## Assignment 2

**Implement either a seasonal merchandising plan or a sales event.**

**Goal:** Coordinate implementation of the seasonal merchandising plans and the sales event bulletins.
Assist with preparing seasonal critiques for the Regional Sales and Merchandising Supervisor.

☐ Review the most current seasonal merchandising plan and/or sales event bulletin then assist your training manager in planning, delegating, and implementing the plan.
- Discuss any deviation you may need to make to the plan to make it work in your store.
- Define and draw this season's plan.

☐ Topics to cover:
- floor map
- fixtures/fixture assembly
- planning calendar
- sales objectives
- tie-in items
- promo set
- cross-overs/checkstands

✎ notes

_____
_____
_____
_____
_____



## Assignment 2 (continued)

Critiques provide you with an active voice to the buyers and merchandisers, helping them make better decisions in the future.

- ❑ Assist your training manager in completing a critique of a promotional event.

- ❑ Topics to cover:
  - What sold well?
  - What didn't sell?
  - Were promotional materials received on time?
  - sales information

✎ notes

_____
_____
_____
_____