

# Assignment 3

**Coordinate implementation of the weekly Merchandise Specialist Notes in Children's.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

- ❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
  - buyer information
  - sales opportunities
  - general/product information
  - follow-up activities

- ❑ *then*, take responsibility to see that the strategy is carried out in your store.

- ❑ Topics to cover:
  - featured items
  - mandatory displays
  - item of the week
  - Sales Commitment cards
  - holiday items
  - new items
  - adjusting orders
  - layouts
  - merchandising tips
  - floor flow

✎ notes

_____
_____
_____
_____



# Evaluation

| | |
|---|---|
| **Chapter Contents** | This chapter contains three assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❑ Work an Opening shift. . . . page 87
- ❑ Work a Closing shift. . . . page 88
- ❑ Evaluate the training process. . . . page 89



# Assignment 1

An opening PIC is responsible for key components of the organization and coordination of the department. Functions of the opening PIC include: recording the daily sales, processing and filing mail, auditing cashier proficiency, auditing time and attendance reports, conducting floor tours, planning and scheduling for the department, adjusting the schedule to fit the needs of the business, and ordering supplies, as needed.

**Work an Opening shift.**

**Goal:** Perform the opening PIC job functions.

❑ Under the observation of your training manager, work an entire week as the Relief Assistant for the ALE Department.

❑ Topics to cover:
- daily sales
- mail
- cashier proficiency reports
- scheduling
- 15-Minute Chart
- daily tours
- Recurring Job List
- Time & Attendance reports

✎ notes

_____
_____
_____
_____



# Assignment 2

**Work a Closing shift.**

**Goal:** Perform the closing PIC job functions.

The closing PIC plays the primary role in ensuring Customers' needs are met and all operational and merchandising standards are maintained. The ability to organize, prioritize, assign, and follow-up on work are key elements to a successful PIC. In addition, a successful PIC must know the required quality standards and how to accomplish all the required work at the least cost to the company.

- ❑ Under the observation of your training manager, work an entire week as the Relief Assistant for the ALE Department.

- ❑ Topics to cover:
  - 15-Minute Chart and adjustments
  - schedule recovery, cleanup, and returns
  - employee supervision
  - Customer service
  - Selling department: SHO, Bridge
  - special orders
  - ensure checkstand coverage
  - ensure floor coverage

🖎 notes

_____
_____
_____



# Assignment 3

**Evaluate the training process.**

**Goal:** Successfully meet all performance requirements for the Relief Assistant.

- ❏ Complete the self-evaluation form.

- ❏ Have your training manager complete the Performance Evaluation.

- ❏ Meet with your training manager to discuss your progress through the training program.
  - Performance Evaluation
  - Self-evaluation
  - areas needing additional training
  - future professional goals
  - your next step

**Note:** Your training manager will send a copy of the Performance Evaluation to your Regional Sales and Merchandising Supervisor. You may send a copy of your self-evaluation along with the Performance Evaluation if you so desire.

✎ notes

_____

_____

_____

_____



## Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| I believe my performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Communicate an understanding of corporate organizational charts. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete the department's required CBT modules.. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete all additional mandatory training. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the employee performance appraisal process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the interviewing/hiring process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the hourly and salaried employee benefit package. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the profit sharing program and the employee stock purchase plan, if applicable. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Demonstrate an understanding of the MAGIC system. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the shipping/receiving procedures. | ❏ | ❏ | ❏ |
| Comments: | | | |



# Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| I believe my performance rates— in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit, correct, and file daily and weekly time and attendance reports. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Record daily sales. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of CSR, Wage & Hour, Weekly Sales and Scan Sales reports. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete Sales Commitment Cards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Process and file mail. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete a daily tour. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with the housekeeping standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Identify and take appropriate action on maintenance/repair needs. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with all safety guidelines and standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Demonstrate an understanding and ensure compliance with the stockroom standards. | ☐ | ☐ | ☐ |
| Comments: | | | |



## Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| I believe my performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Ensure compliance with freight receiving and freight stocking standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Sharpen your selling skills. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with divisional hanging/folding standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with divisional signing standards (including the operation of signing devices). | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure accuracy and follow-up on price changes. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with divisional fixture usage/maintenance standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with merchandising standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Audit cashier proficiency (including the CDR and ECR reports). | ☐ | ☐ | ☐ |
| Comments: | | | |
| Develop your ability to order supplies. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Audit and take appropriate action on file maintenance exceptions. | ☐ | ☐ | ☐ |
| Comments: | | | |

## Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| I believe my performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit and take appropriate action on missing markdown and markdown exception reports. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Develop your ability to authorize any manager discretion markdowns. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Develop your ability to assist in the inventory process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Maintain and audit the Out-of-Stock Adjustment Control Log. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Follow-up and take appropriate action on Customer requests. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Coordinate implementation of the weekly Merchandise Specialist Notes at a management level. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Implement and audit ads. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance with planograms. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Identify the current market trends. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Audit and take appropriate action on scan audits. | ❏ | ❏ | ❏ |
| Comments: | | | |



## Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| I believe my performance rates-- in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit and take appropriate action on Report Code 12 and Report Code 22. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the visual display person's role. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Review on-line sales information and take appropriate action. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete, audit, and follow-up on written distribution center returns, weekly WDCR recap, and Returns to Supplier. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance with ticketing standards. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance to the quality ordering standards (including RMS, basic, ad, and special orders). | ❏ | ❏ | ❏ |
| Comments: | | | |
| Process salvage and audit salvage procedures. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure vendor sign-in on the vendor logs. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Coordinate implementation of the seasonal merchandising plans and the sales event bulletins. | ❏ | ❏ | ❏ |
| Comments: | | | |



## Assignment 3 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| **I believe my performance rates–<br>in each performance requirement listed below.** | Exceeds Expectations | Meets Expectations | Below Expectations |
| Assist with preparing seasonal critiques for the Regional Sales and Merchandising Supervisor. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Perform the opening PIC job functions. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Perform the closing PIC job functions. | ❏ | ❏ | ❏ |
| Comments: | | | |



## Assignment 3 (continued)

| Performance Evaluation | | | |
|---|---|---|---|
| **Upon observing the trainee, I believe that the trainee's performance rates– in each performance requirement listed below.** | Exceeds Expectations | Meets Expectations | Below Expectations |
| Communicate an understanding of corporate organizational charts. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete the department's required CBT modules.. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete all additional mandatory training. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of the employee performance appraisal process. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of the interviewing/hiring process. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of the hourly and salaried employee benefit package. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of the profit sharing program and the employee stock purchase plan, if applicable. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Demonstrate an understanding of the MAGIC system. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of the shipping/receiving procedures. | ☐ | ☐ | ☐ |
| Comments: | | | |



## Assignment 3 (continued)

| Performance Evaluation | | | |
|---|:---:|:---:|:---:|
| Upon observing the trainee, I believe that the trainee's performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit, correct, and file daily and weekly time and attendance reports. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Record daily sales. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Communicate an understanding of CSR, Wage & Hour, Weekly Sales and Scan Sales reports. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete Sales Commitment Cards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Process and file mail. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Complete a daily tour. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with the housekeeping standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Identify and take appropriate action on maintenance/repair needs. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with all safety guidelines and standards. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Demonstrate an understanding and ensure compliance with the stockroom standards. | ☐ | ☐ | ☐ |
| Comments: | | | |

MJ Exhibit 18   Page 105 of 221