

## Assignment 3 (continued)

| **Performance Evaluation** | | | |
|---|:---:|:---:|:---:|
| **Upon observing the trainee, I believe that the trainee's performance rates–** in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Ensure compliance with freight receiving and freight stocking standards. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Sharpen your selling skills. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure compliance with divisional hanging/folding standards. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure compliance with divisional signing standards (including the operation of signing devices). | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure accuracy and follow-up on price changes. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure compliance with divisional fixture usage/maintenance standards. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure compliance with merchandising standards. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Audit cashier proficiency (including the CDR and ECR reports). | ❑ | ❑ | ❑ |
| Comments: | | | |
| Develop your ability to order supplies. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Audit and take appropriate action on file maintenance exceptions. | ❑ | ❑ | ❑ |
| Comments: | | | |

*MJ Exhibit 18*   *Page 106 of 221*



# Assignment 3 (continued)

| Performance Evaluation | | | |
|---|---|---|---|
| Upon observing the trainee, I believe that the trainee's performance rates-- in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit and take appropriate action on missing markdown and markdown exception reports. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Develop your ability to authorize any manager discretion markdowns. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Develop your ability to assist in the inventory process. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Maintain and audit the Out-of-Stock Adjustment Control Log. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Follow-up and take appropriate action on Customer requests. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Coordinate implementation of the weekly Merchandise Specialist Notes at a management level. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Implement and audit ads. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Ensure compliance with planograms. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Identify the current market trends. | ☐ | ☐ | ☐ |
| Comments: | | | |
| Audit and take appropriate action on scan audits. | ☐ | ☐ | ☐ |
| Comments: | | | |



## Assignment 3 (continued)

| Performance Evaluation | | | |
|---|---|---|---|
| Upon observing the trainee, I believe that the trainee's performance rates-- in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Audit and take appropriate action on Report Code 12 and Report Code 22. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Communicate an understanding of the visual display person's role. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Review on-line sales information and take appropriate action. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete, audit, and follow-up on written distribution center returns, weekly WDCR recap, and Returns to Supplier. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance with ticketing standards. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance to the quality ordering standards (including RMS, basic, ad, and special orders). | ❏ | ❏ | ❏ |
| Comments: | | | |
| Process salvage and audit salvage procedures. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure vendor sign-in on the vendor logs. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Coordinate implementation of the seasonal merchandising plans and the sales event bulletins. | ❏ | ❏ | ❏ |
| Comments: | | | |



## Assignment 3 (continued)

| **Performance Evaluation** | | | |
|---|---|---|---|
| Upon observing the trainee, I believe that the trainee's performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Assist with preparing seasonal critiques for the Regional Sales and Merchandising Supervisor. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Perform the opening PIC job functions. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Perform the closing PIC job functions. | ❏ | ❏ | ❏ |
| Comments: | | | |





# Contents

Prerequisites

Getting Started ..................................................................Chapter 1

Merchandising ...................................................................Chapter 2

Merchandise and Inventory Control.................................. Chapter 3

Operations ........................................................................Chapter 4

Price Control .....................................................................Chapter 5

Employee Development .................................................... Chapter 6

Management Skills............................................................Chapter 7

Evaluation ........................................................................ Chapter 8

Next Steps ........................................................................ Chapter 9

Prerequisites

Getting Started

Merchandising

Merchandise and Inventory Control

Operations



# PREREQUISITES

Before beginning ALE Relief Assistant training, you must complete the prerequisites listed in this chapter. Here's what to do:

1. Meet with your training manager to discuss which prerequisites you still need to complete.
2. Using the checklist on the next page, have your manager initial the prerequisites you have completed.
3. With your manager, schedule time to complete any prerequisites you have not yet satisfied.
4. Once your manager confirms that you have satisfied all prerequisites, you can go ahead with relief assistant training.

Prerequisites

# Assignment: Complete prerequisites before starting relief assistant training.

Before beginning ALE relief assistant training, you must complete the following prerequisites. If you have not successfully completed any of these prerequisites, your training manager will schedule you to do so. Once your training manager has confirmed that you have completed everything on the following list, you can begin relief assistant training.

| Mgr. Initials/ Date | Prerequisite |
|---|---|
| _____ _____ | ☐ Complete the ALE PIC/Fourth-in-Charge training book. |
| _____ _____ | ☐ Complete Price Changer training. |
| _____ _____ | ☐ Complete Proactive Ordering training. |
| _____ _____ | ☐ Complete the Fundamentals of Management class. |

Prerequisites

Getting Started

Merchandising

Merchandise and Inventory Control

Operations



# Chapter 1
# Getting Started

Check off each assignment once all of the activities for that assignment are complete. Then continue to work through your training book according to your plan.

| Chapter Assignments | Page |
|---|---|
| ❑ Assess your skill level with your training manager using the performance requirements chart. | 1-2 |
| ❑ Create a training schedule. | 1-5 |
| ❑ Submit weekly training reports to communicate what you have learned. | 1-18 |
| ❑ Meet regional management. | 1-19 |

# Assignment: Assess your skill level with your training manager using the performance requirements chart.

This training assessment lists the performance requirements for a competent relief assistant.

