Getting Started

|  | | | Planning |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  | Planning |  |  |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1-8

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  |  |  | Planning |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  |  |  |  | Planning |
|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| Planning | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  | Planning | | |
| --- | --- | --- | --- |
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ALE Relief Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Assignment: Submit weekly training reports to communicate what you have learned.

Think of your progress report as a structured way of taking notes. It will show your supervisor what you're learning.

- ❑ Format your report so it's easy to read. You will refer to it on the job or when you study for your final validation.
    - ▸ Organize by date and trainer, then by training topic, using a separate paragraph for each training topic.
    - ▸ Label each topic with a subhead (for example, Customer service in RTW). Skip lines between topics.
    - ▸ Use bullet points where appropriate.

- ❑ When writing, capture the essential details about procedures and policies in your division. Include in your report:
    - ▸ Facts you learned in the past week, not just what you accomplished. (For example, write "The ALE standard for hanging clothes is . . .")
    - ▸ Why these facts are important (how this knowledge will be useful in your daily job)
    - ▸ Who trained you
    - ▸ A single, concluding paragraph that tells who you plan to share your new knowledge with and how your training is progressing

- ❑ Create an OV of your report and address it to
    - ▸ Your training manager
    - ▸ Your store director
    - ▸ Your regional sales supervisor
    - ▸ Your KSP/HRA
    - ▸ Your regional HR supervisor
    - ▸ Eric Smith in RET (OV initials: ETS)

- ❑ Keep a running journal during the week following the instructions below. Send your completed report on Friday or Saturday.
    - ▸ After typing each day's entry, file the note by pressing F3.
    - ▸ Access the note the next day by typing "files." Press F2 to add another entry to the note.
    - ▸ Repeat as needed until the file is complete.
    - ▸ Press F9 to send and file the note.

## Assignment: Meet regional management.

Teamwork is an important priority for managers. Customers, the company, and employees benefit from good team relationships.

The ALE department is part of several teams.

- ✔ The ALE manager and ALE management team are excellent resources for scheduling, display and merchandising plans, and increasing sales.
- ✔ The store director can assist with cross-merchandising, ways to increase sales, personnel problems, needed repairs, and maintenance.
- ✔ The ALE supervisor assists with product availability, merchandising, and ways to increase sales. They work with the store director to resolve other issues in ALE.
- ✔ The corporate merchandise specialists, buyers, and replenishment analysts communicate through the merchandise bulletins and are available to assist with specific product needs.

❑ Discuss with your training manager how the ALE relief assistant interacts with the department and store teams.

❑ To further learn how the store teams work together, participate in store meetings, PACE rallies, and scheduled conferences (such as Fred Meyer First meetings) with the ALE manager and store director.

❑ Have your training manager arrange a meeting between you and the regional management team, so you can determine their roles and discuss their expectations of ALE relief assistants. Arrange meetings with

  ▸ The regional ALE supervisor
  ▸ The regional director

Getting Started