

# Assignment 1

**Work one shift in Shoes.**

**Goal:** Sharpen your selling skills.

Selling Skills...
› Approach and greet Customers immediately.
› Ask questions and listen carefully to determine Customer needs.
› Present products that meet the needs of the Customer.
› Clearly communicate product features and benefits.
› Sell add-on and tie-in products.
› Effectively close sale; thanking Customer for their business.

❏ Assist Customers in the shoe department. Follow sales through to the end.

❏ Topics to cover:
  • PACE
  • SAM
  • 77 rule
  • add-on sales
  • trading up a Customer

✎ notes

_____
_____
_____
_____



# Assignment 2

## Audit the Out-of-Stock Adjustment Control Log.

**Goal:** Maintain and audit the Out-of-Stock Adjustment Control Log.

❑ Audit the Out-of-Stock Adjustment Control Log under the guidance of your training manager. Make any necessary changes.

❑ Topics to cover:
- location
- correcting/maintaining
- common errors
- solutions to errors
- sending
- purpose of log

✎ notes

_____

_____

_____



# Assignment 3

**Follow-up and take appropriate action on Customer requests.**

**Goal:** Follow-up and take appropriate action on Customer requests.

Fred Meyer's product guarantee: "If your purchase fails to meet your expectations, for any reason, bring it back for a credit, an exchange, or a full refund. If you remember your receipt and the packaging it will be that much easier."

❑ Review all Customer requests in the Shoe department for one week, following-up where necessary in order to successfully satisfy all Customers.

❑ Topics to cover:
  - return policy
  - Customer special orders
  - Customer request slips
  - Customer request book
  - product guarantee
  - Customer complaints
  - contacting Customers
  - Shoe Club Card

✎ notes

_____

_____

_____

_____

*MJ Exhibit 18*   *Page 48 of 221*



# Assignment 4

**Coordinate implementation of the weekly Merchandise Specialist Notes in Shoes.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
- buyer information
- sales opportunities
- general/product information
- follow-up activities

❑ *then*, take responsibility to see that the strategy is carried out in your store.

❑ Topics to cover:
- featured items
- mandatory displays
- item of the week
- holiday items
- new items
- layouts
- merchandising tips
- floor flow
- wall standards
- ticketing standards
- ad signing

✐ notes

_____

_____

_____

_____



# Ready-to-Wear

**Chapter Contents**   This chapter contains three assignments with activities to complete within each assignment.

**Assignment Checklist**   Check off each assignment once all activities for that assignment are completed.

- ☐ Set and audit an ad. . . . page 45
- ☐ Monitor compliance with the current planogram. . . . page 46
- ☐ Coordinate implementation of the weekly Merchandise Specialist Notes in Ready-to-Wear. . . . page 47



# Assignment 1

Fred Meyer in-stock philosophy: To be in-stock with ad items at all times.

**Set and audit an ad.**

**Goal:** Implement and audit ads.

☐ Work with the sectionhead to set an ad for Ready-to-Wear, then:

☐ Work with your training manager to audit the ad on opening ad day and throughout the week taking responsibility to follow-up on any necessary changes.

☐ Topics to cover:
- ad merchandise placement
- signage
- in-stock levels
- back-up stock
- out-of-stock situation
- locating additional stock
- scan errors
- ad errors
- ad follow-up

✎ notes

_____
_____
_____
_____



# Assignment 2

Planograms provide information necessary to remain in-stock on all basic products.

**Monitor compliance with the current planogram.**

**Goal:** Ensure compliance with planograms.

❑ Tour Ready-to-Wear with your training manager to determine that the current flow is being used. Work with the sectionhead to make any necessary changes.

❑ Topics to cover:
- proper implementation
- auditing for compliance
- timeframes
- products affected
- distribution/filing
- signing standards
- banners
- name brand signs

✎ notes

_____

_____

_____

_____



# Assignment 3

**Coordinate implementation of the weekly Merchandise Specialist Notes in Ready-to-Wear.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

- ❏ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
  - buyer information
  - sales opportunities
  - general/product information
  - follow-up activities

- ❏ *then*, take responsibility to see that the strategy is carried out in your store.

- ❏ Topics to cover:
  - featured items
  - mandatory displays
  - item of the week
  - Sales Commitment cards
  - holiday items
  - new items
  - layouts
  - merchandising tips
  - floor flow

✎ notes

_____
_____
_____
_____

# Men's

**Chapter Contents**

This chapter contains three assignments with activities to complete within each assignment.

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

- ☐ Determine the level to which the department reflects current market trends in your area. . . . page 51
- ☐ Monitor a scan audit in Men's. . . . page 52
- ☐ Coordinate implementation of the weekly Merchandise Specialist Notes in Men's. . . . page 53



# Assignment 1

Determine the level to which the department reflects current market trends in your area.

**Goal:** Identify the current market trends.

Trends are initially created in fashion design houses. As a trend works its way across the globe, it is adapted by different cultures and ages. This adaptation is picked up by manufacturing houses and produced for distribution. Magazines, television, movies, and competition help by informing the Customer of fashion trends.

Customers expect Fred Meyer to have the items which they have seen, read, or heard about. This demand can at times begin a trend as the store personnel contact the buying office to inform them of what the Customer is asking for. The buyer will purchase additional product and advertise it, thereby informing more Customers of the trend.

❑ Write a brief report for your training manager and regional ALE supervisor, highlighting:
- brand names
- current trends Fred Meyer is participating in
- ideas for maximizing trends
- any trends Fred Meyer is not participating in
- information gathered in a competition survey

❑ Topics to cover:
- how to determine current market trends
- how to merchants new styles
- how often features should be changed
- your competitors (criteria used to identify)
- price competition
- product competition

✎ notes

_____
_____
_____
_____

*MJ Exhibit 18*   *Page 58 of 221*

Men's ✦ 51

201516



## Assignment 2

Monitor a scan audit in Men's.

**Goal:** Audit and take appropriate action on scan audits.

The scan auditor's function is to help maintain 100% accuracy on pricing. It is necessary to conduct scan audits to ensure price integrity and adherence to FCC regulations. An acceptable scan audit error percent is 1% or less.

☐ Observe a scan auditor performing a scan audit in Men's, then work with your training manager to correct mistakes found in the audit.

☐ Topics to cover:
- timeframe for audits
- acceptable error percentage
- purge batch
- number of items scanned
- scan integrity

✎ notes

_____
_____
_____
_____

*MJ Exhibit 18*   *Page 59 of 221*



# Assignment 3

**Coordinate implementation of the weekly Merchandise Specialist Notes in Men's.**

**Goal:** Coordinate implementation of the weekly Merchandise Specialist Notes at a management level.

❑ Read the most current copy of the weekly Merchandise Specialist Notes and find the following information:
- buyer information
- sales opportunities
- general/product information
- follow-up activities

❑ *then*, take responsibility to see that the strategy is carried out in your store.

❑ Topics to cover:
- featured items
- mandatory displays
- item of the week
- Sales Commitment cards
- holiday items
- new items
- adjusting orders
- layouts
- merchandising tips
- floor flow
- quick & easy outfits

✎ notes

_____
_____
_____
_____