Prerequisites

Getting Started

Merchandising

Merchandise and
Inventory Control

Operations



# CHAPTER 2
# MERCHANDISING

Merchandising is the art of presenting products in a way that entices the Customer to buy. Creative merchandising often shows how multiple products can be combined into a total outfit or wardrobe.

The assignments in this chapter guide you through different merchandising techniques you can use to satisfy Customers and maximize sales.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your trainers.

| Chapter Assignments | Page |
| --- | --- |
| ☐ Assist Customers with product knowledge. | 2-2 |
| ☐ Evaluate department merchandising. | 2-4 |
| ☐ Coordinate implementation of the weekly Merchandise Notes. | 2-5 |
| ☐ Ensure compliance with divisional signing standards. | 2-6 |
| ☐ Set, sign, and audit ads. | 2-7 |
| ☐ Build department displays. | 2-8 |
| ☐ Create fashion presentations that adhere to divisional standards. | 2-9 |
| ☐ Determine the level to which the department reflects current market trends in your area. | 2-10 |
| ☐ Implement a seasonal merchandising plan or a sales event. | 2-12 |
| ☐ Critique seasonal displays to ensure compliance with seasonal plans. | 2-12 |
| ☐ Monitor compliance with the current planogram. | 2-13 |
| ☐ Audit the Out-of-Stock Adjustment Control Log. | 2-15 |
| ☐ Merchandise the Accessories section. | 2-16 |
| ☐ Merchandise the Junior's and Young Men's sections. | 2-17 |

Merchandising

# Assignment: Assist Customers with product knowledge.

❑ Complete the following CBTs, then discuss with your trainer how you can use the information to assist Customers.

▸ Apparel Fabrics CBT

▸ Bras, Selecting the Right Size & Style CBT

❑ Tour the following sections, noting the five top brands in each area and the product strengths of each.

Watch/Bridge Jewelry

| Top Products | Strengths |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Men's

| Top Products | Strengths |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Intimate

| Top Products | Strengths |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

MJ Exhibit 18    Page 138 of 221
201596

Career Ready-to-Wear

| Top Products | Strengths |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Cosmetics

| Top Products | Strengths |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Merchandising

# Assignment: Evaluate department merchandising.

❑ Review the following resources for current merchandising standards:

› Visual Merchandise Standards manual located at manager's desk for merchandise standards in each department

› Visual Merchandise Standards manual located at manager's desk for visual display standards

› Seasonal bulletins *(on FMinfo)*

› Weekly top 10 list (OfficeVision)

› Event bulletins *(on FMinfo)*

❑ Discuss with your trainer how you will tour the department evaluating each section's compliance to merchandising standards and to seasonal plans.

› Outline expectations for each section as established in the standards.

› Describe how you will inspect what you expect.

› Agree how you will report your findings to each section head.

› Understand the relief assistant's responsibilities in carrying out the merchandising strategies.

*When you walk the department, note and fix any safety hazards:*
*- broken shelves or fixtures*
*- fixtures improperly installed,*
*- hangers, bags, sensor tags, etc. on the floor.*

❑ Tour the department, evaluating each section's compliance to standards and to seasonal plans. Consider the following issues:

› Displays

› Signing

› Fashion presentations

› Overall department presentation

› Reasons for deviating from the Merchandising Notes or display schedule

› Merchandising differences between sections

❑ Report the results of your tour to your trainer.

› Discuss strengths as well as opportunities for improvement.

› Agree on how you will follow up with the section heads.

❑ Report the results of your tour to each section head.

› Compliment the section head on strengths and compliances to standard and seasonal plans.

› Discuss how the section head would address the areas not in compliance.

ALE Relief Assistant

# Assignment: Coordinate implementation of the weekly Merchandise Notes.

❑ Read the most current copy of the weekly Merchandise Notes and find the following information:

   ‣ Buyer information
   ‣ Sales opportunities
   ‣ General/product information
   ‣ Follow-up activities

❑ Walk the Ready-to-Wear, Junior's, and Children's sections, observing their compliance to the Merchandising Notes. Note, then report to your training manager

   ‣ Featured items; item of the week
   ‣ New items
   ‣ Holiday items
   ‣ Layouts
   ‣ Floor flow
   ‣ Mandatory displays
   ‣ Merchandising tips

❑ Walk the Shoes section, evaluating compliance to the Merchandising Notes. In addition to noting items, displays, and merchandising tips, observe and report on

   ‣ Wall standards
   ‣ Ticketing standards
   ‣ Ad signing

❑ As you review the Merchandising Notes for Intimate Apparel and Accessories, note the RMS items as compared to items that are ordered or split to the store by the buyers. Tour those sections with your training manager, discussing

   ‣ RMS in-stocks, audits, and REQ's
   ‣ Special orders
   ‣ Adjusting orders

❑ Work with your training manager to coordinate implementation of the Merchandising Notes the remaining weeks of your training.

