# Assignment: Audit the Out-of-Stock Adjustment Control Log.

❑ With your training manager, review the Out-of-Stock Adjustment Control Log. Discuss
   ▸ Purpose of log
   ▸ Location
   ▸ Common errors
   ▸ Solutions to errors
   ▸ Correcting/maintaining
   ▸ Sending

❑ Audit the Out-of-Stock Adjustment Control Log for several weeks.
   ▸ Verify the situation with the appropriate section head.
   ▸ Make any necessary changes.
   ▸ Report your results to your training manager.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Merchandising

## Assignment: Merchandise the Accessories section.

❑ Based on information found in the Visual Merchandise Manual,
   assume the responsibility for ensuring that Accessories stays in
   compliance with
   ‣ Ticketing standards
   ‣ Divisional signing standards
   ‣ Merchandising standards
   ‣ Divisional hanging/folding standards
   ‣ Divisional fixture usage/maintenance standards

❑ Discuss with your training manager:
   ‣ How to audit for compliance
   ‣ How to coach employees

❑ Take the appropriate action to correct any discrepancies.

❑ Report results to your training manager.

### Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Assignment: Merchandise the Junior's and Young Men's sections.

❑ Review the hanging and folding standards.

❑ Tour the area with your trainer to evaluation jeans presentation in the Junior's and Young Men's sections. Discuss:
- ▸ Merchandise statement
- ▸ Merchandise standards
- ▸ Levi's sales and quantities allowed
- ▸ Ordering keys
- ▸ Hangers
- ▸ Sizing/size tabs

❑ Work with the visual display person to set up the Junior's department based on the new merchandising bulletin. Consider
- ▸ Fashion trends
- ▸ Visual standards
- ▸ Over rack
- ▸ Mannequins

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Merchandising

## Review situations

1. Tomorrow's forecast calls for the first warm day in spring. What types of items would you merchandise?

_____

_____

2. You think the signing on a display is incorrect. What reference would you use to ensure the correct signing?

_____

_____

3. A Customer asks for an ad item that is temporarily out of stock. What would you do?

_____

_____

_____

_____

4. You notice the Levi's have been picked over and need to be folded and recovered. Describe the proper folding/hanging technique for Levi's.

_____

_____

_____

_____

MJ Exhibit 18    Page 154 of 321

201612

Prerequisites

Getting Started

Merchandising

Merchandise and
Inventory Control

Operations

**201613**



# CHAPTER 3
# MERCHANDISE AND
# INVENTORY CONTROL

Our goal is to have the products our Customers need while keeping inventories at a profitable level. The assignments in this chapter give you experience in monitoring inventory from the time it reaches the store to when it leaves.

Check off each assignment once all activities for that assignment are completed.

| Chapter Assignments | Page |
| --- | --- |
| ❑ Use MAGIC to ensure accurate inventories. | 3-2 |
| ❑ Complete and follow up on Cosmetics orders. | 3-3 |
| ❑ Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. | 3-4 |
| ❑ Monitor and follow up on the Vendor Log. | 3-5 |
| ❑ Monitor and manage inventory levels. | 3-6 |
| ❑ Assist in the inventory process. | 3-7 |

Merchandise and Inventory Control

## Assignment: Use MAGIC to ensure accurate inventories.

*MAGIC stands for **M**erchandise **A**nalysis for **G**rowth & **I**nventory **C**ontrol. The MAGIC system supports buying, merchandising, and allocation decisions as well as store operations functions. MAGIC is divided into modules that perform various functions throughout the company at stores, offices, and distribution centers.*

❑ With your training manager, explore the MAGIC screens used to:
   ▸ Track the financial history of an item by SKU for current price and returns
   ▸ Document intersection transfers
   ▸ Order merchandise; track orders
   ▸ Track inventories
   ▸ Facilitate RMS merchandising
   ▸ Inquire into vendor information

❑ Describe to your training manager how the following can be used to manage department inventories:
   ▸ Family trees
   ▸ Attribute groups
   ▸ SKUs
   ▸ UPLs

❑ Select a department best-selling item and use MI to track the pricing history of that item. Report the results of your inquiries to your training manager.

❑ Determine how the ALE relief assistant can use MAGIC to manage inventory levels throughout the department.

### Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*MJ Exhibit 18*    *Page 157 of 221*
**201615**

# Assignment: Complete and follow up on Cosmetics orders.

Fred Meyer's is committed to being in stock on all basic merchandise at all times.

While the objective is to remain in stock, this must be done without becoming overstocked, which has a negative effect on the department's profits.

❑ Review the proactive ordering process with your trainer. Apply the processes and procedures to ordering cosmetics.

❑ Working with the Cosmetics sectionhead, review all orders to ensure they meet quality ordering standards. Make suggestions and changes where necessary.

❑ Assist the Cosmetics section head with ordering. Discuss
  ‣ Basic merchandise and RMS
  ‣ Ads, ad LOAMs
  ‣ Special orders
  ‣ Adjusting orders
  ‣ MAGIC
  ‣ Order points
  ‣ Stock rotation
  ‣ Overstocks
  ‣ Out-of-stocks
  ‣ UPLs, tags
  ‣ Reasonable presentation

❑ Arrange to work with the RMA clerk to assist with receiving the order you have placed. Observe and assist with
  ‣ Receiving procedures
  ‣ Paperwork and online documentation
  ‣ Pick labels
  ‣ Verifying receiving to the order
  ‣ Mis-picks
  ‣ Accounting for discrepancies

❑ Report your experiences and recommendations for ordering to your training manager.

