Operations

## Assignment: Write and follow up on daily tours.

❏ All jobs listed on the daily tour are necessary and must be done today. To ensure you accurately list all the necessary jobs, do the following:

  ‣ Transfer yesterday's uncompleted work to today's job list
  ‣ Tour the department
  ‣ Check the recurring job list
  ‣ Check the merchandise bulletin
  ‣ Check your 31-day file
  ‣ Prioritize tasks (revisit the tour during the day and re-prioritize as business needs require)

❏ Topics to cover:

  ‣ Follow-up on tour
  ‣ Prioritize work
  ‣ ALE top 10
  ‣ Merchandise bulletins
  ‣ Orders due
  ‣ Freight/basics filled
  ‣ Seasonal issues
  ‣ Customer service

❏ Assist your training manager in writing the daily tour. Observe how the following were included:

  ‣ Sales goals
  ‣ Top 10
  ‣ Merchandise and seasonal bulletins
  ‣ Orders and freight scheduled

❏ Follow up on yesterday's tour. Evaluate the tour and discuss with your manager:

  ‣ Why were unfinished jobs not completed?
  ‣ What needs to be added for today?
  ‣ How can you ensure all jobs are completed today?

*To assign work effectively:*
- *Use specific instructions*
- *Make your priorities clear*
- *Communicate how long the task should take to complete*
- *Assign jobs prior to the completion of the previous job*
- *Clearly assign each job to an individual person*
- *Assign the right person for the right job.*

❑ Write a tour, then walk and review the tour with your training manager.

❑ Make additions and/or corrections, then delegate the work from the tour. Assign the work effectively so every job is done in the order of priority.

‣ Follow up to ensure timely completion of tasks.

‣ Review the tour with the closing PIC when she or he arrives.

**Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Operations

# Assignment: Process physical and electronic mail.

☐ Work with your training manager to properly distribute store mail. Discuss

  ‣ Mail drop/pickup times
  ‣ Corporate/store location numbers
  ‣ Prioritizing items (whether they need immediate action, can be filed for future action, or forwarded to another person)
  ‣ 31-day file
  ‣ Ensuring all employees get the information they need to complete their jobs

☐ Sort, distribute, and file all the mail for your department for one week.

☐ Work with your training manager to view and use OfficeVision (OV) screens. Cover

  ‣ PACE screen
  ‣ Mail received over OV
  ‣ OV bulletin boards
  ‣ OV delegate mail
  ‣ OV distribution lists

☐ With your training manager, access the company intranet system (FMinfo). Access

  ‣ Corporate information
  ‣ ALE merchandising information
  ‣ Safety and Loss Prevention information
  ‣ PACE scores
  ‣ Store director memos
  ‣ Product recall information

☐ Ensure all employees read and understand the OV and intranet information they need for their jobs.

**Notes**

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 18    Page 168 of 221*

**201626**

## Assignment: Audit, correct, and file daily and weekly time and attendance reports.

- ❑ Audit daily and weekly T&A reports. Note and discuss with your training manager
  - ‣ Weekly hour & wage reports
  - ‣ Labor summaries
  - ‣ Manual punches
  - ‣ Processing special pay requests
  - ‣ Time & Attendance reports
  - ‣ 1-31 file
  - ‣ Department hour charges

- ❑ Review and correct the Daily Exception Report.

- ❑ Report to your training manager employees who are consistently on the Daily Exception Report.

- ❑ With your training manager, determine how you will follow up with employees who are consistently on the Daily Exception Report.

- ❑ Follow up with employees as agreed with your training manager. Report results to him or her.

### Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

201627

Operations

## Assignment: Order supplies.

Accurate and responsible control of supplies can make a significant difference on department profitability.

