Price Control

5-6

201639

Price Control

Employee Development

Management Skills

Evaluation

Next Steps

*MJ Exhibit 18*     *Page 182 of 221*

**201640**



# CHAPTER 6
# EMPLOYEE DEVELOPMENT

It is our goal to hire and retain quality employees. The assignments in this chapter provide skills to supervise various human resource functions.

Check off each assignment once all activities for that assignment are completed.

| Chapter Assignments | Page |
| --- | --- |
| ☐ Complete an employee performance appraisal. | 6-2 |
| ☐ Prepare for an interview. | 6-3 |
| ☐ Assist a new employee with his or her benefits paperwork. | 6-4 |
| ☐ Describe the profit sharing and employee stock purchase plans. | 6-5 |

Employee Development

# Assignment: Complete an employee performance appraisal.

❑ Using the standard employee performance appraisal form, complete a performance appraisal on yourself.

❑ Review your performance appraisal with your training manager.

❑ Discuss the performance appraisal process with your training manager.
  ‣ Timing of each appraisal
  ‣ Forms
  ‣ Performance expectations
  ‣ Employee performance
  ‣ The appraisal conference
  ‣ Goals and career objectives
  ‣ The role of performance appraisals in overall department planning
  ‣ Career advancement

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 18     Page 184 of 221*

201642

# Assignment: Prepare for an interview.

Fred Meyer provides equal opportunity and established guidelines for interviewing and hiring that meet all state and federal laws.

❑ Help your training manager plan the questions for an interview, reviewing the job description and the qualifications. Discuss
   ‣ Position descriptions (ADA)
   ‣ Diversity
   ‣ Appropriate/inappropriate questions
   ‣ Security clearance
   ‣ Role of HR supervisor
   ‣ Screening applicants for "Q" potential

❑ Sit in on the interview(s), if possible.

❑ After the interview(s), discuss the candidate's strengths and experiences that qualify him or her for the job.
   ‣ Observe your training manager's thought process in evaluating the information obtained in the interview.
   ‣ Determine how you would structure interviews for the same job.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Assignment: Assist a new employee with his or her benefits paperwork.

Fred Meyer provides a comprehensive benefit package for its salaried employees, including medical, dental, and vision insurance; disability insurance; life insurance; profit sharing; and an employee stock purchase plan.

Each union has a benefits package that meets the needs of its members. Become familiar with the benefits packages of each union represented in your department.

❑ Discuss with your KSP/HRA the benefits packages offered to employees in your department. Discuss
  ‣ Medical, dental, and vision benefits
  ‣ Minimum hours required to qualify for benefits
  ‣ Claim forms
  ‣ Waiting period for new hires
  ‣ Sick leave policy
  ‣ Other benefit programs

❑ Obtain a new hire benefits packet and claim forms for each union contract represented in your department. Review with your training manager and/or your KSP/HRA how the paperwork is completed.

❑ Describe to your training manager how you would explain the employee benefits packages to new employees.

❑ Assist your training manager when a new employee fills out the benefits paperwork. Review the employee's paperwork for completion.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

201644

# Assignment: Describe the profit sharing and employee stock purchase plans.

❑ Read the profit sharing (401K) retirement plan, then describe the program to your training manager. Include

- ‣ General information
- ‣ Waiting periods
- ‣ Eligibility
- ‣ Whom to contact for information
- ‣ How to participate

❑ Read the employee stock purchase plan information, then describe the program to your training manager. Include

- ‣ General information
- ‣ Purpose
- ‣ Eligibility
- ‣ Whom to contact
- ‣ How to participate
- ‣ Waiting periods

❑ If the opportunity arises, and with your training manager's approval, explain profit sharing to a new employee.

**Notes**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Employee Development

6-5

201645

Employee Development

Plaintiff's Memorandum Exhibit

Price Control

Employee Development

Management Skills

Evaluation

Next Steps

*MJ Exhibit 18*     *Page 189 of 221*

**201647**



CHAPTER 7
# MANAGEMENT SKILLS

Managers have three main goals:

- ❑ Run a profitable business.
- ❑ Satisfy all Customers.
- ❑ Get today's work done today.

Managers meet these goals by planning, organizing, and working effectively with other management and with employees. The assignments in this chapter provide opportunities to develop your management skills. In these assignments, you will apply management skills learned in the Fundamentals of Management class.

Many seasoned managers are available to help you learn how to manage others. These include your training manager, store director, and regional supervisor. Watch, learn, ask questions, and make the most of opportunities to develop your management skills.

Check off each assignment once all activities for that assignment are completed.

| Chapter Assignments | Page |
|---|---|
| ❑ Monitor and maximize sales. | 7-2 |
| ❑ Communicate effectively. | 7-3 |
| ❑ Motivate and involve employees. | 7-5 |
| ❑ Delegate work and follow up to ensure accurate and timely completion. | 7-6 |
| ❑ Coach employees for increased performance. | 7-8 |
| ❑ Effectively resolve employee conflicts. | 7-10 |
| ❑ Resolve problems. | 7-11 |
| ❑ Effectively manage change. | 7-13 |

201648

Management Skills

## Assignment: Monitor and maximize sales.

❑ With your training manager, review the financial reports that show daily sales.
- ▸ CSR
- ▸ Wage & Hour
- ▸ Weekly Sales
- ▸ Scan Sales

❑ Review with your training manager the Weekly Sales Card for the previous week. Discuss the parts of the card that determine sales results.

