❑   Establish goals and a plan of action to develop your delegating
      skills.

   Delegation goals

   _____

   _____

   _____

   _____

   _____

   _____


   Plan of action

   _____

   _____

   _____

   _____

   _____


   Notes

   _____

   _____

   _____

   _____

   _____

   _____

**201654**

Management Skills

# Assignment: Coach employees for increased performance.

- ❑ Review the information on coaching skills from the Fundamentals of Management class.
  - ‣ Encouraging, correcting, and challenging your team
  - ‣ Spontaneous on-the-spot coaching
  - ‣ Planned, formal coaching sessions

- ❑ With your training manager, develop a plan to coach employees so that all employees in the department greet and offer assistance to every Customer within five feet of where the employee is working.

- ❑ Involve employees in developing their performance goals. Agree on
  - ‣ How good work will be recognized and rewarded
  - ‣ How poor performance will be addressed and corrected
  - ‣ How success will be celebrated

- ❑ With your training manager, identify an employee who will benefit from individual, formal coaching.
  - ‣ Clearly identify the performance issues.
  - ‣ Describe behavior changes expected.
  - ‣ Decide time frames.
  - ‣ Determine how you will conduct the coaching sessions.

- ❑ Implement your coaching plan, working with the individual employee. Report results to your training manager.

- ❑ Evaluate your coaching effectiveness.

- ❑ Establish goals and a plan of action to strengthen your coaching skills

  *Coaching goals*

  _____

  _____

  _____

  _____

  _____

  _____

7-8

201655

ALE Relief Assistant

Plan of action

_____
_____
_____
_____
_____
_____

Notes

_____
_____
_____
_____
_____
_____

7-9

201656

Management Skills

## Assignment: Effectively resolve employee conflicts.

❑ Review the information on handling complaints and conflict from the Fundamentals of Management class.

- ‣ Identify the source of the conflict.
- ‣ Learn both sides of the issues.
- ‣ Focus on facts, not emotion.
- ‣ Look for mutual needs and desired outcomes.
- ‣ Ask all parties for a solution they can support.

❑ Discuss with your training manager examples of employee conflict and how they were resolved.

- ‣ Employee complains that another employee is taking too many smoking breaks.
- ‣ Employee complains that other employees don't work when the boss is away.
- ‣ A new employee reports sexual harassment by another employee who calls everyone "honey."
- ‣ An employee takes offense at the way instructions were given by a PIC.
- ‣ Others specific to your division.

❑ When employee conflicts arise, assist your training manager in resolving the conflict.

❑ Evaluate your effectiveness in resolving employee conflicts.

❑ Establish goals and a plan of action to strengthen your skills in conflict resolution.

*Conflict resolution goals*

_____

_____

_____

_____

*Plan of action*

_____

_____

_____

_____

_____

7-10

**201657**

# Assignment: Resolve problems.

❑ Review the information on problem solving from the Fundamentals of Management class.

▸ **S**tate the problem by writing it down.

▸ **T**hink of potential solutions

▸ **O**pt for the best solutions

▸ **P**lan how you will implement the solution.

▸ Create action plans to divide the plan into workable steps.

❑ With your training manager, identify an existing problem within the department. Working through the STOP steps, determine how to resolve the problem, using the space below.

Notes

_____

_____

_____

_____

_____

_____

_____

_____

❑ With your manager, review the most recent P&L. Identify a current problem. Using the STOP method, work through to resolution in the space below.

Notes

_____

_____

_____

_____

_____

_____

_____

_____

Management Skills

- ❑ On your own, identify a problem situation and a plan for resolution, using the STOP method. Discuss your plan with your training manager, then implement it. Evaluate results.

- ❑ Evaluate your problem-solving effectiveness.

- ❑ Establish goals and a plan of action to strengthen your problem-solving skills.

Problem-solving goals

_____

_____

_____

_____

_____

_____

Plan of action

_____

_____

_____

_____

_____

Notes

_____

_____

_____

_____

_____

# Assignment: Effectively manage change.

☐ Review the information on being a Change Master from the Fundamentals of Management class.
  ‣ Change creates opportunity.
  ‣ People go through four phases in response to change.
  ‣ Start with a plan.
  ‣ Focus on transition facts.
  ‣ Ensure results.

