ALE Relief Assistant

Training manager name: _____

Date of evaluation: _____

Trainee Name (print): _____

# Self-Evaluation

(to be completed by trainee)

Legend:
- *Competent:* Able to perform the job correctly without assistance
- *Not competent:* Trained but cannot do the job correctly without assistance
- *Minimal or no exposure:* Needs training to become competent

I am able to complete the following jobs to the level of competence marked below:

## Merchandising

| Task | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| Assist Customers with product knowledge. | ☐ | ☐ | ☐ |
| Evaluate department merchandising. | ☐ | ☐ | ☐ |
| Coordinate implementation of the weekly Merchandise Notes. | ☐ | ☐ | ☐ |
| Ensure compliance with divisional signing standards. | ☐ | ☐ | ☐ |
| Set, sign, and audit ads. | ☐ | ☐ | ☐ |
| Build department displays. | ☐ | ☐ | ☐ |
| Create fashion presentations that adhere to divisional standards. | ☐ | ☐ | ☐ |
| Determine the level to which the department reflects current market trends in your area. | ☐ | ☐ | ☐ |
| Implement a seasonal merchandising plan or a sales event. | ☐ | ☐ | ☐ |
| Critique seasonal displays to ensure compliance with seasonal plans. | ☐ | ☐ | ☐ |
| Monitor compliance with the current planogram. | ☐ | ☐ | ☐ |
| Audit the Out-of-Stock Adjustment Control Log. | ☐ | ☐ | ☐ |
| Merchandise the Accessories section. | ☐ | ☐ | ☐ |
| Merchandise the Junior's and Young Men's sections. | ☐ | ☐ | ☐ |

Comments:

Evaluation

| Trainee Name (print): _____ <br><br>## Self-Evaluation<br>*(to be completed by trainee)* | | | |
|---|:---:|:---:|:---:|
| **Legend:**<br>▸ *Competent:* Able to perform the job correctly without assistance<br>▸ *Not competent:* Trained but cannot do the job correctly without assistance<br>▸ *Minimal or no exposure:* Needs training to become competent<br><br>I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Merchandise Movement & Inventory Control** | | | |
| Use MAGIC to ensure accurate inventories. | ☐ | ☐ | ☐ |
| Complete and follow up on Cosmetics orders. | ☐ | ☐ | ☐ |
| Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. | ☐ | ☐ | ☐ |
| Monitor and follow up on the Vendor Log. | ☐ | ☐ | ☐ |
| Monitor and manage inventory levels. | ☐ | ☐ | ☐ |
| Assist in the inventory process. | ☐ | ☐ | ☐ |
| Comments: | | | |
| **Operations** | | | |
| Write and follow up on daily tours. | ☐ | ☐ | ☐ |
| Process physical and electronic mail. | ☐ | ☐ | ☐ |
| Audit, correct, and file daily and weekly time and attendance reports. | ☐ | ☐ | ☐ |
| Order supplies. | ☐ | ☐ | ☐ |
| Ensure compliance with housekeeping, maintenance, and safety standards. | ☐ | ☐ | ☐ |
| Audit the cashier proficiency reports. | ☐ | ☐ | ☐ |
| Communicate an understanding of CSR, Wage & Hour, Weekly Sales, and Scan Sales reports. | ☐ | ☐ | ☐ |
| Comments: | | | |

8-8

201670

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Self-Evaluation** <br> (to be completed by trainee) | | | |
| Legend: <br> ▸ *Competent:* Able to perform the job correctly without assistance <br> ▸ *Not competent:* Trained but cannot do the job correctly without assistance <br> ▸ *Minimal or no exposure:* Needs training to become competent <br> I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Price Control** | | | |
| Complete price changes. | ❑ | ❑ | ❑ |
| Audit and take appropriate action on scan audits. | ❑ | ❑ | ❑ |
| Assess price integrity. | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Employee Development** | | | |
| Complete an employee performance appraisal. | ❑ | ❑ | ❑ |
| Prepare for an interview. | ❑ | ❑ | ❑ |
| Assist a new employee with his or her benefits paperwork. | ❑ | ❑ | ❑ |
| Describe the profit sharing and employee stock purchase plans. | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Management Skills** | | | |
| Monitor and maximize sales. | ❑ | ❑ | ❑ |
| Communicate effectively. | ❑ | ❑ | ❑ |
| Motivate and involve employees. | ❑ | ❑ | ❑ |
| Delegate work and follow up to ensure accurate and timely completion. | ❑ | ❑ | ❑ |
| Coach employees for increased performance. | ❑ | ❑ | ❑ |

