


# ALE
## Assistant Manager Training Program





Fred Meyer, Inc.
January 1998

MJ Exhibit 19   Page 1 of 146
ALE2a

201680

## Acknowledgments

This training program was designed and developed
by the following team of individuals:

Dennis Affleck, Mary Beth Baker, Christa Brackenbush, Kathy Collier, Colleen Coyne,
Don Friend, Sandie Gardner, Valerie Hansen, Kevin Hart, Becky Jones, Tim Koontz,
Susan Lewis, Evelyn Mallari, Yvonne Sletmoe Wilson

Contributions were made by the following individuals:

Ann Cavanaugh, Robin Mendoza, Kathy O'Day, Alan Wells

**Prepared by**
Retail Education & Training Department
January 1998

201681

Copyright © 1998 - Fred Meyer, Inc.
3800 S.E. 22nd Avenue
Portland, OR 97202

Third Edition (1998)

All rights reserved. For internal use only. No part of this document may be distributed or reproduced to anyone outside Fred Meyer, Inc. without prior written consent of Fred Meyer, Incorporated.

# Introduction

**General Statement**

This training program is designed as a flexible, activity-based training program. Based on your previous experience, you and your training manager will select the activities you need to complete. You will perform these self-directed activities on your own, under the guidance of your training manager.

**Purpose**

This training program will provide you with the opportunity to experience the duties and responsibilities of a Assistant Manager. As a result, you will gain the knowledge and skills necessary to become a successful Assistant Manager.

**Objective**

Upon completion of this training manual, you will be able to meet all performance requirements for an Assistant Manager.

**About this training manual**

❑ Chapters

This manual is divided into six chapters. Each chapter reflects a topic (*example:* Employee Development).

❑ Goals

Each chapter contains goals. Each goal is a performance requirement of a trained Assistant Manager.

❑ Assignments

Each assignment is based on one or more goals. The assignments are designed to provide the necessary experiences for you to become fully-trained. In addition, notes in the margin contain information that is important to the assignment.

❑ Activities

Each assignment is connected to an activity(s). Each activity is indicated by a (❑) and can be checked off as soon as the activity is completed. Below each activity is a list of topics to cover while completing the activity. Topics are indicated by an (•).



# Getting Started

| | |
|---|---|
| **Chapter Contents** | This chapter contains four assignments with activities to complete within each assignment. |
| **Assignment Checklist** | Check off each assignment once all activities for that assignment are completed. |

- ❑ Complete program requirements. — page 3
- ❑ Complete the assessment chart. — page 4
- ❑ Review Performance Requirements. — page 6
- ❑ Create a training schedule. — page 8

2 ✦ ALE Assistant Manager Training



# Assignment 1

**Complete program requirements.**

**Goal:** Successfully complete the Assistant Manager Training program.

- ☐ Working with your training manager, use the assessment chart to plan your training program. — page 4

- ☐ Read through the performance requirements for the Assistant Manager. You will be evaluated against these at the end of this training program. — page 6

- ☐ Create a training schedule. Meet regularly with your training manager to discuss your progress and plan your next steps in the training program. Use this time to make sure that you understand your training manager's expectations. (A calendar has been provided for you to use as a planning tool.) — page 8

- ☐ Complete all assignments and activities you and your training manager agreed upon. — page 13

- ☐ Complete the self-evaluation form. — page 43

- ☐ Have your training manager complete the Performance Evaluation. — page 45



## Assignment 2

**Complete the assessment chart.**

**Goal:** Allows you and your training manager to individualize the training to fit your needs and previous experiences.
Allows you to successfully perform all of the Assistant Manager's performance requirements.

❑ Meet with your training manager and Regional Sales and Merchandising Supervisor to plan your training program.

❑ Using the following list, identify the assignments you need to complete to become a fully-trained Assistant Manager. (For additional details about the assignments, refer to the activities which comprise the assignment.)

   **Note:** You do not need to do an assignment if you are already performing at the level of a Assistant Manager in that particular area.

