

# Employee Development

| | |
|---|---|
| **Chapter Contents** | This chapter contains five assignments with activities to complete within each assignment. |

**Assignment Checklist**   Check off each assignment once all activities for that assignment are completed.

- ❑ Schedule all required classes. . . . page 15
- ❑ Participate in an interview. . . . page 16
- ❑ Assist in the Employee Performance Appraisal process. . . . page 17
- ❑ Teach the principles of training. . . . page 18
- ❑ Teach selling techniques. . . . page 19

 **Assignment 1**

### Schedule all required classes.

**Goal:** Demonstrate knowledge and skills learned in the required classes. Participate in mandatory training programs.

❑ Sign up for and complete the following classes:
- Schedule writing
- Increasing Personal Performance

✎ notes

_____
_____
_____
_____

❑ Locate a current list of required CBT modules for the ALE department.

❑ Check off all CBTs you have completed.

❑ Schedule time to take all necessary CBTs.

✎ notes

_____
_____
_____
_____



# Assignment 2

Fred Meyer hires individuals from diverse backgrounds who can meet the responsibilities and job requirements of our daily business needs. Fred Meyer is committed to providing equal opportunity and establishing guidelines for interviewing and hiring that meet all State and Federal laws.

**Participate in an interview.**

Goal:   Participate in the interviewing/hiring process.

❑ Observe an interview; note the following:
- the questions asked and the responses to those questions
- how the applicant was evaluated
- the determining factors in the final selection

❑ Topics to cover:
- determining hiring needs
- candidate selection process
- position descriptions
- American Disabilities Act
- posting positions
- security clearance
- Human Resource Supervisor
- matching applicant to position requirements
- diversity in the workplace
- planning for the interview
- appropriate/inappropriate questions
- hiring packet

✎ notes

_____
_____
_____
_____

 **Assignment 3**

---

**Assist in the Employee Performance Appraisal process.**

Goal:  Assist in the employee performance appraisal process.

**Feedback:**

**P**icture
**A**cknowledge
**R**ecommend

☐ Working with your training manager, set goals and objectives for a new or recently promoted employee.
  • setting goals and objectives
  • giving feedback

✎ notes

_____
_____
_____
_____

☐ Help your training manager prepare for an employee appraisal conference. If appropriate, attend the appraisal session.
  • planning an appraisal
  • writing an appraisal
  • conducting an appraisal

✎ notes

_____
_____
_____
_____



# Assignment 4

**Explain** - get the learner ready to learn - what is the expected outcome/ objective - explain the big picture

**Show and Tell** - bring or take them to an example or demonstrate - provide new information about the knowledge, process, or skill

**Watch and Coach** - find out what they know - are they on track - it is easier to correct mistakes now than after mistakes become permanent - do it together - have them do it with supervision

**Progressively Withdraw** - let them do it on their own (no supervision) - provide prompt, specific, direct, and useful feedback

**Teach the principles of training.**

**Goal:** Teach the principles of training.

☐ Teach the training principles to a new, or recently promoted Fourth-in-Charge or Relief Assistant.

☐ Assign them an employee to train. Observe the training. Provide input on their performance.

☐ Topics to cover:
- Four-step training method
  Explain
  Show and tell
  Watch and coach
  Progressively withdraw

✎ notes

_____
_____
_____
_____



# Assignment 5

**Teach selling techniques.**

**Goal:** Teach selling techniques.

Selling Skills...
› Approach and greet Customers immediately.
› Ask questions and listen carefully to determine Customer needs.
› Present products that meet the needs of the Customer.
› Clearly communicate product features and benefits.
› Sell add-on and tie-in products.
› Effectively close sale; thanking Customer for their business.

❑ Select an employee who needs to improve their selling skills.

❑ Role play with the employee.

❑ Observe the employee on the sales floor, giving them feedback on their performance.

❑ Assign the employee to complete all Selling CBTs.

❑ Topics to cover:
  • selling steps
  • how selling affects profitability

✎ notes

_____
_____
_____
_____

201703

20 ✦ ALE Assistant Manager Training



# Operations

**Chapter Contents**   This chapter contains three assignments with activities to complete within each assignment.

**Assignment Checklist**   Check off each assignment once all activities for that assignment are completed.

- ☐ Take responsibility for writing your store's schedule every week during your training. . . . . page 23
- ☐ Train quality ordering. . . . . page 24
- ☐ Monitor your store's performance on the financial reports. . . . . page 25



## Assignment 1

**Take responsibility for writing your store's schedule every week during your training.**

**Goal:** Demonstrate an understanding of how to write the schedule.

You will need uninterrupted time to complete this activity.

Quality schedules are the most important tool a manager can have. A quality schedule:
› creates organization,
› ensures adequate staffing to accomplish all necessary tasks and functions, and
› is required to ensure the needs of our Customers and the needs of the business.

Prior proper planning prevents poor performance.

❑ Attend the Schedule Writing Overview class.

❑ Meet with your training manager to discuss incremental hours and schedule writing in your store.

❑ Write a schedule and then post it.

❑ Repeat this activity every week during your training.

**Note:** Read *The Store Scheduling Manual* if necessary.

❑ Topics to cover:
- 15-Minute Charts
- recurring job lists
- union requirements
- 1-31 day file
- store scheduling requirements
- employee requests/availability
- vacation schedule
- task hourly requirements
- incremental and wage goals
- period expects

✎ notes

_____
_____
_____
_____

*MJ Exhibit 19*   *Page 27 of 146*

Operations ✦ 23

201706



## Assignment 2

**Train quality ordering.**

**Goal:** Train the quality ordering standards.

☐ Train an employee in Quality Ordering.

☐ Work with an employee and a qualified order clerk to write an order.

**Note:** Read *How to Train an Order Clerk* if necessary.

☐ Topics to cover:
- RMS procedures
- stock counts

✎ notes

_____
_____
_____
_____



# Assignment 3

**Monitor your store's performance on the financial reports.**

**Goal:** Review financial reports (including the P&L, CSR, Margin, RMA, Wage & Hour, Weekly Sales, Scan Sales, Scan Ranking, Period & Weekly Sales & Wage Forecast, and Period Sales reports).

To be an effective Assistant Manager, you must have a thorough understanding of the financial reports and how these reports affect the business.

☐ Review all financial reports for your store with your training manager, making sure you understand the purpose of each report.

☐ Compare all departments in your store with the regional standard margin. If any department's margin is lower than standard, research why and present your findings to your training manager.

☐ Review the Wage & Hour report to ensure that the appropriate hours were charged to your store.

☐ Topics to cover:
- P&L
- CSR
- Margin
- RMA
- Wage & Hour
- Weekly Sales
- Scan Sales/Scan Ranking
- Period & Weekly Sales & Wage Forecast
- Period Sales reports

✎ notes

_____
_____
_____
_____