

# Merchandise Movement

| | |
|---|---|
| **Chapter Contents** | This chapter contains one assignment with activities to complete within the assignment. |

**Assignment Checklist**

Check off the assignment once all activities for this assignment are completed.

❑   <u>Research Inventory Analysis and Softgood Stock-to-Sales Ranking reports and develop a plan to make adjustments to categories that are critical.</u>   ... page 29

*MJ Exhibit   19*    *Page 32 of 146*

**201711**



# Assignment 1

**Research Inventory Analysis and Softgood Stock-to-Sales Ranking reports and develop a plan to make adjustments to categories that are critical.**

**Goal:** Read and understand the Inventory Analysis and Softgood Stock-to-Sales Ranking reports.

❑ Review the Inventory Analysis and Softgood Stock-to-Sales Ranking reports and note any fluctuations in various classes.

❑ Research fluctuations and determine what can be done at store level to correct/improve.

❑ Develop a plan to make adjustments to categories that are critical and communicate plan to your training manager and Regional Sales and Merchandising Supervisor.

❑ Delegate assignments.

❑ Follow-up to ensure completion.

✎ notes

_____

_____

_____

_____

MJ Exhibit 19    Page 34 of 146

201713



# Merchandising

| | |
|---|---|
| **Chapter Contents** | This chapter contains five assignments with activities to complete within each assignment. |

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

❑   Merchandise ALE.             . . . page 33

❑   Implement a store promotion.     . . . page 34

❑   Schedule a planogram.         . . . page 35

❑   Complete a competition check of stores in your area.     . . . page 36

❑   Audit stockrooms.             . . . page 38

*MJ Exhibit 19*

*MJ Exhibit 19*    *Page 36 of 146*

**201715**



# Assignment 1

---

**Merchandise ALE.**

**Goal:**    Coordinate and organize the merchandising of the department floor.

Proper merchandising of displays creates an image of value, quality, and fashion.

❑  Review the Merchandise Specialist Notes, Visual Merchandising Procedures, and Seasonal Bulletins, then draw a department plan. Review your plan with your training manager.

❑  Contact your Regional Sales and Merchandising Supervisor for approval of any variance to the plan.

❑  When merchandise is received, initiate plan and delegate the merchandising of the displays.

❑  Monitor inventory/fixtures as sell down occurs.

❑  Topics to cover:
- Merchandise Specialist Notes
- Seasonal Merchandise Bulletins
- Sales Event Bulletins
- Visual Merchandising Standards
- planograms
- floor plans
- ordering merchandise
- overstocks

✎  notes

_____

_____

_____

_____



# Assignment 2

**Implement a store promotion.**

**Goal:**  Implement store events and promotions.

☐  Review Event Bulletins.

☐  Create a display plan.

☐  Review order quantities.

☐  Initiate plan and coordinate the merchandising of the displays.

☐  Monitor inventory/fixtures as sell down occurs.

☐  Topics to cover:
  •  Merchandise Specialist Notes
  •  Visual Merchandising Standards Manual
  •  ordering merchandise
  •  overstocks

✎  notes

_____

_____

_____

_____

*MJ  Exhibit   19*      *Page 38 of 146*

**201717**



# Assignment 3

**Schedule a planogram.**

**Goal:**  Schedule and follow-up on planograms.

❑  Review the period layout schedule.

❑  Write a schedule reflecting your department's needs.

❑  Inspect setup to ensure accuracy and timely completion. Take action where necessary.

❑  Complete a critique of the planogram for your Regional Sales and Merchandising Supervisor.

❑  Topics to cover:
  • labor requirements
  • fixtures
  • merchandise availability

✎  notes

_____

_____

_____

_____

201718



# Assignment 4

## Complete a competition check of stores in your area.

**Goal:** Maintain an awareness of the competitor's activities in the specific market area and communicate an understanding of the category mix.

In order to compete in today's ever-changing business environment, it is crucial to know what our competitors are providing. In addition to comparative shopping, television, advertising, magazines, and talking with Customers provide us with current trend information.

Criteria used to identify competitors includes:
› pricing structure,
› store location and size,
› item selection,
› demographics of people,
› and advertising strategy.

If we match with any three of these criteria, we consider the store a competitor.

❑ Do a competition check of stores in your area. Critique the overall operation and consider what the competition is doing right/ wrong. Consider what we can incorporate and how the area and region affect competition.

✎ notes

_____

_____

_____

_____

❑ Prepare a written review of your competition check, incorporating the following topics:
 • products the competition is carrying that Fred Meyer is not
 • how the competition is capitalizing on the current trends
 • merchandising ideas we could apply
 • merchandising vehicles

✎ notes

_____

_____

_____

_____



# Assignment 4 (continued)

❑ Give one copy to your training manager. Forward another copy to your Regional Sales and Merchandising Supervisor.

❑ Topics to cover:
- pricing structure
- store locations and sizes
- item selection
- population demographics
- advertising strategy
- key competitive items
- key price competition
- new trends
- presentation of merchandise

✎ notes

_____

_____

_____

_____



# Assignment 5

**Audit stockrooms.**

**Goal:**    Ensure compliance to the shoe stockroom standards.

❑  Review both the shoe and ALE stockroom standards/guidelines.

❑  Audit the stockrooms and determine if they meet standards.

❑  Identify deficiencies and make any necessary assignments to correct.

✎  notes

_____

_____

_____

_____

❑  Follow-up to ensure standards are maintained.

❑  Topics to cover:
   • stockroom standards

✎  notes

_____

_____

_____

_____

*MJ Exhibit 19*    *Page 42 of 146*

**201721**



# Evaluation

**Chapter Contents**

This chapter contains two assignments with activities to complete within each assignment.

**Assignment Checklist**

Check off each assignment once all activities for that assignment are completed.

❑  Work a variety of shifts as the Assistant Manager.  . . . page 41

❑  Evaluate the training process.  . . . page 42

*MJ  Exhibit   19*     *Page 44 of 146*

201723

 **Assignment 1**

---

**Work a variety of shifts as the Assistant Manager.**

❑ Under the observation of your training manager, work an entire week as the Assistant Manager for the ALE Department.

❑ Topics to cover:
   • store schedule
   • financial reports
   • stock-to-sales reports
   • store event/promotions
   • planograms

✎ notes

_____

_____

_____

_____

**201724**