

# Assignment 2

**Evaluate the training process.**

**Goal:** Successfully meet all performance requirements for an Assistant Manager.

❑ Complete the self-evaluation form.

❑ Have your training manager complete the Performance Evaluation.

❑ Meet with your training manager to discuss your progress through the training program.

❑ Topics to cover:
- Performance Evaluation
- Self-evaluation
- areas needing additional training
- future professional goals
- your next step

**Note:** Your training manager will send a copy of the Performance Evaluation to your Regional Sales and Merchandising Supervisor. You may send a copy of your self-evaluation along with the Performance Evaluation if you so desire.

✎ notes

_____

_____

_____

_____

*MJ Exhibit 19*      *Page 46 of 146*

**201725**



## Assignment 2 (continued)

| Self-Evaluation | | | |
|---|:---:|:---:|:---:|
| **I believe my performance rates—** in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Complete the department's required CBT modules. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete all additional mandatory training. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Participate in the interviewing/hiring process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Assist in the employee performance appraisal process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Teach the principles of training. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Teach selling techniques. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Demonstrate an understanding of how to write the schedule. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Train the quality ordering standards. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Review financial reports (including the P&L, CSR, Margin, RMA, Wage & Hour, Weekly Sales, Scan Sales, Scan Ranking, Period & Weekly Sales & Wage Forecast, and Period Sales reports). | ❏ | ❏ | ❏ |
| Comments: | | | |



# Assignment 2 (continued)

| Self-Evaluation | | | |
|---|---|---|---|
| **I believe my performance rates—**<br>**in each performance requirement listed below.** | Exceeds Expectations | Meets Expectations | Below Expectations |
| Read and understand the Inventory Analysis and Softgood Stock-to-Sales Ranking reports. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Coordinate and organize the merchandising of the department floor. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Implement store events and promotions. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Schedule and follow-up on planograms. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Maintain an awareness of the competitor's activities in the specific market area and communicate an understanding of the category mix. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Ensure compliance to the shoe stockroom standards. | ❏ | ❏ | ❏ |
| Comments: | | | |

 **Assignment 2 (continued)**

| Performance Evaluation | | | |
|---|---|---|---|
| Upon observing the trainee, I believe that the trainee's performance rates— in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
| Complete the department's required CBT modules. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Complete all additional mandatory training. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Participate in the interviewing/hiring process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Assist in the employee performance appraisal process. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Teach the principles of training. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Teach selling techniques. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Demonstrate an understanding of how to write the schedule. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Train the quality ordering standards. | ❏ | ❏ | ❏ |
| Comments: | | | |
| Review financial reports (including the P&L, CSR, Margin, RMA, Wage & Hour, Weekly Sales, Scan Sales, Scan Ranking, Period & Weekly Sales & Wage Forecast, and Period Sales reports). | ❏ | ❏ | ❏ |
| Comments: | | | |



# Assignment 2 (continued)

## Performance Evaluation

| Upon observing the trainee, I believe that the trainee's performance rates– in each performance requirement listed below. | Exceeds Expectations | Meets Expectations | Below Expectations |
|---|---|---|---|
| Read and understand the Inventory Analysis and Softgood Stock-to-Sales Ranking reports. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Coordinate and organize the merchandising of the department floor. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Implement store events and promotions. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Schedule and follow-up on planograms. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Maintain an awareness of the competitor's activities in the specific market area and communicate an understanding of the category mix. | ❑ | ❑ | ❑ |
| Comments: | | | |
| Ensure compliance to the shoe stockroom standards. | ❑ | ❑ | ❑ |
| Comments: | | | |

*MJ Exhibit 19*    *Page 50 of 146*

201729

# Contents

Introduction

Prerequisites

Getting Started ........................................................Chapter 1

Customer Service........................................................Chapter 2

Reports .................................................................. Chapter 3

Interviewing/Hiring.....................................................Chapter 4

Creating a Schedule ...................................................Chapter 5

Store Programs ........................................................ Chapter 6

Evaluation .............................................................Chapter 7

Next Step .............................................................. Chapter 8

201730

# Document Information

### Versions

This version is document RET76 v1. It replaces ALE1a (January 1998).

© Copyright 2002 Fred Meyer. All rights reserved. No part of this document may be distributed to anyone outside Fred Meyer, Inc. without the prior written consent of Fred Meyer, Inc. C:\Documents and Settings\dd76209\Desktop\Divisional Mgmnt Trng pre2004\ALE\ALE Assistant\ale_assistant_toc.fm

*MJ Exhibit 19*    *Page 52 of 146*
**201731**

# INTRODUCTION

Welcome to ALE Assistant Manager training. You have shown skills in working with people and in completing jobs that qualify you for ALE Management.

ALE Assistant Manager training will enable you to manage business and people profitably and effectively. You will learn to:

❑   Ensure Service Plus standards for internal Customer service

❑   Run and follow-up with department reports

❑   Ensure training is completed for all departments

❑   Interview and hire new employees

❑   Assist in the Employee performance process

❑   Create employee work schedules

❑   Oversee and implement store programs

Introduction

# Overview

### About This Program

This flexible, activity-based training program will provide you with the opportunity to work in each section of ALE and experience the duties and responsibilities of a ALE Assistant Manager. You will begin by assessing your skills with your training manager, then you will create a custom training plan. Once you have completed all the activities in your plan, you will have the knowledge, skills, and awareness of a competent ALE Assistant Manager.

### Your Training Manager

The ALE manager will be your primary trainer (referred in this book as the "training manager"). The trainer will serve as an example of how to be a good manager and will be an important resource during your training. You meet regularly with your manager to plan and follow-up on training. Take the initiative in scheduling weekly meetings with your training manager.

### Additional Trainers

Each store employee and section head has expertise you can rely on in learning how to become a ALE Assistant Manager. Your training manager may delegate an area of training to these experts. After you have worked with these trainers, your training manager will check on what you have learned. Take advantage of all resources within the store to learn about Fred Meyer ALE Management.

### About This Manual

This manual is not a workbook to be read in a corner; it is a guide to activities on the sales floor. This book gives you work guidelines and provides places for your notes, but above all it leads you through the work experiences you will need to be a competent ALE Assistant Manager.

This training program is divided into nine chapters, each of which covers an important aspect of the ALE Assistant Manager job. Each chapter contains assignments that lead you through job experiences and asks you to get information. Note that most assignments can be scheduled in any sequence to facilitate both your learning and the needs of the business. Each chapter concludes with review situations that ask you to apply what you've just learned to situations you'll encounter on the job.

Complete the *Getting Started* chapter first, then complete your training assignments according to the plan you establish with your training manager.

*MJ Exhibit  19*      *Page 54 of 146*
**201733**

## Training Process

The process for completing this training program is described below.

| Step | Details |
|------|---------|
| Discuss Expectations | ❑ Discuss and be aware of what is expected of you in each performance requirement.<br>❑ Use a copy of the evaluation in chapter 7 and take notes in the comments section after each performance requirement to remind you of these expectations. |
| Complete Assessment | ❑ Complete the assessment tool (in *Getting Started*) to determine which activities you need to complete.<br>❑ When checking off activities, discuss with your trainer whether or not your prior experience is sufficient to meet the goals of the assignment. |
| Plan and Schedule Training | ❑ Plan how you will proceed through the chapters and activities.<br>❑ Determine, along with your training manager and regional supervisor, how long your training should take.<br>❑ Schedule the classes as outlined in *Getting Started*. |
| Begin Training | ❑ Begin assignments. |
| Monitor Weekly Progress | ❑ Meet with your training manager weekly to:<br>  ▸ Review assignments for the week<br>  ▸ Check answers to any review situations<br>  ▸ Assess your performance<br>  ▸ Select or adjust assignments for the following week<br>❑ Send a weekly progress report to your training manager, Store Director, Regional ALE Supervisor, and HR regional supervisor. |
| Pass Final Exam | ❑ Pass the three-part final exam. |
| Complete Evaluation | ❑ Fill out the self-evaluation form.<br>❑ Discuss your training manager's evaluation with your training manager, your Store Director, and your Regional ALE Supervisor. |

Introduction

## Resources

While completing the activities in this guide, you need to use all the resources available to you. These resources include:

- ❑ New Supervisor Orientation course materials

- ❑ Excellence in Supervision course materials

- ❑ FMinfo intranet

- ❑ Store employees

# PREREQUISITES

Before beginning ALE Assistant Manager training, you must complete the prerequisites listed in this chapter. Here's what to do:

1. Meet with your training manager to discuss which prerequisites you still need to complete.

2. Using the checklist on the next page, have your manager initial the prerequisites you have completed.

3. With your manager, schedule time to complete any prerequisites you have not yet satisfied.

4. Once your manager confirms that you have satisfied all prerequisites, you can go ahead with the assistant training.

| Mgr. Initials/ Date | | Prerequisite |
|---|---|---|
| ____ ____ | ❑ | Complete the Relief Assistant Training Program |
| ____ ____ | ❑ | Excellence in Supervision |
| ____ ____ | ❑ | Ticketmaster training (if applicable) |
| ____ ____ | ❑ | Complete the Fred Meyer Terminology Worksheet on page viii. |
| ____ ____ | ❑ | Review the Fred Meyer philosophy on page ix. |

Prerequisites

## Prerequisite Terminology Quiz:

❑ Write the full department name for the following initials. You may want to review the Yellow Pages used in Store Orientation first.

| Initials | Department |
|----------|------------|
| SAM | |
| HFN | |
| BFN | |
| HSW | |
| LPS | |
| MSD | |
| SPT | |

❑ Write the definition for each of the following items, then check with other employees to verify your definitions.

| Initials | Definition |
|----------|------------|
| DI | |
| SKU | |
| End Cap | |
| JI | |
| UPL | |
| Mr./Mrs. Cash | |
| RMA | |
| Child Find | |
| Shrink | |
| Assistance 88 | |

ii

# CHAPTER 1
# GETTING STARTED

Check off each assignment when the activities for that assignment are complete. Then continue to work through your training book according to your plan.

| Chapter | Page |
|---|---|
| ☐ Assess your skill level with your training manager using the performance requirements chart. | 1-2 |
| ☐ Create a training schedule. | 1-4 |
| ☐ Submit weekly training progress reports to communicate what you have learned. | 1-18 |
| ☐ Meet store management to know their responsibilities. | 1-19 |

## Resources

The resources available for this chapter include:

› Resources listed on page vi
› Store Management

201738

*Getting Started*

# Assignment: Assess your skill level with your training manager using the performance requirements chart.

Because you have worked in retail, you bring experience and skills to the job. This assessment lists the performance requirements for a competent assistant manager.

- ❑ Work with your training manager to complete the skills assessment.

- ❑ Using the list of performance requirements, and the assignments located on the pages indicated, check off skills in which you are already proficient. Ask:
    - ‣ Have I previously completed this task?
    - ‣ Do I do this task well?
    - ‣ Have I done this task well under pressure?

- ❑ Note the performance requirements in which you need to be trained.

- ❑ Plan your customized training schedule with your training manager.

## Legend for table on the next page:

**Proficient:** Has performed all aspects of the task in a reliable manner; no training needed.

**Some proficiency:** Has some experience; needs additional training to become proficient.

**Training needed:** No experience or practice with this skill; full training needed to become proficient.

*MJ Exhibit 19*    *Page 60 of 146*

201739