## Performance Requirements Chart

| Performance Requirement | Proficient | Some Proficiency | Training Needed | Page |
|---|---|---|---|---|
| **Customer Service** | | | | |
| Reinforce Service Plus standards with internal Customers | | | | 2-2 |
| Identify ways you can work with other departments to reduce shrink, increase sales, and increase productivity | | | | 2-5 |
| **Reports** | | | | |
| Run and/or Read and follow-up on the Profit and Loss Report | | | | 3-2 |
| Run and/or Read and follow-up on the Suspend/ Retrieve and Override Reports | | | | 3-4 |
| Read and respond to the Price Adjustment Report | | | | 3-7 |
| **Interview and Hiring** | | | | |
| Develop a plan for determining hiring needs | | | | 4-2 |
| Prepare for and conduct a performance appraisal for an employee | | | | 4-4 |
| **Schedule Writing / Understanding VLM** | | | | |
| Complete VLM Training | | | | 5-2 |
| Complete a schedule for ALE | | | | 5-4 |
| **Programs** | | | | |
| | | | | 6-2 |
| | | | | 6-4 |
| | | | | 6-6 |

*Getting Started*

## Assignment: Create a training schedule.

*If you need to adjust your training schedule, make sure the planned assignments receive the time needed for you to learn the job completely.*

- ❑ With your training manager, create a training schedule using the calendars that begin on page 1-6.
  - ▸ Consider the training needs identified in the training assessment.
  - ▸ Incorporate learning opportunities presented by daily and seasonal business.
  - ▸ Schedule time during your ***first week*** to learn OfficeVision. You will need it to submit your training reports.

- ❑ Schedule times to:
  - ▸ Meet with your training manager to discuss your progress and plan your next steps in the training program. Use this time to ensure you understand your training manager's expectations.
  - ▸ Make notes on what you have learned.
  - ▸ Complete the weekly training report.

- ❑ With your training manager, ensure your learning assignments are written into the daily tour.

- ❑ Schedule time to meet with your training manager when each chapter is complete. Ensure your training manager signs the last page of each chapter when he or she:
  - ▸ Has met with you to discuss each of the chapter activities
  - ▸ Is satisfied that you have completed each activity completely

Apparel Assistant

*Getting Started*

|  | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| Planning | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  | Planning | | |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1-8

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

| | Sunday | Monday | Tuesday | Wednesday Planning |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1-10

MJ  Exhibit   19     Page 68 of 146
**201747**

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

|  | | | Planning |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
| | | |
| | | |
| | | |
| | | |
| | | |

Getting Started

| | | | Planning |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Getting Started

| | | | Planning |
|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Apparel Assistant

| Calendar | | |
|---|---|---|
| Thursday | Friday | Saturday |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |