Getting Started

# Assignment: Submit weekly training progress reports to communicate what you have learned.

- ❏ Think of your progress report as a structured way of taking notes. It will show your supervisor what you're learning.

- ❏ Format your report so it is easy to read. You will refer to it on the job or when you study for your final validation.
  - ‣ Organize by date and trainer, then by training topic, using a separate paragraph for each training topic.
  - ‣ Label each topic with a subhead separated by blank lines before and after (for example, Customer service in ALE).
  - ‣ Use bullet points where appropriate.

- ❏ When writing, capture the essential facts and details concerning procedures and policies in your Division. Include in your report:
  - ‣ Facts you learned in the past week, not just what you accomplished (for example, write "The ALE standard is _____")
  - ‣ Why these facts are important. (how will this knowledge be useful in your daily job)
  - ‣ Who trained you
  - ‣ A single, concluding paragraph that tells who you plan to share your new knowledge with and how your training is progressing

- ❏ Create an OV of your report and address it to:
  - ‣ Your training manager
  - ‣ Your Store Director
  - ‣ Your Regional ALE Supervisor

- ❏ Keep a running journal during the week and send your completed report on Friday or Saturday following these instructions:
  - ‣ After typing each day's entry, file the note by pressing **<F3>**
  - ‣ Access the note the next day by typing "files." Press **<F2>** to add another entry to the note
  - ‣ Repeat as needed until the file is complete
  - ‣ Press **<F9>** to send and file the note

1-18

*MJ  Exhibit   19*    *Page 76 of 146*

**201755**

Apparel Assistant

# Assignment: Meet store management to know their responsibilities.

☐ Walk the store with your training manager to meet the people listed below. Briefly discuss their responsibilities and the ways they interact with the ALE management team.

▸ Store Director

▸ ALE Relief Assistant, hourly PICs, and all cashiers

▸ FIL, TAO, AUD

▸ Loss Prevention Manager (LPM)

▸ Key screening person (KSP)/Human Resources administrator (HRA)

▸ Managers, assistant managers, and relief assistant for Home, Food, Customer Service, and Home Electronics

▸ Safety committee members

Getting Started

MJ  Exhibit   19

201757

# CHAPTER 2
# CUSTOMER SERVICE

This chapter contains two assignments with activities to complete within each assignment.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your training manager. The review situations at the end of this section will ask you to apply what you have learned.

| Chapter Assignments | | Page |
|---|---|---|
| ❑ | Reinforce Service Plus standards with internal Customers | 2-2 |
| ❑ | Identify ways to work with other departments to reduce shrink, increase sales, and increase productivity | 2-5 |

## Resources

The resources available for this chapter include:

- ‣ Resources listed on page vi
- ‣ Store Management
- ‣ ALE PICs
- ‣ Store Director

*MJ Exhibit  19*     *Page 79 of 146*

201758

Customer Service

# Assignment: Reinforce Service Plus standards with internal Customers

The goal of making all Customers feel welcome, important, and appreciated applies equally to external and internal Customers. As the ALE Assistant Manager, you set the example for Customer service, and ensure all ALE employees provide the same quality service to one another, to employees in other departments, and to the external Customer.

❑ Review the Service Plus program.
  ‣ Identify and explain reasons that internal Customer service is important.
  ‣ Identify ways for employees to get a "Perfect Score" for internal Customer service.
  ‣ Create a plan for reinforcing internal Customer service in the ALE department.

❑ Ask your training manager to evaluate your internal Customer Service. Have your training manager do the following:
  ‣ Observe you during your shift
  ‣ Give you a score
  ‣ Explain why you earned that rating
  ‣ Discuss your strengths in providing internal Customer service
  ‣ Discuss opportunities for improving your internal Customer service skills

❑ Discuss with your training manager the responsibilities of the Assistant Manager for ensuring good internal Customer service throughout the entire department and throughout the store.

❑ Describe the opportunities to provide internal Customer service:
  ‣ When receiving an internal phone call from another department
  ‣ When calling another department for information
  ‣ When an employee approaches you

❑ Tour the store as if you were the Secret Shopper for internal Customer service.
  ‣ Evaluate 5 employes on internal Customer service
  ‣ Discuss results with your training manager and identify ways to improve the store's internal Customer service
  ‣ Implement your plan, then report results to your trainer

2-2

Apparel Assistant

## Notes

Customer Service

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2-4

*MJ Exhibit  19*          *Page 82 of 146*

**201761**

Apparel Assistant

# Assignment: Identify ways to work with other departments to reduce shrink, increase sales, and increase productivity.

- ❑ Spend two hours in HOM.
  - ‣ Identify the processes the department follows to complete salvage, returns, and price/SKU checks. Assist with these processes.
  - ‣ Interview the department manager to learn to identify ways ALE can work with the HOM department to:
    - ✔ Reduce Shrink
    - ✔ Increase Productivity
    - ✔ Increase Sales

- ❑ Spend two hours in FOD.
  - ‣ Identify the processes the department follows to complete salvage, returns, and price/SKU checks. Assist with these processes.
  - ‣ Interview the department manager to learn to identify ways ALE can work with the FOD department to:
    - ✔ Reduce Shrink
    - ✔ Increase Productivity
    - ✔ Increase Sales

- ❑ Spend two hours in PEM.
  - ‣ Identify the processes the department follows to complete salvage, returns, and price/SKU checks. Assist with these processes.
  - ‣ Interview the department manager to learn to identify ways ALE can work with the PEM department to:
    - ✔ Reduce Shrink
    - ✔ Increase Productivity
    - ✔ Increase Sales

- ❑ Spend two hours in OPS.
  - ‣ Identify the processes the department follows to receive returns, process salvage and request price/SKU checks. Assist with these processes.
  - ‣ Interview the department manager to learn to identify ways ALE can work with the OPS department to:
    - ✔ Reduce Shrink
    - ✔ Increase Productivity
    - ✔ Increase Sales

Customer Service

❑ Discuss your findings for each department with your training manager.

❑ Make a plan to improve the service ALE provides to each department. Discuss your plan with your training manager. Make any necessary changes. Implement that plan.

  ‣ What happened?

  ‣ What changes would you make?

### Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Apparel Assistant

## Review situations

1. Describe how internal Customer service can reduce shrink, increase sales, and increase productivity for the whole store. Create a plan to improve internal Customer Service in ALE and the whole store. Discuss the plan with your training manager and present ideas to your Store Director.

 

 

 

 

 

 

 

 

 

2. How would you discuss the need to improve internal Customer service with an employee who does not believe internal Customer service is important?

 

 

 

 

 

 

 

 

 

 

 

*MJ Exhibit 19*    *Page 85 of 146*

2-7

*Customer Service*

3. Next week, your stores sales have to increase by 25% to meet projection. Describe what ALE could do to help the store reach or exceed its sales goal.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Chapter Completion

The trainee has completed this chapter and has discussed findings from each activity with me.

_____

Training Manager Signature

2-8

# CHAPTER 3
# REPORTS

This chapter contains three assignments with activities to complete within each assignment.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your training manager. Review situations at the end will ask you to apply what you have learned.

| Chapter Assignment | Page |
|---|---|
| ☐ Run and/or Read and follow-up on the Profit and Loss Report | 3-2 |
| ☐ Run and/or Read and follow-up on the Suspend/Retrieve and Override Reports | 3-4 |
| ☐ Read and respond to the Price Adjustment Report | 3-7 |

## Resources

The resources available for this chapter include:

- ▸ Resources listed on page vi
- ▸ Store Management
- ▸ Loss Prevention
- ▸ Time and Attendance Operator

Reports

# Assignment: Run and/or Read and follow-up on the Profit and Loss Report

- ❑  How do you run the report?

- ❑  When is the report available/updated?

- ❑  What information is found on the report?

- ❑  Why is the report important?

- ❑  What employee follow-up is required, or could improve report results?

- ❑  How do you file this report?

- ❑  Create a plan to meet your store's ALE budget. Communicate the plan to your training manager and Store Director. Make any necessary changes. Implement the plan.
  - ‣  What was the result?

- ❑  Create a plan to increase your department's gross margin. Communicate the plan to your training manager and Store Director. Make any necessary changes. Implement the plan.
  - ‣  What was the result?

- ❑  Review the P&L Over/Short Summary
  - ‣  Where is it located?
  - ‣  What information is on the report?
  - ‣  How do you follow-up?
  - ‣  Where do you look for more information about the Summary entries?

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

3-2

*MJ Exhibit 19*     *Page 88 of 146*

201767

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit   19       Page 89 of 146*<sub>5-3</sub>

**201768**

Reports

# Assignment: Run and/or Read and follow-up on the Suspend/Retrieve Report

## Suspend/Retrieve Report

❑ How do you run the Suspend/Retrieve report?

❑ When is the Suspend/Retrieve report available/updated?

❑ What information is found on the Suspend/Retrieve report?

❑ Why is the Suspend/Retrieve report important?

❑ What employee follow-up is required, or could improve Suspend/Retrieve report results?

❑ How do you file the Suspend/Retrieve report?

## Override Report

❑ How do you run the Override report?

❑ When is the Override report available/updated?

❑ What information is found on the Override report?

❑ Why is the Override report important?

❑ What employee follow-up is required?

❑ How do you file the Override report?

❑ Compare the Override Report entries to the Suspend/Retrieve Report.

   ‣ On the Suspend/Retrieve Report, look for items that have been suspended, but not retrieved.

   ‣ Locate the same transactions on the Override Report and make note of the override number that corresponds to the transaction.

   ‣ Why was the suspended transaction not retrieved?

   ‣ What do you do now?