Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 19*        *Page 91 of 146*

3-5

Reports

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3-6

Apparel Assistant

# Assignment: Read and respond to Price Adjustment Report

❑ With your training manager, discuss the following information about the Price Adjustment Report:

▸ What information is on the Price Adjustment Report?

▸ What does the Price Adjustment Report tell about a transaction?

▸ What codes are listed on the report? What does each code indicate? What follow-up is needed for each code?

✔ Compare the Price Adjustment Report to the daily Sales Correction Request Forms

✔ Ask the File Maintenance Operator if the codes are correct. Follow-up with cashier(s) who did not list the correct code.

▸ What information on a Price Adjustment Report gives you cause to follow-up with Loss Prevention?

❑ Run Price Adjustment Reports each day for 1 week. With your training manager and Loss Prevention Manager review the reports:

▸ What follow-up is needed?

▸ What did you discover?

❑ Create a plan to follow-up with employees who have appeared on the Price Adjustment Report. Discuss the plan with your training manager and Loss Prevention Manager. Implement the plan.

▸ What was your plan?

▸ How well did it work? What changes would you make to your plan to make it more effective?

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit  19*      *Page 93 of 146*

3-7

Reports

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3-8

Apparel Assistant

# Review situations

1. Your P&L Report shows that you are over budget. Describe what you could do for each line of your department's P&L.

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

2. You notice that a closing PIC is consistently on the Override report and Suspend/Retrieve report. What are your next steps? How do you follow-up with the PIC? How do you follow-up with the cashier?

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

**201774**

Reports

3. When reviewing the Price Adjustment Report, you notice an employee who is overriding prices on a consistent basis? How would you handle this? How would you follow-up with the employee?

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Chapter Completion

The trainee has completed this chapter and has discussed findings from each activity with me.

_____

Training Manager Signature

3-10

# CHAPTER 4
# INTERVIEWING AND HIRING

This chapter contains two assignments with activities to complete within each assignment.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your training manager. Review situations at the end will ask you to apply what you have learned.

| Chapter Assignment | Page |
|---|---|
| ❑ Develop a detail plan for determining hiring needs | 4-2 |
| ❑ Prepare and conduct performance appraisals | 4-4 |

## Resources

The resources available for this chapter include:

- ▸ Resources listed on page vi
- ▸ Store Management
- ▸ KSP/HRA
- ▸ Store Director

Interviewing and Hiring

# Assignment: Develop a detailed plan for determining hiring needs

- ❏ Talk to the KSP/HRA. Discuss:
  - ▸ What is the employee applicant screening process?
  - ▸ What questions should you ask during an interview?
  - ▸ What questions should you avoid during an interview? Why?
  - ▸ What other legal concerns are involved in the hiring process?
  - ▸ What is Fred Meyer's diversity plan? How can you work with the KSP/HRA to implement the plan?
  - ▸ What responsibilities do you have for EEOC?

- ❏ Prepare for an interview. With your training manager discuss:
  - ▸ What information in the employee's application, test results, etc. are you looking for when hiring a ALE employee?
  - ▸ What questions do you ask and what information are you looking for when calling applicant references?
  - ▸ What behaviors are you looking for during the interview that are indicators of someone who is Customer service oriented?
  - ▸ What questions will you ask the applicant?
  - ▸ What form do you use to assist in the interview?
    - ✔ How can the form help you?

- ❏ Conduct an interview while your training manager observes.
  - ▸ What were your impressions of the applicant?
  - ▸ How would the applicant get along with the staff you already have? Do you have any concerns?
  - ▸ Would you hire the applicant? Why?

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4-2

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit   19*      *Page 99 of 146*
4-3

Interviewing and Hiring

## Assignment: Prepare and conduct performance appraisals

- ❑ Help an employee complete the self-appraisal process.
  - ‣ Review a blank self appraisal form. What information is included in the form? How will the form assist you in completing the employee performance appraisal?
  - ‣ Give the self-appraisal form to the employee. Communicate the following information:
    - ✔ When do you need it back?
    - ✔ How you will use the self-appraisal?
    - ✔ When can they expect to sit down and discuss the completed performance appraisal?

- ❑ Work with the training manager to complete the performance appraisal form.
  - ‣ What information should be reviewed before completing the appraisal? (example: tardiness, absenteeism, disciplinary action forms, Customer comments)
  - ‣ What does each rating mean?
  - ‣ How do you determine what the employee deserves?

- ❑ Assist with the delivery of the performance appraisal.
  - ‣ How do you prepare for delivering the appraisal?
  - ‣ Where should the appraisal take place? Why?
  - ‣ Who will cover the employee during the appraisal?
  - ‣ Who will answer your calls and have your phone during the appraisal?
  - ‣ Who should be in the room during the appraisal? Why?
  - ‣ What paperwork should you have with you during the appraisal?
  - ‣ How do you conduct the appraisal?
  - ‣ What is the importance of staying objective?
  - ‣ If the employee gets defensive, how will you change your approach?
  - ‣ Why is it important to keep the information shared during the appraisal meeting confidential?

*MJ Exhibit 19*     *Page 100 of 146*

**201779**

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit   19      Page 101 of 146*

4-5

Interviewing and Hiring

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4-6

*MJ  Exhibit   19      Page 102 of 146*

**201781**

Apparel Assistant

## Review situations

1. What are the steps in the Fred Meyer hiring process
   (from the time the employee fills out the application to
   the date of hire)?

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

2. An applicant has the experience needed to do the job,
   but seems to be very shy. What will you do to
   encourage him or her to open up with the Customers?

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

*MJ Exhibit 19     Page 103 of 146*

4-7

Interviewing and Hiring

3. You hold a performance appraisal in the stockroom. You are interrupted by calls and other employees many times. The comments and facts supporting some of the low scores seem to be a complete surprise to the employee. What would you do differently in this situation?

_____

_____

_____

_____

_____

_____

_____

_____

## Chapter Completion

The trainee has completed this chapter and has discussed findings from each activity with me.


_____

Training Manager Signature

201783

4-8

# CHAPTER 5
# SCHEDULING

This chapter contains two assignments with activities to complete within each assignment.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your training manager. Review situations at the end will ask you to apply what you have learned.

| Chapter Assignment | Page | |
|---|---|---|
| ☐   Complete VLM Training | 5-2 | |
| ☐   Complete a schedule for ALE | 5-4 | |

## Resources

The resources available for this chapter include:

- ‣ Resources listed on page vi
- ‣ Store Management
- ‣ VLM Training Manual

*MJ Exhibit 19     Page 105 of 146*

5-1

**201784**