Scheduling

# Assignment: complete VLM Training

❑ With your training manager, and using the VLM Training Manual, complete VLM training. Demonstrate to your training manager that you can:

- ▸ Change employee job roles
- ▸ Change employee availability
- ▸ Respond to time off requests
- ▸ Use auto-scheduling to:
  - ✔ Change forecasts
  - ✔ LRQ (Labor Requirements)
  - ✔ Edit schedules
- ▸ Print weekly schedules and 15-minute charts

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit  19      Page 106 of 146*

201785

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Scheduling

# Assignment: Complete a schedule for ALE

VLM schedules the shifts for the week and provides a 15-minute chart based on the cashier coverage needed during different times of the day. In addition, the 15-minute chart includes scheduled breaks and lunches.

❑ With your training manager, discuss the following issues relating to the 15-minute chart:
  ‣ Employee assignments
  ‣ Assignment of specific tasks at specific times
  ‣ Scheduling flexibility
  ‣ Who completes the 15-minute chart
  ‣ Recurring job list
  ‣ Minimum/maximum times without lunch or breaks
  ‣ Holiday pay
  ‣ Flex shifts
  ‣ Projected sales goals

❑ With your trainer, review 15-minute charts for the last week. Discuss the following reasons for adjusting the 15-minute chart:
  ‣ Sick calls
  ‣ Unexpected sales — increases and decreases
  ‣ Special jobs not originally scheduled
  ‣ Avoiding overtime

❑ Discuss with your training manager how union contracts can affect scheduling. Consider the following questions:
  ‣ How early or late can an employee working an eight-hour shift go to lunch?
  ‣ For what reason can an employee be called back to the floor from a lunch?
  ‣ What are the break and lunch requirements for the following shifts:
    ✔ Eight-hour?
    ✔ Six-hour?
    ✔ Four-hour?
  ‣ If you need to call an employee in to work, what is the minimum amount of time he must be scheduled to work?
  ‣ Why is a five-hour shift not a flex shift?

❑ Using a printed copy of a 15 minute chart:
  ‣ Adjust the 15 minute chart for a sick call

*MJ Exhibit   19      Page 108 of 146*

**201787**

Apparel Assistant

❑ Show your adjustments to your trainer. Explain your reasoning for
   making the adjustments. Discuss the following topics as they
   relate to adjusting the 15-minute chart:

   ▸ Overtime

   ▸ Redline/blueline

   ▸ Lunches/breaks

   ▸ Call-ins

   ▸ Cashiering: need line/schedule line

   ▸ Adjustments

   ▸ Recurring job responsibility tasks list by day (posted with 15-
     minute chart; discuss its purpose)

### Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Scheduling

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5-6

*MJ Exhibit  19     Page 110 of 146*

**201789**

Apparel Assistant

## Review situations

1. After completing the schedule for next week, you must schedule all of your cashiers to complete a one hour training session. What do you need to do now?

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. A cashier calls in sick 15 minutes before his shift begins. What do you do now? What do you do to follow-up with the employee?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 19    Page 111 of 146*

5-7

Scheduling

3. You complete and print the schedule in VLM. You notice
that the schedule does not cover your needed shifts
and people who should be scheduled are not. What
could have happened? How can you fix it?

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Chapter Completion

The trainee has completed this chapter and has discussed findings
from each activity with me.

_____

Training Manager Signature

# CHAPTER 6
# PROGRAMS

This chapter contains three assignments with activities to complete within each assignment.

Schedule each assignment with your training manager. Once you have completed all activities in the assignment, review your progress with your training manager. Review situations at the end will ask you to apply what you have learned.

| Chapter Assignment | | Page | |
|---|---|---|---|
| ❏ | | 6-2 | |
| ❏ | | 6-4 | |
| ❏ Complete Cashier Customer Service Audits | | 6-6 | |

## Resources

The resources available for this chapter include:

- ‣ Resources listed on page vi
- ‣ Store Management
- ‣ Store Director
- ‣ Regional ALE Supervisor
- ‣ Produce Manager

*MJ Exhibit  19*     *Page 113 of 146*

6-1

**201792**

Programs

## Assignment: Implement the _____ program

- ❑ Learn about the program.
  - ‣ What is it?
  - ‣ What are the benefits of using it? How does it reduce shrink?
  - ‣ When is it completed?
  - ‣ Who is required to take part?
  - ‣ How is it done?
- ❑ Activity:
- ❑
- ❑
- ❑
- ❑
- ❑

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6-2

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit   19      Page 115 of 146*

6-3

201794

Programs

## Assignment: Participate in the _____ program

- ❑ Learn about the _____ program.
  - ‣ What is it? What do you need to do to comply with the program?
  - ‣ How does it benefit Customers?
  - ‣ How does it help meet Service Plus Standards?
  - ‣ When is it completed?
  - ‣ What is expected of participants?
  - ‣
- ❑ Activity
- ❑
- ❑
- ❑

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6-4

*MJ Exhibit   19*      *Page 116 of 146*

**201795**

Apparel Assistant

## Notes

*Programs*

# Assignment: Complete Cashier Customer Service Audits

❑ Learn about the Cashier Customer Service Audit program.
- ‣ What is it?
- ‣ How does it benefit the Customer?
- ‣ How does it help stores meet Service Plus standards?
- ‣ When is it completed?
- ‣ How do you follow-up with employees?
- ‣ How do you report the store results?
- ‣ Where do you keep the completed audits? How long do you keep them?

❑ Complete a Cashier Customer Service Audit on all Cashiers. Discuss results with your training manager. Complete follow-up and coaching for employees who do not pass the audit.

❑ Create a plan to improve cashier Customer Service. Discuss with your training manager and Store Director. Implement the plan. Complete a second audit. Compare the results to the previous audit. Was there an improvement in audit scores? If not, what changes will you make to your plan?

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit   19      Page 118 of 146*

6-6

201797

Apparel Assistant

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ  Exhibit   19      Page 119 of 146*

6-7

Programs

## Review situations

1. ?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2. ?

_____
_____
_____
_____
_____
_____
_____
_____
_____

6-8