3. You have an employee who always scores below the Cashier Customer Service Audit standard. You have repeatedly coached this employee. What can you do to help the employee succeed?

_____

_____

_____

_____

_____

_____

## Chapter Completion

The trainee has completed this chapter and has discussed findings from each activity with me.

_____

Training Manager Signature

Programs

MJ  Exhibit   19     Page 122 of 146

201801

# CHAPTER 7
# EVALUATION

This chapter contains three assignments

- ▸ Complete the final exam and your self-appraisal.
- ▸ Make copies of your completed final exam and self-appraisal and give them to your training manager.
- ▸ Work with your training manager, Store Director, and Regional ALE Supervisor to determine your level of accomplishment.

| Chapter Assignment | Page |
|---|---|
| ❑  Pass your final exam | 7-2 |
| ❑  Perform ALE Assistant jobs for three days | 7-11 |
| ❑  Evaluate your learning | 7-12 |

*MJ Exhibit   19      Page 123 of 146*

201802

Evaluation

# Activity: Pass the written exam.

❑   Find a quiet place where you will not be interrupted and answer
      the questions in Part I of the exam. Note that you will need a
      copy of today's tour to finish the exam.

❑   Return the completed exam to your trainer.

1.   Explain the process of pulling up the P&L Over/Short Summary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2.   You have had to schedule a high percentage of your employees
      to work 40 hours per week. What would you need to do in this
      situation? Whom would you involve?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit  19*      *Page 124 of 146*

**201803**

Apparel Assistant

3.  What is the importance of a department tour? What do you look for while you are completing one?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.  What is the Q-card program? How is it used? Why is it important?

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit   19*     *Page 125 of 146*

7-3

Evaluation

5.  What is the corporate standard for the Register Over/Short line in the P&L?

_____

_____

_____

_____

_____

_____

_____

_____

6.  What is the main responsibility of the following positions?
    ‣ FIL
    ‣ TAO
    ‣ AUD
    ‣ RMA

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7-4

Apparel Assistant

7.  What do the following B-Messages mean? Why would the message come up in the system?

   ‣ DEC Cash Back $80 in 7 days
   ‣ DEC on ID TNC
   ‣ CHK REQ PIC APPROVAL
   ‣ DEC ON CHK EXAM STAT UNK
   ‣ DEC ON CHK EXAM STAT ACT

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

8.  An employee has arrived late for the last four shifts. You have already talked with the employee about the importance of being on time. Explain what your actions would be now.

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

*MJ  Exhibit   19*      *Page 127 of 146*

201806

Evaluation

9. A Customer calls the store and would like to have you send two pairs of Levi Shrink to Fits to their home. She would like to give you their credit card number over the phone. Can we assist this Customer? If so, how? If not, why?

_____

_____

_____

_____

_____

_____

_____

_____

_____

10. What should you be doing during the _____ Program?

_____

_____

_____

_____

_____

11. What information needs to be communicated with _____ program?

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit  19*    *Page 128 of 146*

**201807**

Apparel Assistant

12. What is the process of ordering corporate supplies?

_____

_____

_____

_____

_____

_____

_____

_____

13. How would you respond to a slip-and-fall incident? Explain the procedures you would follow for a Customer incident and an employee incident.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*MJ Exhibit 19*     *Page 129 of 146* 7-7

Evaluation

14. It is 3 PM and the forecast calls for six inches of snow by 9 p.m. You are the closing PIC and the manager is not on location. What would you do to prepare?

_____

_____

_____

_____

_____

_____

_____

_____

15. The power to the entire store goes out at 7 PM and you don't know when it will come back on. Explain how you would react and what emergency procedures you would take.

_____

_____

_____

_____

_____

_____

_____

_____

_____

16. What are the signing standards for the ALE department? Where do you find this information?

_____

_____

_____

_____

_____

_____

*MJ Exhibit 19*    *Page 130 of 146*

**201809**

7-8

Apparel Assistant

17. How many _____ program?

_____
_____
_____
_____
_____

18. What do PT12, PT20, FT40, and FT45 mean? How does this relate to the Hours of Allocation policy?

_____
_____
_____
_____
_____
_____
_____

19. Your manager has not printed the 15 minute charts for today. What do you do?

_____
_____
_____
_____
_____
_____
_____

20. Which form do you use when a register accountable employee mistenders a check?

_____
_____
_____
_____

*MJ Exhibit 19    Page 131 of 146*

7-9

Evaluation

21. Take a copy of today's tour and use the copy to prioritize jobs. Then explain your decisions below. (Attach the tour to this exam.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1-10

Apparel Assistant

## Assignment: Perform ALE Assistant Manager jobs for three days

- ❑ Under the observation of your training manager, work three shifts as the Assistant Manager in the ALE department.
  - ‣ Note key events, decisions, and questions.
  - ‣ At the end of the shift, report your results to your training manager.
  - ‣ Ask your training manager to evaluate your performance, and discuss his or her evaluation.

- ❑ Discuss the following topics with your training manager:
  - ‣ 15-minute chart
  - ‣ Employee supervision
  - ‣ Customer service
  - ‣ Returns
  - ‣ Checkstand areas
  - ‣ Ensuring floor coverage
  - ‣ Register coverage issues
  - ‣ Employee/Customer incidents and/or accidents

- ❑ If closing, prepare your notes for the pass down log. Leave the log for the next day's opening PIC.

- ❑ Tour with your training manager and evaluating your shift.

Evaluation

# Assignment: Evaluate your learning

- ❏ Complete the self-evaluation form and keep a copy for your records.

- ❏ Have your training manager complete the performance evaluation. This evaluation will be used as the basis for your validation.

- ❏ Meet with your training manager, the Store Director, and your Regional ALE Supervisor to validate your completion of the training program. Bring a copy of your self-evaluation to the meeting.

- ❏ Cover the following topics:
  - ‣ Performance evaluation
  - ‣ Self-evaluation
  - ‣ Areas needing additional training
  - ‣ Future professional goals
  - ‣ Your next step

Note:    Your training manager will give a copy of the completed performance evaluation to your regional supervisor. You may supply a copy of your self-evaluation along with the performance evaluation, if you so desire.

*MJ Exhibit 19*    *Page 134 of 146*

**201813**

Apparel Assistant

Training manager name: _____

Date of evaluation: _____

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Self-Evaluation** (to be completed by trainee) | | | |
| Legend:<br>‣ *Competent:* Able to perform the job correctly without assistance<br>‣ *Not competent:* Trained but cannot do the job without assistance<br>‣ *Minimal or no exposure:* Needs training to become competent<br><br>I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Customer Service** | | | |
| Reinforce Service Plus standards with internal Customers | ❑ | ❑ | ❑ |
| Identify ways you can work with other departments to reduce shrink, increase sales, and increase productivity | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Reports** | | | |
| Run and/or Read and follow-up on the Profit and Loss Report | ❑ | ❑ | ❑ |
| Run and/or Read and follow-up on the Suspend/Retrieve and Override Reports | ❑ | ❑ | ❑ |
| Run and/or Read and follow-up on the Price Adjustment Report | ❑ | ❑ | ❑ |
| Comments: | | | |

1-13

201814