Evaluation

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Self-Evaluation**<br>*(to be completed by trainee)* | | | |
| Legend:<br>  ▸  *Competent:* Able to perform the job correctly without assistance<br>  ▸  *Not competent:* Trained but cannot do the job without assistance<br>  ▸  *Minimal or no exposure:* Needs training to become competent<br><br>I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Interview and Hiring** | | | |
| Develop a plan for determining hiring needs | ❑ | ❑ | ❑ |
| Prepare for and conduct performance appraisal for employee | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Schedule Writing / Understanding VLM** | | | |
| Complete VLM Training | ❑ | ❑ | ❑ |
| Complete a schedule for ALE | ❑ | ❑ | ❑ |
| Comments: | | | |

1-14

**201815**

Apparel Assistant

Trainee Name (print): _____

# Self-Evaluation

## (to be completed by trainee)

| Legend:<br>  ▸ *Competent:* Able to perform the job correctly without assistance<br>  ▸ *Not competent:* Trained but cannot do the job without assistance<br>  ▸ *Minimal or no exposure:* Needs training to become competent<br><br>I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| **Programs** | | | |
| Identify the importance of the _____ Program | ❑ | ❑ | ❑ |
| Participate in the_____ program | ❑ | ❑ | ❑ |
| Complete Cashier Customer Service Audits | ❑ | ❑ | ❑ |

Comments:

**201816**

Evaluation

| Trainee Name (print): _____ **Self-Evaluation** *(to be completed by trainee)* | | | |
|---|---|---|---|
| **Legend:** <br>   ▸  *Competent:* Able to perform the job correctly without assistance <br>   ▸  *Not competent:* Trained but cannot do the job without assistance <br>   ▸  *Minimal or no exposure:* Needs training to become competent <br><br> I am able to complete the following jobs to the level of competence marked below: | Competent | Not competent | Minimal or no exposure |
| **Evaluation** | | | |
| Spend three days as the ALE Assistant | ❑ | ❑ | ❑ |
| Comments: | | | |

1-16

201817

Apparel Assistant

Training manager name: _____

Date of evaluation: _____

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Performance Evaluation**<br>*(to be completed by training manager)* | | | |
| Legend:<br> ▸ *Competent:* Able to perform the job correctly without assistance<br> ▸ *Not competent:* Trained but cannot do the job correctly without assistance<br> ▸ *Minimal or no exposure:* Needs training to become competent<br><br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
| **Customer Service** | | | |
| Reinforce Service Plus standards with internal Customers | ❑ | ❑ | ❑ |
| Identify ways you can work with other departments to reduce shrink, increase sales, and increase productivity | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Reports** | | | |
| Run and/or Read and follow-up on the Profit and Loss Report | ❑ | ❑ | ❑ |
| Run and/or Read and follow-up on the Suspend/Retrieve and Override Reports | ❑ | ❑ | ❑ |
| Run and/or Read and follow-up on the Price Adjustment Report | ❑ | ❑ | ❑ |
| Comments: | | | |

201818

Evaluation

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Performance Evaluation** <br> *(to be completed by training manager)* | | | |
| Legend:<br> ▸ *Competent:* Able to perform the job correctly without assistance<br> ▸ *Not competent:* Trained but cannot do the job correctly without assistance<br> ▸ *Minimal or no exposure:* Needs training to become competent<br><br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
| **Interview and Hiring** | | | |
| Develop a plan for determining hiring needs | ❑ | ❑ | ❑ |
| Prepare for and conduct performance appraisal for employee | ❑ | ❑ | ❑ |
| Comments: | | | |
| **Schedule Writing / Understanding VLM** | | | |
| Complete VLM Training | ❑ | ❑ | ❑ |
| Complete a schedule for ALE | ❑ | ❑ | ❑ |
| Comments: | | | |

1-18

Apparel Assistant

Trainee Name (print): _____

# Performance Evaluation

## (to be completed by training manager)

| Legend:<br>   ▸  *Competent:* Able to perform the job correctly without assistance<br>   ▸  *Not competent:* Trained but cannot do the job correctly without assistance<br>   ▸  *Minimal or no exposure:* Needs training to become competent<br><br>Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
|---|---|---|---|
| **Programs** | | | |
| Implement the _____ Program | ❏ | ❏ | ❏ |
| Participate in the _____ program | ❏ | ❏ | ❏ |
| Complete Cashier Customer Service Audits | ❏ | ❏ | ❏ |

Comments:

1-19

**201820**

Evaluation

| Trainee Name (print): _____ | | | |
|---|---|---|---|
| **Performance Evaluation** *(to be completed by training manager)* | | | |
| Legend: <br> ▸ *Competent:* Able to perform the job correctly without assistance <br> ▸ *Not competent:* Trained but cannot do the job correctly without assistance <br> ▸ *Minimal or no exposure:* Needs training to become competent <br><br> Upon observing the trainee, I believe that the trainee's performance of each requirement rates as marked below: | Competent | Not competent | Minimal or no exposure |
| Evaluation | | | |
| Spend three days as the ALE Assistant | ☐ | ☐ | ☐ |
| Comments: | | | |

7-20

201821

Apparel Assistant

## Approved by

_____
Training Manager's Signature

_____
Store Director's Signature

_____
Regional Sales Supervisor's Signature

_____
Date

7-21

**201822**

Evaluation

7-22

**201823**

# CHAPTER 8
# NEXT STEPS

By completing the ALE Assistant training, you have taken an important step in your career. The next step is to move into the position assigned to you by your regional supervisor and begin applying for posted ALE Assistant openings.

Here are some things you should do to make your transition into your new position — and the rest of your career — as smooth as possible:

❑ Contact your new manager to discuss your role in the department. If possible, arrange to have a face-to-face meeting before you report to work.

❑ Follow-up with your new manager to make sure you get all the appropriate passwords and keys you will need to do your job.

❑ Begin looking at job postings on the job board, on OV, or FMinfo. Make it a habit to stay informed about upcoming positions.

❑ Talk with your regional supervisor to discuss possible future openings and opportunities.

8-1

Next Steps

8-2

201825