# FredMeyerStores

## Job Description

All rights reserved. For internal use only. No part of this document may be distributed or reproduced to anyone outside Fred Meyer Stores without prior written consent.

| | |
|---|---|
| **Job Title:** | ALE Assistant Manager |
| **Reports To:** | ALE Manager |
| **Group:** | Store Operations |
| **Division:** | ALE |
| **Department:** | ALE |
| **Section:** | N/A |
| **Location:** | Store |
| **Job Number:** | ALE99102 |
| **Job Type:** | 301736 |
| **Full-time/Part-time:** | Full-time |
| **FLSA Status:** | Salaried |
| **Level of Supervision:** | Limited |
| **Work Pace:** | Incentive-based, and based on Customer flow |
| **Internal Cust. Contact:** | Regular |
| **External Cust. Contact:** | Regular |
| **Creation/Revision Date:** | February 1997 |

## Summary
The primary purpose(s) of this position is to:

- Assist in the management of the department, maximize all financial opportunities, and assume the management responsibilities in the absence of the manager

Frequent independent judgments are essential. Fred Meyer also requires that all employees perform all tasks in a safe manner consistent with corporate policies and state and federal laws.

## Essential Duties & Responsibilities
Essential duties and responsibilities include the following. Other duties may be assigned:

- Provides Customer service

[ALE Assistant Manager] - [ALE99102] - Page 1
Note: This document is subject to change. Please refer to the online document for the most current job description information.

MJ Exhibit 20   Page 1 of 6

200089

- Reacts with urgency to changing sales opportunities
- Ensures compliance with divisional signing standards
- Ensures compliance with divisional recovery standards
- Coordinates and organizes merchandising of the department floor
- Implements and audits ads
- Ensures compliance with planograms
- Coordinates the implementation of weekly Merchandise Specialists Notes, Off-Shelf Merchandising Notes, and Period Planners to complete merchandising assignments
- Assists in preparing the seasonal critiques
- Identifies current market trends
- Maintains an awareness of the competitor=s activities in the specific market area
- Ensures implementation of visual merchandising standards
- Ensures compliance with the divisional folding/hanging standards
- Ensures compliance with the standards for fixtures usage and maintenance
- Ensures compliance to the stockroom standards
- Ensures the accuracy and follows up on price changes
- Maintains and audits the in-store Price Change Control Log
- Ensures compliance with the ticketing standards
- Authorizes any manager discretion markdowns
- Audits and takes appropriate action on scan audits
- Audits and takes appropriate action on alpha code documents and in-store Price Change Recap
- Audits and takes appropriate action on Report Code 10, Report Code 20, and the ECR Override Report
- Audits and takes appropriate action on missing markdown and markdown exception reports
- Audits and takes appropriate action on file maintenance exceptions
- Demonstrates, recognizes, and ensures compliance with the Q and SAM actions
- Ensures compliance with the corporate dress code policy
- Sells products to Customers; teaches/demonstrates selling skills
- Performs cashier functions, when required
- Participates in mandatory training programs
- Processes mail; maintains department books
- Audits cashier proficiency and related reports
- Ensures compliance with labor agreements, when applicable
- Maintains an awareness of overstock/understock conditions to ensure ordering system integrity
- Ensures compliance with freight receiving and freight stocking standards
- Completes daily tours
- Adjusts the schedule/15 minute charts
- Records daily sales

[ALE Assistant Manager] - [ALE99102] - Page 2
Note: This document is subject to change. Please refer to the on-line document for the most current job description information.
MT Exhibit 20   Page 2 of 6

200090

- Orders department supplies
- Responds to verbal Customer comments/complaints/requests
- Ensures daily and weekly time and attendance functions are completed
- Identifies and takes appropriate action on maintenance/repair needs
- Completes Customer incident and employee incident/accident report forms, when necessary
- Ensures compliance to all safety guidelines and standards
- Ensures compliance to the quality ordering functions/RMS updates
- Audits salvage procedures
- Audits and follows up on written distribution center returns, weekly WDCR recaps, and Returns to Suppliers
- Reviews on-line sales information and takes appropriate action
- Assists in the inventory process
- Audits the vendor logs
- Ensures compliance to shipping/receiving procedures, including auditing the Shipping/Receiving Log)
- Approves Intersection Transfers
- Ensures compliance with the shrink control guidelines
- Promotes employee participation in the Fred Meyer Incentive Award Program

## Supervisory Responsibilities
Assumes supervisory responsibilities when manager is not present.

## Qualifications
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required.

**Education and/or Experience:** BA/BS in business or related field plus a minimum of 6 months Fred Meyer experience and 2-3 years related retail experience; or equivalent combination of education and experience.

**Language Skills:** Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals. Ability to write routine reports and correspondence. Ability to speak effectively before groups of Customers or employees of organization. Ability to read, write, and speak English fluently.

**Mathematical Skills:** Ability to calculate figures and amounts such as discounts, interest, commissions, proportions, percentages, area, circumference, and volume. Ability to apply concepts of basic algebra and geometry.

[ALE Assistant Manager] - [ALE99102] - Page 3
Note: This document is subject to change. Please refer to the on-line document for the most current job description information.
MJ Exhibit 20   Page 3 of 6

200091

**Reasoning Ability:** Ability to apply common-sense understanding to carry out instructions furnished in written, oral, or diagram form. Ability to deal with problems involving several concrete variables in standardized situations.

**Other Skills, Abilities and/or Training:**
*Required:*
- Minimum 18 years of age
- Commitment to providing Customer service that makes both internal and external Customers feel welcome, important, and appreciated
- Ability and willingness to move with purpose and a strong sense of urgency
- Ability to work weekends on a regular basis
- Ability to work nights on a regular basis
- Ability to travel on an occasional basis
- Ability to preserve confidentiality of information
- Accuracy and attention to detail
- Ability to organize and prioritize a variety of tasks/projects
- Familiarity with industry/technical terms and processes
- Ability to work within set time frames and fixed deadlines
- Ability and willingness to continue education, as necessary
- Completion of the department's required and optional PEP modules

*Helpful:*
- Knowledge of Fred Meyer policies, procedures, and organizational structure
- Management experience
- Proficiency with Microsoft Excel, RMDS, and OfficeVision
- Experience directing and participating on project teams
- Working knowledge of alarms, sprinklers, and printers
- Completion of the following classes:
  - Excellence in Supervision, PIC Controller, Bloodborne Pathogens, Hazardous Spill Response, First Aid/CPR, POS, and the overview classes for: PIC, CID/LAY, Time & Attendance, File Maintenance, RMA Coordinator, Price Changer

## Certificates, Licenses, Registrations
- Valid driver's license
- CPR/first aid certification

## Physical Demands

[ALE Assistant Manager] - [ALE99102] - Page 4
Note: This document is subject to change. Please refer to the on-line document for the most current job description information.
MJ Exhibit 20   Page 4 of 6

200092

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. While performing the duties of this job, the employee is-

*regularly required to do the following activities:*
- walk up to 6 hours without a break; up to 12 hours per day
- talk and hear
- use hands to finger, handle, and/or feel objects, tools, or controls
- lift up to 10 pounds up to 3' and carry for a distance of 500'
- push up to 100 pounds for a distance of 3'
- pull up to 100 pounds for a distance of 3'

*frequently required to do the following activities:*
- dynamically stand up to 4 hours without a break; up to 12 hours per day
- reach up and out with hands and arms
- lift up to 50 pounds up to 4' and carry for a distance of 500'

*occasionally required to do the following activities:*
- sit up to 2 hours without a break; up to 8 hours per day
- climb stairs and/or ladders
- balance
- twist upper torso
- stoop, kneel, crouch and/or crawl
- lift up to 50 pounds up to 5' and carry for a distance of 50'
- push up to 50 pounds for a distance of 500'
- pull up to 50 pounds for a distance of 500'

*rarely required to do the following activities:*
- lift more than 100 pounds up to 3' and carry for a distance of 3'
- push more than 100 pounds for a distance of 500'
- pull more than 100 pounds for a distance of 500'

Specific vision abilities required for this job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

## Work Environment

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. While performing the duties of this job, the employee is-

*regularly exposed to work in the following conditions:*

[ALE Assistant Manager] - [ALE99102] - Page 5
Note: This document is subject to change. Please refer to the on-line document for the most current job description information.
MJ Exhibit 20    Page 5 of 6

200093

- indoors

*occasionally exposed to work in the following conditions:*
- outdoor weather conditions

*rarely exposed to work in the following conditions:*
- work near moving mechanical parts
- work in high, precarious places
- fumes or airborne particles
- risk of electrical shock
- slippery surfaces
- vibration
- confined spaces

While performing the duties of this job, the noise level in the work environment is usually moderate.

## Comments
For further information and/or questions, please contact Human Resources.