```
F177679                    Fred Meyer Stores                                              CLK100PW
5/14/02  9:23             KRONOS TIMEKEEPER/AS                                            PAGE:  1
                          PUNCH DETAIL HISTORY
                          SORT BY WORKED FIELDS
                          1/01/02 THRU  5/13/02

LOCATION :  00158      Juneau
PR Group:   ALE        ALE
                         ----ROUNDED----   -----ACTUAL----   --SCHEDULED--   PAY    --SHIFT--  TOTAL
DAY   DATE                IN      OUT         IN      OUT      IN     OUT    CODE     HOURS    HOURS  M/B
EMPLOYEE:    276177   JOHNSON, MYRNA I          CLS: 99  SALARIED             LOC: 00158
THU   1/03/02                    TRANS         0:00    0:00                                             9.00
THU   1/03/02            7:00    TRANS         7:00    0:00    7:00  17:00   SAL       9.00    9.00
FRI   1/04/02                    TRANS         0:00    0:00                                             9.00
FRI   1/04/02            6:51    TRANS         6:51    0:00    7:00  17:00   SAL       9.00    9.00
SAT   1/05/02                    TRANS         0:00    0:00                                             8.00
SAT   1/05/02            6:56    TRANS         6:56    0:00    0:05  14:00   SAL       8.00    8.00
SUN   1/06/02                    TRANS         0:00    0:00                  SAL                        4.00
SUN   1/06/02                    TRANS         0:00    0:00                  SAL                        4.00
SUN   1/06/02                    TRANS         0:00    0:00                  SAL      24.00    8.00
SUN   1/06/02                    TRANS         0:00    0:00                  SAL                        8.00
MON   1/07/02                    TRANS         0:00    0:00                  SCKNP    16.00    8.00
MON   1/07/02                    TRANS         0:00    0:00                                             8.00
THU   1/10/02            7:01    TRANS         7:01    0:00                  SAL                        8.00
FRI   1/11/02                    TRANS         0:00    0:00                                             8.00
FRI   1/11/02            7:00    TRANS         7:00    0:00    7:00  16:00   SAL       8.00    8.00
SAT   1/12/02                    TRANS         0:00    0:00                                             8.00
SAT   1/12/02            7:00    TRANS         7:00    0:00    7:00  16:00   SAL       8.00    8.00
MON   1/14/02                    TRANS         0:00    0:00                                             8.00
MON   1/14/02            6:54    TRANS         6:54    0:00    7:00  16:00   SAL       8.00    8.00
TUE   1/15/02                    TRANS         0:00    0:00                  SAL       8.00    8.00
WED   1/16/02                    TRANS         0:00    0:00                  SAL       8.00    8.00
THU   1/17/02                    TRANS         0:00    0:00                  SAL       8.00    8.00
FRI   1/18/02            6:58    TRANS         6:58    0:00    7:00  16:00   SAL       8.00    8.00
FRI   1/18/02            6:54    TRANS         6:54    0:00    7:00  16:00                             8.00
SAT   1/19/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
TUE   1/22/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
WED   1/23/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
THU   1/24/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
FRI   1/25/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
SAT   1/26/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
TUE   1/29/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
WED   1/30/02                    TRANS         0:00    0:00                  VAC       8.00    8.00
THU   1/31/02                    TRANS         0:00    0:00                  SAL       8.00    8.00
FRI   2/01/02                    TRANS         0:00    0:00                  SAL       8.00    8.00
SAT   2/02/02                    TRANS         0:00    0:00                  SAL       4.00    4.00
SUN   2/03/02                    TRANS         0:00    0:00    0:05   4:05   SAL       9.00    9.00
TUE   2/05/02                    TRANS         0:00    0:00                  SAL       9.00    9.00
WED   2/06/02                    TRANS         0:00    0:00                  SCKNP     4.00    4.00
THU   2/07/02                    TRANS         0:00    0:00                  SCK       8.00    8.00
FRI   2/08/02                    TRANS         0:00    0:00                  SCK       9.00    9.00
SAT   2/09/02                    TRANS         0:00    0:00    0:05   4:05   SCK       9.00    9.00
SUN   2/10/02                    TRANS         0:00    0:00                  SAL      17.00    9.00
SUN   2/10/02                    TRANS         0:00    0:00                  SCK                        8.00
```

201176

```
j79                                                                                          CLK100PW
j/14/02  9:23           Fred Meyer Stores                                                    PAGE:  2
                        KRONOS TIMEKEEPER/AS
                        PUNCH DETAIL HISTORY
                        SORT BY WORKED FIELDS
                        1/01/02 THRU 5/13/02

LOCATION : 00158   Juneau
PR Group:  ALE     ALE

                      ---ROUNDED---   ---ACTUAL---  --SCHEDULED-- PAY   -SHIFT-                 TOTAL
DAY  DATE              IN      OUT     IN    OUT     IN    OUT   CODE   HOURS    PR Section    HOURS  M/B
MON  2/11/02                  TRANS   0:00   0:00                VAC      9.00     ALX          9.00
TUE  2/12/02                  TRANS   0:00   0:00                VAC      9.00     ALX          9.00
WED  2/13/02                  TRANS   0:00   0:00                VAC      9.00     ALX          9.00
THU  2/14/02                  TRANS   0:00   0:00                VAC      9.00     ALX          9.00
FRI  2/15/02                  TRANS   0:00   0:00                VAC      9.00     ALX          9.00
SAT  2/16/02                  TRANS   0:00   0:00                SAL      8.00     ALX          8.00
MON  2/18/02                  TRANS   0:00   0:00                VAC      8.00     ALX          8.00
TUE  2/19/02                  TRANS   0:00   0:00                VAC      8.00     ALX          8.00
WED  2/20/02                  TRANS   0:00   0:00                SAL      8.00     ALX          8.00
MON  3/11/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
TUE  3/12/02  13:11           TRANS   13:11                      SAL      8.00     ALX          8.00
WED  3/13/02  13:17           TRANS   13:17                      SAL      8.00     ALX          8.00
THU  3/14/02  13:20           TRANS   13:20                      SAL      8.00     ALX          8.00
FRI  3/15/02  13:15           TRANS   13:15                      SAL      8.00     ALX          8.00
SAT  3/16/02  13:33           TRANS   13:33                      SAL      8.00     ALX          8.00
MON  3/18/02  13:17           TRANS   13:17                      SAL      8.00     ALX          8.00
TUE  3/19/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
WED  3/20/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
THU  3/21/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
FRI  3/22/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
SAT  3/23/02                  TRANS   0:00                       SAL      8.00     ALX          8.00
TOT HRS:     458.00                                                     458.00                458.00
  HRS BY PAYCD  SALARIED REGULR     250.00  PUNCH TRACKING
  HRS BY PAYCD  SICK                 35.00                                16.00  VACATION PAY  157.00

** TOTALS PR Group:   ALE                    EMPLOYEE COUNT:  1
TOT HRS:     458.00                                                     458.00                458.00
  HRS BY PAYCD  SALARIED REGULR     250.00  PUNCH TRACKING
  HRS BY PAYCD  SICK                 35.00                                16.00  VACATION PAY  157.00

** FINAL TOTALS                              EMPLOYEE COUNT:  1
TOT HRS:     458.00                                                     458.00                458.00
  HRS BY PAYCD  SALARIED REGULR     250.00  PUNCH TRACKING
  HRS BY PAYCD  SICK                 35.00                                16.00  VACATION PAY  157.00
```

201177