A/E

3/13/12

Clean chairs in Shoes
No Recog done in Clearance Rack Mark Lily

sp/ book

SS&S    Racks not Recovd to Sized
Recog Lee Jeans not to Sheet
Knit Tops on wall not all done
Sizing wall not Done
Light Need replaced misses wall
Branded Denim pants (clean) No Recog
No size Tags in mses

'omans   Lee Capris not Sized properly
Archi Shirts not Filled
No Sale Tags on tbl wall
No Recog Katherine Bishop
Sizing Need swimwear
Plastic Tool needs Bcklit Sign

Inactive   Lights out tbl wall
Recog Russel Fleece not complete

xs.   Garbage on wallet Rack
6 pail Socks signs off cage not replaced

MJ Exhibit 23   Page 1 of 2
200422

(7742)

FN
- Everello Card Not Signed
- Reg Firearm Not Recvd

SS
- No Recog in Luggage
- No Recog in Carhart
- TIP needs Recvd & Organized Carhart

S Bill — Clothes & misc

SS
- Shirts Not Recvd
- Sale Tags
- No Recog in Columbia Shirts
- G.W.? empty Shelves
- No Sale Tags on G.W. knit Shirts

T — No Recog on cleaner items