ACE     **Daily Tour and Assignment Control**     Date 3/14/02

☐ Review previous day's tour and list follow-up.
☐ Pull day file and list action necessary.

| TOUR AND RECOVERY PLAN<br>IMMEDIATE ACTION: | ORDERS DUE | FREIGHT IN |
|---|---|---|
|  |  |  |

| AREA | JOB TO BE COMPLETED |
|---|---|
| | - Hang more wearfirst pants |
| | - Move camo pants to clearance racks. |
| | - Ymen's Levis table & wall re-folded & sized. Fill from the back. |
| | - Tees on top of Levis tables - re-folded |
| | - Rib tees on corner table re-folded |
| | - No orange tags on Levis 501 wall. |
| | - Hats recovered by brand/style. |
| | - Bring down Abions hat rack from upstairs |
| | - Russell Sweats need to be recovered to planogram/top shelf - merchandise is to high. |
| | - Get recovered by brand/keep styles together. Take maple shelf upstairs. collections. |
| | - Clearance flannels size with rings on ovenders |
| | - Hang Arrow Dress shirts from under table move to clearance racks. |
| | - [illegible] |

200423

| AREA | JOB TO BE COMPLETED |
|---|---|
| ✓ | - Hang more wearfirst pants<br>- Move camo pants to clearance racks.<br>- Y men's Levis table & wall re-folded & sized. Fill from the back. |
| ✓ | - Tees on top of Levis tables - re-folded |
| ✓ | - Ribtees on corner table re-folded |
|  | - No orange tags on Levis 501 wall. |
| ✓ | - Hats recovered by brand/style.<br>- Bring down Adidas hat rack from upstairs<br>- Russell Sweats need to be recovered to planogram/ top shelf - merchandise is to high. |
| ✓ | - Act recovered by brand/Keep styles together. Take maple shelf upstairs. collections. |
|  | - Clearance flannels size with rings on rounders<br>- Hang Arrow dress shirts from wooden table move to clearance rack.<br>- Hang clearance shirts from all tables. move to clearance rounders |
| ✓ | - Arrow shirts on maple divider/ B & T together by style/color/ same for men's sizes. |
| ✓ | - Missing faceouts by F Room.<br>- Men's tables - all Denim/Dockers - refolded sized every night<br>- Clearance signs / No consistant - they all need to be set on the left of rack<br>- Replace table sign holders with flat base holders. |

200424

M-1731 QMD 7/87 Page 1

| AREA | JOB TO BE COMPLETED |
|---|---|
| ✓ | - Stack of Dockers left on top of table. |
| ✓ | - Men's Underwear Recovered to pozo every night. Not Just face over |
|   | - Vacuum bases of T-frames. |
| ✓ | - Add one more row for men's hats in mens basics. No merchandise on Floor. |
|   | - Dress shirts Recovered to planogram / scan zeroes / Reg's Restocked. |
|   | - Set up Lee on wall in men's |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |

## Closing Checklist and Pass Down Log:

| Initial | | Initial | |
|---|---|---|---|
| | Read and initial memo book | | Balance extra change |
| | Direct Receivings mailed as per J.I. | | Change fund accountability completed |
| | Salvage and returns completed | | Orders checked and mailed |
| | Recovery as assigned completed | | Checkstands clean and orderly |
| | Are all aisles clear? | | Logs Completed and mailed ... |
| | Fill checkstand merchandise ... | | Lay-a-way |
| | candy and gum | | Money Order |
| | balloons | | Gift Certificates |
| | batteries | | Game Licenses |
| | magazines balanced | | Ring-out registers and mail tapes |
| | All baskarts out of the stockroom | | Check under tills |
| | Forklift on charge | | Desk area clean and orderly |
| | Compactor doors locked | | Checkstand supplies filled |
| | Audit change funds | | Desk locked |

Pass-Down Log:

200425