```
         To: Myrna Johns
       From: Jaime San Miguel
       Date: 03/13/02
    Subject: Transfer
  Reference: Your note of 03/12/02 22:48 attached below
```

                                                              F276177    - FMHOST
                                                              F251403    - FMHOST

Please see me about recovery last night. Lots of areas were not recovered to standard (mens dockers table/acs backpacks). Recovery was coming along nicely the last couple weeks.  Last night we took a step backwards. This morning Fred called me to the mens section to walk the ale dpt, I was embarrassed by the conditons in some areas. This is not acceptable any longer, expectations are a lot higher now, specially when the lead asst is closing.

You need to walk all areas with the closing crew to ensure that recovery gets done every night. Also make sure everybody crosses out the tour as they get it done. As part of your closing duties leave a detail ov about who work each area and what they work on throughout the night.

See me if you have any questions.

--------------------------- ATTACHED NOTE ---------------------------

```
         To: Jaime San Miguel
       From: Myrna Johnson
       Date: 03/12/02
    Subject: Transfer
```

                                                              F251403    - FMHOST
                                                              F276177    - FMHOST

I finished the transfer tonight.  Submitted the check cashing violations. Read and signs in progress.

Will see you again this afternoon.

Thanks
Myrna

Exhibit  10   Date 1/23/06
Witness  Myrna Johnson
Lynda Batchelor Barker, RDR

MJ Exhibit 24    Page 1 of 1

300513