```
)3/14/02   11:15          User F251403                    Printer AA1J
                REPLY 03/13/02 13:34:16 F251403
          To: Myrna Johnson                               F276177   - FMHOST
        From: Jaime San Miguel                            F251403   - FMHOST
        Date: 03/13/02
     Subject: Planogram
   Reference: Your note of 03/12/02 23:39 attached below
------------------------------------------------------------------------------
ive Minerva or Julita complete this planogram TONIGHT, It's been a week,
in't wait any longer. I want it done tonight,have them make the upl a store
evel. All displays need to be sensor tag,with a scanning upl on the back
ottom left,top bar worked. I'm going to scan zeroes in the am.

aime




---------------------------------- ATTACHED NOTE -----------------------------

          To: Jaime San Miguel                            F251403   - FMHOST
        From: Myrna Johnson                               F276177   - FMHOST
        Date: 03/12/02
     Subject: Planogram
------------------------------------------------------------------------------
also ordered upl/labels for the baby furniture deck.
```

MJ Exhibit 25    Page 1 of 1

201174