```
03/18/02  09:17           User F251403                Printer AA1K
             REPLY 03/16/02 15:03:19 F251403
        To: Myrna Johnson                             F276177  - FMHOST
      From: Jaime San Miguel                          F251403  - FMHOST
      Date: 03/16/02
   Subject: Planograms and Tours
 Reference: Your note of 03/14/02 00:38 attached below
```
--------------------------------------------------------------------------

As of today 03/16/02, the Bfn planogram still not done 100%, as outlined on the tour dated 03/13/02. This is unnaceptable!!!!!!! The front endcap still notsigned, backstock not worked, snugride callback not completed, kick & play / S 1st bouncer still out of place and no display set on top of the deck......

You have till MONDAY 7:00am to complete this project. I will not accept anymore excuses on why isn't done.

Bfn Tour: Planograms gondola/deck/deck end/ done all upl up. All backstock worked including boards on container/top bars/stockroom. All displays set on the deck as per pogo. No bfn product left on ale stockroom/all have to go in to the container.         Thanks   Jaime
----------------------------- ATTACHED NOTE ------------------------------

```
        To: Jaime San Miguel                          F251403  - FMHOST
      From: Myrna Johnson                             F276177  - FMHOST
      Date: 03/14/02
   Subject: planograms and tours
```
--------------------------------------------------------------------------

I finished the planogram for the baby furniture deck. I will check for back stock tomorrow. will straighten the other side tomorrow (shelf)

I hope that my recovery is up to standard this time.

Most of the tour for the night was done.

Thanks,
Myrna