```
03/18/02  15:14           User F251403                  Printer AA1K
                  FORWARD 03/14/02 11:17:55 F251403
           To: Myrna Johnson                            F276177   - FMHOST
         From: Jaime San Miguel                         F251403   - FMHOST
         Date: 03/14/02
      Subject: Excellence In Execution
    Reference: Note attached below
------------------------------------------------------------------------




------------------------------ ATTACHED NOTE ---------------------------
           To: Monica Batsch                            F108514   - FMHOST
               Julita Lim                               F174227   - FMHOST
               Sara Dexter                              F350047   - FMHOST
               Charina Fontenot                         F520516   - FMHOST
               Sixta Catli                              F583531   - FMHOST
               Minerva Cortes                           F690884   - FMHOST
               Jeffrey Furber                           F691140   - FMHOST
               Montana Meyers                           F721614   - FMHOST
               Sokha Chan                               F727978   - FMHOST
               Colleen Erickson                         F793554   - FMHOST
               Rhonda Cox                               F857857   - FMHOST
           cc: Johnna Havard                            F677062   - FMHOST
         From: Jaime San Miguel                         F251403   - FMHOST
         Date: 03/06/02
      Subject: Excellence In Execution
------------------------------------------------------------------------
```

e have a huge opportunity to drive sales and improve our profitability by
 er EXECUTION of the plan directed by managment.  There are several items
n ALE that I have personally discussed with all of you on previous meetings
nd we still struggle to get it done to standard in a timely manner.  We can't
ontinue to operate like this, I need all of you to hug and embrace your dpts
nd all changes.

 know there is a lot going on, but we need to be focused on sales planning,
xecution and follow up. Taking a week to get something done, is not in the
ules lined out by DXA on previous communications. Enough said; If you are
xecuting the plan/tours/bulletins/s&mnotes/ thank you; If not DIG IN.....
nly two kinds of employees survive in retail.."The Fast and the Furious".

LEARANCE:
-All new markdowns done by sat. pm./ Don't mix with old clearance yet.
-All old clearance rack price pointed as per DXA ovs/ Se me if you don't have.
-All clearance racks sized with size rings/ Balloons up by sunday am./Price
  point signs in yellow color paper, showing the savings. Ask Johnna.
-We need to be very aggressive all week long/In week 3 clearance needs to be
  in a secondary position in the dpt. Focus is going to be on spring.
-Under no circumstance you are to ring any merchandise other than the price
  mark on the ticket. Do not take any markdowns unless you get written
  authorization from ME.

MJ Exhibit 27 Page 1 of 2

201251

...e plan is to be out of the clearance mode by the end of the week.

Baby Sale:

1-Baby sale set 100% by sunday am.Banners and everything/.All backstock worked Bfn top bar also worked/Sg2 ends to promo plan/ Cross over baby sale in F.R wall.

Stockroom upstairs:
1-Clean and organized/No more blue totes/merchandise on floor
2-Fixture area kept clean/when done working on the floor take all hardware back upstairs and store it in the proper place.
3-All Backstock worked by monday 5:00pm.everyweek/NO MORE EXCUSES.

More ovs like this one coming down the pipeline ,explaining what my expectations are from all section heads/and pics.

Thanks,
Jaime San Miguel