```
03/16/02   08:40            User F251403                    Printer AA1J
                    NOTE 03/14/02 22:07:04 F276177
              To: Jaime San Miguel                           F251403    - FMHOST
              cc: Fred Sayre                                 F111910    - FMHOST
            From: Myrna Johnson                              F276177    - FMHOST
            Date: 03/14/02
         Subject:
```
-------------------------------------------------------------------------------

I fixed the baby furniture deck as much as I can. Those items on the top were supposed to be for display. I ran out of time to vaccum and built the display. I will finished them tomorrow.

I tried to type UPL for the end cap printer not working. I had been very busy tonight. Minerva and I were both back ups at SG20.

I talk to all the night crew tonight and we are committing to our goal of excellence. We will work on perfection every night. Give us a little time to straighten everything and we will get there.

Thank You,
Myrna

201216