```
03/18/02   09:17            User F251403                    Printer AA1K
                    REPLY 03/16/02 15:03:19 F251403
         To: Myrna Johnson                                  F276177   - FMHOST
       From: Jaime San Miguel                               F251403   - FMHOST
       Date: 03/16/02
    Subject: Planograms and Tours
  Reference: Your note of 03/14/02 00:38 attached below
```
-------------------------------------------------------------------------------
As of today 03/16/02, the Bfn planogram still not done 100%, as outlined on the tour dated 03/13/02. This is unnaceptable!!!!!!! The front endcap still notsigned,backstock not worked,snugride callback not completed,kick & play / S 1st bouncer still out of place and no display set on top of the deck......

You have till MONDAY 7:00am to complete this project. I will not accept anymore excuses on why isn't done.

Bfn Tour: Planograms gondola/deck/deck end/ done all upl up. All backstock worked including boards on container/top bars/stockroom. All displays set on the deck as per pogo. No bfn product left on ale stockroom/all have to go in to the container.         Thanks  Jaime
-- ------------------------- ATTACHED NOTE -------------------------------

```
         To: Jaime San Miguel                               F251403   - FMHOST
       From: Myrna Johnson                                  F276177   - FMHOST
       Date: 03/14/02
    Subject: planograms and tours
```
-------------------------------------------------------------------------------
I finished the planogram for the baby furniture deck. I will check for back stock tomorrow. will straighten the other side tomorrow (shelf)

I hope that my recovery is up to standard this time.

Most of the tour for the night was done.

Thanks,
Myrna

201309