```
03/18/02   09:16        User F251403                    Printer AA1K
                  NOTE 03/16/02 15:43:14 F251403
            To: Myrna Johnson                           F276177  - FMHOST
          From: Jaime San Miguel                        F251403  - FMHOST
          Date: 03/16/02
       Subject: Sunday items
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

All these items have to be completed on sunday 03/17/07.

Ads in all depts set by 7:00 am including outpost areas.All signing to standard
Ads scan 100% by 9:00am/Ad audit turn in to Fred
Top ten executed/Signed copy left on my desk
Stockroom clean and organized at closing time/All salvage done.
Checkstand ends set as per period planner.
Merchandising notes executed in all dpts.Copy to section heads/Sign master copy
filed in the book.
Clearance execution/All racks to the back of dpts or aligned on a row from fron
t to back.All clearance racks sized with rings and price pointed.Execute RTW
clearance pricing(ov sent separataly).
All rms tables and sets recovered to planogram.
Don't forget to ov me every night with a passdown log. I want detail.

Thanks
Jaime


PS- You forgot to ov the quest item to Steve and Joe Nichols.....Not good......

*MJ  Exhibit  31      Page 1 of 1*

**201310**