## ALASKA STATE COMMISSION FOR HUMAN RIGHTS

### RECORD OF INTERVIEW

Date of Interview: January 15, 2003
Re: Johnson v Fred Meyer
ASCHR No: C-02-132
Person Interviewed: Rhonda Cox, former coworker of Complainant
9951 Stephen Richards Drive #61 99801
Method of Interview: Telephonic (907) 789-0710

> Review spelling of name with witness, complaint basis, allegations, period of time end of 2001 to mid 2002, confidentiality, ask witness if she has questions before beginning interview

1. **How long did you work for Fred Meyer?** I started July 2, 2001 part-time 12-15 hrs a week
2. **What department (2001/2002)? Position/shift/job duties** Apparel/evenings/ when I started out they tell you that seniority gets daytime hours, most people start out doing recovery, fitting rooms. I was a sales clerk and later trained to be a cashier. My supervisor told me that if I trained I could get more hours.
3. **Who was your supervisor?** I had no idea at that time who my boss was. I dealt with Myrna Johnson
4. **Do you remember working with Myrna Johnson?** Yes **In what capacity did you work with her?** She would tell me what to do. My first day to work was showing me how to mark down children's clothes. She was very nice and very supportive. She would assign me to ready- to- wear. I worked with different people. She kept me a lot in children's doing recovery and I enjoyed that. She was my bosses' assistant and worked all over the place. **How long did you work with her?** July 2001- till she left
5. **What hours/shifts did she normally work?** She was normally gone at 5:00. I would work 2 PM until closing
6. **What did you think of her as a Lead Assistant?** I thought that she was awesome. She was always upbeat always positive always encouraging, I still work there. I am the Section Head of the Men's Department. I miss her; she was kind of mothering.
7. **Do you remember when she went on leave in February 2002?** I thought it was in January. She went on vacation then she came back and went on leave. **What can you tell me about that?** I remember that she was gone and our 3rd assistant Charina hurt her back and she had to take off of work so there was no one left to direct but Jaime (pronounced Hime with long I)
8. **Do you remember Mr. San Miguel making comments about her leave? What were those comments?** The only thing that I can remember is that he wasn't happy about it. When she came back, we all talk to each other and I wasn't head of the men's section yet. Minerva Cortez was still in the mens department and I was assigned to work with her. She was showing me what to do and I remember the recovery at night was really bad. Myrna came back and she was assigned to clothing and recoveries. I was always told by management and everyone knows this, that you don't put freight out, don't change anything, just keep it straightened up. We weren't supposed to do projects after 6:00 pm, just work on recovery. Yet, he had her doing all kinds of projects at night. Well, he assigned her all those projects and the recoveries were bad. I think that he gave her sheets of instructions, one was a baby sale setup and she didn't get it done. What everyone told me was that he wrote her up. So then he had us secretly OV (initial Exhibit) about the recovery and complain about how bad the recovery was. That was crazy. The recovery is just awful now,

1

MJ Exhibit 32 Page 1 of 4
Exhibit 28 Date 1/24/06
Witness Jaime San Miguel
Lynda Batchelor Barker, RDR   4 pages

Record of Interview *(continued)*                    Person Interviewed: R. Cox

it's worse than it has ever been before. My coworkers and I have discussed it. There is no one there to actually make them do their job at night. I tell him it's bad, ask what to do and he tells me did you fix it. I can't do it all I'm overwhelmed. He said that the corporation was going through changes at the time and expecting everything to tighten up shape up or ship out kind of thing. The recovery had to be 100%. The workers at night just put things in clumps. At this moment, I'm trying to transfer out of the department.

9. **Do you remember Mr. San Miguel making comments about Fred Meyer arranging for a temporary replacement for Ms Johnson position? What were those comments?** I believe that he called his boss and his boss sent Johnna Havard to work with us. We didn't have a first or second assistant and he couldn't be there all the time.

10. **Do you remember what shifts Ms. Johnson was assigned to work after she got back from leave?** She was assigned to do the closing shift

11. **Was it normal practice for the store to have the Lead Assistant assigned to the night shift?** No not really. From the time I worked there (July 2, 2001) till all that happened I don't remember Myrna ever closing. She worked day times

12. **Who normally worked the night shift and closed for the store?** Julita and somebody else. I just can't remember who. I would only see Myrna for a few hours and on the weekends and she knew that I wanted day time and she gave me a few hours day time as much as possible

13. **Do you know of any reason why that would have changed?** I don't know.

14. **Were you aware that Ms. Johnson was being reprimanded for having recovery problems in March 2002?** Yes I could personally say that it was a set up. He talked to all of us about it. He said that she wasn't up to the job that had to be done. My only being there 6 months when all this had happened I pretty much kept to myself, didn't mingle but once I became a day time person and become a section head Myrna and a few of the other women talked to me about it. Myrna was great got everybody working, got everybody getting along, atmosphere not so great now.

15. **Had you ever known her to have recovery problems?** Never I don't know how she did everything that she did but I think that they really goofed up when they lost her.

16. **Did you know of any other employees who were having or being disciplined for having recovery problems at that same time?** Actually, no he was saying that he had told everyone the same thing but right after Myrna left I was made Section Head of the Men's Department and after Myrna left the recovery was not important anymore. I would tell him if it wasn't good and he would just say fix it. The PIC (Julita) at night was told that I was complaining about the department recovery and she confronted me about it at the grocery store so I told him. He had her come to his office and talked about it but she was not given any type of reprimand and then she confronted me again in front of a coworker in the shoe department. She said that she was mad about it and said that if I don't stop complaining about it I could just clean up my own area. She said that I was too picky and that she was going to suggest to Jamie that I could close my own department from now on and she said that no one wanted to work in my department. Everyone was mad at me, these people who used to be my friends. He as a manager should have told them recovery wasn't good. I would show it to him and he did nothing. He and Johnna both told them that I was complaining and they said that Monica was complaining too. Julita called Monica a bitch and then she finally got a verbal warning.

17. **Do you remember working Johnna Havard? What can you tell me about her?** I believe that she worked really hard but I don't think that she knows what she's doing. I've complained to him about her. I say that she can't direct us, doesn't have a clue. She thinks she knows it all. Jaime said that she can ask him questions but she doesn't. I wasn't trained very well because he always wanted me to go to him with my questions so I would and then Johnna. Well she would tell me to

Record of Interview (continued)                    Person Interviewed: R. Cox

do something and then he would say no that's not right. I have a hard time working with him maybe our personalities clash. He's a very likeable man but him being my boss I don't know. The mens department is his baby. Johnna doesn't know the men's dept, she's okay with the women's and children's departments. He's really really picky. Jamie wanted the opposite of the previous manager in his position in every way.

18. **What was Johnna Havard's relationship with Jaime San Miguel?** I know that they don't get along now but they did when she first came to town as the temporary assistant. Something happened before she got here the second time as Lead Assistant. He found out that she was seeing a guy, Jeff, in our shoe department. He had a fit because she was seeing Jeff. Jeff called in sick for a couple of days and he found out that Johnna was secretly seeing him on her own time. He got mad about that and the fact that she didn't stop in at the store while she was in Juneau. When she applied for the position of Lead Assistant, he thought it was a conflict of interest. He was mad at her because she came into town on her own time to see Jeff and Jeff called in sick. Well Jamie got mad because then no one was in the shoe department and he thought that Jeff took off to see her. He made the comment that she didn't come into the store at all and that she had applied for the Lead Assistant job but he didn't want her to get it then. But she's the only one that applied for it, so she got it anyway.

19. **Had you heard anyone make comments about replacing Ms. Johnson with someone younger? What were the comments that you heard? Who made them?** I had not. I was told by a coworker that she had gone up in the lunchroom and Johnna told her that she was offered the position before Myrna got back from vacation. **Who?** Sarah Dexter. She's worked there a good many years. **Was this before Jamie knew that Johnna was dating Jeff?** Yes when she first came down to be an assistant.

20. **Had you heard anyone make comments or talk about Ms. Johnson having family problems? Who made the comments? What were they?** I knew because my daughter was friends with her daughter. Myrna had called me a couple times, our daughters hang out in the same group. I knew that she was having problems I think that everyone knew that she was having problems with her daughter.

21. **Had you observed anything that Mr. San Miguel or Ms. Havard did or said that made you think that they were trying to get rid of Ms. Johnson?** I didn't except for when I talked about how he wanted everyone to secretly OV him to complain about her. I thought that was very odd.

22. **Do you remember a night where Mr. San Miguel took Julita Lim, Johnna Havard, Jeff Smith, and Kaylana Hasse to a 3-hour dinner? What can you tell me about that?** I don't know anything about it. I heard that he took Johnna to dinner but told his girlfriend that she couldn't go. **Who was his girlfriend?** Kaylana Hassee was his live in girlfriend; he is a very arrogant man.

23. **Had you heard Ms. Havard, Mr. San Miguel or anyone else says that Mr. San Miguel had offered or would be offering Ms. Johnson's position to Ms. Havard? When was this?** Sarah told me before Myrna came back that Johnna told her this in the break room. Sarah's the second head of intimates and accessories.

24. **Do you remember an employee that Mr. San Miguel hired named Angela or Angelica? What do you remember of their relationship?** I remember her. She got away with a whole lot. She would shop on working time, leave work not come back. She got away with a whole lot before she got fired. I feel, my own personal feeling is that he likes people who speak his language. **What language is that?** Spanish. He's Puerto Rican. Minyen and him were good friends and now his third assistant speaks Spanish, and Angelica and him spoke Spanish. His brother works there and they speak Spanish in front of us. Johnna said that she has some Puerto Rican in her but I

MJ Exhibit 32   Page 3 of 4

3

Record of Interview *(continued)*                    Person Interviewed: R. Cox

don't think that she speaks Spanish, doesn't look Puerto Rican.

24. **Did Mr. San Miguel have personal relationships with these women?** Minerva and him, they would go out together with her husband, they were all friends. They don't anymore, because Minverva quit last year. She got away with a lot too. Our whole dept talks about how they were buddies and she got away with quitting then coming back to work. **Please explain** She would come back to work for a day, quit, leave again, then come back a couple months later, come back again and then quit again. She was here working at Christmas.

25. **Don't you have to go thru personnel?** Not Minerva she comes and goes whenever she wants. Normally you have to go through orientation, drug testing, personnel, the rest of us do. I don't know maybe it's different if you've already worked here.

26. **Do you have anything else to add?** Talk to Sarah Dexter too. I have gone to the Director, Fred, and complained about the following: Jaime about the way he talks to me. The assistant told us to set up for after Thanksgiving sales. I told Jaime that I didn't know how to do it and he said that he would give us a map. I came in at 4:00 am with Johnna and the other guy. I thought it looked awful but Johnna said that's the way you do it. Jamie saw it and got really upset. He said if we didn't get it all done right we could all be fired. Then the store director talked to Jaime about this. So then Jaime took us through all the departments to show us what's wrong. Well it was close to noon and I get off at 1:00 PM. Well then we went through my section and Jaime said that I have to get this done alone and sent everyone else home. It was way too much to get done myself. I told him I didn't know how to do it. I've gone to the store director 3 times about this kind of thing. Jaime doesn't know what he wants. He'll say one day that I'm doing a great job then the next day everything is terrible. I'm trying to transfer to the home section. Steve is the manager of that section and he said that I could have a job there. I was supposed to transfer after Christmas now Jaime said that he still can't replace me. He's doing the same thing to me as Myrna, I have custody of my 5 daughters, 4 are at home and I have my 4-year old granddaughter to raise. I work on graveyard shift so I can be there for my granddaughter. I told Jamie that I have to work these hours. I told Fred Meyer that. Fred has pretty much talked that if you're not available for hours you can quit. Steve told me I could have 4-1 then Jaime backed down from changing my hours in October and offered me other positions to stay with him. I have Monica for a witness, wife of Steve, then he started giving me big tours that I can't finish. I think that he is trying to get me to quit. Monica has been my witness with Jamie. She told me OV him on everything. I did and he backed down now. Now I'm still waiting to transfer to the home section. I've complained to the director about this. Last week I talked to Fred and Steve together and they just said that they couldn't transfer me until they find another person to take my place. Then Steve said that I could still work in the home section part time but then I found out from Steve that it's not a definite thing. The managers are afraid of rocking the boat. Then Steve said I could work 9-6. I need this job. I came to work at Fred Meyer because I need the benefits. I would work these hours and get daycare for my granddaughter to work for Steve in the home section.

                **Investigator:** Erin M. Collins         **Total Time:** 75 minutes