Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA


MYRNA I. JOHNSON,               )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )
FRED MEYER STORES, INC.,        )
a Delaware corporation;         )
and JAIME SAN MIGUEL,           )
                                )
        Defendants.             )
_____ )


Case No. J04-008 CV (JKS)




VIDEOTAPED DEPOSITION OF JOHNNA HAVARD

Pages 1 through 115, Inclusive

Taken:  Wednesday, January 25,2006

Place:  Juneau, Alaska

Page 14

1        MR. CHOATE: I'm sorry. I did.
2   Let me rephrase that. Strike that.
3   BY MR. CHOATE:
4        Q.    During the time that you were working
5   in the Juneau store that two weeks in March, were
6   there problems with recoveries in the evenings?
7        A.    I didn't think there was a problem.
8   There is always, I mean, little things. But it
9   wasn't like a major -- a major problem. I mean, it
10  was something that could be worked out. But it
11  wasn't like major problems.
12       Q.    All right. Did Mr. San Miguel talk to
13  you at all about the assistant manager who was gone
14  on vacation?
15       A.    Uh-huh.
16       Q.    And what did he say about her?
17       A.    Basically, that she wasn't doing the
18  job she needed to do or she had to do. He didn't
19  really go in -- he didn't really go into detail,
20  you know, what, to me, anyway, what she was
21  supposed to do at that time. He just said in
22  general, you know, "She's not doing what I asked
23  her to do."
24       Q.    And did he say that before she returned
25  from vacation?

Page 15

1        A.    At one point, yes. Uh-huh.
2        Q.    Okay. When she returned from vacation,
3   do you know that woman was Myrna Johnson?
4        A.    Yes. I found out who she was.
5        Q.    Okay. And when she returned, do you
6   recall what shifts she was assigned?
7        A.    Closings.
8        Q.    And you continued to work days?
9        A.    Yes.
10       Q.    Okay. And did Mr. San Miguel complain
11  about recoveries during her closings, when she
12  closed?
13       A.    Uh-huh. Yeah.
14       Q.    Okay. And did you have an opportunity
15  to look at the store during that time period in
16  terms of the quality of recovery?
17       A.    Yeah. Well, when I was going around
18  training the other department managers on what to
19  do. I mean, like I said, it wasn't like -- it
20  wasn't major stuff. I mean, it was minor. But it
21  wasn't -- to me, it wasn't really an issue.
22       Q.    Were the recoveries when Ms. Johnson
23  came in any different than the recoveries before,
24  when she was on vacation?
25       A.    They weren't different, no.

Page 16

1        Q.    Okay.
2        A.    I mean, if -- it wasn't like Myrna --
3   it wasn't just her that, you know he complained
4   about recoveries. It was other -- other people.
5   Like even myself. He complained about my
6   recoveries too.
7        Q.    Okay. Mr. San Miguel did?
8        A.    Uh-huh.
9        Q.    Okay. Now, during -- were you supposed
10  to fly back to Fairbanks, like, on the weekend of
11  March 16?
12       A.    I was.
13       Q.    Okay.
14       A.    And then they couldn't -- because we
15  were stuck in, like, Cordova or Yakutat. And they
16  said, "Well, we are either going to sit here and
17  wait it out, or you guys can fly back to Juneau."
18            So I was like, well, I'll just fly
19  back to Juneau and then work some more hours. And
20  I did. So I just got back and said, "What do you
21  want me to do?"
22       Q.    Okay.
23       A.    And then continued to do the same
24  project that I had done before.
25       Q.    Okay. And what was that, if you

Page 17

1   recall?
2        A.    The seasonal layouts. I wasn't able to
3   finish all the departments, but I did finish the
4   majority of them.
5        Q.    Now, when -- during the time period
6   that you worked temporarily at the store those
7   first two weeks in March at the Juneau store, did
8   Mr. San Miguel ever indicate to you that there
9   might be an opening coming up for first assistant?
10       A.    Uh-huh. Him and Fred Sayre.
11       Q.    They both said that?
12       A.    Uh-huh.
13       Q.    Okay. And was that before Ms. Johnson
14  returned from vacation, or after she was back from
15  vacation?
16       A.    Before.
17       Q.    Okay. What did Mr. Sayre tell you in
18  that regard?
19       A.    Basically, he said, you know, if a
20  position came open, he was happy to have me come
21  down there. I mean, he thought I did an
22  outstanding job while I was there, and he'd be
23  happy to have me on his team.
24       Q.    All right. So did that give you the
impression that there was potentially an opening?

MJ Exhibit 36 Page 2 of 37

Page 18

1    A.    That there was going to be, yeah.
2         MR. DICKENS: I want to object
3    belatedly. She answered too quickly. I'm going to
4    object to the question. It calls for speculation.
5         Go ahead.
6    Q.    Now, you returned from the -- you
7    couldn't get to Fairbanks.
8    A.    Uh-huh.
9    Q.    You came back to the store. Do you
10   recall seeing Myrna Johnson when you came back to
11   the store?
12   A.    I did.
13   Q.    Okay. And in what context did you see
14   her?
15   A.    She was crying. And she was in the
16   stockroom talking to Monica Batsch and Rhonda Cox
17   and Sohka Chan.
18   Q.    Okay.
19   A.    And she was crying. And then I asked,
20   you know, "What's going on? What's going on?" And
21   then Monica shook her head. She goes, "Jaime,
22   Jaime." And then I'm not -- I don't recall what
23   they discussed. And then -- and then she ran out,
24   and then she -- I guess that's when she walked off
25   the job, or that's -- I mean, what Fred Meyer's

Page 19

1    called it.
2    Q.    Okay. Now, how much longer did you
3    stay in Juneau and work in a temporary position
4    before returning to Fairbanks?
5    A.    Another week or two. I can't recall
6    how long it was, but it felt -- I think it was
7    about another week or two. I mean, it was a while.
8    Q.    Okay. Did you -- during that week or
9    two, did you see any changes or differences in the
10   recoveries in the evenings, as contrasted with when
11   Ms. Johnson was doing recoveries?
12   A.    It was the same as it was before.
13   Q.    Okay. Now, when you got back to
14   Fairbanks, did you learn somehow that there was a
15   job opening for first assistant in Juneau?
16   A.    I was called.
17   Q.    Okay. Who called you?
18   A.    Jaime.
19   Q.    Okay. So Mr. San Miguel called you?
20   A.    Uh-huh.
21   Q.    And what did he say?
22   A.    He asked me if I was -- if I wanted to
23   come down to that store and work as an assistant.
24   Q.    And what did you say?
25   A.    I said, "Yeah. Sure. I'd love to."

Page 20

1    Q.    Okay. And was that part of your --
2    sort of your career path?
3    A.    Uh-huh. Oh, yeah. Definitely one
4    step.
5    Q.    Because then you'd be -- you would be a
6    full-time first assistant?
7    A.    Yeah, one step closer.
8    Q.    All right. And did Mr. San Miguel
9    indicate that there were other people applying for
10   the position?
11   A.    He had said there was one more other
12   person, but I don't recall who. But, I mean,
13   that's all I was told.
14   Q.    All right. And did you have to go
15   through a formal interview for the job?
16   A.    Not really. Because him -- not just
17   Jaime, but Fred Sayre also said that -- I mean, "We
18   already saw you work down here. We know how you
19   are. We know your work performance." And then,
20   basically, that was it. It was like I was handed
21   the job.
22   Q.    Okay. And how soon after that did you
23   come to Juneau to work?
24   A.    Oh, maybe less than a month, because I
25   think I -- I gave my landlord the notice and told

Page 21

1    them it was a career move. And they -- I mean,
2    they didn't penalize me for breaking my lease. And
3    then I was out that quick.
4    Q.    Okay.
5    A.    Fred Meyer's came. I mean, I didn't
6    have, really, time to pack up all my stuff. But I
7    packed it up as much as I could, and the other
8    people came over, the movers came over and got what
9    they could, and then shipped everything.
10   Q.    After -- once you got down here to
11   Juneau, did you start working as a first assistant?
12   A.    Uh-huh.
13   Q.    Okay. And did you continue working day
14   shifts, during the days?
15   A.    For a while. Uh-huh.
16   Q.    Okay. And how did it go?
17   A.    It went great.
18   Q.    What did you like about the job?
19   A.    I liked that I was able to come from --
20   I mean, I came from two new stores, and then I'm
21   going to an old store, so that was definitely a
22   challenge for me. I enjoyed a challenge. And then
23   training new people, because we moved a lot of
24   people up from regular people to section heads,
25   and then we got a couple new fourth -- like a

Page 26

1    A.    Jeff Smith.
2    Q.    Okay.  And when did you become engaged
3 to him?
4    A.    Oh, goodness.
5    Q.    Approximately?
6    A.    It was so long ago.  2002 -- three or
7 four months -- it was, like, after he had moved out
8 of the department, then that's when I became -- we
9 were engaged.  It was well after -- when he was out
10 of the department.
11    Q.    Okay.  Well, let me say before you
12 became engaged to Mr. San Miguel -- strike that.
13          Before you became engaged to
14 Mr. Smith, were there complaints -- did
15 Mr. San Miguel complain about the quality of your
16 recoveries?
17    A.    Yeah.
18    Q.    Okay.  Was there a change after you
19 became engaged?
20    A.    In -- a change in how he treated me?
21    Q.    Yes.
22    A.    Yes, there was.
23    Q.    Okay.  What was the change?
24    A.    Like I said, anything I did wasn't done
25 right or wasn't done good enough or up to his

Page 27

1 expectations, I guess, of what an apparel assistant
2 manager should do, when I thought I was
3 performing -- or getting better in the position I
4 was in.
5          There was, I mean, just e-mails
6 back and forth, either that or, you know, he'd
7 either argue about maybe something that was going
8 on on the floor.  You know, he wanted it done this
9 way.  I thought it maybe should have been this way.
10    Q.    Did --
11    A.    You know, stuff like that, or . . .
12    Q.    Was there a difference in the quality
13 of your work?
14    A.    From when?
15    Q.    Was there anything happening in the
16 quality of your work which would cause Mr. -- to
17 your knowledge, cause Mr. San Miguel to suddenly
18 become much more critical of you?
19    A.    No, I don't think there was a
20 difference at all.
21    Q.    When you were trying to assess --
22    A.    I was trying to do better.
23    Q.    Okay.  When you were trying to assess
24 what was going on, what was happening, did you have
25 any -- did you sort of reach an internal opinion as

Page 28

1 to why you were suddenly being treated in a much
2 more critical fashion?
3          MR. DICKENS:  Object to the form
4 of the question.
5    A.    Yes.
6    Q.    Okay.  And what was that?
7          MR. DICKENS:  Same objection.  Go
8 ahead.
9    A.    Well, I felt that because I was
10 engaged, then he was treating me differently.
11    Q.    Okay.  And why would your engagement
12 cause your supervisor to treat you differently?
13          MR. DICKENS:  Same objection.
14 Calls for speculation.
15    A.    I mean, I don't know.  I mean, I don't
16 think that he "liked me," liked me.  I mean, I
17 don't know if -- but I felt just because I was
18 taken, that -- or I was engaged, then that was an
19 issue.  You know, maybe he was -- I don't know if
20 he didn't like that or what.  But . . .
21    Q.    Okay.  Now, had Mr. San Miguel been
22 sending you lots of Office Vision e-mails, before
23 you became engaged, critical of your management
24 practices?
25    A.    Huh-uh.  No.  It was --

Page 29

1    Q.    Is that a yes or no?
2    A.    No.  It was fine before.
3    Q.    Okay.
4    A.    Like there wasn't a lot of e-mails.  It
5 was more we were communicating like managers should
6 communicate.
7    Q.    After you became engaged, did that
8 practice change?
9    A.    Yes.
10    Q.    Okay.  And how did it change?
11    A.    I constantly got Office Visions saying
12 that things weren't done right.  How come you
13 didn't stay later?  How come you -- I mean, just --
14 I'm sorry.  I can't pinpoint exactly what, but
15 that's what -- I mean, that's what happened.  And
16 then he didn't think that I was doing my job when I
17 thought I was still doing my job.  So . . .
18    Q.    Were you motivated to do a good job?
19    A.    Oh, all the time.
20    Q.    Okay.  And did you make -- did you do
21 the best job you possibly could?
22    A.    I did.
23    Q.    Okay.  Now, as a result of these
24 criticisms by Mr. San Miguel, did that change your
25 employment relationship with Fred Meyer?

8 (Pages 26 to 29)

Page 30

1    A.    It did.
2    Q.    And how did it end up changing it?
3    A.    I had to switch my career because of
4    it.
5    Q.    Why is that?
6    A.    I mean, I'd go home crying because
7    of -- I felt like I wasn't -- I wasn't good enough
8    for my job, because of the way he treated me.  And
9    anything that I would say to him or Dennis Affleck
10   or Fred Sayre was just swept under the rug, swept
11   under the rug, swept under the rug.  And I was
12   tired of it.
13          I was like, why aren't they
14   listening to me?  Why can't we resolve these
15   problems?  I mean, yeah, they said, "Well, we
16   resolved the problem.  We already resolved the
17   issue."  And, like, to me, it wasn't resolved yet,
18   because it was still going on.  Things were still
19   going on.
20   Q.    And in your prior experience working at
21   Fred Meyer, had you ever had a situation like that?
22   A.    No.
23   Q.    In your prior --
24   A.    I never went home crying because of my
25   job.  You know, and I never -- I never wanted to

Page 31

1    change my career.  So, I mean -- I mean, I had to
2    take a pay cut because of it, and I became in debt,
3    and I had to move.
4    Q.    Okay.  Now, explain to me the reasons
5    why you transferred out of apparel.
6    A.    Because of Jaime San Miguel.
7    Q.    Okay.  And because of his treatment of
8    you?
9    A.    Yes.
10   Q.    Okay.  And when you complained about
11   his treatment to Fred Sayre, what did Fred Sayre
12   do?
13   A.    He didn't think it was an issue,
14   because him and Jaime were -- I don't know if they
15   were good friends or what, but I know they did
16   things off-schedule from what I heard -- bowling,
17   softball, things like that.  And that's just what I
18   heard.  Again, I don't know if it's true.
19          But it wasn't -- I mean, Jaime and
20   Fred and I, we would have, I guess, discussions and
21   talks about either my -- my feelings and my
22   opinions of what was going on, or either the issue
23   at the time.  And, to me, the issue would still
24   then happen a month later or weeks later.  It would
25   still keep recurring.

Page 32

1    Q.    Okay.
2    A.    And it was the same.  It was like, "You
3    are not doing this right.  How come you are not
4    doing this?  I told you to do this."  You know, it
5    was just -- it was consistent.  And I was just -- I
6    had enough.
7    Q.    Now, you also complained of this
8    conduct to Dennis Affleck?
9    A.    Uh-huh.
10   Q.    And what was his response?
11   A.    He just said, "Johnna, you and Jaime
12   need to get along.  And, basically, he didn't -- it
13   was like he didn't hear anything I was -- I said.
14   I said -- well, you know, I basically told him that
15   the assistant manager and the manager should be
16   working together.  He should be on the floor more,
17   helping me out, or -- I mean, not writing me up for
18   things I didn't agree with.  It was just -- it was
19   things that -- I mean, I wouldn't -- I didn't
20   normally do in my work history.  I mean, it was
21   just -- it was nonsense.
22          And, I mean, I was crying to
23   Dennis Affleck.  I remember when I was telling him.
24   I said, "I really do enjoy my job.  I love what I
25   do," but it was really stressful for me at the time

Page 33

1    to be in the situation with Jaime, because Jaime is
2    either not appreciating the work that I did do, or
3    taking credit for things that I did, even when
4    corporate people were there.
5    Q.    Such as?
6    A.    And putting the blame on -- such as --
7    I can give you a good -- an example that I can
8    think of.
9    Q.    Okay.
10   A.    I came down -- let's see.  When I got
11   down here, we decided to switch the department, the
12   children's department over, and it was a good move
13   because it made more sense.  And we put like -- I
14   think it was the girls department then the boys,
15   and then -- it was like toddlers.  It was like it
16   was totally swapped.  But it went up from 60 to
17   80 percent increases than what it had before.
18   Q.    Increases in sales?
19   A.    Increases in sales, yes.  And you could
20   see that.  And --
21   Q.    And whose idea was that?
22   A.    That was my idea.  And then, of course,
23   when the buyers came -- and I wasn't there because
24   I was on a different schedule that day when they
25   came.  But some other employees were saying that he

MJ Exhibit 36 Page 5 of 37

Page 34

1  took credit for all of that.
2      Q.    And he didn't indicate that you had
3  been responsible or participated in that?
4      A.    No.
5      Q.    Did that upset you?
6      A.    Oh, very much.  It was -- I was very
7  upset about it.
8      Q.    Now, when did you switch from apparel
9  to another department at Fred Meyer?
10     A.    About a year.  I guess when I could get
11 over there, but the manager over there, he actually
12 he came and got me.
13     Q.    And who was that?
14     A.    Bill Ledoux.
15     Q.    And when you made the switch, it
16 actually cost you money?
17     A.    It did.  It hurt me.  I took a $5 pay
18 cut.  And then, of course, I couldn't do all my
19 bills, so I became in debt.  I had to tell my
20 parents I became in debt and moved back home.  And
21 that was about a year after being in jewelry.  I
22 just couldn't afford it anymore.
23     Q.    Now, you have previously signed an
24 affidavit dated February 12, 2004.  It is marked as
25 Exhibit 31 to our depositions.

Page 35

1           Do you recall reading and signing
2  this affidavit?
3      A.    Uh-huh.
4      Q.    Okay.  And is it true and correct, to
5  the best of your knowledge and ability?
6      A.    It is.
7      Q.    Okay.  Can you tell me the
8  circumstances in which you were first contacted to
9  have an affidavit prepared and signed?
10     A.    Let's see.  Who -- I think Myrna's
11 first lawyer actually talked to me, and then they
12 didn't really -- it gave me -- they gave me an
13 option to do it.  I then took -- I mean, I
14 thought -- I thought a lot about it, and I said,
15 "Yeah, I'm going to go ahead and do this."
16     Q.    Okay.  Why did you agree to sign an
17 affidavit?
18     A.    Because of the stuff that I went
19 through was pretty much -- well, sounding from what
20 she went through, it was kind of similar.
21     Q.    Okay.  Now, going through this
22 affidavit, when you signed it, this would have been
23 back -- again, about almost two years ago?
24     A.    Uh-huh.
25     Q.    February 12, 2004.  At the time you

Page 36

1  were 25?
2      A.    Uh-huh.
3      Q.    Now you are --
4      A.    -- 27.
5      Q.    -- 27.
6      A.    Uh-huh.
7      Q.    And your mailing address was 3330
8  Nowell Avenue.  That's changed, right?
9      A.    Oh, yeah.
10     Q.    Okay.  And then, again, it says that
11 you began working for Fred Meyer in Fairbanks on
12 September 2nd, 1999, as a fourth in charge, a
13 management position.
14     A.    Uh-huh.
15     Q.    Is that true?
16     A.    It is.
17     Q.    And during the five years you worked
18 for Fred Meyer, you also worked in Wasilla and in
19 Juneau; is that right?
20     A.    Uh-huh.
21     Q.    Okay.  You received several promotions,
22 and in January of 2002, was working as the second
23 assistant in the Wasilla store; is that right?
24     A.    Well, third.
25     Q.    Third assistant?

Page 37

1      A.    I guess it would have been third, not
2  second.
3      Q.    Okay.  The position is called a "relief
4  assistant"?
5      A.    Uh-huh.
6      Q.    All right.  In February 2002, you
7  learned from Dennis Affleck, the district manager,
8  that there was a temporary first position open in
9  Juneau?
10     A.    Uh-huh.
11     Q.    He recommended you take it in order to
12 get more managerial experience?
13     A.    Uh-huh.  Yup.  That is right.
14     Q.    And you agreed to do that?
15     A.    Uh-huh.
16     Q.    Okay.  Began working on March 1 in
17 Juneau as a temporary first assistant, and you
18 learned at that time you were replacing Myrna
19 Johnson, who was on a leave of absence; is that
20 right.
21     A.    Uh-huh.  Just -- yeah.  It was
22 temporary.
23     Q.    Okay.  And throughout the time you were
24 working as a temporary first assistant, you were
25 supervised by Jaime San Miguel, an Hispanic male?

10 (Pages 34 to 37)

Page 38

```
 1    A.    Uh-huh.
 2    Q.    Is that right?
 3    A.    Yeah.
 4    Q.    Okay.  You enjoyed living and working
 5  in Juneau during that month in the temporary
 6  position, and you mentioned to Mr. San Miguel that
 7  you'd be willing to move to Juneau if the first
 8  assistant position ever became available; is that
 9  right?
10    A.    Uh-huh.
11    Q.    And just to reiterate, you were
12  informed by both Mr. San Miguel and Mr. Sayre
13  before Ms. Johnson returned from vacation --
14    A.    Uh-huh.
15    Q.    -- that they thought the first
16  assistant position was going to become open?
17         MR. DICKENS:  Objection.  That
18  misstates her testimony.
19         Go ahead.
20    Q.    Is that what you were told by them?
21    A.    Uh-huh.
22    Q.    You got to say yes or no?
23    A.    That is correct.  That is correct.
24    Q.    Okay.  That is correct?  Okay.
25         Ms. Johnson returned from her
```

Page 39

```
 1  leave of absence in mid-March of 2002.  You worked
 2  for about one week with her on the same schedule,
 3  with -- you were working day shifts and she was
 4  working the evening shift; is that right?
 5    A.    That is correct.
 6    Q.    Okay.  On March 18th, Mr. San Miguel
 7  informed you that Myrna Johnson was no longer
 8  working at the Juneau store, and that her job was
 9  being posted; is that right?
10    A.    That is correct.
11    Q.    And you were encouraged by
12  Mr. San Miguel and Mr. Sayre to apply for that job?
13    A.    Correct.
14    Q.    Did they encourage you to do that while
15  you were here in Juneau or once you got back to --
16  up north?
17    A.    While I was here in Juneau.
18    Q.    Okay.  You returned to the Wasilla
19  store, and is that where you were called by
20  Mr. San Miguel?
21    A.    Yes.
22    Q.    You were offered the first assistant
23  position.  You relocated to Juneau on April 17,
24  2002; is that correct?
25    A.    Yeah.  That's correct.
```

Page 40

```
 1    Q.    While you were working as a temporary
 2  first assistant in the Juneau store, it was obvious
 3  from conversations with other employees that Myrna
 4  Johnson was well-liked by her coworkers, that her
 5  subordinates thought highly of her, and that she
 6  was a hard worker.  Is that correct?
 7    A.    Yeah, that is correct.
 8    Q.    Okay.  And that's just what you learned
 9  from talking to other employees there at Fred
10  Meyer?
11    A.    Yeah.  Oh, yeah.
12    Q.    Did you ever have the opportunity to
13  observe any of Ms. Johnson's work?
14    A.    I did.
15    Q.    Okay.  And how did you have that
16  opportunity?
17    A.    She was -- she kept -- she kept on the
18  job, and she was -- she would do the assigned tasks
19  that were given to her.
20    Q.    Okay.  And how do you know she did the
21  assigned tasks that were given to her?
22    A.    We were given a daily -- a daily tour
23  by the manager or the second in charge, but Jaime
24  was still writing them.  And then we highlight and
25  then sign off on it or initial it.
```

Page 41

```
 1    Q.    Okay.  So on the daily tours, during
 2  the week that you and Myrna Johnson were working at
 3  Fred Meyer in Juneau, you could see that she was
 4  highlighting and signing off on the daily tour?
 5    A.    Yeah.  Uh-huh.  She still did that.
 6    Q.    Okay.  Were you ever told by two female
 7  employees that Mr. San Miguel had said he wanted to
 8  replace Myrna Johnson with a younger and more
 9  beautiful employee?
10    A.    I was told, but that was just hearsay.
11    Q.    Right.  Okay.  It says here you were
12  not surprised by this comment as you personally
13  observed Mr. San Miguel -- that Mr. San Miguel
14  favored younger female employees in comparison to
15  his treatment of older women who worked in the
16  Juneau store.  Is that correct?
17    A.    Yes.  Uh-huh.
18    Q.    Okay.  And what observations did you
19  have in that regard?
20    A.    I would -- I'd be talking to Jaime
21  about either something on the floor -- we'd be
22  standing in the aisle, and then a pretty young lady
23  would walk by, and he would just watch her.  And
24  I'd still try and stay focused with our
25  conversation or try and get his attention.
```

MJ Exhibit 36    Page 7 of 37

Page 42

1    Q.    Was it obvious?
2    A.    Uh-huh. Oh, yeah.
3    Q.    Okay.
4    A.    It was very obvious.
5    Q.    And how many times did that occur while
6  you were working with him?
7    A.    Every time a young lady would walk by.
8  I mean, I can't give you a number, but . . .
9    Q.    Okay. Did you ever see him treat
10 younger workers, female workers, at Fred Meyer
11 differently than older female workers?
12   A.    Yeah. Like we had this -- I can give
13 you an example. There was a younger gal from high
14 school. She would wear not -- not appropriate
15 things for, you know, what we were asking for that
16 was in the job description of what she should wear.
17 But it was like Jaime didn't do anything about it.
18 So he still asked me to go talk to her, you know.
19 So I went and talked to her. And still -- she
20 still wore the same stuff. And even the older
21 employees would come and complain to me. They'd
22 say, "Well, why is she getting away with this? How
23 come she can wear this? Why is she -- you know,
24 she shouldn't be wearing that stuff."
25         You know, especially if she --

Page 43

1  like a short skirt. She bends over -- I mean,
2  other customers can see it, you know, or even just
3  like her top. I can't recall what her name or -- I
4  mean, you'll have to excuse me. I haven't lived
5  here for a while, and I forgot some people's names.
6  But I do recall that.
7          And there was a time when a
8  customer did complain about that individual wearing
9  those things, and nothing was -- never resolved.
10   Q.    Do you know if those complaints were
11 forwarded to Mr. San Miguel?
12   A.    I'm -- I honestly can't remember.
13   Q.    Okay. You say here at 18, paragraph 18
14 or No. 18 in your affidavit, "I subsequently
15 learned that Myrna Johnson was being written up.
16 What she was being written up for was completion of
17 a plan-o-gram, also called a schematic, in the baby
18 furniture department. I was very surprised to hear
19 this since Minerva Cortez, not Myrna Johnson, was
20 responsible for that task."
21         How did you know that?
22   A.    He had discussed with me that Myrna had
23 the same plan-o-gram, and then they were like,
24 "Well, what we do is have Minerva finish it because
25 Minerva comes in at night." I said, "Oh, okay.

Page 44

1  Yeah. Great. Then we'll have somebody else do
2  it."
3          Well, Minerva still never
4  completed it. Actually, who did it was -- I
5  completed it because it didn't get done by Myrna or
6  Minerva. But it could have been Myrna maybe had a
7  short staff that day or whatever. But then Minerva
8  Cortez still never -- she never completed it
9  either, but she never got reprimanded for it
10 either.
11   Q.    Okay. Now, in terms of completing the
12 plan-o-gram, how do you know that you did it and
13 not Mr. San Miguel?
14   A.    You mean like --
15   Q.    Do you have an actual memory of
16 completing it?
17   A.    Oh, yeah. I physically worked that
18 whole counter.
19   Q.    Did Mr. San Miguel do it with you or
20 help you with it?
21   A.    No. Huh-uh.
22   Q.    Did Mr. San Miguel ever invite you to
23 come over to his house to do some Latin dancing?
24   A.    Yes.
25   Q.    Okay. Can you describe how that

Page 45

1  occurred?
2    A.    I was shopping -- it was either a break
3  or a lunch time -- in the home electronics
4  department. And I asked him about a song, if he
5  knew of, because my friends were DJ-ing down at the
6  Viking on a Latin night. And I asked him about a
7  song. He didn't know the song. He said, "Oh,
8  well" -- he's like, "You can come over to my house,
9  and we can do some Latin dancing." And I was like,
10 "Oh, I don't think so."
11   Q.    What did you feel about that?
12   A.    It was very inappropriate and not
13 professional.
14   Q.    Okay. And did you give him any
15 indication that you were interested in going to his
16 home to do Latin dancing?
17   A.    Oh, no.
18   Q.    Approximately when would this have been
19 in terms of time after you started working at the
20 Juneau store?
21   A.    Before I was engaged to Jeff Smith.
22   Q.    Now, No. 20, you say, "I also noticed
23 that San Miguel behaved in a very flirtatious
24 manner, and in my view, an inappropriate manner,
25 with Felicia Kohnen" --

MJ Exhibit 36    Page 8 of 37

Page 46

1    A.    Kohnen. Uh-huh.
2    Q.    -- "who was a KSP in the Juneau store."
3          That's a human resources function?
4    A.    Uh-huh.
5    Q.    What did you observe in that regard?
6    A.    They flirted a lot. They went on
7    breaks. They were in the office a lot. I would
8    try to -- I would come in there trying to discuss
9    either an issue on the floor or with employees or
10   how we were going to do something or how he wanted
11   me to do something. And sometimes it was hard for
12   me to get his attention because he was flirting
13   with Felicia.
14   Q.    Okay. Now, by "flirting," what do you
15   mean?
16   A.    Sitting very close together doing
17   paperwork. I mean, I don't know what they were
18   doing, but sitting very close. Not how, I mean,
19   close I would sit to a manager or coworker in the
20   office.
21   Q.    Okay. And by "flirting," was that just
22   in the context of the conversation or how they were
23   acting --
24   A.    Oh, laughing, giggling.
25   Q.    Okay.

Page 47

1    A.    Yeah.
2    Q.    Okay. Now it also says in that
3    paragraph, "I could not help but notice that
4    San Miguel would eye attractive women who walked by
5    him in the Juneau store." Is that part of what
6    you've already talked about?
7    A.    Yeah, what I talked about previously.
8    Q.    Okay. You say, 21, "It also became
9    obvious to me that San Miguel preferred Hispanic
10   employees over Asian employees. For example" --
11   A.    I thought so. Like I said, there was,
12   you know, people who -- that didn't get
13   reprimanded, that I maybe thought should have
14   either gotten spoken to or the issue resolved.
15   Like Minerva Cortez, for example. She'd either
16   done a lot of things, or she didn't do her job when
17   she was closing. I mean, I had people come and
18   talk to me and say, "Well, she's not showing up.
19   How come she doesn't get reprimanded for it?" And
20   I said, "Well, I have talked to Jaime about it,
21   but, I mean, I have done what I could do."
22   Q.    Did Ms. Minerva Cortez have a pattern
23   of not showing up for work?
24   A.    In the short time I was there?
25   Q.    Yes.

Page 48

1    A.    She did.
2    Q.    Okay. And was she ever reprimanded for
3    that?
4    A.    No. She still came to work. And, to
5    me, that meant she wasn't reprimanded. Because the
6    way that Fred Meyer is set up is, if you don't
7    show -- if you do a no-show, no-call, then you are
8    terminated.
9    Q.    Was she terminated for that?
10   A.    No.
11   Q.    Okay. Is Ms. Cortez, to your
12   knowledge, Hispanic?
13   A.    Yeah.
14   Q.    Okay. It says at 22, "On Myrna's last
15   day in the Juneau store, I saw her crying in the
16   stockroom and observed that she was very upset."
17   Is that correct?
18   A.    Yes.
19   Q.    Okay. And, again, you don't know what
20   she was upset about at that time, did you?
21   A.    No.
22   Q.    Okay. At 23, you say, "After Myrna's
23   last day at work, San Miguel remarked that Myrna
24   was not doing her job, but he didn't elaborate on
25   that." Is that correct?

Page 49

1    A.    That was correct.
2    Q.    At 24, you say Mr. San Miguel
3    repeatedly asked you to "fix him up with dates or
4    with hot women." Is that true?
5    A.    That is correct.
6    Q.    How often did that occur?
7    A.    One time it happened upstairs in the
8    office.
9    Q.    What did he say?
10   A.    And he said, "Oh, Johnna, do you have
11   any hot friends that are single and you can set me
12   up with?" When he was dating Kaylonna -- I don't
13   know Kaylonna's last name.
14   Q.    Is that Kaylonna Haase?
15   A.    Yes, his girlfriend. And then another
16   time was down by the -- the fitting room.
17   Q.    Okay. And what did you think about
18   that?
19   A.    I thought it was very inappropriate.
20   Q.    Okay. Did you ever set him up with
21   dates or give him names of hot women?
22   A.    No.
23   Q.    Okay. Were you ever -- at 25, you
24   indicate in the spring of 2002, that Myrna
25   Johnson was servicing a Foster Grant exhibit as a

Page 50

1  vendor --
2      A.    Uh-huh.
3      Q.    -- at the store, that Mr. San Miguel
4  informed you to tell her -- or instructed you to
5  tell her that she was not to service the account
6  unless he was present in the Juneau store?
7      A.    That is correct.
8      Q.    Okay.  And do you recall exactly how
9  that went about or how it happened?
10     A.    She was -- she would do a reset or
11 something on the sunglasses, or fill them up, or --
12 but she also did, I think, the furniture.  She also
13 was the vendor for that as well.
14           And I don't know if it was because
15 of the thing they had there, that it was just out
16 of anger.  He said that she was not to come in
17 the -- because he said that -- "Just let her know
18 she's not supposed to come here unless I'm here."
19           And I have been a vendor before,
20 and all you have to do is get a manager to sign off
21 on it, that you were there, and then you send your
22 time sheet in.
23     Q.    Did you have any reason or any
24 knowledge as to why Mr. San Miguel would have
25 placed that restriction on Myrna Johnson's access

Page 51

1  to the store as a vendor?
2      A.    I think just because of the way it
3  ended with their -- the work issue or the
4  relationship that happened.
5      Q.    Okay.  Do you recall ever seeing
6  Ms. Johnson servicing that account after that?
7      A.    I don't.  I saw somebody else.
8      Q.    Okay.  It says, at 28, Mr. San Miguel
9  remained your supervisor until April of 2003?
10     A.    Uh-huh.
11     Q.    However, your working relationship
12 began to deteriorate seriously after you became
13 engaged to a coworker in the summer of 2002.
14     A.    Uh-huh.
15     Q.    Is that correct?
16     A.    It is.
17     Q.    Okay.  It says at 29, he began to
18 criticize your work after you got engaged.  "I felt
19 the criticism of my work after my engagement was
20 utterly unfounded as the quality and quantity of my
21 work had not changed."
22     A.    Huh-uh.
23     Q.    "I personally believe that jealousy,
24 not work performance, prompted those actions."
25     A.    That is correct.

Page 52

1      Q.    Okay.  Was there anything in your life
2  that -- when you got engaged, was there anything
3  that caused you to work less hours?
4      A.    No.  I worked -- I still worked more
5  hours if needed.
6      Q.    Okay.  Was there anything that would
7  cause you to be distracted, to where you would not
8  have done the same quality of job that you did
9  before you became engaged?
10     A.    I wasn't -- I wasn't distracted at all.
11     Q.    Okay.  Were you still as motivated to
12 become --
13     A.    Oh, yeah.
14     Q.    -- to rise in the management chain?
15     A.    Still driven.
16     Q.    Still driven?
17     A.    Uh-huh.
18     Q.    That's how you describe yourself,
19 right?
20     A.    Driven, yes.
21     Q.    After you were engaged, were you
22 rescheduled to a less favorable evening shift?
23     A.    I was.  I was actually given the
24 closings and the graveyards, and I had to train the
25 graveyard crew.  Sometimes I wouldn't have a crew

Page 53

1  to train because he didn't hire anybody.
2      Q.    So what did that mean in terms of your
3  work?
4      A.    My work load became more because either
5  I didn't have a crew to support me -- sometimes I
6  might have had one person on graveyard to get the
7  job done, and it was a new employee.  And when you
8  have a new employee, well, you have to train them.
9  You got to walk them through everything, and you
10 still got to do the job that you're supposed to do
11 and still try and, you know, do the other people's
12 job that weren't there.
13     Q.    Did you ever state or tell
14 Mr. San Miguel that you thought you were being
15 punished in some fashion for being given that
16 shift?
17     A.    I did.  I thought I was.
18     Q.    And what was his response?
19     A.    He, basically, was like "Tough."  You
20 know, that's what -- "I'm the manager.  I make the
21 schedule."  I mean, he used that the term a lot.
22 "I'm the manager.  I'm the manager."  It's like,
23 well, I already know you are the manager.  You
24 don't have to tell me.
25           So I did feel like I was being

*M. Exhibit 86*    *Page 10 of 37*

14 (Pages 50 to 53)

Page 54

1 punished. I don't -- I didn't really understand
2 why because I thought either the issue of -- you
3 know, yes, I did date an employee. I felt that was
4 pushed behind us, and he said it too. But I still
5 felt like I was being punished the whole time.
6    Q.    Now, graveyards would be what -- what
7 time period?
8    A.    About ten-to-eights, or
9    Q.    10:00 p.m. --
10    A.    10:00 p.m. to, like, 8:00 a.m. or even
11 7:30, because you just take a half hour lunch.
12 Managers, of course, have to work, like, an extra
13 hour, usually. That's just how they do it at Fred
14 Meyer's. And sometimes I would work longer than
15 that.
16    Q.    It says that when he put you on the
17 less favorable evening shift, he would give you a
18 long list of things that needed to be done which
19 could not possibly be completed during the shift.
20 Do you recall that?
21    A.    I do. He would always say, you know,
22 "Here's the tour. You need to get these done."
23 And in the course of it, I didn't have time to get
24 them done, or just -- it's like he wouldn't
25 understand why I didn't get them done.

Page 55

1         Well, he either didn't take into
2 consideration that I might have had an employee
3 call in sick, or the employee then had to go do the
4 cashier, or another employee went home because of
5 something, or -- like no kids, no babysitters.
6         It's like you always have -- you
7 always have issues that resolve in the store, and
8 then you have to, then, do their job to still meet
9 the expectations of how it should look in the
10 morning, when customers come in.
11    Q.    Okay. And given the time you had --
12    A.    Uh-huh.
13    Q.    -- did you do the very best job you
14 could?
15    A.    I did.
16    Q.    Okay. And had that job, before you got
17 engaged, always been acceptable?
18    A.    It was acceptable before, yes.
19    Q.    Okay. And now it wasn't?
20    A.    No.
21    Q.    Okay. At 31 in your affidavit, it
22 says, "San Miguel would then criticize me for not
23 completing all the items on his long list. On one
24 occasion, he told me I needed to work until 2 a.m.
25 to finish the tasks assigned to me." Is that

Page 56

1 correct?
2    A.    That is correct.
3    Q.    At 32 in your affidavit, on page 6, you
4 said, "By late fall of 2002, I was sure that
5 San Miguel was trying to push me out of my job. He
6 even blamed me for incidents that happened on my
7 days off from work."
8         What do you mean by that?
9    A.    Basically, like, I felt like they were
10 trying to set me up to where -- I was -- like I was
11 being pushed out of the job. Like I just -- there
12 was a time where something had to be done. I can't
13 really recall what it was, but we had -- we even
14 had those classes that Fred Meyer sends people up.
15 They do training and whatnot. And then we go to
16 those classes for the day.
17         And then there was one time when I
18 was off work, and another employee that was from
19 the Fairbanks store had come up here to work and
20 said that, "Oh, Johnna is not doing her job," this
21 and that. It's like, how can I -- how is she
22 saying that when I haven't even been here? I mean,
23 I have been off. And he went and believed what
24 that girl said over what he actually saw, or my
25 work performance already.

Page 57

1    Q.    Okay.
2    A.    So I felt that was very unfair and very
3 frustrating.
4    Q.    Okay. So did -- was it your experience
5 no matter what you did, it wasn't going to be good
6 enough at that point in time?
7    A.    Yup.
8    Q.    Okay.
9    A.    That is correct.
10    Q.    And how did that make you feel?
11    A.    I was exhausted.
12    Q.    Okay. Did you --
13    A.    I was very -- I was sick of it.
14    Q.    Now, at 33, you indicate in your
15 affidavit you complained about Mr. San Miguel's
16 conduct to Dennis Affleck. Is that right?
17    A.    I did.
18    Q.    And then at 34, you state that in
19 December of 2002, you were given, by San Miguel and
20 Fred Sayre, a written warning for leaving the job
21 when not completed.
22    A.    Uh-huh.
23    Q.    Okay. Can you explain what happened in
24 that situation?
25    A.    What had happened was, I was working

Mu Exhibit 36    Page 11 of 37

Page 62

1   the graveyard shift as punishment?
2           MR. DICKENS:  Objection.  Calls
3   for speculation.  It has nothing to do with the
4   issues in this lawsuit.  This woman does not have a
5   claim in this case.
6           MR. CHOATE:  You can have a
7   relevance objection, but I'd ask you not to make
8   speaking objections.
9       A.   Okay.  I'm sorry.  This is all new to
10  me.
11          I don't really -- I mean, the way
12  it was, I thought it was a punishment, because I
13  did it for so long.  I mean, at first, I was like,
14  okay, this is training.  This is a time to actually
15  train some new employees.  And we can get a lot
16  done at night.  And you can, because there is no
17  customers.  You can do a lot at night.
18          Then after a while, I was doing
19  graveyards for a long period of time, and I wasn't
20  getting the help that I needed to get the job done.
21  I went to Jaime about that, and still -- I mean, I
22  got -- as far as I can remember, I had two
23  employees that I did have on my crew.  Then after
24  that, we didn't have any, because either they were
25  sick -- and then I was down with hardly anybody.

Page 63

1           And then after that, I remember he
2   did put a few day people on the graveyards, and
3   then I had some help.
4       Q.   Okay.
5       A.   But I had to complain a lot to get
6   that.
7       Q.   At 37 in your affidavit here, on page
8   6, it says, "After I complained about San Miguel's
9   conduct, he placed me on the graveyard shift which
10  ran from 10:00 a.m. to 7:30 p.m."  Is that
11  incorrect?  Is it actually 10:00 p.m. to 7:30 a.m.?
12      A.   Yeah, that is incorrect.
13      Q.   Okay.  It's just the a.m. and p.m. is
14  reversed, right?
15      A.   Yeah.
16      Q.   Okay.  At 38 it says, Mr. San Miguel's
17  harassment and retaliation began to take a toll on
18  my health.  I was rushed to the hospital with chest
19  pains in December of 2002."  Is that correct?
20      A.   That is correct.
21      Q.   And in December of 2002, how old were
22  you?
23      A.   23?  23.
24      Q.   23?  Okay.  And did you ever get a
25  diagnosis for those chest pains?

Page 64

1       A.   They say it was because of stress.
2       Q.   Okay.
3       A.   Stress-related.
4       Q.   Now, at 42 in your affidavit on page
5   7 --
6       A.   Uh-huh.
7       Q.   -- it says -- when you'd send
8   e-mails -- previously you'd talked about sending
9   e-mails to a number of people that weren't
10  responded to.  But it says at 42, "Ms. Lucas did
11  respond to my e-mail, and I informed Ms. Lucas that
12  Mr. San Miguel had issues with women, and that I
13  felt there was a pattern in his treatment of
14  various women, including myself and Ms. Johnson."
15      A.   Uh-huh.
16      Q.   What was Ms. Lucas' response to that?
17      A.   I'm trying to recall.  I can't
18  remember.
19      Q.   Okay.  Now, when you went to work, you
20  went to work over in what part of the store when
21  you left apparel?
22      A.   Jewelry.
23      Q.   Okay.  And did you have any write-ups
24  while you worked in jewelry?
25      A.   No.

Page 65

1       Q.   Did you have any complaints regarding
2   your job performance in jewelry?
3       A.   No.
4       Q.   Okay.  Had you ever had any complaints
5   about your job performance at any other location in
6   Fred Meyer?
7       A.   No.  There was just one write up that I
8   admit to.
9       Q.   Okay.  And what was that?  One second.
10  Hold on.
11          (Cell phone ringing)
12          MR. DICKENS:  I'm sorry.  I
13  thought I turned it off.
14          MR. CHOATE:  Do you need to get
15  that.
16          MR. DICKENS:  It says "unknown
17  caller."
18          MR. CHOATE:  Okay.
19      A.   There was one write-up I had that I
20  admitted to.
21  BY MR. CHOATE:
22      Q.   And what was that?
23      A.   That -- of course, the dates aren't
24  right on there, but it was in New Page E...
25      Q.   At what store?

MJ Exhibit 36 New Page E... Page 12 of 37

1       A.      At one point, yes.  Uh-huh.

2       Q.      Okay.  When she returned from vacation,

3  do you know that woman was Myrna Johnson?

4       A.      Yes.  I found out who she was.

5       Q.      Okay.  And when she returned, do you

6  recall what shifts she was assigned?

7       A.      Closings.

8       Q.      And you continued to work days?

9       A.      Yes.

10      Q.      Okay.  And did Mr. San Miguel complain

11  about recoveries during her closings, when she

12  closed?

13      A.      Uh-huh.  Yeah.

14      Q.      Okay.  And did you have an opportunity

15  to look at the store during that time period in

16  terms of the quality of recovery?

17      A.      Yeah.  Well, when I was going around

18  training the other department managers on what to

19  do.  I mean, like I said, it wasn't like -- it

20  wasn't major stuff.  I mean, it was minor.  But it

21  wasn't -- to me, it wasn't really an issue.

22      Q.      Were the recoveries when Ms. Johnson

23  came in any different than the recoveries before,

24  when she was on vacation?

*MJ Exhibit  36*       *Page 13 of 37*

25      A.      They weren't different, no.

1  called it.

2      Q.      Okay.  Now, how much longer did you

3  stay in Juneau and work in a temporary position

4  before returning to Fairbanks?

5      A.      Another week or two.  I can't recall

6  how long it was, but it felt -- I think it was

7  about another week or two.  I mean, it was a while.

8      Q.      Okay.  Did you -- during that week or

9  two, did you see any changes or differences in the

10  recoveries in the evenings, as contrasted with when

11  Ms. Johnson was doing recoveries?

12      A.      It was the same as it was before.

13      Q.      Okay.  Now, when you got back to

14  Fairbanks, did you learn somehow that there was a

15  job opening for first assistant in Juneau?

16      A.      I was called.

17      Q.      Okay.  Who called you?

18      A.      Jaime.

19      Q.      Okay.  So Mr. San Miguel called you?

20      A.      Uh-huh.

21      Q.      And what did he say?

22      A.      He asked me if I was -- if I wanted to

23  come down to that store and work as an assistant.

24      Q.      And what did you say?

*MJ Exhibit  36      Page 14 of 37*

25      A.      I said, "Yeah.  Sure.  I'd love to."

Page 20

1      Q.      Okay.  And was that part of your --

2  sort of your career path?

3      A.      Uh-huh.  Oh, yeah.  Definitely one

4  step.

5      Q.      Because then you'd be -- you would be a

6  full-time first assistant?

7      A.      Yeah, one step closer.

8      Q.      All right.  And did Mr. San Miguel

9  indicate that there were other people applying for

10  the position?

11     A.      He had said there was one more other

12  person, but I don't recall who.  But, I mean,

13  that's all I was told.

14     Q.      All right.  And did you have to go

15  through a formal interview for the job?

16     A.      Not really.  Because him -- not just

17  Jaime, but Fred Sayre also said that -- I mean, "We

18  already saw you work down here.  We know how you

19  are.  We know your work performance."  And then,

20  basically, that was it.  It was like I was handed

21  the job.

22     Q.      Okay.  And how soon after that did you

23  come to Juneau to work?

24     A.      Oh, maybe less than a month, because I

25  think I -- I gave my landlord the notice and told

Page 26

1     A.     Jeff Smith.

2     Q.     Okay.  And when did you become engaged

3  to him?

4     A.     Oh, goodness.

5     Q.     Approximately?

6     A.     It was so long ago.  2002 -- three or

7  four months -- it was, like, after he had moved out

8  of the department, then that's when I became -- we

9  were engaged.  It was well after -- when he was out

10  of the department.

11     Q.     Okay.  Well, let me say before you

12  became engaged to Mr. San Miguel -- strike that.

13             Before you became engaged to

14  Mr. Smith, were there complaints -- did

15  Mr. San Miguel complain about the quality of your

16  recoveries?

17     A.     Yeah.

18     Q.     Okay.  Was there a change after you

19  became engaged?

20     A.     In -- a change in how he treated me?

21     Q.     Yes.

22     A.     Yes, there was.

23     Q.     Okay.  What was the change?

24     A.     Like I said, anything I did wasn't done

25  right or wasn't done good enough or up to his

Page 27

1  expectations, I guess, of what an apparel assistant

2  manager should do, when I thought I was

3  performing -- or getting better in the position I

4  was in.

5                    There was, I mean, just e-mails

6  back and forth, either that or, you know, he'd

7  either argue about maybe something that was going

8  on on the floor.  You know, he wanted it done this

9  way.  I thought it maybe should have been this way.

10      Q.      Did --

11      A.      You know, stuff like that, or . . .

12      Q.      Was there a difference in the quality

13  of your work?

14      A.      From when?

15      Q.      Was there anything happening in the

16  quality of your work which would cause Mr. -- to

17  your knowledge, cause Mr. San Miguel to suddenly

18  become much more critical of you?

19      A.      No, I don't think there was a

20  difference at all.

21      Q.      When you were trying to assess --

22      A.      I was trying to do better.

23      Q.      Okay.  When you were trying to assess

24  what was going on, what was happening, did you have

25  any -- did you sort of reach an internal opinion as

Page 28

1   to why you were suddenly being treated in a much

2   more critical fashion?

3               MR. DICKENS:  Object to the form

4   of the question.

5       A.      Yes.

6       Q.      Okay.  And what was that?

7               MR. DICKENS:  Same objection.  Go

8   ahead.

9       A.      Well, I felt that because I was

10  engaged, then he was treating me differently.

11      Q.      Okay.  And why would your engagement

12  cause your supervisor to treat you differently?

13              MR. DICKENS:  Same objection.

14  Calls for speculation.

15      A.      I mean, I don't know.  I mean, I don't

16  think that he "liked me," liked me.  I mean, I

17  don't know if -- but I felt just because I was

18  taken, that -- or I was engaged, then that was an

19  issue.  You know, maybe he was -- I don't know if

20  he didn't like that or what.  But . . .

21      Q.      Okay.  Now, had Mr. San Miguel been

22  sending you lots of Office Vision e-mails, before

23  you became engaged, critical of your management

24  practices?

*MJ Exhibit  36*     *Page 18 of 37*

25      A.      Huh-uh.  No.  It was --

Page 29

1    Q.    Is that a yes or no?

2    A.    No.  It was fine before.

3    Q.    Okay.

4    A.    Like there wasn't a lot of e-mails.  It

5  was more we were communicating like managers should

6  communicate.

7    Q.    After you became engaged, did that

8  practice change?

9    A.    Yes.

10    Q.    Okay.  And how did it change?

11    A.    I constantly got Office Visions saying

12  that things weren't done right.  How come you

13  didn't stay later?  How come you -- I mean, just --

14  I'm sorry.  I can't pinpoint exactly what, but

15  that's what -- I mean, that's what happened.  And

16  then he didn't think that I was doing my job when I

17  thought I was still doing my job.  So . . .

18    Q.    Were you motivated to do a good job?

19    A.    Oh, all the time.

20    Q.    Okay.  And did you make -- did you do

21  the best job you possibly could?

22    A.    I did.

23    Q.    Okay.  Now, as a result of these

24  criticisms by Mr. San Miguel, did that change your

25  employment relationship with Fred Meyer?