```
10/13/02  12:20           User F115938                  Printer A:
                 NOTE 10/06/02 11:36:48 F677062
         To: Mary Lucas                                 F115938
         cc: Jim Hill                                   F010239
       From: Johnna Havard                              F677062
       Date: 10/06/02
    Subject: Issues at JN....
```
--------------------------------------------------------------------

I would like to know what the guildlines for salary managers. I am h&
some issues here at Juneau that I have never dealt with before and I
to know how to handle them, it has to deal with someone that is highe:
and treating me unfairly. Currently I am working a 6-4 shift then tu:
around to do a graveyard at 11pm. I do realize that salary does work
shifts but I would like to know if this is even okay to do to an empl
this healthy? For example today, I am scheduled the 6-4 opening shif
Sunday, then I have to turn around and do a graveyard at 11pm. Then
10:00am I was given a 5 page tour that I had to complete the majority
my own by the end of today. Then tonight I am pulling the graveyard
to catch up on freight because we have 10 boards in the HOM stockroom
we have 10 more boards in our own stockroom, and I was told that I ha
complete it all on my own. I am the only one schedule to do the grave
co lete all of these. If I don't I feel like I am being set up to f
is not the first time that this has happened to me at this store. I
alot of hours and o.t. here and I do my best with no training for my
This manager hasn't even began my training since I stepped foot into
store. Now before I had come to this store, I was at BK for only 3mo:
recieved more training there in that small amount of time then I am g
I also get harped on, if I change the schedule to fit the needs of bu:
the time and the manager isn't here. What am I supposed to do? Leav
floor a mess with minimal help and the rest of the crew stressed out
day because they have (as I have been told) to "just deal with it".
the best I can with the resources given to me and the training that I
previously in another location.
    While I was at WF & BK, I was taught how to use my resources give
and to also try and cover a shift, depending on the issue with the em
(sick call, emergency leave..). I was taught the best ways to do thi:
managers at the time and to also make sure it wouldn't hurt us in hou:
This is the worst I have ever been treated, here at Fred Meyer. I wo
it  stop. I also feel that I am a good asset to this company with
knowledge for my job, my ability to learn quickly, and my eagerness t
things done. All I am here to do is my job to the best that I can, t
my goals for the day, and to move on in this company.

If you have any other questions concerning my issues, feel free to ca
cell#907-209-2517 because I will be working graveyards this whole wee
do go back to days next Sunday.

Thank you for your time,
Johnna Havard,
ALE asst. mgr  JN/158

202438