```
        cc: Mary Lucas                                    F115938
            Dennis Affleck                                F028040
      From: Jim Hill                                      F010239
      Date: 10/09/02
   Subject: Issues at JN....
 Reference: Your note of 10/06/02 11:36 attached below
```
--------------------------------------------------------------------

Johnna,

I think the first place you need to start is with Fred Sayre. If he is aware of this he needs to be, as this gives him a chance to resolve it store level. If it isn't resolved you and Fred should contact Regional Mary Lucas and Dennis Affleck for their involvement.

If I can be of further assistance please contact me.

Thank you,
Jim

----------------------------- ATTACHED NOTE ------------------------

```
        To: Mary Lucas                                    F115938
        cc: Jim Hill                                      F010239
      From: Johnna Havard                                 F677062
      Date: 10/06/02
   Subject: Issues at JN....
```
--------------------------------------------------------------------

I would like to know what the guildlines for salary managers. I am ha some issues here at Juneau that I have never dealt with before and I to know how to handle them, it has to deal with someone that is highe: and treating me unfairly. Currently I am working a 6-4 shift then tu: around to do a graveyard at 11pm. I do realize that salary does work shifts but I would like to know if this is even okay to do to an emplo this healthy? For example today, I am scheduled the 6-4 opening shift Sunday, then I have to turn around and do a graveyard at 11pm. Then 10:00am I was given a 5 page tour that I had to complete the majority my own by the end of today. Then tonight I am pulling the graveyard to catch up on freight because we have 10 boards in the HOM stockroom we  ive 10 more boards in our own stockroom, and I was told that I had complete it all on my own. I am the only one schedule to do the gravey complete all of these. If I don't I feel like I am being set up to fa is not the first time that this has happened to me at this store. I alot of hours and o.t. here and I do my best with no training for my This manager hasn't even began my training since I stepped foot into store. Now before I had come to this store, I was at BK for only 3mo recieved more training there in that small amount of time then I am g: I also get harped on, if I change the schedule to fit the needs of bu: the time and the manager isn't here. What am I supposed to do? Leave floor a mess with minimal help and the rest of the crew stressed out day because they have (as I have been told) to "just deal with it". the best I can with the resources given to me and the training that I previously in another location.

While I was at WF & BK, I was taught how to use my resources give and to also try and cover a shift, depending on the issue with the emp (sick call, emergency leave..). I was taught the best ways to do this managers at the time and to also make sure it wouldn't hurt us in hour This is the worst I have ever been treated, here at Fred Meyer. I wou it to stop. I also feel that I am a good asset to the company with knowledge for my job, my ability to learn quickly, and my eagerness to

MJ Exhibits 38 Page 1 of 2

202435

things done. All I am here to do is my job to the best that I can, t(
my goals for the day, and to move on in this company.

If you have any other questions concerning my issues, feel free to ca:
cell#907-209-2517 because I will be working graveyards this whole weel
do go back to days next Sunday.

Thank you for your time,
Johnna Havard,
ALE asst. mgr   JN/158