```
10/13/02  11:41           User F115938                    Printer A:
              REPLY 10/10/02 13:21:45 F010239
          To: Johnna Havard                               F677062
          cc: Mary Lucas                                  F115938
              Dennis Affleck                              F028040
        From: Jim Hill                                    F010239
        Date: 10/10/02
     Subject: Issues at JN....
   Reference: Your note of 10/10/02 06:16 attached below
```
-----------------------------------------------------------------------

Johanna,

If I understand you correctly, you have already gone to Fred twice and
has been done? Did he say he would address the issues you have stated
note? Have you talked with Dennis concerning your problems with your

You next step is to contact both Dennis and Mary Lucas. I am CC'ing b
them on your notes as this is something that needs to be addressed by
well.

Let me know if I can be of further assistance.

Thank you,
Jim

------------------------------ ATTACHED NOTE -------------------------

```
          To: Jim Hill                                    F010239
        From: Johnna Havard                               F677062
        Date: 10/10/02
     Subject: Issues at JN....
   Reference: Your note of 10/09/02 13:41 attached below
```
-----------------------------------------------------------------------

Thank you for responding. I just don't know what to do at this point
what if I have already gone to the store director twice and nothing h
changed at this point? I don't know what to do and I feel that the w
doing isn't good enough for this store. I usually pull in 10-12 hour
and I do the best job I can with no training for my position. Curren
is: all of the knowledge that I have been given and applying the be
Alot of the time I have to find all of my answers to my own questions
own because the person I am supposed to go to doesn't know what to do
get yelled at if I come in to open and write a tour for the day, then
manager shows up about 8:00 sometimes 9:00 then ask me why I wrote a
(some witnesses say he has torn it up) then re-plans the day, when th
heads have been here since 5:00 or 7:00am and has them stop what they
to do something else. How am I supposed to know what he wants, if he
communicate with me, via an o.v. when I am opening. I was trained to
tour if he isn't here(when he is scheduled at 7:00). I am just doing
and in return I feel that everything I have been taught is thrown bac
face. I will admit that I don't know everything and I do learn thing
everyday and I would love to learn things for my next position but it
yet happened. I just wish this would be resolved. I also know how t
resources whether it is people or objects like merchandising notes, h
display plans for the periods and I have also been told from some buy
I have great communication skills with them at the office. So for kn
doing my job the best that I can and always willing to move on and pu
farther. Thank you for you time, Johnna Havard, ALE asst. mgr JN/158
------------------------------ ATTACHED NOTE -------------------------

**202437**