```
01/13/03  07:12              User F115938                    Printer AAUM
                    FORWARD 01/11/03 18:48:44 F677062
         To: Mary Lucas                                   F115938  - FMHOST
       From: Johnna Havard                                F677062  - FMHOST
       Date: 01/11/03
    Subject: Tardiness for JSM....
  Reference: Note attached below
```
--------------------------------------------------------------------
Just something that I thought you might want to see. They are some times of documentation of tardiness.

Johnna Havard
ALE asst. mgr    JN/158

*[handwritten: Ask Fred about these]*

------------------------------ ATTACHED NOTE ------------------------------

```
         To: Johnna Havard                                F677062  - FMHOST
       From: Johnna Havard                                F677062  - FMHOST
       Date: 12/12/02
    Subject: Tardiness for JSM....
```
--------------------------------------------------------------------
Inventory day, 9/30/02: scheduled at 7:00am, didn't show up until 8-8:15am,
    (witnesses: Sara Dexter and Fred Sayre, I was doing
    missing tickets on the misses casual pad and Fred
    Sayre had asked me if Jaime was here and I said no
    and that was at 7:00am. I wasn't given a phone call
    or anything. Then Fred left me and tried paging him
    twice but no response.)

***That same week we had the RTW visit with CDB and I noted to Jaime that I was going to work an extra shift to get ready for the visit and re-merchandise. He said okay. I worked on Wednesday night. I was the only one in mgt. to put in an extra day for the visit and this was my idea.

***He is late everyday and arrives around 8:00-8:30am when he is usually scheduled at 7:00am.

Witnesses to his tardiness: Monica Batsch, Annmarie Stout, Rhonda Cox, Tonia Avila, Miranda Wilburn, Fred Sayre.

T/E 11/16/02:
He went on vacation 11/14-11/18. Told every year that this is a black out period and while he was gone, Tonia Avila and I were to continue to work our 6day work week.

T/E 11/23/02:
Friday, 11/22 day of corporate visit of the new president along with PLT, DXA, Mens, & INT, didn't show up until 7:30 scheduled at 7:00. Didn't receive a phone call or any o.v's about the visit and or last minute fixes for the visit. As soon as I got here at 4:00, I re-merchandised with Rhonda Cox in YM. I saw the note sitting on his desk that DXA had sent him on what they were looking at in the other store and it had said to make sure the YM flow was current. It wasn't, so I jumped on it even though I wasn't told to do so. When he finally showed up, he didn't say any problems with us re-working it to make sure it was ready for the visit.

MJ Exhibit 40   Page 1 of 2

202438F

W/E 11/30:
Sunday he was scheduled at 6:00am and didn't show up until 8:00-8:30. I was scheduled 7-5.

W/E 12/07:
Sunday he was scheduled at 6:00am but showed up around 9:00am in jeans and casual clothing. He asked how the ad was going and then didn't tell us whether he was going to be here or not but was scheduled to work. I was scheduled 7-5 and did the mens ad.

****If he is late, I am never given a phone call or relayed a message.