```
01/13/03  07:09            User F115938                     Printer AAUM
                  FORWARD 01/11/03 18:55:19 F677062
            To: Mary Lucas                                  F115938    - FMHOST
          From: Johnna Havard                               F677062    - FMHOST
          Date: 01/11/03
       Subject: JSM No-Show/No-call
     Reference: Note attached below
```
---

Here is another incident that wasn't followed up with.

Johnna

------------------------------- ATTACHED NOTE -------------------------------

```
            To: Johnna Havard                               F677062    - FMHOST
          From: Johnna Havard                               F677062    - FMHOST
          Date: 12/29/02
       Subject: JSM No-Show/No-call
```
---

Thursday 12/26, Jaime was scheduled at 7-5. I had come in at 9:00am. When I had came in, I asked Tonia if Jaime was here. She then quoted" I spoke to him the day before christmas and he said he was coming in but I haven't seen him yet." Steve and Drew had both asked me where he was also and he was no where to be found. He hadn't even called us to let us know that he wasn't coming in. Tonia even said that she didn't get a phone call, either. Fred was off and Steve was M.O.D. and he didn't receive a phone call either. Nothing was done about this incident.