```
01/13/03  07:08           User F115938                    Printer AAUM
                 FORWARD 01/11/03 19:33:05 F677062
          To: Mary Lucas                                  F115938   - FMHOST
        From: Johnna Havard                               F677062   - FMHOST
        Date: 01/11/03
     Subject: Tonia Avila(Jan. 1)
   Reference: Note attached below
```
--------------------------------------------------------------------------

Here is something else that I documented and it wasn't followed up with the employee from the manager but the manager was told of the incident from myself.

Thank you,
Johnna    JN/158


---------------------------------- ATTACHED NOTE ----------------------------------

```
          To: Johnna Havard                               F677062   - FMHOST
        From: Johnna Havard                               F677062   - FMHOST
        Date: 01/11/03
     Subject: Tonia Avila(Jan. 1)  4th mtg./mjnt [illegible]
```
--------------------------------------------------------------------------

On the morning of January 1. around 8:00am, I received a phone call from our relief assistant, Tonia Avila. She said that she wasn't feeling well. I then asked if she had went out the previous night, she had then said that she did and didn't come home until 4:00am and was still feeling it from the night. I then told her to call me back and maybe thinking of coming in later. She never called back and never came into to work that day.

***From what I know from some other locations or under some other management, that if you call-in on the 1st of the year, you are automatically terminated. I had then told Jaime San Miguel about this when he had come in to work on the schedule the same day. Nothing was done to this employee about this incident.