```
01/23/03  14:04           User F115938                        Printer AAUM
                  REPLY 01/15/03 08:24:48 F677062
             To: Mary Lucas                                   F115938   - FMHOST
           From: Johnna Havard                                F677062   - FMHOST
           Date: 01/15/03
        Subject: Your complaints
      Reference: Your note of 01/13/03 13:56 attached below
```
---
Mary, I did talk with Dennis when he came and I still feel like my voice is not heard. I don't want to "burn my bridges" with Dennis but I still feel like there will be no justice brought upon Mr. San Miguel. When I was explaining to Dennis that Jaime no shows and is always late, he said that I was keeping tabs on my Manager. In a way I am but I also feel that he is not leading by example of an apparel manager. His employees see this and this is how they get away with it. For example(and this did happen), our relief assistant(Tonia Avila)called in on Jan. 1. Now from working with some other managers in the past, if you call-in on the 1st of January, you are automatically termed. Also from talking with Dennis, I also feel by him not caring about the situations that I have come across, that he doesn't care to lose another dedicated employee. Mr. San Miguel may be a good manager in some other aspects but from what I have observed and the situations I have been in with him, I feel like he knows that he can and will get away with anything his heart desires, even if it is against policy.

---------------------------------- ATTACHED NOTE ----------------------------------

```
             To: Johnna Havard                                F677062   - FMHOST
           From: Mary Lucas                                   F115938   - FMHOST
           Date: 01/13/03
        Subject: Your complaints
```
---
I will investigate your allegations. I am planning a visit to Juneau in the near future. In the meantime, did you address any of your issues with Dennis Affleck during his recent visit?