```
02/18/03  07:54          User F115938                   Printer AAUM
                    NOTE 02/09/03 16:44:51 F677062
               To: Mary Lucas                           F115938  - FMHOST
                   Ken Haverkost                         F096642  - FMHOST
             From: Johnna Havard                         F677062  - FMHOST
             Date: 02/09/03
          Subject: Old Ways.....
```
---------------------------------------------------------------------------

Once again, Jaime is up to his old ways again.  I have 2 incindents for you.
On Saturday, Jaime was supposed to come in at 7:00am and be the opening PIC
because Tonia and I were scheduled at 8:00.  When I drove through the main
entrance of the parking lot, his Durango was the only vehicle parked by the
HOM entrance. Then my employees came and said that he had snuck his way through
the HOM side then to the back.  If he was going to be late, he could have
called one of us to come in and open but he didn't.  Also for someone that
harps on tardiness to his fellow employees, then he needs to lead by example,
especially if he is the Manager.  The other incident was Sunday(today), I
recieved a call about 7:30 from Jaime, that his son had went to a party and
had got sick and he was staying home to take care of him.  He was scheduled at
6:00am.  Then about 3:00pm, his son was seen with his girlfriends kids
prouncing around like he was okay.  Then shortly after that I saw him
sh  ping with his son.  I say these incidents to you because I feel that he
th   s he can get away with this and nothing will be done to him.  I also feel
that he should lead by example, instead of showing to our employees that what
he is doing is "okay".  This in my eyes and everyone that I work with, is
inexceptable.  It also screws up the way we try to run our democracy throughout
our ALE department.  I hope something is done about this excessive tardiness of
his because it is showing everyone else in the store that this is okay.  I
don't think it is because what kind of leader is that, if he isn't going to be
punctual and keep his word?

Johnna Havard    JN/158

*MJ Exhibit  44*    *Page 1 of 2*

**202414**

01/28/03  06:28          User F115938                    Printer AAUG
                  REPLY 01/27/03 14:41:33 F677062
         To: Mary Lucas                                  F115938  - FMHOST
       From: Johnna Havard                               F677062  - FMHOST
       Date: 01/27/03
    Subject: Just Checking in...
  Reference: Your note of 01/23/03 13:57 attached below
------------------------------------------------------   ----------------------
Good to here from you and thank you to the both of you for listening.  It has
been a bumpy ride here but if anything I have learned what not to do in my next
position.  I just got back from my trip back home(Fairbanks) and was able to
release myself and get back to where I needed to be mentally and physically. It
was nice, especially what we have been going through here. I really appreciate
everything that Ken and you did.  Thank you.  Now with Mr. San Miguel, I hope
that he has changed but since I was gone for five days, I have been hearing
complaints since I got back and that he has gone back to his old ways.  I had
Tonia(relief asst.) come up to me and stating that she felt like he was putting
all of the blame on her for something that wasn't totally her fault. Also
Rhonda and him had got into it again and I had only heard a little on that
situation. So far with Jaime and myself, we haven't had any "problems" or
arguments since our talk and compromises.  It has been alright so far but I
will definitely let you know if I have any other problems, but thank again for
bei g there to listen.
Thank you for your time,
Johnna C. Havard, ALE asst. mgr   JN/158
------------------------------ ATTACHED NOTE ----------   ----------------------

         To: Johnna Havard                               F677062  - FMHOST
       From: Mary Lucas                                  F115938  - FMHOST
       Date: 01/23/03
    Subject: Just Checking in...
------------------------------------------------------   ----------------------
Just wanted to see how things went this week and if Mr. San Miguel is staying
true to his promises?

Ken and I looked for you to say goodbye but you had already left. We wanted
to thank you for bringing these issues forward.

Ple  e keep me posted on the progress at JN.

Thanks.