Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,              )<br>                                             )<br>           Plaintiff,                )<br>                                             )<br>   vs.                                    )<br>                                             )<br>FRED MEYER STORES, INC., and )<br>JAIME SAN MIGUEL,             )<br>                                             )<br>           Defendants            )<br>_____) | Case No. J-04-008 CV (RRB) |

### AFFIDAVIT OF MARY DRODDY

STATE OF ALASKA             )
                                             ) ss.
FIRST JUDICIAL DISTRICT  )

MARY DRODDY, being duly sworn upon oath, deposes and states:

1. I make this Affidavit in support of Myrna Johnson's Opposition to Motion for Summary Judgment.

2. After Myrna Johnson was terminated from Fred Meyer, I was so upset that I wrote a letter to Mary Lucas at Human Resources for Fred Meyer in Portland.

1 of 2

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
AFFIDAVIT OF MARY DRODDY
J-04-008 CV (RRB)

MJ Exhibit  45      Page 1 of 3

3. The statements I made in that letter were true and correct to the best of my knowledge and ability and are hereby incorporated by reference in this Affidavit. A copy of that letter is attached to this Affidavit.

4. When I was entered into employment with Fred Meyer I was never advised that my employment was "at will" or that I could be fired for any reason, no reason or even a bad reason. I always understood that if I did my job and worked hard, I would have long-term job security.

5. I have never heard anyone at Fred Meyer ever describe employment as being "at will" or at the employer's exclusive discretion. Instead, I have always been told and heard it say at work that if someone is not doing their job, that progressive discipline will be utilized, including verbal warnings, written warnings and finally some job action. Fred Meyer doesn't pay that well and the work is hard. It would never attract employees and work them as hard as it does if they were told that they could be fired for no reason or even a bad reason.

FURTHER, AFFIANT SAYETH NAUGHT.

DATED this 2 day of September, 2006 at Juneau, Alaska.

_____
Mary Droddy

SUBSCRIBED AND SWORN TO before me this 2nd day of September, 2006 at Juneau, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Mark Clayton Choate
NOTARY PUBLIC
My Commission Expires 11/11/07

_____
Notary Public in and for the State of Alaska.

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2 of 2

Johnson, Myrna v Fred Meyers (03/18/2002) [23003].
AFFIDAVIT OF MARY DRODDY
J-04-008 CV (RRB)

MJ Exhibit 45    Page 2 of 3

**RECEIVED**
**JUN 1 7 2002**

Dear Mary Lucas,

    Hi my name is Mary Droddy. I am writing you this letter in regards to Myrna Johnson, one of the best workers Freds <u>Ever</u> let walk out the door! I will try to be brief but under the circumstances I really don't think can. The arrogance of Jaime San Miguel doing this to her makes us all so upset Mary.

    I met Myrna in 1996 when I went to work in the apparel dept. at Freds. At that time she was working for the State of Alaska, and evening at Fred's. She was PIC, night manager, checker when needed. Plus she did all the work the manager and the asst. didn't get done for the day, and this was only part time work for her. I have never seen, are will ever know another person with Myrna's qualities, her work ethics, caring, dependaability, and trustworthiness. Jaime was way out of line on this one!

    Myrna quit her job at the state, and came to work at Fred's full time soon after I had started working there, for she loved working there, it came before her family many times. I had seen her close many a night and have to come in the next morning to put the ad on, I know Mr. San Miguel would never ever do a thing like that! She could do things in that dept. that would take most of us days to do, and she could do it in just hours, her experience in retail was such a asset, her business sense was better than anyone in the whole dept. they should of made her manager long before anyone there now. So when I was told she was called up to the office with Mr. San Miguel, and Fred Sayer and totally" HUMILIATED" like that, I would have walked out too! I see no just cause for there action. Here is what lead up to this episode.

    Myrna was having a family crises, and had to take a little extra time off work, like all of us do once in while. Well ofcourse Jaime couldn't handle doing everything all by himself, even though Myrna has done it herself many a time, very well, I may add to. So they brought an asst. down from Anchorage who was a very good worker, young and wanted to get ahead at F.M. So thats good. So anyway the night she left town they had a going away party for her, Jaime was there with alot of others, plus the night checker, the only one that Myrna had for that evening, She stayed at the party for 3 hours, and Myrna had no backup checker so she had to be check herself, make sure everyone was doing there job's, I guess the recovery wasen't that great that night, I am sure she stayed herself and did as good as she could all by herself. I know you don't know her, and how hard of a worker she, is but let me tell you there is no one, not one person that can compare to her, are her work. It's not just her ability to work hard but its her integrity, loyalty, to the store, Jaime, her worker's and customer's to. I have the up most respect for her, she really makes you want to do a good job and be proud of yourself, plus work harder. I'll tell you I would never ever go back to work there as long as the same manager in apparel is there. He is the most worthless, useless worker they have at Freds. The only thing he seems to enjoy is to talk baseball and girls. I guess he's good at one thing though, the computer, he spends alot of his time upstairs now and no seems to ever be able to find him now. Well he got his young one in he wanted, now lets she if she makes it with him and his work habits, I give her less than 6 months at the most until you hear from her too. It's to bad no one ever listend to what they have been saying about him sooner, one of your best workers would still be there, <u>MYRNA JOHNSON</u>! If you need any more info please call me, would love to tell you more! (907)789-0018 call collect even!

                              Thank You so much,

                              *Mary DRoddy*