Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRED MEYER STORES, INC., and ) <br> JAIME SAN MIGUEL, ) <br> ) <br> Defendants ) <br> ) | Case No. J-04-008 CV (RRB) |

### AFFIDAVIT OF RHONDA COX

STATE OF ALASKA      )
                     ) ss.
FIRST JUDICIAL DISTRICT )

RHONDA COX, being duly sworn upon oath, deposes and states:

1. I make this Affidavit in support of Myrna Johnson's Opposition to Motion for Summary Judgment.

2. On January 15, 2003 I was interviewed by the Alaska State Commission for Human Rights. A true and correct copy of that interview is attached to this Affidavit.

1 of 3

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
AFFIDAVIT OF RHONDA COX
J-04-008 CV (RRB)

MJ Exhibit 46    Page 1 of 3

3. The answers I made to the questions I was asked in that interview were true and correct to the best of my knowledge and ability and are hereby incorporated by reference in this Affidavit.

4. When I was entered into employment with Fred Meyer I was never advised that my employment was "at will" or that I could be fired for any reason, no reason or even a bad reason. I always understood that if I did my job and worked hard, I would have long-term job security.

5. I have never heard anyone at Fred Meyer ever describe employment as being "at will" or at the employer's exclusive discretion. Instead, I have always been told and heard it say at work that if someone is not doing their job, that progressive discipline will be utilized, including verbal warnings, written warnings and finally some job action. Fred Meyer doesn't pay that well and the work is hard. It would never attract employees and work them as hard as it does if they were told that they could be fired for no reason or even a bad reason.

6. Even when Fred Meyer employees have drug or alcohol problems which have interfered with their work, the company policy is to use progressive discipline and give them the opportunity to attend rehab. They always return to work if they complete the rehab program.

7. At one point while working for Fred Meyer, I was stalked by a young employee. It went on for some time and made me very nervous. I informed security who observed the behavior and assured me that something would be done as it was a health and safety issue for me and other women. A week later this young man

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

was back at worth, nothing having been done. When I asked why he was still at work, I was told that Fred Meyer had to go through a progressive discipline before he could be terminated.

8. Jaime San Miguel is my current manager. Recoveries now are far worse than when Myrna Johnson was the Lead Assistant. As I do stock at nights, I have repeatedly asked Mr. San Miguel to do something about the recoveries. He does nothing and says if it wasn't for that poor work, my hours would be cut.

FURTHER, AFFIANT SAYETH NAUGHT.

DATED this 2nd day of September, 2006 at Juneau, Alaska.

_____
Rhonda Cox

SUBSCRIBED AND SWORN TO before me this 2nd day of September, 2006 at Juneau, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Mark Clayton Choate
NOTARY PUBLIC
My Commission Expires 11/11/07

_____
Notary Public in and for the State of Alaska.

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Johnson, Myrna v Fred Meyers (03/18/2002) [23003].*
AFFIDAVIT OF RHONDA COX
J-04-008 CV (RRB)