# Employee Warning Notice

(Please Print)
To: __Johnson__    __Myrna__    LOC: __158__    PR SECTION: __ACE__
Last Name    First    Middle    Employee Number: __276177__

You are hereby notified that your employment performance is unsatisfactory in the following respects. Improvement must be made for you to continue your employment with Fred Meyer, Inc.

1. State exactly where, when, and what employee did or said to incur this notice.
   Date(s) of infraction: __3/13 - 3/17__, ~~19~~ __2002__   Prior verbal warnings? YES ☒ NO ☐
   - Myrna didn't complete her tour work, as directed by the Mgr.
   - ACE Dpt Recovery is not getting done at night.

2. State exactly what performance is expected of the employee in the future and steps to be taken to improve or correct performance: Myrna is expected to complete all task assigned by the manager. All work done need to conform to Fred Meyer standards. Mgr to write Daily tour for Myrna to complete, these tours need to be turn in every day for Mgr review.

3. (a) Is the employee being suspended without pay for this infraction? (circle one)   YES **(NO)**
   (b) If YES – Give beginning date: _____ ending date: _____

4. State what form of discipline the employee may expect for failure to comply with this rule/standard in the future.
   If Myrna doesn't show any improvement in the next 30 days, she'll be removed from her position as a ACE Asst Mgr.

5. State the employee's remarks after this notice was issued.
   FM

It is our sincere desire that your performance attain a satisfactory level so no further action will be necessary.

Employee's Signature (optional): _____

Manager's Signature: _____   Title: __ACE Mgr__
Witness: _____   Today's Date: __3/18/2002__

INSTRUCTIONS: PLEASE READ AND FOLLOW CAREFULLY.
1. This four-part notice is to be used for recording all details of an employee's failure to comply with part(s) of company policies, procedures and/or standards.
2. All areas of this notice must be completed as fully as possible. Lacking such completion may compromise the validity of this warning notice.
3. Review the Employee Responsibilities Form (M-1398) with the employee and have him/her sign a new one and attach to the respective copies of this notice. *DO NOT* highlight, underline or mark beside any of the issues on the form. Marking on or altering the form may compromise its usefulness.

A. FIRST (white) copy to be sent immediately to Human Resources/MO HRD.
B. SECOND (yellow) copy to be kept with supervisor's files.
C. THIRD (pink) copy to be given to employee.
D. FOURTH (goldenrod) copy to sent to your Regional Supervisor/District Manager. (Copy of M-1398 not necessary.)

MJ Exhibit 49    Page 1 of 1

M1650 1/99

201217