# Visual Merchandising Standards Manual

September 2002

RET0416



**FredMeyer**

MJ Exhibit 50   Page 1 of 19

201988



# Chapter 7–Children's: Baby

## Overview

### Baby Layette, Newborn/Infant Playwear, and Baby Furniture

The baby section of the Children's department is broken into two areas:

1. Baby Layette and Baby Furniture, which consists of the following:
   - Infant basics; for example, packaged layette, bedding, toys, and boxed gift sets
   - Hanging layette; for example, Carter's and Baby Curfew collections)
   - Baby furniture

2. Newborn/Infant Playwear; for example, sets, Carter's, and Baby Curfew collections, which consists of the following:
   - Newborn (0-9 months)
   - Infant (12-24 months)

### General Merchandising

- ❑ The color flow is as follows:
  - Light to dark
  - Within a color tone of a style/fabrication, solids and prints may be mixed.

*Continued on the next page...*

MJ Exhibit  50   Page 2 of 19

# Overview (cont'd)

### General Merchandising (cont'd)

- Sizing is managed as follows:
  - Hangrail: small to large, left to right.
  - Faceouts: small to large, front to back.
  - Four-ways: small to large, front to back.
  - Carter's grid fixtures — quarter rounds: small to large, left to right.
  - Size tabs on all hangers.
- Clearance is handled as follows:
  - Size with size rings, left to right, starting with the smallest size.
    - Within each size, merchandise top hangers forward and bottom hangers to the back of the size run.
    - Organize by silhouette and length, left to right, short to long.
  - When there are more than two clearance fixtures, separate clearance garments by gender.
  - When there are three or more clearance fixtures, at least one should be a price point.

# Merchandising Standards

### Baby Layette

- Merchandise infant basics on a gondola (T-frame) as follows:
  - Set to the planogram.
  - Ensure that UPLs are in place on all RMS product.
  - Use rubber stoppers to keep merchandise forward on pegs.
  - When filling basics, fill from the back forward (stock rotation), placing new merchandise to the back.
  - Use front endcap or basic runs for new basic fashion merchandise or seasonal buys.
- Layette Collections; for example, Curfew or Carter's — hanging as follows (separate from other brands):
  - Separate by collections; for example, Starters, John Lennon, Joy, and Duckies.
  - Within each collection, colorize by gender: girl, boy, and unisex.
  - Key items within a collection may be featured on a separate fixture. Follow the buyer's guideline in the seasonal bulletin.
  - Within each gender, group by silhouette, then style.
  - Colorize within each style, mixing solids with prints within a color tone.
  - Size within each color.
- Fashion Layette — hanging as follows (includes sleep-n-play):
  - Separate by silhouette; for example, non-footed, footed sleepers, heavyweight sleepers/prams.
  - Stylize, keeping like styles together.
  - Colorize light to dark within each style.
  - Size within each color.
- Sleepwear — hanging as follows:
  - Combine Carter's and fashion sleepwear.
  - Stylize.
  - Colorize within each style.
  - Size within each color.

# Merchandising Standards (cont'd)

### Newborn/Infant

Newborn and infant size ranges are merchandised together as follows.

- Curfew or Carter's Playwear (separate from other brands):
    - Separate by collection.
    - Within each collection, colorize by gender: girl, boy, and unisex.
    - Within each gender, group by silhouette then style.
    - Colorize within each style, mixing solids and prints within a color tone.
    - Size within each color.
- Sets:
    - Merchandise newborn and infant size ranges together.
    - Separate sets by gender — girls' from boys'.
    - Within each gender, separate by fabrication; for example, separate denim from knit.
    - Separate by style and color within each fabrication.
    - When sets are double hung, merchandise girls' sets over boys'.

# Hanging Standards

### Newborn/Infant Sportswear

- Place size tabs on newborn and infant hangers.
- Fashion Layette, Sleep 'n Play, and Sleepwear:
  - Carter's: leave all products on the vendor hanger.
  - Baby Curfew: use a white 10-inch dress hanger and a white eight-inch bottom hanger.
- Newborn Sets:
  - Use a 10-inch white dress hanger and an eight-inch white pant hanger.
  - Hang bottoms open as follows:
    - Attach the top hanger to the bottom hanger with a plastic coordinate clip.
    - Hang the bottom hanger to the outside back of the top.
- Infant Sets:
  - Use a 10-inch white dress hanger and an eight-inch white pant hanger.
  - Hang bottoms open as follows:
    - Attach the top hanger to the bottom hanger with a plastic coordinate clip.
    - Hang the bottom hanger to the outside back of the top.
- Infant tops use a 10-inch white dress hanger.
- Infant dresses use a 10-inch white dress hanger.
- Swimwear items use an eight-inch white pant hanger.
- Outerwear items use a 12-inch white dress hanger.
- Sweaters use a 10-inch white dress hanger.

# Baby Furniture

### Merchandising Standards

- Set to the planogram.
- Build display models.
- Ensure that all displays are EAS tagged.
- Remove warehouse pick labels from boxes.

### Wall Line

- Place shelves lip down, with the exception of car seats.
- Using wood screws, secure shelves to the brackets for security and stability.
- On a carpeted deck, place UPLs on the plastic banding, with the left-hand corner of the product directly above.
- Place point-of-sale (POS) information on both sides of the gates with UPLs/prices attached to the POS.



# Fixture Standards

### Basic Gondola

- Set to the planogram.
- Ensure that UPL and back tags are in place at all times.
- Wing Display: eight-foot layout — each gondola has two wings: one on the back right side and one on the front left side.





### Carter's "Joy" Fixture

- Accessory fixtures:
    - slat eight-inch white faceouts
    - slat six-inch white pegs
- "Joy" fixture (Just One Year):
    - Use this fixture for Joy merchandise only. The hang tag on the product says "Just One Year."
    - Merchandise the product by color story.
    - Merchandise Joy plush on this fixture.



## Four-way

- Accessory fixture: add-on arm.
- A four-way may be used for one item or for a combination of tops and bottoms.
- Place all arms at the same height.
- Use add-on arms to hold the greatest quantity of merchandise.
- Use one hanger style per arm.



