### Grid Four-way

- Accessory fixtures:
    - white curved hangrail
    - eight-inch white faceout
    - six-inch white hooks
    - white plush basket
    - white ¼-grid round shelf
- Use this fixture in Newborn and Infants.
- Place the taller grid fixture (66 inches) in the body of the department with the shorter fixture (57 inches) on the perimeter aisle.
- This is a four-sided fixture that may be merchandised with pegged to triple hanging product, depending on the type of merchandise featured.
- Face out the section facing the aisle.
- The shelves may be used for related gifts, rolled blankets, or plush.
- If the fixture is used for clearance, the hangrail may be used in front.



Continued on the next page...

## Grid Four-way (cont'd)





## 30-inch Round Rack

- Accessory fixture: 30-inch add-on ring.
- Locate the round rack in a secondary position, behind the feature fixtures.
- Use for commodity product or clearance.
- By adding a second ring, the round rack may be used for double hung product.
- Do not let double hung product touch the product below.



### Grid Tower (Birdcage)

- Accessory fixtures:
    - 30-inch white hangrail
    - six-inch white faceouts
    - 15-inch by 30-inch white grid shelf
- Place grid towers in a run (two to three sections).
- Make each section tell a story merchandised differently. To create a different look, merchandise the center section at a different height than the side fixtures.
- Endcaps may be faced out or profile hung. Do not profile hang all levels of the front endcap of a tower.
- Make faceouts reflect one color pallet; pastels, primary colors, etc.
- Do not let double or triple hung merchandise touch the product below.



### Hit Wall

- Accessory fixtures:
    - 30-inch to five-foot hangrail
    - eight-inch hangrail brackets
    - six-inch faceouts
    - 30-inch by 16-inch shelves
    - 14-inch shelf brackets
- Create a shop concept. Tell a brand story; for example, Carter's.
- Allow 82 inches from the floor to the top of the faceout.
- Use faceouts to create an even horizontal and vertical line presentation.



- Do not use a hangrail only across a wall; use faceouts to break up the line:
    - A hangrail may be in the middle of the wall with faceouts on each side, or on each side with faceouts in the middle.
    - Balance the wall sides. Whatever appears on one side should be repeated on the other side.
- Limit each faceout to one class or silhouette.

### Interdepartment Wall

- Accessory fixtures:
    - 30-inch to five-foot hangrail
    - eight-inch hangrail brackets
    - six-inch faceouts
    - 30-inch by 16-inch shelves
    - 14-inch shelf brackets
- Make a fashion or brand statement on the wall:
    - When merchandising several walls in a row, do not merchandise them with the same layout.
    - Create interest for the Customer by arranging each section a little differently.
- Allow 82 inches from the floor to the top of the faceout.
- Use faceouts to create even horizontal and vertical line presentations.
- Place the top of any product merchandised on a shelf no higher than 82 inches from the floor.
- Do not use a hangrail only across a wall:
    - A hangrail may be in the middle of the wall with faceouts on each side, or on each side with faceouts in the middle.
    - Balance the wall sides. Whatever appears on one side should be repeated on the other side.



### Gift Wall

- Accessory fixtures:
    - five-foot by 16-inch or six-foot by 16-inch wooden shelves
    - 14-inch shelf brackets
- Place the top shelf 66 inches from the floor:
    - Place a total of five shelves lip down.
    - Allow 13 slots between the bottom of the top bracket to the top of the bracket below.
- Balance the product on the shelves. Whatever appears on one side should be repeated on the other side.
- The top shelf may be treated as display.



Continued on the next page...

### Gift Wall (cont'd)

- ❑ Display boxes may be used to house plush:
    - ▸ A small display box may be turned upside down in the center of a medium box to create a raised surface for medium plush, then layered one on top of another.
    - ▸ For larger plush, put the box upside down and angle the top box right side up. This gives the plush height while containing the product.

