BEFORE THE ALASKA STATE COMMISSION OF HUMAN RIGHTS

MYRNA I. JOHNSON, )
)
    Plaintiff )
)
vs. )
)
FRED MEYER STORES, INC. )
)
    Defendants )
)
) ASCHR No. C-02-132

## AFFIDAVIT OF CHARINA FONTENOT

I, Charina Fontenot, being first duly sworn upon oath, depose and state as follows:

1. I am more than 19 years of age, and competent to testify regarding these matters, based on personal knowledge and belief.

2. My mailing address is 4450 Julep Street, Juneau, AK 99801.

3. I first began working at the Juneau store of Fred Meyer, Inc. ("Juneau Store") in 1998 as a sales clerk in the cosmetics department.

4. I got acquainted with Myrna Johnson in 1998, when I first began working in at the Juneau Store and she was one of my bosses during the time we both worked at the Juneau Store.

5. I saw Myrna Johnson at work on a regular basis from 1998 until February of 2002, when Ms. Johnson went on leave due to some problems with her daughter.

6. Sometime in the fall of 2001, Jaime San Miguel announced that I would be

MJ Exhibit 32   Page 1 of 3
Exhibit H
page 13 of 18

a relief Assistant (sometimes called the "Second Assistant") and Myrna began training me for that job.

7. I was out of work for several weeks in March of 2002 due to a back injury and I did not return to the Juneau Store until March 19, 2002.

8. When I returned to work on March 19, 2002, I learned that Ms. Johnson was no longer working at the Juneau Store.

9. At the time I returned to work, there was a display of baby furniture on a platform, or deck, in the Juneau Store.

10. Jaime San Miguel, on March 19, 2002, told me to mark down the furniture that had been assembled for that display and I was also told to remove the rest of the items into a store room, which I did.

11. I later learned that Ms. Johnson had been instructed by San Miguel earlier that same week to assemble the furniture and to put together that display.

12. This was a time-consuming task that normally would not have been assigned to Ms. Johnson as it would have been very difficult for Ms. Johnson to complete this Baby Furniture display while still fulfilling her other managerial responsibilities.

13. It made no sense to me that San Miguel had asked Johnson to assemble this display only several days before he told me to remove this same display and to mark down and sell off the furniture that had been assembled by Ms. Johnson.

14. Ms. Johnson was a hard worker, a good boss, and she was respected by other employees in the Juneau Store.

15. During the entire time that I worked with Myrna, she always behaved in a

1
2   professional manner.
3   DATED this 8 day of June, 2004.
4
5
6                                    Charina Fontenot
7
8   SUBSCRIBED and SWORN TO before me this 8th day of June, 2004.
9
10  
11                                   Heather A Hildebrand
12                                   Notary Public, State of Alaska
13                                   My commission expires: 07/04/07.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

MJ Exhibit 52        Page 3 of 3