Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., and<br>JAIME SAN MIGUEL,<br><br>  Defendants | Case No. J-04-008 CV (RRB) |

### [PROPOSED]
### ORDER REOPENING DISCOVERY

The Court having considered plaintiff's Motion for Order Reopening Discovery, the Opposition thereto, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that plaintiff's Motion to Reopen Discovery dated November 7, 2006 is GRANTED;

IT IS FURTHER ORDERED that plaintiff shall have 120 days to take additional discovery related to complaints about Jaime San Miguel's conduct at work as contained in the investigation by Mary Hill, including discovery as to what actions if any, were made and/or taken in regards to those complaints and that investigation by both hourly employees and management, and to what extent, if any, corporate practices, policies and procedures were followed or not followed in that process.

DATED: _____

                                      U.S. District Court Judge

*Johnson, Myrna v Fred Meyer (J-04-008 CV RRB) [23003].*
[PROPOSED] ORDER REOPENING DISCOVERY
J-04-008 CV (RRB)

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On November 30, 2006, I served the foregoing document described as PROPOSED ORDER REOPENING DISCOVERY, on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☐ By electronic service through the court of record's electronic service system,.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

2 of 3

*Johnson, Myrna v Fred Meyer (J-04-008 CV RRB) [23003].*
[PROPOSED] ORDER REOPENING DISCOVERY
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1
2 ☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

3 Executed on November 30, 2006 at Juneau, Alaska..

4
5 _____
CHOATE LAW FIRM, LLC

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

3 of 3

*Johnson, Myrna v Fred Meyer (J-04-008 CV RRB) [23003].*
[PROPOSED] ORDER REOPENING DISCOVERY
J-04-008 CV (RRB)