**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JOHNSON   v.   FRED MEYER STORES and MIGUEL

DATE:   December 29, 2006   CASE NO.   1:04-CV-0008-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REGARDING DOCKET 72**

Before the Court is Plaintiff's Motion for Order Reopening Discovery and Other Relief at Docket 72, which Defendants oppose.

It is important that this matter proceed expeditiously without further significant delays. Nevertheless, the Court will permit Plaintiff to re-depose Jaime San Miguel, Fred Sayre, and Mary Hill (in person or telephonically) concerning matters raised in the mid-July 2006 discovery provided by Fred Meyer. These depositions should last no longer than two (2) hours each and shall be completed prior to **February 15, 2007.** Plaintiff may have until **March 1, 2007,** to supplement her opposition to the pending summary judgment motion.

The issue of costs will be addressed at the conclusion of litigation.