UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  JOHNSON   v.   FRED MEYER STORES  

DATE:   March 28, 2007      CASE NO.   1:04-CV-0008-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE CERTIFYING CASE READY FOR TRIAL**

---

      The court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

      (1) Counsel for Plaintiff shall consult with other counsel and jointly certify that: (a) discovery is complete; (b) there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and (c) settlement has been seriously explored and is deemed to be remote.

      (2) Counsel shall suggest at least two alternate trial dates.

      If counsel are not able to so certify, counsel for Plaintiff shall report to the court, by the close of business on **April 16, 2007**, what remains to be accomplished and when outstanding matters will be attended to. In lieu of such report, counsel may request a status conference with the court.

M.O. RE CERTIFYING CASE READY FOR TRIAL