James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
Telephone:  (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK  99501
Telephone:  (907) 258-4338

Attorneys for Defendants

Hon. Ralph R. Beistline

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

MYRNA I. JOHNSON,

                Plaintiff,

    v.

FRED MEYER STORES, INC., a Delaware
corporation; and JAIME SAN MIGUEL,

                Defendants.

Case No. 1J-04-008-CV (RRB)

## REQUEST FOR ORAL ARGUMENT

Defendants Fred Meyer Stores, Inc. and Jaime San Miguel hereby request that the

Court grant oral argument in the pending motion to dismiss the sole remaining claim of

wrongful termination in breach of the implied covenant of good faith and fair dealing.

DATED this 7th day of August, 2007.

Respectfully submitted,

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone:  (206) 622-8484
Fax:  (206) 622-7485

REQUEST FOR ORAL ARGUMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 1 of 2

SEADOCS:288611.1

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

E-mail: jim.dickens@millernash.com
ABA No. 0610063


GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on August 7, 2007,
a copy of the foregoing was served
electronically on:

Mark Choate
lawyers@choatelawfirm.com


s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

REQUEST FOR ORAL ARGUMENT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:288611.1