UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 JOHNSON  v.  FRED MEYER 

DATE:    August 14, 2007          CASE NO.    1:04-CV-0008-RRB   

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A telephonic hearing will be held on Defendant's Motion to Dismiss Wrongful Termination Claim (Docket 86) on **Friday, August 24, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska. Counsel and parties may attend telephonically by calling Meet Me Bridge A (907-677-6246) at the time scheduled for the hearing.

M.O. SCHEDULING HEARING