James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA 98101-2352  
Telephone: (206) 622-8484  

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage AK 99501  
Telephone: (907) 258-4338  

  Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br> v.<br><br>FRED MEYER STORES, INC., a Delaware Corporation, and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

## DEFENDANTS' TRIAL EXHIBITS

In accordance with the Court's Pretrial Order (Docket 85), dated April 5, 2007, page 3, re Exhibits, defendants set forth below their proposed trial exhibits. The admissibility of these defendants' exhibits and plaintiff's exhibits will have to await review until immediately prior to trial because of the geographical separation of the parties' attorneys and the Court, precluding counsel from meeting with the deputy clerk prior to September 17, 2007.

DEFENDANTS' TRIAL EXHIBITS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 1 of 4

SEADOCS:291754.1

| Ex. No. | ADM | ID | Description (with references to Bates Stamp nos.) |
|---|---|---|---|
| A | | | Fred Meyer Employment Application 11/30/92 (200001-02) |
| B | | | Fred Meyer Employee Responsibilities form 4/1/97 (200023) |
| C | | | Fred Meyer Performance Appraisal Form 6/12/01 (200056-59) |
| D | | | Request for Personal LOA (200403) |
| E | | | OV 3/13/02 re Planogram (201174) |
| F | | | OV 3/13/02 re Transfer (300513) |
| G | | | 3/14/02 Daily Tour and Assignment Control (201230, 201240-241) |
| H | | | 3/14/02 OV re Excellence in Execution (201251-252) |
| I | | | 3/14/02 OV (201216) |
| J | | | 3/16/02 & 3/14/02 OV re Planograms and Tours (201248) |
| K | | | 3/16/02 OV re Sunday items (201249) |
| L | | | 3/18/02 Employee Warning Notice (201217) |
| M | | | 3/20/02 appointment calendar (202413) |
| N | | | Posting for Apparel Assistant Manager – 3/20/02 (200333-340) |
| O | | | Plaintiff's 2001 Income Tax Return (100038, 100043-50) |
| P | | | Plaintiff's 2002 Income Tax Return (100055-56, 100051-54) |
| Q | | | Plaintiff's 2003 Income Tax Return (100072-74, 100081) |
| R | | | Myrna Johnson deposition |
| S | | | Mary Lucas Hill deposition |
| T | | | Fred Sayre deposition |
| U | | | Johnna Havard deposition |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' TRIAL EXHIBITS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 2 of 4

SEADOCS:291754.1

| *Ex. No.* | *ADM* | *ID* | *Description (with references to Bates Stamp nos.)* |
|---|---|---|---|
| V | | | Dennis Affleck deposition |
| W | | | Ken Haverkost deposition |
| X | | | Julita Lim deposition |

Defendants will oppose the admission of some contested exhibits. But until the Court rules on those objections, either before or during the course of trial, defendants will not know whether the potential exhibits described below, or others proposed by either side, will be admitted into evidence. Therefore, defendants reserve the right to list as additional trial exhibits any documents which were exhibits in the depositions of witnesses called to testify at trial, either by deposition or live. Other potential exhibits, depending on the development of evidence at trial, may include the following, although it currently is defendants' opinion that these potential exhibits are not admissible if the claim is properly limited.

| | | | |
|---|---|---|---|
| AA | | X | ALE Weekly Work Schedule – 3/23/02 |
| BB | | X | 6/9/02 Havard to Lucas OV (200996-97) |
| CC | | X | Employment History/Resume (100004-05) |
| DD | | X | Employee Handbook (201424-458) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' TRIAL EXHIBITS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 3 of 4

SEADOCS:291754.1

RESPECTFULLY SUBMITTED this 17th day of September, 2007.

MILLER NASH LLP

s/ James R. Dickens
James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on September 17, 2007,
a copy of the foregoing was served
electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' TRIAL EXHIBITS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 4 of 4

SEADOCS:291754.1