James R. Dickens   Hon. Ralph R. Beistline
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK 99501
Telephone: (907) 258-4338

    Attorneys for Defendants

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>FRED MEYER STORES, INC., a Delaware Corporation, and JAIME SAN MIGUEL,<br><br>                Defendants. | Case No. 1J-04-008-CV (RRB) |

## **DEPOSITION DESIGNATIONS BY DEFENDANTS**

        In accordance with the Court's Pretrial Order (Docket 85), dated April 5, 2007, page 4, re Deposition Designation, defendants hereby advise that the depositions of the witnesses listed below may be offered in lieu of live testimony as part of defendants' case-in-chief if for whatever reason the witness is unavailable. Depending on evidence introduced by plaintiff, additional portions of the depositions of these witnesses may be offered in rebuttal. The inclusive pages from the depositions are as follows:

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 1 of 7

SEADOCS:292392.1

1. <u>Mary Lucas Hill</u>

| *Page* | *Line(s)* |
|---|---|
| 5 | 9-25 |
| 6 | 1-25 |
| 7 | 1-15 |
| 9 | 3-8 |
| 11 | 8-25 |
| 12 | 1-24 |
| 29 | 8-25 |
| 30 | 1-10 |
| 32 | 12-25 |
| 33 | 1-4 |
| 42 | 25 |
| 43 | 1-25 |
| 44 | 1-12 |
| 48 | 10-13, 15-25 |
| 49 | 1-20 |
| 100 | 15-25 |
| 101 | 1-24 |
| 102 | 7-19 |
| 103 | 8-12, 15-25 |
| 104 | 1-9 |
| 105 | 7-11 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 2 of 7

SEADOCS:292392.1

2. <u>Fred Sayre</u>

| *Page* | *Line(s)* |
|---|---|
| 6 | 19-25 |
| 7 | 1-11; 21-25 |
| 9 | 7-25 |
| 10 | 1-19 |
| 11 | 3-20 |
| 12 | 25 |
| 13 | 1-22 |
| 14 | 8-14 |
| 23 | 6-13; 20-25 |
| 24 | 1-6 |
| 26 | 7-22 |
| 27 | 16-23 |
| 28 | 8-16 |
| 32 | 1-6 |
| 37 | 7-22 |
| 40 | 1-16; 22-25 |
| 41 | 1-21 |
| 42 | 9-12; 17-23 |
| 43 | 2-8 |
| 44 | 13-25 |
| 45 | 1-25 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 3 of 7

SEADOCS:292392.1

| | |
|---|---|
| 46 | 1-13 |
| 49 | 1-24 |
| 51 | 2-25 |
| 52 | 1-12; 17-25 |
| 53 | 24-25 |
| 54 | 1-24 |
| 56 | 8-12 |
| 57 | 12-20 |
| 58 | 1-15 |
| 60 | 3-9 |
| 73 | 1-21 |
| 74 | 21-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-21; 25 |
| 78 | 1-25 |
| 79 | 1-5; 16-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-25 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 4 of 7

SEADOCS:292392.1

| 86 | 1-25 |
| --- | --- |
| 87 | 1-25 |
| 88 | 1-3; 10-25 |
| 89 | 1-25 |
| 90 | 1-11 |
| 91 | 23-25 |
| 92 | 1-20; 24-25 |
| 93 | 1-6; 25 |
| 94 | 1-17 |

3. <u>Johnna Havard</u>

| *Page* | *Line(s)* |
| --- | --- |
| 5 | 22-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-13; 22-25 |
| 9 | 1-25 |
| 11 | 8-22 |
| 14 | 12-25 |
| 15 | 1-4; 10-13; 22-25 |
| 16 | 1-21 |
| 72 | 19-25 |
| 73 | 1-7; 12-22 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 5 of 7

SEADOCS:292392.1

| | |
|---|---|
| 74 | 5-11 |
| 78 | 5-14; 18-25 |
| 79 | 1-23 |
| 83 | 2-12 |
| 84 | 11-25 |
| 85 | 1-15; 20-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-7 |
| 89 | 13-21 |
| 90 | 18-20; 21-25 |
| 91 | 1-8 |
| 92 | 21-25 |
| 93 | 1-25 |
| 94 | 1-5 |
| 97 | 18-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-6; 11-13 |
| 106 | 22-25 |
| 107 | 1-8 |
| 108 | 1-15 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 6 of 7

SEADOCS:292392.1

| 109 | 8-25 |
|-----|------|
| 110 | 1-2  |

RESPECTFULLY SUBMITTED this 17th day of September, 2007.

MILLER NASH LLP

s/ James R. Dickens
James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on September 17, 2007,
a copy of the foregoing was served
electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEPOSITION DESIGNATIONS BY DEFENDANTS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 7 of 7

SEADOCS:292392.1