James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA 98101-2352  
Telephone: (206) 622-8484  

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage, AK 99501  
Telephone: (907) 258-4338  

    Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

    The Court's Pretrial Order (Document 85) dated April 5, 2007, per Local Rule 39.3, directed the parties to meet with a deputy clerk to review trial exhibits before September 12, 2007. Plaintiff had the responsibility to arrange a time for this meeting and exhibit review.

    Plaintiff did not arrange for a meeting with a deputy clerk and defense counsel on or before September 12, 2007, as described in the Pretrial Order. This is difficult because while plaintiff's counsel is in Juneau, defendants' co-counsel are in Seattle and Anchorage, respectively. In discussions after September 12, 2007, between counsel and the deputy clerk, it was agreed that the parties would meet immediately prior to trial to review the exhibits for

DEFENDANTS' OBJECTIONS TO  
PLAINTIFF'S TRIAL EXHIBITS  
Johnson v. Fred Meyer  
Case No. 1J-04-008-CV  
Page 1 of 4

SEADOCS:292865.1

MILLER NASH LLP  
ATTORNEYS AT LAW  
4400 TWO UNION SQUARE  
601 UNION STREET, SEATTLE WA 98101-2352  
TELEPHONE (206) 622-8484

the purpose of narrowing potential issues as to admissibility or authentication. But in accordance with the Pretrial Order the parties submitted their exhibit list and now have exchanged exhibits in advance of trial.

On September 17, 2007, defendants provided plaintiff with their proposed trial exhibits (identified by Bates number), all of which had been produced for plaintiff with that identification so they easily could be identified and assimilated by plaintiff. Furthermore, on September 20, 2007, a copy of all exhibits listed by defendants was sent to the Court and plaintiff's counsel.

On September 17, 2007, defendants received plaintiff's list of proposed exhibits by a brief description, but without any Bates numbers or other identification to make clear exactly what the particular exhibit is. Copies of plaintiff's exhibits finally were received by defendants on September 21, 2007. Defendants' objections below are based upon a limited review (given time restrictions) of plaintiff's proposed exhibits, and without waiving the right to make further objections to other exhibits from plaintiff after the opportunity to review them in more detail and after rulings by the Court on pending motions.

### DEFENDANTS OBJECT TO THE FOLLOWING PROPOSED EXHIBITS BY PLAINTIFF

| Exhibit No. | Reason |
|---|---|
| 2 | FRE 402, 403, 802 |
| 3 | FRE 402, 403 |
| 4 | FRE 402, 403 |
| 11 | FRE 402, 403, 802 |
| 18 | FRE 802 |
| 20 | FRE 402, 403 |
| 21 | FRE 402, 403 |
| 22 | FRE 402, 403 |
| 23 | FRE 402, 403 |
| 24 | FRE 402, 403 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 4

SEADOCS:292865.1

| Exhibit No. | Reason |
|---|---|
| 25 | FRE 402, 403 |
| 26 | FRE 402, 403 |
| 28 | FRE 402, 403 |
| 29 | FRE 402, 403 |
| 30 | FRE 402, 403 |
| 31 | FRE 402, 403, 404, 802, 805, 901 |
| 32 | FRE 402, 403, 404, 802, 805, 901 |
| 33 | FRE 402, 403, 404, 802, 805, 901 |
| 34 | FRE 402, 403, 404, 802, 805, 901 |
| 35 | FRE 402, 403, 404, 802, 805, 901 |
| 36 | FRE 402, 403, 404, 802, 805, 901 |
| 37 | FRE 402, 403, 404, 802, 805, 901 |
| 38 | FRE 402, 403, 404, 802, 805, 901 |
| 39 | FRE 402, 403, 404, 802, 805, 901 |
| 40 | FRE 402, 403, 404, 802, 805, 901 |
| 41 | FRE 402, 403, 404, 802, 805, 901 |
| 43 | ER 402, 403 |
| 44 | ER 402, 403 |
| 45 | FRE 402, 403, 404, 802 |
| 46 | FRE 402, 403, 404, 802 |
| 47 | FRE 402, 403, 404, 802 |
| 48 | FRE 402, 403, 404, 802 |
| 49 | FRE 402, 403, 802, 805, 901 |
| 52 | FRE 402, 403, 802 |
| 53 | FRE 402, 403, 802 |
| 54 | FRE 402, 403, 802, 805, 901 |

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 3 of 4

SEADOCS:292865.1

RESPECTFULLY SUBMITTED this 24th day of September, 2007.

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on September 24, 2007, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 4 of 4

SEADOCS:292865.1