CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORES, INC., and ) | |
| JAIME SAN MIGUEL, ) | |
| ) | |
| Defendants. ) | Case No. J-04-008 CV (RRB) |

## **PLAINTIFF'S COUNTER-DESIGNATION OF DEPOSITION TESTIMONY**

Pursuant to this Court's April 5, 2007, *Pretrial Order*, Plaintiff MYRNA JOHNSON, through counsel Choate Law Firm LLC, hereby counter-designates the following deposition testimony as potential evidence at trial.

1. **Mary Lucas Hill**: Plaintiff intends to present the videotaped depositions of Mary Lucas Hill on May 26, 2006 and October 25, 2006 in their entirety at trial. Plaintiff also counter-designates the following sections of the deposition transcripts:

| May 26, 2006 | |
|---|---|
| **Page** | **Line(s)** |
| 5 | 9-13, 23-25 |
| 6 | 1-25 |
| 7 | 1-21 |
| 9 | 3-8 |

1 of 11

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

| | |
|---|---|
| 10 | 18-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 21 | 16-25 |
| 22 | 1-25 |
| 23 | 16-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 12-15 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 20-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

| | |
|---|---|
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-21 |
| **October 25, 2006** ||
| **Page** | **Line(s)** |
| 58 | 9-18 |
| 59 | 3-25 |
| 60 | 1-22 |
| 61 | 2-24 |
| 62 | 3-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

| | |
|---|---|
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-21 |
| 84 | 3-25 |
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-25 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-17 |
| 103 | 13-25 |
| 105 | 7-11 |

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2. **Fred Sayre**:

| January 27, 2006 ||
| Page | Line(s) |
|---|---|
| 15 | 18-25 |
| 16 | 1-3 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-8 |
| 22 | 18-25 |
| 23 | 1-4, 20-25 |
| 24 | 1-25 |
| 25 | 1-8 |
| 26 | 7-25 |
| 27 | 1-25 |
| 28 | 1-3 |
| 29 | 5-17 |
| 30 | 3-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 21-25 |
| 34 | 8-25 |
| 35 | 1-9 |
| 36 | 23-25 |
| 37 | 1-6 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-17, 23-25 |

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

| Page | Line(s) |
|---|---|
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-11, 23-25 |
| 49 | 1-16 |
| 50 | 7-14 |
| 51 | 14-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 3-16 |
| 56 | 8-12 |
| 57 | 1-20 |
| 58 | 1-23 |
| 62 | 7-25 |
| 63 | 1-7, 13-25 |
| 64 | 1-19 |
| 67 | 13-25 |
| 68 | 13-18 |
| 69 | 17-25 |
| 70 | 1-3, 14-24 |
| 71 | 13-25 |
| 72 | 1-7 |
| 74 | 21-24 |
| 96 | 13-25 |
| 97 | 1-25 |
| 100 | 14-25 |
| 101 | 1-11 |
| **February 13, 2007** ||
| **Page** | **Line(s)** |

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

| | |
|---|---|
| 111 | 19-25 |
| 112 | 1-25 |
| 113 | 1-25 |
| 114 | 1-25 |
| 115 | 1-25 |
| 116 | 1-25 |
| 117 | 22-25 |
| 118 | 1-25 |
| 119 | 1-25 |
| 120 | 1-25 |

3. **Johnna Havard**:

| January 25, 2006 ||
|---|---|
| **Page** | **Line(s)** |
| 7 | 17-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 12 | 1-7 |
| 13 | 4-12 |
| 14 | 4-25 |
| 15 | 2-25 |
| 16 | 1-6 |
| 17 | 5-25 |
| 18 | 1, 9-17 |
| 19 | 2-25 |
| 20 | 8-21 |
| 21 | 10-17 |

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

| | |
|---|---|
| 22 | 8-16 |
| 23 | 12-21 |
| 24 | 3-25 |
| 25 | 1-5, 13, 16-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-2, 5-6, 9-12, 15-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-20 |
| 36 | 10-25 |
| 37 | 1-25 |
| 38 | 1-16, 20-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-2, 22-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |

8 of 11

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

| | |
|---|---|
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-5 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-19, 24-25 |
| 62 | 1, 9-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-3 |
| 66 | 15-20, 24-25 |
| 67 | 2-25 |
| 68 | 4-6 |
| 76 | 23-25 |
| 77 | 1-9 |
| 79 | 1-15 |
| 83 | 8-23 |
| 94 | 23-25 |
| 95 | 1-9, 18-25 |
| 96 | 1-5 |

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

1   DATED this 24th day of September, 2007, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/ *Jessica L. Srader*
_____
JESSICA L. SRADER
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 0412105

Attorneys for Plaintiff

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
Plaintiff's Counter-Designation of Deposition Testimony
J-04-008 CV (RRB)

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On September 24, 2007, I served the foregoing document described as ***Plaintiff's Deposition Counter-Designations***, on the interested parties in this action by serving the original true copies, addressed as follows:

| | |
|---|---|
| James Dickens<br>Miller Nash LLP<br>Attorney For: Fred Meyers<br>4400 Two Union Square<br>601 Union Street<br>Seattle, WA 98101-2352<br>Phone: (206) 622-8484<br>Fax: (206) 622-7485 | Peter Gruenstein<br>Gruenstein & Hickey<br>Attorney For: Fred Meyers<br>500 L Street, Suite 401<br>Anchorage, AK 99501<br>Phone: (907) 258-4338<br>Fax: (907) 258-4350 |

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 24, 2007, at Juneau, Alaska.

s/ *Annya Ritchie*

CHOATE LAW FIRM LLC

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
PLAINTIFF'S DEPOSITION COUNTER-DESIGNATIONS
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490