```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

MYRNA I. JOHNSON    vs.   FRED MEYER STORES INC. AND JAIME SAN
                          MIGUEL

BEFORE THE HONORABLE    RALPH R. BEISTLINE
CASE NO.                1:04-CV-00008-RRB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    MARK CHOATE, TELEPHONIC
                              JESSICA SRADER, TELEPHONIC

                DEFENDANT:    JAMES DICKENS, TELEPHONIC

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD 09/26/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:36 a.m. court convened.

Court and counsel heard re trial scheduling, voir dire, jury
selection, witness testimony and preliminary rulings.

Court and counsel heard re issues to be presented to the jury and
court will try to get out rulings regarding motions in limine to
counsel as soon as possible.

At 9:16 a.m. court adjourned.
```

DATE:   September 26, 2007     DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07