James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338

Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>       Defendants. | Case No. 1J-04-008-CV (RRB) |

## NOTICE RE DIGITAL EVIDENCE PRESENTATION SYSTEM

Per Local Rule 39.3(c) defendants Fred Meyer and Jaime San Miguel hereby give notice of their intent to use the Digital Evidence Presentation System at the trial of this matter. The trial is set to begin October 9, 2007, in the federal courthouse in Juneau, Alaska.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 27th day of September, 2007.

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on September 27, 2007, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE RE DIGITAL EVIDENCE PRESENTATION SYSTEM
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:293180.1