James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338

    Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

**DEFENDANTS' OBJECTIONS TO**
**PLAINTIFF'S TRIAL EXHIBITS**

The pretrial order dated April 5, 2007 (docket #85) required plaintiff's counsel to schedule a meeting with defense counsel and the deputy clerk prior to September 12, 2007, to review trial exhibits in accordance with LR 39.3. This did not occur.

The Pretrial Order required each party to "serve and file an exhibit list, in the form of a pleading, identifying by number" plaintiff's exhibits and to do so "on or before September 17, 2007." The parties have had this Pretrial Order for over four months and there is no excuse for belated identification of exhibits on behalf of plaintiff, causing further

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 1 of 3

SEADOCS:292865.2

disruption to defendant's preparation by having to focus on new and substantial exhibits, revised numbers 54 through 58 for plaintiff.

Neither in plaintiff's original exhibit list (docket #101) dated September 17, 2007, nor in plaintiff's amended exhibit list (docket #110) did she provide the documents she listed as the plaintiff's exhibit 54 in the initial submission or exhibit 58 in the amended submission. These proposed exhibits are described in both submissions as "demonstrative exhibits". Defendants are entitled to see what "demonstrative exhibits" plaintiff intends to use and they should have been submitted no later than September 17, 2007. Defendants object to any demonstrative exhibits being used at trial for failure to timely comply with the Pretrial Order.

In addition to the above objections for untimeliness and otherwise as set forth, defendants have the following specific objections to the merits of the five new exhibits.

| Exhibit No. | Reason |
|---|---|
| 54 | FRE 402, 403, 802, 805 |
| 55 | FRE 402, 403, 802, 805, 901 |
| 56 | FRE 402, 403, 802, 805, 901 |
| 57 | FRE 402, 403, 802, 805, 901 |
| 58 | Not produced.  See above – untimely also |

RESPECTFULLY SUBMITTED this 28th day of September, 2007.

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone:  (206) 622-8484
Fax:  (206) 622-7485
E-mail:  jim.dickens@millernash.com
ABA No. 0610063

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 3

SEADOCS:292865.2

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on September 28, 2007, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S TRIAL EXHIBITS
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 3 of 3

SEADOCS:292865.2