Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORES, INC., and ) | |
| JAIME SAN MIGUEL, ) | |
| ) | |
| Defendants ) | Case No. J-04-008 CV (RRB) |
| ) | |

## PLAINTIFF'S MOTION TO ADOPT PROPOSED JUROR QUESTIONNAIRE

TO THE HONORABLE COURT:

COMES NOW Plaintiff in the above-captioned cause of action and move this Court to adopt Plaintiffs' Proposed Jury Questionnaire, attached hereto as Exhibit A, and to direct prospective jurors to complete the questionnaire. Plaintiff supports her motion as follows:

1. The basic questionnaire without case-specific focused questions, has been used on previous occasions in cases around the country.

2. The questionnaire will assist both Plaintiffs' and Defendants' counsel, as well as the Court, in its *voir dire* examination. Exhibit A has proven to facilitate jury selection and provide both sides with valuable juror information in an efficient, expedited manner.

1 of 3

WHEREFORE, Plaintiff respectfully asks this Court to adopt Plaintiffs' Proposed Jury
Questionnaire and direct prospective jurors to complete it for the trial of this case.

Respectfully submitted,
CHOATE LAW FIRM LLC


s/*Mark Choate*

_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
PLAINTIFF'S MOTION TO ADOPT PROPOSED JUROR QUESTIONNAIRE
J-04-008 CV (RRB)

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On October 1, 2007, I served the foregoing document described as, ***PLAINTIFF'S MOTION TO ADOPT PROPOSED JUROR QUESTIONNAIRE,*** on the interested parties in this action by serving the original true copies, addressed as follows:

Jim Dickens                          Peter Gruenstein
Miller Nash LLP                      Gruenstein & Hickey
4400 Two Union Square                500 L Street, Suite 401
601 Union Street                     Anchorage, AK 99501
Seattle, WA 98101-2352

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system,.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 1, 2007 at Juneau, Alaska.


_____s/ Annya Ritchie_____
CHOATE LAW FIRM, LLC

3 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
PLAINTIFF'S MOTION TO ADOPT PROPOSED JUROR QUESTIONNAIRE
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490