**JUROR QUESTIONNAIRE**

**Juror #** _____

1. Full name: _____

2. Where do you live? _____

3. How long have you lived in Juneau/Southeast Alaska? _____

4. Have you ever lived in a foreign country? [] YES [] NO If YES, what country?

5. Where do you work and what is your job (if unemployed/retired, what and where was your last job)? _____

How long have you worked there? _____ What are your main job responsibilities?

_____

_____

6. What jobs have you held in the past? _____

7. Have you ever been responsible for hiring, firing, or supervising employees?
[ ] YES [ ] NO

8. How far did you go in school (if college, name school(s) and any degree(s) received)?

_____

_____

9. What is your current marital status? _____

If married, for how long? _____ How many times have you been married?_____

10. Where does your spouse/partner work and what is his/her job (if unemployed/retired, what and where was the person's last job)? _____

11. Please list the sex, age, and occupation for each of your children and stepchildren:

| Sex | Age | Occupation | Sex | Age | Occupation |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit A**

12. Have you attended any lectures, seminars, or courses in any of the following areas: hiring, firing, progressive discipline, sexual harassment, employment discrimination, wrongful discharge, gender/equity issues? [ ] YES [ ] NO If YES, which lectures, courses, or seminars? _____

13. Have you, any family members, or close friends ever worked for or done business with or owned stock in FRED MEYER, the KROGER CORPORATION, or any similar "big box" store? [ ] YES [ ] NO If YES, who was the person, what company was it, and how long ago was this? _____

14. Have you, any family members, or friends ever owned a business? [ ] YES [ ] NO If YES, who was that person and what type of business was it? _____

If the business is no longer open, why was it sold or closed? _____

15. Have you, any family members, or close friends ever worked for any attorneys or law firms? [] YES [] NO If YES, who was that person and what was the attorney or law firm? _____

16. Have you ever been a Plaintiff (the person suing) or a Defendant (the person being sued) in a lawsuit? [] YES [] NO If YES, please explain: _____

17. How many times have you served as a juror in a:

[ ] Criminal case _____ times [ ] Civil case _____ times [ ] Grand jury [ ] Never served

    a. What type of civil case(s)? _____

    b. What was the verdict(s)? _____

    c. Were you the foreperson? [ ] YES [ ] NO

18. Do you work full-time for someone else? [ ] YES [ ] NO

19. Are your earnings your family's primary source of income? [ ] YES [ ] NO

20. Does your employer have an "employment manual"? [ ] YES [ ] NO

21. If there is a manual, does your employer follow it? [ ] YES [ ] NO

22. Do you expect your employer to keep its promises regarding the conditions of your employment? [ ] YES [ ] NO

23. When you were hired, were you promised by your employer that if you worked hard and did your job, that you would have a long-term job absent downsizing or other external economic factors? [ ] YES [ ] NO

24. Does your employer have any form of disciplinary procedure if there's a question about the quality of your work or your efforts? [ ] YES [ ] NO

25. Does your employer have a "progressive disciplinary" procedure? [ ] YES [ ] NO

**Exhibit A**

26. Does that disciplinary process require the employer to give you notice of which stage of discipline it is considering imposing? [ ] YES [ ] NO

27. Have you ever been subject to some form of on the job discipline? [ ] YES [ ] NO

28. Were you given notice in writing? [ ] YES [ ] NO

29. Did you understand what the discipline was for? [ ] YES [ ] NO

30. Were you given the opportunity to explain your side of things? [ ] YES [ ] NO

31. Were you treated fairly in that situation? [ ] YES [ ] NO

32. Have you ever been terminated from employment for reasons other than downsizing or economic conditions? [ ] YES [ ] NO

33. Have you ever been subject to an adverse action at work that you thought was unfair? [ ] YES [ ] NO

34. Have you ever been treated unfairly by an employer? [ ] YES [ ] NO

35. Have you ever complained to others about your treatment by your employer? [ ] YES [ ] NO

36. Have you ever been treated unfairly because your employer or supervisor preferred someone different than you?  (a different race, a different sex, younger, older, handsomer, cuter) [ ] YES [ ] NO

37. Have you ever been denied a benefit from a job, whether that's training, promotion, or otherwise, because the employer improperly preferred someone because of a personal interest in that person? [ ] YES [ ] NO

38. Do you have knowledge of someone else being treated differently at work either because their supervisor was sexually attracted to them or because their supervisor was sexually attracted to another employee? [ ] YES [ ] NO

39. Have you ever been required to take time off from work because of family problems or issues? [ ] YES [ ] NO

40. Have you ever been retaliated against or otherwise punished because you took off time for family problems or issues? [ ] YES [ ] NO

41. Have you ever seen or heard of a supervisor in a work setting attempting to date or otherwise develop a romantic relationship with someone they supervise? [ ] YES [ ] NO

**Exhibit   A**

42. Have you ever worked at a job where dating by a supervisor of individuals he or she supervises is prohibited as a matter of policy? [ ] YES [ ] NO

43. Have you ever worked at a job where it is against policy to express opinions to others about one of your co-worker's sexual attractiveness? [ ] YES [ ] NO

44. Has any employer of yours ever stated that discipline of an employee by a member of the opposite sex behind closed doors must be witnessed by a member of the same sex as the disciplined employee? [ ] YES [ ] NO

45. If a small female employee who is being subjected to discipline at work is in a small room with the door closed with two large male supervisors, and begins to cry and sob uncontrollably, should she be allowed to leave the room to compose herself? [ ] YES [ ] NO

46. Are there circumstances in which an employer should be allowed to force a small, female employee who is crying and sobbing uncontrollably, to stay in a small room with two large male supervisors? [ ] YES [ ] NO

47. If a company is found to have not followed its own policies and procedures regarding the discipline of an employee, and those actions were outrageous, including acts done with malice or bad motives, could you award separate damages to "punish" that employer for that conduct? [ ] YES [ ] NO

48. Has anyone ever broken an oral or written promise they made you? [ ] YES [ ] NO
If YES, please explain: _____
_____

49. Have you ever broken an oral or written promise that you made to anyone? [ ] YES [ ] NO If YES, please explain: _____
_____

50. What is the first thing that comes to your mind when you think of:

Fred Meyer: _____

Kroger Corporation: _____

51. Is your opinion or impression of Fred Meyer: [ ] Positive [ ] Neutral [ ] Negative

**Exhibit A**

52. Have you or anyone you know ever had a good or bad experience with employment at Fred Meyer? [ ] YES [ ] NO

If YES, please explain: _____

_____

53. Which of the following best describes you? (Please check (√) all that apply.)

| | | | | |
|---|---|---|---|---|
| [ ] Analytical | [ ] Competitive | [ ] Computer geek | [ ] Emotional | [ ] Entrepreneurial |
| [ ] Intelligent | [ ] Judgmental | [ ] Logical | [ ] Old-fashioned | [ ] Opinionated |
| [ ] Outspoken | [ ] Practical | [ ] Selfish | [ ] Sensitive | [ ] Smart |
| [ ] Strict | [ ] Technical | [ ] Visceral | [ ] Other:_____ | |

54. Have you ever served in the military? [ ] YES [ ] NO If YES, when and where did you serve? _____

_____

55. Have you ever belonged to a union? [ ] YES [ ] NO If YES, what union(s)? _____

56. Please list any unions or civic, fraternal, social, political, professional, or religious organizations to which you belong(ed): _____

_____

57. Do you read the Juneau Empire or any other newspapers on a regular basis? [ ] YES [ ] NO  If YES, which ones? _____

58. Do you listen to any radio programs or watch television shows dealing with people working in employment situations where they believe they are unfairly treated? [ ] YES [ ] NO  If YES, which ones? _____

59. Please list 3 people you admire the *most*:

   1. _____
   2. _____
   3. _____

60. Please list 3 people you admire the *least*:

   1. _____
   2. _____
   3. _____

61. Please list the one person whom you feel most influenced your life and tell us why: _____

_____

**Exhibit  A**

62. Are you: [ ] Very conservative [ ] Conservative [ ] Moderate [ ] Liberal [ ] Very Liberal

63. What do you enjoy doing in your spare time? _____
_____

### JUROR OATH

**I hereby swear or affirm that all the answers given in this juror questionnaire are true, correct, and complete to the best of my knowledge.**

_____          _____

**Juror's Signature**                                                              **Date**

**Exhibit A**