CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON, )
 )
         Plaintiff, )
 )
vs. )
 )
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL, )
 )
         Defendants )  Case No. J-04-008 CV (RRB)
 )

## NOTICE OF SUBMISSION OF PROPOSED CERTIFICATION ORDER

While Plaintiff worked diligently with Defendants' counsel to submit a joint Order on Certification, the parties were unable to agree on portions of the order. Accordingly, Plaintiff MYRNA JOHNSON hereby submits her proposed certification order re state court issue, attached hereto.

DATED this 19th day of October, 2007.

        Respectfully submitted,
        CHOATE LAW FIRM LLC

        s/*Mark Choate*
        _____
        MARK CHOATE
        424 N. Franklin Street
        Juneau, AK 99801
        Phone: (907) 586-4490
        Fax: (907) 586-6633
        EM: lawyers@choatelawfirm.com
        AK Bar: 8011070

        Attorneys for Plaintiff

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
Notice of Submission of Proposed Certification Order
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On October 19, 2007, I served the foregoing document described as *Notice of Submission of Proposed Certification Order*, on the interested parties in this action by serving the original true copies, addressed as follows:

| James Dickens | Peter Gruenstein |
|---|---|
| Miller Nash LLP | Gruenstein & Hickey |
| Attorney For: Fred Meyers | Attorney For: Fred Meyers |
| 4400 Two Union Square | 500 L Street, Suite 401 |
| 601 Union Street | Anchorage, AK 99501 |
| Seattle, WA 98101-2352 | Phone: (907) 258-4338 |
| Phone: (206) 622-8484 | Fax: (907) 258-4350 |
| Fax: (206) 622-7485 | |

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system,.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 19, 2007 at Juneau, Alaska.

        s/ Annya Ritchie
       CHOATE LAW FIRM, LLC

2 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
Notice of Submission of Proposed Certification Order
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490