## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  JOHNSON  </u>  v.  <u>  FRED MEYER STORES  </u>

DATE:  <u>  October 24, 2007  </u>   CASE NO.  <u>  1:04-CV-0008-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING MOTION TO CERTIFY QUESTION TO ALASKA SUPREME COURT**

---

Before the Court is Plaintiff Myrna I. Johnson with an <u>unopposed</u> oral motion to certify a question of state law to the Alaska Supreme Court. Inasmuch as the Court concludes that the motion is both well-reasoned and supported by the facts and law, it is hereby **GRANTED**.

Pursuant to Alaska Rule of Appellate Procedure 407, and because it appears to the Court that there is no controlling precedent in the decisions of the Alaska Supreme Court, the Court certifies the following question to the Alaska Supreme Court:

> **Does an at-will employee have a tort public policy claim under Alaska's implied covenant of good faith and fair dealing when an employer discharges that employee in order to replace her with someone with whom her supervisor had a hoped-for romantic interest?**

The Clerk of the U.S. District Court for the District of Alaska is directed to forward this order to the Alaska Supreme Court under the Court's official seal. It is so **ORDERED**.