## *A M E N D E D
## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

MYRNA I. JOHNSON     vs.     FRED MEYER STORES INC.
                             JAIME SAN MIGUEL

BEFORE THE HONORABLE  RALPH R. BEISTLINE   CASE NO. 1:04-CV-00008-RRB

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   MARK CHOATE & JESSICA SRADER - TEL

               DEFENDANT:   PETER GRUENSTEIN - TELEPHONIC (P.M.)

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD 10/05/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:37 p.m. court convened.

Court and counsel heard re Court's Order Re Motion for Reconsideration at Docket 127.

Court and counsel heard re Plaintiff's oral motion to certify the matter to the Alaska Supreme Court and Plaintiff's oral motion to continue trial.

At *10:45 a.m. court recessed until 2:01 p.m.

Court and counsel heard re Plaintiff's oral motion to certify the matter to the Alaska Supreme Court; **GRANTED** and Plaintiff's oral motion to continue trial; **GRANTED.**

Trial by Jury set for **October 9, 2007 is VACATED.**

Parties to file a draft order re certification within 10 days.

At 2:07 p.m. court adjourned.


DATE:     November 7, 2007     DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07