# In the Supreme Court of the State of Alaska

RECEIVED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Myrna I. Johnson,**  )
                        Plaintiff,  )   Supreme Court No. S-12914
              v.  )
                                 )   **Order**
**Fred Meyer Stores,**  )   Certified Question
                                 )   Appellate Rule 407
                       Defendant.  )   Date of Order: **2/22/08**

US District Court Case # **1J-04-00008CV (RRB)**

    Before:    Fabe, Chief Justice, Matthews, Eastaugh, Carpeneti, and Winfree, Justices.

On consideration of the order certifying a question to the Alaska Supreme Court, filed on **11/13/07**,

    IT IS ORDERED:

The court declines to answer the certified question.

Entered at the direction of the court.

                                                Clerk of the Appellate Courts

                                                Marilyn May

cc:    Supreme Court Justices
       Judge Ralph R. Beistline
       U.S. District Court Clerk

Distribution:

| | | |
|---|---|---|
| Mark C Choate | James Dickens | Peter E Gruenstein |
| Choate Law Firm | Miller Nash Wiener Hager & Carlsen | Gruenstein & Hickey |
| 424 N Franklin Street | 601 Union Street - 4400 Two Union Square | 1029 W 3rd Avenue, Suite 510 |
| Juneau AK 99801 | Seattle WA 981012352 | Anchorage AK 99501 |