```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

 MYRNA I JOHNSON   vs.  FRED MEYER STORES INC., ET AL.

BEFORE THE HONORABLE RALPH R. BEISTLINE
CASE NO.            1:04-CV-00008-RRB

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    JAMES R. DICKENS, TELEPHONIC

               DEFENDANT:    MARK C. CHOATE, TELEPHONIC

PROCEEDINGS: OTHER: TRIAL SCHEDULING CONFERENCE HELD 03/06/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

Court and counsel heard re case status, clarification of issues and jury instructions.

Final Pretrial Conference set **August 7, 2008 at 9:00 a.m. in Anchorage, Alaska.**

Trial by Jury set **August 11, 2008 at 9:00 a.m. in Juneau, Alaska.**

At 11:22 a.m. court adjourned.


DATE:     March 6, 2008        DEPUTY CLERK'S INITIALS:   CME


Revised 6/18/07