UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., and<br>JAIME SAN MIGUEL,<br><br>    Defendants | Case No. J-04-008 CV (RRB) |

### STIPULATION FOR EXTENSION OF TIME

The parties stipulate that Plaintiff may have until **April 4, 2008** to respond to the Motions by Defendant re Jury Instructions and Individual Defendant. Defendants' Reply will be due on **April 18, 2008**.

DATED Thursday, March 27, 2008, at Juneau, Alaska.

CHOATE LAW FIRM LLC

s/*Mark Choate*
_____
MARK CHOATE
AK Bar: 8011070

MILLER NASH LLP

s/*James Dickens*
_____
JAMES DICKENS
AK Bar: 0610063

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
STIPULATION FOR EXTENSION OF TIME
J-04-008 CV (RRB)

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On March 27, 2008, I served the foregoing document described as **STIPULATION FOR EXTENSION OF TIME**, on the interested parties in this action by serving the original true copies, addressed as follows:

> James Dickens
> Miller Nash LLP
> Attorney For: Fred Meyers
> 4400 Two Union Square
> 601 Union Street
> Seattle, WA 98101-2352
> Phone: (206) 622-8484
> Fax: (206) 622-7485
>
> Peter Gruenstein
> Gruenstein & Hickey
> Attorney For: Fred Meyers
> 500 L Street, Suite 401
> Anchorage, AK 99501
> Phone: (907) 258-4338
> Fax: (907) 258-4350

☒ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 27, 2008 at Juneau, Alaska.

_____
CHOATE LAW FIRM, LLC

2 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
UNOPPOSED MOTION FOR EXTENSION OF TIME
J-04-008 CV (RRB)

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490