Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., and<br>JAIME SAN MIGUEL,<br><br>    Defendants | Case No. J-04-008 CV (RRB) |

### ORDER EXTENDING TIME

The Court having considered the Stipulation for Extension of Time and being otherwise duly informed in the premises;

It is hereby ORDERED that Plaintiff shall have until April 4, 2008 to file her Opposition to the Motions by Defendant regarding Jury Instructions and Individual Defendants and Defendants shall have until April 18, 2008 to file any Reply to that Opposition.

DATED _____.

 

_____
Honorable Ralph R. Beistline
District Court Judge

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
ORDER EXTENDING TIME TO FILE OPPOSITION
J-04-008 CV (RRB)

## PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On March 27, 2008, I served the foregoing document described as **ORDER EXTENDING TIME,** on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 27, 2008 at Juneau, Alaska.

_____
CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
ORDER EXTENDING TIME
J-04-008 CV (RRB)