UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FRED MEYER STORES, INC., and JAIME SAN MIGUEL, | ) ) ) |
| Defendants | ) Case No. J-04-008 CV (RRB) ) |

## QUALIFIED NONOPPOSITION TO MOTION TO DISMISS INDIVIDUAL DEFENDANT JAIME SAN MIGUEL

This Court has ruled that Plaintiff may not bring the public policy tort claim that her wrongful discharge was motivated by an intent by Defendant San Miguel to replace her with someone else whom he had a "hoped-for romantic interest". Given this decision, Plaintiff's claim for breach of the covenant of good faith and fair dealing sounds only in contract. For these reasons only, Plaintiff does not oppose the dismissal of Defendant San Miguel.

Should the Court or an appellate court reconsider this decision and conclude that the conduct in fact would be a violation of public policy and tortious, Plaintiff requests the right to reinstate the claims against San Miguel.

DATED Friday, April 04, 2008, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/Mark Choate
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801

1 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
QUALIFIED NONOPPOSITION TO MOTION TO DISMISS INDIVIDUAL DEFENDANT, JAIME SAN MIGUEL
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

2 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
QUALIFIED NONOPPOSITION TO MOTION TO DISMISS INDIVIDUAL DEFENDANT, JAIME SAN MIGUEL
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On April 4, 2008, I served the foregoing document described as QUALIFIED NONOPPOSITION TO MOTION TO DISMISS INDIVIDUAL DEFENDANT, JAIME SAN MIGUEL, on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 4, 2008 at Juneau, Alaska.

_____
CHOATE LAW FIRM, LLC

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

3 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
QUALIFIED NONOPPOSITION TO MOTION TO DISMISS INDIVIDUAL DEFENDANT, JAIME SAN MIGUEL
J-04-008 CV (RRB)