James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338

    Attorneys for Defendants

Hon. Ralph R. Beistline

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

### REPLY ON MOTION TO DISMISS INDIVIDUAL DEFENDANT

    Defendants Fred Meyer Stores, Inc. and Jaime San Miguel moved to dismiss Mr. San Miguel as an individual defendant. Plaintiff did not oppose the dismissal of Mr. San Miguel because her only remaining claim sounds in contract. Whether or not this case is appealed, whatever rights plaintiff might have to reinstate a claim against Mr. San Miguel on claims previously dismissed are not before the Court at this time. Accordingly, defendants ask the Court to enter an order dismissing the remaining claim against Jaime San Miguel for an alleged breach of the covenant of good faith and fair dealing on a contract theory. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 18th day of April, 2008.

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail:
    jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on April 18, 2008, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

REPLY ON MOTION TO DISMISS INDIVIDUAL DEFENDANT
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:327561.1