UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>          Defendants. | Case No. 1J-04-008-CV (RRB) |

### [PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANT JAIME SAN MIGUEL

This matter came before the Court on the motion of Jaime San Miguel to dismiss him as an individual defendant with regard to plaintiff's remaining claim of an alleged breach of the implied covenant of good faith and fair dealing. Plaintiff does not oppose the motion.

The sole remaining claim by plaintiff is an alleged breach of the implied covenant of good faith and fair dealing as a breach of contract. Individual defendant Jaime San Miguel is not a party to the employment contract between plaintiff Myrna Johnson and her employer, Fred Meyer Stores, Inc. Accordingly, the claim of

[PROPOSED] ORDER DISMISSING
INDIVIDUAL DEFENDANT JAIME SAN MIGUEL
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 1 of 2

SEADOCS:327565.1

wrongful discharge against Mr. San Miguel for breach of the implied covenant of good faith and fair dealing on a contract basis is hereby dismissed with prejudice.

DATED this _____ day of _____, 2008.

_____
Ralph R. Beistline
United States District Judge

[PROPOSED] ORDER DISMISSING
INDIVIDUAL DEFENDANT JAIME SAN MIGUEL
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:327565.1