UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON, )
)
    Plaintiff, )
)
vs. )
)
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL, )
)
    Defendants. ) J-04-008 CV (RRB)
)

### REPLY TO OPPOSITION TO MOTION TO STRIKE

    This Court's orders and findings regarding the law are final. Defendants have not requested reconsideration of those orders or relief pursuant to FRCP 60(b). Under these circumstances, Defendants' attempt to reargue those legal decisions by the sleight of hand of submitting instructions which do follow the law of the case, is offensive to justice and due process. For these reasons, the Defendants' Motion re: Jury Instructions should be struck and costs awarded.

    Counsel for plaintiff will prepare special jury instructions and file them with the Court by Friday, May 2, 2008.

    DATED Wednesday, April 23, 2008, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/Mark Choate
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

1 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
REPLY TO OPPOSITION TO MOTION TO STRIKE
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

## PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On April 23, 2008, I served the foregoing document described as **REPLY TO OPPOSITION TO MOTION TO STRIKE,** on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 23, 2008 at Juneau, Alaska.

_____
CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2 of 2

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
REPLY TO OPPOSITION TO MOTION TO STRIKE
J-04-008 CV (RRB)