James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA 98101-2352  
Telephone: (206) 622-8484  

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage, AK 99501  
Telephone: (907) 258-4338  

    Attorneys for Defendants  

Hon. Ralph R. Beistline

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

## ERRATA RE OPPOSITION TO FURTHER RESPONSE BY PLAINTIFF TO MOTION ON JURY INSTRUCTIONS

On April 25, 2008, defendant Fred Meyer Stores, Inc. filed its opposition to further response by plaintiff to motion on jury instructions (Docket No. 145). On pages 2 and 3, Fred Meyer's opposition memo incorrectly referenced plaintiff's requested extension and subsequent motion to strike (Docket No. 140) as being filed April 14, 2008, whereas the correct date of filing was April 4, 2008.

RESPECTFULLY SUBMITTED this 29th day of April, 2008.

            MILLER NASH LLP

            s/ James R. Dickens
            Miller Nash LLP
            4400 Two Union Square
            601 Union Street
            Seattle, WA 98101-2352
            Phone: (206) 622-8484
            Fax: (206) 622-7485
            E-mail:
              jim.dickens@millernash.com
            ABA No. 0610063

            GRUENSTEIN & HICKEY

            s/ Peter Gruenstein
            Gruenstein & Hickey
            Resolution Plaza
            1029 W. 3rd Avenue, Suite 510
            Anchorage, AK 99501
            Phone: (907) 258-4338
            Fax: (907) 258-4350
            E-mail: ghlaw@gci.net
            ABA No. 7910079

            Attorneys for Defendants

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

<u>Certificate of Service</u>

I hereby certify that on April 29, 2008, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

ERRATA RE OPPOSITION TO FURTHER RESPONSE BY PLAINTIFF
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2