James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage AK 99501
Telephone: (907) 258-4338

Hon. Ralph R. Beistline

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a<br>Delaware Corporation, and<br>JAIME SAN MIGUEL,<br><br>          Defendants. | Case No. 1J-04-008-CV (RRB) |

### DEFENDANT FRED MEYER'S
### SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS
### WITH CITATIONS

Defendant Fred Meyer Stores, Inc., hereby requests that the Court give the attached supplemental instructions to the jury during the trial of this matter.

DEFENDANT FRED MEYER'S
SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 1 of 2
SEADOCS:346041.1

RESPECTFULLY SUBMITTED this  15th  day of July, 2008.

        MILLER NASH LLP

        s/ James R. Dickens
        James R. Dickens
        ABA No. 0610063

        GRUENSTEIN & HICKEY

        s/ James R. Dickens
        Peter Gruenstein
        ABA No. 7910079

        Attorneys for Defendants

DEFENDANT FRED MEYER'S
SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS
Johnson v. Fred Meyer Stores, Inc. and Jaime San Miguel
Case No. 1J-04-008-CV (RRB)
Page 2 of 2
SEADOCS:346041.1

## INSTRUCTION NO. _____

If you find in favor of plaintiff on her claim of wrongful discharge, as defined for you in another instruction, plaintiff has a duty to mitigate damages by seeking lawful employment. To the extent that the plaintiff was neither engaged in nor seeking lawful employment because she was engaged in unlawful activity, you may consider that fact in evaluating to what extent, if any, she fulfilled or failed to fulfill her obligation to mitigate damages.

Any earnings or income plaintiff received from any unlawful activity should be considered in evaluating any alleged damages incurred by plaintiff.

---

See cites to Defendants' Proposed Instruction No. 12

Defendants' Proposed Jury Instruction No. 18

SEADOCS:346041.1

INSTRUCTION NO. _____

The evidence that the plaintiff was convicted of a crime may be considered, along with all other evidence, in deciding whether or not to believe the plaintiff and how much weight to give to her testimony and for no other purpose.

---

9th Circuit Model Civil Jury Instruction No. 2.8 (Impeachment Evidence – Witness)

Defendants' Proposed Jury Instruction No. 19

SEADOCS:346041.1