James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338

    Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

### NOTICE OF UNAVAILABILITY ON JULY 25, 2008

I am lead counsel for defendant Fred Meyer Stores, Inc. This case currently is set for trial in Juneau, Alaska, beginning on Monday, August 11, 2008.

At the pretrial conference with the Court on Thursday, March 6, 2008, we selected dates for the final pretrial conference and trial. The trial was set for August 11, 2008. The pretrial conference date was set for Thursday, August 7, 2008, at 9:00 a.m. due to conflicts in my schedule the prior two weeks. Those conflicts still remain.

On Friday, July 11, 2008, we received notice that the Final Pretrial Conference has been rescheduled for Friday, July 25, 2008, at 9:30 a.m. I am not available that day at all.

I am unavailable July 21-23, 2008, because of a trial which I expect to end on July 23, 2008. Thereafter, I am unavailable and without cell phone availability on Thursday, July 24, and Friday, July 25, 2008, because of long-planned vacation from July 24-27, 2008 for which I already have paid (non-refundable at this stage). The following week I am attending a business meeting in Colorado from Tuesday, July 29, until Sunday, August 3, 2008. Therefore, the only days I am available for the Final Pretrial Conference prior to trial on August 11, 2008, are Monday, July 28, until 3:00 p.m. and August 4, 5, 6 or 7, 2008.

I respectfully request that the Court reset the Final Pretrial Conference on either July 28, 2008, prior to 3:00 p.m., or August 4-7, 2008. As lead counsel for defendant it is important that I be available for this Final Pretrial Conference in this case which continues to have multiple issues which I want to address with the Court at that time.

DATED this 15th day of July, 2008.

Respectfully submitted,

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail:
    jim.dickens@millernash.com
ABA No. 0610063

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE OF UNAVAILABILITY ON JULY 25, 2008
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 3

SEADOCS:346060.1

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on ___July 15___, 2008, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484