James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
Telephone:  (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK  99501
Telephone:  (907) 258-4338

    Attorneys for Defendants

Hon. Ralph R. Beistline

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>    Defendants. | Case No. 1J-04-008-CV (RRB) |

## **NOTICE OF FILING PROPOSED ORDER**

Attached herewith is defendant Fred Meyer Stores, Inc.'s proposed order granting limited discovery in relation to the Notice of Intent to Impeach Plaintiff re Felony Convictions; Motion for Further Discovery filed July 15, 2008 (Docket 150).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 18th day of July, 2008.

        Respectfully submitted,

        MILLER NASH LLP

        s/ James R. Dickens
        Miller Nash LLP
        4400 Two Union Square
        601 Union Street
        Seattle, WA 98101-2352
        Phone:  (206) 622-8484
        Fax:  (206) 622-7485
        E-mail:  jim.dickens@millernash.com
        ABA No. 0610063

        GRUENSTEIN & HICKEY

        s/ Peter Gruenstein
        Gruenstein & Hickey
        Resolution Plaza
        1029 W. 3rd Avenue, Suite 510
        Anchorage, AK 99501
        Phone:  (907) 258-4338
        Fax:  (907) 258-4350
        E-mail:  ghlaw@gci.net
        ABA No. 7910079

        Attorneys for Defendants

Certificate of Service

I hereby certify that on July 18, 2008, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE OF FILING PROPOSED ORDER
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:346474.1