James R. Dickens
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Telephone: (206) 622-8484

Peter Gruenstein
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338

Attorneys for Defendants

Hon. Ralph R. Beistline

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MYRNA I. JOHNSON,

Plaintiff,

v.

FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,

Defendants.

Case No. 1J-04-008-CV (RRB)

**ORDER GRANTING LIMITED DISCOVERY [PROPOSED]**

This matter came before the court on the motion by Defendant Fred Meyer Stores, Inc., for additional limited discovery because of the recent notice of plaintiff Myrna I. Johnson's plea of guilty to the felony of trafficking in counterfeit goods in the District Court for the District of South Carolina.

Defendant's motion is GRANTED. Plaintiff shall be produced for a telephone deposition by defense counsel not later than August 6, 2008, and for not more than two hours. Such examination shall be limited to issues arising from the facts and

circumstances underlying the criminal charge against plaintiff in South Carolina and her subsequent plea of guilty to the federal charge.

It is further Ordered that plaintiff shall produce all federal and state income tax returns not previously produced for defendant for the time frame from leaving defendant's employ to date. These returns shall be produced no later than August 1, 2008.

DATED this _______ day of __________, 2008.

_____________________________
Ralph R. Beistline
United States District Judge

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484