James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA  98101-2352  
Telephone:  (206) 622-8484  

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage, AK  99501  
Telephone:  (907) 258-4338  

    Attorneys for Defendants

Hon. Ralph R. Beistline

UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

MYRNA I. JOHNSON,

        Plaintiff,

    v.

FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,

        Defendants.

Case No. 1J-04-008-CV (RRB)

## NOTICE OF TRIAL LENGTH

In response to the Court's Minute Order of July 16, 2008 (Docket 153), on behalf of defendant Fred Meyer Stores, Inc., we hereby provide the Court our estimate of the anticipated total length of trial time in this case.

Defendant Fred Meyer anticipates this case will take a total of six to eight trial days. We would hope it is shorter but we expect one day for jury selection and opening statements, about three days for plaintiff's case (per earlier estimates from plaintiff's counsel) and two or three days for defendants' case and plaintiff's rebuttal, and then a half day for closing. Accordingly, our expectation is that the case would end by Tuesday, August 19, 2008, or Wednesday, August 20, 2008.

NOTICE OF TRIAL LENGTH  
Johnson v. Fred Meyer  
Case No. 1J-04-008-CV  
Page 1 of 2

SEADOCS:346120.1

DATED this 18th day of July, 2008.

    Respectfully submitted,

MILLER NASH LLP

s/ James R. Dickens
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: jim.dickens@millernash.com
ABA No. 0610063

GRUENSTEIN & HICKEY

s/ Peter Gruenstein
Gruenstein & Hickey
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw@gci.net
ABA No. 7910079

Attorneys for Defendants

Certificate of Service

I hereby certify that on July 18, 2008, a copy of the foregoing was served electronically on:

Mark Choate
lawyers@choatelawfirm.com

s/ James R. Dickens

MILLER NASH LLP
ATTORNEYS AT LAW
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE WA 98101-2352
TELEPHONE (206) 622-8484

NOTICE OF TRIAL LENGTH
Johnson v. Fred Meyer
Case No. 1J-04-008-CV
Page 2 of 2

SEADOCS:346120.1