Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

MYRNA I. JOHNSON, )
 )
 Plaintiff, )
 )
 vs. )
 )
FRED MEYER STORES, INC., and )
JAIME SAN MIGUEL, )
 )
 Defendants )   Case No. J-04-008 CV (RRB)
 )

## PLAINTIFF'S 2ND AMENDED EXHIBIT LIST

Plaintiff, through counsel, submits her 2nd Amended Exhibit List to include updated financial information incurred due to the continuance of the original trial date pending a ruling on the certified question submitted to the State Supreme Court.

| EXH. # | ADM | ID | DESCRIPTION |
|---|---|---|---|
| 1 | | | Fred Meyer Employment Application |
| 2 | | | Myrna Johnson's PSI Test and Results |
| 3 | | | Myrna Johnson's Fred Meyer Performance Appraisals |
| 4 | | | Fred Meyer Thank You (employee appreciation cards) |
| 5 | | | Myrna Johnson's Fred Meyer Payroll Information |
| 6 | | | Myrna Johnson's Timekeeper/punch detail History from 01/01/02 thru 05/13/02 |
| 7 | | | Fred Meyer Employee Warning notice to Myrna Johnson dated 03/18/02 |

1 of 5

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
PLAINTIFF'S 2ND AMENDED EXHIBIT LIST
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

|   |   |   |   |
|---|---|---|---|
| 8  | | | Handwritten "Daily Tour" of tasks for Myrna Johnson dated 03/13/02 |
| 9  | | | Daily Tour & Assignment control of tasks for Myrna Johnson dated 03/14/02 |
| 10 | | | Fred Meyer "Office Vision" to and from Jaime San Miguel to Myrna Johnson dated 03/12/02 |
| 11 | | | Myrna Johnson's log of events from 03/12/02 thru 03/19/02 |
| 12 | | | Myrna Johnson's 2001 Income Tax Return |
| 13 | | | Myrna Johnson's 2002 Income Tax Return |
| 14 | | | Myrna Johnson's 2003 Income Tax Return |
| 15 | | | Myrna Johnson's 2004 Income Tax Return |
| 16 | | | Myrna Johnson's 2005 Income Tax Return |
| 17 | | | Myrna Johnson's Fred Meyer Employee Benefit Tables |
| 18 | | | Deposition of Myrna Johnson |
| 19 | | | Affidavit of Myrna Johnson |
| 20 | | | Fred Meyer Employee Handbook |
| 21 | | | ALE Relief Assistant Manager Training Program Manual |
| 22 | | | ALE Assistant Manager Training Program Manual |
| 23 | | | Fred Meyer Store Job Description for ALE Assistant Manager |
| 24 | | | Fred Meyer Visual Merchandising Standards Manual |
| 25 | | | Fred Mayer Excellence in Supervision Training Manual |
| 26 | | | Fred Meyer Positive Discipline Training Materials |
| 27 | | | Fred Meyer Organizational Charts |
| 28 | | | Fred Meyer Employee Awareness: Sexual Harassment Manual |
| 29 | | | Coastal Human Resources: Diversity Food for Thought |
| 30 | | | Fred Meyer Corporate Handbook Policy |
| 31 | | | Affidavit of Mathew Laney |
| 32 | | | Alaska State Commission for Human Rights, Records of Interview of Sarah Dexter |
| 33 | | | Affidavit of Sarah Dexter dated 10/24/02 |
| 34 | | | Affidavit of Mary Droddy dated 06/16/04 |
| 35 | | | Letter from Mary Droddy to Mary Lucas |
| 36 | | | Affidavit of Mary Droddy dated 09/02/06 |
| 37 | | | Alaska State Commission for Human Rights record interview of Rhonda Cox dated 01/15/03 |
| 38 | | | Affidavit of Rhonda Cox dated 09/02/06 |
| 39 | | | Affidavit of Paz Carrillo dated 06/07/04 |
| 40 | | | Affidavit of Charina Fontenot dated 06/08/04 |
| 41 | | | Affidavit of Maranda Wilburn |
| 42 | | | Apparel Assistant Manager Job Announcement and Job Description |
| 43 | | | Johnna Havard's Fred Meyer Employee File |
| 44 | | | Complaints about Jaime San Miguel, and Mary Lucas Investigation |

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

2 of 5

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)* [23003].
PLAINTIFF'S 2ND AMENDED EXHIBIT LIST
J-04-008 CV (RRB)

|    |    | |    |
|----|----|-|----|
|    |    | | notes |
| 45 |    | | Deposition of Johnna Havard dated 01/25/06 |
| 46 |    | | Affidavit of Johnna Havard dated 02/12/04 |
| 47 |    | | Videotaped Deposition of Mary Hill dated 05/26/2006 |
| 48 |    | | Videotaped Deposition of Mary Hill dated 10/25/2006 |
| 49 |    | | Department of Community Colleges and Workforce Development- Workforce Partners description of Fred Meyer |
| 50 |    | | Myrna Johnson's request for personal leave of absence dated 02/13/02 |
| 51 |    | | Myrna Johnson's employment history and resume |
| 52 |    | | Deposition of Jaime San Miguel dated 01/24/06 |
| 53 |    | | Deposition of Fred Sayre dated 01/27/06 |
| 54 |    | | Jaime San Miguel's Fred Meyer Employment File |
| 55 |    | | Myrna Johnson's Havasu Landing Resort & Casino Employment File |
| 56 |    | | Myrna Johnson's Alaska Digitel/PacificCom Alaska Employment File |
| 57 |    | | Myrna Johnson's Handleman Company Employment File |
| 58 |    | | Demonstrative Exhibits |
| 59 |    | | Fred Meyer Final Check Worksheet March 19, 2002 |
| 60 |    | | Myrna Johnson's 2006 Tax Return |
| 61 |    | | Myrna Johnson's 2007 Tax Return |
| 62 |    | | Myrna Johnson's 2008 Year to Date earnings through 7/17/08 |

DATED Thursday, July 31, 2008, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/Mark Choate

MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

3 of 5

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
PLAINTIFF'S 2ND AMENDED EXHIBIT LIST
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

## PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On July 31, 2008, I served the foregoing document described as , on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyers
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyers
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

4 of 5

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
PLAINTIFF'S 2ND AMENDED EXHIBIT LIST
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 31, 2008 at Juneau, Alaska.

_____
CHOATE LAW FIRM, LLC

5 of 5

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
PLAINTIFF'S 2ND AMENDED EXHIBIT LIST
J-04-008 CV (RRB)

CHOATE LAW FIRM

File #: _____

Calendar Date: _____

Deadline Date: _____

Reviewed By: _____

Send Copy to:

Instruction: