IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., a Delaware corporation; and JAIME SAN MIGUEL,<br><br>      Defendants. | Case No. 1:04-cv-0008-RRB<br><br>**ORDER RE DOCKET 150** |

      Before the Court, at Docket 150, is Defendant with a Notice of Intent to Impeach Plaintiff Re Felony Conviction: Motion for further Discovery, which is opposed by Plaintiff at Docket 158.

      The Court is not inclined, at this time, to permit evidence of the conviction to go to the jury, for its relevance appears minimal under the circumstances, while its prejudice and potential for confusion is great.  The Court, therefore, **DENIES** this request at present, without prejudice, and will consider the matter further after Plaintiff's deposition is taken.

      ENTERED this 5th day of August, 2008.

                          S/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE