UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


JOHNSON v. FRED MEYER

DATE:   August 6, 2008        CASE NO.   1:04-CV-0008-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DRAFT INSTRUCTIONS**

---

Attached are draft jury instructions and a verdict form for counsel to review prior to the Pretrial Conference on Thursday, August 7, 2008.