IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>           Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC., A<br>Delaware corporation,<br><br>           Defendant. | Case No. 1:04-cv-0008-RRB<br><br><br>**<u>VERDICT</u>** |

We the jury, duly empaneled to try the above-entitled matter, do find, by a preponderance of the evidence, as follows:

1.   Was Plaintiff Myrna I. Johnson improperly terminated from her employment with Defendant, in violation of the implied covenant of good faith and fair dealing?

ANSWER: Yes _____ No _____

If the answer is YES, please proceed to No. 2.  If the answer is NO, do not answer No. 2.  Date and sign this Verdict and notify the bailiff that you have concluded your deliberations and have reached a verdict.

2.    How much money, if any, should Plaintiff be paid to compensate her for the economic damages she sustained as a result of the improper termination?

ANSWER: $_____

DATED this _____ day of August, 2008.

_____
FOREPERSON