IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. _O : O 6 — 1223_ |
| | ) | 18 USC § 2320(a) |
| v. | ) | |
| | ) | |
| MYRNA I. JOHNSON | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

From on or about October 26, 2004, through on or about December 31, 2004, in the

District of South Carolina, Defendant MYRNA I. JOHNSON, intentionally did traffic and

attempt to traffic in goods, that is, wallets, purses, duffel bags, socks, shoes, sunglasses, and

key chains, and knowingly used counterfeit marks on and in connection with such goods, that

is marks for Tommy Hilfiger, Louis Vuitton, Gucci, Prada, Burberry, Kate Spade, Oakley,

and Coach, which counterfeit marks were identical with and substantially indistinguishable

from genuine marks in use and registered for those goods on the principal register in the

United States Patent and Trademark Office, and the use of which counterfeit marks was

likely to cause confusion, to cause mistake, and to deceive;

In violation of Title 18, United States Code, Section 2320(a).

A  TRUE  BILL

s/Foreperson
FOREPERSON

s/Reginald I. Lloyd
REGINALD I. LLOYD    (WDH)
UNITED STATES ATTORNEY

8/6/08 - Dep. of Myrna Johnson                    Ex. 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

UNITED STATES OF AMERICA

VS                                    CR NO. **0:06-1223-MJP**

MYRNA I. JOHNSON

# PLEA

The defendant, **MYRNA I. JOHNSON**, having withdrawn HER plea of Not Guilty

entered 3/6/07, pleads **GUILTY** to Count **ONE** of the **INDICTMENT** after arraignment in

open court.

_____
(Signed) Defendant

COLUMBIA, South Carolina
December 4, 2007

8/6/08   Dep. of Myrna Johnsm          Ex. 7