```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

   MYRNA I. JOHNSON           vs. FRED MEYER STORES INCORPORATED

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 1:04-CV-00008-RRB

DEPUTY CLERK/RECORDER:       SAMANTHA LARK

APPEARANCES:   PLAINTIFF:    MARK CHOATES - TELEPHONIC

               DEFENDANT:    JAMES R. DICKENS - TELPHONIC
                             PETER E. GRUENSTEIN

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD AUGUST 7, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

Court and counsel heard re plaintiff's prior conviction, Opening Statements, Voir Dire, Jurors and Peremptory Challenges.

Court and counsel heard re plaintiff's Oral Motion to Exclude any Questions Regarding Plaintiff's prior Bankruptcy; **GRANTED**. Court ordered parties not to mention plaintiff's prior bankruptcy in front of jury panel.

Court and counsel heard re defendant's Oral Motion to Dismiss Case; **DENIED.**

Court and counsel heard re Defendant's Motion at Docket 137; Court clarified previous ruling and directed caption be amended as follows "*Myrna I. Johnson vs Fred Meyer Stores Incorporated*".

Court and counsel heard re Witnesses, Jury Instructions and Video Depositions, Verdict forms, Exhibits and Trial Days.

At 10:01 a.m. court adjourned.




DATE:   August 7, 2008         DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07