```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  MYRNA I. JOHNSON                vs.  FRED MEYER STORES INCORPORATED

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 1:04-CV-00008-RRB

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

APPEARANCES:   PLAINTIFF:     MARK C. CHOATE

               DEFENDANT:     JAMES R. DICKENS
                              PETER E. GRUENSTEIN

PROCEEDINGS: TRIAL BY JURY DAY - 1  HELD AUGUST 11, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened without the 25 prospective jurors present.

Court and counsel heard re Deps Machine, Proposed Jury Instructions, Witnesses, Hearsay issues, 403 issues, Mr. Laney's Affidavit, defendant's Motion in Limine and Jurors.

At 9:11 a.m. court recessed until 9:25 a.m. without 25 Prospective Jurors present.

Court and counsel heard re verdict form.

At 9:26 a.m. 25 prospective jurors entered the courtroom.

Court introduced parties.

Oath to jurors as to qualifications administered.

General voir dire conducted.

At 9:49 a.m. Juror #8 excused for cause.

At 9:51 a.m. Juror #16 and #2 excused for cause.

Court instructed clerk to call 14 names; 14 names called.

Individual voir dire conducted.

At 10:15 a.m. Juror #3, 4 and 7 excused for cause.

Court instructed clerk to call 3 names; 3 names called.

                        CONTINUED TO PAGE 2

DATE:   August 11, 2008           DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
         MYRNA I. JOHNSON vs FRED MEYER STORES INCORPORATED
                          1:04-CV-00008-RRB
                        TRIAL BY JURY - DAY 1
                          AUGUST 11, 2008
```
-----------------------------------------------------------------

Court admonished prospective jurors.

At 10:28 a.m. the prospective jurors exited the courtroom.

Court and counsel heard re any concerns.

At 10:29 a.m. court recessed until 10:44 a.m. without the prospective jurors present.

Court and counsel heard re jurors.

At 10:46 a.m. the prospective jurors entered the courtroom.

Individual voir dire continued.

At 11:07 a.m. the prospective jurors exited the courtroom.

Court and counsel heard re peremptory challenges and parties concern of courtroom set up.

At 11:09 a.m. court recessed until 11:26 a.m. without prospective jurors present.

Peremptory challenges taken; jury panel of 8 selected.

At 11:31 a.m. prospective jurors entered the courtroom.

Court instructed clerk to call 8 names; 8 names called.

At 11:34 a.m. court thanked and excused excess jurors.

Oath as to trial jurors administered.

Court read proposed jury instructions, admonished the jurors and read parties stipulation of facts to jury panel.

At 11:45 a.m. jury panel exited the courtroom.

Court and counsel heard re courtroom set up, proposed jury instructions and opening statements.

                         CONTINUED TO PAGE 3

DATE: __August 11, 2008__          DEPUTY CLERK'S INITIALS: _sal_

Revised 6/18/07

```
                  CONTINUATION - PAGE 3
       MYRNA I. JOHNSON vs FRED MEYER STORES INCORPORATED
                       1:04-CV-00008-RRB
                     TRIAL BY JURY - DAY 1
                        AUGUST 11, 2008
```
---
At 11:49 a.m. court recessed until 1:03 p.m. without the jury panel present.

Court and counsel heard re deps machine and microphones.

At 1:07 p.m. jury panel entered the courtroom.

Opening Statements Heard.

At 2:03 p.m. jury panel exited the courtroom.

Court and counsel heard re witness order.

At 2:03 court recessed until 2:16 p.m. without jury panel present.

Court and counsel heard re plaintiff's first witness.

At 2:18 p.m. jury panel entered the courtroom.

Myrna Johnson sworn and testified on behalf of the plaintiff. Defendant's exhibit L **ADMITTED.**

At 3:39 p.m. jury panel exited the courtroom.

Court and counsel heard re length of witness testimony.

At 3:40 p.m. court recessed until 3:54 p.m. without jury panel present.

Court and counsel heard re witness notes.

At 3:35 p.m. jury panel entered courtroom.

Myrna Johnson resumed the stand and testified further on behalf of the plaintiff.

Court admonished the jury panel and the jury panel exited the courtroom to reconvene Tuesday August 12, 2008 at 9:00 a.m.

Court and counsel heard re cross examination of witness, plaintiff's bankruptcy and length of trial.

At 4:35 p.m. court recessed this matter to reconvene **Tuesday August 12, 2008 at 8:55 a.m.**

DATE:___August 11, 2008_____   DEPUTY CLERK'S INITIALS:_sal___
Revised 6/18/07