(Rev 8/08)                                **LIST OF EXHIBITS**

Case No.  1:04-CR-00008-RRB                   Judge:  **RALPH R. BEISTLINE**

Title      MYRNA I. JOHNSON
   vs.
           FRED MEYER STORES INCORPORATED

Dates of Trial:    AUGUST 11, 2008  *thru August 15, 2008*

Deputy Clerk/Recorder: SAMANTHA LARK

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| MARK C. CHOATE | JAMES R. DICKENS |
|  | PETER E. GRUENSTEIN |
|  |  |

------------------------------EXHIBITS------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | AD | | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | | | | A | | | |
| 2 | ✓ | | 8/12/08 → 1998 4 pages | B | | ✓ | 8/12/08 Employee Conduct Form |
| 3 | | | | C | | ✓ | 8/13/08 Performance 12/21/01 |
| 4 | | | | D | X | | 8/12/08 Leave Request |
| 5 | ✓ | | Ms. Johnson Payroll Info. | E | X | | 8/12/08 Emails |
| 6 | | | | F | X | | 8/12/08 Emails |
| 7 | | | | G | X | | 8/12/08 Tour - to do list |
| 8 | ✓ | | 8/15/08 Tour document | H | X | | 8/12/08 Email - Excellence in Exec. |
| 9 | | | | I | X | | 8/12/08 Email |
| 10 | | | | J | X | | 8/12/08 Emails |
| 11 | | | | K | X | | 8/12/08 Email 3/16/02 |

(Rev 8/08)

# LIST OF EXHIBITS

Case No. 1:04-CR-00008-RRB            Judge: **RALPH R. BEISTLINE**

Title     MYRNA I. JOHNSON
vs.
          FRED MEYER STORES INCORPORATED

Dates of Trial:    AUGUST 11, 2008

Deputy Clerk/Recorder: SAMANTHA LARK

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| MARK C. CHOATE | JAMES R. DICKENS |
|  | PETER E. GRUENSTEIN |
|  |  |

----------EXHIBITS----------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | AD | | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 |  |  |  | L | X | 8/11/08 | Letter of discipline |
| 13 | ✓ |  | Tax Forms | M |  |  |  |
| 14 |  |  |  | N | X | 8/12/08 | Job Posting |
| 15 | ✓ | 8/12/08 | Tax Forms | O | X | 8/12/08 | Tax Form |
| 16 | ✓ | 8/12/08 | Tax Forms | P | X | 8/12/08 | Tax form |
| 17 |  |  |  | Q | X | 8/12/08 | 2003 Income tax return |
| 18 |  |  |  | R |  |  |  |
| 19 |  |  |  | S |  |  |  |
| 20 | ✓ | 8/12/08 | Tax Return | T |  |  |  |
| 21 | ✓ | 8/12/08 | Tax Return | U |  |  |  |
| 22 | ✓ | 8/12/08 | Tax Return | V |  |  |  |