Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MYRNA I. JOHNSON, ) ) Plaintiff, ) ) vs. ) ) FRED MEYER STORES, INC., ) ) Defendant. ) ) ) | Case No. J-04-008 CV (RRB) |

## **NOTICE OF FILING PROPOSED JUDGMENT**

The Plaintiff, MYRNA I. JOHNSON, through counsel, gives notice of her filing a (proposed) Judgment pursuant to the Court's Minute Order dated August 19, 2008 at Docket No. 176.

DATED Thursday, August 28, 2008, at Juneau, Alaska.

                                              Respectfully submitted,
                                              CHOATE LAW FIRM LLC

                                              s/*Mark Choate*
                                              _____
                                              MARK CHOATE
                                              424 N. Franklin Street
                                              Juneau, AK 99801
                                              Phone: (907) 586-4490
                                              Fax: (907) 586-6633

1 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
NOTICE OF FILING PROPOSED JUDGMENT
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

2 of 3

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
NOTICE OF FILING PROPOSED JUDGMENT
J-04-008 CV (RRB)

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On August 28, 2008, I served the foregoing document described as **NOTICE OF FILING (PROPOSED) JUDGMENT,** on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyer Stores, Inc.
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyer Stores, Inc.
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 28, 2008 at Juneau, Alaska.

s/*Mark Choate*

CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
NOTICE OF FILING PROPOSED JUDGMENT
J-04-008 CV (RRB)