Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| MYRNA I. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRED MEYER STORES, INC., ) | |
| ) | |
| Defendant. ) | Case No. J-04-008 CV (RRB) |
| ) | |

**<u>JUDGMENT</u>**

This action was tried by a jury with Judge Ralph R. Beistline presiding, and the jury has rendered a verdict.

It is ordered that the plaintiff, MYRNA JOHNSON, recover from the defendant, FRED MEYER STORES, INC., the amount of $208,000.00, plus

    a) Prejudgment interest at the rate of 7.75 % in the amount of  $_____

    b) Costs in the amount of                                                           $_____

    c) Attorneys' fees in the amount of                                          $_____

    For a total judgment in the amount of                                   $_____

bearing interest at 7.75% per annum until paid in full.

DATED _____, at Anchorage, Alaska.

                                                                                                       _____
                                                                                                           Clerk of Court

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB)  [23003].*
JUDGMENT
J-04-008 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

## **PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On August 28, 2008, I served the foregoing document described as **(Proposed) JUDGMENT,** on the interested parties in this action by serving the original true copies, addressed as follows:

James Dickens
Miller Nash LLP
Attorney For: Fred Meyer Stores, Inc.
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
Phone: (206) 622-8484
Fax: (206) 622-7485

Peter Gruenstein
Gruenstein & Hickey
Attorney For: Fred Meyer Stores, Inc.
500 L Street, Suite 401
Anchorage, AK 99501
Phone: (907) 258-4338
Fax: (907) 258-4350

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 28, 2008 at Juneau, Alaska.

CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

*Johnson, Myrna v. Fred Meyer (J-04-008 CV RRB) [23003].*
JUDGMENT
J-04-008 CV (RRB)