James R. Dickens  
MILLER NASH LLP  
4400 Two Union Square  
601 Union Street  
Seattle, WA 98101-2352  
Telephone: (206) 622-8484  

Peter Gruenstein  
GRUENSTEIN & HICKEY  
Resolution Plaza  
1029 W. 3rd Avenue, Suite 510  
Anchorage, AK 99501  
Telephone: (907) 258-4338  

Attorneys for Defendant

Hon. Ralph R. Beistline

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA I. JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a Delaware corporation,<br><br>      Defendant. | Case No. 1J-04-008-CV (RRB) |

### JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Judge Ralph R. Beistline presiding, and the jury has rendered a verdict.

It is ordered that the plaintiff, Myrna I. Johnson, recover from the defendant, Fred Meyer Stores, Inc., the amount of $208,000 with interest at the rate of 2.12%, along with costs.

DATED _____, 2008.

_____  
Clerk of Court

JUDGMENT ON A JURY VERDICT  
Johnson v. Fred Meyer  
Case No. 1J-04-008-CV  
Page 1 of 1


EXHIBIT 1

SEADOCS:355502.1