- ❏ Work with your training manager to complete the performance requirements chart.

- ❏ Using the list of performance requirements, and the assignments located on the pages indicated, check off skills in which you are already proficient. Ask
    - ▸ Have I previously completed this task?
    - ▸ Do I do this task well?
    - ▸ Have I done this task well under pressure?

- ❏ Note the performance requirements in which you need to be trained.

Legend for table on following page:

**Proficient.** Has performed all aspects of the task in a reliable manner; no training needed.

**Some proficiency.** Has some experience; needs additional training to become proficient.

**Training needed.** No experience or practice with this skill; full training needed to become proficient.

ALE Relief Assistant

## Performance Requirements Chart

| Performance Requirement | Proficient | Some Proficiency | Training Needed | Page |
|---|---|---|---|---|
| **Merchandising** | | | | |
| Assist Customers with product knowledge. | | | | 2-2 |
| Evaluate department merchandising. | | | | 2-4 |
| Coordinate implementation of the weekly Merchandise Notes. | | | | 2-5 |
| Ensure compliance with divisional signing standards. | | | | 2-6 |
| Set, sign, and audit ads. | | | | 2-7 |
| Build department displays. | | | | 2-8 |
| Create fashion presentations that adhere to divisional standards. | | | | 2-9 |
| Determine the level to which the department reflects current market trends in your area. | | | | 2-10 |
| Implement a seasonal merchandising plan or a sales event. | | | | 2-11 |
| Critique seasonal displays to ensure compliance with seasonal plans. | | | | 2-12 |
| Monitor compliance with the current planogram. | | | | 2-13 |
| Audit the Out-of-Stock Adjustment Control Log. | | | | 2-15 |
| Merchandise the Accessories section. | | | | 2-16 |
| Merchandise the Junior's and Young Men's sections. | | | | 2-17 |
| **Merchandise and Inventory Control** | | | | |
| Use MAGIC to ensure accurate inventories. | | | | 3-2 |
| Complete and follow up on Cosmetics orders. | | | | 3-3 |
| Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. | | | | 3-4 |
| Monitor and follow up on the Vendor Log. | | | | 3-5 |
| Monitor and manage inventory levels. | | | | 3-6 |
| Assist in the inventory process. | | | | 3-7 |

Getting Started

## Performance Requirements Chart

| Performance Requirement | Proficient | Some Proficiency | Training Needed | Page |
|---|---|---|---|---|
| **Operations** | | | | |
| Write and follow up on daily tours. | | | | 4-2 |
| Process physical and electronic mail. | | | | 4-4 |
| Audit, correct, and file daily and weekly time and attendance reports. | | | | 4-5 |
| Order supplies. | | | | 4-6 |
| Ensure compliance with housekeeping, maintenance, and safety standards. | | | | 4-7 |
| Audit the cashier proficiency reports. | | | | 4-8 |
| Communicate an understanding of CSR, Wage & Hour, Weekly Sales, and Scan Sales reports. | | | | 4-9 |
| **Price Control** | | | | |
| Complete price changes. | | | | 5-2 |
| Audit and take appropriate action on scan audits. | | | | 5-3 |
| Assess price integrity. | | | | 5-4 |
| **Employee Development** | | | | |
| Complete an employee performance appraisal. | | | | 6-2 |
| Prepare for an interview. | | | | 6-3 |
| Assist a new employee with his or her benefits paperwork. | | | | 6-4 |
| Describe the profit sharing and employee stock purchase plans. | | | | 6-5 |
| **Management Skills** | | | | |
| Monitor and maximize sales. | | | | 7-2 |
| Communicate effectively. | | | | 7-3 |
| Motivate and involve employees. | | | | 7-5 |
| Delegate work and follow up to ensure accurate and timely completion. | | | | 7-6 |
| Coach employees for increased performance. | | | | 7-8 |
| Effectively resolve employee conflicts. | | | | 7-10 |
| Resolve problems. | | | | 7-11 |
| Effectively manage change. | | | | 7-13 |

## Assignment: Create a training schedule.

- ❑ With your training manager, create a training schedule using the calendars that begin on the next page.
    - ▸ Consider the training needs identified in the training assessment on the previous page.
    - ▸ Incorporate learning opportunities presented by daily and seasonal business, such as sales and holidays.

- ❑ Schedule time during your *first week* to learn OfficeVision. You will need it to submit your training reports.

- ❑ Schedule times to:
    - ▸ Meet with your training manager to discuss your progress and plan your next steps in the training program.
    - ▸ Make notes on what you have learned.
    - ▸ Complete the weekly training report.

- ❑ With your training manager, ensure your learning assignments are written into the daily tour.