   ‣ Ensure compliance.
   ‣ Note exceptions and discuss them with the appropriate section head.

# Assignment: Ensure compliance with divisional signing standards.

- ❑ Review the Signing Standards manual.
- ❑ Tour the department with your training manager. Note and discuss
  - Different signing used in each section
  - Signing standards for each type of display
  - Information requirements on each sign: UPC/SKU, expiration information, product description
  - Signing for each type of fixture
- ❑ With your training manager, review the sign/tag creating devices. Make the following signs for the department:
  - 1/8th card signs
  - 1/4th card signs
  - UPLs
- ❑ Tour the department to ensure proper maintenance and placement of the following signing:
  - Event signing
  - TPR signing
  - Ad signs
  - Coupon holders & coupons
  - Orange tags
  - Clearance signing
  - Brand signing
- ❑ Work with your training manager to resolve signing challenges.
  - How to sign multiple price points on one rack or display
  - How to ensure ad or markdown information is clear to the Customer

**Notes**

# Assignment: Set, sign, and audit ads.

The Fred Meyer in-stock philosophy is to be in stock with ad items at all times.

❑ With the Childrens section head, prep, set, and sign an ad. Discuss
  ‣ Verifying paperwork to the ad tags
  ‣ Verifying signs and tags to the ad
  ‣ Prepping prior to ad day
  ‣ Hanging the ad
  ‣ Meeting required time lines
  ‣ Making any additional signs that need to be made
  ‣ Auditing to ensure accuracy

❑ Work with the section head to set an ad for Men's. Discuss
  ‣ Ad merchandise placement
  ‣ Signing/tagging
  ‣ In-stock levels
  ‣ Back-up stock

❑ Work with your training manager to audit the Men's ad on opening ad day and throughout the week, taking responsibility to follow up on any necessary changes. Discuss
  ‣ Out-of-stock situations
  ‣ Locating additional stock
  ‣ Scan errors
  ‣ Ad errors
  ‣ Ad follow-up

❑ Prep, set, and audit an ad in Cosmetics. Ensure
  ‣ Signing standards
  ‣ Fact tags
  ‣ Coupons
  ‣ TPR's

Merchandising

## Assignment: Build department displays.

Effective display enables us to show the Customer current trends and how to coordinate items, which encourages additional sales.

❑ Working with the visual display person, set an endcap in Cosmetics. Discuss

- ‣ Commodities vs. fashion presentation
- ‣ Installation time
- ‣ Using seasonal trend merchandise
- ‣ Display maintenance
- ‣ Display trends
- ‣ Ad items

❑ Review information on fixtures, hanging and folding standards, and signing standards.

❑ Working with the visual display person, set a display in Junior's. Discuss

- ‣ Key display areas
- ‣ Theme plan display materials
- ‣ Installation time
- ‣ Using seasonal trend merchandise
- ‣ Display maintenance
- ‣ Display trends
- ‣ Ad items
- ‣ Mannequin/display fixture repair

❑ Rework a pad in Ready-to-Wear. Note and discuss with your training manager

- ‣ Time needed
- ‣ Seasonal merchandise
- ‣ Display trends and options
- ‣ Ad items
- ‣ Basics vs. fashion presentation

*MJ Exhibit 18*     *Page 144 of 221*

**201602**

# Assignment: Create fashion presentations that adhere to divisional standards.

*Suggestion: Draw a map of the wall before you start moving merchandise.*

❑ With your training manager, create a presentation using the following resources:

▸ Seasonal bulletins

▸ Event bulletins

▸ Merchandise Notes

▸ Visual Merchandise Standards manual

❑ Work with your training manager to identify a current fashion trend you would like to work into your displays. Together, create a plan. Track sales related to items presented on the displays.

❑ Re-work the Ready-to-Wear department to accommodate new freight. Consider the following. Report results to your training manager.

▸ Seasonal bulletins

▸ Event bulletins

▸ Merchandise Notes

▸ Visual Merchandise Standards manual

▸ Map of department

▸ Missed merchandise

▸ Fixture rotation

▸ Up-to-date displays

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

201603

Merchandising

# Assignment: Determine the level to which the department reflects current market trends in your area.

Trends are initially created in fashion design houses. As a trend works its way across the globe, it is adapted by people of different cultures and ages. This adaptation is picked up by manufacturing houses and produced for distribution. Magazines, television, movies, and competition help by informing the Customer of fashion trends.

Customers expect Fred Meyer to have the items which they have seen, read, or heard about. This demand can at times begin a trend as the store personnel contact the buying office to inform them of what the Customer is asking for. The buyer will purchase additional product and advertise it, thereby informing more Customers of the trend.

❑ Discuss current trends with your training manager. Include
  ‣ How to determine current market trends
  ‣ How to merchandise new styles
  ‣ How often features should be changed
  ‣ Competitors
  ‣ Price competition
  ‣ Product competition

❑ Tour Ready-to-Wear, Junior's and Young Men's sections, evaluating the degree to which current trends are displayed.

❑ Write a brief report for your training manager and regional ALE supervisor, highlighting
  ‣ Brand names
  ‣ Current trends Fred Meyer is participating in
  ‣ Ideas for maximizing trends
  ‣ Any trends Fred Meyer is not participating in

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 18*   *Page 146 of 221*

**201604**

# Assignment: Implement a seasonal merchandising plan or a sales event.

- ❑ Review the current seasonal merchandising plan and/or sales event bulletin for the Children's section.

- ❑ Plan with your training manager how to implement the seasonal plan at your location. Include
  - ‣ Floor map
  - ‣ Fixtures/fixture assembly
  - ‣ Planning calendar
  - ‣ Sales objectives
  - ‣ Tie-in items
  - ‣ Promo set
  - ‣ Crossovers/checkstands

- ❑ Assist your training manager in implementing the plan. Together, determine
  - ‣ Deviations you may need to make to the plan to make it work in your store.
  - ‣ Delegating the work to employees in the department
  - ‣ Following through to ensure completion

- ❑ Assist your training manager in completing a critique of a promotional event. Include
  - ‣ What sold well?
  - ‣ What didn't sell?
  - ‣ Were promotional materials received on time?
  - ‣ Was RMS stock evaluated and ordered, if needed?
  - ‣ What re-merchandising might have stimulated more sales?

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

201605

Merchandising

## Assignment: Critique seasonal displays to ensure compliance with seasonal plans.

❏ Review your store's daily sales for the past week.
  ‣ Note which sections' sales are up and which sections' sales are down.
  ‣ Discuss with your training manager the factors that impacted those sales.
  ‣ Brainstorm ways the department could improve sales.
  ‣ Implement ideas agreed upon, and track their success.

❏ Track sales in Bridge Jewelry for a week.
  ‣ Be able to communicate daily sales goals to management.
  ‣ Track actual sales daily.
  ‣ Each day, evaluate department conditions asking what changes could be made in these sections to stimulate sales.
  ‣ Work with employees to ensure they are aware every day of the sales goals and are working to achieve those goals.
  ‣ Report results to your training manager.

❏ Identify the five lowest selling items in the Men's section.
  ‣ Share your findings with your training manager
  ‣ Implement the ideas agreed upon and track results.

❏ Suggest possible sales and merchandising opportunities in the next period.
  ‣ Discuss your ideas with your training manager.
  ‣ Implement your ideas as approved by your training manager.
  ‣ Send a copy of your ideas to your regional sales and merchandising supervisor.

**Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Assignment: Monitor compliance with the current planogram.

Planograms provide information necessary to remain in stock on all basic products.

❑ Review the current planograms for Ready-to-Wear and Children's.

❑ Discuss with your training manager how to audit the sections for compliance with the planogram. Discuss how to
  ‣ Effectively audit for compliance
  ‣ Check for zeroes
  ‣ Update RMS
  ‣ Submit a Request for Change (REQ) for RMS items
  ‣ Work with the section head to correct discrepancies

❑ Tour Ready-to-Wear with your training manager to determine compliance to the planogram, then work with the section head to make any changes. Discuss
  ‣ Proper implementation
  ‣ Auditing for compliance; checking for zeroes
  ‣ Time frames
  ‣ Products affected
  ‣ Distribution/filing
  ‣ Signing standards
  ‣ Banners
  ‣ Name-brand signs

❑ Tour Children's with your training manager to determine compliance with the planogram, then work with the section head to make any changes. Discuss
  ‣ Department breakouts
  ‣ Sizing standards
  ‣ Proper implementation
  ‣ Auditing for compliance
  ‣ Time frames
  ‣ Products affected
  ‣ Distribution/filing
  ‣ Signing standards
  ‣ Banners
  ‣ Name-brand signs

Merchandising

❑ Tour Foundations in the Intimate Apparel section with your
training manager to determine compliance to the planogram,
then work with the section head to make changes. Discuss

▸ Proper implementation

▸ Auditing for compliance

▸ Time frames

▸ Products affected

▸ Distribution/filing

▸ Signing standards

▸ Banners

▸ Name-brand signs

❑ Report what you have learned about the relief assistant's role in
ensuring in-stocks and compliance to the planogram.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____