Merchandise and Inventory Control

## Assignment: Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor.

❑  Review:
  ‣  EAS tagging guidelines and procedures
  ‣  Hanging and folding standards
  ‣  Stockroom standards
  ‣  Safety guidelines related to working in the back room and stocking freight
  ‣  Freight delivery times
  ‣  Security procedures for Watch/Bridge Jewelry and Accessories freight

❑  Spend at least eight hours processing freight with an experienced employee. Discuss processes for receiving and monitoring:
  ‣  Product split as per buyer orders
  ‣  Basic/RMS products
  ‣  Product ordered at store level

❑  As you work with the experienced employee, distribute product according to
  ‣  Stock set for the sales floor
  ‣  Product hung and tagged
  ‣  Product to be folded
  ‣  Back stock stored in established locations in the stock room

❑  As you work, tag EAS products appropriately.

❑  Move product onto the sales floor to appropriate displays. Ensure
  ‣  Signing and tagging standards
  ‣  Visual display standards
  ‣  Items are merchandised per weekly bulletin

❑  Report your experiences to your training manager. Discuss
  ‣  What you learned and any recommendations for greater efficiency
  ‣  Scheduling for freight days
  ‣  Safety issues and precautions taken to prevent injuries
  ‣  Responsibilities of the Relief Assistant

*MJ Exhibit 18    Page 159 of 221*

201617

ALE Relief Assistant

# Assignment: Monitor and follow up on the Vendor Log.

Vendors are accountable to the store management while they are
performing duties inside a Fred Meyer store. They are expected to
adhere to Fred Meyer conduct standards.

❑   Locate the Vendor Log and review it with your trainer. Discuss

  ▸   Requirements for all vendors to sign in and out when working
      on the sales floor

  ▸   Store personnel responsibilities

  ▸   Steps to take if a vendor fails to sign in

❑   Take responsibility during your training to monitor and follow up
    on the Vendor Log.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Merchandise and Inventory Control

# Assignment: Monitor and manage inventory levels.

❑ Tour the Men's section with your training manager, assessing inventory levels. Discuss
  ‣ Floor stock
  ‣ Backstock
  ‣ Sales trends in each area
  ‣ Inventory turns: how often, how much
  ‣ Estimated inventory levels to meet sales needs while not incurring overstocks

❑ Audit stock levels of RMS items in Cosmetics to ensure appropriate inventory levels.
  ‣ Research RMS updates
  ‣ Identify and research out-of-stock items
  ‣ Identify slow-moving inventories that tend to be overstocked
  ‣ Identify areas of high shrink.

❑ With your training manager, identify an RMS item whose order amounts need to be changed.
  ‣ Recommend the revised amount
  ‣ Research information needed to submit a Request for Change (REQ).
  ‣ Work with the replenishment analyst to agree upon a course of action.
  ‣ Submit an REQ.
  ‣ Follow up to be sure the revised order amounts are the best inventory decision.

❑ Research the inventory history of a slow moving product. Using MAGIC MI, evaluate
  ‣ Margins
  ‣ Price changes (markdowns, TPRs, mark-up cancellations)
  ‣ Sell through
  ‣ Inventory turns
  ‣ Use RMSREQ to change order points (as needed)

❑ Report your results to your training manager. Together, determine the impact on department profits.
  ‣ Brainstorm what could have been done to better maximize profits.
  ‣ Implement possible solutions.

❑ Discuss with your training manager when it is appropriate to contact regional management to help correct stock levels.

*MJ_Exhibit  18      Page 161 of 221*

**201619**

ALE Relief Assistant

# Assignment: Assist in the inventory process.

Physical inventories are necessary to determine the overall profitability of the department's operation.

❑ Discuss the ALE inventory process with your training manager.
  ‣ Developing an inventory plan: map & supplies
  ‣ Countdown calendar
  ‣ Prep work
  ‣ Scheduling an inventory
  ‣ Inventory service
  ‣ Processing inventory paperwork
  ‣ Miscounts
  ‣ How to handle receiving/transfers
  ‣ File maintenance's role
  ‣ Paperwork errors
  ‣ Merchandise not accounted for
  ‣ Inventory audits

*If an inventory is not scheduled while you are working through this training program, walk through the steps with your training manager.*

❑ Assist with planning and scheduling an inventory.
  ‣ Draw a portion of the map.
  ‣ Help create the countdown schedule.
  ‣ Help prepare the sales floor for inventory.

❑ Accompany your training manager to discussions with the inventory service.

❑ Audit the inventory, ensuring accuracy. Discuss discrepancies with your training manager and, if applicable, the inventory service.

**Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Merchandise and Inventory Control

3-8

Prerequisites

Getting Started

Merchandising

Merchandise and
Inventory Control

Operations

*MJ Exhibit 18*     *Page 164 of 221*

**201622**



# CHAPTER 4
# OPERATIONS

Management has many daily tasks that keep the business running. In this chapter, you will work through jobs that will give you skills to meet business needs and ensure profitability.

Check off each assignment once all activities for that assignment are completed.

| Chapter Assignment | Page |
| --- | --- |
| ☐  Write and follow up on daily tours. | 4-2 |
| ☐  Process physical and electronic mail. | 4-4 |
| ☐  Audit, correct, and file daily and weekly time and attendance reports. | 4-5 |
| ☐  Order supplies. | 4-6 |
| ☐  Ensure compliance with housekeeping, maintenance, and safety standards. | 4-7 |
| ☐  Audit the cashier proficiency reports. | 4-8 |
| ☐  Communicate an understanding of CSR, Wage & Hour, Weekly Sales, and Scan Sales reports. | 4-9 |