❑ Working with an experienced ordering clerk, order all supplies for your department for one week. Cover

- ‣ Supply log
- ‣ Supplies ordered using the hand-held device
- ‣ Supplies ordered through corporate
- ‣ Supplies ordered from outside vendors
- ‣ FFE form on OV

❑ Audit department supplies with your training manager. Discuss how to maintain a profitable balance of supplies.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Assignment: Ensure compliance with housekeeping, maintenance, and safety standards.

A clean and well-maintained facility not only reduces the risk of accidents and injuries, but also promotes a pleasant work environment for employees and Customers.

❑ Review the following guidelines and standards:

▸ Housekeeping standards

▸ Maintenance/repair needs

▸ Safety guidelines and standards

❑ Discuss with your training manager how to

▸ Audit for compliance

▸ Coach employees for improved performance

▸ Document discrepancies

❑ On periodic circle tours of the department, inspect for compliance with the standards listed above.

❑ Take appropriate action to correct any discrepancies.

❑ Report results to your training manager.

**Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Operations

## Assignment: Audit the cashier proficiency reports.

❏ Review the information that you learned in the Point of Sale training.

❏ Have your training manager observe you cashiering and controlling lines. Have him/her critique you on how you could improve
  ‣ Bagging techniques
  ‣ Scanning
  ‣ Customer service

❏ Discuss the CDR and ECR reports with your training manager. Cover
  ‣ Productivity charts
  ‣ Sign-on time
  ‣ Tender time
  ‣ Goals for your store/area
  ‣ Customer service skills
  ‣ Productivity worksheet

❏ Audit all ALE cashier proficiency reports for one week.

❏ Follow up on all exceptions you find. Report results to your training manager.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ALE Relief Assistant

# Assignment: Communicate an understanding of CSR, Wage & Hour, Weekly Sales, and Scan Sales reports.

The CSR enables the manager to see trends in the business such as sales and wages. By tracking sales and staffing trends, the manager can adjust daily activities to maximize profitability.

❑ Record the daily sales for a week and review all financial reports, including

- ‣ CSR
- ‣ Wage & Hour
- ‣ Weekly Sales
- ‣ Scan Sales

❑ Review the current Comparative Sales Report (CSR) with your training manager. Discuss

- ‣ How to read and analyze the CSR
- ‣ Determining trends
- ‣ Matching daily sales figures
- ‣ Adjusting plans based upon evaluation of sales and man hours

❑ Complete the RMDS "Teach Me" online tutorial, then discuss how the following reports are used:

- ‣ Wage & Hour
- ‣ Weekly Sales
- ‣ Scan Sales

❑ Print the current CSR, noting

- ‣ Current sales compared to last year's sales
- ‣ Four-week sales trends
- ‣ Wages
- ‣ Hours
- ‣ Average rate (wages per hour billed to your section)
- ‣ Sales per man hour (SPMH)

❑ Prepare an evaluation of the current CSR and discuss it with your training manager. Explain how your analysis can be used to meet current business needs.

**201631**

Operations

*MJ Exhibit 18*    *Page 174 of 221*
**201632**

Price Control

Employee Development

Management Skills

Evaluation

Next Steps

*MJ Exhibit 18*    *Page 175 of 221*
**201633**



# CHAPTER 5
# PRICE CONTROL

Customers rely on consistent pricing from the shelf or display to the register. The assignments in this chapter give you skills and experience in controlling price changes and price integrity. By conducting regular audits, you can ensure Customer satisfaction from the sales floor to the register.

Check off each assignment once all activities for that assignment are completed.

| Chapter Assignments | Page |
|---|---|
| ☐  Complete price changes. | 5-2 |
| ☐  Audit and take appropriate action on scan audits. | 5-3 |
| ☐  Assess price integrity. | 5-4 |

*MJ Exhibit  18    Page 176 of 221*
**201634**

5-1

Price Control

# Assignment: Complete price changes.

Price changes can be generated for different reasons and from different sources. In addition to the price changes that originate from the main office, managers may authorize markdowns because items are damaged, soiled, or (with approval only) end-of-season products, or simply slow movers.

❑ Review the price changing information you learned when you took the Price Changer class.

❑ Work with the Men's sectionhead to complete price changes. Cover

  ‣ Time restrictions

  ‣ Tags and signs

  ‣ Paperwork

  ‣ Research in MAGIC

  ‣ Sign-making devices

❑ Work with the Cosmetics section head to complete price changes. Note the differences between COS price changes and other ALE price changes.

❑ With your training manager, review the markdown chart and in-store markdown sheets. Discuss

  ‣ Sale price adjustments

  ‣ Repackaging out-of-package items

  ‣ Markdowns for damaged but salable items

  ‣ Clearance markdowns

❑ Under your training manager's supervision, take manager markdowns, following through with the correct documentation. Cover

  ‣ Markdown criteria/guidelines

  ‣ Product cost versus retail; how to calculate an appropriate price

  ‣ How to process markdowns, exclusions, alphas, donatives

  ‣ When to mail the in-store markdown sheets

# Assignment: Audit and take appropriate action on scan audits.

The scan auditor's function is to help maintain 100% accuracy on pricing. Scan audits are necessary to ensure price integrity and adherence to FCC regulations. An acceptable scan audit error rate is 1% or less.

❑ Work with a scan auditor to perform a scan audit in Men's. Then, with your training manager, correct mistakes found in the audit. Discuss

  ‣ Time frame for audits

  ‣ Acceptable error rate

  ‣ Purge batch

  ‣ Number of items scanned

  ‣ Scan integrity

  ‣ Types of errors and how to resolve them

❑ Meet with the appropriate section heads to explain that you will be monitoring the completion and accuracy of price changes as a training activity. Over a two-week period, conduct random scan audits of

  ‣ Clearance racks

  ‣ Wall displays

  ‣ Columbia Sportswear racks

  ‣ Young Men's/Juniors

❑ Monitor the departments to audit the following:

  ‣ Completion of daily price changes

  ‣ Price integrity

  ‣ Completion of ad signing

  ‣ Completion and filing of reports

  ‣ Use and correctness of all ticketing and tagging (including handwritten UPLs)

❑ As you audit price changes and functions, report your findings to your training manager. Then delegate and follow up to ensure necessary action is taken.

201636

Price Control

# Assignment: Assess price integrity.

- ❑ Meet with a price changer to discuss the Report Code Log. Cover
  - ‣ How the log is used to track in-store price actions
  - ‣ How an item is added
  - ‣ How and when an item drops
  - ‣ When and how often to review the log
  - ‣ What to look for when reviewing
  - ‣ The process for taking action (additional markdown, additional time at markdown)

- ❑ Work with a price changer to complete a report code form. Discuss
  - ‣ What must be included on the report
  - ‣ Authorization requirements
  - ‣ How to implement
  - ‣ Who can download

- ❑ With your training manager, audit and make any necessary changes to the Code 12 and 20 exception reports. Cover
  - ‣ How to audit reports
  - ‣ Key causes for exceptions
  - ‣ Reducing exceptions
  - ‣ How often report code 12s and 20s should be captured

- ❑ Discuss with your training manager prices that need to be audited and corrected on a regular basis. Cover
  - ‣ Reasons for markdowns/markups
  - ‣ Store markdown price chart
  - ‣ Clearance markdowns
  - ‣ Alpha code procedures
  - ‣ Markup cancellations (MUCs)

- ❑ Review the item record reports, identifying and correcting errors. Follow up with employees where necessary. Check with your training manager to clarify
  - ‣ Identifying errors
  - ‣ Causes of errors
  - ‣ Correcting errors
  - ‣ How to follow up with employees
  - ‣ Invalid item report

❑ At the end of an alpha code week, monitor all markdowns. Take appropriate action. Communicate any discrepancies with your training manager. Check for

▸ Missed markdowns

▸ Correctly marked price tags

▸ Correctly signed racks

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 18    Page 180 of 221*

5-5