❑ Complete the Weekly Sales Card and report results daily to your training manager.

❑ With your training manager, think of ways you might be able to increase sales and improve sales results.
- ▸ From your list of ideas, select several to implement.
- ▸ Track your success, and adjust your plan as the day progresses.

❑ During your training, keep a Weekly Sales Card and be able to communicate sales results during the day.

❑ Evaluate your effectiveness in increasing sales.

❑ Determine how you can be more effective in reaching and exceeding sales goals. Establish goals and a plan of action to be a manager with excellent sales results.

Sales effectiveness goals

_____

_____

_____

_____

Plan of action

_____

_____

_____

_____

7-2

201649

# Assignment: Communicate effectively.

- ❑ Discuss with your training manager the communication challenges common in managing people at Fred Meyer and in the ALE department.

- ❑ With your training manager, discuss
  - ‣ Communicating with employees on opposite shifts as you
  - ‣ The effectiveness of different types of communication (written, verbal, Office Vision, telephone, etc.)
  - ‣ Verifying the employee actually heard what you meant to say
  - ‣ Gaining commitment from employees
  - ‣ Not discriminating against employees
  - ‣ Promoting diversity

- ❑ With your training manager, decide on products that might increase sales if you were able to display them in the common aisle.
  - ‣ Work with your training manager to plan the display and anticipated sales increases.
  - ‣ Propose your plan to the store director.
  - ‣ If your plan is approved, work with your training manager to get help to build and sign the display.
  - ‣ Track sales to determine success and report your results to your training manager and the store director.

- ❑ As you complete the common aisle display project,
  - ‣ Note communication approaches that worked.
  - ‣ Determine ways you could have communicated more effectively.
  - ‣ Describe any differences in communicating with the store director, your training manager, and fellow employees.

- ❑ Write a summary of the success of the sales event and the communication skills you learned during this project.

- ❑ Evaluate your communication effectiveness.

- ❑ Establish goals and a plan of action to strengthen your communication skills.

7-3

201650

Management Skills

Communication goals

_____

_____

_____

_____

_____

_____

Plan of action

_____

_____

_____

_____

_____

_____

Notes

_____

_____

_____

_____

_____

_____

MJ Exhibit 18     Page 193 of 221

201651

7-4

# Assignment: Motivate and involve employees.

- ❏ Review the information on "Planning, Motivating, and Communicating" from the Fundamentals of Management class.
  - ▸ Goals
  - ▸ Objectives
  - ▸ Performance standards

- ❏ Work with your training manager to create a plan to involve more employees in proactive selling (actively greeting Customers, recommending products, assisting Customers with multiple sales).
  - ▸ Brainstorm opportunities.
  - ▸ Determine a workable plan.
  - ▸ Write out the plan, noting goals, objectives, and performance standards.

- ❏ Discuss with your training manager how you will communicate the plan to employees in a way that will
  - ▸ Gain employee commitment to the plan
  - ▸ Motivate employees to accomplish the objective
  - ▸ Clearly communicate expectations and goals

- ❏ Implement your plan, making adjustments as needed and tracking results.

- ❏ Evaluate your effectiveness in motivating employees and gaining their commitment to your plan.

- ❏ Establish goals and a plan of action to strengthen your motivation skills.

  Motivation goals

  _____

  _____

  _____

  _____

  Plan of action

  _____

  _____

  _____

  _____

201652

# Assignment: Delegate work and follow up to ensure accurate and timely completion.

- ❑ Review the information on delegation skills from the Fundamentals of Management class.
  - ‣ Know your employees' abilities.
  - ‣ Delegate both responsibility and authority to get the work done.
  - ‣ Use delegation to motivate employees.
  - ‣ Ensure employee have the training, tools, skills, and resources for successful completion of the job.

- ❑ Write and follow up on daily tours, planning, and organizing the work of the department. Consult with your training manager as needed.
  - ‣ Prioritize and assign tasks.
  - ‣ Consider employee abilities and job preferences.
  - ‣ Clearly communicate time expectations.
  - ‣ Include sales goals.

- ❑ Follow up on tour responsibilities:
  - ‣ Note jobs well done; let employees know specifically how they have done and how you appreciate their work.
  - ‣ Redirect work in a positive way that helps the employee do a good job.

- ❑ Evaluate your effectiveness in delegating tour jobs.
  - ‣ What management skills did you apply when completing the tour?
  - ‣ What management skills did you apply when giving feedback on jobs done well?
  - ‣ What management skills did you use to redirect an employee who was not accomplishing the work to your expectations?

- ❑ With your training manager, plan to remerchandise an area of the department.
  - ‣ Agree on how the work will be delegated.
  - ‣ Take responsibility to complete the remerchandising.
  - ‣ Clearly communicate expectations.
  - ‣ Motivate and involve employees.
  - ‣ Follow up to give feedback.

- ❑ Evaluate how effectively you delegate and follow up on the delegation.

**201653**