☐ Discuss with your training manager recent changes and how they were addressed.
  ‣ Policy changes
  ‣ Organizational changes
  ‣ Management changes
  ‣ Technology changes
  ‣ Changes in work procedures

☐ Discuss how the ALE relief assistant can become a Change Master to help employees through change with minimal loss of productivity.

☐ Plan how you would be a Change Master in the following situations. Discuss your plans with your training manager.
  ‣ The dress code has been revised and you are not sure you agree with the changes.
  ‣ Several sections in your department have been eliminated, with the categories folding into other sections. Remodeling starts in a week.
  ‣ Your store director has been promoted. Her replacement is rumored to be a tyrant, and employees are nervous.

☐ If the opportunity arises, assist your training manager in working with employees to better deal with change.

☐ Evaluate your change management effectiveness.

☐ Establish goals and a plan of action to strengthen your change management skills

*Change management goals*

_____

_____

_____

_____

201660

Management Skills

Plan of action

_____
_____
_____
_____
_____
_____

Notes

_____
_____
_____
_____
_____
_____

Price Control

Employee Development

Management Skills

Evaluation

Next Steps

**201662**



# CHAPTER 8
# EVALUATION

This chapter contains a written test, several assignments, and performance evaluations to validate your skills as an ALE Relief Assistant.

Work with your training manager, the store director, and the ALE regional supervisor to determine your competence and the next steps in your career.

| Chapter Assignments | Page |
|---|---|
| ❑ Pass the two-part final exam by demonstrating general knowledge and skills of the ALE Relief Assistant job. | 8-2 |
| ❑ Part 1: Pass the written exam. | 8-2 |
| ❑ Part 2: Open the department competently. | 8-5 |
| ❑ Evaluate your competence as an ALE Relief Assistant. | 8-6 |

Evaluation

# Pass the two-part final exam by demonstrating general knowledge and skills of the ALE Relief Assistant job.

### Part 1: Pass the written exam.

☐ Find a quiet place where you won't be interrupted and answer the questions in Part 1of the exam.

☐ Return the completed exam to your training manager.

☐ Write a plan of action to explain how you would
  ‣ Initiate teamwork within the ALE department to increase sales
  ‣ Identify and promote focus items
  ‣ Improve merchandising

Plan of action

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ Identify a deficient section by comparing it to industry trends. Then follow through to make improvements.
  ‣ Work with the section head to determine possible opportunities for improvement.
  ‣ Make a sales plan to improve the performance of the section.
  ‣ Get the section head and employees involved in implementing the plan.
  ‣ Track the results and calculate the sales increase.

8-2

201664

❑ Outline your plan and explain the results in the space below.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

❑ Write a detailed tour of the entire ALE department. Attach your tour and explain
  ‣ Decisions, actions, and the tools you used
  ‣ How you prioritized the jobs
  ‣ Interactions with section heads and employees

Evaluation

**Notes**

*MJ Exhibit 18* *Page 208 of 221*

8-4

## Part 2: Open the department competently.

❑ Work an opening shift.

- ▸ Walk the department to evaluate conditions. Look for conditions requiring immediate action (out-of-stocks, missing personnel, unsafe or dirty conditions)
- ▸ Review sales goals.
- ▸ Post the 15-minute chart and review.
- ▸ Write the tour (use current ad, Top 10 List, etc. as tools for writing the tour).
- ▸ Ensure section tours are written.
- ▸ Check mail (physical and electronic).
- ▸ Prioritize, delegate, and begin work from the tour.
- ▸ Review the tour with the closing PIC.

❑ Note challenges that occurred and how you resolved them.

❑ Prepare to discuss your experiences with your training manager.

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8-5

201667

Evaluation

# Evaluate your competence as an ALE Relief Assistant.

- ❑ Complete the self-evaluation form and keep a copy for your records.

- ❑ Have your training manager complete the performance evaluation. This evaluation will be used as the basis for your validation.

- ❑ Meet with your training manager, the store director, and your regional sales supervisor to validate your completion of the training program. Bring a copy of your self-evaluation to the meeting.

- ❑ Topics to cover:
  - ‣ Performance evaluation
  - ‣ Self-evaluation
  - ‣ Areas needing additional training
  - ‣ Future professional goals
  - ‣ Your next step

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit  18      Page 210 of 221*

**201668**