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Self-Evaluation** <br> *(to be completed by trainee)* | | | |
| Legend: <br> ▸ *Competent:* Able to perform the job correctly without assistance <br> ▸ *Not competent:* Trained but cannot do the job correctly without assistance <br> ▸ *Minimal or no exposure:* Needs training to become competent <br> I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Management Skills (cont'd)** | | | |
| Effectively resolve employee conflicts. | ❏ | ❏ | ❏ |
| Resolve problems. | ❏ | ❏ | ❏ |
| Effectively manage change. | ❏ | ❏ | ❏ |
| Comments | | | |
| **Evaluation** | | | |
| Pass the two-part final exam by demonstrating general knowledge and skills of the ALE Relief Assistant job. | ❏ | ❏ | ❏ |
| Part 1: Pass the written exam. | ❏ | ❏ | ❏ |
| Part 2: Open the department competently. | ❏ | ❏ | ❏ |
| Evaluate your competence as an ALE Relief Assistant. | ❏ | ❏ | ❏ |
| Comments: | | | |

ALE Relief Assistant

Training manager name: _____

Date of evaluation: _____

Trainee Name (print): _____

# Performance Evaluation

(to be completed by training manager)

| Legend:<br>▸ *Competent:* Able to perform the job correctly without assistance<br>▸ *Not competent:* Trained but cannot do the job correctly without assistance<br>▸ *Minimal or no exposure:* Needs training to become competent<br><br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| **Merchandising** | | | |
| Assist Customers with product knowledge. | ☐ | ☐ | ☐ |
| Evaluate department merchandising. | ☐ | ☐ | ☐ |
| Coordinate implementation of the weekly Merchandise Notes. | ☐ | ☐ | ☐ |
| Ensure compliance with divisional signing standards. | ☐ | ☐ | ☐ |
| Set, sign, and audit ads. | ☐ | ☐ | ☐ |
| Build department displays. | ☐ | ☐ | ☐ |
| Create fashion presentations that adhere to divisional standards. | ☐ | ☐ | ☐ |
| Determine the level to which the department reflects current market trends in your area. | ☐ | ☐ | ☐ |
| Implement a seasonal merchandising plan or a sales event. | ☐ | ☐ | ☐ |
| Critique seasonal displays to ensure compliance with seasonal plans. | ☐ | ☐ | ☐ |
| Monitor compliance with the current planogram. | ☐ | ☐ | ☐ |
| Audit the Out-of-Stock Adjustment Control Log. | ☐ | ☐ | ☐ |
| Merchandise the Accessories section. | ☐ | ☐ | ☐ |
| Merchandise the Junior's and Young Men's sections. | ☐ | ☐ | ☐ |

Comments:

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Performance Evaluation**<br>(to be completed by training manager) | | | |
| Legend:<br>▸ *Competent:* Able to perform the job correctly without assistance<br>▸ *Not competent:* Trained but cannot do the job correctly without assistance<br>▸ *Minimal or no exposure:* Needs training to become competent<br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
| **Merchandise Movement & Inventory Control** | | | |
| Use MAGIC to ensure accurate inventories. | ☐ | ☐ | ☐ |
| Complete and follow up on Cosmetics orders. | ☐ | ☐ | ☐ |
| Follow an ALE shipment through the receiving process, into the stockroom, and out to the sales floor. | ☐ | ☐ | ☐ |
| Monitor and follow up on the Vendor Log. | ☐ | ☐ | ☐ |
| Monitor and manage inventory levels. | ☐ | ☐ | ☐ |
| Assist in the inventory process. | ☐ | ☐ | ☐ |
| Comments: | | | |
| **Operations** | | | |
| Write and follow up on daily tours. | ☐ | ☐ | ☐ |
| Process physical and electronic mail. | ☐ | ☐ | ☐ |
| Audit, correct, and file daily and weekly time and attendance reports. | ☐ | ☐ | ☐ |
| Order supplies. | ☐ | ☐ | ☐ |
| Ensure compliance with housekeeping, maintenance, and safety standards. | ☐ | ☐ | ☐ |
| Audit the cashier proficiency reports. | ☐ | ☐ | ☐ |
| Communicate an understanding of CSR, Wage & Hour, Weekly Sales, and Scan Sales reports. | ☐ | ☐ | ☐ |
| Comments: | | | |

ALE Relief Assistant

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Performance Evaluation** (to be completed by training manager) | | | |
| Legend:<br>▸ *Competent:* Able to perform the job correctly without assistance<br>▸ *Not competent:* Trained but cannot do the job correctly without assistance<br>▸ *Minimal or no exposure:* Needs training to become competent<br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
| **Price Control** | | | |
| Complete price changes. | ❏ | ❏ | ❏ |
| Audit and take appropriate action on scan audits. | ❏ | ❏ | ❏ |
| Assess price integrity. | ❏ | ❏ | ❏ |
| Comments: | | | |
| **Employee Development** | | | |
| Complete an employee performance appraisal. | ❏ | ❏ | ❏ |
| Prepare for an interview. | ❏ | ❏ | ❏ |
| Assist a new employee with his or her benefits paperwork. | ❏ | ❏ | ❏ |
| Describe the profit sharing and employee stock purchase plans. | ❏ | ❏ | ❏ |
| Comments: | | | |
| **Management Skills** | | | |
| Monitor and maximize sales. | ❏ | ❏ | ❏ |
| Communicate effectively. | ❏ | ❏ | ❏ |
| Motivate and involve employees. | ❏ | ❏ | ❏ |
| Delegate work and follow up to ensure accurate and timely completion. | ❏ | ❏ | ❏ |
| Coach employees for increased performance. | ❏ | ❏ | ❏ |

Trainee Name (print): _____

# Performance Evaluation

*(to be completed by training manager)*

**Legend:**
- *Competent:* Able to perform the job correctly without assistance
- *Not competent:* Trained but cannot do the job correctly without assistance
- *Minimal or no exposure:* Needs training to become competent

Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below:

| Management Skills (cont'd) | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| Effectively resolve employee conflicts. | ☐ | ☐ | ☐ |
| Resolve problems. | ☐ | ☐ | ☐ |
| Effectively manage change. | ☐ | ☐ | ☐ |

Comments

| Evaluation | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| Pass the two-part final exam by demonstrating general knowledge and skills of the ALE Relief Assistant job. | ☐ | ☐ | ☐ |
| Part 1: Pass the written exam. | ☐ | ☐ | ☐ |
| Part 2: Open the department competently. | ☐ | ☐ | ☐ |
| Evaluate your competence as an ALE Relief Assistant. | ☐ | ☐ | ☐ |

Comments:

Approved by

_____
Training Manager's Signature

_____
Store Director's Signature

_____
Regional Sales Supervisor's Signature

_____
Date

Price Control

Employee Development

Management Skills

Evaluation

Next Steps

201677



# Chapter 9
# Next Steps

By completing relief assistant training, you have taken an important step in your career. The next step is to assume the position assigned to you by your regional supervisor and begin applying for posted relief assistant openings.

Here are some things you should do to make your transition into your new position — and the rest of your career — as smooth as possible:

- ❑ Contact your new manager to discuss your role in the department. If possible, arrange to have a face-to-face meeting before you report to work.

- ❑ Follow up with your new manager to make sure you get all the appropriate passwords and keys you will need to do your job.

- ❑ Follow up with your new store director to make sure your transfer paperwork has been completed (so you paycheck is correct and undelayed).

- ❑ Begin looking at job postings on the job board or on OV. Make it a habit to stay informed about upcoming positions.

- ❑ Talk with your regional supervisor to discuss possible future openings and opportunities.

Next Steps