❑ Questions for the trainee (and trainer):
  - Why should you complete/not complete this assignment?
  - Have you previously completed this task?
  - Have you shown competence in doing the task?
  - Do you need to refresh your learning on this task?
  - What can you learn from this assignment?
  - Can you perform this task under pressure?

| Already Proficient | Training Required | Assignment | Page |
|---|---|---|---|
| ❑ | ❑ | Schedule all required classes. | page 15 |
| ❑ | ❑ | Participate in an interview. | page 16 |
| ❑ | ❑ | Assist in the Employee Performance Appraisal process. | page 17 |
| ❑ | ❑ | Teach the principles of training. | page 18 |
| ❑ | ❑ | Teach selling techniques. | page 19 |
| ❑ | ❑ | Take responsibility for writing your store's schedule every week during your training. | page 23 |
| ❑ | ❑ | Train quality ordering. | page 24 |



## Assignment 2 (continued)

| Already Proficient | Training Required | Assignment | Page |
|---|---|---|---|
| ❏ | ❏ | Monitor your store's performance on the financial reports. | page 25 |
| ❏ | ❏ | Research Inventory Analysis and Softgood Stock-to-Sales Ranking reports and develop a plan to make adjustments to categories that are critical. | page 29 |
| ❏ | ❏ | Merchandise ALE. | page 33 |
| ❏ | ❏ | Implement a store promotion. | page 34 |
| ❏ | ❏ | Schedule a planogram. | page 35 |
| ❏ | ❏ | Complete a competition check of stores in your area. | page 36 |
| ❏ | ❏ | Audit stockrooms. | page 38 |
| ❏ | ❏ | Work a variety of shifts as the Assistant Manager. | page 41 |
| ❏ | ❏ | Evaluate the training process. | page 42 |



## Assignment 3

### Review Performance Requirements

**Goal:** Demonstrate an understanding of all performance requirements for an Assistant Manager.

- ❑ Upon completion of this training program, you will be evaluated on your ability to successfully meet all the performance requirements for the Assistant Manager. You will be expected to—

**Successfully perform the following Employee Development tasks**

- ✔ Participate in the interviewing/hiring process.
- ✔ Assist in the employee performance appraisal process.
- ✔ Teach selling techniques.
- ✔ Teach the principles of training.
- ✔ Complete the department's required CBT modules.
- ✔ Complete all additional mandatory training.

**Successfully perform the following Operations tasks**

- ✔ Train the quality ordering standards.
- ✔ Demonstrate an understanding of how to write the schedule.
- ✔ Review financial reports (including the P&L, CSR, Margin, RMA, Wage & Hour, Weekly Sales, Scan Sales, Scan Ranking, Period & Weekly Sales & Wage Forecast, and Period Sales reports).

**Successfully perform the following Merchandise Movement task**

- ✔ Read and understand the Inventory Analysis and Softgood Stock-to-Sales Ranking reports.



## Assignment 3 (continued)

Successfully perform the following Merchandising tasks

✔ Coordinate and organize the merchandising of the department floor.

✔ Implement store events and promotions.

✔ Schedule and follow-up on planograms.

✔ Maintain an awareness of the competitor's activities in the specific market are and communicate an understanding of the category mix.

✔ Ensure compliance to the shoe stockroom standards.



# Assignment 4

**Create a training schedule.**

Goal: Plan your training program.

❑ Plan your training program. Based on the needs of the business, your training manager's suggestions, and your interest, determine when you will complete each assignment. (A calendar has been provided for you to use as a planning tool.)

> Note: You may need to repeat some activities more than once in order to become proficient in performing the task.

❑ Schedule times to meet with your training manager to discuss your progress and plan your next steps in the training program. Using this time to make sure that you understand your training manager's expectations.

❑ Topics to cover:
- Vacation Time: yours/your training manager
- Work Schedule: yours/your training manager
- Holidays
- Special events/promotions/sales
- Meetings with your training manager
- Scheduled assignments

✎ notes

_____
_____
_____
_____

 **Assignment 4 (continued)**

| Month of _____ | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

 ## Assignment 4 (continued)

| Month of _____ | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



## Assignment 4 (continued)

| Month of _____ | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |